# EXHIBIT 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Aearo Technologies LLC** | ) | **Case No 22-02890-JJG-11** |
| **Debtor.** | ) | |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR

### Aearo Technologies LLC

### Case No: 22-02890-JJG-11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) | Case No. 22-02890-JJG-11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND
## STATEMENT OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### <u>General</u>

Aearo Technologies LLC and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "<u>Debtors</u>"), have filed their respective Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and the Statements of Financial Affairs (collectively, the "<u>Statements</u>" and, together with the Schedules, the "<u>Schedules and Statements</u>") in the United States Bankruptcy Court for the Southern District of Indiana (the "<u>Bankruptcy Court</u>"). The Debtors, with the assistance of their legal and restructuring advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule B-1007-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "<u>Local Rules</u>").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Statements of Financial Affairs* (the "<u>Global Notes</u>") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

[2]   These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") or any other foreign jurisdiction, to the extent applicable, nor are they intended to be fully reconciled with the financial statements of each Debtor prepared in the ordinary course of business. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, and restructuring advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and restructuring advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and restructuring advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by John R. Castellano, Chief Restructuring Officer of Aearo Technologies LLC, and an authorized signatory at each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Castellano necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Castellano has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

For the avoidance of doubt, the Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but the Debtors and their agents, attorneys, and restructuring advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

## Global Notes and Overview of Methodology

1.     **Description of the Cases**. On July 26, 2022 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases are being jointly administered under Case No. 22-02890-JJG-11. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 26, 2022,

the Bankruptcy Court entered orders directing joint administration of these chapter 11 cases [Docket Nos. 37–42]. The Debtors have not been substantively consolidated and accordingly, each Debtor has filed its own Schedules and Statements.

2. **"As Of" Information Date**. The asset information provided herein, except as otherwise noted, represents the asset data of each Debtor as of June 30, 2022, the date of the Debtors' month end closure to their balance sheet, and the liability data of each Debtor as of the Petition Date. The Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.

3. **Global Notes Control**. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

4. **Reservations and Limitations**. Commercially reasonable efforts were made to prepare and file complete and accurate Schedules and Statements. However, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any claims against the Debtors, any rights or claims of the Debtors against any third party, or any issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(a) **Net Book Value of Assets.** Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 30, 2022. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

(b) **Recharacterization and Classifications**. The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have inadvertently improperly

characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, the nature or characterization of certain assets or liabilities, and whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c)   **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)   **Claims Description**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtors.

(e)   **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts, including but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

(f)   **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or

4

undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g)   **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.   Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  In addition, the Debtors may have included certain intellectual property that may not be owned by any Debtors but are owned by non-Debtors for the primary use and benefit of the Debtors.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h)   **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**5.**   **Methodology**.

(a)   **Basis of Presentation**.  For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Therefore,

these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules and Statements are not intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b) **Confidential or Sensitive Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record or otherwise not disclose information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual (including as authorized by the *Order (I) Authorizing the Debtors to File One List of the Top Law Firms Representing the Largest Numbers of Tort Plaintiffs Asserting Claims Against the Debtors, (II) Authorizing the Debtors to File One Consolidated Creditor Matrix, (III) Authorizing the Listing of Addresses of Counsel for Tort Claimants in the Creditor Matrix in Lieu of Claimants' Addresses, (IV) Authorizing the Debtors to Redact Personally Identifiable Information, (V) Approving Certain Notice Procedures for Tort Claimants, (VI) Approving the Form and Manner of Notice of the Commencement of these Chapter 11 Cases, and (VII) Granting Related Relief* [Docket No. 134] (the "Creditor Matrix Order")). The alterations were limited to only what is necessary to protect the Debtors or a third party.

(c) **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors may have determined to only list such assets, liabilities, and prepetition payments once.

(d) **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with

respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

(e) **Umbrella or Master Agreements**.  Contracts identified in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Such umbrella or master agreements have not been listed in the Schedules and Statements, but are incorporated into Schedule A/B, Part 11, Item 73 by reference.  The Debtors reserve the right to amend or supplement the lists of contracts at any time, and to assert that any umbrella or master agreement may be an asset of the Debtors' estates.

(f) **Leases**.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

(g) **Valuation**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of June 30, 2022 are reflected on the Schedules and Statements.  Exceptions to this include operating cash and certain other assets.  Operating cash is presented at bank balance as of the Petition Date.  Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

(h) **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to the same.

(i)     **Undetermined Amounts**.  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(j)     **Unliquidated Amounts**.  Amounts that could not be fairly or readily quantified by the Debtors are scheduled as "unliquidated."

(k)     **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(l)     **Allocation of Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(m)     **Paid Claims**.  Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about July 29, 2022 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, insurers, claimants under section 503(b)(9) of the Bankruptcy Code, and taxing authorities.  Accordingly, certain prepetition liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been omitted from the Schedules and Statements.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid overpayment of or duplicate payments for any such liabilities.  In addition and regardless of whether such claims are listed in the Schedules and Statements, to the extent claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements.

(n)     **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be

enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment of or duplicate payments for such liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(o)     **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and/or setoffs with respect to the same.

(p)     **Intercompany Claims**. Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates, are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Debtors' First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms and Books and Records, and (C) Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims Among the Debtors, and (III) Granting Related Relief* [Docket No. 23] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms and Books and Records, and (C) Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims Among the Debtors, and (III) Granting Related Relief* [Docket No. 143] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue to engage in postpetition intercompany transactions in the ordinary course of business subject to certain limitations set forth therein. Thus, intercompany balances as of the June 30, 2022, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany

claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount, and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

As more fully described in the Cash Management Motion, the Debtors recorded numerous intercompany transactions in their books and records each month, including cash transfers, sales, purchases, and expense allocations. Instead of listing each of these numerous transactions and entries in their Statements and Schedules for each month, the Debtors have included quarterly balances and net activity for the one year prior to the Petition Date. In addition, the Debtors have separately listed any cash payments between Debtors and between Debtors and non-Debtor affiliates. These cash transactions are also recorded in the net quarterly activity listing in the Debtors' books and records.

(q)     **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule G and Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified, but do not undertake any obligation to do so, except as required by applicable law.

(r)   **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; litigation reserves; and certain accrued liabilities including, but not limited to, accrued salaries, and employee benefits.  The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  In addition and as set forth above, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court.  Also, certain immaterial assets and liabilities may have been excluded.

The Debtors are party to that certain *Funding and Indemnification Agreement*, dated July 25, 2022 by and among the Debtors and non-Debtor affiliate 3M Company (the "Funding Agreement").  A copy of the Funding Agreement is attached as Exhibit B to the *Declaration of John R. Castellano in Support of the Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") [Docket No. 11].  Pursuant to the Funding Agreement, the Debtors have agreed to indemnify non-Debtor affiliate 3M Company for certain tort-related liabilities.  The Debtors have listed potential indemnity claims of non-Debtor affiliate 3M Company in as undetermined amounts in Schedule E/F.  The Debtors reserve all rights to reclassify such claims, including reclassifying such claims as administrative claims to the extent the Debtors determine that such indemnity obligations arose postpetition.

(s)   **Liens**.  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any mechanic's, materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens.

(t)   **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(u)   **Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, refunds, and other disputes between the Debtors and their suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

(v)    **Employee Addresses**.  Employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable, pursuant to the Creditor Matrix Order.

6.    <u>**Specific Schedules Disclosures**</u>.

(a)    **Schedule A/B, Part 1 – Cash and Cash Equivalents.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order.

The Debtors' cash balances are listed as of the Petition Date, at bank balances.

(b)    **Schedule A/B, Part 2 – Deposits and Prepayments.**  The Bankruptcy Court, pursuant to the *Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Disconnecting Services, and (IV) Granting Related Relief* [Docket No. 147], authorized the Debtors to provide adequate assurance of payment for future utility services.

(c)    **Schedule A/B, Part 3 – Accounts Receivable, Item 11.**  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts.  The Debtors are unable to determine with certainty what amounts will actually be collected.

(d)    **Schedule A/B, Part 4** – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.  Ownership interests in subsidiaries, partnerships, joint ventures, and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(e)    **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.

(f)    **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles.**  For those Debtors that own machinery, equipment, and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.  Due to the volume, certain records from the Debtors' fixed asset schedules may not have been included in Schedule A/B, Part 8.

(g)    **Schedule A/B, Part 9 – Real Property.**  For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation.  Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is

Debtor-owned property.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

(h)     **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66.**  The Debtors review goodwill and other intellectual property and intangible assets, including but not limited to trade secrets and manufacturing know-how, having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.  Given the chapter 11 filing, results from an impairment test were unavailable at the time that the Schedules and Statements were prepared, and therefore several of the Debtors' intangible asset values may be listed as undetermined.  The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.  For purposes of the Schedules, the Debtors have listed customer lists only at entities for which these assets are recorded on their books.  The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.  The Debtors may have rights to intellectual property pursuant to license agreements with certain non-Debtor affiliates.  Such licenses are listed as intercompany agreements in Schedule G, and accordingly are not listed in Schedule A/B, Part 10.

(i)     **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments.

   (i)     *Item 71 - Notes receivable.*  As set forth above in section 5(r) of these Global Notes, the Debtors and non-Debtor affiliate 3M Company are parties to the Funding Agreement.  Although the Debtors have access to funding under the Funding Agreement, it is neither a note payable nor a note receivable.  A description of the Funding Agreement is contained in the First Day Declaration, and a copy of the Funding Agreement is attached thereto as Exhibit B.  The Funding Agreement is listed in Schedule A/B Part 11, Item 77 - Other property of any kind not already listed.

   (ii)    *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs).*  The Debtors are treated as disregarded entities for federal income tax purposes.  As such, the Debtors do not owe or pay federal income taxes and their federal income tax filings are part of a consolidated tax return filed by non-Debtor affiliate 3M Company.  For the same reason, any federal tax refunds or net operating losses are not assets of the Debtors and are not listed in the answer to Schedule A/B, Part 11, Item 72.  No other refunds for the 2021 tax year or otherwise have been identified, nor are any anticipated.  As such, the Debtors have included no amounts with respect to refunds or net operating losses in the Schedules and Statements.

(iii) ***Item 73 – Interests in Insurance Policies or Annuities.*** A list of the Debtors' insurance policies and related information is available in the *Debtors' First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Continue to Pay Certain Brokerage Fees, and (C) Renew, Supplement, Modify, or Purchase Insurance and Reinsurance Coverage, (II) Approving Continuation of Their Surety Bond Program, and (III) Granting Related Relief* (the "Insurance Motion") [Docket No. 22] and in the *Plaintiffs' Witness and Amended Exhibit List for Preliminary Injunction Hearing*, Adv. Pro. 22-50059 [Docket No. 114] and such lists are incorporated into Schedule A/B, Part 11, Item 73 by reference. The Debtors reserve the right to amend or supplement these lists at any time, and to assert that any insurance policy may be an asset of the Debtors' estates. Information regarding the Debtors' insurance coverage has been provided to the United States Trustee for Region 10. As stated more fully in the Insurance Motion, certain non-Debtor affiliates maintain most of these insurance policies under which the Debtors are insured.

(iv) ***Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims.*** In some cases, the Debtors may be owed an indemnity by a party co-defendant in connection with threatened or pending respirator litigation. The Debtors have attempted to list each such party on Schedule A/B, Part 11, Question 75. Omission of an agreement from Schedule A/B, Part 11, Question 75, however, does not constitute an admission that no indemnification obligation is owed to the Debtors, and the Debtors reserve all rights with respect to such obligations.

***Item 77 – Other property of any kind not already listed.*** As set forth above in section 5(r) of these Global Notes, the Debtors and non-Debtor affiliate 3M Company are parties to the Funding Agreement. Among other things, the Funding Agreement obligates 3M Company to provide $240 million to fund the administration of these chapter 11 cases and $1 billion to a trust for the distribution of payments to any tort claimants entitled to compensation. 3M Company has further committed to providing additional funding as necessary to effectuate the efficient reorganization of the Debtors in these chapter 11 cases. The terms of the Funding Agreement are described in detail in the First Day Declaration. The Funding Agreement imposes no repayment obligation on the Debtor. While 3M Company has committed $1.24 billion in funds, the Funding Agreement is uncapped and the actual amount of funds to be paid out under the Funding Agreement are undetermined at this time. Therefore, the value of the Funding Agreement has been listed as "undetermined" on Item 77.

The Debtors have also included intercompany receivables and payables as of June 30, 2022, including receivables with non-Debtor affiliate 3M Company that relate to the transfer in 2010 of certain of the Debtors' assets and liabilities

to 3M Company primarily for management reporting purposes, as listed on Schedule A/B and on Schedule E/F, Part 2 respectively. The receivable and payable amounts listed in Schedules A/B and E/F also include amounts that relate to the shared services agreement between the Debtors and 3M Company. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, characterization, validity, or priority of such balances. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables.

The Debtors have included Accounts Payable debit balances, representing net positions in which the Debtors believe they are potentially owed funds from third parties. These balances reflect the Debtors' books and records balance as of the Petition Date.

(v)     ***Executory Contracts and Unexpired Leases.*** The Debtors have listed their executory contracts and unexpired leases on Schedule G. The Debtors reserve all of their rights with respect to any and all executory contracts and unexpired leases, including whether such agreements are or are not executory contracts and the right to amend Schedule G.

(j)     **Schedule D – Creditors Who Have Claims Secured by Property**. The Debtors filed the *List of Secured Creditors - Chapter 11* (the "Secured Creditor List") [Docket No. 213], stating that no creditors hold secured claims in these chapter 11 cases. Notwithstanding the Secured Creditor List, and except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor and to dispute or challenge the secured nature of any such creditor's claim or the characterization of the nature or structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

The Debtors do not believe any parties currently have secured claims against the Debtors' estates. However, as set forth in the *Debtors' First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Specified Trade Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 25] (the "Vendors Motion"), certain third-party suppliers of goods and services may assert liens on goods possessed by such third-party suppliers to the extent that the Debtors have not paid for such goods or services. Schedule D does not include any such vendors that may have or may be able to assert liens (whether contractual possessory, common law, statutory, or otherwise) or actions to seize or arrest any of the Debtors' assets, as the Debtors are not aware of any such liens or actions as of the Petition Date. Additionally, as set forth in the *Debtors' First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain*

*Taxes and Fees and (II) Granting Related Relief* [Docket No. 21] (the "Taxes Motion"), certain Taxes and Fees (as defined in the Taxes Motion) may be entitled to secured status with respect to property owned by the Debtors. For the avoidance of doubt, the Debtors expressly reserve all rights to contest the extent, validity, or perfection or seek the avoidance of all such liens or the priority of such claims.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

(k)    **Schedule E/F – Creditors Who Hold Unsecured Claims.** Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

(i)    *Part 1 – Creditors with Priority Unsecured Claims.* The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 146] (the "Interim Taxes Order"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid or may be paid pursuant to the Interim Taxes Order or pursuant to further Bankruptcy Court order are not listed in Schedule E/F. The Debtors believe that any undisputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim, have been or will be satisfied.

Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Compensation, and Benefit Obligations and (B) Continue Employee Compensation and Benefits Programs and (B) Granting Related Relief* [Docket No. 150], the Debtors received interim authority to pay, in their discretion, certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business. Accordingly, no undisputed, prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Interim Wages Order or pursuant to further Bankruptcy Court order are listed in Schedule E/F, Part 1.

(ii)    *Part 2 – Creditors with Nonpriority Unsecured Claims.* The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and

records. The Debtors made a commercially reasonable effort to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors. However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation. Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 and Statements Part 3, Question 7 contain information regarding threatened or pending litigation involving the Debtors, including certain tort-related claims. Because of the volume of tort-related claims asserted against the Debtors, such claims have been listed in separate attachments to Schedule E/F, Part 2 and Statements Part 3, Question 7. The matters listed in Schedule E/F, Part 2 and Statements, Part 3, Question 7 may not include all actions or proceedings commenced against the Debtors after the Petition Date in violation of the automatic stay, but certain new claims that were filed and served on the Debtors from the Petition Date through the date of the filing of these Schedules and Statements have been included for completeness. Pursuant to the Creditor Matrix Order, the Bankruptcy Court authorized service on certain tort claimants in care of their counsel. Therefore, the addresses listed for such tort claimants in Schedule E/F are the addresses of their identified counsel. The amounts for these threatened or pending claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be rejected or have been rejected in these chapter 11 cases.

Co-defendants in certain tort-related litigation have been identified on Schedule H as potential co-debtors. Given the volume of information on Schedule H, the co-defendants have not been listed again in Schedule E/F, but each co-defendant identified in Schedule H is hereby deemed to be listed in Schedule E/F, Part 2/Question 3 as having a nonpriority claim (a) in an undetermined amount, (b) that is contingent, unliquidated and disputed and not subject to offset, and (c) that was incurred on an undetermined date.

Schedule E/F, Part 2, reflects certain parties, other than non-Debtor affiliates, that may hold or assert indemnification claims against the Debtors. Such

parties include certain co-defendants to threatened or pending litigation. As to these entities, the Debtors may have indemnification obligations to them pursuant to indemnity agreements with such parties or applicable law. The Debtors reserve all rights to dispute or challenge any indemnification obligations to such parties on any basis.

Pursuant to the Funding Agreement, as set forth above in section 5(r) of these Global Notes, the Debtors have agreed to indemnify non-Debtor affiliate 3M Company for certain costs arising out of certain Pending Actions. This obligation is listed in Schedule E/F, Part 2. The amount of this payable is currently unknown, and has therefore been listed as "undetermined." The Debtors reserve all rights to reclassify such claims, including reclassifying such claims as administrative claims to the extent the Debtors determine that such indemnity obligations arose postpetition. Additionally, the Debtors have listed certain intercompany payables to certain non-Debtor affiliates on account of accrued prepetition amounts under a shared services agreement with such non-Debtor affiliates.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

Except as otherwise identified herein, liabilities listed on Schedule E/F reflect the Debtors' books and records balance as of the Petition Date. These amounts do not include any prepetition amounts paid under various authority granted by the Bankruptcy Court that have been issued postpetition. The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of these chapter 11 cases (as approved by the Bankruptcy Court).

(l)   **Schedule G – Executory Contracts and Unexpired Leases.**  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The

Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, leases or instruments set forth in Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors may have entered into certain confidentiality and non-compete agreements or various other types of agreements in the ordinary course of their businesses, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve all of their rights with respect to such agreements.

The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule G, including their right to dispute or challenge the characterization, nature, or structure of any transaction, agreement, contract, document, or instrument (including any intercompany agreement) related to a creditor's claim.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of commercially reasonable efforts to identify such documents.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract, agreement, or instrument on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract, agreement, or instrument. The Debtors reserve the right to dispute the effectiveness of any such contract, agreement, or instrument listed on Schedule G or to amend Schedule G at any time to remove any contract, agreement or instrument.

Omission of a contract, agreement, or instrument from Schedule G does not constitute an admission that such omitted contract, agreement, or instrument is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts, agreements, or instruments are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms and conditions of such agreements, as amended if applicable. In such cases, Debtors have included such items on Schedule G of the Debtor entity that performs the terms and conditions of such agreements as of the Petition Date.

(m)     **Schedule H – Co-Debtors.** In the ordinary course of their businesses, certain Debtors pay certain expenses for and on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. As such, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

Co-defendants in certain of the Debtors' tort-related litigation have been identified in Schedule H as potential co-debtors. Given the volume of information on Schedule H, the co-defendants have not been listed again in Schedule E/F, but each such co-defendant is hereby deemed to be listed in Schedule E/F, Part 2, Question 3 as having a nonpriority claim (a) in an undetermined amount, (b) that is contingent, unliquidated, and disputed and that was not subject to offset, and (c) that was incurred on an undetermined date. It would be unduly burdensome to seek to identify which co-defendants may be co-obligors on any particular liability. In any event, any such exercise would necessarily be incomplete and potentially misleading because information needed to make a complete assessment would require access to information that is not available, including information about future litigation outcomes that cannot be predicted. In addition, it would be unduly burdensome to identify the applicable case number, plaintiff or plaintiffs, court and court address for each co-defendant's potential claim. Prior to the Petition Date, the Debtor did not maintain records in the ordinary course identifying the addresses of the co-defendants. Nonetheless, the Debtor has made a good faith effort to identify the addresses of co-defendants where possible prior to filing the Schedules and the Statement of Financial Affairs. The Debtor reserves the right to supplement the name and address information of the co-defendants.

