# EXHIBIT 12

# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Indiana

Indianapolis Division

| | | |
|---|---|---|
| In Re. Aearo Technologies LLC | § | Case No. 22-02890 |
| | § | |
| | § | Lead Case No. 22-02890 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2022          Petition Date: 07/26/2022

Months Pending: 1          Industry Classification: | 3 | 3 | 9 | 9 |

Reporting Method:      Accrual Basis ◉      Cash Basis ○

Debtor's Full-Time Employees (current):      326

Debtor's Full-Time Employees (as of date of order for relief):      330

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jeffrey A. Hokanson          Jeffrey A. Hokanson, Ice Miller LLP

Signature of Responsible Party          Printed Name of Responsible Party

09/21/2022          One American Square Suite 2900

Date          Indianapolis, IN 46282-0200

         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Aearo Technologies LLC                                    Case No.  22-02890

| **Part 1: Cash Receipts and Disbursements** | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $7,103,371 | |
| b.  Total receipts (net of transfers between accounts) | $50,648,977 | $52,261,646 |
| c.  Total disbursements (net of transfers between accounts) | $1,600,831 | $1,600,831 |
| d.  Cash balance end of month (a+b-c) | $56,151,516 | |
| e.  Disbursements made by third party for the benefit of the estate | $4,191,100 | $4,191,100 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $5,791,931 | $5,791,931 |

| **Part 2:  Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $20,918,129 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $1,376,503 |
| c.  Inventory    (Book ⦿   Market ◯   Other ◯    (attach explanation)) | $14,681,244 |
| d   Total current assets | $1,146,530,214 |
| e.  Total assets | $2,542,533,232 |
| f.  Postpetition payables (excluding taxes) | $15,393,873 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $15,393,873 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $1,419,292,424 |
| n.  Total liabilities (debt) (j+k+l+m) | $1,434,686,297 |
| o.  Ending equity/net worth (e-n) | $1,107,846,935 |

| **Part 3:  Assets Sold or Transferred** | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| **Part 4:  Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $13,555,898 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $10,170,590 | |
| c.  Gross profit (a-b) | $3,385,308 | |
| d.  Selling expenses | $458,325 | |
| e.  General and administrative expenses | $1,352,621 | |
| f.  Other expenses | $709,399 | |
| g.  Depreciation and/or amortization (not included in 4b) | $152,516 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $6,354,000 | |
| k.  Profit (loss) | $-4,099,969 | $-4,099,969 |

Debtor's Name  Aearo Technologies LLC                                    Case No.  22-02890

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Aearo Technologies LLC                    Case No.  22-02890

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Aearo Technologies LLC                                    Case No.  22-02890

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Aearo Technologies LLC                                    Case No.  22-02890

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Aearo Technologies LLC                    Case No. 22-02890

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| Debtor's Name Aearo Technologies LLC | | Case No. 22-02890 |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ⦿   No ◯

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ◯   No ⦿

c. Were any payments made to or on behalf of insiders?     Yes ◯   No ⦿

d. Are you current on postpetition tax return filings?     Yes ⦿   No ◯

e. Are you current on postpetition estimated tax payments?     Yes ⦿   No ◯

f. Were all trust fund taxes remitted on a current basis?     Yes ⦿   No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ◯   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ◯   No ◯   N/A ⦿

i. Do you have:          Worker's compensation insurance?     Yes ⦿   No ◯

           If yes, are your premiums current?     Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

           Casualty/property insurance?     Yes ⦿   No ◯

           If yes, are your premiums current?     Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

           General liability insurance?     Yes ⦿   No ◯

           If yes, are your premiums current?     Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ◯   No ⦿

k. Has a disclosure statement been filed with the court?     Yes ◯   No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ◯

| Debtor's Name  Aearo Technologies LLC | Case No.  22-02890 |
|---|---|

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ John R. Castellano | John R. Castellano |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Restructuring Officer | 09/21/2022 |
| Title | Date |

Case 22-02890-MCR-HTC Document 1354-2 Filed 10/19/22 Page 11 of 12

Debtor's Name  Aearo Technologies LLC

Case No.  22-02890



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Aearo Technologies LLC

Case No.  22-02890

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Aearo Technologies LLC                                      Case No.  22-02890



PageThree



PageFour

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| SUPPORTING DOCUMENTATION TO UST FORM 11-MOR |
|---|

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Notes to the Monthly Operating Report |
|---|

