# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

Defendant 3M Company filed a response to Wave 1 Plaintiffs' Motion for Summary Judgment on 3M Company's Full and Independent Liability for CAEv2-Related Injuries. *See* ECF No. 3541. The Court believes a reply brief would be helpful. Accordingly, Plaintiffs are directed to file a reply brief on the MDL docket by October 25, 2022. The reply brief is limited to 15 pages.

**SO ORDERED**, on this 19th day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**