# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF FLORIDA
 2                      PENSACOLA DIVISION

 3   IN RE:  3M COMBAT ARMS       )Case Number:
     EARPLUG PRODUCTS             )3:19-md-2885-MCR-GRJ
 4   LIABILITY LITIGATION         )
                                  )Judge M. Casey Rodgers
 5   The Deposition Relates to:)Magistrate Judge
           Lutfee Elamene        )Gary R. Jones
 6         Washington            )
                                  )
 7   Case Number:                 )
     7:20-cv-07384-MCR-GRJ        )
 8
          - - - - - - - - - - - - - - - - - - - - - - -
 9
              CERTIFICATE OF NONAPPEARANCE
10                   ORAL DEPOSITION
             (VIA ZOOM VIDEOCONFERENCING)
11                         OF
              LUTFEE ELAMENE WASHINGTON
12                  October 4, 2022

13        - - - - - - - - - - - - - - - - - - - - - - -

14        I, Tommi Rutledge Gray, Certified

15   Shorthand Reporter, Registered Professional

16   Reporter, and Certified Realtime Reporter in and

17   for the State of Texas, hereby certify to the

18   following facts to wit:

19        That I appeared via Zoom videoconferencing

20   on the 4th day of October, 2022 for the purpose

21   of taking the Oral Deposition of Lutfee Elamene

22   Washington, scheduled to begin at 10:00 a.m. CST

23   pursuant to Defendant's Re-Notice of Remote Oral

24   Deposition of Plaintiff.

25        The Notice as referred to above is
```

1   attached as Deposition Exhibit No. 1 and made a

2   part hereof.

3        That also appearing via Zoom

4   videoconferencing at said time and place were

5   Brian A. Wahl, Esq., Counsel for the Defendant,

6   3M Company, who is with the Law Offices of

7   Bradley Arant Boult Cummings LLP, 1819 5th Avenue

8   North, One Federal Place, Birmingham, Alabama

9   35203; and

10       Ryan Mayfield, Esq., Counsel for the

11  Plaintiff, Lutfee Elamene Washington, who is with

12  The Gori Law Firm, 156 North Main Street,

13  Edwardsville, Illinois  62025.

14       At 10:59 a.m., the witness, LUTFEE ELAMENE

15  WASHINGTON, having failed to appear, the

16  following statements were made:

17             THE COURT REPORTER:  We're

18       on the record at 10:59 a.m.

19             MR. WAHL:  This is

20       Brian Alexander Wahl, W-A-H-L, of

21       the Bradley Arant law firm.

22             I am the attorney -- I'm

23       the attorney representing 3M in

24       this case, and I'm participating

25       by Zoom from Birmingham, Alabama.

```
 1           Ryan Mayfield of The Gori
 2      Law Firm is present for the
 3      Plaintiff.
 4           Tommi Gray of Golkow Court
 5      Reporting is present to transcribe
 6      these proceedings as our court
 7      reporter.
 8           Today's date is October 4th,
 9      2022.  The time is currently 11:00
10      a.m. Central Standard Time.
11           The Plaintiff in this case
12      is Lutfee, that's L-U-T-F-E-E,
13      Elamene, E-L-A-M-E-N-E,
14      Washington.
15           3M served a Re-Notice of
16      Remote Oral Deposition of Lutfee
17      Washington on Plaintiff's counsel
18      on September 3rd, 2022.
19           I've asked the court
20      reporter to mark the Re-Notice
21      of Deposition as Exhibit 1.
22           The deposition was to have
23      begun at 10:00 a.m. Central
24      Standard Time per the Notice.
25           Mr. Mayfield appeared at
```

1    that time and indicated that he

2    had doubts as to whether Mr.

3    Washington would appear.

4        We agreed to leave the

5    deposition open for one hour to

6    give Mr. Washington an opportunity

7    to appear.  He did not.

8        Again, it is 11:00 o'clock

9    Central Standard Time.  Mr.

10    Washington has not appeared for

11    his deposition.

12        Given that we've now pushed

13    past 11:00 o'clock Central

14    Standard Time and Mr. Washington

15    has not appeared, 3M is now

16    terminating this deposition.

17            THE COURT REPORTER:  Okay.

18    We're going off the record at

19    11:01 a.m.

20        GIVEN UNDER MY HAND of office on this

21    5th day of October, 2022.

22

23

24            _____
               TOMMI RUTLEDGE GRAY, CSR, RPR, CRR
               Texas CSR 1693
25             Expiration Date:  10/31/2023