# EXHIBIT 4

| | |
|---|---|
| **From:** | Marcela Arevalo <marevalo@triallawfirm.com> |
| **Sent:** | Wednesday, October 12, 2022 5:59 PM |
| **To:** | Lind, J. B. |
| **Cc:** | KD Lewis |
| **Subject:** | RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition |

Yes that works!!!



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Wednesday, October 12, 2022 4:32 PM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

EXTERNAL

I would prefer 7:30 or 8:00 but at this point am willing to do whatever is necessary.  Can we start the wife at 2:00 p.m. ??

Thanks !!


JB

**From:** Marcela Arevalo <marevalo@triallawfirm.com>
**Sent:** Wednesday, October 12, 2022 5:22 PM
**To:** Lind, J. B. <jblind@vorys.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** Re: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

I had the same thought and followed up immediately with my paralegal. I completely respect the allotted time you have and don't want to do anything that may interfere with that. I have asked if he could do 7am ET or otherwise take off the day at work. If he agrees to 7am ET, does that time work for you?

Best,
Marcela Arevalo



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

---

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Wednesday, October 12, 2022 3:12:38 PM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

EXTERNAL

Where does he work ??  We get 3 ½ hours.  Not trying to be difficult, but with breaks and your anticipated questions, mine have been running this long.  If he has to leave to get to work by noon, this could be a problem.

**From:** Marcela Arevalo <marevalo@triallawfirm.com>
**Sent:** Wednesday, October 12, 2022 4:01 PM
**To:** Lind, J. B. <jblind@vorys.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

Is Friday at 9am ET okay, since he has to work at 12pm ET?



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Wednesday, October 12, 2022 2:48 PM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

EXTERNAL

Do we know what time on Friday morning ??

Thanks,

JB

**From:** Marcela Arevalo <marevalo@triallawfirm.com>
**Sent:** Wednesday, October 12, 2022 3:41 PM
**To:** Lind, J. B. <jblind@vorys.com>

3

**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

We are confirmed for Friday in the AM for Mr. Dillingham and anytime in the afternoon for his wife.



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Wednesday, October 12, 2022 12:26 PM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

EXTERNAL

Any word, we are really going to have to scramble to make Friday work.  We can do it, but I need to know in the next hour.

Thanks,

JB

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Wednesday, October 12, 2022 8:45 AM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

We can do Friday any time… but I need to know asap as I have a plaintiff expert depo that I will have to get coverage for.

Thanks,

JB

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Marcela Arevalo <marevalo@triallawfirm.com>
**Date:** Tuesday, Oct 11, 2022, 7:03 PM
**To:** Lind, J. B. <jblind@vorys.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** [EXTERNAL] RE: 3M Wave 3: Dillingham Deposition

Hey JB – I finally heard back from them this afternoon. I truly appreciate your patience and cooperation on this.

You mentioned later in the days work best for you. Would you like to do both on one day? I want to get you confirmation tonight if at all possible. I anticipate they will want to schedule Thurs or Fri.

---



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Tuesday, October 11, 2022 3:33 PM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Cc:** Lewis, Kim D. <KDLewis@vorys.com>
**Subject:** RE: 3M Wave 3: Dillingham Deposition

EXTERNAL

Marcela,

I assume the Dillingham's have gone radio silent ??

Thanks !!

JB

**From:** Marcela Arevalo <marevalo@triallawfirm.com>
**Sent:** Monday, October 10, 2022 9:19 AM
**To:** Lind, J. B. <jblind@vorys.com>
**Subject:** [EXTERNAL] Re: 3M Wave 3: Dillingham Deposition

Thanks so much, J.B.

I will get with my client and get back to you ASAP.


Best,

Marcela



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended

recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Lind, J. B. <jblind@vorys.com>
**Sent:** Monday, October 10, 2022 8:12:21 AM
**To:** Marcela Arevalo <marevalo@triallawfirm.com>
**Subject:** RE: 3M Wave 3: Dillingham Deposition

EXTERNAL

My instructions are to get his depo done by Friday.  Technically, we have more time on hers and it is not as pressing.

Let me know some times and days when you can.  Later in the day is going to be better for me each day.

Thanks,

JB

**From:** Marcela Arevalo <marevalo@triallawfirm.com>
**Sent:** Monday, October 10, 2022 7:42 AM
**To:** Lind, J. B. <jblind@vorys.com>
**Subject:** [EXTERNAL] 3M Wave 3: Dillingham Deposition

CAUTION: External Email

J.B.,

My name is Marcela Arevalo, and I represent Jeffrey Dillingham in this 3M litigation. He and his wife have a deposition set to take place today at 8:00 AM and 2:00 PM (CST) respectively. Unfortunately, both are feeling ill and cannot sit for their depositions today. I was wondering if you would be willing to work with me to reschedule their depos for a later date. I apologize for the last minute notice and appreciate your time and cooperation on this.

Please feel free to call my cell if you want to chat -

Best,
Marcela



**Marcela Arevalo**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
marevalo@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.