# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No. 3:19-md-2885-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>Jeffrey Dillingham<br>Case No. 9:20cv11173-MCR-GRJ | ) ) ) | |

**DEFENDANT 3M COMPANY'S 4TH AMENDED NOTICE OF REMOTE ORAL DEPOSITION OF PLAINTIFF**

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Counsel for Defendant 3M Company pursuant to Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35 will take the deposition upon oral examination of the following person on the date and at the time set forth below:

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Jeffrey Dillingham | October 14, 2022 | 8:00 AM (CT) |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendant, until completed.

1

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness and court reporter will attend the remote deposition are as follows: (i) Witness will be located in Claypio, IN, and (ii) the court reporter will be located in Birmingham, Alabama.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony.

Veritext (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (3Mearplug@veritext.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.  Information and instructions for the use of the Veritext platform are attached as Exhibit A.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Plaintiff shall bring and make available for inspection and copying any and all documents or other tangible things within Plaintiff's possession, custody, or control as requested on Exhibit B.

Dated:  October 13, 2022

        Respectfully submitted,

        */s/ J. B. Lind*
        J. B. Lind, OH Bar No. 0083310
        (*Admitted pro hac vice*)

        **VORYS, SATER, SEYMOUR AND PEASE LLP**
        301 East Fourth Street, Ste 3500
        Great American Tower
        Cincinnati, OH  45202
        Phone:  513-842-8119
        Fax: 513-852-7835
        Email: jblind@vorys.com

        *Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2022, a true and correct copy of the foregoing:

### DEFENDANT 3M COMPANY'S 4TH AMENDED NOTICE OF REMOTE ORAL DEPOSITION OF PLAINTIFF

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order No. 31 (ECF No. 2304).

Dated: October 13, 2022              */s/ J. B. Lind*
                                     J. B. Lind, OH Bar No. 0083310

# EXHIBIT A



# A PRACTICAL GUIDE TO PARTICIPATING IN VIRTUAL DEPOSITIONS WITH VERITEXT

## KEY SERVICE POINTS

- Secure service and connection HIPAA compliant and 256 BIT encryption
- Unlimited participants
- Remote or in person officiant for the entirety of your proceeding – situation dependent
- The proceeding may be video recorded either in person or remotely
- See sample notice provided by your Veritext representative.
- Stipulation on the record sample: Attorneys or the Reporter typically read a simple statement as follows at the beginning of the deposition to clearly set forth the remote virtual setting of the participants:
  - "The attorneys participating in this deposition acknowledge that the reporter/deposition officer is not physically present in the deposition room and that the reporter/deposition officer will be reporting this deposition remotely. The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting. Please indicate your agreement by stating your name and your agreement on the record."

## VIRTUAL VIDEO DEPOSITION REQUIREMENTS FOR ALL REMOTE ATTENDEES

- Computer
- Wireless or wired internet (wired preferred)
- Webcam
- Speakerphone with the ability to receive a phone call or place a toll-free call*
- It is highly recommended that the participants connect through a dedicated cell or landline for your audio connection versus your computer audio to avoid possible internet connection quality interference.

## EXHIBIT SHARE DEPOSITION REQUIREMENTS FOR ALL REMOTE ATTENDEES

- Computer/ iPad / tablet device
- Wireless or wired internet (wired preferred)

Taking Attorney Tutorial  https://www.veritext.com/exhibit-share-tutorial-depo-ordering-attorney/
Attending Parties & Deponent Tutorial https://www.veritext.com/exhibit-share-tutorial-at-the-depo-for-participatingparties/
Remote Proceeding Functionality Tutorials (e.g. sharing screen, marking exhibits, etc.)
https://www.veritext.com/remote/ (scroll to the bottom of the web page)

## YOUR INVITATIONS TO VIRTUAL DEPOSITION & EXHIBIT SHARE

### Virtual Video ZOOM Invitation:

- Invitations from @Remote Counsel  - You will get one invitation for video and realtime should you  add the realtime service.
- Please save these invites in your calendar.  15 minutes before the deposition start time please join the session by: Clicking the link in the e-mail invitation/s which will launch Zoom.  Alternatively, you can copy the entire link and paste it into your browser window.



