# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF FLORIDA

 3                     PENSACOLA DIVISION

 4

 5   IN RE: 3M COMBAT ARMS      )
     EARPLUG PRODUCTS           )
 6   LIABILITY LITIGATION       )
                                )
 7   This Document Relates to:  )
     James Satyanathan          )   No.
 8   Case No.                   )   3:19-md-2885-MCR-GRJ
     8:20-79747-MCR-GRJ         )
 9                              )
                                )
10                              )

11

12

13                        - - - -

14     STATEMENT OF NONAPPEARANCE OF JAMES SATYANATHAN

15         Tuesday, September 27, 2022, 3:52 p.m.

16                        - - - -

17

18

19

20

21   REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

22

23

24

25
```

```
 1                    APPEARANCES

 2

 3   For the Plaintiff:

 4        BY: BRAD J. BRADFORD, ESQ.
          Aylstock Witkin Kreis Overholtz PLLC
 5        17 E. Main Street, Suite 200
          Pensacola, Florida 32502
 6        844.794.7402

 7

 8   For the Defendants:

 9        BY: RICHARD W. SLIMAN, ESQ.
          Butler Snow LLP
10        1300 25th Avenue, Suite 204
          Gulfport, Mississippi 39501
11        228.575.3034
          richard.sliman@butlersnow.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF EXHIBITS

 2     NO.              DESCRIPTION                 PAGE

 3   Exhibit 1    Defendant's Amended Notice of       4
                 Remote Oral and Videotaped
 4               Deposition of Plaintiff

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MR. SLIMAN:  Okay.  My name is Richard
 2   Sliman and I'm with Butler Snow.  I'm representing
 3   3M in this case.  It's the case involving the
 4   plaintiff James Satyanathan S-A-T-Y-A-N-A-T-H-A-N I
 5   think it is Cause No. 8:20-79747.  That's his
 6   specific case.
 7              Today's date is September 27th, 2022.
 8   With us is the court reporter Elaina -- I'm
 9   struggling with your name -- is it Bulda?
10              THE REPORTER:  Jones is fine.
11              MR. SLIMAN:  Jones is fine.
12              We have got also with us Brad Bradford
13   with the Aylstock firm, counsel for Mr. Satyanathan.
14   And today's -- the deposition was noticed with an
15   Amended Notice of Deposition.  It was noticed for
16   today at 3 o'clock Pacific time.  It is now
17   almost -- it is -- what is it 3:54 p.m. Pacific
18   Standard Time.
19              It's been over almost 55 minutes.
20   Mr. Satyanathan has not appeared -- first of all,
21   can we go ahead and make the Amended Notice of
22   Deposition Exhibit 1, please.
23              (Whereupon, Exhibit 1 was marked for
24   identification.)
25              MR. SLIMAN:  I'll e-mail that to you,
```

```
 1   Elaina, as well.
 2            The deposition was supposed -- was noticed
 3   for 3 o'clock, like I said, Pacific Standard Time by
 4   Zoom.  I believe Mr. Satyanathan's residence is in
 5   Los Angeles.  The address I have is 3407 Folsom
 6   F-O-L-S-O-M, Street, in Los Angeles.  It was to be
 7   done by Zoom, and he has not appeared during this
 8   time frame.  We are here.  We are ready to proceed.
 9   His counsel was ready.
10            Brad can make a statement on the record as
11   to attempts to contact him.  I understand that
12   numerous attempts have been made.  They have been
13   unsuccessful.  I believe he was also supposed to
14   pick up some sort of device or screen or something
15   with which to participate in this deposition and he
16   was unable to do so.
17            So based on that, we're unable to proceed
18   with the deposition.  So given that, we're going to
19   terminate the deposition in hopes of rescheduling
20   it, if possible, within the guidelines of the court
21   and the deadlines of the court.
22            So that being said, Brad, would you like
23   to add anything?
24            MR. BRADFORD:  You know, I agree with what
25   you said.  I think you accurately described what has
```

1  happened here, so I don't think I have anything to
2  add to it.
3          MR. SLIMAN:  Okay.  Based on that, we will
4  terminate the deposition and if by chance it can be
5  rescheduled, please reach out to us and we will make
6  every effort.
7          MR. BRADFORD:  We will work diligent to
8  get in touch him and do every everything we can do
9  to get this thing rescheduled within the time limits
10 provided by the court.
11         MR. SLIMAN:  Thank you.
12         MR. BRADFORD:  Sorry again, guys.
13         (Whereupon, a brief recess was taken.)
14
15
16
17
18
19
20
21
22
23
24
25

```
 1   STATE OF CALIFORNIA  )
 2   COUNTY OF YOLO       )
 3        I, ELAINA BULDA-JONES, a Certified Shorthand
 4   Reporter of the State of California, duly authorized
 5   to administer oaths pursuant to Section 2025 of the
 6   California Code of Civil Procedure, do hereby
 7   certify that I was present at the time and place
 8   designated and reported the statement in this
 9   proceeding.
10        I further certify that I am not of counsel or
11   attorney for either or any of the parties in the
12   foregoing deposition and caption named, nor in any
13   way interested in the outcome of the cause named in
14   said proposed deposition.
15
16
17
18   ELAINA BULDA-JONES, RPR, CSR 11720
19
20
21
22
23
24
25
```