# EXHIBIT 9

| | |
|---|---|
| **From:** | Christy Hurt <CHurt@awkolaw.com> |
| **Sent:** | Tuesday, October 4, 2022 8:56 AM |
| **To:** | Rebecca Tillman; Richard Sliman; Sheena Edwards |
| **Cc:** | Brad Bradford; Jennifer Schoen |
| **Subject:** | RE: 3M W3 - Plaintiff Deposition Rescheduling - James Satyanathan |

Thank you.

**From:** Rebecca Tillman <Rebecca.Tillman@butlersnow.com>
**Sent:** Tuesday, October 4, 2022 8:50 AM
**To:** Christy Hurt <CHurt@awkolaw.com>; Richard Sliman <Richard.Sliman@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>
**Subject:** RE: 3M W3 - Plaintiff Deposition Rescheduling - James Satyanathan

Yes, I will send the Amended NOD out today.

**Rebecca Tillman**
*Paralegal*
**Butler Snow LLP**

D: (601) 985-4041 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Rebecca.Tillman@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Tuesday, October 4, 2022 8:36 AM
**To:** Richard Sliman <Richard.Sliman@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Rebecca Tillman <Rebecca.Tillman@butlersnow.com>
**Subject:** RE: 3M W3 - Plaintiff Deposition Rescheduling - James Satyanathan

Please advise on the status of the NOD, thank you.

**From:** Richard Sliman <Richard.Sliman@butlersnow.com>
**Sent:** Friday, September 30, 2022 10:07 AM
**To:** Christy Hurt <CHurt@awkolaw.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Rebecca Tillman <Rebecca.Tillman@butlersnow.com>
**Subject:** RE: 3M W3 - Plaintiff Deposition Rescheduling - James Satyanathan

Christy,

This will confirm our availability for Satyanathan's depo on 10/11 at 3 pm PST.

Rebecca, will you please prepare and send out an amended NOD for this date and time?

Thanks

Richard

**Richard W. Sliman**
**Butler Snow LLP**

D: (228) 575-3034 | F: (228) 868-1531
1300 25th Avenue, Suite 204 Gulfport, MS 39501
P.O. Drawer 4248, Gulfport, MS 39502-4248
richard.sliman@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Wednesday, September 28, 2022 2:21 PM
**To:** Richard Sliman <Richard.Sliman@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>
**Subject:** 3M W3 - Plaintiff Deposition Rescheduling - James Satyanathan
**Importance:** High


Good Afternoon Richard,

Our client is available on October 11m 2022 beginning at 3PM PT for his deposition. Please confirm this works for you and issue an amended notice, thank you.

| | |
|---|---|
| Christy Hurt | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502 |
| Florida Registered Paralegal #276416 | Phone: (850) 202-1010 |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | |

2

Toll Free: (888) 255-AWKO (2956)
Facsimile: (850) 916-7449
Email: churt@awkolaw.com

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.