# EXHIBIT 11

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION

 3   IN RE:  3M COMBAT ARMS        )   Case No.:
     EARPLUG PRODUCTS LIABILITY    )   3:19-md-02885-MCR-
 4   LITIGATION                    )   GRJ
                                   )
 5   --------------------------    )   Judge M. Casey
                                   )   Rodgers
 6   THIS DOCUMENT RELATES TO:     )   Magistrate Judge
                                   )   Gary R. Jones
 7   James Satyanathan, Civil      )
     Case No.                      )
 8   8:20-cv-79747-MCR-GRJ         )
                                   )
 9
                          - - -
10
          REMOTE STATEMENT OF NON-APPEARANCE OF
11
                     JAMES SATYANATHAN
12
                          - - -
13
              TUESDAY, OCTOBER 11, 2022
14
                          - - -
15

16          This is the Remote Statement of

17   Non-Appearance of JAMES SATYANATHAN, commencing at

18   3:17 p.m., Tuesday, October 11, 2022, before Juliana

19   F. Zajicek, Registered Professional Reporter,

20   Certified Shorthand Reporter and Certified Realtime

21   Reporter.

22                        - - -

23            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24               Deps@golkow.com
```

Golkow Litigation Services                                   Page 1

```
 1                A P P E A R A N C E S :
                (ALL PARTIES APPEARED REMOTELY)
 2

 3   ON BEHALF OF THE PLAINTIFF:

 4        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

 5        17 East Main Street, Suite 200

 6        Pensacola, Florida 32502

 7        850-202-1010

 8        BY:  MAURY GOLDSTEIN, ESQ.

 9             mgoldstein@awkolaw.com

10

11   ON BEHALF OF THE DEFENDANTS:

12        BUTLER SNOW LLP

13        1300 25th Avenue, Suite 204

14        Gulfport, Mississippi 39501

15        228-864-1170

16        BY:  RICHARD SLIMAN, ESQ.

17             richard.sliman@butlersnow.com

18

19

20

21

22

23

24
```

```
 1      MR. SLIMAN:  Let's go on the record here.
 2              My name is Richard Sliman.  I am with the
 3   Butler Snow law firm.  I am representing 3M in this
 4   litigation.
 5              The style of this case, this is in the
 6   matter of a James Satyanathan v. 3M Company.  I think
 7   it's Cause No. 8:20-cv-79747-MCR-GRJ.
 8              Pursuant to -- let me just say for the
 9   record we are here on our second attempt to depose
10   Mr. Satyanathan.  I think his deposition was
11   previously set for September 27th of 2022.  Both his
12   counsel, I think Brad with the -- Brad Bradford with
13   the Aylstock firm and I were present for that time and
14   he was a no show.  We made a record on there.  We were
15   assured that he would be here today.  We are here.
16   Both his counsel, Maury Goldstein, and I are available
17   for this deposition.  However, once again,
18   Mr. Satyanathan failed to show.
19              I'd like to make as an exhibit the Amended
20   Notice of Deposition, which I will bring up right here
21   for counsel opposite's review.  It shows basically it
22   was duly noticed for October 11th, 2022, at 3 o'clock
23   p.m. Pacific Time.
24              Plaintiff in this case once again is James
```

```
 1   Satyanathan.

 2              Juliana, could you make the Notice,

 3   Amended Notice of Deposition Exhibit 1, please, ma'am,

 4   and attach it.

 5              (WHEREUPON, a certain document was

 6               marked James Satyanathan Deposition

 7               Exhibit No. 1, for identification, as

 8               of 10/11/2022.)

 9       MR. SLIMAN:  I think at this point given now

10   that it is 3:17 Pacific Standard Time or 5:17 Central

11   Time, the plaintiff has still not shown, and it is my

12   understanding through plaintiff's counsel that chances

13   are that he will not be showing today if he has not

14   already appeared.  So would you like to make a

15   statement, Maury?

16       MR. GOLDSTEIN:  No, I don't have a statement.

17   Thank you.

18       MR. SLIMAN:  Once again, the deadline for Wave 3

19   discovery I think is today.  We've had two attempts.

20   He has not shown and we are certainly prejudiced by --

21   by his failure to show on two occasions.  So thank you

22   very much.

23              (At 3:18 a.m. the proceedings

24               concluded.)
```

```
 1                    C E R T I F I C A T E

 2

 3            I, JULIANA ZAJICEK, a Registered

 4    Professional Reporter, Certified Shorthand Reporter

 5    and Certified Realtime Reporter, do hereby certify

 6    that the foregoing is a true and accurate transcript

 7    of the proceedings had at the Statement of

 8    Non-Appearance aforesaid, conducted remotely, and that

 9    the foregoing is a true, complete and correct

10    transcript of the proceedings of said remote Statement

11    of Non-Appearance as appears from my stenographic

12    notes so taken and transcribed under my personal

13    direction.

14

15

16

17

18            [signature: Juliana F. Zajicek]

19            JULIANA F. ZAJICEK,

20            Registered Professional Reporter

21            Certified Shorthand Reporter

22            Certified Realtime Reporter

23

24
```