# EXHIBIT 12

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Andrew Gibson<br>Case No.: 7:20cv79882-MCR-GRJ ) ) ) ) | |

## DEFENDANT 3M COMPANY'S AMENDED NOTICE OF REMOTE ORAL DEPOSITION OF ANDREW GIBSON

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Counsel for Defendant 3M Company, pursuant to Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35, will take the deposition upon oral examination of the following person on the date and at the time set forth below:

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Andrew Gibson | 9/27/2022 | 8:00AM EST |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendant, until completed.

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, and court reporter will attend the remote deposition are as follows: (i) Witness will be located in Beckley, WV and, (ii) the court reporter will be located in Philadelphia, PA. The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony.

Golkow (Vendor) will provide remote access for all parties via a ZOOM-based platform. Please contact the Vendor (scheduling@golkow.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Plaintiff shall bring and make available for inspection and copying any and all documents or other tangible things within Plaintiff's possession, custody, or control as requested on Exhibit A.

Dated:  September 21, 2022	Respectfully submitted,

s/ Jason E. Fortenberry
Jason E. Fortenberry, MS Bar No. 102282
Bradley Arant Boult Cummings, LLP
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1789
Telephone:(601) 948-8000
Facsimile:(601) 948-3000
Email: jfortenberry@bradley.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2022, a true and correct copy of the foregoing:

### DEFENDANT 3M COMPANY'S AMENDED NOTICE OF REMOTE ORAL DEPOSITION OF ANDREW GIBSON

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated: September 21, 2022             */s/ Jason E. Fortenberry*
                                                            Jason E. Fortenberry

# EXHIBIT A

To the extent not yet produced to Defendant, all documents and tangible items requested in Defendant's First Set of Requests for Production dated May 25, 2022.

If you fail to attend or to produce the documents or things required by this Notice, you may be subject to the sanctions authorized by Rule 37(d) of the Federal Rules of Civil Procedure.