# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                  PENSACOLA DIVISION
                    _____
 3

 4            Case No. 3:19-md-2885-MCR-GRJ

 5              Judge M. Casey Rodgers
              Magistrate Judge Gary R. Jones
 6

 7   IN RE: 3M COMBAT ARMS EARPLUG     )
     PRODUCTS LIABILITY LITIGATION     )
 8                                     )
     This Document Relates to:         )
 9   Andrew Gibson                     )
     Case No. 7:20cv79882-MCR-GRJ      )
10                                     )
     _____   )
11

12

13

14

15    VIDEO CONFERENCING STATEMENT FOR THE RECORD

16                 OF ANDREW GIBSON

17

18              Taken by counsel for 3M Defendants,

19   pursuant to Fed.R.Civ.P 30 and MDL 2885 Pretrial

20   Order No. 35, before Lisa K. Hall, Certified Court

21   Reporter and Notary Public, via Zoom Video

22   Conferencing, on September 27, 2022, at 8:19 a.m.,

23   EST.

24
```

```
 1                    APPEARANCES

 2         (all parties appearing remotely)

 3

 4       APPEARING FOR PLAINTIFFS:

 5       Elizabeth Klein Hiller, Esquire
         DOUGLAS & LONDON
 6       59 Maiden Lane, 6th Floor
         New York, NY  10038
 7       (888) 727-0450
         ehiller@douglasandlondon.com
 8

 9       APPEARING FOR DEFENDANT 3M:

10       Jason Fortenberry, Esquire
         BRADLEY ARANT BOULT CUMMINGS
11       188 East Capitol Street, Suite 1000
         Jackson, Mississippi  39201
12       (601) 948-8000
         jfortenberry@bradley.com
13

14

15

16

17

18

19

20

21

22

23

24
```

```
1          MR. FORTENBERRY:  My name is Jason

2     Fortenberry.  I am appearing on behalf of

3     3M Company at the scheduled deposition of

4     Plaintiff Andrew Gibson, which was scheduled

5     for eight o'clock Eastern on today,

6     September 27.

7          It is 8:19.  Mr. Gibson has not appeared

8     at the deposition as scheduled.  So pursuant

9     to, I guess, agreement with counsel for

10     Plaintiff, we will leave this deposition open

11     and attempt to reschedule it at a later date

12     within the deadline set forth in the most

13     recent scheduling order.

14          MS. HILLER:  Okay.

15          And just to make my appearance, this is

16     Elizabeth Klein Hiller on behalf of the

17     plaintiff, Andrew Gibson.

18          MR. FORTENBERRY:  Okay.

19          (Statement concluded at 8:20 a.m.)

20

21

22

23

24
```

```
 1       STATE OF WEST VIRGINIA, To-wit:

 2       I, Lisa Kimberly Hall, a Notary Public and

 3   Certified Court Reporter within and for the State

 4   aforesaid, duly commissioned and qualified, do

 5   hereby certify that the statement for the

 6   deposition of Andrew Gibson, by video conference,

 7   was duly taken by me and before me at the time and

 8   place specified in the caption hereof.  I do

 9   further certify that said proceedings were

10   correctly taken by me in stenotype notes, that the

11   same were accurately transcribed out in full and

12   true record of the testimony given by said witness.

13   I further certify that I am neither attorney or

14   counsel for nor related to or employed by, any of

15   the parties to the action in which these

16   proceedings were had, and further I am not a

17   relative or employee of any attorney or counsel

18   employed by the parties hereto or financially

19   interested in the action.  My commission expires

20   the 16th day of July 2025.

21

22                        ----------------------

23                        Lisa K. Hall
                           Notary Public
24                        Certified Court Reporter
```