# EXHIBIT 14

**From:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Date:** October 4, 2022 at 9:03:16 AM CDT
**To:** "Fortenberry, Jason" <jfortenberry@bradley.com>
**Cc:** Savannah Markham <smarkham@douglasandlondon.com>, "Ruhl, Susan" <sruhl@bradley.com>, "Williams, Michael" <mcwilliams@bradley.com>
**Subject: RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions**

**CAUTION - EXTERNAL EMAIL**

Jason,

Thank you for following up on this front.
I hope to circle back to you later today regarding how to proceed regarding Mr. Gibson.
We appreciate your patience.

All the best,
Elizabeth

**From:** Fortenberry, Jason <jfortenberry@bradley.com>
**Sent:** Monday, October 3, 2022 1:12 PM
**To:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Cc:** Savannah Markham <smarkham@douglasandlondon.com>; Ruhl, Susan <sruhl@bradley.com>; Williams, Michael <mcwilliams@bradley.com>
**Subject:** Re: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Elizabeth,

As you know, the deadline for deposing Wave 3 plaintiffs is October 11. We've made several requests to reschedule Mr. Gibson's deposition since he failed to appear last week. In prior waves, we've filed show cause motions for plaintiffs who have not appeared for depositions. We're planning to file one as to Mr. Gibson. Please let me know if you'd prefer to file a stipulation of dismissal or would like to discuss further.

Thank you.

Jason

Sent from my iPhone

On Sep 29, 2022, at 10:28 AM, Elizabeth Hiller <ehiller@douglasandlondon.com> wrote:

**CAUTION - EXTERNAL EMAIL**

Jason,

We will get back to you as soon as possible.
I have another deposition in this case scheduled for October 4, so will work on another date.

1. Elizabeth

**From:** Fortenberry, Jason <jfortenberry@bradley.com>
**Sent:** Thursday, September 29, 2022 9:14 AM
**To:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Cc:** Savannah Markham <smarkham@douglasandlondon.com>; Ruhl, Susan <sruhl@bradley.com>; Williams, Michael <mcwilliams@bradley.com>
**Subject:** Re: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Good morning Elizabeth

Have you been able to reach Mr. Gibson to confirm what dates he is available to reset his deposition prior to the October 11 deadline? As I mentioned in my last email, I can do the 4th if that is still workable. Otherwise, let me know alternate dates.

We need to get this pinned down this week, so please let me hear from you by noon tomorrow.  3M will seeks costs if Mr. Gibson fails to appear again.

Jason

2

Sent from my iPhone

> On Sep 27, 2022, at 7:36 AM, Fortenberry, Jason <jfortenberry@bradley.com> wrote:
>
> Elizabeth:
>
> Good meeting you this morning. This will confirm that Mr. Gibson did not appear at his scheduled deposition this morning at 8:00 ET and that you made attempts to reach him, without success. Please let me know when Mr. Gibson is available to reset the deposition. You had previously proposed October 4 as a possible date. I am available that day if that works for you and Mr. Gibson.
>
> Please let me know as soon as you can.
>
> Jason
>
> **Jason Eric Fortenberry**
> Partner | Bradley
> jfortenberry@bradley.com
> d: 601.592.9972
>
> ---
>
> **From:** Elizabeth Hiller <ehiller@douglasandlondon.com>
> **Sent:** Saturday, September 17, 2022 11:01 AM
> **To:** Fortenberry, Jason <jfortenberry@bradley.com>
> **Cc:** Savannah Markham <smarkham@douglasandlondon.com>
> **Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions
>
> **CAUTION - EXTERNAL EMAIL**
>
> Mr. Gibson is available on Tuesday, September 27 starting at 8:00 am ET.
>
> We will await notice and further details from you regarding the Zoom set up for that date.

From: Fortenberry, Jason <jfortenberry@bradley.com>
Sent: Friday, September 16, 2022 5:18 PM
To: Elizabeth Hiller <ehiller@douglasandlondon.com>
Cc: Savannah Markham <smarkham@douglasandlondon.com>
Subject: Re: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Elizabeth:

I can do September 26, 27 or October 4.  8:00 ET is fine.  Which of those dates works best?

