# EXHIBIT 15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Stephen Keown | ) ) ) ) | |

## DEFENDANT 3M COMPANY'S AMENDED NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF

**TO:** ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Counsel for Defendant 3M Company pursuant to Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35 will take the deposition upon oral examination of the following person on the date and at the time set forth below:

| **Deponent** | **Date** | **Time (Time Zone)** |
|---|---|---|
| Stephen Keown | Sept. 12, 2022 | 9:00 a.m. (Mountain)<br>10:00 a.m. (Central) |

The deposition will be conducted remotely via secure web-based video or internet video conference technology. The court reporter may provide real-time transcription during the deposition. The deposition shall continue from day to day or at such other times as noticed by Defendant, until completed.

65551162.v1

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and state) from which the witness, court reporter, and videographer will attend the remote deposition are as follows: (i) Witness will be located in Sierra Blanca, TX  (ii) the court reporter will be located in Philadelphia, PA and, (iii) the videographer will be located in Philadelphia, PA.  The deposition will be taken for discovery and all other purposes permitted by the Federal Rules of Civil Procedure before a person authorized to administer oaths who will attend remotely via video conference and will be recorded using the stenographic method, through the instant visual display of testimony, and will also be recorded using audio and videotape technology.

Golkow (Vendor) will provide remote access for all parties via a ZOOM-based platform.  Please contact the Vendor (scheduling@golkow.com) at least three business days prior to the deposition to advise of your participation so that the necessary credentials, call-in numbers, testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an interpreter, written notice of the language required must be provided to this office no later than three (3) business days before the deposition date.

Plaintiff shall bring and make available for inspection and copying any and all documents or other tangible things within Plaintiff's possession, custody, or control as requested on Exhibit A.

Dated: August 30, 2022

Respectfully submitted,

/s/ Amanda B. Barbour
Amanda B. Barbour
Butler Snow LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
Email: amanda.barbour@butlersnow.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 30, 2022, a true and correct copy of the foregoing:

### DEFENDANT 3M COMPANY'S NOTICE OF REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF

was served as follows:

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).

Dated:  August 30, 2022            */s/Amanda B. Barbour*
                                   Amanda B. Barbour

# EXHIBIT A

To the extent not yet produced to Defendants, all documents and tangible items requested in Defendants' First Set of Requests for Production dated March 3, 2022.

If you fail to attend or to produce the documents or things required by this Notice, you may be subject to the sanctions authorized by Rule 37(d) of the Federal Rules of Civil Procedure.