# EXHIBIT 16

| | |
|---|---|
| **From:** | Amanda Barbour |
| **Sent:** | Friday, October 14, 2022 12:18 PM |
| **To:** | 'Brad Bradford'; Christy Hurt; Diane Wigley; 3MLitigation; Sheena Edwards |
| **Cc:** | Maury Goldstein; Jennifer Schoen; Karen Evans; Katelyn Ashton; Susan Robinson |
| **Subject:** | RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129] |

Brad,

We are following up on Plaintiff Stephen Keown. As you know, the deadline for deposing all Wave 3 plaintiffs was October 11. Because Mr. Keown failed to appear for his deposition on October 5 and did not appear or reschedule before the deadline, 3M intends to add him to a show cause motion.

Alternatively, if Mr. Keown no longer wishes to pursue his lawsuit, we will work with you to file a stipulation of dismissal. Please let us know if you would like to discuss this further.

Thank you.

Amanda

**Amanda B. Barbour**
**Butler Snow LLP**

D: (601) 985-4585 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Amanda.Barbour@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Brad Bradford <BBradford@awkolaw.com>
**Sent:** Wednesday, October 5, 2022 8:41 PM
**To:** Amanda Barbour <Amanda.Barbour@butlersnow.com>; Christy Hurt <CHurt@awkolaw.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; 3MLitigation <3MLitigation@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Maury Goldstein <MGoldstein@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Karen Evans <Karen.Evans@butlersnow.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]

 **This message needs your attention**
• You've never replied to this person.

The Plaintiff will not be appearing tonight. I will give you call in the morning to discuss. Sorry about that. Thanks.

Brad

Bobby J. "Brad" Bradford I Partner
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
bbradford@awkolaw.com
ph. 850.202.1010
fx. 850.916.7449
www.awkolaw.com

---

**From:** Amanda Barbour <Amanda.Barbour@butlersnow.com>
**Sent:** Wednesday, October 5, 2022 8:11 PM
**To:** Christy Hurt <CHurt@awkolaw.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; 3MLitigation <3MLitigation@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Karen Evans <Karen.Evans@butlersnow.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]

Christy,

We are on the zoom with the court reporter for this deposition that was supposed to start at 7 pm MT/8 pm CST. Will PL be appearing tonight?

Amanda

**Amanda B. Barbour**
**Butler Snow LLP**

D: (601) 985-4585 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Amanda.Barbour@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Tuesday, September 13, 2022 12:53 PM
**To:** Amanda Barbour <Amanda.Barbour@butlersnow.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; 3MLitigation <3MLitigation@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Karen Evans <Karen.Evans@butlersnow.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]

Yes, that is correct.

**From:** Amanda Barbour <Amanda.Barbour@butlersnow.com>
**Sent:** Tuesday, September 13, 2022 12:49 PM
**To:** Christy Hurt <CHurt@awkolaw.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; 3MLitigation <3MLitigation@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>

**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Karen Evans <Karen.Evans@butlersnow.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]

Christy,

I want to make sure that the time PL is proposing to reschedule to is to start on 10/5 at **7:00 p.m. MT / 8:00 p.m. CT – in other words, to start the deposition late at night – before we attempt to secure a court reporter.**

Amanda

### Amanda B. Barbour
**Butler Snow LLP**

D: (601) 985-4585 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Amanda.Barbour@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Friday, September 9, 2022 3:36 PM
**To:** Amanda Barbour <Amanda.Barbour@butlersnow.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; 3MLitigation <3MLitigation@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]
**Importance:** High

Amanda,
Mr. Keown is now available on 10/5/22 beginning at 7PM MT for his rescheduled deposition. Please confirm this is good for you, thank you.

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Friday, September 9, 2022 3:09 PM
**To:** 'Amanda Barbour' <Amanda.Barbour@butlersnow.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>; Jennifer Schoen <JSchoen@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]
**Importance:** High

Good Afternoon Amanda,
I apologize for the short notice, but our client has a scheduling conflict on Monday and cannot make his scheduled deposition. I will circle back on Monday with a new date and time. Thank you for your understanding.

**From:** Amanda Barbour <Amanda.Barbour@butlersnow.com>
**Sent:** Monday, August 29, 2022 1:10 PM

**To:** Christy Hurt <CHurt@awkolaw.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown [IWOV-ButlerSnow.FID9843129]

Thank you, Christy. We can confirm this date and will reissue an amended notice.

**Amanda B. Barbour**
**Butler Snow LLP**

D: (601) 985-4585 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Amanda.Barbour@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Monday, August 29, 2022 9:54 AM
**To:** Amanda Barbour <Amanda.Barbour@butlersnow.com>; Diane Wigley <Diane.Wigley@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>
**Subject:** RE: 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown
**Importance:** High

Good Morning,
We have not heard back from you on this, please advise. Our client is available on 9/12/22 beginning at 9AM MT for his rescheduled deposition. Please confirm this works for you all and reissue an amended notice of deposition, thank you.

---

**From:** Christy Hurt <CHurt@awkolaw.com>
**Sent:** Monday, August 22, 2022 8:23 AM
**To:** 'amanda.barbour@butlersnow.com' <amanda.barbour@butlersnow.com>; 'diane.wigley@butlersnow.com' <diane.wigley@butlersnow.com>; Sheena Edwards <Sheena.Edwards@butlersnow.com>
**Cc:** Brad Bradford <BBradford@awkolaw.com>; Maury Goldstein <MGoldstein@awkolaw.com>; Christy Hurt <CHurt@awkolaw.com>
**Subject:** 3M - Wave 3 - Plaintiff Deposition Rescheduling - Stephen Keown

Good Morning,
Our client is available on 9/12/22 beginning at 9AM MT for his rescheduled deposition. Please confirm this works for you all, thank you.

4

| | |
|---|---|
| Christy Hurt<br>Florida Registered Paralegal #276416<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Phone: (850) 202-1010<br>Toll Free: (888) 255-AWKO (2956)<br>Facsimile: (850) 916-7449<br>Email: churt@awkolaw.com |

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.