# EXHIBIT 18

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
 2                       PENSACOLA DIVISION

 3
    IN RE:   3M COMBAT ARMS       *   Case No:
 4  EARPLUG PRODUCTS LIABILITY    *   3:19-md-2885-MCR-GRJ
    LITIGATION                    *
 5                                *
                                  *   Judge M. Casey Rodgers
 6  This Document Relates to:     *
    Stephen Keown                 *
 7                                *   Magistrate Judge
                                  *   Gary R. Jones
 8

 9

10

11

12            CERTIFICATE OF NONAPPEARANCE OF

13                     STEPHEN KEOWN

14

15              Taken on October 5, 2022
                     at 8:51 p.m.
16

17

18

19

20

21

22

23

24

25
```

```
 1                    APPEARANCES

 2   FOR 3M:

 3            BUTLER SNOW LLP
              By:  Amanda B. Barbour
 4            1020 Highland Colony Parkway
              Suite 1400
 5            Ridgeland, MS 39157
              601-948-5711
 6            Amanda.barbour@butlersnow.com

 7

 8

 9

10

11   REPORTED BY:  Meredith Hoffpauir, RPR, CCR, CSR

12   ALSO PRESENT:  Karen Evans with Butler Snow

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX

 2   BY:                                            PAGE

 3   Ms. Barbour                                       4

 4

 5                      EXHIBITS

 6   NO.    DESCRIPTION                             PAGE

 7   1      Second Amended Notice of Deposition       4

 8   2      Third Amended Notice of Deposition        4

 9   3      Email Correspondence                      5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Stephen Keown (Certificate of Non Appearance)

```
 1   PROCEEDINGS:
 2          MS. BARBOUR:  This is Amanda Barbour.  I am
 3   the attorney representing 3M in the case of In Re:
 4   3M Combat Arms Earplugs Products Liability
 5   Litigation, Case No. 3:19-MD-2885.  This case relates
 6   specifically to the plaintiff Stephen Keown,
 7   K-e-o-w-n.
 8          The court reporter is present, and my
 9   paralegal Karen Evans is present.  Today date is
10   October 5th, 2022.  The time currently is 8:51 p.m.
11   central time.  Defendant 3M in this case noticed
12   plaintiff's deposition at the time requested by
13   plaintiff's counsel, which was August -- excuse me,
14   October 5th, 2022, 7:00 p.m. mountain time, 8:00 p.m.
15   central time.
16          I'm putting into the record Exhibit 1, which
17   is Defendant 3M's Second Amended Notice of Remote
18   Oral and Videotape Deposition of Plaintiff, which is
19   dated September 13th, 2022.
20              (Exhibit No. 1 was marked for
21               identification and attached hereto.)
22          Following that notice, 3M did a Third
23   Amended Notice of Remote Oral Deposition of
24   Plaintiff, which we are marking as Exhibit 2.
25              (Exhibit No. 2 was marked for
```

1                   identification and attached hereto.)
2           That Third Amended Notice was simply to
3    remove the fact that it would be videotaped.  It was
4    just going to be a remote oral deposition, and it was
5    for the same date and time, October 5th, 2022,
6    starting at 7:00 p.m. mountain time, 8:00 p.m.
7    central time.
8           We are also putting into the record what we
9    are marking as Exhibit 3, which is email
10   correspondence between Christy Hurt and myself.
11   Ms. Hurt is the paralegal with the Aylstock firm who
12   schedules plaintiffs' depositions.
13                  (Exhibit No. 3 was marked for
14                  identification and attached hereto.)
15          Plaintiff's deposition was originally set by
16   3M in this case on September 12th, 2022.  At
17   plaintiff's request, it was rescheduled from the date
18   of September 12th and rescheduled for October 5th,
19   2022, beginning at 7:00 p.m. mountain time.
20   Exhibit 3 is that email correspondence rescheduling
21   it to October 5th starting at 7:00 p.m. mountain,
22   8:00 p.m. central and confirmation between myself and
23   Ms. Hurt that this was in fact the time that
24   plaintiff wished to have his deposition, as so noted
25   in Exhibit 1 and Exhibit 2, the amended notices of

```
 1   deposition.
 2            It is now 8:54 p.m. central time.  The court
 3   reporter, myself, and Ms. Evans are here.  We emailed
 4   Ms. Hurt at 8:11 p.m. central time after 11 minutes
 5   had passed and neither plaintiff's counsel nor
 6   plaintiff had appeared.  We did not receive any
 7   response until we received an email from Brad
 8   Bradford with the Aylstock firm at 8:41 p.m. central
 9   time responding to my email to Ms. Hurt and those
10   that she had copied, one of which was also Brad
11   Bradford who then was copied on my email of 8:11 p.m.
12            Mr. Bradford says in his email of 8:41 p.m.
13   central, "The plaintiff will not be appearing
14   tonight.  I will give you a call in the morning to
15   discuss.  Sorry about that.  Thanks, Brad."
16            Given that it is now 8:55 p.m. central,
17   neither plaintiff's counsel nor Mr. Keown have
18   appeared and Mr. Bradford just emailed to tell us
19   that he would not be appearing, we are terminating
20   this deposition.  Defendant 3M reserves the right to
21   file any motions with the Court related to
22   Mr. Keown's failure to appear for this deposition.
23            (The proceeding concluded at 8:55 p.m.)
24                         - - - -
25
```

```
 1                CERTIFICATE OF NONAPPEARANCE

 2              For the deposition of Stephen Keown

 3

 4        I, Meredith Hoffpauir, RPR, CCR, CSR, in and for

 5    the States of Texas and Louisiana, do hereby certify

 6    that a Notice of Intent to Take Oral Deposition and

 7    Certificate of Service was issued to be taken

 8    remotely on October 5, 2022, scheduled for 8:00 p.m.

 9    central time.  That by 8:55 p.m. central, Stephen

10    Keown had not appeared for the deposition.

11       I further certify that I am neither employed nor

12    related to any attorney or party in this matter and

13    have no interest, financial or otherwise, in its

14    outcome.

15

16       Certified by me on October 7, 2022.

17

18

19

20       _____

21       Meredith Hoffpauir, RPR, CCR, CSR
         RPR CERT NO. 971010
22       LA CCR NO. 2018002
         TX CSR NO. 11955
23

24

25
```