# EXHIBIT 20

```
 1                 UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF FLORIDA

 3                      PENSACOLA DIVISION

 4

 5

 6   IN RE: 3M COMBAT ARMS        Case No. 3:19-md-2885-MCR-GRJ

 7   EARPLUG PRODUCTS LIABILITY

 8   LITIGATION

 9

10   This Document Relates to:

11

12   Tyler Harter

13   Case No:  7:20-cv-74468-MCR-GRJ

14   _____/

15

16   PAGE 1 TO 45

17

18        The Deposition of TYLER J. HARTER,

19        Taken Via Golkow Virtual,

20        Commencing at 11:01 a.m. EST,

21        Friday, September 16, 2022,

22        Before Laurel A. Frogner, RMR, CRR, CSR-2495.

23

24   (Court reporter, attorneys & witness appearing remotely)
```

```
 1   APPEARANCES:

 2

 3   ALICIA ELLSAYED, ESQ.

 4   Douglas & London, P.C.

 5   59 Maiden Lane

 6   6th Floor

 7   New York, New York 10038

 8   212-566-7500

 9   aellsayed@douglasandlondon.com

10        Appearing on behalf of the Plaintiff

11

12   ADAM MASIN, ESQ.

13   Gordon Rees Scully Mansukhani

14   95 Glastonbury Turnpike

15   Suite 206

16   Glastonbury, Connecticut 06033

17   860-278-7448

18   amasin@grsm.com

19        Appearing on behalf of the Defendant

20

21   ALSO PRESENT:  Mark Ancalade, Videographer

22

23

24                  *   *   *   *   *   *   *
```

```
 1                    Remote Deposition

 2                    Friday, September 16, 2022

 3                    11:01 a.m.

 4                    THE VIDEOGRAPHER:  My name is Mark

 5       Ancalade, the videographer with Golkow Litigation

 6       Services.  Today's date is September the 16th, 2022.

 7       The time is approximately 10:01 a.m.

 8                    This is the video deposition being held in

 9       a matter In Re:  3M Combat Arms Earplug Product

10       Liability Litigation.  Today's deponent is

11       Mr. Tyler J. Harter, Sr.

12                    All parties to this deposition are

13       appearing remotely and have agreed that the witness

14       is being sworn in remotely.  Due to the nature of

15       remote reporting, please pause briefly before

16       speaking to ensure all parties are heard completely.

17                    I would ask that counsel please state their

18       names for the record.

19                    MS. ELLSAYED:  Alicia Ellsayed with Douglas

20       and London for the plaintiff.

21                    MR. MASIN:  Adam Masin from Gordon Reese

22       for 3M.

23

24
```

```
 1        other types of hearing protection devices apart from
 2        the Combat Arms earplugs?
 3   A.   No.
 4   Q.   Did you ever use Orange foamies?
 5   A.   No.
 6   Q.   Did you ever use any sort of hand-form earplugs at
 7        all?
 8   A.   No.
 9   Q.   Did you ever use headphones or cans?
10   A.   Yes.
11   Q.   When did you use those?
12   A.   When in vehicles sometimes we would have -- I would
13        wear a Bose headset over top of the earplugs.
14   Q.   What headsets were those?
15   A.   They were Bose type, the standard vehicle issue.
16   Q.   And you would use those when you were in vehicles; is
17        that correct?
18   A.   Yes, for communications.
19   Q.   Would you use them at any other time?
20   A.   No.  Have to stop.  I'm feeling ill.
21             MR. MASIN:  Okay.  Let's take a short
22        break, and let us know when you're ready to continue,
23        okay?
24             THE WITNESS:  Yeah.
```

Tyler J. Harter

```
 1                    THE VIDEOGRAPHER:  We're now off the
 2         record.  The time is 10:57.
 3                    MS. ELLSAYED:  Okay.  Tyler, we're going to
 4         take 10 minutes if that's okay with everyone.
 5                    MR. MASIN:  That's fine.
 6                    (A short recess was taken.)
 7                    MR. MASIN:  We are going to adjourn for
 8         today.
 9                    (The deposition was adjourned at 11:57 a.m. EST)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                      CERTIFICATE

 2

 3          I, LAUREL FROGNER, Certified Realtime Reporter

 4     and Certified Shorthand Reporter, do hereby certify

 5     that prior to the commencement of the examination,

 6     TYLER HARTER, was duly remotely sworn by me to

 7     testify to the truth, the whole truth and nothing but

 8     the truth.

 9          I DO FURTHER CERTIFY that the foregoing is a

10     verbatim transcript of the testimony as taken

11     stenographically by me at the time, place and on the

12     date hereinbefore set forth, to the best of my

13     ability.

14          I DO FURTHER CERTIFY that I am neither a

15     relative nor employee nor attorney nor counsel of any

16     of the parties to this action, and that I am neither

17     a relative nor employee of such attorney or counsel,

18     and that I am not financially interested in the

19     action.

20

21          _____

22          LAUREL A. FROGNER, CSR-2495

23          Notary Public, State of Michigan

24
```