# EXHIBIT 21

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This Document Relates to: | ) | |
| | ) | |
| Tyler Harter | ) | |
| Case No:  7:20-cv-74468-MCR-GRJ | ) | |

**DEFENDANT 3M COMPANY'S NOTICE OF CONTINUED REMOTE ORAL AND**
**VIDEOTAPED DEPOSITION OF PLAINTIFF**

**TO:**   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE that Counsel for Defendant 3M Company, pursuant to**

**Fed. R. Civ. P. 30 and MDL 2885 Pretrial Order No. 35, will take the continued deposition**

**upon oral examination of the following person on the date and at the time set forth below:**

| **Deponent** | **Date** | **Time   (Time Zone)** |
|---|---|---|
| Tyler Harter | 9/18/2022 | 9:00 AM Eastern |

The deposition will be conducted remotely via secure web-based video or internet video

conference technology. The court reporter may provide real-time transcription during the

deposition. The deposition shall continue from day to day or at such other times as noticed by

Defendant, until completed.

Pursuant to Section 2 of MDL 2885 Pretrial Order No. 35, the location(s) (city and

state) from which the witness, court reporter, and videographer will attend the remote

deposition are as follows: (i) Witness will be located in Wyoming, MI (ii) the court reporter

62551224.v1

will be located in Philadelphia, PA and, (iii) the videographer will be located in

Philadelphia, PA.  The deposition will be taken for discovery and all other purposes

permitted by the Federal Rules of Civil Procedure before a person authorized to administer

oaths who will attend remotely via video conference and will be recorded using the

stenographic method, through the instant visual display of testimony, and will also be

recorded using audio and videotape technology.

Golkow (Vendor) will provide remote access for all parties via a ZOOM-based platform.

Please contact the Vendor (scheduling@golkow.com) at least three business days prior to the

deposition to advise of your participation so that the necessary credentials, call-in numbers,

testing, and any other necessary information may be provided to you prior to the deposition.

PLEASE TAKE FURTHER NOTICE that if the deponent requires the use of an

interpreter, written notice of the language required must be provided to this office no later

than three (3) business days before the deposition date.

Plaintiff shall bring and make available for inspection and copying any and all

documents or other tangible things within Plaintiff's possession, custody, or control as

requested on Exhibit A.

Dated:  September 16, 2022                    Respectfully submitted,


*/s/ Adam M. Masin*
Adam M. Masin
GORDON REES SCULLY MANSUKHANI
95 Glastonbury Turnpike, Suite 206
Glastonbury, CT 06033
Telephone: (860) 278-7448
amasin@grsm.com

Kari L. Sutherland
BUTLER SNOW LLP
1200 Jefferson Ave., Suite 205
Oxford, MS 38655
Telephone: (662) 513-8000
Kari.sutherland@butlersnow.com

Susan M. Robinson
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1808
srobinson@tcspllc.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

*Counsel for Defendant 3M Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 16, 2022, a true and correct copy of

the foregoing:

### <u>DEFENDANT 3M COMPANY'S NOTICE OF CONTINUED REMOTE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF</u>

was served as follows:


☒      **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630) and Case Management Order NO. 31 (ECF No. 2304).




Dated: September 16, 2022                    */s/ Adam M. Masin*
                                                 Adam M. Masin

## EXHIBIT A

To the extent not yet produced to Defendant, all documents and tangible items requested in Defendant's First Set of Requests for Production dated May 25, 2022.

If you fail to attend or to produce the documents or things required by this Notice, you may be subject to the sanctions authorized by Rule 37(d) of the Federal Rules of Civil Procedure.

62551224.v1