# EXHIBIT 22

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF FLORIDA

 3                      PENSACOLA DIVISION

 4

 5

 6   IN RE: 3M COMBAT ARMS         Case No. 3:19-md-2885-MCR-GRJ

 7   EARPLUG PRODUCTS LIABILITY

 8   LITIGATION

 9

10   This Document Relates to:

11

12   Tyler Harter

13   Case No:  7:20-cv-74468-MCR-GRJ

14   _____/

15

16   PAGE 1 TO 4

17

18        Statement on the Record Re: TYLER HARTER,

19        Taken Via Golkow Virtual,

20        Commencing at 9:15 a.m.,

21        Sunday, September 18, 2022,

22        Before Laurel A. Frogner, RMR, CRR, CSR-2495.

23

24   (Court reporter, attorneys & witness appearing remotely)
```

```
 1   APPEARANCES:

 2

 3   ALICIA ELLSAYED, ESQ.

 4   Douglas & London, P.C.

 5   59 Maiden Lane

 6   6th Floor

 7   New York, New York 10038

 8   212-566-7500

 9   aellsayed@douglasandlondon.com

10        Appearing on behalf of the Plaintiff

11

12   ADAM MASIN, ESQ.

13   Gordon Rees Scully Mansukhani

14   95 Glastonbury Turnpike

15   Suite 206

16   Glastonbury, Connecticut 06033

17   860-278-7448

18   amasin@grsm.com

19        Appearing on behalf of the Defendant

20

21   ALSO PRESENT:  Mark Ancalade, Videographer

22                      *  *  *  *  *  *  *

23

24
```

```
 1                  Remote Deposition
 2                  Sunday, September 18, 2022
 3                  About 9:15 a.m.
 4                  MR. MASIN:  This is Adam Masin from Gordon
 5       Rees on behalf of 3M.  It is now 9:15 a.m. on Sunday,
 6       September 18th.  This deposition began on
 7       September 16th at 11:00 a.m. Eastern.  We had to stop
 8       because the witness was not feeling well after
 9       approximately 50 some-odd minutes on the record.  The
10       deposition was renoticed for this morning at 9 a.m.
11       this morning.
12                  The witness has not appeared.  My
13       understanding is that counsel for the witness has
14       attempted to get ahold of the witness without any
15       success.  We're going to attempt to start again.
16       Currently our plan is to schedule this for September
17       30th and try to finish it then.
18                  MS. ELLSAYED:  Yes.  This is counsel for
19       Plaintiff.  We agree to September 30th at 9:00 a.m.
20                  (The statement was concluded at 9:15 a.m.)
21
22
23
24
```

```
 1                        CERTIFICATE

 2

 3          I, LAUREL FROGNER, Certified Realtime Reporter

 4      and Certified Shorthand Reporter, do hereby certify

 5      that the foregoing is a verbatim transcript of the

 6      statement as taken stenographically by me at the

 7      time, place and on the date hereinbefore set forth,

 8      to the best of my ability.

 9          I DO FURTHER CERTIFY that I am neither a

10      relative nor employee nor attorney nor counsel of any

11      of the parties to this action, and that I am neither

12      a relative nor employee of such attorney or counsel,

13      and that I am not financially interested in the

14      action.

15

16          _____

17          LAUREL A. FROGNER, CSR-2495

18          Notary Public, State of Michigan

19

20

21

22

23

24
```