# EXHIBIT 24

**From:** Alicia Ellsayed <aellsayed@douglasandlondon.com>
**Date:** September 29, 2022 at 2:45:18 PM EDT
**To:** Adam Masin <amasin@grsm.com>
**Cc:** Robert Klap <rklap@douglasandlondon.com>
**Subject: Re: 3M Tyler Harter - plaintiff deposition**

Thank you, Adam- I will get back to you to confirm.

Alicia Ellsayed
**Douglas & London, P.C.**
*Sent from my iPhone*

On Sep 29, 2022, at 9:53 AM, Adam Masin <amasin@grsm.com> wrote:

Alicia,

Thanks for letting me know. I am available on October 3 (morning only), 4 (morning only), or 6. Please let me know if one of those dates works.

Thanks,
Adam


**ADAM M. MASIN | Senior Counsel**
**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
amasin@grsm.com
Office: 860-494-7542
Cell:    212-495-9641
www.grsm.com

> **From:** Alicia Ellsayed <aellsayed@douglasandlondon.com>
> **Sent:** Wednesday, September 28, 2022 6:54 PM
> **To:** Adam Masin <amasin@grsm.com>
> **Cc:** Robert Klap <rklap@douglasandlondon.com>
> **Subject:** Re: 3M Tyler Harter - plaintiff deposition

Adam- unfortunately we will need to postpone Harter's continued plaintiff deposition scheduled for this Friday as he is unable to attend that day. Apologies as we just learned of this. I'm sure both of our schedules are quite full; but if you could, please let me know of a few alternate dates and times to reschedule this deposition- and I will try my best to make one of them work.

Thanks in advance.


Alicia Ellsayed
**Douglas & London, P.C.**
*Sent from my iPhone*

On Sep 17, 2022, at 7:33 PM, Adam Masin <amasin@grsm.com> wrote:

Hi Alicia,

Just checking in to see if Mr. Harter is feeling well enough to continue tomorrow morning. If we need to reschedule again we can figure it out.

Thanks,
Adam

_____
_____

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.


GORDON REES SCULLY MANSUKHANI, LLP
YOUR 50 STATE PARTNER®

https://urldefense.proofpoint.com/v2/url?u=http-3A__www.grsm.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=6cLf_IxA40jbLRFJByjcpuqhFkkfwoeeEAhPEp2f6NY&m=yxmXc4Bdkb7DgZjTkXoGq4J7TNCptxX04ujIIHfKKA8&s=XKK-SSWwhsMAFic7u7HJVlr0Q1ixsgDquE83bM9noxE&e=

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com