# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Scott P. Brinkerhoff, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16655952846893, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

- Joe Collins v. 3M; Cause No. 7:20-cv-31712-MCR-GRJ

WHEREFORE, Scott P. Brinkerhoff respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  October 20, 2022

Respectfully submitted,

THE LAW OFFICE OF THOMAS J. HENRY
6031 Connection Dr., Ste. 900
Irving, Texas 75039
Tel. (361) 360-8500
Fax. (361) 985-0601

_____
Scott P. Brinkerhoff
Texas State Bar No. 24069419
Email: sbrinkerhoff-svc@thomasjhenrylaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on October 20, 2022 served electronically on all counsel of record.

_____
Scott P. Brinkerhoff