# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 18, 2022

Re: Mr. Chad Russell Cotten, State Bar Number 24034392

To Whom It May Concern:

This is to certify that Mr. Chad Russell Cotten was licensed to practice law in Texas on May 03, 2002, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web