# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

Pending before the Court are the Motions for Admission *Pro Hac Vice* seeking leave to appear as counsel for parties in matters pending before this Court associated with the above-referenced litigation, filed by the attorneys listed on Exhibit A. The motions demonstrate that these attorneys are members of good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of filing the motions; they have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and they have also paid the required admission fee. Having fully reviewed the matters, the Court finds the requirements of the Court's local rules satisfied. *See* N.D. Fla. Loc. R. 11.1. Therefore, the motions identified on Exhibit A are **GRANTED**.

**DONE AND ORDERED** on this 20th day of October 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| ECF No. | Counsel | Firm |
|---------|---------|------|
| 3532 | Cathryn Schexnaider | Mostyn Law |
| 3533 | Myles Shaw | Pulaski Law Firm, PLLC |
| 3534 | Erik Walker | Thomas J. Henry Law, PC |
| 3535 | Robert Davant | Thomas J. Henry Law, PC |
| 3536 | James Sung | Thomas J. Henry Law, PC |
| 3537 | Victor Rivera | Thomas J. Henry Law, PC |
| 3538 | Jennifer J. Clayton | Thomas J. Henry Law, PC |
| 3539 | Charbel El Kareh | Thomas J. Henry Law, PC |
| 3540 | Jeffery Pratt | Thomas J. Henry Law, PC |
| 3544 | Cephus Richard, III | Thomas J. Henry Law, PC |
| 3545 | Michael Jacobellis | Thomas J. Henry Law, PC |
| 3546 | Stefani W. Barton | Thomas J. Henry Law, PC |