UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Wave 3 Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

On May 23, 2022, the Court entered the third in a series of "Wave Orders" setting an eight-month discovery schedule for 500 cases. *See* Wave Order #3, ECF No. 3126. Pursuant to the Court's Order, the plaintiffs in the third Wave are required to, among other things, appear for a deposition by October 11, 2022. *See* ECF No. 3402 at 2. The Court has been advised that the plaintiffs identified on Exhibit A have failed to appear for a deposition by the court-imposed deadline.[1] *See* ECF No. 3547.

Accordingly, it is **ORDERED** that:

1. Defendant's Motion for Order to Show Cause Based on Wave 3 Plaintiffs' Failure to Comply With Discovery, ECF No. 3547, is **GRANTED.**

2. The plaintiffs identified on Exhibit A are hereby **ORDERED TO SHOW GOOD CAUSE** why his or her case should not be dismissed with prejudice for failure to comply with an order of the Court by

---

[1] Plaintiff Harter appeared but failed to complete his deposition on September 16, 2022. Thereafter, the parties rescheduled Plaintiff Harter's deposition twice but he failed to appear both times.

**October 27, 2022.**[2] Each plaintiff's response to the show cause Order must be filed on the docket of his or her individual case only.

3. Failure to comply with this Order will result in dismissal of a case with prejudice. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders by failing to timely file Plaintiff Fact Sheets and/or records authorizations, despite repeated instructions to do so).

4. The Clerk is directed to enter a copy of this Order on the MDL docket and on the individual docket for each of the cases identified on Exhibit A.

**SO ORDERED**, on this 20th day of October, 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] Plaintiff Keown is not included on Exhibit A because his case has been dismissed. *See Keown*, Case No. 9:20cv1135, ECF No. 16.