## Exhibit A

| Plaintiff |
|---|
| Washington 7:20-cv-07384 |
| Dillingham 9:20-cv-11173 |
| Satyanathan 8:20-cv-79747 |
| Gibson 7:20-cv-79882 |
| Harter 7:20-cv-74468 |