# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| RODNEY DAVIDSON, PLAINTIFF | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| v. | Civil Action No. 8:20-cv-44973-MCR-GRJ |
| 3M COMPANY, DEFENDANT. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stefani W. Barton of Thomas J. Henry Law, P.C., has been admitted *pro hac vice* to practice in this Court and hereby enters her appearance as counsel for Plaintiff Rodney Davidson, case number 8:20-cv-44973-MCR-GRJ.

Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated:  October 21, 2022

Respectfully submitted,

/s/ [signature]

THOMAS J. HENRY LAW, PC
Stefani W. Barton
TX Bar: 24045316
sbarton@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.: (361) 985-0601

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on October 21, 2022 served electronically on all counsel of record.

/s/ _____
Stefani W. Barton