# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, RANDALL C. HUNTSINGER, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16662933586926, and the CM/ECF online tutorial, as system with which he is familiar.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

- KENNETH BUSBY v. 3M
  8:20-cv-76955

WHEREFORE, RANDALL C. HUNTSINGER respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  OCTOBER 21, 2022                                Respectfully submitted,

                                                        THOMAS J. HENRY LAW, PC

                                                        /s/ *Randall C. Huntsinger*
                                                        Randall C. Huntsinger
                                                        State Bar of Texas No. 24004713
                                                        4401 West Gate Blvd., Ste. 200
                                                        Austin, Texas  78745
                                                        361-985-0600  PHONE
                                                        361-985-0601  FAX
                                                        rhuntsinger-svc@thomasjhenrylaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on OCTOBER 21, 2022, served electronically on all counsel of record.

/s/ *Randall C. Huntsinger*
Randall C. Huntsinger
