UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-02885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
|---|---|

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Tamara L. Rollins, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Minnesota and is a resident of the State of Minnesota.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Minnesota. A copy of the Certificate of Good Standing from the Supreme Court of the State of Minnesota dated within 30 days of this Motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND16663541616929** and completed the CM/ECF Online Tutorials.

4. Tamara L. Rollins has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Tamara L. Rollins has upgraded her PACER account to "NextGen."

6. Movant represents Defendants 3M Company.

WHEREFORE, Tamara L. Rollins respectfully request that this Court enter an Order granting Tamara L. Rollins of BOWMAN AND BROOKE LLP, *pro hac vice* in this case.

Respectfully submitted on this 21st day of October 2022.

/s/ Tamara L. Rollins
Tamara L. Rollins
MN Bar No. 0313403
**BOWMAN AND BROOKE LLP**
150 South 5th Street
Suite 3000
Minneapolis, MN 55402
Tel: (612) 656-4017
tamara.rollins@bowmanandbrooke.com

Counsel for Defendants *3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 21st day of October 2022.

*/s/ Tamara L. Rollins*
Tamara L. Rollins
MN Bar No. 0313403