## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| Document Relates to: | |
| Kevin Landry<br>Civil Action No. 7:20-cv-83887-MCR-HTC | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Angela L. Angotti of the law firm Bowman and Brooke LLP, has been admitted to practice in this Court and hereby enters her appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

DATED:  October 21, 2022          Respectfully submitted,

/s/ Angela L. Angotti
Angela L. Angotti *(Pro Hac Vice)*
TX Bar No. 24112893
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Telephone:  (512) 874-3800
Facsimile:   (512) 874-3801
Angela.Angotti@bowmanandbrooke.com

*Counsel for Defendant 3M Company*

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day of October, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Angela L. Angotti
Angela L. Angotti *(Pro Hac Vice)*
TX Bar No. 24112893
