# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>Document Relates to:<br><br>MITCHELL B. BROOKS,<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>Case No. 8:20-cv-13376-MCR-HTC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Koob of the law firm BOWMAN AND BROOKE LLP, has been admitted to practice in this Court and hereby enters appearance as counsel for Defendant 3M Company.

Counsel requests all further papers and pleadings in this action and Master Docket of MDL 2885 be served upon him.

26930090v1

DATED: October 24, 2022

Respectfully submitted,

*/s/ David Koob*
David Koob (*Pro Hac Vice*)
MN Bar No. 0307282
**BOWMAN AND BROOKE LLP**
150 South 5th Street, Suite 3000
Minneapolis, MN 55402
Tel: (612) 672-3274
Fax: (612) 672-3200
david.koob@bowmanandbrooke.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of October, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ David Koob*
David Koob (*Pro Hac Vice*)
MN Bar No. 0307282

26930090v1