# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, October 24, 2022 7:42 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, October 24, 2022 12:41:12 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/24/2022 at 8:41 AM EDT and filed on 10/24/2022
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   [MDL No. 2885](#)
**Filer:**
**Document Number:** [1814](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ([1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Pantzke v. 3M Company |
| **Case Number:** | MN/0:22-cv-02505 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Brown v. 3M Company |
| **Case Number:** | MN/0:22-cv-02514 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Weiss v. 3M Company |
| **Case Number:** | MN/0:22-cv-02502 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in*

MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Beck v. 3M Company |
| **Case Number:** | MN/0:22-cv-02486 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Green v. 3M Company |
| **Case Number:** | MN/0:22-cv-02535 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Russell v. 3M Company |
| **Case Number:** | MN/0:22-cv-02519 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Scott v. 3M Company |
| **Case Number:** | MN/0:22-cv-02503 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Corbit v. 3M Company |
| **Case Number:** | MN/0:22-cv-02428 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in*

MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Weekley v. 3M Company |
| **Case Number:** | MN/0:22-cv-02499 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Ward v. 3M Company |
| **Case Number:** | MN/0:22-cv-02541 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Paoli v. 3M Company |
| **Case Number:** | MN/0:22-cv-02484 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Sandbergen v. 3M Company |
| **Case Number:** | MN/0:22-cv-02498 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Box v. 3M Company |
| **Case Number:** | MN/0:22-cv-02545 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in*

MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Nash v. 3M Company |
| **Case Number:** | MN/0:22-cv-02509 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Beatty v. 3M Company |
| **Case Number:** | MN/0:22-cv-02534 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Lugo v. 3M Company |
| **Case Number:** | MN/0:22-cv-02540 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Magallon v. 3M Company |
| **Case Number:** | MN/0:22-cv-02516 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Vandevander v. 3M Company |
| **Case Number:** | MN/0:22-cv-02538 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in*

*MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Beavers v. 3M Company |
| **Case Number:** | MN/0:22-cv-02489 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Florentz v. 3M Company |
| **Case Number:** | MN/0:22-cv-02494 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Sedillo v. 3M Company |
| **Case Number:** | MN/0:22-cv-02500 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Jones v. 3M Company |
| **Case Number:** | MN/0:22-cv-02496 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Carlin v. 3M Company |
| **Case Number:** | MN/0:22-cv-02504 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in*

MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Griffin v. 3M Company |
| **Case Number:** | MN/0:22-cv-02544 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Newton v. 3M Company |
| **Case Number:** | MN/0:22-cv-02497 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 25 action(s)** *re: pldg. ( [1804] in MDL No. 2885, 1 in MN/0:22-cv-02428, 1 in MN/0:22-cv-02484, 1 in MN/0:22-cv-02486, 1 in MN/0:22-cv-02489, 1 in MN/0:22-cv-02494, 1 in MN/0:22-cv-02496, 1 in MN/0:22-cv-02497, 1 in MN/0:22-cv-02498, 1 in MN/0:22-cv-02499, 1 in MN/0:22-cv-02500, 1 in MN/0:22-cv-02502, 1 in MN/0:22-cv-02503, 1 in MN/0:22-cv-02504, 1 in MN/0:22-cv-02505, 1 in MN/0:22-cv-02509, 1 in MN/0:22-cv-02514, 1 in MN/0:22-cv-02516, 1 in MN/0:22-cv-02519, 1 in MN/0:22-cv-02534, 1 in MN/0:22-cv-02535, 1 in MN/0:22-cv-02538, 1 in MN/0:22-cv-02540, 1 in MN/0:22-cv-02541, 1 in MN/0:22-cv-02544, 1 in MN/0:22-cv-02545)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/24/2022.**

**Associated Cases: MDL No. 2885 et al. (TF)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-02505 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02505 Notice will not be electronically mailed to:**

Christopher J. Pantzke

**MN/0:22-cv-02514 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02514 Notice will not be electronically mailed to:**

Eboni Brown

**MN/0:22-cv-02502 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02502 Notice will not be electronically mailed to:**

Andrew Weiss

**MN/0:22-cv-02486 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02486 Notice will not be electronically mailed to:**

**MN/0:22-cv-02535 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02535 Notice will not be electronically mailed to:**

**MN/0:22-cv-02519 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02519 Notice will not be electronically mailed to:**

**MN/0:22-cv-02503 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02503 Notice will not be electronically mailed to:**

**MN/0:22-cv-02428 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02428 Notice will not be electronically mailed to:**

**MN/0:22-cv-02499 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02499 Notice will not be electronically mailed to:**

**MN/0:22-cv-02541 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02541 Notice will not be electronically mailed to:**

**MN/0:22-cv-02484 Notice has been electronically mailed to:**

Richard M. Paul, III     Rick@PaulLLP.com, Amy@PaulLLP.com, Ashlea@PaulLLP.com, abi@paulllp.com, kendra@paulllp.com, laura@paulllp.com, pat@paulllp.com, rick@paulllp.com, sean@paulllp.com, steven@paulllp.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02484 Notice will not be electronically mailed to:**

**MN/0:22-cv-02498 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02498 Notice will not be electronically mailed to:**

**MN/0:22-cv-02545 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02545 Notice will not be electronically mailed to:**

**MN/0:22-cv-02509 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02509 Notice will not be electronically mailed to:**

**MN/0:22-cv-02534 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02534 Notice will not be electronically mailed to:**

**MN/0:22-cv-02540 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02540 Notice will not be electronically mailed to:**

**MN/0:22-cv-02516 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02516 Notice will not be electronically mailed to:**

**MN/0:22-cv-02538 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02538 Notice will not be electronically mailed to:**

**MN/0:22-cv-02489 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02489 Notice will not be electronically mailed to:**

**MN/0:22-cv-02494 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02494 Notice will not be electronically mailed to:**

James P Florentz

**MN/0:22-cv-02500 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02500 Notice will not be electronically mailed to:**

**MN/0:22-cv-02496 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02496 Notice will not be electronically mailed to:**

**MN/0:22-cv-02504 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02504 Notice will not be electronically mailed to:**

Brandon Carlin


**MN/0:22-cv-02544 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02544 Notice will not be electronically mailed to:**

**MN/0:22-cv-02497 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02497 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/24/2022] [FileNumber=1141263-0
] [c3a71bf094d509a343c8d8d976bd0f0462a5bb2970f159682761cd1c11da5f10c26
7cf65223b6b92128d522089228c3dd1cf8c6aedaf2747cf6af4dbddf79953]]