# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Wave 1 Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on ___October 25, 2022___

Motion/Pleadings: DEFENDANT 3M COMPANY'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO REMAND WAVE 1 PLAINTIFFS' REPLY IN SUPPORT OF THEIR SUCCESSOR LIABILITY MOTION

Filed by __Defendant__ on __October 25, 2022__ Doc. #'s __3563__

> JESSICA J. LYUBLANOVITS
> CLERK OF COURT
> /s/ *Donna Bajzik*
> Deputy Clerk:    Donna Bajzik

On consideration, the motion is **DENIED**. This is not a tennis match.

**DONE** and **ORDERED** this 25th day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**