# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| FABIAN MONTANO, PLAINTIFF | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| v. | Civil Action No. 8:20-cv-58276-MCR-GRJ |
| 3M COMPANY, DEFENDANT. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that CHAD COTTEN of Thomas J. Henry Law, P.C., has been admitted *pro hac vice* to practice in this Court and hereby enters his appearance as counsel for Plaintiff FABIAN MONTANO, case number 8:20-cv-58276-MCR-GRJ.

Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated: October 26, 2022          Respectfully submitted,

*/s/ Cotten*
THOMAS J. HENRY LAW, PLLC
Chad Cotten
ccotten-svc@thomasjhenrylaw.com
6031 Connection Drive, Ste. 900
Irving, Texas 75039
Telephone No.: (361) 985-0600
Facsimile No.: (361) 985-0601
TX Bar: 24097161

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on October 26, 2022 served electronically on all counsel of record.

                                     */s/ Cotten*
                                     Chad Cotten