## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, October 28, 2022 8:25 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, October 28, 2022 1:23:35 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 10/28/2022 at 9:23 AM EDT and filed on 10/28/2022
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1819

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ([1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573,**

**MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Schnelly v. 3M Company |
| **Case Number:** | MN/0:22-cv-02591 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company |
| **Case Number:** | MN/0:22-cv-02575 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company |
| **Case Number:** | MN/0:22-cv-02573 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Legree v. 3M Company |
| **Case Number:** | MN/0:22-cv-02556 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Beavers v. 3M Company |
| **Case Number:** | MN/0:22-cv-02563 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in*

*MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Hughes v. 3M Company |
| **Case Number:** | MN/0:22-cv-02570 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Allen v. 3M Company |
| **Case Number:** | MN/0:22-cv-02559 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

Case Name:        Farias v. 3M Company
Case Number:      MN/0:22-cv-02549
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

Case Name:        Peterson v. 3M Company
Case Number:      MN/0:22-cv-02598
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

**Case Name:** Miller v. 3M Company
**Case Number:** MN/0:22-cv-02596
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in*
*MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in*
*MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in*
*MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in*
*MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in*
*MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549,**
**MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561,**
**MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573,**
**MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598,**
**MN/0:22-cv-02601 (SM)**

**Case Name:** Diaz v. 3M Company
**Case Number:** MN/0:22-cv-02542
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in*
*MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in*
*MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in*
*MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in*
*MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in*
*MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549,**
**MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561,**
**MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573,**
**MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598,**
**MN/0:22-cv-02601 (SM)**

**Case Name:** Cavan v. 3M Company
**Case Number:** MN/0:22-cv-02548
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

**Case Name:**       Shields v. 3M Company
**Case Number:**     MN/0:22-cv-02571
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

**Case Name:**       Herron v. 3M Company
**Case Number:**     MN/0:22-cv-02601
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in*

*MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

Case Name:        Rodriguez v. 3M Company
Case Number:      MN/0:22-cv-02557
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

Case Name:        Ramos v. 3M Company
Case Number:      MN/0:22-cv-02561
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Hunte v. 3M Company |
| **Case Number:** | MN/0:22-cv-02587 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

| | |
|---|---|
| **Case Name:** | Reed v. 3M Company |
| **Case Number:** | MN/0:22-cv-02553 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

**Case Name:**      Lanman v. 3M Company
**Case Number:**    MN/0:22-cv-02564
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 19 action(s)** *re: pldg. ( [1810] in MDL No. 2885, 1 in MN/0:22-cv-02542, 1 in MN/0:22-cv-02548, 1 in MN/0:22-cv-02549, 1 in MN/0:22-cv-02553, 1 in MN/0:22-cv-02556, 1 in MN/0:22-cv-02557, 1 in MN/0:22-cv-02559, 1 in MN/0:22-cv-02561, 1 in MN/0:22-cv-02563, 1 in MN/0:22-cv-02564, 1 in MN/0:22-cv-02570, 1 in MN/0:22-cv-02571, 1 in MN/0:22-cv-02573, 1 in MN/0:22-cv-02575, 1 in MN/0:22-cv-02587, 1 in MN/0:22-cv-02591, 1 in MN/0:22-cv-02596, 1 in MN/0:22-cv-02598, 1 in MN/0:22-cv-02601)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/28/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02542, MN/0:22-cv-02548, MN/0:22-cv-02549, MN/0:22-cv-02553, MN/0:22-cv-02556, MN/0:22-cv-02557, MN/0:22-cv-02559, MN/0:22-cv-02561, MN/0:22-cv-02563, MN/0:22-cv-02564, MN/0:22-cv-02570, MN/0:22-cv-02571, MN/0:22-cv-02573, MN/0:22-cv-02575, MN/0:22-cv-02587, MN/0:22-cv-02591, MN/0:22-cv-02596, MN/0:22-cv-02598, MN/0:22-cv-02601 (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-02591 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02591 Notice will not be electronically mailed to:**

**MN/0:22-cv-02575 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02575 Notice will not be electronically mailed to:**

**MN/0:22-cv-02573 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:22-cv-02573 Notice will not be electronically mailed to:**

Waldo Johnson

**MN/0:22-cv-02556 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:22-cv-02556 Notice will not be electronically mailed to:**

**MN/0:22-cv-02563 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:22-cv-02563 Notice will not be electronically mailed to:**

**MN/0:22-cv-02570 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:22-cv-02570 Notice will not be electronically mailed to:**

**MN/0:22-cv-02559 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02559 Notice will not be electronically mailed to:**

**MN/0:22-cv-02549 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02549 Notice will not be electronically mailed to:**

**MN/0:22-cv-02598 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02598 Notice will not be electronically mailed to:**

**MN/0:22-cv-02596 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02596 Notice will not be electronically mailed to:**

**MN/0:22-cv-02542 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02542 Notice will not be electronically mailed to:**

**MN/0:22-cv-02548 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02548 Notice will not be electronically mailed to:**

**MN/0:22-cv-02571 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02571 Notice will not be electronically mailed to:**

**MN/0:22-cv-02601 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02601 Notice will not be electronically mailed to:**

**MN/0:22-cv-02557 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02557 Notice will not be electronically mailed to:**

**MN/0:22-cv-02561 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02561 Notice will not be electronically mailed to:**

**MN/0:22-cv-02587 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02587 Notice will not be electronically mailed to:**

**MN/0:22-cv-02553 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02553 Notice will not be electronically mailed to:**

**MN/0:22-cv-02564 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02564 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/28/2022] [FileNumber=1142069-0
] [8f24af692744eebc52c10268861334b6282e0d094457e1773694d24ffb448819371
59e61f330d9711e7ceec9f20acdbde4b0fdf425284635194060b8b0bd526e]]