### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases: | CASE NO. 3:19-md-02885<br><br>Judge M. Casey Rodgers |

## NOTICE OF FIRM NAME CHANGE

To the Clerk of the Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE that McCune Wright Arevalo, LLP, counsel for multiple Plaintiffs in this matter, has changed its name to McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt, APC. The firm's street address, phone number, and fax number have not been affected by this change.

We would appreciate it if you would update your records accordingly.

| | |
|---|---|
| Date: October 28, 2022 | */s/ Michele M. Vercoski* <br>Michele M. Vercoski, Esq.<br>(CA Bar #244010)*<br>Tuan Q. Nguyen, Esq.<br>(CA Bar #312153)*<br>**MCCUNE LAW GROUP, APC**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>mmv@mccunewright.com<br>tqn@mccunewright.com<br>*Admitted Pro Hac Vice<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on October 28, 2022, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

/s/ *Michelle Truong*
Michelle Truong