UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

Wave 1 Plaintiffs' Motion for Summary Judgment on 3M Company's Full and Independent Liability for CAEv2-Related Injuries, ECF No. 3506-1, is pending before the Court. Among other issues, the Court is currently considering whether 3M's litigation conduct—as outlined in the Court's order dated August 14, 2022, ECF No. 3386, and described in Plaintiffs' motion, ECF No. 3506-1, and reply, ECF No. 3560—warrants the sanction of waiver of any assertions and/or arguments that the company is not fully and independently liable for all CAEv2 injuries. Accordingly, 3M is hereby granted an opportunity to file a written response to the invocation of sanctions and to justify its actions. The response is limited to seven pages (double-spaced, 14-pt. font) and must be filed by November 8, 2022 at 5 p.m. (CST).

**SO ORDERED**, on this 1st day of November, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**