**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 3:19-md-2885 |
|---|---|
| **This Document Relates to:** *MDL Service List* | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3574

PLEASE TAKE NOTICE that counsel for Defendant 3M Company docket number 3574 which was inadvertently filed in the MDL

DATED: November 1, 2022          */s/ Kari L. Sutherland*
                                                     Kari L. Sutherland

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: November 1, 2022          */s/ Kari L. Sutherland*
                                                     Kari L. Sutherland