UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, **Paul Doolittle**, hereby move this Court for an Order for admission to practice pro hac vice in the above-captioned case only, and in support thereof state as follows:

1. Movant resides in South Carolina and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar of the State of South Carolina. A copy of a Certificate of Good Standing from the State Bar of South Carolina dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16672390756966** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 pro hac vice admission fee during the filling process.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were directly filed

into the MDL: *Collins v. 3M Company*, Case No. 3:22-cv-22044, *Holbrook v. 3M Company*, Case No. 3:22-cv-22046; *Mcknight v. 3M Company* Case No. 3:22-cv-22047; *Rivera* v. *3M,* Company Case No. 3:22-cv-22048; *Skinner v. 3M Company,* Case No. 3:22-cv-22050;

WHEREFORE, Paul Doolittle respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* filled by Paul Doolittle of Poulin | Willey | Anastopoulo, LLC in this case.

Dated: November 2, 2022                  Respectfully submitted,

                                               */s/Paul Doolittle*_____
                                               Paul Doolittle, Esq. (SC Bar 66490)
                                               Poulin | Willey | Anastopoulo, LLC
                                               32 Ann Street
                                               Charleston, SC 29403
                                               (T):843-614-8888
                                               (F): 843-494-5536
                                               pauld@akimlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated: November 2, 2022          */s/ Paul Doolittle*
                                 Paul Doolittle Esq.
                                 (SC Bar 66490)