# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Paul J. Doolittle was duly sworn and admitted as an attorney in this state on November 15, 1993, and is currently a Regular Member of the South Carolina Bar in good standing.

PATRICIA HOWARD, CLERK OF COURT

BY: *Brenda J. Shealy*
CHIEF DEPUTY CLERK

Columbia, South Carolina

October 20, 2022