UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>The cases identified on Exhibit "A" | MDL No. 2885<br><br>3:19-md-2885<br><br>Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |
|---|---|

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Richard L. Root hereby withdraws as attorney of record for all Plaintiffs represented by Morris Bart, LLC in the above-captioned multi-district litigation (MDL), and requests to be removed from the docket and electronic service list in all matters identified on the attached Exhibit "A", John Enochs to be substituted as lead counsel in all cases.

In support of the present notice, undersigned counsel respectfully submits that Richard L. Root is no longer involved in the handling of the identified matters. Undersigned counsel further submits that Plaintiffs will continue to be represented by John C. Enochs and by Morris Bart, LLC in the MDL and in the individual cases identified on Exhibit A.[1]

Dated: November 2, 2022

Respectfully submitted,

*/s/ Richard L. Root*
*/s/ John C. Enochs*
MORRIS BART, LLC
John C. Enochs (La. Bar. 22774)
Richard L. Root (La. Bar. 19988)
601 Poydras Street, 24 FL New Orleans, LA 70130
(504) 526-1087
jenochs@morrisbart.com
rroot@morrisbart.com

---

1) Exhibit "A" is provided sorted by both alphabetic plaintiff name and by case number for the Clerk's convenience.