| Case Numbers | Case Title |
|---|---|
| 3:2022cv05571 | CRADER v. 3M COMPANY et al |
| 3:2022cv07818 | BROWN v. 3M COMPANY et al |
| 3:2022cv07827 | BRAZELL v. 3M COMPANY et al |
| 3:2022cv07848 | BROWN v. 3M COMPANY et al |
| 3:2022cv07852 | DICKERSON v. 3M COMPANY et al |
| 3:2022cv07855 | KULP v. 3M COMPANY et al |
| 3:2022cv07856 | LEGENDRE v. 3M COMPANY et al |
| 3:2022cv07860 | STRICKLAND v. 3M COMPANY et al |
| 3:2022cv07864 | TAYLOR v. 3M COMPANY et al |
| 3:2022cv07866 | WASHINGTON v. 3M COMPANY et al |
| 3:2022cv07869 | WOODLEE v. 3M COMPANY et al |
| 7:2020cv30096 | SNELL v. 3M COMPANY et al |
| 7:2020cv30105 | MCCOLLUM v. 3M COMPANY et al |
| 7:2021cv05181 | WILLIAMS v. 3M COMPANY et al |
| 7:2021cv05183 | HOLLOWAY v. 3M COMPANY et al |
| 7:2021cv05189 | TUNNELL v. 3M COMPANY et al |
| 7:2021cv05191 | MERCANTE v. 3M COMPANY et al |
| 7:2021cv05198 | COX v. 3M COMPANY et al |
| 7:2021cv05200 | FOWLER v. 3M COMPANY et al |
| 7:2021cv05204 | YOUNG v. 3M COMPANY et al |
| 7:2021cv05205 | LEWALLEN v. 3M COMPANY et al |
| 7:2021cv05207 | JOHNSON v. 3M COMPANY et al |
| 7:2021cv05210 | MOTT v. 3M COMPANY et al |
| 7:2021cv05211 | WILLEN v. 3M COMPANY et al |
| 7:2021cv05212 | HANCOCK v. 3M COMPANY et al |
| 7:2021cv05213 | CLOUNCH v. 3M COMPANY et al |
| 7:2021cv05214 | OLIVER v. 3M COMPANY et al |
| 7:2021cv05215 | SWEETEN v. 3M COMPANY et al |
| 7:2021cv05227 | BROUSSARD v. 3M COMPANY et al |
| 7:2021cv05229 | CALDWELL v. 3M COMPANY et al |
| 7:2021cv05236 | GIBSON v. 3M COMPANY et al |
| 7:2021cv05237 | LAURIANO v. 3M COMPANY et al |
| 7:2021cv05240 | MCCARTNEY v. 3M COMPANY et al |
| 7:2021cv05243 | RHYANS v. 3M COMPANY et al |
| 7:2021cv05244 | SALADINO v. 3M COMPANY et al |
| 7:2021cv05245 | SANDERS v. 3M COMPANY et al |
| 7:2021cv05248 | HERNDON v. 3M COMPANY et al |
| 7:2021cv05250 | SANDROCK v. 3M COMPANY et al |
| 7:2021cv05252 | PAYNE v. 3M COMPANY et al |
| 7:2021cv05254 | HOLLEY v. 3M COMPANY et al |
| 7:2021cv05258 | HALL v. 3M COMPANY et al |
| 7:2021cv05263 | RAMSEY v. 3M COMPANY et al |
| 7:2021cv05264 | FRIDAY v. 3M COMPANY et al |
| 7:2021cv05266 | DRUEN v. 3M COMPANY et al |

|    | A                | B                                  |
|----|------------------|------------------------------------|
| 46 | 7:2021cv05269    | VICTORIAN v. 3M COMPANY et al      |
| 47 | 7:2021cv05270    | GRAY v. 3M COMPANY et al           |
| 48 | 7:2021cv05275    | SINGLETON v. 3M COMPANY et al      |
| 49 | 7:2021cv05281    | HARBISTON v. 3M COMPANY et al      |
| 50 | 7:2021cv05283    | DOISE v. 3M COMPANY et al          |
| 51 | 7:2021cv05285    | JONES v. 3M COMPANY et al          |
| 52 | 7:2021cv05381    | EDWARDS v. 3M COMPANY et al        |
