| Case Title | Case Numbers |
|---|---|
| ABSHIRE v. 3M COMPANY et al | 8:2020cv34945 |
| ACOSTA v. 3M COMPANY et al | 8:2020cv35410 |
| ACY v. 3M COMPANY et al | 8:2020cv34348 |
| ALFORD v. 3M COMPANY et al | 8:2020cv34236 |
| ANDERSON v. 3M COMPANY et al | 8:2020cv34925 |
| ANDREWS v. 3M COMPANY et al | 8:2020cv34440 |
| ANTOINE v. 3M COMPANY et al | 8:2020-cv-34991 |
| ARCENEAUX v. 3M COMPANY et al | 8:2020cv35122 |
| ARCHOTE v. 3M COMPANY et al | 8:2020cv34763 |
| ARDOIN v. 3M COMPANY et al | 8:2020cv34399 |
| ARMSTRONG v. 3M COMPANY et al | 8:2020cv34944 |
| ARMSTRONG v. 3M COMPANY et al | 8:2020cv35815 |
| ASHTON v. 3M COMPANY et al | 8:2020-cv-35678 |
| BAKER v. 3M COMPANY et al | 8:2020cv34444 |
| BALL v. 3M COMPANY et al | 8:2020cv35116 |
| BALONEY v. 3M COMPANY et al | 8:2020cv34391 |
| BAMBURG v. 3M COMPANY et al | 8:2020-cv-35168 |
| BANKSTON v. 3M COMPANY et al | 8:2020cv34378 |
| BARBER v. 3M COMPANY et al | 8:2020cv35187 |
| BARBERITO v. 3M COMPANY et al | 8:2020cv35574 |
| BARNES v. 3M COMPANY et al | 8:2020cv35163 |
| BATES v. 3M COMPANY et al | 8:2020cv34840 |
| BAYLOR v. 3M COMPANY et al | 8:2020cv35017 |
| BEARDEN v. 3M COMPANY et al | 7:2021cv43294 |
| BELL v. 3M COMPANY et al | 8:2020-cv-35816 |
| BELTON v. 3M COMPANY et al | 8:2020cv34699 |
| BENNETT v. 3M COMPANY et al | 8:2020cv35446 |
| BENOIT v. 3M COMPANY et al | 8:2020cv34822 |
| BERGERON v. 3M COMPANY et al | 8:2020cv35336 |
| BERNARD v. 3M COMPANY et al | 7:2021cv23753 |
| BERNARD v. 3M COMPANY et al | 8:2020cv34250 |
| BERRY v. 3M COMPANY et al | 8:2020cv34163 |
| BEVILL v. 3M COMPANY et al | 8:2020cv35302 |
| BIONDAHL o/b/o CUPIT v. 3M COMPANY et al | 8:2020-cv-35830 |
| BLANCHARD v. 3M COMPANY et al | 8:2020cv35090 |
| BLUE v. 3M COMPANY et al | 8:2020cv34833 |
| BLUFORD v. 3M COMPANY et al | 8:2020cv35403 |
| BOND v. 3M COMPANY et al | 8:2020cv34234 |
| BONILLA v. 3M COMPANY et al | 8:2020cv35009 |
| BONNER v. 3M COMPANY et al | 8:2020cv35000 |
| BOUDREAUX v. 3M COMPANY et al | 8:2020cv34567 |
| BOWIE v. 3M COMPANY et al | 8:2020cv35789 |
| BOYLE v. 3M COMPANY et al | 8:2020cv35823 |
| BRADLEY v. 3M COMPANY et al | 8:2020cv34510 |

|    | A | B |
|---|---|---|
| 46 | BRAZELL v. 3M COMPANY et al | 3:2022cv07827 |
| 47 | BRIGALIA v. 3M COMPANY et al | 8:2020cv35317 |
| 48 | BRIGNAC v. 3M COMPANY et al | 8:2020cv35497 |
| 49 | BROUSSARD v. 3M COMPANY et al | 7:2021cv05227 |
| 50 | BROUSSARD v. 3M COMPANY et al | 8:2020cv34692 |
| 51 | BROWN v. 3M COMPANY et al | 3:2022cv07818 |
| 52 | BROWN v. 3M COMPANY et al | 3:2022cv07848 |
| 53 | BROWN v. 3M COMPANY et al | 8:2020cv34336 |
