## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, November 8, 2022 7:24 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, November 8, 2022 1:22:30 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/8/2022 at 8:22 AM EST and filed on 11/8/2022
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1835

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ([1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Buermann v. 3M Company
**Case Number:**    MN/0:22-cv-02632
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Unger v. 3M Company
**Case Number:**    MN/0:22-cv-02700
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Wisner v. 3M Company
**Case Number:** MN/0:22-cv-02678
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Travillian v. 3M Company
**Case Number:** MN/0:22-cv-02680
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Newlove v. 3M Company
**Case Number:** MN/0:22-cv-02627
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*
*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in*
*MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in*
*MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in*
*MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*
*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in*
*MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in*
*MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*
*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Aleman v. 3M Company
**Case Number:**     MN/0:22-cv-02610
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*
*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in*
*MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in*
*MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in*
*MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*
*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in*
*MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in*
*MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*
*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Smith v. 3M Company
**Case Number:**     MN/0:22-cv-02675
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*

*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Shenault v. 3M Company
**Case Number:**    MN/0:22-cv-02619
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Houdek v. 3M Company
**Case Number:**    MN/0:22-cv-02605
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*

*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Martin v. 3M Company
**Case Number:**      MN/0:22-cv-02638
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Ferrer v. 3M Company
**Case Number:**      MN/0:22-cv-02648
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*

*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gaddison v. 3M Company |
| **Case Number:** | MN/0:22-cv-02702 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in* *MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in* *MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in* *MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in* *MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in* *MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in* *MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in* *MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in* *MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in* *MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in* *MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Mcinerney v. 3M Company |
| **Case Number:** | MN/0:22-cv-02594 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in* *MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in* *MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in* *MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in* *MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in* *MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in* *MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in* *MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in* *MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in* *MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in* *MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:    Ness v. 3M Company

Case Number:    MN/0:22-cv-02618

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:    McQuay v. 3M Company

Case Number:    MN/0:22-cv-02644

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:    Cortes v. 3M Company

Case Number:    MN/0:22-cv-02696

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Yarbrough v. 3M Company

**Case Number:**     MN/0:22-cv-02693

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Shockey v. 3M Company

**Case Number:**     MN/0:22-cv-02676

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lomax v. 3M Company
**Case Number:**    MN/0:22-cv-02679
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      McClain v. 3M Company
**Case Number:**    MN/0:22-cv-02613
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*

*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Raymond v. 3M Company
**Case Number:**     MN/0:22-cv-02628
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Klezaras v. 3M Company
**Case Number:**     MN/0:22-cv-02635
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*

*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Perez v. 3M Company
**Case Number:**    MN/0:22-cv-02631
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Salazar v. 3M Company
**Case Number:**    MN/0:22-cv-02607
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*

*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Hill v. 3M Company
Case Number:    MN/0:22-cv-02614
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*
*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in*
*MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in*
*MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in*
*MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*
*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in*
*MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in*
*MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*
*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Wilson v. 3M Company
Case Number:    MN/0:22-cv-02673
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*
*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in*
*MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in*
*MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in*
*MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*
*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in*
*MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in*
*MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*
*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Tatum v. 3M Company |
| **Case Number:** | MN/0:22-cv-02640 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gonzalez v. 3M Company |
| **Case Number:** | MN/0:22-cv-02670 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Bailey v. 3M Company |
| **Case Number:** | MN/0:22-cv-02630 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in* *MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in* *MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in* *MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in* *MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in* *MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in* *MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in* *MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in* *MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in* *MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in* *MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Robinson v. 3M Company

**Case Number:**      MN/0:22-cv-02620

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in* *MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in* *MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in* *MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in* *MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in* *MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in* *MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in* *MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in* *MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in* *MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in* *MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bilby v. 3M Company

**Case Number:**      MN/0:22-cv-02622

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Neltner v. 3M Company
Case Number:     MN/0:22-cv-02698
Filer:
Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Ratcliff v. 3M Company
Case Number:     MN/0:22-cv-02616
Filer:
Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*

*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Crenshaw v. 3M Company
**Case Number:**    MN/0:22-cv-02690
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Weber v. 3M Company
**Case Number:**    MN/0:22-cv-02608
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*

*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Prentice v. 3M Company
**Case Number:**    MN/0:22-cv-02621
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Armstead v. 3M Company
**Case Number:**    MN/0:22-cv-02683
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*

