UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : <br> : Case No. 3:19-md-2885 <br> : <br> : Judge M. Casey Rodgers <br> : Magistrate Judge Hope T. Cannon <br> : |

### NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD FOR PLAINTIFFS

On January 20, 2022 [Dkt. No. 2521], the undersigned, as an attorney for Douglas & London, P.C., filed a Notice of Appearance on behalf of Plaintiffs in this coordinated multidistrict litigation.

As of the date of this filing, the undersigned is no longer associated with Douglas & London, P.C. and, as a result, no longer represents Plaintiffs in this matter.

WHEREFORE, the undersigned withdraws as counsel for Plaintiffs and requests that she be removed from all service lists.

Dated:  November 8, 2022

By: /s/ Anne Elizabeth DeVaughn
Anne Elizabeth DeVaughn
MOTLEY RICE LLC
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: 856-382-4677
Facsimile: 856-667-5133
Email: bdevaughn@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, a true and correct copy of a Notice of Withdrawal of Attorney of Record for Plaintiffs was filed with the Clerk of Court through the Court's Electronic Court Filing System and served on all parties using the CM/ECF system in this matter.

By: */s/ Anne Elizabeth DeVaughn*
Anne Elizabeth DeVaughn
MOTLEY RICE LLC
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: 856-382-4677
Facsimile: 856-667-5133
Email: bdevaughn@motleyrice.com