# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| All Cases | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this action. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated: November 8, 2022

        Respectfully submitted,
        THE MARCOWITZ LAW FIRM, PLLC

        /s/ Edward Marcowitz
        Edward Marcowitz (NY-2451326)
        225 Broadway, 3rd Floor
        New York, NY 10007
        Ph: (718) 529-4040
        Fax: (212) 214-0598
        Email: ed@marcowitzlaw.com
        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Edward Marcowitz*
Edward Marcowitz