# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Blake Garrett Abbott was duly sworn and admitted as an attorney in this state on April 20, 2020, and is currently a Regular Member of the South Carolina Bar in good standing.

PATRICIA HOWARD, CLERK OF COURT

BY: *Brenda J. Shealy*
CHIEF DEPUTY CLERK

Columbia, South Carolina

October 20, 2022