## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, November 15, 2022 7:15 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, November 15, 2022 1:13:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/15/2022 at 8:13 AM EST and filed on 11/15/2022

**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation

**Case Number:**     MDL No. 2885

**Filer:**

**Document Number:** 1836

**Docket Text:**

<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ([1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**</span>

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Drake v. 3M Company

**Case Number:**    MN/0:22-cv-02800

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Richards v. 3M Company

**Case Number:**    MN/0:22-cv-02755

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Wegrzynowicz v. 3M Company

**Case Number:**    MN/0:22-cv-02731

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Westcamp v. 3M Company |
| **Case Number:** | MN/0:22-cv-02744 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Rolewicz v. 3M Company |
| **Case Number:** | MN/0:22-cv-02753 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in*

*MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Campbell v. 3M Company
**Case Number:**   MN/0:22-cv-02778
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Kronner v. 3M Company
**Case Number:**   MN/0:22-cv-02769
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:    Bell v. 3M Company
Case Number:    MN/0:22-cv-02746
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:    Melancon v. 3M Company
Case Number:    MN/0:22-cv-02726
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:    Nunn v. 3M Company
Case Number:    MN/0:22-cv-02770

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in* *MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in* *MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in* *MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in* *MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in* *MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in* *MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in* *MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in* *MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in* *MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in* *MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Hersom v. 3M Company

**Case Number:**     MN/0:22-cv-02767

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in* *MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in* *MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in* *MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in* *MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in* *MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in* *MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in* *MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in* *MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in* *MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in* *MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Ruiz v. 3M Company

**Case Number:**     MN/0:22-cv-02751

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in* *MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in*

*MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Harton v. 3M Company
**Case Number:**  MN/0:22-cv-02740
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Young v. 3M Company
**Case Number:**  MN/0:22-cv-02720
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in*

*MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gampper v. 3M Company |
| **Case Number:** | MN/0:22-cv-02798 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Soltau v. 3M Company |
| **Case Number:** | MN/0:22-cv-02781 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Kelley v. 3M Company |
| **Case Number:** | MN/0:22-cv-02786 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Olson v. 3M Company |
| **Case Number:** | MN/0:22-cv-02776 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Murphy v. 3M Company |
| **Case Number:** | MN/0:22-cv-02723 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Reese v. 3M Company |
| **Case Number:** | MN/0:22-cv-02759 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Kennedy v. 3M Company |
| **Case Number:** | MN/0:22-cv-02742 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in*

*MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Teen v. 3M Company
**Case Number:**    MN/0:22-cv-02748
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Rees v. 3M Company
**Case Number:**    MN/0:22-cv-02758
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Trost v. 3M Company |
| **Case Number:** | MN/0:22-cv-02756 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Brooks v. 3M Company |
| **Case Number:** | MN/0:22-cv-02736 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Harris v. 3M Company |
| **Case Number:** | MN/0:22-cv-02780 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Hood v. 3M Company

