UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA


| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | ) | Case No: 3:19-md-02885 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Hope T. Cannon |
| This Document Relates to All Cases | ) | |

_____

## **MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Paulina R. Kennedy, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1.      Movant resides in Michigan and is not a resident of the State of Florida.

2.      Movant is admitted to practice and is a member in good standing of the bar of the State of Michigan.  A copy of a Certificate of Good Standing from the Eastern District of Michigan dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16668883186955, and the CM/ECF online tutorials.

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Movant has upgraded her PACER account to "NextGen."

6.      Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

1.  Jerry A. Angius v. 3M Company, et al., Case No.:  7:20-cv-24774-MCR-HTC

2.  Justin D. Fry v. 3M Company, et al., Case No.: 7:20-cv-25689-MCR-HTC

3.  Virginia Vardon-Smith v. 3M Company, et al., Case No.: 7:20-cv-24832-MCR-HTC

WHEREFORE, Paulina R. Kennedy, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  November 16, 2022

By:     /s/ Paulina R. Kennedy
        Paulina R. Kennedy

        Weitz & Luxenberg, P.C.
        The Fisher Building
        3011 W. Grand Blvd, 24th Floor
        Detroit, MI 48202
        (313) 315-3154
        (646) 293-7957 (Fax)
        pkennedy@weitzlux.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on November 16, 2022 and served electronically on all counsel of record.

<u>/s/ Paulina R. Kennedy</u>
Paulina R. Kennedy