# Exhibit A

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## *Paulina R. Kennedy*

was duly admitted to practice in this Court on 12/29/2020,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 10/28/2022.

*Kinikia D. Essix*
Clerk



Deputy Clerk