UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| This Document Relates to: ALL CASES | ) ) | |

## NOTICE OF CHANGE OF LAW FIRM

To the Clerk of the court, all parties and their attorney of record: I, Matthew Palmer Lambert, hereby file this Notice to advise of my change in law firm and address, as follows:

>Matthew Palmer Lambert
>Pendley, Baudin & Coffin, L.L.P.
>1100 Poydras Street, Suite 2225
>New Orleans, Louisiana 70163
>Tel: (504) 355-0086
>Fax: (504) 355-0089
>Email: plambert@pbclawfirm.com

All notice and documents pertaining to this action should be sent to above address. Undersigned respectfully represents that the aforementioned change in firm will not impede his ability or commitment to discharge continuing obligations as a member of the Joint Statutes of Limitations Committee as set forth in Pretrial Order No. 7 (Dkt. 376), Case Management Order No. 46 (Dkt. 3080).

Dated: November 21, 2022        Respectfully submitted,

                                                                       */s/ M. Palmer Lambert*
                                                                       M. Palmer Lambert
                                                                       Pendley, Baudin & Coffin, L.L.P.
                                                                       1100 Poydras Street, Suite 2225

New Orleans, Louisiana 70163  
Tel: (504) 355-0086  
Fax: (504) 355-0089  
Email: plambert@pbclawfirm.com

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I do hereby certify that on November 21, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ M. Palmer Lambert*  
M. Palmer Lambert