UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to All Cases ) | Case No: 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Hope T. Cannon |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Andrew L. Backing, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in Michigan and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Michigan. A copy of a Certificate of Good Standing from the State of Michigan dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16668881456954, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

1. Ervin L. Smith v. 3M Company, Case No. 7:20-cv-18546-MCR-HTC

2. Brendan Stewart v. 3M Company, Case No. 7:20-cv-27213-MCR-HTC

3. Brian Williams v. 3M Company, Case No. 7:20-cv-24264-MCR-HTC

WHEREFORE, Andrew L. Backing, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: November 22, 2022

By: /s/ Andrew L. Backing
Andrew L. Backing

Weitz & Luxenberg, P.C.
The Fisher Building
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48202
(231) 366-3102
(646) 293-7992 (Fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on November 22, 2022 and served electronically on all counsel of record.

/s/ Andrew L. Backing
Andrew L. Backing