# Exhibit A

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Andrew Leonard Backing, P85476 of Oxford, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 18, 2021 in Wayne County and became a member of the State Bar of Michigan on November 30, 2021.



*Peter W. Cunningham*
Peter W. Cunningham, Executive Director
October 27, 2022