# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4                         - - -
 5   IN RE: 3M COMBAT ARMS   : Case No.
     EARPLUG PRODUCTS        : 3:19-md-2885-MCR-GRJ
 6   LIABILITY LITIGATION    : Judge M. Casey Rodgers
                             : Mag. Judge Gary R. Jones
 7   This Document Relates   :
     to:                     :
 8                           :
        Dustin A. Alcorn     :
 9                           :
     Case No.                :
10   7:20cv57916-MCR-GRJ     :
11                         - - -
12            Wednesday, February 2, 2022
13                         - - -
14        Videotaped Deposition via Zoom of DUSTIN
15   A. ALCORN held at the location of the witness,
16   on the above date, beginning at approximately
17   9:00 a.m., before Jane E. Kountroubis, a
18   Registered Professional Reporter and Notary
19   Public for the Commonwealth of Pennsylvania.
20                         - - -
21
22
23
24
```

```
 1   APPEARANCES:
 2
 3            KELLER LENKNER, LLC
              BY:   AMANDA HUNT, ESQ.
 4                  NICOLE BERG, ESQ.
              111 Congress Avenue, Suite 500
 5            Austin, TX  78701
              (512-690-0990
 6            amanda.hunt@kellerlenkner.com
              ncb@kellerlenkner.com
 7            Counsel for Plaintiff

 8
 9
              GORDON REES SCULLY MANSUKHANI LLP
10            BY:   ANN THORNTON FIELD, ESQ.
              Three Logan Square, Suite 610
11            1717 Arch Street
              Philadelphia, PA  19103
12            (215) 717-4002
              afield@grsm.com
13            Counsel for Defendants
14
15
16   ALSO PRESENT:
17            NICOLE PANICHELLI, Paralegal
              Gordon & Rees
18
              JACQUETTA JONES,
19            Video Technician
20
21
22
23
24
```

```
 1                  (It is hereby stipulated and
 2          agreed by and between counsel that
 3          signing, sealing, filing and
 4          certification are waived; and that all
 5          objections, except as to the form of
 6          questions, be reserved until the time
 7          of trial.)
 8                         - - -
 9                  THE VIDEOTAPE SPECIALIST:  We
10          are now on the record.  My name is
11          Jacquetta Jones.  I'm a videographer
12          for Golkow Litigation Services.
13          Today's date is February 2, 2022, and
14          the time is 9 a.m.  This remote video
15          deposition is being held in the matter
16          of 3M Combat Arms earplug products
17          liability litigation.  This document
18          relates to Dustin A. Alcorn for the
19          United States District Court, Northern
20          District of Florida, Pensacola
21          Division.
22                  The deponent is Dustin A.
23          Alcorn.  All parties to this
24          deposition are appearing remotely and
```

```
 1         have agreed to the witness being sworn
 2         in remotely.  Due to the nature of
 3         remote reporting, please pause briefly
 4         before speaking to ensure all parties
 5         are heard completely.
 6                 Will counsel please identify
 7         themselves.
 8                 MS. HUNT:  Amanda Hunt here on
 9         behalf of plaintiff, Dustin Alcorn.
10                 MS. FIELD:  Ann Thornton Field
11         representing the defendants, and with
12         me is Nicole Panichelli, who is going
13         to help me.
14                 THE VIDEOTAPE SPECIALIST:  The
15         court reporter is Jane Kountroubis and
16         will now swear in the witness.
17                 ...DUSTIN A. ALCORN, after
18         having been duly sworn, was examined
19         and testified as follows:
20                    EXAMINATION
21   BY MS. FIELD:
22         Q     Okay.  Good morning,
23   Mr. Alcorn.  How are you doing today?
24         A     Good.  How are you?
```

```
 1   were deployed the first time.  Do you recall
 2   what type of hearing protection, if any, you
 3   were wearing at that time?
 4          A     Well, like I said, that would
 5   have been the 3M basically, because whenever I
 6   got those, whenever I first checked in on Camp
 7   Lejeune, and then basically everything after
 8   that.
 9          Q     Okay.  So let's talk about when
10   you first received the 3M earplugs, and we're
11   talking about the Version 2 Combat Arms
12   earplugs.  Do you recall when you first
13   actually received them?
14          A     Well, I received them with the
15   rest of my CIF issue whenever I first got to
16   Camp Lejeune.
17          Q     Okay.  And do you recall when
18   you first got to Camp Lejeune?
19          A     I do remember going there, but
20   I don't remember exactly what day it was.
21          Q     Okay.  Do you remember the
22   month?
23          A     Well, that would have been
24   directly after the end of the School of
```

1  Infantry, so probably late May, if I had to
2  guess.
3          Q      Of 2014; correct?
4          A      Yes.
5          Q      Okay.  And do you recall who
6  provided you with the Combat Arms earplugs,
7  Version 2?
8          A      I don't know the names of the
9  people who worked at CIF at that time, but it
10 just would have been whoever was working at
11 CIF that day.
12         Q      Okay.  And were you given any
13 instructions along with the earplugs?
14         A      I don't remember receiving any
15 instructions the day of.  I certainly did
16 receive instructions on how to insert
17 earplugs, you know, after that or maybe even
18 before that.  I know that I got some whenever
19 I was in the military, but the day of I don't
20 really remember.
21         Q      Okay.  Can you describe the
22 earplugs that you received when you arrived at
23 Camp Lejeune?
24         A      Well, the ones that I was

```
 1                    CERTIFICATE
 2          I HEREBY CERTIFY that the
 3   proceedings, evidence, and objections are
 4   contained fully and accurately in the
 5   stenographic notes taken by me upon
 6   the videotaped deposition of DUSTIN A. ALCORN,
 7   taken remotely on February 2, 2022, and that
 8   this is a true and correct transcript of same.
 9
10                       _____
                         JANE E. KOUNTROUBIS
11                       Registered Professional Reporter
                         Notary Public
12
13
14
15          (The foregoing certification of this
16   transcript does not apply to any reproduction
17   of the same by any means unless under the
18   direct control and/or supervision of the
19   certifying reporter.)
20
21
22
23
24
```