# EXHIBIT B

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF FLORIDA
3             PENSACOLA DIVISION
4
5   IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS
6   LIABILITY LITIGATION,
7
8   This Document Relates To:
9        John Aparicio
10       Case No: 7:20-cv-19528-MCR-GRJ
11                  CASE NO. 3:19-md-2885-MCR-GRJ
12                  Judge M. Casey Rodgers
13                  Magistrate Judge Gary R. Jones
14
15            * * * * * * * *
16         DEPOSITION OF JOHN APARICIO
17            * * * * * * * * *
18
19     Was taken before Shawn M. Graham, Certified
20   Court Reporter for the State of Alabama, on
21   January 28, 2022, at 9:07 A.M., by Remote
22   Deposition through Veritext Legal Solutions-
23   Alabama.

Page 2

1        S T I P U L A T I O N
2
3           IT IS STIPULATED and agreed by and between
4        the parties through their respective counsel
5        that said deposition may be taken by me on this
6        date.
7           IT IS FURTHER STIPULATED and agreed that
8        the signature to and the reading of the
9        deposition by the witness is NOT waived.  The
10       deposition to have the same force and effect as
11       if full compliance had been had with all laws
12       and rules of Court relating to the taking of
13       depositions.
14          IT IS FURTHER STIPULATED and agreed that it
15       shall not be necessary for any objections to be
16       made by counsel to any questions, and that
17       counsel for the parties may make objections and
18       assign grounds at the time of the trial, or at
19       the time said deposition is offered in evidence,
20       or prior thereto.
21          IT IS FURTHER STIPULATED that notice of
22       filing of deposition is waived.
23

```
 1              A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4        MR. CHRISTOPHER MOORE
 5        CLARK, LOVE & HUTSON
 6        440 LOUISIANA STREET, SUITE 1700
 7        HOUSTON, TEXAS  77002
 8
 9   FOR THE DEFENDANTS:
10        MR. DANIEL L. O'NEIL
11        THOMPSON-COE
12        ONE RIVERWAY, SUITE 1400
13        HOUSTON, TEXAS 77056
14
15
16
17
18
19
20
21
22
23
```

1         I, Shawn M. Graham, a Certified Court
2    Reporter of the State Of Alabama, acting as
3    Commissioner, certify that on this date there
4    came before me this witness in the above cause,
5    for oral examination, whereupon the following
6    proceedings were had:
7              VIDEOGRAPHER:  We are now going on
8    the record at approximately 9:07 a.m. Central
9    Time.  Today's date is January 28th, 2022.  This
10   is Media Unit Number 1 of the video recorded
11   deposition of John Aparicio, taken by the
12   Defendant, in the matter of, In Re: 3M Combat
13   Arms Earplug Products Liability Litigation and
14   the MBL case, John Aparicio versus 3M company.
15   There are two case numbers; 3:19-md-2885-MCR-GRJ
16   and 7:20-cv-19528-MCR-GRJ.  The deposition is
17   being held via Zoom Virtual Conferencing.  I am
18   the court -- I am definitely not the court
19   reporter.  I am the videographer, Kevin
20   Gallagher, and the court reporter is Shawn
21   Graham.  We're both from Veritext, Birmingham,
22   Alabama office.
23             At this time the attorneys present on

1   the Zoom conference call will identify
2   themselves for the record.
3             MR. MOORE:  Christopher Moore for the
4   Plaintiff, with Clark, Love & Hutson.
5             MR. O'NEIL:  Daniel O'Neil for the
6   Defendants, with Thompson-Coe.
7             VIDEOGRAPHER:  Now our court reporter
8   will swear the witness and we can proceed.
9                 JOHN APARICIO,
10  having been first duly sworn, was examined and
11  testified as follows:
12                DIRECT EXAMINATION
13  BY MR. O'NEIL:
14       Q.   Good morning, sir.  Will you please
15  state your name for the jury?
16       A.   John Christopher Lee Aparicio.
17            COURT REPORTER:  What's your middle
18  name?
19            THE WITNESS:  Christopher.
20       Q.   Have you always used consistent
21  spelling for your name?
22       A.   Yes.
23       Q.   Have you ever gone by any other legal

1    A.    When I was in basic.  That's when I
2  got them.
3    Q.    And what was your understanding of
4  the Combat Arms earplugs at the time?
5    A.    Rephrase the question.
6    Q.    The first time you came across the
7  Combat Arms earplugs at basic, what was your
8  understanding of them?
9    A.    They're earplugs.
10    Q.    In your answers to the
11  interrogatories, you state you were first issued
12  the Combat Arms earplugs at Fort Benning,
13  Georgia in October 2011; is that correct?
14    A.    Yes.
15    Q.    Can you please describe the setting
16  where you received the earplugs?
17    A.    The setting.  Wow.  So I'm pretty
18  sure it was me and a bunch of dudes and we were
19  all in the room -- honestly, I don't recall.  I
20  don't -- I don't remember.  I don't remember the
21  day like -- I just know I got them.  Like I -- I
22  recall getting ready to -- I don't -- I don't
23  know.

C E R T I F I C A T E

STATE OF ALABAMA  )

AT LARGE         )

    I hereby certify that the above and foregoing deposition was taken down by me in stenotype and the questions and answers thereto were transcribed by means of computer-aided transcription and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said deposition.

    I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

*Shawn Graham*

SHAWN M. GRAHAM, CSR

Commissioner at Large

ACRA CERTIFICATION NO:

ABCR LICENSE NUMBER-212