# EXHIBIT C

Page 1

1      UNITED STATES DISTRICT COURT OF
2        NORTHERN DISTRICT OF FLORIDA
3             PENSACOLA DIVISION
4
5   IN RE:   3M COMBAT       CASE NUMBER:
6   ARMS EARPLUG PRODUCTS   3:19-md-2885-MCR-GRJ
7   LIABILITY LITIGATION,
8
9   This Document Relates
10  To:  Michael Cline
11  Case Number: 7:20cv48703-MCR-GRJ
12
13  Judge M. Casey Rodgers
14  Magistrate Judge Gary R. Jones
15
16            *****************
17            * DEPOSITION OF:*
18            * MICHAEL CLINE *
19            *****************
20
21  BEFORE:    PATRICIA TAYLOR, CCR
22             COURT REPORTER and
23             NOTARY PUBLIC

 1       UNITED STATES DISTRICT COURT OF
 2         NORTHERN DISTRICT OF FLORIDA
 3             PENSACOLA DIVISION
 4
 5   IN RE:   3M COMBAT       CASE NUMBER:
 6   ARMS EARPLUG PRODUCTS   3:19-md-2885-MCR-GRJ
 7   LIABILITY LITIGATION,
 8
 9   This Document Relates
10   To:  Michael Cline
11   Case Number:  7:20cv48703-MCR-GRJ
12
13   Judge M. Casey Rodgers
14   Magistrate Judge Gary R. Jones
15   _____/
16   Zoom Deposition of
17            MICHAEL CLINE,
18   was taken on the 23rd day of February,
19   2022, from 2:06 p.m. to 5:24 p.m. before
20   Patricia Taylor, CCR, in and for the State
21   of Alabama, via Zoom.
22
23

```
 1              A P P E A R A N C E S
 2     FOR THE PLAINTIFF:
 3     LAW OFFICES OF PETER ANGELOS
 4     BY:  DEMETRIOS A. KARAS, ESQ. (VIA ZOOM)
 5     BY:  GARY IGNATOWSKI (VIA ZOOM)
 6     BY:  THOMAS KELLY (VIA ZOOM)
 7     BY:  ANDREW CANTOR (VIA ZOOM)
 8     200 West Pennsylvania Avenue
 9     Towson, Maryland 21204
10     410.426.3200
11
12     FOR THE DEFENDANTS:  3M
13     FOR THE DEFENDANT:
14     SEGAL, McCAMBRIDGE, SINGER & MAHONEY
15     BY:  CAMERON TURNER, ESQ. (VIA ZOOM)
16     200 East Las Olas, Suite 1820
17     Ft. Lauderdale, Florida 33301
18     954.765.1001
19
20
21     ALSO PRESENT
22          AKIL WADE, VIDEOGRAPHER (VIA ZOOM)
23          PATRICIA TAYLOR, CCR, COURT REPORTER
```

1           S T I P U L A T I O N
2           It is stipulated by and among the
3      parties hereto and their respective
4      attorneys at law that the deposition of
5      MICHAEL CLINE, shall be taken remotely
6      before Patricia Taylor, Certified Court
7      Reporter, Notary Public for the State at
8      Large, and that the said deposition shall
9      be taken in accordance with the provisions
10     of the applicable sections of the Federal
11     Rules of Civil Procedure.
12          It is further stipulated that all
13     notices provided for by said applicable
14     sections of the Federal Rules of Civil
15     Procedure are waived, as is the signing
16     and certification of said Patricia Taylor
17     and all other requirements and
18     technicalities of every sort regarding the
19     taking and filing of the deposition,
20     except as hereinafter set out:
21          All objections save as to the form
22     of questions asked are reserved until the
23     time of trial in accordance with the

Page 6

1  applicable provisions of the said Federal
2  Rules of Civil Procedure.
3       Further that the original transcript
4  will be delivered to Cameron Turner, Esq.,
5  as custodian, for filing should the Court
6  so direct.
7       It is further stipulated and agreed
8  that the witness hereto does waive his
9  right to read and sign said deposition as
10 provided for by said Federal Rules of
11 Civil Procedure.
12      I, Patricia Taylor, Commissioner and
13 Certified Court Reporter, certify that on
14 this date, as provided by the Federal
15 Rules of Civil Procedure and the foregoing
16 stipulation of counsel, there came
17 remotely before me via Zoom, on February
18 23, 2022, commencing at 2:06 p.m., MICHAEL
19 CLINE, witness in the above cause, for
20 oral examination, whereupon the following
21 proceedings were had:
22
23

