# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 5

     IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS
 6   LIABILITY LITIGATION
 7   Case No. 3:19-md-2885-MCR-GRJ      Judge M. Casey Rodgers
 8   This Document Relates to:          Magistrate Judge
 9     Nathan Frei                      Gary R. Jones
10       Case No.  7:20cv11506-MCR-GRJ
11
12   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
13
14
        REMOTE VIDEOTAPED DEPOSITION OF NATHAN FREI
15
16                    March 4, 2022
                  10:51 a.m. to 2:54 p.m.
17
              REPORTED BY ANITA KORNBURGER
18          REGISTERED PROFESSIONAL REPORTER
19
20
21   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
22
23
24
25
```

```
 1                 A P P E A R A N C E S
 2   BUTLER SNOW, LLP, by
     Mr. Edderek (Beau) Cole
 3   1020 Highland Colony Parkway, Suite 1400
     Ridgeland, MS  39157
 4   601-948-5711
     beau.cole@butlersnow.com
 5   Appearing by videoconference on behalf of the
     Defendants.
 6
     AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC, by
 7   Ms. Jennifer Hoekstra
     Ms. Chelsie Warner
 8   Ms. Samantha Katen
     17 East Main Street, Suite 200
 9   Pensacola, Florida 32502
     850) 202-1010
10   jhoekstra@awkolaw.com
     Appearing by videoconference on behalf of the
11   Plaintiff.
12   ALSO PRESENT:  Darren Guastella - Videographer
13
                          I N D E X
14
15   Examination by                            Page
16   Mr. Cole. . . . . . . . . . . . . . . . .5
17
18                       E X H I B I T S
19                                                Page
     Exhibit No.   Description                 Identified
20
         1        Notice of deposition. . . . . . . . 19
21
         2        Not properly identified. . . . . . .47
22
         3        Initial census form. . . . . . . . .49
23
         4        Responses to discovery requests. . .54
24
         5        Not properly identified. . . . . . .55
25
```

```
 1                TRANSCRIPT OF PROCEEDINGS
 2             THE VIDEOGRAPHER:  We are now on the
 3   record.  My name is Darren Gaustella.  I'm a
 4   videographer for Golkow Litigation Services.
 5   Today's date is March 4, 2022.  The time is
 6   approximately 10:51 a.m.
 7             This remote video deposition is
 8   being held in the matter of In Re 3M Combat Arms
 9   Earplugs Product Liability Litigation for the
10   United States District Court, Northern District of
11   Florida, Pensacola Division.
12             The deponent is Nathan Frei.
13             All parties to this deposition are
14   appearing remotely and have agreed to the witness
15   being sworn in remotely.  Due to the nature of
16   remote reporting, please pause briefly before
17   speaking to ensure all parties are heard
18   completely.
19             Counsel will please identify
20   themselves and who they represent after which the
21   court reporter, Anita Kornburger, will swear in the
22   witness and we may proceed.
23          MS. HOEKSTRA:  Jennifer Hoekstra for
24   plaintiff Nathan Frei.
25          MR. COLE:  This is Beau Cole appearing
```

```
 1   for the 3M defendants.
 2              NATHAN FREI, called as a witness
 3   herein, having been first duly sworn on oath, was
 4   examined and testified as follows:
 5                   E X A M I N A T I O N
 6   BY MR. COLE:
 7       Q.   Good morning, Mr. Frei.  We informally
 8   met just a few moments ago.  Again, my name is Beau
 9   Cole, and I'm here representing the 3M defendants
10   in a lawsuit that's been filed in the United States
11   District Court for the Northern District of
12   Florida, Pensacola Division.
13              I understand that you are a practicing
14   attorney in the state of Washington; is that
15   correct?
16       A.   It is.
17       Q.   Okay.  Well, I'm going to be giving you a
18   series of general admonitions as to how the
19   deposition is supposed to go, and I do that for the
20   purpose of making sure that we have a clean record,
21   not to insult your intelligence as a practicing
22   licensed attorney.  So please bear with me as we go
23   through this process.
24              MR. COLE:  Counsel, I assume we are
25   reserving all objections except as to form in
```

```
 1   course with the standing order in this case?
 2           MS. HOEKSTRA:  Correct.
 3           MR. COLE:  Okay.
 4   BY MR. COLE:
 5       Q.  Mr. Frei, could you please state your
 6   full name for the record, please?
 7       A.  Nathaniel John Frei.
 8       Q.  Mr. Frei, what is your date of birth?
 9       A.  ▬▬▬▬▬▬, 1987.
10       Q.  As we sit here today, how old does that
11   make you?
12       A.  34.
13       Q.  Have you ever gone by any other names or
14   any other aliases besides Nathaniel John Frei?
15       A.  Other than just Nathan to shorten it, no
16   other aliases.
17       Q.  What's your present address?
18       A.  1522 First Avenue West, Apartment 404,
19   Seattle, Washington 98119.
20       Q.  How long have you lived at that address?
21       A.  Just a couple of weeks.
22       Q.  What was your previous address?
23       A.  12300 31st Avenue Northeast, Apartment
24   306, Seattle, Washington 98125.
25       Q.  Prior to today's date have you ever had
```

 1      Q.   You provided testimony earlier you told
 2   me that you remember the basic timeframe that you
 3   used or that you believe you used the CAEv2 hearing
 4   protection devices.  What timeframe was that?
 5      A.   So similar to what I said before, I'm
 6   reasonably confident it was in June or July of 2010
 7   that I was issued it, but it's possible it was
 8   earlier in 2009.  Then I used -- that was my -- my
 9   only hearing protection that I brought to ranges
10   from 2010 to 2000 -- through 2012 into 2013, or
11   possibly '14.
12              I know that -- so that would be
13   the -- that would be somewhere in that range that I
14   used it.  I can't specifically remember when I
15   transitioned to exclusive use of the Sonic
16   Defenders.
17      Q.   With respect to any of the hearing
18   protection devices that you've identified in your
19   use of these weapon systems, which of those were
20   issued by the military?
21      A.   For all the hearing protection?
22      Q.   Yes, sir.  I guess a better way for me to
23   ask the question would be are any of the hearing
24   devices -- hearing protection devices that you've
25   identified as being used during your time of

```
 1                      CERTIFICATE

 2

 3            I, ANITA KORNBURGER, Registered

 4       Professional Reporter, do hereby certify that

 5       the preceding deposition was recorded by me and

 6       reduced to writing under my personal direction.

 7            I further certify that said deposition was

 8       taken remotely, with all parties appearing by

 9       videoconference, on March 4, 2022, commencing

10       at 10:51 a.m. and concluding at 2:54 p.m.

11            I further certify that I am not a relative

12       or employee or attorney or counsel of any of

13       the parties, or a relative or employee of such

14       attorney or counsel, or financially interested

15       directly or indirectly in this action.

16

17

18

19

20       _____
         ANITA KORNBURGER, RPR
21
         WA# 20107131
22
     Expires:  July 30, 2023.
23

24

25  Dated: March 14, 2022
```