# EXHIBIT H

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                   PENSACOLA DIVISION
 4   IN RE: 3M COMBAT ARMS)Case No.:
 5   EARPLUG PRODUCT       )3:19-md-2885-MCR-GRJ
 6   LIABILITY LITIGATION )
 7   This Document Relates)Judge M. Casey Rodgers
 8   to:                   )Magistrate Judge
 9   Barry James Musselman)Gary R. Jones
10   Case No.:             )
11   7:20cv22842-MCR-GRJ   )
12
13                     DEPOSITION OF
14              BARRY JAMES MUSSELMAN, JR.
15
16         Taken via Zoom on the 10th day of
17   February, 2022, at 8:59 a.m.
18
19
20
21
22
23
24
25   Court Reporter: Karen Smith
```

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF, BARRY JAMES
 4   MUSSELMAN, JR.:
 5       Daryl Douglas, Esq.
 6       Wagstaff Cartmell, LLP
 7       4740 Grand Avenue, Suite 300
 8       Kansas City, MO 64112
 9       ddouglas@wcllp.com
10
11   ON BEHALF OF THE DEFENDANT, 3M:
12       Kristina Allen Reliford, Esq.
13       Bradley Arant Boult Cummings, LLP
14       1600 Division Street, Suite 700
15       Nashville, TN 37203
16       kreliford@bradley.com
17
18   ALSO PRESENT:
19       Josh Coleman, Videographer
20
21
22
23
24
25
```

1  VIDEOGRAPHER:  We are now on the
2  record.  My name is Josh Coleman.  I'm the
3  videographer for Golkow Litigation Services.
4  Today's date is February 10th, 2022, and the
5  time is approximately 8:59 a.m. Eastern
6  Time.  This remote video deposition is being
7  held in the matter of In Re: 3M Combat Arms
8  Earplug product liability litigation in
9  relations -- in relation to James Musselman
10 for the United States District Court,
11 Northern District of Florida, Pensacola
12 Division.  The deponent is Barry James
13 Musselman.
14       All parties to this deposition
15 are appearing remotely and have agreed to
16 the witness being sworn in remotely.  Due to
17 the nature of remote reporting, please pause
18 briefly before speaking to ensure that all
19 parties are heard completely.
20       Will counsel now please identify
21 themselves?
22       MR. DOUGLAS:  Daryl Douglas on
23 behalf of plaintiff, Barry Musselman.
24       MS. RELIFORD:  Kris Reliford from
25 the law firm of Bradley Arant Boult

1  Cummings, counsel for 3M, defendants.
2          VIDEOGRAPHER:  And our court
3  reporter is Karen Smith who will now swear
4  in the witness.
5          MR. DOUGLAS:  Before we swear in,
6  I just wanted to let everybody know -- we go
7  -- I'll wait until we get on the record.  Go
8  ahead.
9          BARRY JAMES MUSSELMAN, JR.,
10 being first duly sworn, was examined and
11 testified as follows:
12         MR. DOUGLAS:  Kris, I just wanted
13 to let you...
14         MS. RELIFORD:  We can't hear you,
15 Daryl.  You went out briefly.
16         MR. DOUGLAS:  Can everybody hear
17 me now?
18         MS. RELIFORD:  Yeah.
19         MR. DOUGLAS:  Okay.  I wanted to
20 let you know we're trying to work off this
21 Jabra speaker because it helps Barry hear,
22 but if it gets to be too much of a problem,
23 we will figure something else out.  Can you
24 hear me?
25         MS. RELIFORD:  Yeah.  It kind of

```
 1   goes in and out a little bit but I think we
 2   can hear you okay.
 3              Karen, is it okay for you?
 4              MR. DOUGLAS:  I don't plan to say
 5   a whole lot.  Okay.
 6                    EXAMINATION
 7   BY MS. RELIFORD:
 8   Q         Okay.  Good morning,
 9   Mr. Musselman.
10   A         Good morning.
11   Q         My name is Kris Reliford and like
12   I just mentioned, I'm with the law firm
13   Bradley Arant Boult Cummings, LLP, and we
14   represent 3M in this matter.
15              Can you please state your full
16   name and date of birth for the record?
17   A         Barry James Musselman Jr.,
18   ███/78.
19   Q         Okay.  Thank you.  And have you
20   ever had your deposition taken before?
21   A         No.
22   Q         Okay.  And just to verify, can
23   you hear me okay?
24   A         Yes.
25   Q         Okay.  So, Mr. Musselman, do you
```

Case 3:19-md-02885-MCR-HTC Document 3594-8 Filed 11/23/22 Page 7 of 8
Barry James Musselman Jr.

```
 1  you used the Combat Arms Earplugs?
 2          MR. DOUGLAS:  Version 2, right?
 3          MS. RELIFORD:  I'm sorry?
 4          MR. DOUGLAS:  Are you talking
 5  about the Version 2?
 6          MS. RELIFORD: Yes.  Whenever I
 7  say, Combat Arms Earplugs, we're going --
 8  I'm speaking about Version 2 unless I say
 9  Version 4 or Version 3.  So I'll ask it
10  again.
11  Q       (By Ms. Reliford) When was the
12  first time you used the Combat Arms
13  Earplugs?
14  A       Basic training.
15  Q       Basic training?  Okay.  And that
16  was in Fort Benning you mentioned?
17  A       Yes.
18  Q       And that would have been sometime
19  after September 2008 for those 32 weeks,
20  correct?
21  A       Yes.
22  Q       When was the last time you used
23  the Combat Arms Earplugs?
24  A       Well, right before I deployed to
25  second deployment -- the second deployment,
```

```
 1                C E R T I F I C A T E
 2
 3            I hereby certify that the above
 4   and foregoing deposition was taken down
 5   by me in stenotype, and the questions and
 6   answers thereto were reduced to computer
 7   print under my supervision, and that the
 8   foregoing represents a true and correct
 9   transcript of the deposition given by
10   said witness upon said hearing.
11
12            I further certify that I am
13   neither of counsel nor of kin to the
14   parties to the action, nor am I in
15   anywise interested in the result of said
16   cause.
17
18       _____Karen Smith_____
             Karen Smith, Commissioner
19
20
21
22
23
24
25
```