# EXHIBIT I

```
 1            UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF FLORIDA
 3                  PENSACOLA DIVISION
 4    IN RE: 3M COMBAT ARMS)Case No.:
 5    EARPLUG PRODUCT       )3:19-md-2885-MCR-GRJ
 6    LIABILITY LITIGATION )
 7                          )
 8    This Document Relates)Judge M. Casey Rodgers
 9    to:                   )Magistrate Judge
10    Justin Northern       )Gary R. Jones
11    Case No.:             )
12    7:20cv64557-MCR-GRJ   )
13
14                    DEPOSITION OF
15                   JUSTIN NORTHERN
16
17        Taken via Zoom on the 22nd day of
18    February, 2022, at 10:16 a.m.
19
20
21
22
23    Court Reporter: Karen Smith
```

```
 1            A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF, JUSTIN NORTHERN:
 4       Kathryn Couey, Esq.
 5       Keller Lenkner
 6       150 North Riverside Plaza, Suite 4100
 7       Chicago, IL 60606
 8
 9   ON BEHALF OF THE DEFENDANT, 3M:
10       Paul Motz, Esq.
11       Segal McCambridge Singer & Mahoney
12       233 South Wacker Drive, Suite 5500
13       Chicago, IL 60606
14
15   ALSO PRESENT:
16       Ben Jones, Videographer
17
18
19
20
21
22
23
```

1        VIDEOGRAPHER:  Today's date is
2   February 22nd, 2022, and the time is
3   10:16 a.m. Eastern.  This will be the remote
4   video deposition of Justin Northern.
5        Will counsel please identify
6   themselves for the record and state any
7   objection to the witness being sworn
8   remotely.
9        MS. COUEY:  Kathryn Couey from
10  Keller Lenkner on behalf of plaintiff Justin
11  Northern.
12       MR. MOTZ:  Paul Motz on behalf of
13  the defendants.
14       VIDEOGRAPHER:  Would the court
15  reporter please swear in the witness?
16            JUSTIN NORTHERN,
17  being first duly sworn, was examined and
18  testified as follows:
19              EXAMINATION
20  BY MR. MOTZ:
21  Q       Good morning, Mr. Northern, my
22  name is Paul Motz.  I represent the
23  defendants in this matter, as I introduced

```
 1   we addressed pretty much all -- if not --
 2   strike that.
 3              Have we addressed all of the
 4   various noise exposures that you've had
 5   during your time as a Marine?
 6   A        Yeah.
 7              MS. COUEY:  Objection to form.
 8   A        Yeah.  I think so, yeah.
 9   Vehicles, yeah, airplanes, helicopters,
10   guns.  Yeah.
11   Q        (By Mr. Motz) And is it your
12   testimony you were wearing hearing
13   protection each time you were exposed to
14   these loud noises?
15   A        Yes.
16   Q        Did you ever purchase the Combat
17   Arms Earplugs?
18   A        No.
19   Q        Do you remember the date that you
20   first received the Combat Arms Earplugs?
21   A        I don't.
22   Q        Is it fair to say sometime either
23   late 2011 or early 2012 after you got out of
```

Page 144

1  basic?
2  A        Basic was done in October.  I
3  didn't start training SOI until like late
4  December.  So, yeah.  Yeah.  Late '11, early
5  '12.
6  Q        Okay.  And when was the last time
7  you used the Combat Arms Earplugs?
8  A        2000 -- yeah, '15 after -- in
9  Japan was the last place I would have used
10 them.
11 Q        So from 2011 to 2015, did you see
12 any statements or advertisements that
13 related to the Combat Arms Earplugs?
14 A        No.
15 Q        And fair to say you can't -- if
16 you didn't see anything, you can't say
17 something was true or not true, right?
18          MS. COUEY:  Objection to form.
19 A        If I didn't see it I couldn't
20 say -- ask it again.  I didn't --
21 Q        (By Mr. Motz) Sure.  If you
22 haven't seen something, you can't -- you
23 can't form an opinion about whether or not

1     C E R T I F I C A T E

2

3          I hereby certify that the above

4     and foregoing deposition was taken down

5     by me in stenotype, and the questions and

6     answers thereto were reduced to computer

7     print under my supervision, and that the

8     foregoing represents a true and correct

9     transcript of the deposition given by

10    said witness upon said hearing.

11

12         I further certify that I am

13    neither of counsel nor of kin to the

14    parties to the action, nor am I in

15    anywise interested in the result of said

16    cause.

17    *Karen Smith* (signature)

18         Karen Smith, Commissioner

19

20

21

22

23