# EXHIBIT J

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF FLORIDA

 3                 PENSACOLA DIVISION

 4   IN RE: 3M COMBAT ARMS)Case No.:

 5   EARPLUG PRODUCT      )3:19-md-2885-MCR-GRJ

 6   LIABILITY LITIGATION )

 7                        )

 8   This Document Relates)Judge M. Casey Rodgers

 9   to:                  )Magistrate Judge

10   Gloria E. Panaitov   )Gary R. Jones

11   Case No.:            )

12   7:20cv12722-MCR-GRJ  )

13

14              DEPOSITION OF

15           GLORIA E. PANIATOV

16

17       Taken via Zoom on the 11th day of

18   February, 2022, at 9:05 a.m.

19

20

21

22

23

24

25   Court Reporter: Karen Smith
```

Gloria E. Panaitov

```
 1            A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF, GLORIA E.

 4   PANAITOV:

 5       Douglass A. Kreiss, Esq.

 6       Aylstock Witkin Kreis Overholtz PLLC

 7       17 East Main Street, Suite 200

 8       Pensacola, FL 32502

 9       dkreis@awkolaw.com

10

11   ON BEHALF OF THE DEFENDANT, 3M:

12       Sherrie Armstrong Davis, Esq.

13       Thomas Combs & Spann PLLC

14       P.O. Box 3824

15       Charleston, WV 25338

16       sarmstrongdavis@tcspllc.com

17

18   ALSO PRESENT:

19       Josh Coleman, Videographer

20

21

22

23

24

25
```

1            VIDEOGRAPHER:  We are now on the

2    record.  My name is Josh Coleman.  I am the

3    videographer for Golkow Litigation Services.

4    Today's date is February 11th, 2022, and the

5    time is approximately 9:05 a.m.

6            This remote video deposition is

7    being held in the matter of In Re: 3M Combat

8    Arms Earplug Products Liability Litigation

9    in relation to Gloria Panaitov for the

10    United States District Court, Northern

11    District of Florida, Pensacola Division.

12    The deponent is Gloria Panaitov.

13            All parties to this deposition

14    are appearing remotely and have agreed to

15    the witness being sworn in remotely.  Due to

16    the nature of remote reporting, please pause

17    briefly before speaking to ensure that all

18    parties are heard completely.

19            Will counsel now please identify

20    themselves for the record?

21            MS. DAVIS:  Sherrie Armstrong

22    Davis with Thomas Combs & Spann for the

23    defendants.

24            MR. KREIS:  Doug Kreis with

25    Aylstock, Witkin, Kreis & Overholtz for

1   plaintiff, Ms. Panaitov.

2           VIDEOGRAPHER:  And the court

3   reporter is Karen Smith, who will now swear

4   in the witness.

5               GLORIA E. PANAITOV,

6   being first duly sworn, was examined and

7   testified as follows:

8                  EXAMINATION

9   BY MS. DAVIS:

10  Q       Good morning, Ms. Panaitov.

11  A       Good morning.

12  Q       Can you please give me your full

13  name?

14  A       Gloria Elizabeth Panaitov.

15  Q       And what is your date of birth?

16  A       ███████  1987.

17  Q       Have you ever had your deposition

18  taken before?

19  A       No.

20  Q       Do you understand that your

21  answers today are given as if you were in a

22  court of law under oath?

23  A       Yes, ma'am.

24  Q       Do you understand that you must

25  therefore answer my questions as truthfully

1    your attention to interrogatory number 3

2    on -- it starts on page 6 and goes to page

3    7.  If you'd take a second to read that, and

4    then I have some questions for you.

5    A        Okay.

6    Q        You were first issued Combat Arms

7    earplugs at Fort Carson; is that right?

8    A        Yes, ma'am.

9    Q        And the Combat Arms earplugs were

10   issued at Fort Carson in the fall of 2009?

11   A        Yes, ma'am.

12   Q        And you used Combat Arms earplugs

13   from the fall of 2009 until the summer

14   of 2010?

15   A        Yes, ma'am.

16   Q        If you would take look at

17   Exhibit 3.  These are your responses to 3M's

18   second set of interrogatories.  And they are

19   dated, based on the first page, February 7

20   of 2021?

21                (Exhibit Number

22                   3 was marked

23                for identification.)

24   A        Okay.

25   Q        That may have been a typo.  It

Gloria E. Panaitov

```
1                C E R T I F I C A T E

2

3          I hereby certify that the above

4    and foregoing deposition was taken down

5    by me in stenotype, and the questions and

6    answers thereto were reduced to computer

7    print under my supervision, and that the

8    foregoing represents a true and correct

9    transcript of the deposition given by

10   said witness upon said hearing.

11

12         I further certify that I am

13   neither of counsel nor of kin to the

14   parties to the action, nor am I in

15   anywise interested in the result of said

16   cause.

17

18   _____
          Karen Smith, Commissioner

19

20

21

22

23

24

25
```