# EXHIBIT K

00001

2                                          Pages:  1-135

3                                          Exhibits:  1-8

4

5             UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF FLORIDA

7                  PENSACOLA DIVISION

8    IN RE: 3M COMBAT ARMS      )    Case No.

9    EARPLUG PRODUCTS           )    3:19-md-2885-MCR-GRJ

10   LIABILITY LITIGATION       )

11                              )    Judge M. Casey Rodgers

12   This Document Relates to:  )

13    Jonathan S. Shenian       )    Magistrate Judge

14                              )    Gary R. Jones

15    Case No:                  )

16    7:20cv20925-MCR-GRJ       )

17

18                  February 16, 2022

19

20       Remote videotaped deposition of Jonathan S.

21   Shenian, Jr., conducted at the location of the

22   witness in Sutton, Massachusetts, commencing at 9:59

23   a.m., on the above date, before Justina M.

24   Pettinelli, RDR/CRR and Notary Public.

25

```
 1      A P P E A R A N C E S (all via videoconference):

 2

 3          CLARK, LOVE & HUTSON, PLLC

 4          By Christopher Moore, Esq.

 5          440 Louisiana Street, Suite 1700

 6          Houston, Texas   77002

 7          (713) 757-1400    cmoore@triallawfirm.com

 8          On behalf of the Plaintiff

 9

10          BUTLER SNOW LLP

11          By Michael B. Hewes, Esq.

12          1300 25th Avenue, Suite 204

13          Gulfport, Mississippi  39501

14          (228) 864-1170   michael.hewes@butlersnow.com

15          On behalf of 3M Company; 3M Occupational

16          Safety LLC; Aearo Technologies LLC,

17          Aearo Holding LLC, Aearo Intermediate LLC

18          and Aearo LLC

19

20          Also Present:  Robert Martignetti, Videographer

21

22

23

24

25
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2              THE VIDEOGRAPHER:  We are now on the
 3     record.  My name is Robert Martignetti.  I'm a
 4     videographer for Golkow Litigation Services.
 5     Today's date is February 16th, 2022, and the time is
 6     9:59 a.m.
 7              This remote video deposition is being
 8     held in re:  3M Combat Arms Earplugs Products
 9     Liability Litigation.  The deponent is Jonathan
10     Shenian.
11              Counsel will be noted on the
12     stenographic record.  All parties are appearing
13     remotely and have agreed to the witness being sworn
14     in remotely.  Due to the nature of remote reporting,
15     please pause briefly before speaking to ensure all
16     parties are heard completely.
17              Counsel will be noted on the
18     stenographic record.  The court reporter is Justina
19     Pettinelli and will now swear in the witness.
20                        ------------
21         JONATHAN S. SHENIAN, JR., sworn/affirmed
22                        ------------
23            EXAMINATION BY COUNSEL FOR 3M
24     BY MR. HEWES:
25         Q.  Good morning, Mr. Shenian.
```

1    A.   The green on -- the earplugs that are green
2    on one side, yellow on the other that I was issued
3    when I first joined the Army.  The green side was
4    supposed to be full hearing protection, I believe;
5    and the yellow side had a hole in them so that you
6    could hear voices in close proximity and you had an
7    easier time hearing the people around you.
8         Q.   You testified these are the ones you
9    received when you first entered the Army.  Your
10   discovery responses, which we'll go through in a
11   minute, Mr. Shenian, say you received these when you
12   were deployed to Korea in 2008; is that correct?
13        A.   Correct.
14        Q.   And where did you go to basic training?
15        A.   Fort Benning, Georgia.
16        Q.   At Fort Benning, did you receive a different
17   type of earplugs when you were on the range at Fort
18   Benning?
19        A.   I don't recall 100 percent, but I believe
20   that I received the same ones.
21        Q.   Okay.  I'll ask you about that in a minute
22   based on your discovery responses.  Let me ask you
23   this, I'm going to show you some different earplugs,
24   hearing protection devices.  I'm going to ask you if
25   you were ever issued any of these.  Okay?

```
 1                      CERTIFICATE

 2          I, Justina M. Pettinelli, Registered

 3     Diplomate Reporter, Certified Realtime Reporter, do

 4     hereby certify that prior to the commencement of the

 5     examination, Jonathan S. Shenian, Jr., was duly

 6     remotely sworn/affirmed by me to testify to the

 7     truth, the whole truth and nothing but the truth.

 8          I DO FURTHER CERTIFY that the foregoing is a

 9     verbatim transcript of the testimony as taken

10     stenographically by me at the time, place and on the

11     date hereinbefore set forth to the best of my

12     ability.

13          I DO FURTHER CERTIFY that I am neither a

14     relative nor employee nor attorney or counsel of any

15     of the parties to this action and that I am neither

16     a relative nor employee of such attorney or counsel

17     and that I am not financially interested in the

18     outcome of this action.

19

20                      Notary Public in and for

21                      The Commonwealth of Massachusetts

22

23     My commission expires:

24     December 9, 2027

25
```