The list of co-debtors set forth in Schedule H includes suits where the Debtors may not be a named defendant but where the named defendants in such suits may attempt to assert an indemnification claim against the Debtors, as described in section 6(k)(ii) of these Global Notes. For the avoidance of doubt, the inclusion of a co-debtor on Schedule H does not constitute an admission by the Debtors as to the legal rights of any named defendant or co-debtor or an admission of the Debtors' obligation to provide an indemnity to the named defendant or such co-debtor. The Debtors reserve all rights to dispute or challenge any obligations alleged to be owed to such named defendant or such co-debtors on any basis.

**7.     <u>Specific Statements Disclosures</u>.**

(a)     **Statements, Part 1, Question 1 – Gross Revenue from Business.**  Gross revenue from business includes revenue from third-party sales as well as intercompany sales.

(b)     **Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case.**  Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the 90 days prior to the Petition Date are disclosed in response to Statements, Part 6, Question 11 and Statements, Part 2, Question 4, respectively, and therefore are not listed in response to this question.  Payments made to the Debtors' non-insider employees also are not listed herein.  However, transfers made to third-party administrators used to compensate employees have been included, where applicable.

(c)     **Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**  The information reported on Question 4 is representative of the total payments made to insiders during the one year prior to the Petition Date.    For the avoidance of doubt, on a postpetition basis, the Debtors' employees are compensated directly by non-Debtor 3M Company. Prepetition, the Debtors' employees were compensated directly by non-Debtor 3M Company with such amounts subsequently reimbursed to non-Debtor 3M Company by the Debtors. Such payments are reflected in the attachment to Statements, Part 2, Question 4 containing quarterly balances and net activity, as discussed in paragraph 5(p) of these Global Notes.

(d)     **Statements, Part 2, Question 6 – Setoffs.**  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(v) of these Global Notes.

(e)     **Statements, Part 3, Question 7 - Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, or Governmental Audits.**  The Debtors' records regarding actions and other proceedings initiated against them are organized by reference to the individual claimants involved.  Actions initiated by multiple plaintiffs or claimants therefore may appear multiple times within the Debtors' records.  The Debtors have made reasonable efforts to remove duplicate entries for each matter listed in Statements, Part 3, Question 7.  Nonetheless, certain matters may have been inadvertently listed more than once.  The matters listed in Statements, Part 3, Question 7 may not include all actions or proceedings commenced against the Debtors after the Petition Date in violation of the automatic stay, but certain new claims that were filed and served on the Debtors from the Petition Date through the date of the filing of these Schedules and Statements have been included for completeness.  For the avoidance of doubt, failure to list an action or proceeding in Statements, Part 3, Question 7 is not and shall not be construed as an admission that such case does not involve the Debtors.  The Debtors reserve all rights to amend, supplement, or otherwise modify Statements, Part 3, Question 7 as applicable.  The Debtors have made reasonable efforts to ascertain and accurately disclose the status of all actions listed in Statements, Part 3, Question 7.  The Debtors' designation of "pending," "on appeal," or "concluded" with respect to any action listed in Statements, Part 3, Question 7 does not constitute an admission regarding the status of any such action, and the Debtors reserve all rights with respect to the status of such actions.

(f) **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** Certain disbursements listed in Statements, Part 6, Question 11 reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors. Furthermore, non-Debtor 3M Company made certain retainer and fee expense payments to certain professional firms for professional services and expenses provided or to be provided to the Debtors prior to the Petition Date. The Debtors have noted the applicable payments made by non-Debtor 3M Company.

(g) **Statements, Part 10, Question 20 – Off-Premises Storage of Property.** The Debtors have retained certain law firms in the ordinary course of business as defense counsel in tort-related matters and several consultants on tort-related matters (collectively, the "Tort-Related Counsel and Consultants"). Some of the Tort-Related Counsel and Consultants store physical and electronic documents and other information relating to tort-related claims on behalf of the Debtors in the ordinary course of their business. Such storage by Tort-Related Counsel and Consultants has not been separately identified in Statements, Part 10, Question 20.

(h) **Statements, Part 11, Question 21 – Property Held for Another.** From time to time in the ordinary course of business, the Debtors may control certain assets of non-Debtor affiliates. Such assets are not listed in Statements, Part 11, Question 21.

(i) **Statements, Part 12, Questions 22-24 – Details about Environmental Information.** The Debtors have endeavored to disclose all applicable information in response to Statements, Part 12, Questions 22–24, for the period of January 1, 2017 through the Petition Date.

(j) **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and Shareholders.** The Debtors have listed only entities that directly own an individual Debtor as of the Petition Date.

(k) **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Please refer to Question 4 of the Statements for Aearo Technologies LLC regarding all payments to insiders.

**Aearo Technologies LLC**                                    Case Number: **22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1.  **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---------------------|--------------------------------|-------------------------------------------|------------------------------------|
| 2.  **Cash on hand** | | | |
| 2.1 | | | |
| 3.  **Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1   JP MORGAN CHASE | OPERATING | 0944 | $5,003,882 |
| 3.2   BANK OF AMERICA | OPERATING | 7724 | $409,022 |
| 4.  **Other cash equivalents (Identify all)** | | | |
| 4.1 | | | |

5.  **Total of Part 1.**                                                                    | $5,412,903 |

     Add lines 2 through 4. Copy the total to line 80.

**Aearo Technologies LLC**                                    **Case Number: 22-02890-JJG-11**

# Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---------------------|------------------------------------|

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____        _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1   ESIS (CHUBB) PAID LOSS DEPOSIT FUND                         $18,912

9.   **Total of Part 2**

| | $18,912 |
|--|---------|

Add lines 7 through 8. Copy the total to line 81.

**Aearo Technologies LLC**                              **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---------------------|--------------------------|----------------------------|-------------------------------------|

11.  Accounts receivable

| 11a. 90 days old or less: | $19,771,491 | - | $0 | = | $19,771,491 |
|---------------------------|-------------|---|-----------|---|-------------|
| 11b. Over 90 days old: | $431,865 | - | ($89,275) | = | $342,590 |
| 11c. All accounts receivable: | $20,203,356 | - | ($89,275) | = | $20,114,081 |

12.  **Total of Part 3**                                                        **$20,114,081**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Aearo Technologies LLC**                                    **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| General description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:

| 15.1   SEE ATTACHED EXHIBIT A/B, PART 4, QUESTION 15 (OWNERSHIP: UNDETERMINED) | N/A | UNDETERMINED |
|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| **UNDETERMINED** |
|---|

**Exhibit A/B, Part 4, Question 15**



**Aearo Technologies LLC**                                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets - detail |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1  INVENTORY - RAW MATERIALS | | $10,048,084 | Net Book Value | $10,048,084 |
| **20. Work in progress** | | | | |
| 20.1  INVENTORY - SEMI FINISHED | | $2,117,436 | Net Book Value | $2,117,436 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1  INVENTORY - FINISHED/CONFIGURED GOODS | | $2,718,684 | Net Book Value | $2,718,684 |
| **22. Other Inventory or supplies** | | | | |
| 22.1 | | | | |

23. **Total of Part 5**                                                                                   $14,884,204

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.   Book Value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

Aearo Technologies LLC                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

    28.1

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

    29.1

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

    30.1

31. **Farm and fishing supplies, chemicals, and feed**

    31.1

32. **Other farming and fishing-related property not already listed in Part 6**

    32.1

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.   Book Value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Aearo Technologies LLC**                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles - detail |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1  ATC CONTROL ROOM OFFICE PARTITIONS MODEL VPPA | $1,139 | NET BOOK VALUE | $1,139 |
| **40.** **Office fixtures** | | | |
| 40.1 | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  2019 BENCH TOP SPECTROPHOTOMETER / CI7600 | $7,570 | NET BOOK VALUE | $7,570 |
| 41.2  2019 HANDHELD SPECTROPHOTOMETER / CI62S | $3,581 | NET BOOK VALUE | $3,581 |
| 41.3  2019 WARDJET PRINTER | $9,367 | NET BOOK VALUE | $9,367 |
| **42.** **Collectibles** | | | |
| 42.1 | | | |

43.  **Total of Part 7**                                                                          | $21,657 |

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Aearo Technologies LLC | Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1

48. **Watercraft, trailers, motors, and related accessories**
    Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

49. **Aircraft and accessories**

49.1

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1 #1 PHD-24" LONG LINE SEALER WITH CHILLER | $8,632 | NET BOOK VALUE | $8,632 |
| 50.2 #2 PHD-24" LONG LINE SEALER WITH CHILLER | $8,632 | NET BOOK VALUE | $8,632 |
| 50.3 #3 PHD-24" LONG LINE SEALER WITH CHILLER | $8,632 | NET BOOK VALUE | $8,632 |
| 50.4 2017 DIE-CUTTING RACK SLATS - U-48 | $814 | NET BOOK VALUE | $814 |
| 50.5 2017 DRUM TRANSPORTER - EL700SL-S | $541 | NET BOOK VALUE | $541 |
| 50.6 2017 OVERHEAD FIRE DOOR MODEL 702 | $2,444 | NET BOOK VALUE | $2,444 |
| 50.7 2017 OVERHEAD FIRE DOOR MODEL 702 | $2,152 | NET BOOK VALUE | $2,152 |
| 50.8 2017 OVERHEAD FIRE DOOR MODEL 702 | $2,152 | NET BOOK VALUE | $2,152 |
| 50.9 2017 OVERHEAD FIRE DOOR MODEL 702 | $1,840 | NET BOOK VALUE | $1,840 |
| 50.10 2018 4049203C2 (6099-0032) - FORM TOOL | $11,596 | NET BOOK VALUE | $11,596 |
| 50.11 2018 ATC SOUND INTENSITY KIT | $16,561 | NET BOOK VALUE | $16,561 |
| 50.12 2018 CF35LP 3500# FORK TRUCK | $8,600 | NET BOOK VALUE | $8,600 |

Aearo Technologies LLC                                        **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles | | | |
|---------|-----|-----|-----|-----|

| | | | | |
|---|---|---|---|---|
| 50.13 | 2018 CF35LP 3500# FORK TRUCK | $8,600 | NET BOOK VALUE | $8,600 |
| 50.14 | 2018 INPUT-OUTPUT LAN-XI TYPE 3160 MODULE | $9,036 | NET BOOK VALUE | $9,036 |
| 50.15 | 2018 MULTI-PLY GERBER CUTTER / PARAGON HX 18 | $75,891 | NET BOOK VALUE | $75,891 |
| 50.16 | 2018 PART PACKAGING L-SEALER | $7,335 | NET BOOK VALUE | $7,335 |
| 50.17 | 2018 PIPING UPGRADE TO SWAGELOK SS | $26,053 | NET BOOK VALUE | $26,053 |
| 50.18 | 2018 SHIPPING PIV'S MODEL 470C50 | $6,607 | NET BOOK VALUE | $6,607 |
| 50.19 | 2018 SHIPPING PIV'S MODEL 470C50 HM | $6,607 | NET BOOK VALUE | $6,607 |
| 50.20 | 2018 SHOPSABRE RC4 ROUTER - CNC ROUTER SYSTEM | $2,758 | NET BOOK VALUE | $2,758 |
| 50.21 | 2018 X-RITE COLORIMETER - CI62S | $4,851 | NET BOOK VALUE | $4,851 |
| 50.22 | 2019 - 3000# FORKTRUCK / MCP1F1A15LV | $16,100 | NET BOOK VALUE | $16,100 |
| 50.23 | 2019 COMPRESSION MOLDS FOR GROUP 2 | $14,915 | NET BOOK VALUE | $14,915 |
| 50.24 | 2019 COMPRESSION MOLDS FOR SHEET GOODS | $8,645 | NET BOOK VALUE | $8,645 |
| 50.25 | 2019 COMPRESSION MOLDS FOR TOMO | $7,268 | NET BOOK VALUE | $7,268 |
| 50.26 | 2019 DIE STORAGE RACK / U-48 | $8,893 | NET BOOK VALUE | $8,893 |
| 50.27 | 2019 DILATOMETER THERMAL EXPANSION / ORTON DILATOM | $10,202 | NET BOOK VALUE | $10,202 |
| 50.28 | 2019 EXTRA HEAVY DUTY / CONSEW 745 R30 | $8,823 | NET BOOK VALUE | $8,823 |
| 50.29 | 2019 FORK TRUCK / RC5545-40 | $18,406 | NET BOOK VALUE | $18,406 |
| 50.30 | 2019 FORK TRUCK / SLT-30AC | $67,756 | NET BOOK VALUE | $67,756 |
| 50.31 | 2019 GROUP 1 ISOLOSS REPLACEMENT DIES | $17,786 | NET BOOK VALUE | $17,786 |
| 50.32 | 2019 HMI ADJUSTABLE SWING ARM/VL-1 | $3,620 | NET BOOK VALUE | $3,620 |
| 50.33 | 2019 HOT DISK THERMAL TESTER / HOT DISK TPS 2500 | $42,982 | NET BOOK VALUE | $42,982 |
| 50.34 | 2019 INDUSTRIAL OVEN / FR AC BARRIER OVEN | $93,937 | NET BOOK VALUE | $93,937 |

Aearo Technologies LLC                                              Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles | | | |
|---|---|---|---|---|
| 50.35 | 2019 INK JET PRINTER / 397546-794-01 / 1660 | $10,371 | NET BOOK VALUE | $10,371 |
| 50.36 | 2019 IT HARDWARE 2015 UPGRADE ICC WORK | $52,810 | NET BOOK VALUE | $52,810 |
| 50.37 | 2019 MOVING DIE RUBBER RHEOMETER - MDR 3000 BASIC | $44,359 | NET BOOK VALUE | $44,359 |
| 50.38 | 2019 OVEN FUEL VALVE / V4055D1019 | $5,256 | NET BOOK VALUE | $5,256 |
| 50.39 | 2019 PIV BATTERY / 1ST6030-03 | $1,611 | NET BOOK VALUE | $1,611 |
| 50.40 | 2019 PIV BATTTERY / 1ST6030-03 | $1,455 | NET BOOK VALUE | $1,455 |
| 50.41 | 2019 PULL TEST MACHINE | $12,607 | NET BOOK VALUE | $12,607 |
| 50.42 | 2019 RCM-01 AUTOMATIC TAPE CUTTER | $5,525 | NET BOOK VALUE | $5,525 |
| 50.43 | 2019 SB_01 SNAP BUTTON MACHINE BOTONERA | $2,341 | NET BOOK VALUE | $2,341 |
| 50.44 | 2019 SB_02 SNAP BUTTON MACHINE BOTONERA | $2,341 | NET BOOK VALUE | $2,341 |
| 50.45 | 2019 SB_03 SNAP BUTTON MACHINE BOTONERA | $2,341 | NET BOOK VALUE | $2,341 |
| 50.46 | 2019 SN-09 DIMPLE MACHINE PRENSA 305 | $4,450 | NET BOOK VALUE | $4,450 |
| 50.47 | 2019 SOUND ABSORPTION AMPLIFIER / 2735 100648 | $2,899 | NET BOOK VALUE | $2,899 |
| 50.48 | 2019 T-09 PHD-24" LONG LINE SEALER WITH CHILLER | $12,081 | NET BOOK VALUE | $12,081 |
| 50.49 | 2019 T-10 PHD-24" LONG LINE SEALER WITH CHILLER | $12,081 | NET BOOK VALUE | $12,081 |
| 50.50 | 2019 T-12 PHD-24" LONG LINE SEALER WITH CHILLER | $12,081 | NET BOOK VALUE | $12,081 |
| 50.51 | 2019 T-13 PHD-24" LONG LINE SEALER WITH CHILLER | $12,081 | NET BOOK VALUE | $12,081 |
| 50.52 | 2019 T-14PHD-24" LONG LINE SEALER WITH CHILLER | $12,081 | NET BOOK VALUE | $12,081 |
| 50.53 | 2019 WATERJET INTENSIFIER PUMP / 30SA-60 | $1,786 | NET BOOK VALUE | $1,786 |
| 50.54 | 2020 3D SCAN ARM | $118,627 | NET BOOK VALUE | $118,627 |
| 50.55 | 2020 400 AMP, 480-V PANEL AND LINE RUN TO FAB | $32,327 | NET BOOK VALUE | $32,327 |

Aearo Technologies LLC                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles | | | |
|---|---|---|---|---|
| 50.56 | 2020 ATLAS COPCO SF 11+ AIR COMPRESSOR | $77,760 | NET BOOK VALUE | $77,760 |
| 50.57 | 2020 ATOM FLASH CUTTER UPGRADE WIN 10 - 03TL0110 | $8,633 | NET BOOK VALUE | $8,633 |
| 50.58 | 2020 FM CUTTER BLADE SET - BLADE 18 | $5,354 | NET BOOK VALUE | $5,354 |
| 50.59 | 2020 INSTRON UNIVERSAL TEST MACHINE ACCESSORIES | $21,123 | NET BOOK VALUE | $21,123 |
| 50.60 | 2020 LASER DOPPLER VIBROMETER - PSV-500-B | $126,953 | NET BOOK VALUE | $126,953 |
| 50.61 | 2020 LDV FRONT END - PSV-F-500 | $54,706 | NET BOOK VALUE | $54,706 |
| 50.62 | 2020 MARATHON COMPACTOR - TC-300T | $81,299 | NET BOOK VALUE | $81,299 |
| 50.63 | 2020 MTI EQUIPMENT POLYFAB | $27,897 | NET BOOK VALUE | $27,897 |
| 50.64 | 2020 PI ROTARY CONVERTING LINE | $532,308 | NET BOOK VALUE | $532,308 |
| 50.65 | 2020 PIV BATTERY - 18-125P-13 | $3,001 | NET BOOK VALUE | $3,001 |
| 50.66 | 2020 PIV BATTERY - 18-125P-17 | $3,868 | NET BOOK VALUE | $3,868 |
| 50.67 | 2020 PIV BATTERY - 18-E125D-13 | $3,603 | NET BOOK VALUE | $3,603 |
| 50.68 | 2020 PRESS TCUS - CP4872 | $34,644 | NET BOOK VALUE | $34,644 |
| 50.69 | 2020 WATER JET | $550,360 | NET BOOK VALUE | $550,360 |
| 50.70 | 2020 WJB ATTENUATOR | $10,957 | NET BOOK VALUE | $10,957 |
| 50.71 | 2021 54" HR75 TYPE NON-EDI DIE - 54"ULTRAFLEX HR75 | $22,186 | NET BOOK VALUE | $22,186 |
| 50.72 | 2021 BI-SPECTRUM 2 NETWORK CAMERA PSC-400FSC-A | $23,214 | NET BOOK VALUE | $23,214 |
| 50.73 | 2021 BI-SPECTRUM NETWORK CAMERA PSC-400FSC-A | $23,214 | NET BOOK VALUE | $23,214 |
| 50.74 | 2021 CEILING FAN EAST FAB - B.A.F PFX3.0 FAN | $17,460 | NET BOOK VALUE | $17,460 |
| 50.75 | 2021 CEILING FAN NORTH FAB - B.A.F PFX3.0 FAN | $17,460 | NET BOOK VALUE | $17,460 |
| 50.76 | 2021 CEILING FAN SOUTH FAB - B.A.F PFX3.0 FAN | $17,460 | NET BOOK VALUE | $17,460 |