**General:**

The report includes activity from the following Debtors and related Case Numbers:

| Debtor Name | Case No. |
|---|---|
| Aearo Technologies LLC | 22-02890 (JJG) |
| Aearo LLC | 22-02891 (JJG) |
| Aearo Intermediate LLC | 22-02892 (JJG) |
| Aearo Holding LLC | 22-02893 (JJG) |
| Aearo Mexico Holding Corp. | 22-02894 (JJG) |
| Cabot Safety Intermediate LLC | 22-02895 (JJG) |
| 3M Occupational Safety LLC | 22-02896 (JJG) |

**Introduction**: On July 26, 2022 (the "Petition Date"), Aearo Technologies LLC and its affiliated debtors and debtors in possession (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division, thereby commencing cases jointly administered as *In re: Aearo Technologies LLC, et al*, No. 22-02890 (JJG). The Debtors are authorized to continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  On July 26, 2022, the Court entered orders authorizing the joint administration and procedural consolidation of these chapter 11 cases pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule B-1015-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana.

Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website:  https://restructuring.ra.kroll.com/aearotechnologies/.

**Accounting Principles:** This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the Debtors' obligations to provide monthly operating reports during these chapter 11 cases. This MOR is not prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and does not include all information and disclosures required by U.S. GAAP. The Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This MOR is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data.

**General Methodology**: The Debtors prepared this MOR relying primarily upon the information set forth in their books and records and may exclude information regarding non-Debtor affiliates. Additionally, the information furnished in this report includes primarily normal recurring adjustments, but does not include all the adjustments necessary to ensure that the quarterly and/or annual consolidated financial statements are in accordance with U.S. GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual consolidated financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material.

This is the second filing of the MOR since the Petition Date and includes cash activity in MOR-1 and a Statement of Operations and Balance Sheet in MOR-2 and MOR-3 for the fiscal month ended August 31, 2022. Each Debtor closes its book and records on the last day of each calendar month.

**Prepetition Liabilities Subject to Compromise:**  As a result of the Chapter 11 Cases, the payment of certain prepetition indebtedness may be subject to compromise or other treatment under a plan of reorganization. Generally, actions

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

to enforce or otherwise effect payment of pre-Chapter 11 liabilities are stayed. However, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims subject to certain terms and conditions.

**Past Performance:** The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and cash flows of the Debtors in the future. For the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in this MOR.

**Insiders.** For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

**Reservation of Rights:** The Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this MOR and reserve the right to amend or supplement this MOR, if necessary. In future periods, any changes to prior period balance will be reflected in the current month's MOR.

**MOR-1**

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)
Reporting Period: August 1, 2022 – August 31, 2022

**Notes to Supporting Documentation**

<u>**Notes to MOR-1**</u>

The attached schedule provides the Debtors combined cash receipts and disbursements for the month.

Cash is received and disbursed by the Debtors as described in the Debtors' motion to approve continued use of their cash management system which was granted on an interim basis pursuant to an order entered by the Bankruptcy Court on July 29, 2022 [Doc. No. 143].

In accordance with the instructions by US Trustee on the monthly operating report forms, cash activity related to intercompany transfers among the Debtors are excluded from cash receipts and disbursements. See Notes to UST Form 11-MOR, Part 1, below.

In August 2022, the Debtors received a total of $40,385,481 from non-Debtor, 3M Company and affiliates. This reflected $38,040,167 for the remaining prepetition accounts receivable balance from non-Debtor 3M Financial Management Company, as referenced in the interim cash management order [Doc. No. 143]. In addition, the Debtors collected $2,345,314 on sales to non-Debtor 3M Company and affiliates and rent income on an Indianapolis, IN facility.

<u>**Notes to MOR-1a:**</u>

Attached is a listing of the Debtor's bank accounts, by account number, and the closing balances for the reporting period. These book balances include outstanding checks and any reconciling items, which may result in a negative book balance. Copies of the bank statements and cash disbursement journals were not included with the MOR due to the voluminous nature of these reports and can be provided upon reasonable request in writing to counsel for the Debtors.

<u>**Notes to MOR-2 and MOR-3:**</u>

The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for Chapter 11 debtors as required by the Bankruptcy Court and is in a format acceptable to the United States Trustee for the Southern District of Indiana (the "U.S. Trustee").