**Veritext Virtual Platform Invitation (separate platform from Video Zoom): (note: the two platforms is a bit confusing to the unknowing)**

- Email goes out to attorneys when the session is created by our Veritext Virtual Team. The e-mails DOES NOT contain a link to join the session, it contains information about testing, technical support, and how to access MyVeritext the day of the deposition to log in to the Virtual Session. Witness and Vendor invitations are sent as a link in an email.
- Invites come from: mobiledepo@veritext.com
- Join the session by: Attorneys – Log into MyVeritext, click Live Sessions and join the session. Witness/Vendors – Click the link in the e-mail that was sent

**Exhibit Share Invitation (Separate platform from the 2 virtual connection platforms above):**

- Once the Exhibit Share session is set up, attorneys that didn't previously have a user account for exhibit share are sent an invitation to create an Exhibit Share account from notify@egnyte.com. ( Please do this ahead of the deposition )
- If an attorney is TAKING or PARTICIPATING in an Exhibit Share deposition and ALREADY has an Exhibit Share account, they will not receive a new invitation, just an e-mail that a NEW FOLDER has been set up in XYZ Case for that deposition.
- Invites Come from: Notify@egnyte.com
- Join the Session by: Logging in with your username/password by visiting https://www.veritext.com/services/veritext-exhibit-share-intro/   Bookmark this page for future use and save your login somewhere secure.

## PRE-DEPOSITION TECHNOLOGY & LOGISTICS PREPARATION

- Consider including protocol for in deposition best practices for all parties in the CMO.
- Consider what admonitions you would like to bring forth to set the tone for all participants at the start of the deposition, including on the record communications between the deponent and their counsel (e.g. texting back and forth, etc.).
- Ensure that you have provided Veritext with contact information for all remote participants including your opposing counsel and the witness at least 48 hours ahead of the deposition so all can be added and provided adequate training.
- Know how you are going to share exhibits; ensure they are scanned ahead of time so you can share with the reporter and other attendees.  Ensure exhibits get to the court reporter once the depo is over.
- All invitations to join depositions should be saved. Any instructions around training and testing (especially for first time users ) should be followed to ensure success in the live deposition session.
- If you are planning on using multiple virtual options such as video, realtime, screenshare, you may wish to have two monitors.
- If you are logging into Virtual and Realtime you will get two invitations with a link from "Remote Counsel".
- If you are also using Exhibit Share you will get an additional email with a separate log in.

## CREATE A PROFESSIONAL ENVIRONMENT*  - Video and Audio Best Practices
   ( *Particularly important for the witness if being video recorded )

- Please listen to the court reporters' advisements on best practices.
- Be aware of "on" and "off" the record prompts to avoid having an off the record conversation recorded.
- Do not talk over one another.
- Be clear when introducing exhibits and include the document title and bates #
- If exhibits have not been circulated in advance, please advise your reporter as to the mechanism of exhibit delivery so



- that he/she can prepare the final transcript.
- Curate your background. No plain white walls or messy rooms. Bookshelves and desks show you are all business.
- Do not sit with any windows behind you. This causes back lighting and makes your image difficult to see.
- Have lights above you but not directly pointed at your face. This prevents washout or harsh, unflattering light.
- Turn off other audio devices (TV in background, turn off personal cell phone, Siri, Alexa, try to distance yourself from family members and pets, etc.)
- Try to avoid black or white shirts so you don't blend in with your background
- Bright rooms, but no lights directly pointed at face (washout/ harsh light)
- Do not lean into the camera (dipping in and out of frame)
- Put your laptop/tablet on top of a book etc. so you are eye level with the camera.
- Do not lean into the camera or dip in and out of frame.
- You should be an arm's length away from the webcam.
- Try to protect your video feed by calling into the meeting instead of using the computer audio.
- Use headphones on your phone to prevent an echo when on speakerphone.

## DURING THE VIRTUAL DEPOSITION – BEST PRACTICES

- Log in at least 15 minutes early in case you have any issues connecting so you have time to engage with technical support.
- Mute your microphone if you're not talking. This cuts back on soft background noise.
- Please do not talk over each other.
- Appropriate and professional behavior of all participants should be discussed and understood by all participants.
- Ensure the deponent and taking attorney are on screen.  The reporter relies on visual cues and reads lips in addition to his / her listening skills.
- If ordering remote Realtime, understand that you receive this once the reporter "shares" it with you, it does not activate until the reporter is ready.
- If you are going off the record, clearly announce this to all participants.
- During breaks be sure to turn off your webcam, mute your computer microphone and hang up on the phone call. You can dial back in after the break.
- Introducing exhibits, please be sure to give a full description of the exhibit including Bates # range, if applicable.