Jason

Sent from my iPhone

> On Sep 16, 2022, at 10:09 AM, Elizabeth Hiller <ehiller@douglasandlondon.com> wrote:

**CAUTION - EXTERNAL EMAIL**

Jason,

Given that Mr. Gibson needs to be wrapped up by noon on any given day, it would be best if we could do an 8 am ET starts once we land on a date that works. Perhaps a date in early October might work? Maybe October 3 or 4?

Please let us know your availability.

Thank you,
Elizabeth

From: Savannah Markham <smarkham@douglasandlondon.com>
Sent: Thursday, September 15, 2022 2:22 PM
To: Fortenberry, Jason <jfortenberry@bradley.com>; Elizabeth Hiller <ehiller@douglasandlondon.com>
Subject: RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Forgot to add Elizabeth when I responded. Looping her in now.

Thank you!
Savannah B. Markham
Douglas & London, P.C.

4

59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212)-566-7500 X. 301
smarkham@douglasandlondon.com

**From:** Savannah Markham
**Sent:** Thursday, September 15, 2022 10:49 AM
**To:** Fortenberry, Jason <jfortenberry@bradley.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Hi Jason,

Ms. Hiller already has a deposition that morning. Do you have a different date that would work for you?

Thank you,
Savannah B. Markham
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212)-566-7500 X. 301
smarkham@douglasandlondon.com

**From:** Fortenberry, Jason <jfortenberry@bradley.com>
**Sent:** Thursday, September 15, 2022 10:46 AM
**To:** Savannah Markham <smarkham@douglasandlondon.com>
**Cc:** Elizabeth Hiller <ehiller@douglasandlondon.com>; Ruhl, Susan <sruhl@bradley.com>; Williams, Michael <mcwilliams@bradley.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Savannah:

I can do September 23 at 9:00 am EDT. Please confirm that works and we'll get the notice out.

Thanks

Jason

**Jason Eric Fortenberry**
Partner | Bradley
jfortenberry@bradley.com
d: 601.592.9972

**From:** Savannah Markham <smarkham@douglasandlondon.com>

5

**Sent:** Tuesday, September 13, 2022 9:10 AM
**To:** Fortenberry, Jason <jfortenberry@bradley.com>
**Cc:** Elizabeth Hiller <ehiller@douglasandlondon.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

**CAUTION - EXTERNAL EMAIL**

Good morning,

Mr. Gibson is only available early in the mornings around 8am EDT and 9am EDT. Please let me know if there is a morning that works for you.

Thank you,
Savannah B. Markham
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212)-566-7500 X. 301
smarkham@douglasandlondon.com

**From:** Fortenberry, Jason <jfortenberry@bradley.com>
**Sent:** Monday, September 12, 2022 4:31 PM
**To:** Elizabeth Hiller <ehiller@douglasandlondon.com>; Savannah Markham <smarkham@douglasandlondon.com>
**Cc:** Ruhl, Susan <sruhl@bradley.com>; Williams, Michael <mcwilliams@bradley.com>
**Subject:** RE: 3M Combat Arms Earplug Products Liability Litigation: Wave 3 Plaintiff Depositions

Elizabeth and Savannah:

I'm emailing to schedule the deposition of Andrew Gibson in the 3M earplug litigation. Please let me know as soon as possible if Mr. Gibson is available for deposition on September 22 or September 23, at 10:00 a.m., 1:00 p.m., or 2:00 p.m. central. If none of those dates and times work, then please provide some alternatives.

Thanks and I look forward to hearing from you,

Jason

**Jason Eric Fortenberry**
Partner
e: jfortenberry@bradley.com  w: bradley.com
d: 601.592.9972  f: 601.592.1472
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 1000
Jackson, MS 39201

LinkedIn **|** Facebook **|** Twitter **|** Instagram **|** Blogs **|** My Bio

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

7

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.