| 53 | 7:2021cv05383    | SALVATIERRA v. 3M COMPANY et al    |
| 54 | 7:2021cv11836    | MCCLELLAN v. 3M COMPANY et al      |
| 55 | 7:2021cv11838    | GRIFFIN JR v. 3M COMPANY et al     |
| 56 | 7:2021cv23753    | BERNARD v. 3M COMPANY et al        |
| 57 | 7:2021cv26141    | STEWART v. 3M COMPANY et al        |
| 58 | 7:2021cv36786    | DARDEN v. 3M COMPANY et al         |
| 59 | 7:2021cv36788    | MADISON v. 3M COMPANY et al        |
| 60 | 7:2021cv36794    | LEE v. 3M COMPANY et al            |
| 61 | 7:2021cv36797    | MASSA v. 3M COMPANY et al          |
| 62 | 7:2021-cv-36801  | MARTIN v.3M COMPANY et al          |
| 63 | 7:2021cv36803    | DUCKWORTH II v. 3M COMPANY et al   |
| 64 | 7:2021cv43282    | FEAZELL v. 3M COMPANY et al        |
| 65 | 7:2021cv43286    | SMITH v. 3M COMPANY et al          |
| 66 | 7:2021cv43292    | MIRE v. 3M COMPANY et al           |
| 67 | 7:2021cv43294    | BEARDEN v. 3M COMPANY et al        |
| 68 | 7:2021cv43296    | REED v. 3M COMPANY et al           |
| 69 | 7:2021cv43306    | CERISE v. 3M COMPANY et al         |
| 70 | 8:2020cv03552    | MALLARD v. 3M COMPANY et al        |
| 71 | 8:2020cv34159    | CENKO v. 3M COMPANY et al          |
| 72 | 8:2020cv34161    | OLIVIER v. 3M COMPANY et al        |
| 73 | 8:2020cv34163    | BERRY v. 3M COMPANY et al          |
| 74 | 8:2020cv34191    | RILEY v. 3M COMPANY et al          |
| 75 | 8:2020cv34218    | RABITO v. 3M COMPANY et al         |
| 76 | 8:2020cv34221    | OWENS v. 3M COMPANY et al          |
| 77 | 8:2020cv34224    | HUDSON v. 3M COMPANY et al         |
| 78 | 8:2020cv34227    | GARNER v. 3M COMPANY et al         |
| 79 | 8:2020cv34232    | JACKSON v. 3M COMPANY et al        |
| 80 | 8:2020cv34234    | BOND v. 3M COMPANY et al           |
| 81 | 8:2020cv34236    | ALFORD v. 3M COMPANY et al         |
| 82 | 8:2020cv34248    | PIERCE v. 3M COMPANY et al         |
| 83 | 8:2020cv34250    | BERNARD v. 3M COMPANY et al        |
| 84 | 8:2020cv34270    | HENSHON v. 3M COMPANY et al        |
| 85 | 8:2020cv34278    | ZUNIGA v. 3M COMPANY et al         |
| 86 | 8:2020cv34295    | BUCKELEW v. 3M COMPANY et al       |
| 87 | 8:2020cv34297    | WILLIAMS v. 3M COMPANY et al       |
| 88 | 8:2020cv34301    | CHARLES v. 3M COMPANY et al        |
| 89 | 8:2020cv34311    | LEONARD v. 3M COMPANY et al        |
| 90 | 8:2020cv34319    | DOMINO v. 3M COMPANY et al         |
| 91 | 8:2020cv34329    | SHIRE v. 3M COMPANY et al          |

|     | A | B |
| --- | --- | --- |
| 92 | 8:2020cv34333 | METZ v. 3M COMPANY et al |
| 93 | 8:2020cv34336 | BROWN v. 3M COMPANY et al |
| 94 | 8:2020cv34340 | BYRD v. 3M COMPANY et al |