| 54 | BROWN v. 3M COMPANY et al | 8:2020cv35280 |
| 55 | BRUMFIELD v. 3M COMPANY et al | 8:2020cv35827 |
| 56 | BUCKELEW v. 3M COMPANY et al | 8:2020cv34295 |
| 57 | BURLESON v. 3M COMPANY et al | 8:2020cv35663 |
| 58 | BURSEY v. 3M COMPANY et al | 8:2020cv35636 |
| 59 | BYRD v. 3M COMPANY et al | 8:2020cv34340 |
| 60 | CALDWELL v. 3M COMPANY et al | 7:2021cv05229 |
| 61 | CAZAUBON III v. 3M COMPANY et al | 8:2020cv34691 |
| 62 | CENKO v. 3M COMPANY et al | 8:2020cv34159 |
| 63 | CERISE v. 3M COMPANY et al | 7:2021cv43306 |
| 64 | CHAMBERS v. 3M COMPANY et al | 8:2020cv35645 |
| 65 | CHARLES v. 3M COMPANY et al | 8:2020cv34301 |
| 66 | CHOUCCOLI v. 3M COMPANY et al | 8:2020cv35727 |
| 67 | CLARK v. 3M COMPANY et al | 8:2020cv35034 |
| 68 | CLOUNCH v. 3M COMPANY et al | 7:2021cv05213 |
| 69 | COLTHARP v. 3M COMPANY et al | 8:2020cv34342 |
| 70 | COX v. 3M COMPANY et al | 7:2021cv05198 |
| 71 | CRADER v. 3M COMPANY et al | 3:2022cv05571 |
| 72 | CREEL v. 3M COMPANY et al | 8:2020cv35750 |
| 73 | CROSS v. 3M COMPANY et al | 8:2020cv35569 |
| 74 | CURRY v. 3M COMPANY et al | 8:2020cv35366 |
| 75 | CUSIMANO v. 3M COMPANY et al | 8:2020cv35411 |
| 76 | DARDEN v. 3M COMPANY et al | 7:2021cv36786 |
| 77 | DAVILA-SERRANO v. 3M COMPANY et al | 8:2020cv35805 |
| 78 | DAVIS v. 3M COMPANY et al | 8:2020cv35121 |
| 79 | DECKER v. 3M COMPANY et al | 8:2020cv34941 |
| 80 | DEESE v. 3M COMPANY et al | 8:2020cv35442 |
| 81 | DELATTE v. 3M COMPANY et al | 8:2020cv35643 |
| 82 | DELATTE v. 3M COMPANY et al | 8:2020cv35674 |
| 83 | DESHOTEL v. 3M COMPANY et al | 8:2020cv35357 |
| 84 | DEVAUGHN v. 3M COMPANY et al | 8:2020cv34887 |
| 85 | DICKERSON v. 3M COMPANY et al | 3:2022cv07852 |
| 86 | DIMONDE v. 3M COMPANY et al | 8:2020cv35529 |
| 87 | DOISE v. 3M COMPANY et al | 7:2021cv05283 |
| 88 | DOMINO v. 3M COMPANY et al | 8:2020cv34319 |
| 89 | DONNELLY v. 3M COMPANY et al | 8:2020cv35606 |
| 90 | DOWN v. 3M COMPANY et al | 8:2020cv35732 |
| 91 | DOYLE v. 3M COMPANY et al | 8:2020cv34982 |

|     | A | B |
|-----|---|---|
| 92  | DRESSLER v. 3M COMPANY et al | 8:2020cv35146 |
| 93  | DRUEN v. 3M COMPANY et al | 7:2021cv05266 |
| 94  | DUCKWORTH II v. 3M COMPANY et al | 7:2021cv36803 |
| 95  | DUNCAN v. 3M COMPANY et al | 8:2020cv35760 |
| 96  | DUPLANTIER v. 3M COMPANY et al | 8:2020cv34417 |
| 97  | DURAL v. 3M COMPANY et al | 8:2020cv35377 |
| 98  | EDWARDS v. 3M COMPANY et al | 7:2021cv05381 |
| 99  | ELAM v. 3M COMPANY et al | 8:2020cv35001 |
| 100 | ENSEY v. 3M COMPANY et al | 8:2020cv34522 |
| 101 | FEAZELL v. 3M COMPANY et al | 7:2021cv43282 |
| 102 | FLEMING v. 3M COMPANY et al | 8:2020cv35810 |