*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Wiertzema v. 3M Company
Case Number:       MN/0:22-cv-02634
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*
*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in*
*MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in*
*MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in*
*MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*
*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in*
*MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in*
*MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*
*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Arena v. 3M Company
Case Number:       MN/0:22-cv-02677
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 39 action(s)** *re: pldg. ( [1822] in*
*MDL No. 2885, 1 in MN/0:22-cv-02594, 1 in MN/0:22-cv-02605, 1 in MN/0:22-cv-02607, 1 in*
*MN/0:22-cv-02608, 1 in MN/0:22-cv-02610, 1 in MN/0:22-cv-02613, 1 in MN/0:22-cv-02614, 1 in*
*MN/0:22-cv-02616, 1 in MN/0:22-cv-02618, 1 in MN/0:22-cv-02619, 1 in MN/0:22-cv-02620, 1 in*
*MN/0:22-cv-02621, 1 in MN/0:22-cv-02622, 1 in MN/0:22-cv-02627, 1 in MN/0:22-cv-02628, 1 in*
*MN/0:22-cv-02630, 1 in MN/0:22-cv-02631, 1 in MN/0:22-cv-02632, 1 in MN/0:22-cv-02634, 1 in*
*MN/0:22-cv-02635, 1 in MN/0:22-cv-02638, 1 in MN/0:22-cv-02640, 1 in MN/0:22-cv-02644, 1 in*
*MN/0:22-cv-02648, 1 in MN/0:22-cv-02670, 1 in MN/0:22-cv-02673, 1 in MN/0:22-cv-02675, 1 in*
*MN/0:22-cv-02676, 1 in MN/0:22-cv-02677, 1 in MN/0:22-cv-02678, 1 in MN/0:22-cv-02679, 1 in*
*MN/0:22-cv-02680, 1 in MN/0:22-cv-02683, 1 in MN/0:22-cv-02690, 1 in MN/0:22-cv-02693, 1 in*
*MN/0:22-cv-02696, 1 in MN/0:22-cv-02698, 1 in MN/0:22-cv-02700, 1 in MN/0:22-cv-02702)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-02632 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02632 Notice will not be electronically mailed to:**

**MN/0:22-cv-02700 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02700 Notice will not be electronically mailed to:**

**MN/0:22-cv-02678 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02678 Notice will not be electronically mailed to:**

**MN/0:22-cv-02680 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02680 Notice will not be electronically mailed to:**

**MN/0:22-cv-02627 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02627 Notice will not be electronically mailed to:**

**MN/0:22-cv-02610 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02610 Notice will not be electronically mailed to:**

**MN/0:22-cv-02675 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02675 Notice will not be electronically mailed to:**

**MN/0:22-cv-02619 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02619 Notice will not be electronically mailed to:**

**MN/0:22-cv-02605 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02605 Notice will not be electronically mailed to:**

**MN/0:22-cv-02638 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02638 Notice will not be electronically mailed to:**

**MN/0:22-cv-02648 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02648 Notice will not be electronically mailed to:**

**MN/0:22-cv-02702 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02702 Notice will not be electronically mailed to:**

**MN/0:22-cv-02594 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02594 Notice will not be electronically mailed to:**

**MN/0:22-cv-02618 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02618 Notice will not be electronically mailed to:**

**MN/0:22-cv-02644 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02644 Notice will not be electronically mailed to:**

**MN/0:22-cv-02696 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02696 Notice will not be electronically mailed to:**

**MN/0:22-cv-02693 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02693 Notice will not be electronically mailed to:**

**MN/0:22-cv-02676 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02676 Notice will not be electronically mailed to:**

**MN/0:22-cv-02679 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02679 Notice will not be electronically mailed to:**

**MN/0:22-cv-02613 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02613 Notice will not be electronically mailed to:**

**MN/0:22-cv-02628 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02628 Notice will not be electronically mailed to:**

**MN/0:22-cv-02635 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02635 Notice will not be electronically mailed to:**

**MN/0:22-cv-02631 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02631 Notice will not be electronically mailed to:**

**MN/0:22-cv-02607 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02607 Notice will not be electronically mailed to:**

**MN/0:22-cv-02614 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02614 Notice will not be electronically mailed to:**

**MN/0:22-cv-02673 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02673 Notice will not be electronically mailed to:**

**MN/0:22-cv-02640 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02640 Notice will not be electronically mailed to:**

**MN/0:22-cv-02670 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson   dgustafson@gustafsongluek.com

William R Sieben   wsieben@schwebel.com

Alicia N Sieben   asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel   gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02670 Notice will not be electronically mailed to:**

**MN/0:22-cv-02630 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel   gene.hummel@nortonrosefulbright.com

Jason B. Epps   jason@gorilaw.com

**MN/0:22-cv-02630 Notice will not be electronically mailed to:**

**MN/0:22-cv-02620 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel   gene.hummel@nortonrosefulbright.com

Jason B. Epps   jason@gorilaw.com

**MN/0:22-cv-02620 Notice will not be electronically mailed to:**

**MN/0:22-cv-02622 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel   gene.hummel@nortonrosefulbright.com

Jason B. Epps   jason@gorilaw.com

**MN/0:22-cv-02622 Notice will not be electronically mailed to:**

**MN/0:22-cv-02698 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,
gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02698 Notice will not be electronically mailed to:**

**MN/0:22-cv-02616 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02616 Notice will not be electronically mailed to:**

**MN/0:22-cv-02690 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02690 Notice will not be electronically mailed to:**

**MN/0:22-cv-02608 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02608 Notice will not be electronically mailed to:**

**MN/0:22-cv-02621 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02621 Notice will not be electronically mailed to:**

**MN/0:22-cv-02683 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02683 Notice will not be electronically mailed to:**

**MN/0:22-cv-02634 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02634 Notice will not be electronically mailed to:**

**MN/0:22-cv-02677 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02677 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/8/2022] [FileNumber=1143657-0]
[67bc39e3af993ec93ed8d2c46a10df5f62103ff53d0534a451a3c436a236b8db78f3
14850bea7ef1f95f9ed306cc002424e484f7e82cee71951f313652c156d0]]