**Case Number:**      MN/0:22-cv-02727

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Barnette v. 3M Company

**Case Number:**      MN/0:22-cv-02722

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in*

*MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Youngs v. 3M Company

**Case Number:**     MN/0:22-cv-02729

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Haire v. 3M Company

**Case Number:**     MN/0:22-cv-02772

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in*

*MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bradley v. 3M Company
**Case Number:**      MN/0:22-cv-02801
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Villar v. 3M Company
**Case Number:**      MN/0:22-cv-02709
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | O'Farrell v. 3M Company |
| **Case Number:** | MN/0:22-cv-02771 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Franco v. 3M Company |
| **Case Number:** | MN/0:22-cv-02797 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hersom v. 3M Company |
| **Case Number:** | MN/0:22-cv-02743 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Husbands v. 3M Company |
| **Case Number:** | MN/0:22-cv-02735 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 36 action(s)** *re: pldg. ( [1831] in MDL No. 2885, 1 in MN/0:22-cv-02709, 1 in MN/0:22-cv-02720, 1 in MN/0:22-cv-02722, 1 in MN/0:22-cv-02723, 1 in MN/0:22-cv-02726, 1 in MN/0:22-cv-02727, 1 in MN/0:22-cv-02729, 1 in MN/0:22-cv-02731, 1 in MN/0:22-cv-02735, 1 in MN/0:22-cv-02736, 1 in MN/0:22-cv-02740, 1 in MN/0:22-cv-02742, 1 in MN/0:22-cv-02743, 1 in MN/0:22-cv-02744, 1 in MN/0:22-cv-02746, 1 in MN/0:22-cv-02748, 1 in MN/0:22-cv-02751, 1 in MN/0:22-cv-02753, 1 in MN/0:22-cv-02755, 1 in MN/0:22-cv-02756, 1 in MN/0:22-cv-02758, 1 in MN/0:22-cv-02759, 1 in MN/0:22-cv-02767, 1 in MN/0:22-cv-02769, 1 in MN/0:22-cv-02770, 1 in MN/0:22-cv-02771, 1 in MN/0:22-cv-02772, 1 in MN/0:22-cv-02776, 1 in MN/0:22-cv-02778, 1 in MN/0:22-cv-02780, 1 in MN/0:22-cv-02781, 1 in MN/0:22-cv-02786, 1 in MN/0:22-cv-02797, 1 in MN/0:22-cv-02798, 1 in MN/0:22-cv-02800, 1 in MN/0:22-cv-02801)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2022.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-02800 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02800 Notice will not be electronically mailed to:**

**MN/0:22-cv-02755 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02755 Notice will not be electronically mailed to:**

**MN/0:22-cv-02731 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02731 Notice will not be electronically mailed to:**

**MN/0:22-cv-02744 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02744 Notice will not be electronically mailed to:**

**MN/0:22-cv-02753 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02753 Notice will not be electronically mailed to:**

**MN/0:22-cv-02778 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02778 Notice will not be electronically mailed to:**

**MN/0:22-cv-02769 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02769 Notice will not be electronically mailed to:**

**MN/0:22-cv-02746 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02746 Notice will not be electronically mailed to:**

**MN/0:22-cv-02726 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02726 Notice will not be electronically mailed to:**

**MN/0:22-cv-02770 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02770 Notice will not be electronically mailed to:**

**MN/0:22-cv-02767 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02767 Notice will not be electronically mailed to:**

**MN/0:22-cv-02751 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02751 Notice will not be electronically mailed to:**

**MN/0:22-cv-02740 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02740 Notice will not be electronically mailed to:**

**MN/0:22-cv-02720 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02720 Notice will not be electronically mailed to:**

**MN/0:22-cv-02798 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02798 Notice will not be electronically mailed to:**

**MN/0:22-cv-02781 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02781 Notice will not be electronically mailed to:**

**MN/0:22-cv-02786 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02786 Notice will not be electronically mailed to:**

**MN/0:22-cv-02776 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02776 Notice will not be electronically mailed to:**

**MN/0:22-cv-02723 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02723 Notice will not be electronically mailed to:**

**MN/0:22-cv-02759 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02759 Notice will not be electronically mailed to:**

**MN/0:22-cv-02742 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02742 Notice will not be electronically mailed to:**

**MN/0:22-cv-02748 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02748 Notice will not be electronically mailed to:**

**MN/0:22-cv-02758 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02758 Notice will not be electronically mailed to:**

**MN/0:22-cv-02756 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02756 Notice will not be electronically mailed to:**

**MN/0:22-cv-02736 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02736 Notice will not be electronically mailed to:**

**MN/0:22-cv-02780 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02780 Notice will not be electronically mailed to:**

**MN/0:22-cv-02727 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02727 Notice will not be electronically mailed to:**

**MN/0:22-cv-02722 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02722 Notice will not be electronically mailed to:**

**MN/0:22-cv-02729 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02729 Notice will not be electronically mailed to:**

**MN/0:22-cv-02772 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02772 Notice will not be electronically mailed to:**

**MN/0:22-cv-02801 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02801 Notice will not be electronically mailed to:**

**MN/0:22-cv-02709 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02709 Notice will not be electronically mailed to:**

**MN/0:22-cv-02771 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-02771 Notice will not be electronically mailed to:**

**MN/0:22-cv-02797 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02797 Notice will not be electronically mailed to:**

**MN/0:22-cv-02743 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02743 Notice will not be electronically mailed to:**

**MN/0:22-cv-02735 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02735 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/15/2022] [FileNumber=1144491-0
] [5476888330e6104053842d3fb3a110a2e656e383cce60f1e3f1e2f707ca30bc3b68
d3e4e0d123f3014a0e509cba053e354105c7519f37c80d8c515ab094bcccb]]