1        WEDNESDAY; FEBRUARY 23, 2022; 2:06 P.M.
2                    - - -
3              THE VIDEOGRAPHER (VIA ZOOM):
4        Today's date is February 23rd,
5        2022, and the time is 2:06 p.m..
6             This will be the videotape
7        deposition of Michael Cline.
8             Would the counsels please
9        identify themselves for the
10       record, after which the court
11       reporter will swear in the
12       witness.
13             MR. TURNER (VIA ZOOM):
14       Cameron Turner on behalf of the
15       defendants.
16             MR. KARAS (VIA ZOOM):
17       Demetrios Karas from the Law
18       Offices of Peter Angelos on behalf
19       of the plaintiff, and the
20       surrogacy is Andy Cantor, Thomas
21       Kelly, Gary Ignatowski, Law
22       Offices of Peter Angelos.
23             THE COURT REPORTER (VIA ZOOM):

1           Do all counsel stipulate to the
2           swearing in of the witness
3           remotely?
4               MR. TURNER (VIA ZOOM):  Yes.
5               MR. KARAS (VIA ZOOM):  Yes.
6   (Whereupon,
7               MICHAEL CLINE,
8   having been first duly sworn, was examined
9   and testifies as follows, to-wit:)
10                  EXAMINATION
11  BY MR. TURNER (VIA ZOOM):
12      Q   Good morning, at least morning for
13  you, Mr. Cline.  How are you?
14      A   Good morning.  How are you?
15      Q   Good.  Thank you.  My name is Cameron
16  Turner, as you just heard.  And I will be
17  asking most of the questions today.  I
18  represent the defendants in your lawsuit.
19  Okay?
20      A   Okay.
21      Q   Your name for the record is Michael
22  Cline, C-L-I-N-E; is that right?
23      A   That is right.

Page 104

1    remember when I was sleeping that was loud or
2    anything like that.
3         Q   Okay.  When you were issued the combat
4    arms earplugs at Fort Benning in 2009, was
5    that the first time you had ever become aware
6    of them as a hearing protection device?
7         A   Excuse me.  Can you repeat that?
8         Q   Sure.  When you were issued the Combat
9    Arms Earplugs in 2009 at Fort Benning, was
10   that the first time you had ever become aware
11   of them as a hearing protection device?
12        A   Yes, sir.
13        Q   What was your understanding when they
14   were issued to you as to what their purpose
15   was?
16        A   To protect my hearing.
17        Q   Okay.  Do you recall -- give me one
18   second here?
19        A   Sure.
20        Q   Okay.  When you -- do you recall the
21   person, the name of the person, who first
22   issued the earplugs to you at Fort Benning?
23        A   No, sir.

Page 179

1              C E R T I F I C A T E.

2

3    STATE OF ALABAMA    )

4    COUNTY OF CONECUH   )

5

6         I hereby certify that the above and
7    foregoing transcript of proceedings was
8    taken down by me in machine shorthand, and
9    the questions and answers thereto were
10   transcribed by means of computer-aided
11   transcription, and that the foregoing
12   represents a true and correct transcript
13   of the proceedings given by said witness
14   upon said hearing.
15         I further certify that I am neither
16   of counsel nor of kin to the parties to
17   the action, nor am I in anywise interested
18   in the result of said cause.
19         I further certify that I am duly
20   licensed by the Alabama Board of Court
21   Reporting as a Certified Court Reporter as
22   evidenced by the ACCR number following my
23   name below.

Page 180

```
 1
 2
 3     [signature: Patricia L. Taylor, CCR]
 4     PATRICIA L. TAYLOR, CCR
 5     Alabama License:  CCR# 363
 6     Expires 9/30/22
 7     Commissioner for the
 8     State of Alabama at Large
 9     My Commission Expires:  12/31/2024
```