**Aearo Technologies LLC**                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

| | | | | |
|---|---|---|---|---|
| 50.77 | 2021 CRANE CROSS MEMBER REPLACEMENT | $23,416 | NET BOOK VALUE | $23,416 |
| 50.78 | 2021 EMPTY DRUM STORAGE SHED | $14,961 | NET BOOK VALUE | $14,961 |
| 50.79 | 2021 ES SERIES ELECTRIC HUMIDIFIER - ES-19.5 | $11,076 | NET BOOK VALUE | $11,076 |
| 50.80 | 2021 FRONT END MODULE - SCM-VM8-E | $20,235 | NET BOOK VALUE | $20,235 |
| 50.81 | 2021 IMPEDANCE TUBE - HW-ACT-TUBE | $20,235 | NET BOOK VALUE | $20,235 |
| 50.82 | 2021 INKJET PRINTER - 1620 | $49,338 | NET BOOK VALUE | $49,338 |
| 50.83 | 2021 ISOCYANATE MONITOR - CHEMLOGIC 1 - 6885 | $7,093 | NET BOOK VALUE | $7,093 |
| 50.84 | 2021 ISOCYANATE MONITOR - CHEMLOGIC 1 - 6886 | $7,093 | NET BOOK VALUE | $7,093 |
| 50.85 | 2021 ISOCYANATE MONITOR - CHEMLOGIC CLPX - 8082 | $5,589 | NET BOOK VALUE | $5,589 |
| 50.86 | 2021 ISOCYANATE MONITOR - CHEMLOGIC CLPX - 8083 | $5,589 | NET BOOK VALUE | $5,589 |
| 50.87 | 2021 ROOF MOUNTEDHOIST SYST HARRINGTON NERM005LD-L | $54,981 | NET BOOK VALUE | $54,981 |
| 50.88 | 2021 SHORT TUNNEL WATERJET FIXTURE RECONFIGURATION | $20,564 | NET BOOK VALUE | $20,564 |
| 50.89 | 2021 VIRALERT 3 TEMPERATURE SCREENING SYSTEM | $21,450 | NET BOOK VALUE | $21,450 |
| 50.90 | 2021 VIRALERT 3 TEMPERATURE SCREENING SYSTEM | $21,450 | NET BOOK VALUE | $21,450 |
| 50.91 | 2021 WATERJET MACHINE - 2038340/SERIE A | $508,113 | NET BOOK VALUE | $508,113 |
| 50.92 | 2022 FM-3 BANK CONTROL - IL=600 | $10,003 | NET BOOK VALUE | $10,003 |
| 50.93 | 2022 FM3 CONTROLS & DRIVES | $1,889,003 | NET BOOK VALUE | $1,889,003 |
| 50.94 | 2022 INKJET PRINTER - 1620 | $53,844 | NET BOOK VALUE | $53,844 |
| 50.95 | 2022 PERFORATOR ROLLERS - 34084 | $24,168 | NET BOOK VALUE | $24,168 |
| 50.96 | 3 DRIVES IN CABINET (2 AB2198 H015 & 1 AB2198 H040 | $6,946 | NET BOOK VALUE | $6,946 |

Aearo Technologies LLC                                        Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |

| | | | |
|---|---|---|---|
| 50.97 | 30,000# BULK POLYOL BLEND TANK ANCHOR POINT SYSTEM | $1,928 | NET BOOK VALUE | $1,928 |
| 50.98 | 3000# FORK TRUCK PN#AF30LP | $12,497 | NET BOOK VALUE | $12,497 |
| 50.99 | 6,000# POLYOL BLEND TANK ANCHOR POINT SYSTEM | $1,190 | NET BOOK VALUE | $1,190 |
| 50.100 | A&R ERECTORS ML GERBER MIDDLE ROLL STAND | $942 | NET BOOK VALUE | $942 |
| 50.101 | A&R ERECTORS ML GERBER NORTH ROLL STAND | $942 | NET BOOK VALUE | $942 |
| 50.102 | A&R ERECTORS ML GERBER SOUTH ROLL STAND | $942 | NET BOOK VALUE | $942 |
| 50.103 | ADMEX TANK REFURBISHMENT | $22,232 | NET BOOK VALUE | $22,232 |
| 50.104 | ADVANTAGE SENTRA BI-TEMP CONTROLLER FOR ROSS MIXER | $7,240 | NET BOOK VALUE | $7,240 |
| 50.105 | AIRBUS SEALER 1" X 48"  TB-48 | $1,702 | NET BOOK VALUE | $1,702 |
| 50.106 | AIRBUS SEALER 2"X48" - FOOT PEDAL ACTIVATED W/SEAL | $4,589 | NET BOOK VALUE | $4,589 |
| 50.107 | AIRBUS THERMO SEALER FOR FOAM RINGS  SB-8X6-D | $604 | NET BOOK VALUE | $604 |
| 50.108 | ALFA-LAVAL C3SD B-STREAM HEAT EXCHANGER | $1,779 | NET BOOK VALUE | $1,779 |
| 50.109 | ALLEN BRADLEY EXTRUDER DRIVE MODEL 20P41AD330RA0NN | $346 | NET BOOK VALUE | $346 |
| 50.110 | ALPHA PUMP ASSEMBLY FOR WABASH PRESS | $1,877 | NET BOOK VALUE | $1,877 |
| 50.111 | ALPHA TECHNOLOGIES LCR 7001 CAPILLARY RHEOMETER | $10,058 | NET BOOK VALUE | $10,058 |
| 50.112 | ARO RTV ADHESIVE DISP SYS A NM2322E-11-P43 | $1,315 | NET BOOK VALUE | $1,315 |
| 50.113 | BACE MODEL V73HD BALER | $1,256 | NET BOOK VALUE | $1,256 |
| 50.114 | BACE MODEL V73HD BALER | $1,256 | NET BOOK VALUE | $1,256 |
| 50.115 | BACE MODEL V73HD BALER | $1,256 | NET BOOK VALUE | $1,256 |
| 50.116 | BANNER SLSP14-750Q00 GUILLOTINE CUTTER SAFETY UPGR | $2,063 | NET BOOK VALUE | $2,063 |

Aearo Technologies LLC | **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**   Machinery, equipment, and vehicles

| | | | |
|---|---|---|---|
| 50.117 BLUE JAY | $51,676 | NET BOOK VALUE | $51,676 |
| 50.118 BRUEL & KJAER MODEL # LAN-XI 3160-A-022 SOUND ABSO | $1,113 | NET BOOK VALUE | $1,113 |
| 50.119 BRUNO II KEB BELT DRIVE MODEL 13F5B1D-R003 | $729 | NET BOOK VALUE | $729 |
| 50.120 BULLEX FIRE EXTINGUISHER TRANING SYSTEM | $3,240 | NET BOOK VALUE | $3,240 |
| 50.121 BUNKER TECH CC PRESS  15X15 75L | $2,511 | NET BOOK VALUE | $2,511 |
| 50.122 BUNKR TB-48 1" X 48" SEALER | $2,313 | NET BOOK VALUE | $2,313 |
| 50.123 BUNKR TB-48 1" X 48" SEALER | $1,903 | NET BOOK VALUE | $1,903 |
| 50.124 C3SD B STREAM 1.5 INCH PIPING | $19,939 | NET BOOK VALUE | $19,939 |
| 50.125 C3SD B STREAM STORAGE & PUMP SYSTEM - APACHE TANK | $41,349 | NET BOOK VALUE | $41,349 |
| 50.126 CASTING COMBUTION CHAMBERS REFURBISHMENT - 2010 | $36,079 | NET BOOK VALUE | $36,079 |
| 50.127 CERTAINTEED GUSTIN-BACON THICKNESS TESTER | $47 | NET BOOK VALUE | $47 |
| 50.128 CG HILL & SONS C3SD C-STREAM PUMP CART MODULE | $7,878 | NET BOOK VALUE | $7,878 |
| 50.129 CG HILL & SONS C3SD D-STREAM PUMP CART MODULE | $7,878 | NET BOOK VALUE | $7,878 |
| 50.130 CG HILL & SONS C3SD E-STREAM PUMP CART MODULE | $7,878 | NET BOOK VALUE | $7,878 |
| 50.131 CHEMINEER MODEL 50DTD CAST CONFOR TOTE MIXER -EMMD | $99 | NET BOOK VALUE | $99 |
| 50.132 CINCINNATI SUB-ZERO CONDITIONING CHAMBER | $1,928 | NET BOOK VALUE | $1,928 |
| 50.133 COGNEX OCR CAMERA  MODEL KCC-REM-CGX-1AAA | $961 | NET BOOK VALUE | $961 |
| 50.134 COLD TEMPERATURE TRANSMISSION LOSS FIXTURE | $18,283 | NET BOOK VALUE | $18,283 |
| 50.135 COMPACTORS, INC RECYCLED MATERIAL BALER MOD V63HD | $1,423 | NET BOOK VALUE | $1,423 |

Aearo Technologies LLC                                          Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |

| | | | |
|---|---|---|---|
| 50.136 CONTECH FORMING PRESS | $135,630 | NET BOOK VALUE | $135,630 |
| 50.137 CONVEYOR & CASTER CONVEYOR SYSTEM FOR BRUNO | $1,007 | NET BOOK VALUE | $1,007 |
| 50.138 CONVEYOR & CASTER CONVEYOR SYSTEM FOR BRUNO | $1,007 | NET BOOK VALUE | $1,007 |
| 50.139 CSZ MODEL ZPH-16-2-2-H/AC ENVIRONMENTAL CHAMBER | $2,169 | NET BOOK VALUE | $2,169 |
| 50.140 CUMBERLAND MODEL 684 3KN GRANULATOR | $4,990 | NET BOOK VALUE | $4,990 |
| 50.141 CUSTOM BUILT ROTARY STAMP APPLICATION SYSTEM | $11,041 | NET BOOK VALUE | $11,041 |
| 50.142 DAVIS STANDARD EXTRUDER FEEDTHROAT | $6,850 | NET BOOK VALUE | $6,850 |
| 50.143 DAVIS STANDARD NRM 450 PMIII TRANSMISSION ASSEMBLY | $51,948 | NET BOOK VALUE | $51,948 |
| 50.144 DAWSON DOCK #2 WAYNE DALTON 823C THERMITE | $1,484 | NET BOOK VALUE | $1,484 |
| 50.145 DHR-2 RHEOMETER | $10,093 | NET BOOK VALUE | $10,093 |
| 50.146 DIE STORAGE RACK / U-48 | $4,204 | NET BOOK VALUE | $4,204 |
| 50.147 EASTMAN FALCON IV END CUTTER, 110-VOLTS & 1.4 AMPS | $768 | NET BOOK VALUE | $768 |
| 50.148 EASTMAN MLG MATERIAL PULLER & SHEETING SYSTEM | $36,507 | NET BOOK VALUE | $36,507 |
| 50.149 EASTMAN MODEL 534 LIGHTWEIGHT CARDINAL CUTTER | $565 | NET BOOK VALUE | $565 |
| 50.150 EASTMAN TECH BLUE JAY AUTOMATED END CUTTER | $1,896 | NET BOOK VALUE | $1,896 |
| 50.151 EASTMAN TECH BLUE JAY AUTOMATED END CUTTER | $1,896 | NET BOOK VALUE | $1,896 |
| 50.152 EASTMAN TECH BLUE JAY AUTOMATED END CUTTER | $1,896 | NET BOOK VALUE | $1,896 |
| 50.153 EXHAUST HOOD ASSEMBLY - REAL MECHANICAL - FOR LAB | $1,370 | NET BOOK VALUE | $1,370 |

Aearo Technologies LLC                                            Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**        Machinery, equipment, and vehicles

| | | | |
|---|---|---|---|
| 50.154 EXTRUDER SHEET LINE SILICONE ROLLERS (QTY: 12) | $16,275 | NET BOOK VALUE | $16,275 |
| 50.155 EXTRUSION DIE CART-NORDSON EDI | $16,253 | NET BOOK VALUE | $16,253 |
| 50.156 FEDERAL PACIFIC 75KVA TRANSFORMER MODEL 36B | $2,785 | NET BOOK VALUE | $2,785 |
| 50.157 FLOW INTENSIFIER PUMP MODEL 7XES-60 FOR WATER JET | $8,250 | NET BOOK VALUE | $8,250 |
| 50.158 FLOW MACH2C WATER JET CUTTER | $38,286 | NET BOOK VALUE | $38,286 |
| 50.159 FLOW MACH2C WATER JET CUTTER | $38,286 | NET BOOK VALUE | $38,286 |
| 50.160 FLOWMETER SWC "B" STREAM-CMF100M328NQBAEZZZ | $4,321 | NET BOOK VALUE | $4,321 |
| 50.161 FM 3 MAIN VACUUM BELT UPGRADES | $17,163 | NET BOOK VALUE | $17,163 |
| 50.162 FM 3 MID SECTION ROLLERS - BETWEEN 2 OVENS | $6,188 | NET BOOK VALUE | $6,188 |
| 50.163 FM 3 PULL ROLL STATION UPGRADES | $34,327 | NET BOOK VALUE | $34,327 |
| 50.164 FM 3 UNWIND STATION UPGRADES | $25,895 | NET BOOK VALUE | $25,895 |
| 50.165 FM3 INLINE EMBOSSING STATION | $95,034 | NET BOOK VALUE | $95,034 |
| 50.166 G.R.A.S 2-MICROPHONE SET MODEL 40AI | $416 | NET BOOK VALUE | $416 |
| 50.167 GE SPECTRA SERIES SWITCHBOARD | $23,024 | NET BOOK VALUE | $23,024 |
| 50.168 GENUINE MACHINE DESIGN GLOVESKIN REWIND STAND | $5,762 | NET BOOK VALUE | $5,762 |
| 50.169 GERBER CUTTING HEAD / 98591004 | $4,715 | NET BOOK VALUE | $4,715 |
| 50.170 GERBIG ENG DRY END HEPA CONTAMINATION BARRIER #1 @ | $6,030 | NET BOOK VALUE | $6,030 |
| 50.171 GERBIG ENG DRY END HEPA CONTAMINATION BARRIER #2 @ | $6,030 | NET BOOK VALUE | $6,030 |
| 50.172 GERBIG ENG DRY END HEPA CONTAMINATION BARRIER #3 @ | $6,030 | NET BOOK VALUE | $6,030 |
| 50.173 GLENRO IR LAMINATOR | $37,420 | NET BOOK VALUE | $37,420 |

Aearo Technologies LLC

**Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 50.174 GMD SLITTER FOR ROTARY DIE CUTTER | $1,363 | NET BOOK VALUE | $1,363 |
| 50.175 GRACO RTV ADHESIVE PUMP B 222-TT2 | $850 | NET BOOK VALUE | $850 |
| 50.176 GTC CONVEYOR 24" WIDE, 5' LONG; MODEL 250-24 | $235 | NET BOOK VALUE | $235 |
| 50.177 HARRINGTON 1 TON HOIST MODEL NER2010LD - SLITTER | $36,360 | NET BOOK VALUE | $36,360 |
| 50.178 HEAT EXCHANGER 183502-025 | $13,669 | NET BOOK VALUE | $13,669 |
| 50.179 HOT DISK THERMAL TESTER / HOT DISK TPS 2500 | $87,405 | NET BOOK VALUE | $87,405 |
| 50.180 HUMBOLDT H-1200 PENETROMETER | $40 | NET BOOK VALUE | $40 |
| 50.181 HVAC SHIPPING OFFICE / 38MAQB12R-3 | $3,779 | NET BOOK VALUE | $3,779 |
| 50.182 INDUSTRIAL 2-NEEDLE SEWING MACHINE - JUKI LU1560 | $3,261 | NET BOOK VALUE | $3,261 |
| 50.183 INK JET PRINTER - 397546-794-01 / 1660 | $9,885 | NET BOOK VALUE | $9,885 |
| 50.184 INLINE SLITTER EQUIPMENT FOR EXTRUSION | $18,125 | NET BOOK VALUE | $18,125 |
| 50.185 INSC CAT 6 LAN CABLING | $127,792 | NET BOOK VALUE | $127,792 |
| 50.186 INSTRON TEST MACHINE / 5967 | $71,560 | NET BOOK VALUE | $71,560 |
| 50.187 JAYCO MODEL ASBM-1 SIGMA BLADE MIXER | $1,647 | NET BOOK VALUE | $1,647 |
| 50.188 JLG MODEL 3246 ES SCISSOR LIFT 5,068 LBS MAX | $23,123 | NET BOOK VALUE | $23,123 |
| 50.189 KAESER AIR COMPRESSOR     MODEL ASD-40S | $12,666 | NET BOOK VALUE | $12,666 |
| 50.190 KAESER FM AIR COMPRESSOR MOTOR  MODEL SFC22 | $815 | NET BOOK VALUE | $815 |
| 50.191 KAESER MODEL KADW30A INSTRUMENT AIR SUPPLY DRYER | $235 | NET BOOK VALUE | $235 |
| 50.192 KINETIX VP LOW INERTIA SERVOMOTOR - DRIVE SIDE | $2,672 | NET BOOK VALUE | $2,672 |
| 50.193 KINETIX VP LOW INERTIA SERVOMOTOR - OP SIDE | $2,672 | NET BOOK VALUE | $2,672 |
| 50.194 KINETIX VP LOW INERTIA SERVOMOTOR - TRAVERSE MOTOR | $4,074 | NET BOOK VALUE | $4,074 |

**Aearo Technologies LLC**                                    **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

| | | | |
|---|---|---|---|
| 50.195 KING DESIGN DROP SHOCK TABLE MODEL KD DP-1200-60 | $31,158 | NET BOOK VALUE | $31,158 |
| 50.196 LECTRA IX COMMERCIAL MATERIAL PRINTER AND CUTTER | $95,223 | NET BOOK VALUE | $95,223 |
| 50.197 LEISTRITZ MICRO-27 LAB TWIN SCREW EXTRUDER | $75,091 | NET BOOK VALUE | $75,091 |
| 50.198 LIGHT WEIGHT PNEUMATIC INSTRON GRIPS | $37 | NET BOOK VALUE | $37 |
| 50.199 LIGHTNIN C3SD B STREAM AGITATOR | $6,100 | NET BOOK VALUE | $6,100 |
| 50.200 MAINTENANCE SECURITY GATE | $246 | NET BOOK VALUE | $246 |
| 50.201 MARATHON BLACK MAX MOTOR & AB POWERFLEX DRIVE | $167 | NET BOOK VALUE | $167 |
| 50.202 MARATHON CD CART TIPPER | $3,728 | NET BOOK VALUE | $3,728 |
| 50.203 MARATHON FM3 TRASH COMPACTOR | $1,965 | NET BOOK VALUE | $1,965 |
| 50.204 MAZDA CONSULTANTS HOIST COMPLIANCE AUDIT PROJECT # | $63,276 | NET BOOK VALUE | $63,276 |
| 50.205 MCKINLEY-HILL WET END PLC PANEL FOR C3SD & PCD | $75,526 | NET BOOK VALUE | $75,526 |
| 50.206 MDI TANK ANCHOR POINT SYSTEM | $951 | NET BOOK VALUE | $951 |
| 50.207 MICROMOTION C3SD B-STREAM FLOWMETER & TRANSMITTER | $4,067 | NET BOOK VALUE | $4,067 |
| 50.208 MICROMOTION C3SD C-STREAM FLOWMETER & TRANSMITTER | $1,779 | NET BOOK VALUE | $1,779 |
| 50.209 MICROMOTION C3SD D-STREAM FLOWMETER & TRANSMITTER | $1,779 | NET BOOK VALUE | $1,779 |
| 50.210 MICROMOTION C3SD E-STREAM FLOWMETER & TRANSMITTER | $1,779 | NET BOOK VALUE | $1,779 |
| 50.211 MLG SAFETY MATS, GUARDING & SAFETY CIRCUIT | $1,846 | NET BOOK VALUE | $1,846 |
| 50.212 MULTI-LINE PRINTING ON WATERJET | $7,107 | NET BOOK VALUE | $7,107 |
| 50.213 NELMOR GRANULATOR  MODEL RG1220M1 | $856 | NET BOOK VALUE | $856 |
| 50.214 NEW LONDON COMPOUNDING TRANSFER CONVEYOR | $41 | NET BOOK VALUE | $41 |