The MOR-2 Statement of Operations includes the Debtors' calendar month ended August 31, 2022. MOR-3 includes the Balance Sheet as of August 31, 2022. As previously noted, this MOR was not prepared in accordance with U.S. GAAP and does not include all the information and disclosures required by U.S. GAAP. Therefore, there can be no assurance that the financial information presented herein is complete, and readers are strongly cautioned not to place undue reliance on the MOR.

<u>**Notes to UST Form 11-MOR, Part 1 Cash Receipts and Disbursements:**</u>

Based on official instructions published by the Office of the United States Trustee in connection with the completion of UST Form 11-MOR Part 1, Cash Receipts and Disbursements, reported cash receipts and disbursements should exclude intercompany, debtor-to-debtor, transactions. As a result, for those Debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 will not agree with the ending cash balances per the Debtors' bank statements or the Debtors' books and records. For additional information on ending cash balances per the Debtors' books and records, see the attached listing of cash account balances per Schedule MOR-1a.

**MOR-1**

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Schedule of Cash Receipts and Disbursements |
|---|

| Schedule of Cash Receipts and Disbursements | |
|---|---|
| **TIME PERIOD: 08/1/2022 through 08/31/2022** | |
| | |
| Operating Receipts | $ 10,303,857 |
| **Total Operating Receipts** | **10,303,857** |
| | |
| Vendor Payments | (1,600,831) |
| **Total Operating Disbursements** | **(1,600,831)** |
| | |
| **Operating Cash Flow** | **8,703,026** |
| | |
| 3M Related Party Receipts | 40,385,481 |
| 3M Related Party Disbursements | - |
| Intercompany Receipts | - |
| Intercompany Disbursements | - |
| Non-Operating Disbursements | - |
| | |
| **Net Cash Flow before Restructuring Disbursements** | **49,088,507** |
| | |
| Professional Fees | - |
| **Total Restructuring Disbursements** | **-** |
| | |
| **Net Cash Flow** | **$ 49,088,507** |

Note: Funds transferred between US Debtors have been excluded from the Schedule of Cash Receipts and Disbursements amounts.

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Summary of Cash Receipts and Disbursements |
|---|

| Summary of Cash Receipts and Disbursements | | | | |
|---|---|---|---|---|
| TIME PERIOD: 08/1/2022 through 08/31/2022 | | | | |
| Debtor Name | Case No. | Receipts* | Disbursements* | Surplus / (Deficit) |
| Aearo Technologies LLC | 22-02890 | $ 50,648,977 | $ (1,600,831) | $ 49,048,146 |
| Aearo LLC | 22-02891 | - | - | - |
| Aearo Intermediate LLC | 22-02892 | - | - | - |
| Aearo Holding LLC | 22-02893 | - | - | - |
| Aearo Mexico Holding Corp. | 22-02894 | - | - | - |
| Cabot Safety Intermediate LLC | 22-02895 | 40,361 | - | 40,361 |
| 3M Occupational Safety LLC | 22-02896 | - | - | - |
| | **Total** | $ 50,689,338 | $ (1,600,831) | $ 49,088,507 |

*Funds transferred between US Debtors have been excluded from receipt and disbursement amounts.

**MOR-1a**

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Bank Account Information |
|---|

| Bank Account Information |
|---|

**TIME PERIOD: 08/31/2022**

| Debtor Name | Bank | Account No. (last 4 digits) | Book Balance as of 08/31/22 |
|---|---|---|---|
| Aearo Technologies LLC | Bank of America | -7724 | $ 1,678,261 |
| Aearo Technologies LLC | J.P. Morgan | -0910 | - |
| Aearo Technologies LLC | J.P. Morgan | -0944 | 54,473,031 |
| Aearo Technologies LLC | J.P. Morgan | -0928 | 224 |
| Aearo Technologies LLC | J.P. Morgan | -0936 | - |
| Cabot Safety Intermediate LLC | J.P. Morgan | -3071 | 1,255,228 |

Note: Book Balance may differ from Bank Balance due to items in-transit and other timing items.