## WITNESS PREPARATION – POINTS TO CONSIDER

**Timing, trial run(s) – getting used to the setting & technology being used:**

- Your client is not in your physical presence
- Handling questions and answers in general – then pause before answering
- How are you going to handle instructions not to answer and/or objections
- Handling off the record conversations (disconnecting from the conference line, turning off Siri, Alexa if in the area, etc.)
- Handling the review and testimony related to exhibits regardless of medium & size (think documents, video, spreadsheets, plans, social media) Get it on the record.

## VALUABLE TUTORIALS AND VIDEO TO GUIDE YOU

Lastly Veritext has created a comprehensive guide to our suite of remote deposition tools that can be accessed by following this link https://www.veritext.com/remote/   scroll down the page to find instructional tutorials and more.

| Veritext Zoom: How to Join a Meeting |
|---|

## Overview

Virtual Zoom is a web conference service that allows professionals to join a meeting from their laptop, tablet, or smartphone. Below are instructions for first time users that will illustrate how to connect to the conference and select your camera and microphone.

## Joining the Conference

When a web conference is scheduled participants will receive three pieces of information.

1. A link to join the meeting
2. A meeting ID
3. A number to dial in from via telephone

For first time Veritext Zoom users, clicking the link to join the meeting will open your browser and download an installation file onto your computer.



Run the installation file by double clicking it and the web conference software will be automatically installed on your device. If the Virtual Zoom session has begun the meeting will open and you will be able to begin selecting your settings.

Veritext Zoom: How to Join a Meeting

## Audio Settings

Upon opening a Virtual Zoom session, you will be automatically prompted to select your audio preferences. To utilize your device's built in speaker and microphone click the Join with Computer Audio button.



You may alternatively choose to utilize a phone for audio purposes. Selecting the Phone Call tab will display the dial in number and meeting ID numbers. To use your phone, dial the dial in number and enter the meeting ID number when prompted to do so.

Another method of using your phone is the Call Me feature. To use this option select the Call Me tab, enter your number, and click the Call Me button. Within seconds the selected phone number will receive a call. Answer the call and follow the prompts to join the meeting.



## Camera Settings

Selecting your camera is a simple as a click. On the Virtual Zoom's bottom toolbar locate the "Start Video" button and click it to enable your primary camera. You may select an alternate camera by clicking the arrow next to Start Video and clicking on a different camera.



## Veritext Virtual: How to Share Exhibits

## Overview

Veritext Virtual has a screenshare function that enables users to share their screens from either a desktop, tablet, or mobile device. When doing so, all other participants will be able to follow along live as you display documents, manipulate spreadsheets, play videos, and more.

## How to Share

During a Veritext Virtual conference, to share your screen, do so by clicking on the "Share" icon on the bottom toolbar, circled in red below.



After clicking this button, a new window will appear that lists all screens and applications currently open on your device. In this window, select what you want to share by clicking on the icon, which will highlight your selection blue. When the appropriate screen or application is highlighted, select share in the lower right corner and you will be displaying your content to the room. If what you want to share is a video with audio, check the "Share computer audio" box in the lower left before clicking Share.



Veritext Virtual: How to Share Exhibits

## While Screen Sharing

After initiating a screen share a new menu will appear at the top of your screen. This menu enables you to perform some key functions while screen sharing.



Most importantly, you may terminate your share session by clicking the red Stop Share portion of the menu. Alternatively, if you simply need a moment to organize while presenting, you may click the Pause Share button to freeze what the viewers are seeing; this will change the Pause Share icon into a Resume Share icon. Once you have adjusted your screen appropriately simply click Resume Share to proceed.

Additionally, the Annotate feature activates a toolbar (below) that allows all deposition participants to use the screen as a whiteboard to write words and lines or stamp symbols on your screen. Before or during annotating, under the More icon you can disable participant annotations or show names of annotators. Finally, once you have an annotated document, you may select Save on the annotation toolbar to archive a screenshot of your display with the annotations made.



Finally, the Remote Control feature allows you to select a specific Veritext Virtual participant and provide him/her control your computer. With this control they can operate your mouse and keyboard which can be useful during document review. Once a remote control has initiated it can be terminated by selecting the Remote Control icon again and clicking Abort Control.



# EXHIBIT B

# EXHIBIT B

To the extent not yet produced to Defendants, all documents and tangible items requested in Defendants' First Set of Requests for Production dated May 25, 2022.

If you fail to attend or to produce the documents or things required by this Notice, you be subject to the sanctions authorized by Rule 37(d) of the Federal Rules of Civil Procedure.