| 95 | 8:2020cv34342 | COLTHARP v. 3M COMPANY et al |
| 96 | 8:2020cv34344 | SHEFFIELD III v. 3M COMPANY et al |
| 97 | 8:2020cv34346 | RACKHAM v. 3M COMPANY et al |
| 98 | 8:2020cv34348 | ACY v. 3M COMPANY et al |
| 99 | 8:2020cv34352 | HEGYI v. 3M COMPANY et al |
| 100 | 8:2020cv34354 | TOCHE v. 3M COMPANY et al |
| 101 | 8:2020cv34358 | LICCIARDI v. 3M COMPANY et al |
| 102 | 8:2020cv34364 | TAITE v. 3M COMPANY et al |
| 103 | 8:2020cv34366 | FUSELIER v. 3M COMPANY et al |
| 104 | 8:2020cv34374 | KEATON v. 3M COMPANY et al |
| 105 | 8:2020cv34376 | HUNTER v. 3M COMPANY et al |
| 106 | 8:2020cv34378 | BANKSTON v. 3M COMPANY et al |
| 107 | 8:2020cv34386 | GODFREY v. 3M COMPANY et al |
| 108 | 8:2020cv34389 | WELDON v. 3M COMPANY et al |
| 109 | 8:2020cv34391 | BALONEY v. 3M COMPANY et al |
| 110 | 8:2020cv34393 | JOHNSON v. 3M COMPANY et al |
| 111 | 8:2020cv34399 | ARDOIN v. 3M COMPANY et al |
| 112 | 8:2020cv34401 | WATSON v. 3M COMPANY et al |
| 113 | 8:2020cv34415 | ROBINSON v. 3M COMPANY et al |
| 114 | 8:2020cv34417 | DUPLANTIER v. 3M COMPANY et al |
| 115 | 8:2020cv34422 | HARPER v. 3M COMPANY et al |
| 116 | 8:2020cv34424 | MACK v. 3M COMPANY et al |
| 117 | 8:2020cv34438 | HARRIS v. 3M COMPANY et al |
| 118 | 8:2020cv34440 | ANDREWS v. 3M COMPANY et al |
| 119 | 8:2020cv34444 | BAKER v. 3M COMPANY et al |
| 120 | 8:2020cv34446 | PERDUE v. 3M COMPANY et al |
| 121 | 8:2020cv34448 | WIDEMAN v. 3M COMPANY et al |
| 122 | 8:2020cv34451 | STALLWORTH v. 3M COMPANY et al |
| 123 | 8:2020cv34455 | PROCTOR v. 3M COMPANY et al |
| 124 | 8:2020cv34469 | WILSON v. 3M COMPANY et al |
| 125 | 8:2020cv34472 | LAKE v. 3M COMPANY et al |
| 126 | 8:2020cv34475 | PAYNE v. 3M COMPANY et al |
| 127 | 8:2020cv34484 | PARKER v. 3M COMPANY et al |
| 128 | 8:2020cv34492 | SEALS v. 3M COMPANY et al |
| 129 | 8:2020cv34495 | PRIMES v. 3M COMPANY et al |
| 130 | 8:2020cv34503 | FREELON v. 3M COMPANY et al |
| 131 | 8:2020cv34506 | MARCOTTE v. 3M COMPANY et al |
| 132 | 8:2020cv34508 | MCBRIDE v. 3M COMPANY et al |
| 133 | 8:2020cv34510 | BRADLEY v. 3M COMPANY et al |
| 134 | 8:2020cv34522 | ENSEY v. 3M COMPANY et al |
| 135 | 8:2020cv34524 | VANDERMOLEN v. 3M COMPANY et al |
| 136 | 8:2020cv34525 | FLETCHER v. 3M COMPANY et al |
| 137 | 8:2020cv34527 | JOHNSON v. 3M COMPANY et al |

| | A | B |
|---|---|---|
| 138 | 8:2020cv34533 | NELSON v. 3M COMPANY et al |
| 139 | 8:2020cv34558 | JAMES v. 3M COMPANY et al |
| 140 | 8:2020cv34562 | GRAHAM v. 3M COMPANY et al |
| 141 | 8:2020cv34567 | BOUDREAUX v. 3M COMPANY et al |
| 142 | 8:2020cv34578 | LETSON v. 3M COMPANY et al |
| 143 | 8:2020cv34580 | ROGER v. 3M COMPANY et al |
| 144 | 8:2020cv34595 | WASHINGTON v. 3M COMPANY et al |