| 103 | FLETCHER v. 3M COMPANY et al | 8:2020cv34525 |
| 104 | FLOTT v. 3M COMPANY et al | 8:2020cv34723 |
| 105 | FLOWERS v. 3M COMPANY et al | 8:2020cv34764 |
| 106 | FONTENOT v. 3M COMPANY et al | 8:2020-cv-35513 |
| 107 | FORD v. 3M COMPANY et al | 8:2020cv35093 |
| 108 | FORREST v. 3M COMPANY et al | 8:2020cv34768 |
| 109 | FOWLER v. 3M COMPANY et al | 7:2021cv05200 |
| 110 | FRANK v. 3M COMPANY et al | 8:2020cv35575 |
| 111 | FRANKLIN v. 3M COMPANY et al | 8:2020cv35386 |
| 112 | FREDERICK v. 3M COMPANY et al | 8:2020cv35290 |
| 113 | FREELON v. 3M COMPANY et al | 8:2020cv34503 |
| 114 | FREY v. 3M COMPANY et al | 8:2020cv35326 |
| 115 | FRIDAY v. 3M COMPANY et al | 7:2021cv05264 |
| 116 | FUQUA v. 3M COMPANY et al | 8:2020cv35744 |
| 117 | FUSELIER v. 3M COMPANY et al | 8:2020cv34366 |
| 118 | GAMBLE v. 3M COMPANY et al | 8:2020cv35351 |
| 119 | GARNER v. 3M COMPANY et al | 8:2020cv34227 |
| 120 | GAVAGNIE v. 3M COMPANY et al | 8:2020cv35498 |
| 121 | GIBSON v. 3M COMPANY et al | 7:2021cv05236 |
| 122 | GODFREY v. 3M COMPANY et al | 8:2020cv34386 |
| 123 | GRAHAM v. 3M COMPANY et al | 8:2020cv34562 |
| 124 | GRAY v. 3M COMPANY et al | 7:2021cv05270 |
| 125 | GRAY v. 3M COMPANY et al | 8:2020cv35124 |
| 126 | GREER v. 3M COMPANY et al | 8:2020cv35136 |
| 127 | GRIFFIN JR v. 3M COMPANY et al | 7:2021cv11838 |
| 128 | GRIFFIN v. 3M COMPANY et al | 8:2020cv35565 |
| 129 | GRIMES v. 3M COMPANY et al | 8:2020cv34929 |
| 130 | GUTIERREZ v. 3M COMPANY et al | 8:2020cv35583 |
| 131 | HALL v. 3M COMPANY et al | 7:2021cv05258 |
| 132 | HALL v. 3M COMPANY et al | 8:2020cv34961 |
| 133 | HANCOCK v. 3M COMPANY et al | 7:2021cv05212 |
| 134 | HAPPEL v. 3M COMPANY et al | 8:2020cv34952 |
| 135 | HARBISTON v. 3M COMPANY et al | 7:2021cv05281 |
| 136 | HARPER v. 3M COMPANY et al | 8:2020cv34422 |
| 137 | HARRIS v. 3M COMPANY et al | 8:2020cv34438 |

|     | A | B |
|-----|---|---|
| 138 | HARRY v. 3M COMPANY et al | 8:2020cv35139 |
| 139 | HAYES v. 3M COMPANY et al | 8:2020cv34785 |
| 140 | HAYWOOD v. 3M COMPANY et al | 8:2020cv34898 |
| 141 | HEBERT v. 3M COMPANY et al | 8:2020cv35400 |
| 142 | HEGYI v. 3M COMPANY et al | 8:2020cv34352 |
| 143 | HENSHON v. 3M COMPANY et al | 8:2020cv34270 |
| 144 | HERNDON v. 3M COMPANY et al | 7:2021cv05248 |
| 145 | HERRING v. 3M COMPANY et al | 8:2020cv34971 |
| 146 | HERRON v. 3M COMPANY et al | 8:2020cv35627 |
| 147 | HICKERSON v. 3M COMPANY et al | 8:2020cv35757 |
| 148 | HILL v. 3M COMPANY et al | 8:2020cv35253 |
| 149 | HOLDEN v. 3M COMPANY et al | 8:2020cv35388 |
| 150 | HOLDER v. 3M COMPANY et al | 8:2020cv35471 |