Aearo Technologies LLC **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

**Part 8:** Machinery, equipment, and vehicles

| | | | |
|---|---|---|---|
| 50.215 NEW YORK BLOWER 18PLR FM3 BLOWER FAN OVEN 5 | $253 | NET BOOK VALUE | $253 |
| 50.216 ORION HPD W/ DUAL TURNTABLE STRETCH WRAPPER | $7,306 | NET BOOK VALUE | $7,306 |
| 50.217 OSU TESTER | $21,736 | NET BOOK VALUE | $21,736 |
| 50.218 OVERHEAD SPEED DOOR / D501 | $2,960 | NET BOOK VALUE | $2,960 |
| 50.219 PARKER MODEL 804-1339C CUSTOM HLE GANTRY | $3,871 | NET BOOK VALUE | $3,871 |
| 50.220 PERKIN-ELMER THERMO GRAVIMETRIC ANALYZER TGA 8000 | $16,187 | NET BOOK VALUE | $16,187 |
| 50.221 PNUEMATIC CHUCK | $3,008 | NET BOOK VALUE | $3,008 |
| 50.222 POLYMAG FM-3 DRY END WEB CLEANER - TRANSF FROM PS | $5,698 | NET BOOK VALUE | $5,698 |
| 50.223 POLYMAG FM-3 WET END WEB CLEANER - PS TRANSFER | $5,698 | NET BOOK VALUE | $5,698 |
| 50.224 PRESS 305 - SB-12X9 D  MODEL 30X30 120-S | $828 | NET BOOK VALUE | $828 |
| 50.225 PRESS 305 WITH TURN - SB-12X9  MODEL 150X25 120-R | $1,143 | NET BOOK VALUE | $1,143 |
| 50.226 PRESTO XL-36-20 C3SD B-STREAM SAP POWDER PALLET | $822 | NET BOOK VALUE | $822 |
| 50.227 PROGRAMMABLE ELECTRONIC PATTERN SEWER - BAS 326H-03 | $8,095 | NET BOOK VALUE | $8,095 |
| 50.228 PROGRAMMING OF FM3 PLC FOR B STREAM TEMP CONTROL | $6,396 | NET BOOK VALUE | $6,396 |
| 50.229 RACKS FOR CONVERTING AND WAREHOUSE - 2016 | $14,442 | NET BOOK VALUE | $14,442 |
| 50.230 REFURBISH ATLAS COPCO AIR COMPRESSOR GA90VSD | $8,648 | NET BOOK VALUE | $8,648 |
| 50.231 REGAL HOT OIL HEATER & TEMPERATURE CONTROLLER #1 | $5,581 | NET BOOK VALUE | $5,581 |
| 50.232 REGAL HOT OIL HEATER & TEMPERATURE CONTROLLER #2 | $5,581 | NET BOOK VALUE | $5,581 |

Aearo Technologies LLC                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**     Machinery, equipment, and vehicles

| | | | |
|---|---|---|---|
| 50.233 RELIABLE MODEL NBC-REL-BT-1810-AO-90002 RUBBER | $2,086 | NET BOOK VALUE | $2,086 |
| 50.234 REPLACE CASTING LINE HEATING ZONE DOORS | $2,346 | NET BOOK VALUE | $2,346 |
| 50.235 ROSEMOUNT 2120 HIGH LEVEL SWITCH ON 03A TANK | $642 | NET BOOK VALUE | $642 |
| 50.236 ROSEMOUNT 3491 CONTROL UNIT FOR 03A STORAGE TANK | $565 | NET BOOK VALUE | $565 |
| 50.237 ROSEMOUNT 3491 CONTROLLER ON 03A TANK | $2,248 | NET BOOK VALUE | $2,248 |
| 50.238 ROSEMOUNT 5402 HIGH LEVEL SENSOR ON 03A TANK | $979 | NET BOOK VALUE | $979 |
| 50.239 ROSEMOUNT 5402 RADAR LEVEL TRANSMITTER FOR 03A | $1,384 | NET BOOK VALUE | $1,384 |
| 50.240 ROSS MIXER CAN  MODEL PVM-40 | $3,152 | NET BOOK VALUE | $3,152 |
| 50.241 ROTATING #1 HOOK GHR DOK-LOK | $7,359 | NET BOOK VALUE | $7,359 |
| 50.242 ROTATING #2 HOOK GHR DOK-LOK | $7,359 | NET BOOK VALUE | $7,359 |
| 50.243 ROTATING #3 HOOK GHR DOK-LOK | $7,359 | NET BOOK VALUE | $7,359 |
| 50.244 ROTATING #4 HOOK GHR DOK-LOK | $7,359 | NET BOOK VALUE | $7,359 |
| 50.245 ROTATING #5 HOOK GHR DOK-LOK | $7,359 | NET BOOK VALUE | $7,359 |
| 50.246 ROTATING #6 HOOK GHR DOK-LOK | $7,349 | NET BOOK VALUE | $7,349 |
| 50.247 RSA-G2 DMA | $15,140 | NET BOOK VALUE | $15,140 |
| 50.248 SAIC ENERGY C3SD B-STREAM MEZZANINE | $37,018 | NET BOOK VALUE | $37,018 |
| 50.249 SAMSUNG BALL DROP TESTER | $2,408 | NET BOOK VALUE | $2,408 |
| 50.250 SCADAS MOBILE DATA ACQUISITION SYSTEM | $109,276 | NET BOOK VALUE | $109,276 |
| 50.251 SECOND 3000# FORK TRUCK PN#AF30LP | $12,497 | NET BOOK VALUE | $12,497 |
| 50.252 SECURE RECEIVING AREA | $457 | NET BOOK VALUE | $457 |
| 50.253 SECURITY CAMERAS | $144,996 | NET BOOK VALUE | $144,996 |

Aearo Technologies LLC                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**      Machinery, equipment, and vehicles

| | | | |
|---|---|---|---|
| 50.254 SECURITY SYSTEM AT PENCADER | $137,727 | NET BOOK VALUE | $137,727 |
| 50.255 SHEET LINE DRIVE (2 GEAR RED UNITS, 2 A/C DRIVE | $6,998 | NET BOOK VALUE | $6,998 |
| 50.256 SHEET LINE SLITTER  PN TBD-ZEERTF | $7,545 | NET BOOK VALUE | $7,545 |
| 50.257 SIGNODE BATTERY HAND HELD STRAPPING TOOL | $1,820 | NET BOOK VALUE | $1,820 |
| 50.258 SIGNODE BATTERY HAND HELD STRAPPING TOOL | $1,818 | NET BOOK VALUE | $1,818 |
| 50.259 SIGNODE BATTERY HAND HELD STRAPPING TOOL | $1,818 | NET BOOK VALUE | $1,818 |
| 50.260 STERLCO M2B-2016-C TEMP CONTROL UNIT FOR BRABENDER | $713 | NET BOOK VALUE | $713 |
| 50.261 SUMITOMO  MODEL CHHMS30-6195YC-15 GEARBOX | $1,471 | NET BOOK VALUE | $1,471 |
| 50.262 TABER ROTARY ABRADER  MODEL 5135 | $1,343 | NET BOOK VALUE | $1,343 |
| 50.263 TEKSCAN MODEL EH-2 PRESSURE MAPPING | $1,665 | NET BOOK VALUE | $1,665 |
| 50.264 TEMPTEK MODEL CFD-10A CHILLER FOR WATER JET PUMP | $2,470 | NET BOOK VALUE | $2,470 |
| 50.265 TENNANT EC H20 MODEL 5680 FLOOR SCRUBBER | $2,177 | NET BOOK VALUE | $2,177 |
| 50.266 TENNANT MODEL M5680 FLOOR SCRUBBER | $547 | NET BOOK VALUE | $547 |
| 50.267 THERMAL IMAGING CAMERA, MODEL A325 / T197074 | $3,371 | NET BOOK VALUE | $3,371 |
| 50.268 TRICOR 931B DISPLACEMENT FORCE TEST STATION | $3,263 | NET BOOK VALUE | $3,263 |
| 50.269 TSUNGLIN MILLING MACHINE MODEL GEM-450G | $2,670 | NET BOOK VALUE | $2,670 |
| 50.270 TUFSHIELF B STREAM HEAT EXCHANGER | $37,437 | NET BOOK VALUE | $37,437 |
| 50.271 TWIN CITY MODEL 913 RADIAL BLADE CENTRIFUGAL FAN | $2,962 | NET BOOK VALUE | $2,962 |
| 50.272 TWIN CITY MODEL 913 RADIAL BLADE CENTRIFUGAL FAN | $2,962 | NET BOOK VALUE | $2,962 |
| 50.273 UNICARRIERS 5000# FORK TRUCK AF50LP | $9,165 | NET BOOK VALUE | $9,165 |

**Aearo Technologies LLC**                                            Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

| | | | |
|---|---|---|---|
| 50.274 UPGRADE HOIST #1 (701-R) @ CASTING WINDUP TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.275 UPGRADE HOIST #10 (709-R) CONFOR BULK HANDLING TO | $5,519 | NET BOOK VALUE | $5,519 |
| 50.276 UPGRADE HOIST #11 (710-R) @ ASSEMBLER TO 3M STDS | $5,519 | NET BOOK VALUE | $5,519 |
| 50.277 UPGRADE HOIST #13 (711-P) @ COMPOUNDER TO 3M STDS | $5,519 | NET BOOK VALUE | $5,519 |
| 50.278 UPGRADE HOIST #14/27 (712-1F) @ ISOLOSS PRESSES | $5,519 | NET BOOK VALUE | $5,519 |
| 50.279 UPGRADE HOIST #15 (713-M) @ MAINT SHOP TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.280 UPGRADE HOIST #16/25 (714-1F) @ ISOLOSS PRESSES TO | $5,519 | NET BOOK VALUE | $5,519 |
| 50.281 UPGRADE HOIST #2 (702-1F) @ CASTING HEAD TO 3M STD | $5,519 | NET BOOK VALUE | $5,519 |
| 50.282 UPGRADE HOIST #21 (714-R) @ CONFOR TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.283 UPGRADE HOIST #22/23 (716-1C-A&B) IN FAB TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.284 UPGRADE HOIST #29 (717-1F) @ BULK BAG TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.285 UPGRADE HOIST #3 (703-R) @ CASTING HEAD TO 3M STD | $5,519 | NET BOOK VALUE | $5,519 |
| 50.286 UPGRADE HOIST #31 (718-1F) IN NOVICON TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.287 UPGRADE HOIST #32 (719-1F) IN NOVICON TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.288 UPGRADE HOIST #34 (720-1F) @ TEST PACK TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.289 UPGRADE HOIST #36 (722-1F) IN FAB TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.290 UPGRADE HOIST #38 (723-R) @ RIBBON BLENDER TO 3M | $5,519 | NET BOOK VALUE | $5,519 |
| 50.291 UPGRADE HOIST #39 (724-1F) - PORT IN MAINT AREA | $6,929 | NET BOOK VALUE | $6,929 |
| 50.292 UPGRADE HOIST #4 (704-R) @ CASTING HEAD TO 3M STD | $5,519 | NET BOOK VALUE | $5,519 |

Aearo Technologies LLC                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles | | | |
|---------|------|------|------|------|

| | | | | |
|---|---|---|---|---|
| 50.293 UPGRADE HOIST #5 (705-M) @ VERSATOR TO 3M STD | $5,519 | NET BOOK VALUE | $5,519 | |
| 50.294 UPGRADE HOIST #6 (706-M) @ CASTING CLEAN ROOM TO | $5,519 | NET BOOK VALUE | $5,519 | |
| 50.295 UPGRADE HOIST #8 (707-R) UPSTAIRS TO 3M STANDARDS | $5,519 | NET BOOK VALUE | $5,519 | |
| 50.296 UPGRADE HOIST #9 (708-1F) @ EXTRUDER TO 3M STDS | $5,519 | NET BOOK VALUE | $5,519 | |
| 50.297 UWBA COMPOUNDER CONTROL PANEL | $2,250 | NET BOOK VALUE | $2,250 | |
| 50.298 UWBA DESIGN COMPOUNDER CONTROL PANEL | $5,755 | NET BOOK VALUE | $5,755 | |
| 50.299 VESTIL COUNTER-BALANCED POWERED DRIVE PALLET LIFT | $721 | NET BOOK VALUE | $721 | |
| 50.300 VESTIL POWERED STACKER 2000 LB 118" HEIGHT | $1,291 | NET BOOK VALUE | $1,291 | |
| 50.301 VIKING C3SD A-STREAM MDI PUMP - PS TRANSFER | $877 | NET BOOK VALUE | $877 | |
| 50.302 VIKING MAG DRIVE PUMP SKID - PART# HL895 | $5,311 | NET BOOK VALUE | $5,311 | |
| 50.303 VIKING PUMP ASSEMBLY - MODEL KK4124B | $2,381 | NET BOOK VALUE | $2,381 | |
| 50.304 VORTEX VM200 MIXER | $2,405 | NET BOOK VALUE | $2,405 | |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                          | $7,962,658 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Aearo Technologies LLC**                                          Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**     **Real property - detail**

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | | |
|---|---|---|---|---|---|
| 55.1 | 12.5 TON CARRIER FOR UPPER OFFICES | BUILDINGS/IMPROVEMENTS | $4,605 | NET BOOK VALUE | $4,605 |
| 55.2 | 2011 - DOWNSPOUTS -FRONT OF BUILDING | BUILDINGS/IMPROVEMENTS | $1,882 | NET BOOK VALUE | $1,882 |
| 55.3 | 2011 FRONT PARKING LOT PAVING | BUILDINGS/IMPROVEMENTS | $6,640 | NET BOOK VALUE | $6,640 |
| 55.4 | 2011 MAIN ENTRANCE SIDEWALK & STAIRS | BUILDINGS/IMPROVEMENTS | $6,808 | NET BOOK VALUE | $6,808 |
| 55.5 | 2017 HVAC FRONT OFFICES | BUILDINGS/IMPROVEMENTS | $4,152 | NET BOOK VALUE | $4,152 |
| 55.6 | 2018 CASTING LINE | CONSTRUCTION IN PROGRESS | $84,942 | NET BOOK VALUE | $84,942 |
| 55.7 | 2018 RTU HVAC UNIT - 4YCC4030A1070AB | BUILDINGS/IMPROVEMENTS | $6,869 | NET BOOK VALUE | $6,869 |
| 55.8 | 2018 UNIT HEATER REPLACEMENT FABRICATION | BUILDINGS/IMPROVEMENTS | $3,671 | NET BOOK VALUE | $3,671 |
| 55.9 | 2018 UNIT HEATER REPLACEMENT FABRICATION | BUILDINGS/IMPROVEMENTS | $3,669 | NET BOOK VALUE | $3,669 |
| 55.10 | 2018 UNIT HEATER REPLACEMENT FABRICATION | BUILDINGS/IMPROVEMENTS | $3,669 | NET BOOK VALUE | $3,669 |
| 55.11 | 2018 WAREHOUSE RACKING COMPLIANCE UPGRADE | CONSTRUCTION IN PROGRESS | $17,207 | NET BOOK VALUE | $17,207 |
| 55.12 | 2019 AIR SHAFTS #1 / 270030184 | BUILDINGS/IMPROVEMENTS | $3,755 | NET BOOK VALUE | $3,755 |

**Aearo Technologies LLC**                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**     Real property - detail

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.13 | 2019 AIR SHAFTS #2/ 270030184 | BUILDINGS/IMPROVEMENTS | $3,755 | NET BOOK VALUE | $3,755 |
| 55.14 | 2019 AIR SHAFTS #3 / 270030184 | BUILDINGS/IMPROVEMENTS | $3,755 | NET BOOK VALUE | $3,755 |
| 55.15 | 2019 AIR SHAFTS #4 / 270030184 | BUILDINGS/IMPROVEMENTS | $3,755 | NET BOOK VALUE | $3,755 |
| 55.16 | 2019 ATOM PRESS CONTROLS UPGRADE | CONSTRUCTION IN PROGRESS | $13,279 | NET BOOK VALUE | $13,279 |
| 55.17 | 2019 BLOW THROUGH ROOF MOUNTED HEATER / S1850 | BUILDINGS/IMPROVEMENTS | $30,153 | NET BOOK VALUE | $30,153 |
| 55.18 | 2019 CONTECH 3D PRESS REPAIR & UPGRADE | CONSTRUCTION IN PROGRESS | $151,249 | NET BOOK VALUE | $151,249 |
| 55.19 | 2019 DIE RACKING #1 / U3000 | BUILDINGS/IMPROVEMENTS | $5,042 | NET BOOK VALUE | $5,042 |
| 55.20 | 2019 DIE RACKING #2 / U3000 | BUILDINGS/IMPROVEMENTS | $5,042 | NET BOOK VALUE | $5,042 |
| 55.21 | 2019 DIE RACKING #3 / U3000 | BUILDINGS/IMPROVEMENTS | $5,042 | NET BOOK VALUE | $5,042 |
| 55.22 | 2019 DIE RACKING #4 / U3000 | BUILDINGS/IMPROVEMENTS | $5,042 | NET BOOK VALUE | $5,042 |
| 55.23 | 2019 EXTRUSION LINE UPGRADE | CONSTRUCTION IN PROGRESS | $7,622 | NET BOOK VALUE | $7,622 |
| 55.24 | 2019 FM3 CALIPER AND GAP CONTROL UPGRADE | CONSTRUCTION IN PROGRESS | $1,819,843 | NET BOOK VALUE | $1,819,843 |
| 55.25 | 2019 LAB PRESS | CONSTRUCTION IN PROGRESS | $47,864 | NET BOOK VALUE | $47,864 |
| 55.26 | 2019 LOADING DOCK AND RESTRAINT / SHR5000 | BUILDINGS/IMPROVEMENTS | $12,166 | NET BOOK VALUE | $12,166 |
| 55.27 | 2019 MAIN BUILDING ENTERANCE SIGNAGE | BUILDINGS/IMPROVEMENTS | $13,412 | NET BOOK VALUE | $13,412 |

**Aearo Technologies LLC**                                            **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**      **Real property - detail**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.28 | 2019 PICNIC TABLES,TRASH CANS AND CONCRETE LAB | BUILDINGS/IMPROVEMENTS | $19,783 | NET BOOK VALUE | $19,783 |
| 55.29 | 2019 PORTABLE ISOCYANATE MONITOR / CLPX | BUILDINGS/IMPROVEMENTS | $5,254 | NET BOOK VALUE | $5,254 |
| 55.30 | 2019 WATER FOUNTAIN / LZWSR-1C | BUILDINGS/IMPROVEMENTS | $6,732 | NET BOOK VALUE | $6,732 |
| 55.31 | 2020 DAWSON OFFICE RUGS | BUILDINGS/IMPROVEMENTS | $8,509 | NET BOOK VALUE | $8,509 |
| 55.32 | 2020 EDGE CUTTERS - H51084 - 567BK75X | BUILDINGS/IMPROVEMENTS | $4,516 | NET BOOK VALUE | $4,516 |
| 55.33 | 2020 EDGE CUTTERS - H51085 - 567BK75X | BUILDINGS/IMPROVEMENTS | $4,516 | NET BOOK VALUE | $4,516 |
| 55.34 | 2020 EMPLOYEE ACCESS DOOR - 300700CD | BUILDINGS/IMPROVEMENTS | $7,333 | NET BOOK VALUE | $7,333 |
| 55.35 | 2020 EXTRUSION LINE HMI UPGRADE | CONSTRUCTION IN PROGRESS | $24,770 | NET BOOK VALUE | $24,770 |
| 55.36 | 2020 FM3 NOSE FOAM CAPABILITY IMPROVEMENTS | CONSTRUCTION IN PROGRESS | $42,903 | NET BOOK VALUE | $42,903 |
| 55.37 | 2020 GERBER CUTTER -MECH PIPING & ELECTRI INSTALLA | LEASEHOLD IMPROVE | $136,596 | NET BOOK VALUE | $136,596 |
| 55.38 | 2020 GUARD RAILING FOR THE FAB STAGING AREA | BUILDINGS/IMPROVEMENTS | $4,149 | NET BOOK VALUE | $4,149 |
| 55.39 | 2020 HVAC SYSTEM QUALITY LAB - 25HCE448AP05 | BUILDINGS/IMPROVEMENTS | $14,405 | NET BOOK VALUE | $14,405 |
| 55.40 | 2020 HVAC SYSTEMS FM LAB - 25HCE448AP05 | BUILDINGS/IMPROVEMENTS | $14,405 | NET BOOK VALUE | $14,405 |
| 55.41 | 2020 PAINT ROOM HEATER - X75SI - 67333830GT | BUILDINGS/IMPROVEMENTS | $5,639 | NET BOOK VALUE | $5,639 |
| 55.42 | 2020 PIV BATTERIES | CONSTRUCTION IN PROGRESS | $35,507 | NET BOOK VALUE | $35,507 |

Aearo Technologies LLC

Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 9:** Real property - detail