**MOR-1a**

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Opened/Closed Bank Accounts |
| --- |

| Opened/Closed Bank Accounts |
| --- |

**TIME PERIOD: 08/31/2022**

| Opened Accounts |
| --- |

| Entity | Bank | Bank Branch | Currency | Account | Date Opened |
| --- | --- | --- | --- | --- | --- |
| None | | | | | |

| Closed Accounts |
| --- |

| Entity | Bank | Bank Branch | Currency | Account | Date Closed |
| --- | --- | --- | --- | --- | --- |
| None | | | | | |

8

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Unaudited Statement of Operations ($000s) |
|---|

**TIME PERIOD: 8/1/2022 through 8/31/2022**

| | Aearo Technologies LLC | Aearo Intermediate LLC | Aearo Holding LLC | Aearo LLC | 3M Occupational Safety LLC | Cabot Safety Intermediate LLC | Aearo Mexico Holding Corp. |
|---|---|---|---|---|---|---|---|
| Sales | $ 10,863 | - | - | - | - | - | - |
| Intercompany Sales | 2,693 | - | - | - | - | - | - |
| **Total Sales** | **13,556** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| COGS | (10,171) | - | - | - | - | - | - |
| **Gross Profit** | **3,385** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| R&D | (522) | - | - | - | - | - | - |
| SG&A | (1,811) | - | - | - | - | - | - |
| Other Operating Cost | (118) | - | - | - | - | - | - |
| Other Non-Operating Income (Expense) | 1,319 | - | - | - | - | 5 | - |
| Reorganization Items | (6,354) | - | - | - | - | - | - |
| **Pre-Tax Income** | **(4,100)** | **-** | **-** | **-** | **-** | **5** | **-** |
| | | | | | | | |
| Income Tax Expense | - | - | - | - | - | - | - |
| **Net Income** | **$ (4,100)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 5** | **$ -** |

**MOR-3**

In re: AEARO TECHNOLOGIES LLC, et al.

Case No. (Jointly Administered): 22-02890 (JJG)

Reporting Period: August 1, 2022 – August 31, 2022

| Unaudited Balance Sheet ($000s) |
|---|

**TIME PERIOD: 8/31/2022**

| | 3M Occupational Safety LLC | Aearo Holding LLC | Aearo Intermediate LLC | Aearo LLC | Aearo Technologies LLC | Cabot Safety Intermediate LLC | Aearo Mexico Holding Corp. |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | $ - | $ 56,152 | $ 1,255 | $ - |
| Accounts Receivable - Trade | - | - | - | - | 20,918 | - | - |
| Accounts Receivable - Intercompany | - | 1,508 | 57,947 | 335 | 1,047,926 | 86,402 | 38 |
| Inventory | - | - | - | - | 14,681 | - | - |
| Other Current Assets | - | - | - | - | 6,853 | - | - |
| **Total Current Assets** | **-** | **1,508** | **57,947** | **335** | **1,146,530** | **87,657** | **38** |
| | | | | | | | |
| Intercompany Advances Receivable | - | - | - | - | - | 3,560 | - |
| Intercompany Investments | 814,049 | 834,415 | 853,426 | 853,111 | 366,240 | 6,489 | 590 |
| PP&E - Net | - | - | - | - | 23,427 | - | - |
| Other Long Term Assets | - | - | 0 | - | 6,336 | 0 | - |
| Funding Agreement Receivable | - | - | - | - | 1,000,000 | - | - |
| **Total Assets** | **814,049** | **835,923** | **911,373** | **853,446** | **2,542,533** | **97,706** | **628** |
| | | | | | | | |
| Accounts Payable | - | - | - | - | 3,401 | - | - |
| Intercompany Payables | - | - | - | - | 5,519 | - | - |
| Accrued Payroll | - | - | - | - | 120 | - | - |
| Accrued Income Tax | - | - | - | - | - | (0) | - |
| Other Current Liabilities | - | - | - | - | 6,354 | - | - |
| **Total Current Liabilities** | **-** | **-** | **-** | **-** | **15,394** | **(0)** | **-** |
| | | | | | | | |
| Intercompany Advances Payable | - | - | - | - | - | - | - |
| Other Long Term Liabilities | - | - | - | - | - | - | - |
| Liabilities Subject to Compromise | - | 57,947 | 75,684 | - | 1,419,292 | 2,354 | 36 |
| **Total Liabilities** | **-** | **57,947** | **75,684** | **-** | **1,434,686** | **2,354** | **36** |
| | | | | | | | |
| **Total Shareholders Equity** | **814,049** | **777,976** | **835,689** | **853,446** | **1,107,847** | **95,352** | **592** |
| | | | | | | | |
| **Total Liabilities + Shareholders Equity** | **$ 814,049** | **$ 835,923** | **$ 911,373** | **$ 853,446** | **$ 2,542,533** | **$ 97,706** | **$ 628** |