| 145 | 8:2020cv34599 | PERINE v. 3M COMPANY et al |
| 146 | 8:2020cv34603 | SMITH v. 3M COMPANY et al |
| 147 | 8:2020cv34611 | SCROGGINS v. 3M COMPANY et al |
| 148 | 8:2020cv34614 | JACKSON v. 3M COMPANY et al |
| 149 | 8:2020cv34616 | RUSSO v. 3M COMPANY et al |
| 150 | 8:2020cv34634 | TURNER v. 3M COMPANY et al |
| 151 | 8:2020cv34638 | NASH v. 3M COMPANY et al |
| 152 | 8:2020cv34649 | THOMAS v. 3M COMPANY et al |
| 153 | 8:2020cv34651 | TRAMMELL v. 3M COMPANY et al |
| 154 | 8:2020cv34652 | POOLE v. 3M COMPANY et al |
| 155 | 8:2020cv34656 | THIBODEAUX v. 3M COMPANY et al |
| 156 | 8:2020cv34660 | TENNYSON v. 3M COMPANY et al |
| 157 | 8:2020cv34669 | TURNER v. 3M COMPANY et al |
| 158 | 8:2020cv34670 | KIDD v. 3M COMPANY et al |
| 159 | 8:2020cv34679 | WILLIAMS v. 3M COMPANY et al |
| 160 | 8:2020cv34688 | VIDRINE v. 3M COMPANY et al |
| 161 | 8:2020cv34691 | CAZAUBON III v. 3M COMPANY et al |
| 162 | 8:2020cv34692 | BROUSSARD v. 3M COMPANY et al |
| 163 | 8:2020-cv-34695 | STIRGUS v. 3M COMPANY et al |
| 164 | 8:2020cv34699 | BELTON v. 3M COMPANY et al |
| 165 | 8:2020cv34700 | WEBB v. 3M COMPANY et al |
| 166 | 8:2020cv34709 | JAMES v. 3M COMPANY et al |
| 167 | 8:2020cv34713 | MILLER v. 3M COMPANY et al |
| 168 | 8:2020cv34715 | PERKINS v. 3M COMPANY et al |
| 169 | 8:2020cv34716 | HUGHES v. 3M COMPANY et al |
| 170 | 8:2020cv34719 | LOWE v. 3M COMPANY et al |
| 171 | 8:2020cv34723 | FLOTT v. 3M COMPANY et al |
| 172 | 8:2020cv34727 | WALDEN v. 3M COMPANY et al |
| 173 | 8:2020cv34728 | TULLIER v. 3M COMPANY et al |
| 174 | 8:2020cv34733 | KELLY v. 3M COMPANY et al |
| 175 | 8:2020cv34737 | RAFFO v. 3M COMPANY et al |
| 176 | 8:2020cv34738 | WALTER v. 3M COMPANY et al |
| 177 | 8:2020cv34746 | PLAISANCE v. 3M COMPANY et al |
| 178 | 8:2020cv34753 | TAYLOR v. 3M COMPANY et al |
| 179 | 8:2020cv34763 | ARCHOTE v. 3M COMPANY et al |
| 180 | 8:2020cv34764 | FLOWERS v. 3M COMPANY et al |
| 181 | 8:2020cv34768 | FORREST v. 3M COMPANY et al |
| 182 | 8:2020cv34770 | LAVENDER v. 3M COMPANY et al |
| 183 | 8:2020cv34785 | HAYES v. 3M COMPANY et al |

| | A | B |
|---|---|---|
| 184 | 8:2020cv34790 | LEWIS v. 3M COMPANY et al |
| 185 | 8:2020cv34795 | STROTHER v. 3M COMPANY et al |
| 186 | 8:2020cv34799 | RAWLS v. 3M COMPANY et al |
| 187 | 8:2020cv34804 | JOHNSON v. 3M COMPANY et al |
| 188 | 8:2020cv34817 | LAVALAIS v. 3M COMPANY et al |
| 189 | 8:2020cv34818 | MCINTYRE v. 3M COMPANY et al |
| 190 | 8:2020cv34822 | BENOIT v. 3M COMPANY et al |
| 191 | 8:2020cv34829 | JOHNSON v. 3M COMPANY et al |
| 192 | 8:2020cv34833 | BLUE v. 3M COMPANY et al |
| 193 | 8:2020cv34836 | WADSWORTH v. 3M COMPANY et al |