| 151 | HOLLEY v. 3M COMPANY et al | 7:2021cv05254 |
| 152 | HOLLOWAY v. 3M COMPANY et al | 7:2021cv05183 |
| 153 | HUDSON v. 3M COMPANY et al | 8:2020cv34224 |
| 154 | HUGHES v. 3M COMPANY et al | 8:2020cv34716 |
| 155 | HUNTER v. 3M COMPANY et al | 8:2020cv34376 |
| 156 | INABINETT v. 3M COMPANY et al | 8:2020cv35367 |
| 157 | JACKSON v. 3M COMPANY et al | 8:2020cv34232 |
| 158 | JACKSON v. 3M COMPANY et al | 8:2020cv34614 |
| 159 | JACKSON v. 3M COMPANY et al | 8:2020cv34862 |
| 160 | JACKSON v. 3M COMPANY et al | 8:2020cv35238 |
| 161 | JACOBS v. 3M COMPANY et al | 8:2020cv35463 |
| 162 | JAMES v. 3M COMPANY et al | 8:2020cv34558 |
| 163 | JAMES v. 3M COMPANY et al | 8:2020cv34709 |
| 164 | JOHNSON v. 3M COMPANY et al | 7:2021cv05207 |
| 165 | JOHNSON v. 3M COMPANY et al | 8:2020cv34393 |
| 166 | JOHNSON v. 3M COMPANY et al | 8:2020cv34527 |
| 167 | JOHNSON v. 3M COMPANY et al | 8:2020cv34804 |
| 168 | JOHNSON v. 3M COMPANY et al | 8:2020cv34829 |
| 169 | JOHNSON v. 3M COMPANY et al | 8:2020cv35361 |
| 170 | JONES v. 3M COMPANY et al | 7:2021cv05285 |
| 171 | JONES v. 3M COMPANY et al | 8:2020cv35006 |
| 172 | JONES v. 3M COMPANY et al | 8:2020cv35106 |
| 173 | JOSEPH v. 3M COMPANY et al | 8:2020cv34897 |
| 174 | JOSEPH v. 3M COMPANY et al | 8:2020cv35023 |
| 175 | KEATON v. 3M COMPANY et al | 8:2020cv34374 |
| 176 | KELLY v. 3M COMPANY et al | 8:2020cv34733 |
| 177 | KELLY v. 3M COMPANY et al | 8:2020cv35272 |
| 178 | KELLY v. 3M COMPANY et al | 8:2020cv35720 |
| 179 | KENNEDY v. 3M COMPANY et al | 8:2020cv35371 |
| 180 | KIDD v. 3M COMPANY et al | 8:2020cv34670 |
| 181 | KIERCE v. 3M COMPANY et al | 8:2020cv35176 |
| 182 | KING v. 3M COMPANY et al | 8:2020cv35353 |
| 183 | KING v. 3M COMPANY et al | 8:2020cv35642 |

|     | A | B |
|-----|---|---|
| 184 | KLING v. 3M COMPANY et al | 8:2020cv34848 |
| 185 | KNIGHT v. 3M COMPANY et al | 8:2020cv34965 |
| 186 | KULP v. 3M COMPANY et al | 3:2022cv07855 |
| 187 | LAGARD v. 3M COMPANY et al | 8:2020cv35241 |
| 188 | LAKE v. 3M COMPANY et al | 8:2020cv34472 |
| 189 | LANGE v. 3M COMPANY et al | 8:2020cv35694 |
| 190 | LAURIANO v. 3M COMPANY et al | 7:2021cv05237 |
| 191 | LAVALAIS v. 3M COMPANY et al | 8:2020cv34817 |
| 192 | LAVENDER v. 3M COMPANY et al | 8:2020cv34770 |
| 193 | LAWLER v. 3M COMPANY et al | 8:2020cv35719 |
| 194 | LEATE v. 3M COMPANY et al | 8:2020cv35492 |
| 195 | LEE v. 3M COMPANY et al | 7:2021cv36794 |
| 196 | LEGENDRE v. 3M COMPANY et al | 3:2022cv07856 |
| 197 | LEONARD v. 3M COMPANY et al | 8:2020cv34311 |
| 198 | LETSON v. 3M COMPANY et al | 8:2020cv34578 |
| 199 | LEWALLEN v. 3M COMPANY et al | 7:2021cv05205 |