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.43   2020 PULSE SEALERS (BUILDING 2 ZIONSVILLE ROAD) | CONSTRUCTION IN PROGRESS | $40,575 | NET BOOK VALUE | $40,575 |
| 55.44   2020 WALL OPENING | BUILDINGS/IMPR OVEMENTS | $73,156 | NET BOOK VALUE | $73,156 |
| 55.45   2021 ASSEMBLER ROLL REPLACEMENT | CONSTRUCTION IN PROGRESS | $5,750 | NET BOOK VALUE | $5,750 |
| 55.46   2021 CROWN RC FORK TRUCK | CONSTRUCTION IN PROGRESS | $25,900 | NET BOOK VALUE | $25,900 |
| 55.47   2021 DYNO P4 UPGRADE | CONSTRUCTION IN PROGRESS | $77,590 | NET BOOK VALUE | $77,590 |
| 55.48   2021 EXTERIOR OFFICE WALLS, 6 OFFICES | BUILDINGS/IMPR OVEMENTS | $236,235 | NET BOOK VALUE | $236,235 |
| 55.49   2021 FM3 DRIVES & CONTROLS | CONSTRUCTION IN PROGRESS | $1 | NET BOOK VALUE | $1 |
| 55.50   2021 FM3 PROCESS CUBE CHILLER - MGD-7.5A | BUILDINGS/IMPR OVEMENTS | $25,976 | NET BOOK VALUE | $25,976 |
| 55.51   2021 FM3 ROOF ACCESS MEZZANINE | BUILDINGS/IMPR OVEMENTS | $49,684 | NET BOOK VALUE | $49,684 |
| 55.52   2021 HVAC SYSTEM - 25HCE448AP05 | BUILDINGS/IMPR OVEMENTS | $21,077 | NET BOOK VALUE | $21,077 |
| 55.53   2021 ISOCYANATE MONITORS | CONSTRUCTION IN PROGRESS | $10,254 | NET BOOK VALUE | $10,254 |
| 55.54   2021 LIGHTING UPGRADE INDY | CONSTRUCTION IN PROGRESS | $145,300 | NET BOOK VALUE | $145,300 |
| 55.55   2021 MECANUM AIR RESISTIVITY FIXTURE | CONSTRUCTION IN PROGRESS | $25,527 | NET BOOK VALUE | $25,527 |
| 55.56   2021 NEWARK CHEM MIX BENCH SCALES | CONSTRUCTION IN PROGRESS | $11,419 | NET BOOK VALUE | $11,419 |
| 55.57   2021 PLANTWIDE OVERSIZED CEILING FANS | CONSTRUCTION IN PROGRESS | $31,736 | NET BOOK VALUE | $31,736 |

**Aearo Technologies LLC**                                      Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property - detail |
|---------|------------------------|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.58 | 2021 SPRINKLER PROJECT | CONSTRUCTION IN PROGRESS | $9,937 | NET BOOK VALUE | $9,937 |
| 55.59 | 2022 34-28 HEAT EXCHANGER | CONSTRUCTION IN PROGRESS | $8,568 | NET BOOK VALUE | $8,568 |
| 55.60 | 2022 ATB LECTRA 4 REPLACEMENT | CONSTRUCTION IN PROGRESS | $255,265 | NET BOOK VALUE | $255,265 |
| 55.61 | 2022 CONFOR TITRATOR | CONSTRUCTION IN PROGRESS | $9,306 | NET BOOK VALUE | $9,306 |
| 55.62 | 2022 INSC ATC ROOF FALL PROTECTION | BUILDINGS/IMPR OVEMENTS | $38,044 | NET BOOK VALUE | $38,044 |
| 55.63 | 2022 INSC MAIN WAREHOUSE ROOF FALL PROTECTION | BUILDINGS/IMPR OVEMENTS | $6,366 | NET BOOK VALUE | $6,366 |
| 55.64 | 2022 PSD LAB HVAC UNIT REPLACEMENT | CONSTRUCTION IN PROGRESS | $11,600 | NET BOOK VALUE | $11,600 |
| 55.65 | 2022 PVC-MIX BIG JOE | CONSTRUCTION IN PROGRESS | $15,622 | NET BOOK VALUE | $15,622 |
| 55.66 | 2022 SEWER INSTALLATION | CONSTRUCTION IN PROGRESS | $66,731 | NET BOOK VALUE | $66,731 |
| 55.67 | 210 I 79TH STREET BUILDING | BUILDINGS/IMPR OVEMENTS | $905,743 | NET BOOK VALUE | $905,743 |
| 55.68 | 3000# FORK TRUCK  / CF30LP | BUILDINGS/IMPR OVEMENTS | $19,426 | NET BOOK VALUE | $19,426 |
| 55.69 | 5 TON CARRIER FOR LOWER OFFICES (1OF2) FURTH SOUTH | BUILDINGS/IMPR OVEMENTS | $2,181 | NET BOOK VALUE | $2,181 |
| 55.70 | 7911 ZIONSVILLE ROAD - 6.12 ACRES | LAND | $580,000 | NET BOOK VALUE | $580,000 |
| 55.71 | 79TH ST LAND IMPROVEMENTS | BUILDINGS/IMPR OVEMENTS | $3,565 | NET BOOK VALUE | $3,565 |
| 55.72 | 79TH STREET LAND | LAND | $380,000 | NET BOOK VALUE | $380,000 |

Aearo Technologies LLC

Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**  Real property - detail

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.73 | ACOUSTICAL TEST FACILITY BUILDING | BUILDINGS/IMPROVEMENTS | $2,352,119 | NET BOOK VALUE | $2,352,119 |
| 55.74 | AIRCRAFT OFF REMODEL - OFFICES & KITCHENETTE 2010 | BUILDINGS/IMPROVEMENTS | $30,061 | NET BOOK VALUE | $30,061 |
| 55.75 | ALERTON A-7 HVAC CONTROLLER | BUILDINGS/IMPROVEMENTS | $5,003 | NET BOOK VALUE | $5,003 |
| 55.76 | ATC HVAC ADDITIONAL ZONE CONTROL FOR PREP AREA | BUILDINGS/IMPROVEMENTS | $322 | NET BOOK VALUE | $322 |
| 55.77 | ATC TEST CHAMBER ROOF RAILING / LADDER | BUILDINGS/IMPROVEMENTS | $6,678 | NET BOOK VALUE | $6,678 |
| 55.78 | BUILDING UPGRADES RELATED TO 909 PU MOLDING LINE | BUILDINGS/IMPROVEMENTS | $28,755 | NET BOOK VALUE | $28,755 |
| 55.79 | CARRIER 7.5 TON HVAC BREAK ROOM | BUILDINGS/IMPROVEMENTS | $2,225 | NET BOOK VALUE | $2,225 |
| 55.80 | COMPACTOR ENCLOSURE  FROM CER 80143 | BUILDINGS/IMPROVEMENTS | $131 | NET BOOK VALUE | $131 |
| 55.81 | DAYTON 42" CABINET EXHAUST FAN IN FM | BUILDINGS/IMPROVEMENTS | $3,122 | NET BOOK VALUE | $3,122 |
| 55.82 | DAYTON 42" CABINET EXHAUST FAN IN FM | BUILDINGS/IMPROVEMENTS | $3,122 | NET BOOK VALUE | $3,122 |
| 55.83 | DTNA RETURNABLE CONTAINER STORAGE UNIT OUTDOOR PER | BUILDINGS/IMPROVEMENTS | $100,596 | NET BOOK VALUE | $100,596 |
| 55.84 | E A R SPECIALTY COMPOSITES BUILDING | BUILDINGS/IMPROVEMENTS | $750,328 | NET BOOK VALUE | $750,328 |
| 55.85 | E A R SPECIALTY COMPOSITES BUILDING, NEWARK | BUILDINGS/IMPROVEMENTS | $1,128,392 | NET BOOK VALUE | $1,128,392 |
| 55.86 | EXTRUDER UTILITY RELO - MOVE CABLES OVERHEAD | BUILDINGS/IMPROVEMENTS | $531 | NET BOOK VALUE | $531 |
| 55.87 | EXTRUSION VENTILATION UPGRADE - AIR INTAKE GRILLS, | BUILDINGS/IMPROVEMENTS | $46,741 | NET BOOK VALUE | $46,741 |

**Aearo Technologies LLC**                                              **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**     **Real property - detail**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.88  FACILITY OUTSIDE STAIRS/SIDEWALK REPL - 2014 | BUILDINGS/IMPROVEMENTS | $27,146 | NET BOOK VALUE | $27,146 |
| 55.89  FIRE MAIN REPAIR IN PARKING LOT | BUILDINGS/IMPROVEMENTS | $11,176 | NET BOOK VALUE | $11,176 |
| 55.90  FM STEEL OVERHEAD ROLLING DOOR / 3285 | BUILDINGS/IMPROVEMENTS | $5,698 | NET BOOK VALUE | $5,698 |
| 55.91  FOAM MAKING ROOF REPLACEMENT - 2008 | BUILDINGS/IMPROVEMENTS | $82,072 | NET BOOK VALUE | $82,072 |
| 55.92  GREENHECK EXHAUST BLOWER-FAB MODEL RBU-3L60-100 | BUILDINGS/IMPROVEMENTS | $6,868 | NET BOOK VALUE | $6,868 |
| 55.93  GREENHECK EXHAUST BLOWER-FAB MODEL RBU-3L60-100 | BUILDINGS/IMPROVEMENTS | $6,868 | NET BOOK VALUE | $6,868 |
| 55.94  HARDWARE AND SOFTWARE UPDATES FOR TENSION CONTROL | BUILDINGS/IMPROVEMENTS | $28,438 | NET BOOK VALUE | $28,438 |
| 55.95  IMPROVED ASTM E90 TRANSMISSION LOSS WINDOW | BUILDINGS/IMPROVEMENTS | $21,084 | NET BOOK VALUE | $21,084 |
| 55.96  INSC PARKING LOT PAVING - 2011 | BUILDINGS/IMPROVEMENTS | $3,809 | NET BOOK VALUE | $3,809 |
| 55.97  INSC ROOF REPL (SECTIONS 2 & 5) 2013 PHASE 1 | BUILDINGS/IMPROVEMENTS | $626,743 | NET BOOK VALUE | $626,743 |
| 55.98  INSC ROOF REPL (SECTIONS 3 & 4) 2014 PHASE 2 | BUILDINGS/IMPROVEMENTS | $958,269 | NET BOOK VALUE | $958,269 |
| 55.99  INSC SOUTH WALL LEAK REPAIR | BUILDINGS/IMPROVEMENTS | $6,878 | NET BOOK VALUE | $6,878 |
| 55.100  INSTALLATION OF UPGRADED TRANSMISSION LOSS WINDOW | BUILDINGS/IMPROVEMENTS | $10,306 | NET BOOK VALUE | $10,306 |
| 55.101  INSULATED STEEL ROLLONG DOOR SERIES 6000 | BUILDINGS/IMPROVEMENTS | $18,171 | NET BOOK VALUE | $18,171 |
| 55.102  ISOCYANATE MONITOR / CHEMLOGIC CL1 | BUILDINGS/IMPROVEMENTS | $6,830 | NET BOOK VALUE | $6,830 |

**Aearo Technologies LLC**                                      **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**    **Real property - detail**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.103  LAN SYSTEM UPGRADE - WIRELESS ACCESS POINT - 2013 | BUILDINGS/IMPROVEMENTS | $22,885 | NET BOOK VALUE | $22,885 |
| 55.104  LAND   (SE CORNER 79TH & ZIONSVILLE) | LAND | $700,000 | NET BOOK VALUE | $700,000 |
| 55.105  LAND (168229 SF, 3.862 ACRES) | LAND | $760,000 | NET BOOK VALUE | $760,000 |
| 55.106  LANDSCAPING FOR ACOUSTICAL TEST FACILITY | BUILDINGS/IMPROVEMENTS | $5,474 | NET BOOK VALUE | $5,474 |
| 55.107  LIEBERT CRAC ENVIRONMENTAL CONTROL UNIT | BUILDINGS/IMPROVEMENTS | $20,543 | NET BOOK VALUE | $20,543 |
| 55.108  MIXING MEZZANINE HVAC COIL | BUILDINGS/IMPROVEMENTS | $3,444 | NET BOOK VALUE | $3,444 |
| 55.109  NEW CONVERTING FLOOR | BUILDINGS/IMPROVEMENTS | $41,276 | NET BOOK VALUE | $41,276 |
| 55.110  NEW OFFICE CONSTRUCTION - TRAINING ROOM TO OFFICES | BUILDINGS/IMPROVEMENTS | $34,605 | NET BOOK VALUE | $34,605 |
| 55.111  NEWARK BUILDING SIGNS - 2010 | BUILDINGS/IMPROVEMENTS | $721 | NET BOOK VALUE | $721 |
| 55.112  NOVICON OFFICE REMODEL (SPLIT INTO 2 OFFICES) 2010 | BUILDINGS/IMPROVEMENTS | $5,408 | NET BOOK VALUE | $5,408 |
| 55.113  OFFICE AREA SPRINKLER HEADS / VK3021 | BUILDINGS/IMPROVEMENTS | $4,138 | NET BOOK VALUE | $4,138 |
| 55.114  OFFICE SPACE ADDITION - 3 TECH OFFICES ALONG | BUILDINGS/IMPROVEMENTS | $14,972 | NET BOOK VALUE | $14,972 |
| 55.115  OVEN GAS VALVE / HW V4055D1019 | BUILDINGS/IMPROVEMENTS | $4,720 | NET BOOK VALUE | $4,720 |
| 55.116  PILOT LINE HVAC IMPROVEMENTS - 2011 | BUILDINGS/IMPROVEMENTS | $2,552 | NET BOOK VALUE | $2,552 |
| 55.117  POLYURETHANE AREA SUPERVISOR'S OFFICE | BUILDINGS/IMPROVEMENTS | $6,618 | NET BOOK VALUE | $6,618 |

**Aearo Technologies LLC** **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

**Part 9:** **Real property - detail**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.118 RAISE LINTEL ON DOCK DOOR #1 AND #3 | BUILDINGS/IMPROVEMENTS | $4,453 | NET BOOK VALUE | $4,453 |
| 55.119 RAISED LINTEL ON DOCK DOOR #2 - FROM CER 81483 | BUILDINGS/IMPROVEMENTS | $2,152 | NET BOOK VALUE | $2,152 |
| 55.120 REINFORCED CONCRETE PADS - DAWSON SHIPPING AREA | BUILDINGS/IMPROVEMENTS | $6,872 | NET BOOK VALUE | $6,872 |
| 55.121 REPLACE LIGHT FIXTURES WITH T-5 FIXTURES - 2013 | BUILDINGS/IMPROVEMENTS | $3,485 | NET BOOK VALUE | $3,485 |
| 55.122 RITE HITE DOK-LOK SHR 50 FOR DOOR #2 | BUILDINGS/IMPROVEMENTS | $4,622 | NET BOOK VALUE | $4,622 |
| 55.123 RITE HITE FASTRAX ROLL UP DOOR - FAB | BUILDINGS/IMPROVEMENTS | $8,850 | NET BOOK VALUE | $8,850 |
| 55.124 SIEMENS EXTRUDER POWER ISOLATION DISCONNECT | BUILDINGS/IMPROVEMENTS | $1,948 | NET BOOK VALUE | $1,948 |
| 55.125 SIEMENS FABRICATION POWER PANEL MODEL P1X42MC250C | BUILDINGS/IMPROVEMENTS | $3,677 | NET BOOK VALUE | $3,677 |
| 55.126 SPRINKLER SYSTEM REPAIRS / MODIFICATIONS - 2008 | BUILDINGS/IMPROVEMENTS | $21,678 | NET BOOK VALUE | $21,678 |
| 55.127 TANK FARM INTERNAL BERM | BUILDINGS/IMPROVEMENTS | $1,534 | NET BOOK VALUE | $1,534 |
| 55.128 THERMAL OXIDIZER DUCTWORK - 2013 | BUILDINGS/IMPROVEMENTS | $2,844 | NET BOOK VALUE | $2,844 |
| 55.129 UPGRADED J1400 TRANSMISSION LOSS WINDOW ATC | BUILDINGS/IMPROVEMENTS | $28,962 | NET BOOK VALUE | $28,962 |
| 55.130 VICON MODEL SVFR-W36 SECURITY CAMERA | BUILDINGS/IMPROVEMENTS | $837 | NET BOOK VALUE | $837 |
| 55.131 VICON MODEL SVFR-W36 SECURITY CAMERA | BUILDINGS/IMPROVEMENTS | $837 | NET BOOK VALUE | $837 |
| 55.132 VICON MODEL SVFR-W36 SECURITY CAMERA | BUILDINGS/IMPROVEMENTS | $837 | NET BOOK VALUE | $837 |

**Aearo Technologies LLC**　　　　　　　　　　　　　　　　　Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 9:**　　**Real property - detail**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.133　VICON MODEL SVFR-W36 SECURITY CAMERA | BUILDINGS/IMPROVEMENTS | $837 | NET BOOK VALUE | $837 |
| 55.134　VICON MODEL SVFR-W36 SECURITY CAMERA | BUILDINGS/IMPROVEMENTS | $837 | NET BOOK VALUE | $837 |
| 55.135　WAREHOUSE WALL REPAIR | BUILDINGS/IMPROVEMENTS | $5,045 | NET BOOK VALUE | $5,045 |
| 55.136　WAYNE DALTON GARAGE DOOR - DAWSON WAREHOUSE | BUILDINGS/IMPROVEMENTS | $10,075 | NET BOOK VALUE | $10,075 |

56.　**Total of Part 9**　　　　　　　　　　　　　　　　　　　　　　　　　| $13,718,663 |

　　Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.　**Is a depreciation schedule available for any of the property listed in Part 9?**

　　☐ No
　　☑ Yes

58.　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**

　　☑ No
　　☐ Yes

**Aearo Technologies LLC**  Case Number: 22-02890-JJG-11

---

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**    Intangibles and intellectual property - detail

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60. 1 | | | |
| 61.  **Internet domain names and websites** | | | |
| 61. 1 | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62. 1 | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 63. 1    CUSTOMER RECORDS | N/A | N/A | UNDETERMINED |
| 64.  **Other intangibles, or intellectual property** | | | |
| 64. 1 | | | |
| 65.  **Goodwill** | | | |
| 65. 1 | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| **UNDETERMINED** |
|---|

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Aearo Technologies LLC                                    Case Number: 22-02890-JJG-11

## Schedule A/B: Assets — Real and Personal Property

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

71.1 _____    _____

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____    _____

73. **Interests in insurance policies or annuities**

73.1 _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 Cabot Acquisition Agreement, dated July 11, 1995                        UNDETERMINED

_Nature of claim: Not Available_
_Amount requested: Not Available_

75.2 Liability sharing arrangement between the Debtors, Cabot Corporation, American Optical, and a subsidiary    UNDETERMINED
of the Warner-Lambert Company and their respective insurers

_Nature of claim: Not Available_
_Amount requested: Not Available_

76. **Trusts, equitable or future interests in property**

76.1 _____    _____

**Aearo Technologies LLC**                                      **Case Number: 22-02890-JJG-11**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
| --- | --- |

| General description | Current value of debtor's interest |
| --- | --- |

77.  **Other property of any kind not already listed Examples: Season tickets, country club membership**
     Examples: Season tickets, country club membership

| | |
| --- | --- |
| 77.1  2022-2023 Colts Season Tickets (2) | UNDETERMINED |
| 77.2  2022-2023 Pacers Season Tickets (2) | UNDETERMINED |
| 77.3  Accounts Payable Debit Balances | $1,244,424 |
| 77.4  Funding and Indemnification Agreement with 3M Company and Aearo Technologies LLC | UNDETERMINED |
| 77.5  Intercompany Receivable - 3M Company | $964,655,232 |
| 77.6  Intercompany Receivable - 3M Deutschland GMBH | $407,117 |
| 77.7  Intercompany Receivable - 3M Financial Mgmt. Co. | $73,147,315 |
| 77.8  Intercompany Receivable - 3M Panama Pacifico S. | $2,842 |
| 77.9  Intercompany Receivable - 3M Sanayi VE Ticaret A.S. | $5,515 |
| 77.10  Intercompany Receivable - 3M Wroclaw Sp. z.o.o. | $126,581 |
| 77.11  Intercompany Receivable - Aearo Intermediate LLC | $75,683,766 |
| 77.12  Intercompany Receivable - Aearo Mexico Holding Corp. | $891 |

**Aearo Technologies LLC** <span style="float:right">**Case Number: 22-02890-JJG-11**</span>

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
| --- | --- |

| General description | Current value of debtor's interest |
| --- | --- |

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**
     Examples: Season tickets, country club membership

| | |
| --- | --- |
| 77.13  Intercompany Receivable - Cabot Safety Intermediate LLC | $2,305,291 |
| 77.14  Intercompany Receivable - MTI Polyfab | $2,766,446 |

78. **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.