| 194 | 8:2020cv34840 | BATES v. 3M COMPANY et al |
| 195 | 8:2020cv34848 | KLING v. 3M COMPANY et al |
| 196 | 8:2020cv34862 | JACKSON v. 3M COMPANY et al |
| 197 | 8:2020cv34866 | THOMAS v. 3M COMPANY et al |
| 198 | 8:2020cv34879 | LICHENSTEIN v. 3M COMPANY et al |
| 199 | 8:2020cv34881 | YORK v. 3M COMPANY et al |
| 200 | 8:2020cv34885 | SMITH v. 3M COMPANY et al |
| 201 | 8:2020cv34887 | DEVAUGHN v. 3M COMPANY et al |
| 202 | 8:2020cv34889 | RANDLE v. 3M COMPANY et al |
| 203 | 8:2020cv34897 | JOSEPH v. 3M COMPANY et al |
| 204 | 8:2020cv34898 | HAYWOOD v. 3M COMPANY et al |
| 205 | 8:2020cv34902 | VILLEMARETTE v. 3M COMPANY et al |
| 206 | 8:2020cv34925 | ANDERSON v. 3M COMPANY et al |
| 207 | 8:2020cv34929 | GRIMES v. 3M COMPANY et al |
| 208 | 8:2020cv34941 | DECKER v. 3M COMPANY et al |
| 209 | 8:2020cv34944 | ARMSTRONG v. 3M COMPANY et al |
| 210 | 8:2020cv34945 | ABSHIRE v. 3M COMPANY et al |
| 211 | 8:2020cv34948 | MONIGAN v. 3M COMPANY et al |
| 212 | 8:2020cv34952 | HAPPEL v. 3M COMPANY et al |
| 213 | 8:2020cv34953 | ROBINETTE v. 3M COMPANY et al |
| 214 | 8:2020cv34957 | SHELTON v. 3M COMPANY et al |
| 215 | 8:2020cv34960 | VINING v. 3M COMPANY et al |
| 216 | 8:2020cv34961 | HALL v. 3M COMPANY et al |
| 217 | 8:2020cv34965 | KNIGHT v. 3M COMPANY et al |
| 218 | 8:2020cv34971 | HERRING v. 3M COMPANY et al |
| 219 | 8:2020-cv-34977 | WILLIAMS v. 3M COMPANY et al |
| 220 | 8:2020cv34982 | DOYLE v. 3M COMPANY et al |
| 221 | 8:2020cv34986 | ROBERTS v. 3M COMPANY et al |
| 222 | 8:2020cv34989 | WILLIAMS v. 3M COMPANY et al |
| 223 | 8:2020-cv-34991 | ANTOINE v. 3M COMPANY et al |
| 224 | 8:2020cv35000 | BONNER v. 3M COMPANY et al |
| 225 | 8:2020cv35001 | ELAM v. 3M COMPANY et al |
| 226 | 8:2020cv35005 | NELSON v. 3M COMPANY et al |
| 227 | 8:2020cv35006 | JONES v. 3M COMPANY et al |
| 228 | 8:2020cv35009 | BONILLA v. 3M COMPANY et al |
| 229 | 8:2020cv35017 | BAYLOR v. 3M COMPANY et al |

|     | A | B |
| --- | --- | --- |
| 230 | 8:2020cv35023 | JOSEPH v. 3M COMPANY et al |
| 231 | 8:2020cv35034 | CLARK v. 3M COMPANY et al |
| 232 | 8:2020cv35037 | ROBERTSON v. 3M COMPANY et al |
| 233 | 8:2020cv35048 | TOZEL v. 3M COMPANY et al |
| 234 | 8:2020cv35049 | MORRIS v. 3M COMPANY et al |
| 235 | 8:2020cv35054 | TAYLOR v. 3M COMPANY et al |
| 236 | 8:2020cv35055 | MORGAN v. 3M COMPANY et al |
| 237 | 8:2020cv35067 | RADER v. 3M COMPANY et al |
| 238 | 8:2020cv35074 | NICHOLSON v. 3M COMPANY et al |
| 239 | 8:2020cv35082 | RAINES v. 3M COMPANY et al |
| 240 | 8:2020cv35087 | PERAZA v. 3M COMPANY et al |
| 241 | 8:2020cv35090 | BLANCHARD v. 3M COMPANY et al |
| 242 | 8:2020cv35093 | FORD v. 3M COMPANY et al |
| 243 | 8:2020cv35099 | WULF v. 3M COMPANY et al |