| 200 | LEWIS v. 3M COMPANY et al | 8:2020cv34790 |
| 201 | LICCIARDI v. 3M COMPANY et al | 8:2020cv34358 |
| 202 | LICHENSTEIN v. 3M COMPANY et al | 8:2020cv34879 |
| 203 | LINSCOMB v. 3M COMPANY et al | 8:2020cv35416 |
| 204 | LOWE v. 3M COMPANY et al | 8:2020cv34719 |
| 205 | MACK v. 3M COMPANY et al | 8:2020cv34424 |
| 206 | MADISON v. 3M COMPANY et al | 7:2021cv36788 |
| 207 | MADRID v. 3M COMPANY et al | 8:2020-cv-35393 |
| 208 | MAGRAFF-ROBINSON v. 3M COMPANY et al | 8:2020cv35775 |
| 209 | MALDONADO v. 3M COMPANY et al | 8:2020cv35465 |
| 210 | MALLARD v. 3M COMPANY et al | 8:2020cv03552 |
| 211 | MANER v. 3M COMPANY et al | 8:2020cv35170 |
| 212 | MARCOTTE v. 3M COMPANY et al | 8:2020cv34506 |
| 213 | MARK v. 3M COMPANY et al | 8:2020cv35667 |
| 214 | MARTIN v.3M COMPANY et al | 7:2021-cv-36801 |
| 215 | MASON v. 3M COMPANY et al | 8:2020cv35559 |
| 216 | MASSA v. 3M COMPANY et al | 7:2021cv36797 |
| 217 | MCBRIDE v. 3M COMPANY et al | 8:2020cv34508 |
| 218 | MCCARTNEY v. 3M COMPANY et al | 7:2021cv05240 |
| 219 | MCCLELLAN v. 3M COMPANY et al | 7:2021cv11836 |
| 220 | MCCOLLUM v. 3M COMPANY et al | 7:2020cv30105 |
| 221 | MCINTYRE v. 3M COMPANY et al | 8:2020cv34818 |
| 222 | MCKENZIE v. 3M COMPANY et al | 8:2020cv35436 |
| 223 | MCRATH v. 3M COMPANY et al | 8:2020cv35675 |
| 224 | MEINTS v. 3M COMPANY et al | 8:2020cv35507 |
| 225 | MERCANTE v. 3M COMPANY et al | 7:2021cv05191 |
| 226 | MERCER v. 3M COMPANY et al | 8:2020cv35657 |
| 227 | METZ v. 3M COMPANY et al | 8:2020cv34333 |
| 228 | MILLER v. 3M COMPANY et al | 8:2020cv34713 |
| 229 | MILLER v. 3M COMPANY et al | 8:2020cv35525 |

| | A | B |
|---|---|---|
| 230 | MIRE v. 3M COMPANY et al | 7:2021cv43292 |
| 231 | MITCHELL v. 3M COMPANY et al | 8:2020cv35742 |
| 232 | MONIGAN v. 3M COMPANY et al | 8:2020cv34948 |
| 233 | MORGAN v. 3M COMPANY et al | 8:2020cv35055 |
| 234 | MORRIS v. 3M COMPANY et al | 8:2020cv35049 |
| 235 | MOTT v. 3M COMPANY et al | 7:2021cv05210 |
| 236 | NASH v. 3M COMPANY et al | 8:2020cv34638 |
| 237 | NELSON v. 3M COMPANY et al | 8:2020cv34533 |
| 238 | NELSON v. 3M COMPANY et al | 8:2020cv35005 |
| 239 | NICHOLSON v. 3M COMPANY et al | 8:2020cv35074 |
| 240 | NOLAN v. 3M COMPANY et al | 8:2020cv35338 |
| 241 | NORMAN v. 3M COMPANY et al | 8:2020cv35704 |
| 242 | OLIVER v. 3M COMPANY et al | 7:2021cv05214 |
| 243 | OLIVIER v. 3M COMPANY et al | 8:2020cv34161 |
| 244 | O'QUINE v. 3M COMPANY et al | 8:2020cv35662 |
| 245 | OWENS v. 3M COMPANY et al | 8:2020cv34221 |
| 246 | PARKER v. 3M COMPANY et al | 8:2020cv34484 |
| 247 | PAYNE v. 3M COMPANY et al | 7:2021cv05252 |