<div style="border:1px solid black; display:inline-block; padding:4px 20px;">**UNDETERMINED**</div>

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Schedule A/B: Assets — Real and Personal Property

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80.  Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $5,412,903 | | |
| 81.  Deposits and prepayments. Copy line 9, Part 2. | $18,912 | | |
| 82.  Accounts receivable. Copy line 12, Part 3. | $20,114,081 | | |
| 83.  Investments. Copy line 17, Part 4. | UNDETERMINED | | |
| 84.  Inventory. Copy line 23, Part 5. | $14,884,204 | | |
| 85.  Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86.  Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $21,657 | | |
| 87.  Machinery, equipment, and vehicles. Copy line 51, Part 8. | $7,962,658 | | |
| 88.  Real property. Copy line 56, Part 9. | | $13,718,663 | |
| 89.  Intangibles and intellectual property. Copy line 66, Part 10. | UNDETERMINED | | |
| 90.  All other assets. Copy line 78, Part 11. | UNDETERMINED | | |
| 91.  Total. Add lines 80 through 90 for each column. | UNDETERMINED a. | $13,718,663 b.. | |

92.  **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**                    UNDETERMINED

## Schedule D: Creditors Who Have Claims Secured by Property

1.  **Do any creditors have claims secured by debtor's property?**

    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| 2. | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | | |

**Total:** _____

## Schedule D: Creditors Who Have Claims Secured by Property

**Amount of Claim**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**Aearo Technologies LLC**                                          **Case Number: 22-02890-JJG-11**

## Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|---|---|---|
| NONE | | |

**Aearo Technologies LLC**

**Case Number: 22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| **2.1** ALABAMA DEPARTMENT OF REVENUE, INCOME TAX ADMINISTRATION DIVISION, CORPORATE TAX SECTION P.O. BOX 327430 MONTGOMERY, AL 36132-7430 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.2** ALASKA DEPARTMENT OF REVENUE, TAX DIVISION P.O. BOX 110420 JUNEAU, AK 99811-0420 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.3** ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29079 PHOENIX, AZ 85038-9079 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.4** COLORADO DEPARTMENT OF REVENUE DENVER, CO 02204-0001 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.5** COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS DEPARTMENT OF REVENUE 100 CAMBRIDGE STREET BOSTON, MA 02204-0001 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.6** COMMONWEALTH OF VIRGINIA 1401 EAST BROAD STREET RICHMOND CITY, VA 23219-5052 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.7** COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION DIVISION 110 CARROLL STREET ANNAPOLIS, MD 21411-0001 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.8** CORPORATION INCOME TAX (ARKANSAS) P.O. BOX 919 LITTLE ROCK, AR 36132-7435 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.9** DELAWARE DIVISION OF REVENUE P.O. BOX 2044 WILMINGTON, DE 19899-2044 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.10** DEPARTMENT OF REVENUE (MISSISSIPPI) 500 CLINTON CENTER DRIVE CLINTON, MS 39056 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Aearo Technologies LLC**                                        Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| **2.11** DEPARTMENT OF REVENUE SERVICES (CONNECTICUT) P.O. BOX 150406 HARTFORD, CT 06115-0406 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.12** DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.13** FLORIDA DEPARTMENT OF REVENUE 5050 WEST TENNESSEE STREET TALLAHASSEE, FL 32399-0135 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.14** FRANCHISE TAX BOARD (CALIFORNIA) P.O. BOX 942857 SACRAMENTO, CA 94257-0500 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.15** GEORGIA DEPARTMENT OF REVENUE PROCESSING CENTER, P.O. BOX 740397 ATLANTA, GA 30374-0397 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.16** HAWAII DEPARTMENT OF TAXATION P.O. BOX 3559 HONOLULU, HI 96811-3559 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.17** IDAHO STATE TAX COMMISSION 800 PARK BOULEVARD, PLAZA IV BOISE, ID 63712-7742 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.18** ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19048 SPRINGFIELD, IL 62794-9048 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.19** INDIANA DEPARTMENT OF REVENUE P.O. BOX 7231 INDIANAPOLIS, IN 46207-7231 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.20** IOWA DEPARTMENT OF REVENUE CORPORATE TAX RETURN PROCESSING, P.O. BOX 10468 DES MOINES, IA 50306-0468 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.21** KANSAS DEPARTMENT OF REVENUE, KANSAS CORPORATE TAX P.O. BOX 750260 TOPEKA, KS 66699-0260 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.22** KENTUCKY DEPARTMENT OF REVENUE P.O. BOX 856905 LOUISVILLE, KY 40285-6905 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Aearo Technologies LLC**                                    Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|

### <u>Taxing Authorities</u>

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **2.23** LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 91011<br>BATON ROUGE, LA 70821-9011 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.24** MAINE REVENUE SERVICES<br>P.O. BOX 1064<br>AUGUSTA, ME 04332-1064 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.25** MARION COUNTY TREASURER (INDIANA)<br>P.O. BOX 6145<br>INDIANAPOLIS, IN 46206-6145 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.26** MASSACHUSETTS DEPARTMENT OF REVENUE<br>P.O. BOX 7005<br>BOSTON, MA 04332-1064 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.27** MICHIGAN DEPARTMENT OF TREASURY<br>P.O. BOX 30803<br>LANSING, MI 48909 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.28** MINNESOTA REVENUE<br>MAIL STATION 1250, 600 NORTH ROBERT STREET<br>ST. PAUL, MN 55145-1250 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.29** MISSOURI DEPARTMENT OF REVENUE<br>P.O. BOX 700<br>JEFFERSON CITY, MO 59604-8021 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.30** MONTANA DEPARTMENT OF REVENUE<br>P.O. BOX 8021<br>HELENA, MT 59604-8021 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.31** N.C. DEPARTMENT OF REVENUE<br>P.O. BOX 25000<br>RALEIGH, NC 27640-0500 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.32** NEBRASKA DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.33** NEW CASTLE COUNTY (DELAWARE)<br>P.O. BOX 782888<br>PHILADELPHIA, PA 191788-2888 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.34** NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION<br>P.O. BOX 637<br>CONCORD, NH 03302-0637 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Aearo Technologies LLC**                    **Case Number:** 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

### <u>Taxing Authorities</u>

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **2.35** NYS CORPORATION TAX<br>P.O. BOX 15181<br>ALBANY, NY 12212-5181 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.36** OFFICE OF STATE TAX COMMISSIONER (NORTH DAKOTA)<br>600 EAST BOULEVARD AVENUE<br>BISMARCK, ND 58505 0599 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.37** OFFICE OF TAX AND REVENUE (DISTRICT OF COLUMBIA)<br>P.O. BOX 96148<br>WASHINGTON, D.C. 20090-6148 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.38** OHIO DEPARTMENT OF TAXATION<br>P.O. BOX 27<br>COLUMBUS, OH 43216-0027 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.39** OKLAHOMA TAX COMMISSION, INCOME TAX<br>P.O. BOX 26800<br>OKLAHOMA CITY, OK 73126-0800 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.40** OREGON DEPARTMENT OF REVENUE<br>P.O. BOX 14777<br>SALEM, OR 97309-0960 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.41** PA DEPARTMENT OF REVENUE<br>P.O. BOX 280708<br>HARRISBURG, PA 17128-0708 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.42** SC DEPARTMENT OF REVENUE<br>P.O. BOX 125<br>COLUMBIA, SC 29214-0032 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.43** STATE OF CALIFORNIA, DEPARTMENT OF STATE<br>1600 9TH STREET<br>SACRAMENTO, CA 95814-6404 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.44** STATE OF INDIANA, DEPARTMENT OF REVENUE<br>100 N. SENATE AVENUE<br>INDIANAPOLIS, IN 46204-2208 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.45** STATE OF MINNESOTA<br>14305 SOUTHCROSS DRIVE WEST<br>BURNSVILLE, MN 55306-7008 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.46** STATE OF NEW JERSEY, DIVISION OF TAXATION<br>REVENUE PROCESSING CENTER, P.O. BOX 666<br>TRENTON, NJ 08646-0666 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Aearo Technologies LLC**                                    **Case Number:** 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| **2.47** STATE OF NORTH CAROLINA<br>1050 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-1000 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.48** STATE OF RHODE ISLAND, DIVISION OF TAXATION<br>ONE CAPITOL HILL, SUITE 9<br>PROVIDENCE, RI 02908-5811 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.49** STATE OF TEXAS, STATE TREASURER<br>111 EAST 17TH STREET<br>AUSTIN, TX 78711-5001 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.50** TAXATION AND REVENUE DEPARTMENT (NEW MEXICO)<br>P.O. BOX 25127<br>SANTA FE, NM 02908-5811 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.51** TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON STATE OFFICE BUILDING, 500 DEADERICK STREET<br>NASHVILLE, TN 87504-5127 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.52** TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 149348<br>AUSTIN, TX 37242 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.53** UTAH STATE TAX COMMISSION<br>210 N. 1950 W.<br>SALT LAKE CITY, UT 78714-9348 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.54** VERMONT DEPARTMENT OF TAXES<br>133 STATE STREET<br>MONTPELIER, VT 5603 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.55** VIRGINIA DEPARTMENT OF TAXATION<br>P.O. BOX 1500<br>RICHMOND, VA 23218-1500 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.56** WEST VIRGINIA STATE TAX DEPARTMENT, TAX ACCOUNT ADMINISTRATION DIVISION, CORPORATE TAX UNIT<br>P.O. BOX 1202<br>CHARLESTON, WV 25324-1202 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| **2.57** WISCONSIN DEPARTMENT OF REVENUE<br>P.O. BOX 8908<br>MADISON, WI 53708-8908 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| | **Taxing Authorities Total:** | | | | | **UNDETERMINED** | **UNDETERMINED** |

**Aearo Technologies LLC**                                    Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

Total: All Creditors with PRIORITY Unsecured Claims          UNDETERMINED   UNDETERMINED

**Aearo Technologies LLC**                                    Case Number: 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.1 | A.B. COLBY INC<br>122 NORTH HEIDE LANE<br>MCMURRAY PA  15317 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,241 |
| 3.2 | ABF FREIGHT SYSTEM, INC<br>PO BOX 1019<br>NEW KINGSTOWN PA  17072-1019 | UNKNOWN<br><br>ACCOUNT NO.: 0004 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,504 |
| 3.3 | ABF FREIGHT SYSTEM, INC.<br>PO BOX 10048<br>FORT SMITH AR  72917-0048 | UNKNOWN<br><br>ACCOUNT NO.: 5753 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $243 |
| 3.4 | ACTALENT INC<br>7301 PARKWAY DRIVE<br>HANOVER MD  21076-1159 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,000 |
| 3.5 | ACTION PLUMBING<br>7 EAST STOW ROAD<br>MARLTON NJ  08053 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $399 |
| 3.6 | ALBERTUS ENERGY INC<br>288 LANCASTER AVE<br>MALVERN PA  19355 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $4,989 |
| 3.7 | ALLIED LOCK & SAFE CO.<br>709 NORTH SHIPLEY STREET<br>WILMINGTON DE  19801 | UNKNOWN<br><br>ACCOUNT NO.: 0210 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,068 |
| 3.8 | ALLIED STEEL RULE DIES INC<br>5811 W MINNESOTA ST<br>INDIANAPOLIS IN  46241 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,423 |
| 3.9 | ALS TESTING SERVICE<br>(THAILAND) CO.,<br>KLONG LUANG DISTRICT<br>34/13 MOO 15 KLONG SONG<br>SUBDISTRICT<br>12120 PATHUMTHANI, THAILAND | UNKNOWN<br><br>ACCOUNT NO.: -330 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $755 |
| 3.10 | AMERICAN CRANE & EQUIPMENT CORP.<br>531 OLD SWEDE ROAD<br>DOUGLASSVILLE PA  19518 | UNKNOWN<br><br>ACCOUNT NO.: 118 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,800 |

**Aearo Technologies LLC**                                      **Case Number:** 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Trade Payables

| 3.11 | APLIX INC<br>PO BOX 751422<br>CHARLOTTE NC  28275 | UNKNOWN<br><br>ACCOUNT NO.: 9847 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $5,178 |
|---|---|---|---|---|---|---|---|---|
| 3.12 | ARCBEST II INC<br>DBA ARCBEST<br>PO BOX 10048<br>FORT SMITH AR  72917-0048 | UNKNOWN<br><br>ACCOUNT NO.: 050A | ☐ | ☐ | ☐ | Trade Payables | ☐ | $14,657 |
| 3.13 | ATLAS CONTAINER CORPORATION<br>840 TELEGRAPH ROAD<br>SEVERN MD  21144-0000 | UNKNOWN<br><br>ACCOUNT NO.: 1832 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $11,193 |
| 3.14 | BERRY SPECIALTY TACPES LLC<br>1852 OLD COUNTY ROAD<br>RIVERHEAD NY  11901 | UNKNOWN<br><br>ACCOUNT NO.: 9781 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $578 |
| 3.15 | BOEING DISTRIBUTION SERVICES INC<br>100 N RIVERSIDE PLAZA<br>CHICAGO IL  60606-1501 | UNKNOWN<br><br>ACCOUNT NO.: 2843 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,291 |
| 3.16 | BUDENHEIM USA INC<br>2219 WESTBROOKE DR<br>COLUMBUS OH  43228 | UNKNOWN<br><br>ACCOUNT NO.: 7024 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $900 |
| 3.17 | CASELLA CEL INC<br>13 PRATTS JUNCTION ROAD<br>STERLING, MA 01564-2305 | UNKNOWN<br><br>ACCOUNT NO.: A001 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $11,049 |
| 3.18 | CENTURY CREATION INT'L CO., LTD.<br>MO WU VILLAGE CENTURY CREATION<br>INDUSTRY MANSIONS, WAN JIANG AREA<br>523285 DONGGUAN CITY, CHINA | UNKNOWN<br><br>ACCOUNT NO.: 0019 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $143,349 |
| 3.19 | CHEMICALS INC<br>270 OSBORNE DRIVE<br>FAIRFIELD OH  45014 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $118 |
| 3.20 | CINTAS CORPORATION #2<br>PO BOX 630803<br>CINCINNATI OH  45263-0803 | UNKNOWN<br><br>ACCOUNT NO.: 2390 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,140 |
| 3.21 | CINTAS FIRST AID & SAFETY<br>PO BOX 636525<br>CINCINNATI OH  45263-6525 | UNKNOWN<br><br>ACCOUNT NO.: 0633 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $60 |

**Aearo Technologies LLC**                                    Case Number: 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| **3.22** CITIZENS ENERGY GROUP<br>PO BOX 7056<br>INDIANAPOLIS IN  46207-7056 | UNKNOWN<br><br>ACCOUNT NO.: 0000 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $4,891 |
| **3.23** CLEAN HARBORS ENV SVCS INC<br>42 LONGWATER DR<br>NORWELL MA  02061 | UNKNOWN<br><br>ACCOUNT NO.: 0265 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $55,037 |
| **3.24** CONCENTRA HEALTH CENTER<br>PO BOX 488<br>LOMBARD IL  60148 | UNKNOWN<br><br>ACCOUNT NO.: 0245 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,290 |
| **3.25** COVESTRO LLC<br>PO BOX 223105<br>PITTSBURGH PA  15251-2105 | UNKNOWN<br><br>ACCOUNT NO.: 7275 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $8,784 |
| **3.26** CSA GROUP<br>PO BOX 66512 AMF O'HARE<br>CHICAGO IL  60666-0512 | UNKNOWN<br><br>ACCOUNT NO.: 4106 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $381 |
| **3.27** D150 FUELING LLC<br>PO BOX 248<br>WILMINGTON DE  19899 | UNKNOWN<br><br>ACCOUNT NO.: (3M) | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,725 |
| **3.28** DANIEL B HASTINGS INC<br>PO BOX 673<br>LAREDO TX  78045-9491 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $5,730 |
| **3.29** DELAWARE LAWN CREW<br>PO BOX 30737<br>WILLMINGTON DE  19805-7737 | UNKNOWN<br><br>ACCOUNT NO.: 5435 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,000 |
| **3.30** DELMARVA POWER<br>PO BOX 13609<br>PHILADELPHIA PA  19101 | UNKNOWN<br><br>ACCOUNT NO.: 3413 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $31,167 |
| **3.31** DIVERSIFIED SERVICES FOR INDUSTRY<br>1110 EAST MAIN STREET<br>STREATOR IL  61364-3142 | UNKNOWN<br><br>ACCOUNT NO.: 6187 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $125 |
| **3.32** DIVERSITECH EQUIPMENT & SALES<br>1984 LTD<br>1200 55TH AVE<br>MONTREAL QC  H8T 3J8  CANADA | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $15,310 |

**Aearo Technologies LLC**                                    Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| **Trade Payables** | | | | | |
| **3.33** DOD TECHNOLOGIES INC<br>675 INDUSTRIAL DR<br>BLDG A<br>CARY IL  60013 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☐ ☐ | Trade Payables | ☐ | $574 |
| **3.34** DRACO, LLC<br>7669 WINTON DR.<br>INDIANAPOLIS IN  46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☐ ☐ | Trade Payables | ☐ | $23,812 |
| **3.35** E I S AIRCRFT GMBH<br>IM HENGSTFELD 26<br>D-D-32657 LEMGO | UNKNOWN<br><br>ACCOUNT NO.: 0100 | ☐ ☐ ☐ | Trade Payables | ☐ | $21,131 |
| **3.36** EAGLE CONSULTING LLC<br>PO BOX 988<br>DECATUR AL  35602 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☐ ☐ | Trade Payables | ☐ | $1,156 |
| **3.37** EASTMAN CHEMICAL COMPANY<br>PO BOX 785157<br>PHILADELPHIA PA  19178-5157 | UNKNOWN<br><br>ACCOUNT NO.: 9650 | ☐ ☐ ☐ | Trade Payables | ☐ | $4,091 |
| **3.38** EDGAR BARCUS & CO INC.<br>50 CUTLER AVE STE 5<br>WESTVILLE NJ  08093 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☐ ☐ | Trade Payables | ☐ | $42,625 |
| **3.39** EGENOLF INDUSTRIAL GROUP INC<br>2916 BLUFF ROAD<br>INDIANAPOLIS IN  46225 | UNKNOWN<br><br>ACCOUNT NO.: A101 | ☐ ☐ ☐ | Trade Payables | ☐ | $3,950 |
| **3.40** ERHARDT & LEIMER<br>350 TUCAPAU<br>DUNCAN SC  29334 | UNKNOWN<br><br>ACCOUNT NO.: 8802 | ☐ ☐ ☐ | Trade Payables | ☐ | $746 |
| **3.41** EXPEDITORS HONG KONG LIMITED<br>36-38/F ENTERPRISE SQUARE<br>THREE 39 WANG CHI<br>KOWLOON BAY<br>HONG KONG | UNKNOWN<br><br>ACCOUNT NO.: 3057 | ☐ ☐ ☐ | Trade Payables | ☐ | $27,826 |
| **3.42** EXPEDITORS INTERNATIONAL<br>730 COLUMBIA RD SUITE 101<br>INDIANAPOLIS IN  46168 | UNKNOWN<br><br>ACCOUNT NO.: 3057 | ☐ ☐ ☐ | Trade Payables | ☐ | $16,409 |
| **3.43** FEDEX<br>PO BOX 94515<br>PALATINE IL  60094-4515 | UNKNOWN<br><br>ACCOUNT NO.: 81-2 | ☐ ☐ ☐ | Trade Payables | ☐ | $63 |