| 244 | 8:2020cv35106 | JONES v. 3M COMPANY et al |
| 245 | 8:2020cv35111 | ROONEY v. 3M COMPANY et al |
| 246 | 8:2020cv35116 | BALL v. 3M COMPANY et al |
| 247 | 8:2020cv35117 | TUCKER v. 3M COMPANY et al |
| 248 | 8:2020cv35121 | DAVIS v. 3M COMPANY et al |
| 249 | 8:2020cv35122 | ARCENEAUX v. 3M COMPANY et al |
| 250 | 8:2020cv35124 | GRAY v. 3M COMPANY et al |
| 251 | 8:2020cv35136 | GREER v. 3M COMPANY et al |
| 252 | 8:2020cv35139 | HARRY v. 3M COMPANY et al |
| 253 | 8:2020cv35141 | PRATT v. 3M COMPANY et al |
| 254 | 8:2020cv35146 | DRESSLER v. 3M COMPANY et al |
| 255 | 8:2020-cv-35149 | TONEY v. 3M COMPANY et al |
| 256 | 8:2020cv35157 | VEALS v. 3M COMPANY et al |
| 257 | 8:2020cv35163 | BARNES v. 3M COMPANY et al |
| 258 | 8:2020cv35165 | PELLEGRIN v. 3M COMPANY et al |
| 259 | 8:2020cv35167 | SINGLETON v. 3M COMPANY et al |
| 260 | 8:2020-cv-35168 | BAMBURG v. 3M COMPANY et al |
| 261 | 8:2020cv35170 | MANER v. 3M COMPANY et al |
| 262 | 8:2020cv35176 | KIERCE v. 3M COMPANY et al |
| 263 | 8:2020cv35181 | PETERSON v. 3M COMPANY et al |
| 264 | 8:2020cv35187 | BARBER v. 3M COMPANY et al |
| 265 | 8:2020-cv-35201 | STRATTON v. 3M COMPANY et al |
| 266 | 8:2020cv35208 | WASHINGTON v. 3M COMPANY et al |
| 267 | 8:2020cv35210 | ROBERTSON v. 3M COMPANY et al |
| 268 | 8:2020cv35223 | RILEY v. 3M COMPANY et al |
| 269 | 8:2020cv35238 | JACKSON v. 3M COMPANY et al |
| 270 | 8:2020cv35241 | LAGARD v. 3M COMPANY et al |
| 271 | 8:2020cv35244 | SEAL v. 3M COMPANY et al |
| 272 | 8:2020cv35251 | STEVENS v. 3M COMPANY et al |
| 273 | 8:2020cv35253 | HILL v. 3M COMPANY et al |
| 274 | 8:2020cv35260 | ZACHARY v. 3M COMPANY et al |
| 275 | 8:2020cv35272 | KELLY v. 3M COMPANY et al |

| | A | B |
|---|---|---|
| 276 | 8:2020cv35280 | BROWN v. 3M COMPANY et al |
| 277 | 8:2020cv35288 | SAMPY v. 3M COMPANY et al |
| 278 | 8:2020cv35290 | FREDERICK v. 3M COMPANY et al |
| 279 | 8:2020cv35294 | SYLVIA v. 3M COMPANY et al |
| 280 | 8:2020cv35302 | BEVILL v. 3M COMPANY et al |
| 281 | 8:2020cv35306 | TIRCUIT v. 3M COMPANY et al |
| 282 | 8:2020cv35307 | ROWDEN v. 3M COMPANY et al |
| 283 | 8:2020cv35316 | WEST v. 3M COMPANY et al |
| 284 | 8:2020cv35317 | BRIGALIA v. 3M COMPANY et al |
| 285 | 8:2020cv35320 | WILSON v. 3M COMPANY et al |
| 286 | 8:2020cv35326 | FREY v. 3M COMPANY et al |
| 287 | 8:2020cv35331 | THOMAS v. 3M COMPANY et al |
| 288 | 8:2020cv35336 | BERGERON v. 3M COMPANY et al |
| 289 | 8:2020cv35338 | NOLAN v. 3M COMPANY et al |
| 290 | 8:2020cv35351 | GAMBLE v. 3M COMPANY et al |
| 291 | 8:2020cv35353 | KING v. 3M COMPANY et al |
| 292 | 8:2020cv35357 | DESHOTEL v. 3M COMPANY et al |
| 293 | 8:2020cv35361 | JOHNSON v. 3M COMPANY et al |