| 248 | PAYNE v. 3M COMPANY et al | 8:2020cv34475 |
| 249 | PAYTON v. 3M COMPANY et al | 8:2020cv35781 |
| 250 | PELLEGRIN v. 3M COMPANY et al | 8:2020cv35165 |
| 251 | PERAZA v. 3M COMPANY et al | 8:2020cv35087 |
| 252 | PERDUE v. 3M COMPANY et al | 8:2020cv34446 |
| 253 | PERINE v. 3M COMPANY et al | 8:2020cv34599 |
| 254 | PERKINS v. 3M COMPANY et al | 8:2020cv34715 |
| 255 | PERRY v. 3M COMPANY et al | 8:2020cv35659 |
| 256 | PERRY v. 3M COMPANY et al | 8:2020cv35746 |
| 257 | PETERSEN v. 3M COMPANY et al | 8:2020cv35597 |
| 258 | PETERSON v. 3M COMPANY et al | 8:2020cv35181 |
| 259 | PICKENS v. 3M COMPANY et al | 8:2020cv35551 |
| 260 | PIERCE v. 3M COMPANY et al | 8:2020cv34248 |
| 261 | PLAISANCE v. 3M COMPANY et al | 8:2020cv34746 |
| 262 | POITIER v. 3M COMPANY et al | 8:2020cv35395 |
| 263 | POOLE v. 3M COMPANY et al | 8:2020cv34652 |
| 264 | PRATT v. 3M COMPANY et al | 8:2020cv35141 |
| 265 | PRIMES v. 3M COMPANY et al | 8:2020cv34495 |
| 266 | PROCTOR v. 3M COMPANY et al | 8:2020cv34455 |
| 267 | RABITO v. 3M COMPANY et al | 8:2020cv34218 |
| 268 | RACKHAM v. 3M COMPANY et al | 8:2020cv34346 |
| 269 | RADER v. 3M COMPANY et al | 8:2020cv35067 |
| 270 | RAFFO v. 3M COMPANY et al | 8:2020cv34737 |
| 271 | RAINES v. 3M COMPANY et al | 8:2020cv35082 |
| 272 | RAMSEY v. 3M COMPANY et al | 7:2021cv05263 |
| 273 | RANDLE v. 3M COMPANY et al | 8:2020cv34889 |
| 274 | RAWLS v. 3M COMPANY et al | 8:2020cv34799 |
| 275 | RAY v. 3M COMPANY et al | 8:2020cv35707 |

| | A | B |
|---|---|---|
| 276 | REED v. 3M COMPANY et al | 7:2021cv43296 |
| 277 | RESTIVO v. 3M COMPANY et al | 8:2020cv35431 |
| 278 | RHYANS v. 3M COMPANY et al | 7:2021cv05243 |
| 279 | RICHARDS v. 3M COMPANY et al | 8:2020cv35813 |
| 280 | RILEY v. 3M COMPANY et al | 8:2020cv34191 |
| 281 | RILEY v. 3M COMPANY et al | 8:2020cv35223 |
| 282 | ROBERTS v. 3M COMPANY et al | 8:2020cv34986 |
| 283 | ROBERTSON v. 3M COMPANY et al | 8:2020cv35037 |
| 284 | ROBERTSON v. 3M COMPANY et al | 8:2020cv35210 |
| 285 | ROBINETTE v. 3M COMPANY et al | 8:2020cv34953 |
| 286 | ROBINSON v. 3M COMPANY et al | 8:2020cv34415 |
| 287 | ROGER v. 3M COMPANY et al | 8:2020cv34580 |
| 288 | ROJAS v. 3M COMPANY et al | 8:2020cv35554 |
| 289 | ROLLINS v. 3M COMPANY et al | 8:2020cv35710 |
| 290 | ROONEY v. 3M COMPANY et al | 8:2020cv35111 |
| 291 | ROUSSE v. 3M COMPANY et al | 8:2020cv35715 |
| 292 | ROWDEN v. 3M COMPANY et al | 8:2020cv35307 |
| 293 | RUSSO v. 3M COMPANY et al | 8:2020cv34616 |
| 294 | SALADINO v. 3M COMPANY et al | 7:2021cv05244 |
| 295 | SALVATIERRA v. 3M COMPANY et al | 7:2021cv05383 |