**Aearo Technologies LLC**        **Case Number:** **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| **3.44**   FEDEX FREIGHT<br>PO BOX 223125<br>PITTSBURGH PA 15251-2125 | UNKNOWN<br><br>ACCOUNT NO.: 4075 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $19,780 |
| **3.45**   FEILI LOGISTICS LTD.<br>EVER GAIN CENTRE 28 ON MUK ST<br>SHATIN NT<br>HONG KONG | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,492 |
| **3.46**   FERRELLGAS<br>PO BOX 173940<br>DENVER CO 80217-3940 | UNKNOWN<br><br>ACCOUNT NO.: 2563 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,110 |
| **3.47**   FREEMAN<br>PO BOX 650036<br>DALLAS TX 75235 | UNKNOWN<br><br>ACCOUNT NO.: 6560 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $300 |
| **3.48**   GOLD KEY PROCESSING, LTD<br>14910 MADISON RD<br>MIDDLEFIELD OH 44602 | UNKNOWN<br><br>ACCOUNT NO.: 08GA | ☐ | ☐ | ☐ | Trade Payables | ☐ | $708 |
| **3.49**   HOLBROOK AND ASSOCIATES LLC<br>700 RAYMOND AVE STE 140<br>SAINT PAUL MN 55114 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $514 |
| **3.50**   IMCD US LLC<br>PO BOX 78000<br>DETROIT MI 48278-1707 | UNKNOWN<br><br>ACCOUNT NO.: 0127 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $26,915 |
| **3.51**   INDIANAPOLIS POWER & LIGHT<br>COMPANY<br>PO BOX 110<br>INDIANAPOLIS IN 46206-0110 | UNKNOWN<br><br>ACCOUNT NO.: 3269 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $43,010 |
| **3.52**   INDIANAPOLIS SCALE<br>PO BOX 190<br>CAMBY IN 46113-0190 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $618 |
| **3.53**   INDIANAPOLIS STAR<br>PO BOX 677553<br>DALLAS TX 75267-7553 | UNKNOWN<br><br>ACCOUNT NO.: 5026 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $781 |
| **3.54**   J&J STAFFING RESOURCES<br>PO BOX 1620<br>CHERRY HILL NJ 08034-0079 | UNKNOWN<br><br>ACCOUNT NO.: 626 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,898 |

**Aearo Technologies LLC**                                   Case Number: 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| **3.55**   JOHNS MANVILLE<br>PO BOX 13586<br>NEWARK NJ 07188-0586 | UNKNOWN<br><br>ACCOUNT NO.: 0606 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $66,940 |
| **3.56**   LANGHAM LOGISTICS<br>5335 W 74TH STREET<br>INDIANAPOLIS IN 46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,710 |
| **3.57**   LEHIGH VALLEY SAFETY SUPPLY CO, INC<br>1105 E SUSQUEHANNA<br>ALLENTOWN PA 18103 | UNKNOWN<br><br>ACCOUNT NO.: 4450 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $225 |
| **3.58**   M CHEMICAL COMPANY INC<br>825 COLORADO BLVD, STE 214<br>LOS ANGELES CA 90041-1732 | UNKNOWN<br><br>ACCOUNT NO.: 0414 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $4,100 |
| **3.59**   MOLDO INDUSTRIAL LIMITED<br>HENNESSY RD<br>368 BANK OF COMMUNICATIIONS BLDG<br>WAN CHAI, HONG KONG | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $254,112 |
| **3.60**   MOTION INDUSTRIES, INC.<br>PO BOX 98412<br>CHICAGO IL 60693 | UNKNOWN<br><br>ACCOUNT NO.: 9501 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $5,041 |
| **3.61**   MUIR TAPES AND ADHESIVES<br>2815 BRISTOL CIRCLE<br>OAKVILLE ON L6H 6X5<br>CANADA | UNKNOWN<br><br>ACCOUNT NO.: MAEA | ☐ | ☐ | ☐ | Trade Payables | ☐ | $6,497 |
| **3.62**   NEW CASTLE COUNTY<br>PO BOX 470<br>CLAYMONT DE 19703-0470 | UNKNOWN<br><br>ACCOUNT NO.: 0003 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $4,555 |
| **3.63**   NEW PIG CORPORATION<br>1 PORK AVENUE<br>TIPTON PA 16684-0304 | UNKNOWN<br><br>ACCOUNT NO.: 5286 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $53 |
| **3.64**   OLD DOMINION FREIGHT LINE INC.<br>14933 COLLECTION CENTER DR<br>CHICAGO IL 60693-4933 | UNKNOWN<br><br>ACCOUNT NO.: 5240 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $188 |
| **3.65**   PALLET SERVICES INC<br>PO BOX 9<br>SWEDESBORO NJ 08085 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $13,976 |

**Aearo Technologies LLC**                                    Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| **3.66** PB LOGISTICS SERVICES LLC<br>205 EAST MAIN STE A<br>BROWNSBURG IN  46112 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $7,285 |
| **3.67** PILOT FREIGHT SERVICES<br>DEPT 2540 PO BOX 122540<br>DALLAS TX  75312-2540 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,525 |
| **3.68** PIVOT OCCUPATIONAL HEALTH<br>200 BIDDLE AVE, STE 213<br>NEWARK DE  19702-3966 | UNKNOWN<br><br>ACCOUNT NO.: 2327 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,521 |
| **3.69** PIXELLE SPECIALTY SOLUTIONS<br>228 S MAIN ST<br>SPRING GROVE PA  17362-1000 | UNKNOWN<br><br>ACCOUNT NO.: 1630 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,050 |
| **3.70** PLASTI DIP INTERNATIONAL<br>3920 PHEASANT RIDGE DRIVE<br>BLAINE MN  55449 | UNKNOWN<br><br>ACCOUNT NO.: 0672 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $18,110 |
| **3.71** PLASTIC RESEARCH &<br>DEVELOPMENT,INC.<br>747 WASHBOARD RD<br>SPRINGVILLE IN  47462 | UNKNOWN<br><br>ACCOUNT NO.: EARO | ☐ | ☐ | ☐ | Trade Payables | ☐ | $21,497 |
| **3.72** PRIORITY 1<br>1800 E ROOSEVELT RD<br>LITTLE ROCK AR  72206 | UNKNOWN<br><br>ACCOUNT NO.: 1-P1 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $20,975 |
| **3.73** ROBERT DIETRICK CO INC<br>PO BOX 605<br>FISHERS IN  46038 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,546 |
| **3.74** ROL VAC LP<br>PO BOX 777<br>DAYVILLE CT  06241 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,288 |
| **3.75** RPP CONTAINERS<br>7365 E. KEMPER RD<br>CINCINNATI OH  45249-1099 | UNKNOWN<br><br>ACCOUNT NO.: 4130 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $599 |
| **3.76** SAFETY-KLEEN CORPORATION<br>PO BOX 382066<br>PITTSBURGH PA  15250-8066 | UNKNOWN<br><br>ACCOUNT NO.: 5729 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $3,745 |

**Aearo Technologies LLC**                                            Case Number: 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| **3.77** SALT SERVICES INC<br>PO BOX 78605<br>INDIANAPOLIS IN 46278-0605 | UNKNOWN<br><br>ACCOUNT NO.: 8 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $400 |
| **3.78** SGS NORTH AMERICA<br>96 ALLEN BLVD<br>FARMINGDALE 11735 | UNKNOWN<br><br>ACCOUNT NO.: 5646 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,235 |
| **3.79** SHURTAPE TECHNOLOGIES LLC<br>PO BOX 318<br>ATLANTA GA 06057 | UNKNOWN<br><br>ACCOUNT NO.: 2315 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $540 |
| **3.80** SOLIMIDE FOAMS<br>4000 E BRISTOL ST STE 3<br>ELKHART IN 46514 | UNKNOWN<br><br>ACCOUNT NO.: 7414 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $97,509 |
| **3.81** SPECIAL DISPATCH INC<br>PO BOX 171<br>INDIANAPOLIS IN 46206 | UNKNOWN<br><br>ACCOUNT NO.: 2218 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $181 |
| **3.82** SPECIAL DISPATCH INC<br>PO BOX 171<br>INDIANAPOLIS IN 46206 | UNKNOWN<br><br>ACCOUNT NO.: 2218 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $195 |
| **3.83** STROM ENGINEERING CORPORATION<br>1505 WAYZATA BOULEVARD, SUITE 300<br>MINNETONKA MN 55305-1521 | UNKNOWN<br><br>ACCOUNT NO.: 2923 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $13,908 |
| **3.84** SUEZ WATER DELAWARE INC<br>PAYMENT CENTER<br>PO BOX 371804<br>PITTSBURGH PA 15250-7804 | UNKNOWN<br><br>ACCOUNT NO.: 0000 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $461 |
| **3.85** SUNBELT RENTALS<br>PO BOX 409211<br>ATLANTA GA 30384-9211 | UNKNOWN<br><br>ACCOUNT NO.: 6240 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,534 |
| **3.86** SUNTECK TRANSPORT CO<br>4500 SALISBURY RD STE 305<br>JACKSONVILLE FL 32216 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $9,400 |
| **3.87** TENNANT<br>PO BOX 71414<br>CHICAGO IL 60694-1414 | UNKNOWN<br><br>ACCOUNT NO.: 9602 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $348 |

**Aearo Technologies LLC**                                    Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| **3.88** TRIALNET INC<br>DBA ACUITY MANAGEMENT SOLUTIONS<br>EAST SECOND ST<br>RICHMOND VA  23224 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,767 |
| **3.89** TRINITY AEROSPACE<br>7017 FIR TREE DRIVE<br>MISSISSAUGA ON  L5S 1J7<br>CANADA | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $59,419 |
| **3.90** TTARP CO<br>338 SCAJAQUADA<br>BUFFALO NY  14211 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,034 |
| **3.91** ULINE INC<br>2200 S. LAKESIDE DR<br>WAUKEGAN IL  60085 | UNKNOWN<br><br>ACCOUNT NO.: 0246 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $4,275 |
| **3.92** UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA PA  19170-0001 | UNKNOWN<br><br>ACCOUNT NO.: 1842 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $216 |
| **3.93** UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM IL  60132-0577 | UNKNOWN<br><br>ACCOUNT NO.: 1842 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2,538 |
| **3.94** UNIVAR SOLUTION<br>6000 PARKWOOD PL<br>DUBLIN OH  43016 | UNKNOWN<br><br>ACCOUNT NO.: 2395 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $610 |
| **3.95** UPS FREIGHT<br>UPGF<br>PO BOX 533238<br>CHARLOTTE NC  28290-3238 | UNKNOWN<br><br>ACCOUNT NO.: 8114 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $987 |
| **3.96** UPS SCS (ASIA) LIMITED<br>CHUN WAN ROAD AIRPORT<br>FRIEGHT FORWARDING CE<br>CHEK LAP KOK<br>HONG KONG | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $2 |
| **3.97** UPS SUPPLY CHAIN SOLUTIONS, INC.<br>28013 NETWORK PLACE<br>CHICAGO IL  60673-1280 | UNKNOWN<br><br>ACCOUNT NO.: 4079 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $1,720 |

**Aearo Technologies LLC** **Case Number:** 22-02890-JJG-11

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Trade Payables

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **3.98** USF HOLLAND 27052 NETWORK PLACE CHICAGO IL 60673-1270 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $958 |
| **3.99** VALTRIS SPECIALTY CHEMICALS PO BOX 856788 INDEPENDENCE OH 44131 | UNKNOWN ACCOUNT NO.: 0266 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $216 |
| **3.100** VAN HORN METZ & CO INC PO BOX 269 CONSHOHOCKEN PA 19428-0269 | UNKNOWN ACCOUNT NO.: 33MN | ☐ | ☐ | ☐ | Trade Payables | ☐ | $5,780 |
| **3.101** VEXOS 195 ROYAL CREST COURT MARKHAM ON L3R 9X6 CANADA | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $76,902 |
| **3.102** WASTE MANAGEMENT PO BOX 4648 CAROL STREAM IL 60197-4648 | UNKNOWN ACCOUNT NO.: 3007 | ☐ | ☐ | ☐ | Trade Payables | ☐ | $8,430 |
| **3.103** WESTERN STATES SUPPLY COMPANY 1230 NO. JEFFERSON ST. ANAHEIM CA 92807 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $157 |
| **3.104** WOODLAND GLOBAL 1054 TOWER LANE BENSENVILLE IL 60106 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $362 |
| **3.105** WULFMEYER AIRCRAFT INTERIOR FRANKENEING 15 D-D-30855 LANGENHAGEN | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $939 |
| **3.106** XPO LOGISTICS 27724 NETWORK PLACE CHICAGO IL 60673-1277 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $19,974 |
| **3.107** YRC PO BOX 93151 CHICAGO IL 60673-3151 | UNKNOWN ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Payables | ☐ | $917 |

Trade Payables Total: **$1,336,332**

**Aearo Technologies LLC**                                  **Case Number: 22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Intercompany Payables

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3.108** 3M COMPANY<br>3M CENTER, BLDG. 224-5N-40<br>ST. PAUL, MN 55144 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $325,652,611 |
| **3.109** 3M MEXICO<br>3M CENTER, BLDG. 224-5N-40<br>ST. PAUL, MN 55144 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $58,463 |
| **3.110** 3M PANAMA PACIFICO S.<br>3M CENTER, BLDG. 224-5N-40<br>ST. PAUL, MN 55144 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $1,006,290 |
| **3.111** AEARO HOLDING LLC<br>7911 ZIONSVILLE ROAD<br>INDIANAPOLIS, IN 46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $1,507,857 |
| **3.112** AEARO INTERMEDIATE LLC<br>7911 ZIONSVILLE ROAD<br>INDIANAPOLIS, IN 46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $413 |
| **3.113** AEARO LLC<br>7911 ZIONSVILLE ROAD<br>INDIANAPOLIS, IN 46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $334,917 |
| **3.114** AEARO MEXICO HOLDING CORP.<br>7911 ZIONSVILLE ROAD<br>INDIANAPOLIS, IN 46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $37,524 |
| **3.115** AEARO TECHNOLOGIES DE BAJA S.A<br>3M CENTER, BLDG. 224-5N-40<br>ST. PAUL, MN 55144 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $672,085 |
| **3.116** AEARO TRADING (SHENZHEN) CO.<br>3M CENTER, BLDG. 224-5N-40<br>ST. PAUL, MN 55144 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $149,705 |
| **3.117** CABOT SAFETY INTERMEDIATE LLC<br>7911 ZIONSVILLE ROAD<br>INDIANAPOLIS, IN 46268 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Intercompany Payable | ☐ | $85,943,888 |

**Intercompany Payables Total:**     **$415,363,753**

**Aearo Technologies LLC**                                      Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Surety Bonds** | | | | | | | |
| **3.118** LIBERTY MUTUAL INSURANCE COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02116 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Lewis Keefer | ☐ | UNDETERMINED |
| **3.119** LIBERTY MUTUAL INSURANCE COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02116 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Stephen Hacker | ☐ | UNDETERMINED |
| **3.120** SAFECO INSURANCE COMPANY OF AMERICA<br>1001 4TH AVENUE<br>SUITE 1700<br>SEATTLE, WA 98154 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | U.S. Customs and Border Protection | ☐ | UNDETERMINED |

**Surety Bonds Total:**   **UNDETERMINED**

**Aearo Technologies LLC**                                          Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- |
| **Indemnification Claims** | | | | | |
| **3.121** 3M COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | | ☐ | UNDETERMINED |
| **3.122** AMERICAN OPTICAL<br>CORPORATION<br>NOT AVAILABLE | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | | ☐ | UNDETERMINED |
| **3.123** CABOT CORPORATION<br>NOT AVAILABLE | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | | ☐ | UNDETERMINED |
| **3.124** WARNER-LAMBERT COMPANY<br>NOT AVAILABLE | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | | ☐ | UNDETERMINED |

Indemnification Claims Total: **UNDETERMINED**

**Aearo Technologies LLC**                              Case Number: **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

**Litigation**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3.125** SEE ATTACHED EXHIBIT SCHEDULE E/F, PART 2 - LITIGATION NOT AVAILABLE | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | | ☐ | UNDETERMINED |

Litigation Total:    **UNDETERMINED**

**Aearo Technologies LLC**                                    **Case Number:** **22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

**Total: All Creditors with NONPRIORITY Unsecured Claims**          **UNDETERMINED**

**Aearo Technologies LLC**                                              **Case Number: 22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed
     are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|----------------------------------------------------|------------------------------------------------------------|-------------------------------------------------|
| **4.** 1   NONE | | |

**Aearo Technologies LLC**                                      **Case Number: 22-02890-JJG-11**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.      **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | UNDETERMINED |
| 5b. | **Total claims from Part 2** | 5b. + | UNDETERMINED |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | UNDETERMINED |

**Aearo Technologies LLC**                                                    **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Sales Agreements

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 2 | GENERAL TERMS AND CONDITIONS | | | ☐ | AMAC AEROSPACE SWITZERLAND, AG | AMAC AEROSPACE SWITZERLAND AG<br>STERNENGASSE 18, 4051<br>BASEL |
| 2. 1 | GENERAL TERMS AND CONDITIONS | | | ☐ | AMAC AEROSPACE SWITZERLAND, AG | AMAC AEROSPACE SWITZERLAND AG<br>STERNENGASSE 18, 4051<br>BASEL |
| 2. 3 | SUPPLY CONTRACT CDSC-003/00 - CONDENSED VERSION | | | ☐ | C&D AEROSPACE INC. | POLYFAB, A MAGNIFOAM COMPANY<br>7391 PACIFIC CIRCLE<br>MISSISSAUGA, ONTARIO<br>CANADA |
| 2. 4 | CONSENT TO ASSIGNMENT | | | ☐ | C&D AEROSPACE INC. / MTI POYFAB INC. | C&D ZODIAC, INC.<br>14 CENTERPOINTE DR.<br>LA PALMA, CA 90623 |
| 2. 6 | SUPPLY AGREEMENT #CDSC-003/00 | | | ☐ | C&D AEROSPACE, INC, | POLYFAB, A MAGNIFOAM COMPANY<br>7391 PACIFIC CIRCLE<br>MISSISSAUGA, ONTARIO<br>CANADA |
| 2. 5 | AUTHORIZATION TO PROCEED LETTER | | | ☐ | C&D AEROSPACE, INC, | POLYFAB, A MAGNIFOAM COMPANY<br>7391 PACIFIC CIRCLE<br>MISSISSAUGA, ONTARIO<br>CANADA |

**Aearo Technologies LLC**                                                                                    **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Sales Agreements** | | | | | |
| 2. 9   LETTER TO EXERCISE OPTION FOR ADDITIONAL SHIPSETS FOR SUPPLY CONTRACT CDSC-003/00 | | | ☐ | C&D ZODIAC, INC. | C&D ZODIAC, INC. 14 CENTERPOINTE DR. LA PALMA, CA 90623 |
| 2. 10  SUPPLY CONTRACT CDSC-003/00 - AMENDMENT 2 | | | ☐ | C&D ZODIAC, INC. | C&D ZODIAC, INC. 14 CENTERPOINTE DR. LA PALMA, CA 90623 |
| 2. 8   ASSIGNMENT & NOVATION AGREEMENT | | | ☐ | C&D ZODIAC, INC. | C&D ZODIAC, INC. 14 CENTERPOINTE DR. LA PALMA, CA 90623 |
| 2. 7   AMENDMENT 2 TO SUPPLY CONTRACT #CDSC-003-00 | | | ☐ | C&D ZODIAC, INC. | C&D ZODIAC, INC. 14 CENTERPOINTE DR. LA PALMA, CA 90623 |
| 2. 11  LONG TERM AGREEMENT | 12/31/2023 | | ☐ | DAIMLER TRUCKS NORTH AMERICA LLC | DAIMLER TRUCKS NORTH AMERICA LLC GENERAL MANAGER OF PROCUREMENT & GENERAL COUNSEL 4555 N CHANNEL AVE PORTLAND, OR 97217 |
| 2. 12  ADDENDUM NO. 3 TO 2001 AUTHORIZED CATATALOG DISTRIBUTOR AGREEMENT | | | ☐ | DIGI-KEY CORPORATION / 3M | DIGI-KEY CORPORATION TOM BUSHER, VICE PRESIDENT, IP&E PRODUCTS 701 BROOKS AVENUE SOUTH THIEF RIVER FALLS, MN 56701 |
| 2. 13  DISTRIBUTOR AGREEMENT | 7/1/2021 | | ☐ | DYNAMICA DESIGN, LTD. | DYNAMICA DESIGN, LTD. ATTN: RAMI SHAHAR ADAR HOUSE GIBORY ISRAEL INDUSTRIAL ZONE S. NETANYA ICELAND |
| 2. 14  PURCHASE AGREEMENT - INTERIOR INSULATION | 2/4/2018 | | ☐ | ECLIPSE AEROSPACE, INC. | ECLIPSE AEROSPACE, INC. SVP BUSINESS OPERATIONS 2503 CLARK CARR LOOP SE ALBUQUERQUE, NM 87106 |