| 294 | 8:2020cv35366 | CURRY v. 3M COMPANY et al |
| 295 | 8:2020cv35367 | INABINETT v. 3M COMPANY et al |
| 296 | 8:2020cv35371 | KENNEDY v. 3M COMPANY et al |
| 297 | 8:2020cv35377 | DURAL v. 3M COMPANY et al |
| 298 | 8:2020-cv-35380 | STOPPEL v. 3M COMPANY et al |
| 299 | 8:2020cv35386 | FRANKLIN v. 3M COMPANY et al |
| 300 | 8:2020cv35388 | HOLDEN v. 3M COMPANY et al |
| 301 | 8:2020cv35390 | TAYLOR v. 3M COMPANY et al |
| 302 | 8:2020-cv-35393 | MADRID v. 3M COMPANY et al |
| 303 | 8:2020cv35395 | POITIER v. 3M COMPANY et al |
| 304 | 8:2020cv35400 | HEBERT v. 3M COMPANY et al |
| 305 | 8:2020cv35403 | BLUFORD v. 3M COMPANY et al |
| 306 | 8:2020cv35410 | ACOSTA v. 3M COMPANY et al |
| 307 | 8:2020cv35411 | CUSIMANO v. 3M COMPANY et al |
| 308 | 8:2020cv35416 | LINSCOMB v. 3M COMPANY et al |
| 309 | 8:2020cv35421 | SAVOY v. 3M COMPANY et al |
| 310 | 8:2020cv35429 | TOMME v. 3M COMPANY et al |
| 311 | 8:2020cv35431 | RESTIVO v. 3M COMPANY et al |
| 312 | 8:2020cv35436 | MCKENZIE v. 3M COMPANY et al |
| 313 | 8:2020cv35442 | DEESE v. 3M COMPANY et al |
| 314 | 8:2020cv35446 | BENNETT v. 3M COMPANY et al |
| 315 | 8:2020cv35451 | WHITE v. 3M COMPANY et al |
| 316 | 8:2020cv35463 | JACOBS v. 3M COMPANY et al |
| 317 | 8:2020cv35465 | MALDONADO v. 3M COMPANY et al |
| 318 | 8:2020cv35471 | HOLDER v. 3M COMPANY et al |
| 319 | 8:2020cv35492 | LEATE v. 3M COMPANY et al |
| 320 | 8:2020cv35497 | BRIGNAC v. 3M COMPANY et al |
| 321 | 8:2020cv35498 | GAVAGNIE v. 3M COMPANY et al |

| | A | B |
|---|---|---|
| 322 | 8:2020cv35507 | MEINTS v. 3M COMPANY et al |
| 323 | 8:2020-cv-35513 | FONTENOT v. 3M COMPANY et al |
| 324 | 8:2020cv35520 | TYLER v. 3M COMPANY et al |
| 325 | 8:2020cv35523 | WHEELER v. 3M COMPANY et al |
| 326 | 8:2020cv35525 | MILLER v. 3M COMPANY et al |
| 327 | 8:2020cv35529 | DIMONDE v. 3M COMPANY et al |
| 328 | 8:2020cv35538 | SHAWVER v. 3M COMPANY et al |
| 329 | 8:2020cv35545 | WOODARD v. 3M COMPANY et al |
| 330 | 8:2020cv35548 | SCOTT v. 3M COMPANY et al |
| 331 | 8:2020cv35551 | PICKENS v. 3M COMPANY et al |
| 332 | 8:2020cv35554 | ROJAS v. 3M COMPANY et al |
| 333 | 8:2020cv35555 | SUMERLIN v. 3M COMPANY et al |
| 334 | 8:2020cv35559 | MASON v. 3M COMPANY et al |
| 335 | 8:2020cv35560 | STANLEY v. 3M COMPANY et al |
| 336 | 8:2020cv35565 | GRIFFIN v. 3M COMPANY et al |
| 337 | 8:2020cv35569 | CROSS v. 3M COMPANY et al |
| 338 | 8:2020cv35574 | BARBERITO v. 3M COMPANY et al |
| 339 | 8:2020cv35575 | FRANK v. 3M COMPANY et al |
| 340 | 8:2020cv35577 | STINSON v. 3M COMPANY et al |
| 341 | 8:2020cv35583 | GUTIERREZ v. 3M COMPANY et al |
| 342 | 8:2020cv35590 | WAGGAMAN v. 3M COMPANY et al |