| 296 | SAMPY v. 3M COMPANY et al | 8:2020cv35288 |
| 297 | SANDERS v. 3M COMPANY et al | 7:2021cv05245 |
| 298 | SANDROCK v. 3M COMPANY et al | 7:2021cv05250 |
| 299 | SAVOY v. 3M COMPANY et al | 8:2020cv35421 |
| 300 | SCOTT v. 3M COMPANY et al | 8:2020cv35548 |
| 301 | SCROGGINS v. 3M COMPANY et al | 8:2020cv34611 |
| 302 | SEAL v. 3M COMPANY et al | 8:2020cv35244 |
| 303 | SEALS v. 3M COMPANY et al | 8:2020cv34492 |
| 304 | SHAWVER v. 3M COMPANY et al | 8:2020cv35538 |
| 305 | SHEFFIELD III v. 3M COMPANY et al | 8:2020cv34344 |
| 306 | SHELINE v. 3M COMPANY et al | 8:2020cv35620 |
| 307 | SHELTON v. 3M COMPANY et al | 8:2020cv34957 |
| 308 | SHIRE v. 3M COMPANY et al | 8:2020cv34329 |
| 309 | SINGLETON v. 3M COMPANY et al | 7:2021cv05275 |
| 310 | SINGLETON v. 3M COMPANY et al | 8:2020cv35167 |
| 311 | SINGLEY v. 3M COMPANY et al | 8:2020cv35625 |
| 312 | SMITH v. 3M COMPANY et al | 7:2021cv43286 |
| 313 | SMITH v. 3M COMPANY et al | 8:2020cv34603 |
| 314 | SMITH v. 3M COMPANY et al | 8:2020cv34885 |
| 315 | SNELL v. 3M COMPANY et al | 7:2020cv30096 |
| 316 | STALLWORTH v. 3M COMPANY et al | 8:2020cv34451 |
| 317 | STANLEY v. 3M COMPANY et al | 8:2020cv35560 |
| 318 | STERLING v. 3M COMPANY et al | 8:2020cv35733 |
| 319 | STEVENS v. 3M COMPANY et al | 8:2020cv35251 |
| 320 | STEWART v. 3M COMPANY et al | 7:2021cv26141 |
| 321 | STILES v. 3M COMPANY et al | 8:2020cv35713 |

| | A | B |
|---|---|---|
| 322 | STINSON v. 3M COMPANY et al | 8:2020cv35577 |
| 323 | STIRGUS v. 3M COMPANY et al | 8:2020-cv-34695 |
| 324 | STOPPEL v. 3M COMPANY et al | 8:2020-cv-35380 |
| 325 | STRATTON v. 3M COMPANY et al | 8:2020-cv-35201 |
| 326 | STRICKLAND v. 3M COMPANY et al | 3:2022cv07860 |
| 327 | STROTHER v. 3M COMPANY et al | 8:2020cv34795 |
| 328 | SUMERLIN v. 3M COMPANY et al | 8:2020cv35555 |
| 329 | SWEETEN v. 3M COMPANY et al | 7:2021cv05215 |
| 330 | SYLVIA v. 3M COMPANY et al | 8:2020cv35294 |
| 331 | TAITE v. 3M COMPANY et al | 8:2020cv34364 |
| 332 | TAYLOR v. 3M COMPANY et al | 3:2022cv07864 |
| 333 | TAYLOR v. 3M COMPANY et al | 8:2020cv34753 |
| 334 | TAYLOR v. 3M COMPANY et al | 8:2020cv35054 |
| 335 | TAYLOR v. 3M COMPANY et al | 8:2020cv35390 |
| 336 | TENNYSON v. 3M COMPANY et al | 8:2020cv34660 |
| 337 | THIBODEAUX v. 3M COMPANY et al | 8:2020cv34656 |
| 338 | THOMAS v. 3M COMPANY et al | 8:2020cv34649 |
| 339 | THOMAS v. 3M COMPANY et al | 8:2020cv34866 |
| 340 | THOMAS v. 3M COMPANY et al | 8:2020cv35331 |
| 341 | TIEDEMAN v. 3M COMPANY et al | 8:2020cv35684 |
| 342 | TIRCUIT v. 3M COMPANY et al | 8:2020cv35306 |
| 343 | TOCHE v. 3M COMPANY et al | 8:2020cv34354 |