**Aearo Technologies LLC**                                                          **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Sales Agreements** | | | | | |
| 2. 18    THIRD AMENDMENT TO SUPPLY AGREEMENT #SUP0158-08/GC3-019-2006 | | | ☐ | EMBAER S.A | EMBAER S.A<br>ATTN: MS. FERNANDA GOMES<br>AVENIDA BRIGADEIRO FARIA LIMA, 2170<br>SAO JOSE DOS CAMPOS, SAO PAULO<br>BRAZIL |
| 2. 17    SUPPLY AGREEMENT #SUP143-14 | | | ☐ | EMBAER S.A | EMBAER S.A<br>AVENIDA BRIGADEIRO FARIA LIMA, 2170<br>SAO JOSE DOS CAMPOS, SAO PAULO<br>BRAZIL |
| 2. 15    SECOND AMENDMENT TO SUPPLY AGREEMENT #SEI0199-18 | | | ☐ | EMBAER S.A | EMBAER S.A<br>AVENIDA BRIGADEIRO FARIA LIMA, 2170<br>SAO JOSE DOS CAMPOS, SAO PAULO<br>BRAZIL |
| 2. 16    SECOND AMENDMENT TO SUPPLY AGREEMENT #SEI0200-18 | | | ☐ | EMBAER S.A | EMBAER S.A<br>AVENIDA BRIGADEIRO FARIA LIMA, 2170<br>SAO JOSE DOS CAMPOS, SAO PAULO<br>BRAZIL |
| 2. 19    SECOND AMENDMENT TO SUPPLY AGREEMENT #SEI0199-18 | | | ☐ | EMBRAER EXECUTIVE AIRCRAFT, LLC. | EMBRAER EXECUTIVE AIRCRAFT, LLC.<br>1205 GENERAL AVIATION DRIVE<br>MELBOURNE, FL 32901 |
| 2. 20    SECOND AMENDMENT TO SUPPLY AGREEMENT #SEI0200-18 | | | ☐ | EMBRAER EXECUTIVE AIRCRAFT, LLC. | EMBRAER EXECUTIVE AIRCRAFT, LLC.<br>1205 GENERAL AVIATION DRIVE<br>MELBOURNE, FL |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Sales Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2. 21 | FIRST AMENDMENT TO THE SUPPLY AGREEMENT FOR THE EMB 500 (PHENOM 100) PROGRAM AND EMB 505 (PHENOM 300) PROGRAM #GC3-109-2006 | | ☐ | EMBRAER-EMPRESA BRASIEIRA DE AERONAUTICA S.A. | EMBRAER-EMPRESA BRASIEIRA DE AERONAUTICA S.A. AVENIDA BRIGADEIRO FARIA LIMA, 2170 SAO JOSE DOS CAMPOS, SAO PAULO BRAZIL |
| 2. 22 | SUPPLY AGREEMENT REFERENCE GC3-019-2006 | | ☐ | EMBRAER-EMPRESA BRASIEIRA DE AERONAUTICA S.A. | EMBRAER-EMPRESA BRASIEIRA DE AERONAUTICA S.A. MS. ANDREA P MARCO PEREES, CONTRACTS ADMINISTRATOR AVENIDA BRIGADEIRO FARIA LIMA, 2170 SAO JOSE DOS CAMPOS, SAO PAULO BRAZIL |
| 2. 24 | SUPPLY AGREEMENT #GC3-019-2006 | | ☐ | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA S.A. | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA S.A. AVENIDA BRIGADEIRO FARIA LIMA, 2170 SAO JOSE DOS CAMPOS, SAO PAULO BRAZIL |
| 2. 23 | FIRST AMENDMENT TO THE SUPPLY AGREEMENT FOR EMB 500 AND EMB 505 REF. GC3-019-2006 | | ☐ | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA S.A. | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA S.A. AVENIDA BRIGADEIRO FARIA LIMA, 2170 SAO JOSE DOS CAMPOS, SAO PAULO BRAZIL |
| 2. 25 | SUPPLY AGREEMENT #SUP0676-08 | | ☐ | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA S.A. | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA S.A. AVENIDA BRIGADEIRO FARIA LIMA, 2170 SAO JOSE DOS CAMPOS, SAO PAULO BRAZIL |

**Aearo Technologies LLC**　　　　　　　　　　　　　　　　　　　　　　　**Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|

### Sales Agreements

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. 26 | SUPPLY AGREEMENT #SUP143-14 | | | ☐ | HARBIN EMBRAER AIRCRAFT INDUSTRY CO., LTD. | HARBIN EMBRAER AIRCRAFT INDUSTRY CO., LTD. NO. 1 YANTAI STREET PINGFANG DISTRICT HARBIN MUNICIPALITY, HEILONGJIANG PROVINCE SWITZERLAND |
| 2. 27 | MASTER SUPPLY AGREEMENT | | | ☐ | HARLEY-DAVIDSON MOTOR COMPANY | GENERAL COUNSEL, HARLEY-DAVIDSON MOTOR COMPANY 3700 WEST JUNEAU AVENUE MILWAUKEE, WI 53208 |
| 2. 28 | DISTRIBUTOR AGREEMENT | 12/1/1995 | | ☐ | K.C.C. SHOKAI LIMITED | K.C.C. SHOKAI LIMITED 1-2-1, MUROTANI, NISHI-KU KOBE 651-22 |
| 2. 29 | OVERRIDING AGREEMENT ON TERMS AND CONDITIONS | 9/26/2024 | | ☐ | NORTHROP GRUMMAN SYSTEMS CORPORATION | NORTHROP GRUMMAN SYSTEMS CORPORATION 1580 W. NURSERY ROAD LINTHICUM HEIGHTS, MD 21090 |
| 2. 30 | OVERRIDING AGREEMENT ON TERMS AND CONDITIONS #39561 | 9/25/2024 | | ☐ | NORTHROP GRUMMAN SYSTEMS CORPORATION | NORTHROP GRUMMAN SYSTEMS CORPORATION 1580 W. NURSERY ROAD LINTHICUM HEIGHTS, MD 21090 |
| 2. 31 | DISTRIBUTOR AGREEMENT | | | ☐ | R.S. HUGHES CO., INC. | PETE BIOCINI R.S. HUGHES CO., INC. 1162 SONORA COURT SUNNYVALE, CA 94086 |
| 2. 32 | FRAMEWORK AGREEMENT FOR DELIVERIES TO VOLVO | | | ☐ | VOLVO GROUP NORTH AMERICA LLC | VOLVO AB - GROUP TRUCKS PURCHASING 7900 NATIONAL SERVICE ROAD GREENSBORO, NC 27409 |

**Aearo Technologies LLC**                                              **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

**Sales Agreements**

| | | | | | |
|---|---|---|---|---|---|
| 2. 33 THIRD AMENDMENT TO SUPPLY AGREEMENT #SUP0158-08/GC3-019-2006 | | | ☐ | YABORA INDUSTRIA AERONAUTICA S.A. | YABORA INDUSTRIA AERONAUTICA S.A. AVENIDA BRIGADEIRO FARIA LIMA, 2170 SAO JOSE DOS CAMPOS, SAO PAULO BRAZIL |

**Aearo Technologies LLC**                                                                 **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Services/Other Agreements** | | | | | |
| 2. 34  2022 AMENDMENT TO THE INDEPENDENT CONTRACTOR AGREEMENT | | | ☐ | ANDER TAM | ANDER TAM |
| 2. 35  AGREEMENT FOR THE PROVISION OF INTERIM MANAGEMENT SERVICES | | | ☐ | AP SERVICES, LLC | 2000 TOWN CENTER, SUITE 2400 ATTENTION: CHIEF LEGAL OFFICER SOUTHFIELD, MI 48075 |
| 2. 36  AMENDED AND RESTATED ENGAGEMENT AGREEMENT | | | ☐ | BATES WHITE, LLC | 2001 K STREET, NW, NORTH BUILDING, SUITE 500 WASHINGTON, DC 20006 |
| 2. 37  ACQUISITION AGREEMENT | | | ☐ | CABOT CORPORATION | TWO SEAPORT LANE BOSTON, MA 02210 |
| 2. 38  LIABILITY SHARING ARRANGEMENT | | | ☐ | CABOT CORPORATION, AMERICAN OPTICAL, AND A SUBSIDIARY OF THE WARNER-LAMBERT COMPANY AND THEIR RESPECTIVE INSURERS | TWO SEAPORT LANE BOSTON, MA 02210 |
| 2. 39  INDEPENDENT CONTRACTOR AGREEMENT | 9/3/2009 | | ☐ | CHANG, CHIA-MING (ALSO KNOWN AS TONY CHANG) | CHANG, CHIA-MING (ALSO KNOWN AS TONY CHANG) |
| 2. 40  2021 AMENDMENT TO THE INDEPENDENT CONTRACTOR AGREEMENT | 8/25/2022 | | ☐ | CHIH-WEI TSAO, ALSO KNOWN AS WILLIAM TSAO | CHIH-WEI TSAO, ALSO KNOWN AS WILLIAM TSAO |
| 2. 41  INDEPENDENT CONTRACTOR AGREEMENT | 8/25/2009 | | ☐ | CHIH-WEI TSAO, ALSO KNOWN AS WILLIAM TSAO | CHIH-WEI TSAO, ALSO KNOWN AS WILLIAM TSAO |
| 2. 42  LEASE | 4/30/2025 | | ☐ | COLFIN 2017-8 INDUSTRIAL OWNER, LLC | C/O LINK INDUSTRIAL MANAGEMENT LLC 220 COMMERCE DRIVE, SUITE 400 ATTN: LEASE ADMINISTRATION FORT WASHINGTON, PA 19034 |
| 2. 43  CONSIGNMENT AGREEMENT | | | ☐ | FORTIFIBER CORPORATION | FORTIFIBER CORPORATION 1001 TAHOE BOULEVARD INCLINE VILLAGE, NV 89451 |

**Aearo Technologies LLC**                                                        **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Services/Other Agreements** | | | | | |
| 2. 44    SALES REPRESENTATIVE AGREEMENT | 12/31/2019 | | ☐ | HANDY TECH GROUP, INC., | CHARLES T. HANDY, PRESIDENT 1506 EAST FRANKLIN ST, SUITE 203 CHAPEL HILL, NC 27514 |
| 2. 45    ENGAGEMENT LETTER | | | ☐ | ICE MILLER LLP | ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282 |
| 2. 46    RETENTION AGREEMENT | | | ☐ | KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP | 300 NORTH LASALLE CHICAGO, IL 60654 |
| 2. 47    ENGAGEMENT AGREEMENT | | | ☐ | KROLL RESTRUCTURING ADMINISTRATION LLC | 55 EAST 52ND STREET, 17TH FLOOR NEW YORK, NY 10055 |
| 2. 48    ENGAGEMENT LETTER | | | ☐ | MCDONALD HOPKINS LLC | 300 NORTH LASALLE STREET, SUITE 1400 CHICAGO, IL 60654 |
| 2. 49    2022 CUSTOM FEE AGREEMENT | 12/31/2022 | | ☐ | SHOOK HARDY & BACON, L.L.P. | JAMBOREE CENTER 5 PARK PLAZA, SUITE 1600 IRVINE, CA 92614 |
| 2. 50    2022 AMENDMENT TO THE INDEPENDENT CONTRACTOR AGREEMENT | 4/20/2023 | | ☐ | SU, CHIEN-AN, ALSO KNOWN AS BUTTON SU | SU, CHIEN-AN, ALSO KNOWN AS BUTTON SU |
| 2. 51    INDEPENDENT CONTRACTOR AGREEMENT | 4/20/2009 | | ☐ | SU, CHIEN-AN, ALSO KNOWN AS BUTTON SU | SU, CHIEN-AN, ALSO KNOWN AS BUTTON SU |
| 2. 52    2022 AMENDMENT TO THE INDEPENDENT CONTRACTOR AGREEMENT | | | ☐ | TONY CHANG | TONY CHANG |
| 2. 53    CONSIGNMENT AGREEMENT | | | ☐ | TRITON INTERNATIONAL ENTERPRISES | 15060 FARM CREEK DRIVE WOODBRIDGE, VA 22191 |

**Aearo Technologies LLC**                                                    **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| **Intercompany Agreements** | | | | | | |
| 2. 60 | MARKETING AND SALES AGREEMENT | 7/1/2022 | | ☐ | 3M COMPANY | 3M CENTER<br>2501 HUDSON ROAD<br>ST. PAUL, MN 55144 |
| 2. 63 | SUPPORT SERVICES AGREEMENT | 4/1/2013 | | ☐ | 3M COMPANY | VICE PRESIDENT OF LEGAL AFFAIRS<br>3M LEGAL AFFAIRS<br>3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 54 | COMMERCIAL LEASE | 3/31/2025 | | ☐ | 3M COMPANY | C/O 3M REAL ESTATE DEPARTMENT, ATTN: LEASE ADMINISTRATOR<br>3M CENTER<br>BUILDING 224-5N-60<br>ST. PAUL, MN 55144 |
| 2. 61 | MARKETING AND SALES AGREEMENT | 7/1/2022 | | ☐ | 3M COMPANY | 3M CENTER<br>2501 HUDSON ROAD<br>ST. PAUL, MN 55144 |
| 2. 55 | CONTRACT RESEARCH AGREEMENT | 7/1/2020 | | ☐ | 3M COMPANY | VICE PRESIDENT OF LEGAL AFFAIRS<br>3M LEGAL AFFAIRS<br>3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 56 | FUNDING AND INDEMNIFCATION AGREEMENT | | | ☐ | 3M COMPANY | 3M CENTER<br>ATTENTION: MICHAEL M. DAI<br>ST. PAUL, MN 55144 |
| 2. 57 | INTELLECTUAL PROPERTY AGREEMENT | 7/1/2020 | | ☐ | 3M COMPANY | VICE PRESIDENT OF LEGAL AFFAIRS<br>3M LEGAL AFFAIRS<br>3M CENTER<br>ST. PAUL, MN 55144 |

**Aearo Technologies LLC**                                                                                    **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Intercompany Agreements

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 58  INTELLECTUAL PROPERTY AGREEMENT | 7/1/2021 | | ☐ | 3M COMPANY | VICE PRESIDENT OF LEGAL AFFAIRS<br>3M LEGAL AFFAIRS<br>3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 59  LEASE - 5457 W. 79TH STREET, INDIANAPOLIS, INDIANA | 7/25/2032 | | ☐ | 3M COMPANY | 3M CENTER<br>BUILDING 224-05-N-40<br>ST. PAUL, MN 55082 |
| 2. 62  PROPRIETARY INFORMATION AGREEMENT | | | ☐ | 3M COMPANY | VICE PRESIDENT OF LEGAL AFFAIRS<br>3M LEGAL AFFAIRS<br>3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 64  INTER-COMPANY COLLECTING AGREEMENT | 10/1/2014 | | ☐ | 3M FINANCIAL MANAGEMENT COMPANY | 3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 65  CONFIRMATION OF ASSIGNMENT | | | ☐ | 3M INNOVATIVE PROPERTIES COMPANY | 3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 69  PROPRIETARY INFORMATION AGREEMENT | | | ☐ | 3M INNOVATIVE PROPERTIES COMPANY | PRESIDENT<br>3M INNOVATIVE PROPERTIES COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 66  CONTRACT RESEARCH AGREEMENT | 7/1/2020 | | ☐ | 3M INNOVATIVE PROPERTIES COMPANY | PRESIDENT<br>3M INNOVATIVE PROPERTIES COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 |
| 2. 68  INTELLECTUAL PROPERTY AGREEMENT | 7/1/2020 | | ☐ | 3M INNOVATIVE PROPERTIES COMPANY | PRESIDENT<br>3M INNOVATIVE PROPERTIES COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 |

**Aearo Technologies LLC**

**Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Intercompany Agreements** | | | | | |
| 2. 70   SUPPORT SERVICES AGREEMENT | 4/1/2013 | | ☐ | 3M INNOVATIVE PROPERTIES COMPANY | PRESIDENT 3M INNOVATIVE PROPERTIES COMPANY 3M CENTER ST. PAUL, MN 55144 |
| 2. 67   INTELLECTUAL PROPERTY AGREEMENT | 7/1/2021 | | ☐ | 3M INNOVATIVE PROPERTIES COMPANY | PRESIDENT 3M INNOVATIVE PROPERTIES COMPANY 3M CENTER ST. PAUL, MN 55144 |
| 2. 71   SERVICES AGREEMENT | 5/1/2020 | | ☐ | AEARO TRADING (SHENZHEN) CO. LTD. | CHAIRMAN/GENERAL MANAGER RM. D611, WARBURG ONE BUILDING, NO. 29 JINHUA ROAD, FUTIAN FREE TRADE ZONE SHENZHEN SWITZERLAND |
| 2. 72   SUPPORT SERVICES AGREEMENT | 8/3/2014 | | ☐ | FSI DE BAJA, S.A. DE C.V. | MANAGING DIRECTOR AVENIDA REFORMA NO. 349 COLONIA CARLOS PACHECO ENSENADA BAJA CALIFORNIA MONTENEGRO |
| 2. 73   AGENT LETTER | | | ☐ | MTI POLYFAB, INC. | MTI POLYFAB, INC. MISSISSAUGA, ON CANADA |

**Aearo Technologies LLC**                                                                                          **Case Number: 22-02890-JJG-11**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Employment Agreements** | | | | | |
| 2. 88  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 78  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 77  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 81  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 76  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 79  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 80  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 74  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 82  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 83  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 84  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. 85  AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |

Case 22-02890-JJG-11 Doc 581 Filed 10/19/22 Page 102 of 106

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Employment Agreements

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | 86 | AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. | 87 | AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. | 89 | AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |
| 2. | 75 | AEARO TECHNOLOGIES LLC EMPLOYEE AGREEMENT | | ☐ | AEARO TECHNOLOGIES LLC EMPLOYEE | 7911 ZIONSVILLE RD INDIANAPOLIS, IN 46268 |

**Schedule G: Executory Contracts and Unexpired Leases**

**TOTAL NUMBER OF CONTRACTS:  89**

**Aearo Technologies LLC**                                    **Case Number: 22-02890-JJG-11**

## Schedule H: Codebtors

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

    Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | Column 2 | Applicable Schedules | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.1  3M COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 | LIBERTY MUTUAL INSURANCE COMPANY | ☐ | ☑ | ☐ |
| 2.2  3M COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 | LIBERTY MUTUAL INSURANCE COMPANY | ☐ | ☑ | ☐ |
| 2.3  3M COMPANY<br>3M CENTER<br>ST. PAUL, MN 55144 | SAFECO INSURANCE COMPANY OF AMERICA | ☐ | ☑ | ☐ |
| 2.4  SEE ATTACHED EXHIBIT SCHEDULE H -<br>CODEBTORS | | ☐ | ☐ | ☐ |

**Total Number of Co-Debtor / Creditor rows: 4**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name:</td><td>Aearo Technologies LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF INDIANA</td></tr>
<tr><td>Case Number (if known):</td><td>22-02890-JJG-11</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property**  (Official Form 206A/B)

1a. **Real property:**

Copy line 88 from Schedule A/B .................................................................................... | $13,718,663

1b. **Total personal property:**

Copy line 91A from Schedule A/B .................................................................................. | UNDETERMINED

+ _____

1c. **Total of all property:**

Copy line 92 from Schedule A/B .................................................................................... | UNDETERMINED

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property**  (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ............................. | $0

3. **Schedule E/F: Creditors Who Have Unsecured Claims**  (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**

Copy the total claims from Part 1 from line 5a of Schedule E/F .................................................. | UNDETERMINED

3b. **Total amount of claims of nonpriority amount of unsecured claims:**

Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...................................... | UNDETERMINED

+ _____

4. **Total liabilities**

Lines 2 + 3a + 3b ..................................................................................................... | UNDETERMINED

| Fill in this information to identify the case and this filing: |
| --- |

| Debtor Name: | Aearo Technologies LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case Number (if known): | 22-02890-JJG-11 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- [X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [X] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- [X] Schedule H: Codebtors (Official Form (206H)
- [X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [ ] Amended Schedule _____
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** _____September 19, 2022_____     **Signature:** __/s/ John R. Castellano_____

John R. Castellano, Chief Restructuring Officer
**Name and Title**