| 343 | 8:2020cv35597 | PETERSEN v. 3M COMPANY et al |
| 344 | 8:2020cv35606 | DONNELLY v. 3M COMPANY et al |
| 345 | 8:2020cv35620 | SHELINE v. 3M COMPANY et al |
| 346 | 8:2020cv35625 | SINGLEY v. 3M COMPANY et al |
| 347 | 8:2020cv35627 | HERRON v. 3M COMPANY et al |
| 348 | 8:2020cv35636 | BURSEY v. 3M COMPANY et al |
| 349 | 8:2020cv35642 | KING v. 3M COMPANY et al |
| 350 | 8:2020cv35643 | DELATTE v. 3M COMPANY et al |
| 351 | 8:2020cv35645 | CHAMBERS v. 3M COMPANY et al |
| 352 | 8:2020cv35652 | WHITE v. 3M COMPANY et al |
| 353 | 8:2020cv35657 | MERCER v. 3M COMPANY et al |
| 354 | 8:2020cv35659 | PERRY v. 3M COMPANY et al |
| 355 | 8:2020cv35662 | O'QUINE v. 3M COMPANY et al |
| 356 | 8:2020cv35663 | BURLESON v. 3M COMPANY et al |
| 357 | 8:2020cv35667 | MARK v. 3M COMPANY et al |
| 358 | 8:2020cv35674 | DELATTE v. 3M COMPANY et al |
| 359 | 8:2020cv35675 | MCRATH v. 3M COMPANY et al |
| 360 | 8:2020-cv-35678 | ASHTON v. 3M COMPANY et al |
| 361 | 8:2020cv35684 | TIEDEMAN v. 3M COMPANY et al |
| 362 | 8:2020cv35694 | LANGE v. 3M COMPANY et al |
| 363 | 8:2020cv35704 | NORMAN v. 3M COMPANY et al |
| 364 | 8:2020cv35707 | RAY v. 3M COMPANY et al |
| 365 | 8:2020cv35710 | ROLLINS v. 3M COMPANY et al |
| 366 | 8:2020cv35713 | STILES v. 3M COMPANY et al |
| 367 | 8:2020cv35715 | ROUSSE v. 3M COMPANY et al |

|     | A | B |
|-----|---|---|
| 368 | 8:2020cv35719 | LAWLER v. 3M COMPANY et al |
| 369 | 8:2020cv35720 | KELLY v. 3M COMPANY et al |
| 370 | 8:2020cv35727 | CHOUCCOLI v. 3M COMPANY et al |
| 371 | 8:2020cv35732 | DOWN v. 3M COMPANY et al |
| 372 | 8:2020cv35733 | STERLING v. 3M COMPANY et al |
| 373 | 8:2020cv35742 | MITCHELL v. 3M COMPANY et al |
| 374 | 8:2020cv35744 | FUQUA v. 3M COMPANY et al |
| 375 | 8:2020cv35746 | PERRY v. 3M COMPANY et al |
| 376 | 8:2020cv35750 | CREEL v. 3M COMPANY et al |
| 377 | 8:2020cv35757 | HICKERSON v. 3M COMPANY et al |
| 378 | 8:2020cv35760 | DUNCAN v. 3M COMPANY et al |
| 379 | 8:2020cv35766 | WHATLEY v. 3M COMPANY et al |
| 380 | 8:2020cv35775 | MAGRAFF-ROBINSON v. 3M COMPANY et al |
| 381 | 8:2020cv35781 | PAYTON v. 3M COMPANY et al |
| 382 | 8:2020cv35787 | YOUMANS v. 3M COMPANY et al |
| 383 | 8:2020cv35789 | BOWIE v. 3M COMPANY et al |
| 384 | 8:2020cv35805 | DAVILA-SERRANO v. 3M COMPANY et al |
| 385 | 8:2020cv35810 | FLEMING v. 3M COMPANY et al |
| 386 | 8:2020cv35813 | RICHARDS v. 3M COMPANY et al |
| 387 | 8:2020cv35815 | ARMSTRONG v. 3M COMPANY et al |
| 388 | 8:2020-cv-35816 | BELL v. 3M COMPANY et al |
| 389 | 8:2020cv35823 | BOYLE v. 3M COMPANY et al |
| 390 | 8:2020cv35827 | BRUMFIELD v. 3M COMPANY et al |
| 391 | 8:2020-cv-35830 | BIONDAHL o/b/o CUPIT v. 3M COMPANY et al |