| 344 | TOMME v. 3M COMPANY et al | 8:2020cv35429 |
| 345 | TONEY v. 3M COMPANY et al | 8:2020-cv-35149 |
| 346 | TOZEL v. 3M COMPANY et al | 8:2020cv35048 |
| 347 | TRAMMELL v. 3M COMPANY et al | 8:2020cv34651 |
| 348 | TUCKER v. 3M COMPANY et al | 8:2020cv35117 |
| 349 | TULLIER v. 3M COMPANY et al | 8:2020cv34728 |
| 350 | TUNNELL v. 3M COMPANY et al | 7:2021cv05189 |
| 351 | TURNER v. 3M COMPANY et al | 8:2020cv34634 |
| 352 | TURNER v. 3M COMPANY et al | 8:2020cv34669 |
| 353 | TYLER v. 3M COMPANY et al | 8:2020cv35520 |
| 354 | VANDERMOLEN v. 3M COMPANY et al | 8:2020cv34524 |
| 355 | VEALS v. 3M COMPANY et al | 8:2020cv35157 |
| 356 | VICTORIAN v. 3M COMPANY et al | 7:2021cv05269 |
| 357 | VIDRINE v. 3M COMPANY et al | 8:2020cv34688 |
| 358 | VILLEMARETTE v. 3M COMPANY et al | 8:2020cv34902 |
| 359 | VINING v. 3M COMPANY et al | 8:2020cv34960 |
| 360 | WADSWORTH v. 3M COMPANY et al | 8:2020cv34836 |
| 361 | WAGGAMAN v. 3M COMPANY et al | 8:2020cv35590 |
| 362 | WALDEN v. 3M COMPANY et al | 8:2020cv34727 |
| 363 | WALTER v. 3M COMPANY et al | 8:2020cv34738 |
| 364 | WASHINGTON v. 3M COMPANY et al | 3:2022cv07866 |
| 365 | WASHINGTON v. 3M COMPANY et al | 8:2020cv34595 |
| 366 | WASHINGTON v. 3M COMPANY et al | 8:2020cv35208 |
| 367 | WATSON v. 3M COMPANY et al | 8:2020cv34401 |

|     | A | B |
|-----|---|---|
| 368 | WEBB v. 3M COMPANY et al | 8:2020cv34700 |
| 369 | WELDON v. 3M COMPANY et al | 8:2020cv34389 |
| 370 | WEST v. 3M COMPANY et al | 8:2020cv35316 |
| 371 | WHATLEY v. 3M COMPANY et al | 8:2020cv35766 |
| 372 | WHEELER v. 3M COMPANY et al | 8:2020cv35523 |
| 373 | WHITE v. 3M COMPANY et al | 8:2020cv35451 |
| 374 | WHITE v. 3M COMPANY et al | 8:2020cv35652 |
| 375 | WIDEMAN v. 3M COMPANY et al | 8:2020cv34448 |
| 376 | WILLEN v. 3M COMPANY et al | 7:2021cv05211 |
| 377 | WILLIAMS v. 3M COMPANY et al | 7:2021cv05181 |
| 378 | WILLIAMS v. 3M COMPANY et al | 8:2020cv34297 |
| 379 | WILLIAMS v. 3M COMPANY et al | 8:2020cv34679 |
| 380 | WILLIAMS v. 3M COMPANY et al | 8:2020-cv-34977 |
| 381 | WILLIAMS v. 3M COMPANY et al | 8:2020cv34989 |
| 382 | WILSON v. 3M COMPANY et al | 8:2020cv34469 |
| 383 | WILSON v. 3M COMPANY et al | 8:2020cv35320 |
| 384 | WOODARD v. 3M COMPANY et al | 8:2020cv35545 |
| 385 | WOODLEE v. 3M COMPANY et al | 3:2022cv07869 |
| 386 | WULF v. 3M COMPANY et al | 8:2020cv35099 |
| 387 | YORK v. 3M COMPANY et al | 8:2020cv34881 |
| 388 | YOUMANS v. 3M COMPANY et al | 8:2020cv35787 |
| 389 | YOUNG v. 3M COMPANY et al | 7:2021cv05204 |
| 390 | ZACHARY v. 3M COMPANY et al | 8:2020cv35260 |
| 391 | ZUNIGA v. 3M COMPANY et al | 8:2020cv34278 |