# EXHIBIT M

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF FLORIDA

3                  PENSACOLA DIVISION

4

5

6

7      CASE NO.:   3:19-md-02885

8

9      Judge M. Casey Rodgers

10     Magistrate Judge Gary R. Jones

11

12     IN RE: 3M COMBAT ARMS EARPLUG

13     PRODUCTS LIABILITY LITIGATION

14

15     This Document Relates To:

16     Misael Torres Mantilla

17     Case No.:   8:20-cv-31071-MCR-GRJ

18

19

20        VIDEOTAPED REMOTE VIDEOCONFERENCE

21            DEPOSITION TESTIMONY OF:

22              MISAEL MANTILLA

23              February 11, 2022

Page 2

```
1        APPEARANCES
2   (Appearances via remote videoconference)
3
4   FOR THE PLAINTIFFS:
5
6   Jonathan A. McNamara, Esq.
7   ABRAHAM WATKINS NICHOLS SORREL AGOSTO
8   AZIZ STOGNER
9   800 Commerce Street
10  Houston, Texas  77002
11
12
13  FOR THE DEFENDANTS:
14
15  Brenton Rogers, Esq.
16  Kelsey Shaw, Esq.
17  KIRKLAND & ELLIS
18  300 North LaSalle
19  Chicago, Illinois  60654
20  brenton.rogers@kirkland.com
21
22
23
```

Page 4

```
1            INDEX
2
3   EXAMINATION BY:              PAGE NO.
4   Mr. Rogers                 6
5
6
7
8
9            EXHIBITS
10
11  Exhibit 1  Census Form              13
12  Exhibit 2  Plaintiff Answers To First  34
13      Set of Interrogatories
14  Exhibit 3  Photograph, earplugs       73
15
16
17
18
19
20
21
22
23
```

Page 3

```
1   A P P E A R A N C E S (continued)
2
3   ALSO PRESENT:
4
5   John Badgley, videographer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 5

```
1        I, Lane C. Butler, a Court
2   Reporter and Notary Public, State of
3   Alabama at Large, acting as Notary,
4   certify that on this date, pursuant to
5   the Federal Rules of Civil Procedure,
6   there came before me via remote
7   videoconference from Coppers Cove, Texas,
8   commencing at approximately 9:16 a.m.
9   Central, on the 11th day of February,
10  2022, MISAEL MANTILLA, witness in the
11  above cause, for oral examination,
12  whereupon the following proceedings were
13  had:
14
15        THE VIDEOGRAPHER:  Good morning.
16  We're on the record at 9:16 on Friday,
17  February 11th, 2022.  This begins Media
18  Unit 1 in the videorecorded deposition of
19  Misael Mantilla in the matter of 3M
20  Combat Arms Earplug Products Liability
21  Litigation.
22        Will counsel identify yourselves
23  and state whom you represent.
```

2 (Pages 2 - 5)

Page 6

1    MR. ROGERS:  Hi.  This is Brent
2  Rogers, and Kelsey Shaw is with me.  We
3  represent the defendants.
4    MR. McNAMARA:  Jonathan Addis
5  McNamara with the law office of Abraham
6  Walker, representing the plaintiff,
7  Misael Torres Mantilla.
8    THE VIDEOGRAPHER:  Will the
9  court reporter please swear in the
10  witness.
11
12
13    MISAEL TORRES MANTILLA,,
14    having first been duly sworn,
15  was examined and testified as follows:
16
17  EXAMINATION BY MR. ROGERS:
18    Q.  Good morning, sir.  How are you?
19    A.  I'm doing fine.  How about
20  yourself?
21    Q.  Good.  Good.  I introduced
22  myself off the record, but my name is
23  Brent Rogers, and I represent the

Page 7

1  defendants in this case.
2    Have you ever had your
3  deposition taken before?
4    A.  No, I have not.
5    Q.  So the number one rule for you
6  today is, if I ask a question that you
7  don't understand, will you let me know so
8  I can rephrase it for you?
9    A.  Yes, sir.
10    Q.  Okay.  And if you do answer a
11  question that I ask, I'm going to assume
12  that you understood it.  Is that fair?
13    A.  Say again?
14    Q.  If you answer a question I ask,
15  I'm going to assume that you understood
16  the question.  Is that fair?
17    A.  Yes, sir.
18    Q.  Are you taking any medications
19  today that might impact your ability to
20  testify truthfully?
21    A.  No, I'm not.
22    Q.  Do you currently take any
23  prescription medications?

Page 8

1    A.  No, currently.
2    Q.  Are you wearing a hearing aid
3  today?
4    A.  Yes, I am.
5    Q.  Okay.  In both ears or just one
6  ear?
7    A.  Just the left ear.
8    Q.  How often do you wear that
9  hearing aid?
10    A.  Pretty much every day.  I just
11  take it off to sleep.
12    Q.  And we'll talk a little bit more
13  about the hearing aid later.  But when
14  were you first issued that hearing aid?
15    A.  Say again?
16    Q.  When did you first receive a
17  hearing aid?
18    A.  It was on -- if I remember
19  correctly, it was on 2013, maybe 2012.  I
20  was still in service.  And they issued it
21  to me at Fort Riley, Kansas.
22    Q.  And are you using the same
23  hearing aid today that you were

Page 9

1  originally issued, or have you gotten a
2  new one?
3    A.  I got a newer one from Temple VA
4  when I went to the -- to the hearing
5  clinic, and they issued me a newer one.
6    Q.  When was that?
7    A.  Oh, wow.  To the best of my
8  knowledge, it's either 2017 or 2018.  I'm
9  not quite certain.
10    Q.  Okay.  Well, we'll talk a little
11  bit more about the hearing aids later, as
12  I said.  You understand that one of the
13  things we're here to talk about today is
14  an earplug called the Combat Arms
15  earplug?  Have you heard of that before?
16    A.  Say again?
17    Q.  You understand we're here to
18  talk about the Combat Arms earplug?
19    A.  Yes.
20    Q.  And is that what you call it,
21  the Combat Arms earplug, or do you call
22  it the CAEv2?
23    A.  At least, I mean, when we got it

3 (Pages 6 - 9)

Page 10

1   issued, we just pretty much just called
2   it, whatchamacallit, the not earplugs, we
3   don't call it earplugs.  We call it --
4   uh, man.  Pretty much it's just hearing
5   protection, just use your hearing
6   protection that you got issued.
7       Q.  If I refer today to the Combat
8   Arms earplug or the CAEv2, will you
9   understand what I'm talking about?
10      A.  Yes, sir.
11      Q.  Okay.  Do you still own a pair
12  of Combat Arms earplugs?
13      A.  I do.
14      Q.  Do you have them with you today?
15      A.  I did -- it's in my other room.
16  I can step out and get it real quick if
17  you need me to grab them.
18      Q.  Okay.
19          MR. ROGERS:  Jonathan, we're
20  just going to ask that those earplugs be
21  preserved.  If he can send them to you,
22  that will be great.
23          MR. McNAMARA:  Okay.

Page 11

1       Q.  Okay.  Do you have any other
2   pairs of earplugs in your possession
3   besides the Combat Arms?
4       A.  No, not currently, no.
5       Q.  Okay.  So on a break, sir, I
6   will ask you to go get those earplugs,
7   and we can show them on the video, and
8   then I'm going to ask you to send those
9   to your lawyer.
10      A.  Okay.
11      Q.  Did you bring anything else with
12  you today, any documents or anything like
13  that?
14      A.  No.  No, sir.
15      Q.  Have you looked for any
16  documents that you might have that relate
17  to the Combat Arms earplug?
18      A.  Which -- like what type of
19  documents?
20      Q.  Yeah.  Any kind of documents.
21  Do you have any materials, any marketing
22  materials, any instructions, anything
23  relating to the Combat Arms earplug?

Page 12

1       A.  The only thing that I used to
2   have when I was in service, pretty much,
3   what it came with the -- with the -- in
4   the package of the earplugs.  That's
5   pretty much it that I currently owned.
6       Q.  Okay.  Do you still have that?
7       A.  I don't -- I'm not quite
8   certain.  I don't think so.
9       Q.  Okay.
10      A.  I can -- I can look during the
11  break once I'm looking for the -- for the
12  earplugs.  If I find something, I'll
13  bring it with me, but I don't think I do.
14      Q.  Yeah, I would appreciate it if
15  you would do that on break.  Please bring
16  the earplugs with you, and then, if you
17  -- if you have any materials relating to
18  the earplugs, bring those too.
19      A.  Okay.
20      Q.  Okay?  All right.
21          MR. ROGERS:  Kelsey, let's go
22  ahead and mark tab 1 as Exhibit 1.  And
23  then, Kelsey, are you able to share the

Page 13

1   exhibit on the screen?
2           MS. SHAW:  Will be, yes.  I'm
3   just having a buffering issue at the
4   moment, but we're getting there.
5       Q.  Okay.  Sir, can you see the
6   exhibit up on your screen now?
7   (Exhibit 1 was marked for identification
8   and is attached.)
9       A.  Yes.  I'm seeing it right now.
10      Q.  Okay.  So this is entitled
11  "Exhibit B, Unfiled Case Census Form,
12  Initial Census Questions."  Do you see
13  that?
14      A.  Uh-huh.
15      Q.  And there's your name under the
16  claimant name.  Right?
17      A.  Correct.
18      Q.  Do you recognize this document?
19      (Witness reviews document.)
20      A.  I really can't say yes or no.  I
21  don't know.
22      Q.  Okay.
23      A.  I don't know if I've seen that

4 (Pages 10 - 13)

Page 14

1    before.
2        Q.   Sure.  Let's scroll down a
3    little.  And then we'll go to the end of
4    the document.  There's a declaration
5    there.  And I'll just read it to you.
6            It says:  "I declare under
7    penalty of perjury pursuant to 28 USC
8    Section 1746 that all the information
9    provided in response to these Initial
10   Census Questions is true and correct to
11   the best of my knowledge, information and
12   belief formed after a reasonable inquiry.
13   I understand that I am under an
14   obligation to supplement these
15   responses."
16           Did I read that correctly?
17       A.   Yes, sir.
18       Q.   And your signature below that,
19   dated December 1st, 2019.  Right?
20       A.   Uh-huh.
21       Q.   So, did you -- I'm sorry.  Was
22   that a yes?
23       A.   Sorry.  Yes.

Page 15

1        Q.   Okay.  Yeah.  "Uh-huhs" and
2    "huh-uhs" don't really show up on the
3    transcript, so every once in a while I
4    may remind you to give a "yes" or a "no"
5    answer.
6        A.   Yes, sir.
7        Q.   So, did you review these
8    responses to the initial census questions
9    and confirm that they were correct before
10   you signed this declaration?
11       A.   Yes, sir.  I just didn't
12   remember.  I mean, it was 2019, so I
13   didn't remember.  But I'm pretty sure
14   this is when I first filed, I believe.
15   Right?
16       Q.   That's correct.  Yeah.  And I
17   didn't mean to imply anything otherwise.
18       A.   Yes, sir.  Yeah, I understand.
19   Yes, I read and signed them all.
20       Q.   Okay.  So I have a few questions
21   about the answers in this -- these
22   responses.  Let's take a look first at
23   the dates of service.  On the first page

Page 16

1    of Exhibit 1, there was a question that
2    asked you to identify each branch that
3    you served in.  Do you see that?
4        A.   Yes, sir.
5        Q.   And you said you served in the
6    Army from September 3rd, 2008 to October
7    22nd, 2014.  Right?
8        A.   That's correct, yes.
9        Q.   Okay.  Are those -- are those
10   dates still correct, to the best of your
11   knowledge?
12       A.   Yes, sir.
13       Q.   Okay.  And then if we go to the
14   next page, there's a question that asks
15   you to identify your duty stations
16   between 2000 and the present.  You see
17   that?
18       A.   Yes, sir.
19       Q.   And you identified Fort Riley,
20   Kansas, as your duty station?
21       A.   That's correct.
22       Q.   Yeah.  Did you have other duty
23   stations besides Fort Riley, Kansas?

Page 17

1        A.   I stopped on different bases,
2    but my duty station itself was Fort
3    Riley, and besides Fort Riley, I didn't
4    go anywhere else.
5        Q.   Okay.  Were you -- were you
6    stationed at one point in Puerto Rico or
7    no?
8        A.   No.  That is a MEPS station.
9    That's when you pretty much just do your
10   contract and join the Army.
11       Q.   Okay.  So you were living in
12   Puerto Rico, and you signed your contract
13   to join the Army in 2008, then?
14       A.   That's correct yes.
15       Q.   Okay.  And then, were you
16   transferred for a brief period of time to
17   Fort Sill in Oklahoma?
18       A.   That is correct.
19       Q.   And that was also in 2008 right
20   after you joined the Army?  Is that
21   right?
22       A.   That's correct, yes.  That was
23   my first stop after I left Puerto Rico.

5 (Pages 14 - 17)

Page 34

1  please.
2     Q.  Okay.  Do you see Exhibit No. 2
3  up on your screen, sir?
4  (Exhibit 2 was marked for identification
5  and is attached.)
6     A.  Yes, I do.
7     Q.  Okay.  These are some responses
8  and objections that you sent to us in
9  response to some interrogatories, just
10  some questions that we asked you.  Are
11  you familiar with this document?
12     A.  Yes, I am.
13     Q.  Okay.
14        MR. ROGERS:  So let's turn to
15  the last page, Kelsey.
16     Q.  And do you see here, sir, that
17  again you signed and verified these
18  interrogatory responses under penalty of
19  perjury?
20     A.  Yes, sir.
21     Q.  Okay.  Are the -- and this --
22  you signed these in January of this year.
23  Right?

Page 35

1     A.  I believe so, yes, sir.
2     Q.  Looks like you executed them on
3  New Year's Day.
4     A.  Yes, sir.
5     Q.  Are the responses in these
6  interrogatories true and correct to the
7  best of your knowledge?
8     A.  Yes, sir.
9        MR. ROGERS:  All right.  Let's
10  take a look at Interrogatory No. 3,
11  Kelsey.
12     Q.  And you see there in
13  Interrogatory No. 3, we asked you to
14  describe how you acquired each pair of
15  the CAEv2, that's the Combat Arms, that
16  you were issued?  Right?
17     A.  Yes, sir.
18     Q.  And if you go down to the second
19  paragraph of the answer, you see that it
20  says, among other things, "Plaintiff
21  recalls being issued CAEv2 for the first
22  time in approximately 2008 at Lackland
23  military base in Texas."  Right?

Page 36

1     A.  Correct.
2     Q.  Okay.  So, can you describe for
3  me how you received the Combat Arms
4  earplug in 2008?
5     A.  Well, when you -- when I got to
6  Fort Sill, that was my first stop, they
7  don't usually issue you -- issue the CAV
8  -- CAEv2s until you get to your basic
9  training.  Because when you're in
10  in-processing, what they give you is your
11  PT uniforms, your -- what uniforms are
12  used back then?  The -- oh, gosh.  The
13  ACUs and stuff like that, your boots and
14  among other things.  When they first
15  issue you your CAEv2s will be Fort
16  Jackson, that would have been in 2009,
17  when you start doing your basic training.
18  So you go through -- it's a building,
19  it's run by civilians.  You pretty much
20  just go in a line, and from there on they
21  got a list.  And pretty much, they just
22  give it to you, "Here, this is what you
23  need," and touch it on it, then move

Page 37

1  forward.  And then you get your boots,
2  and you get your other things, and then
3  move down.  It's a, like, big building
4  where they got everything in there.
5     Q.  Okay.  So, did you actually
6  receive the CAEv2, the earplugs, at Fort
7  Jackson, then?
8     A.  I'm pretty sure.  I cannot be
9  for certain.  But I'm I think it was Fort
10  Jackson instead of Fort Sill.
11     Q.  Okay.  And can you describe for
12  me how you received them?  Were you --
13  did somebody hand them to you, or did
14  they just appear on your bunk bed or
15  something?
16     A.  Oh, no.  A civilian in the -- in
17  the building, I'm trying -- I'm trying to
18  remember the name.  I know it's CIF, I
19  feel I call it.  It's when they issue
20  your uniforms and stuff.  It's a civilian
21  that they pretty much check on your list,
22  they look what you need, and they just
23  give you the stuff.

10 (Pages 34 - 37)

Page 198

```
 1          C E R T I F I C A T E
 2    STATE OF ALABAMA    )
 3    COUNTY OF JEFFERSON )
 4          I hereby certify that the above
 5    and foregoing proceeding was taken down
 6    by me by stenographic means, and that the
 7    content herein was produced in transcript
 8    form by computer aid under my
 9    supervision, and that the foregoing
10    represents, to the best of my ability, a
11    true and correct transcript of the
12    proceedings occurring on said date at
13    said time.
14          I further certify that I am
15    neither of counsel nor of kin to the
16    parties to the action; nor am I in
17    anywise interested in the result of said
18    case.
19
20    LANE C. BUTLER, RPR, CRR, CCR
21    CCR# 418 -- Expires 9/30/22
22    Commissioner, State of Alabama
23    My Commission Expires:  2/11/25
```

Page 199

```
 1   To: Jonathan A. McNamara, Esq.
 2   Re: Signature of Deponent Misael Torres Mantilla
 3   Date Errata due back at our offices: 3/27/2022
 4
 5   Greetings:
 6   This deposition has been requested for read and sign by
     the deponent.  It is the deponent's responsibility to
 7   review the transcript, noting any changes or corrections
     on the attached PDF Errata.  The deponent may fill
 8   out the Errata electronically or print and fill out
     manually.
 9
10   Once the Errata is signed by the deponent and notarized,
     please mail it to the offices of Veritext (below).
11
12   When the signed Errata is returned to us, we will seal
     and forward to the taking attorney to file with the
13   original transcript.  We will also send copies of the
     Errata to all ordering parties.
14
15   If the signed Errata is not returned within the time
     above, the original transcript may be filed with the
16   court without the signature of the deponent.
17
18   Please Email the completed errata/witness cert page
     to readandsign@veritext.com
19   or mail to
20   Veritext Production Facility
21   2031 Shady Crest Drive
22   Hoover, AL 35216
23   205-397-2397
```

Page 200

```
 1   ERRATA for ASSIGNMENT #5074399
 2   I, the undersigned, do hereby certify that I have read the
     transcript of my testimony, and that
 3
 4   ___  There are no changes noted.
 5   ___  The following changes are noted:
 6
     Pursuant to Civil Procedure, Rule 30. ALA. CODE § 5-30(e)
 7   (2017). Rule 30(e) states any changes in form or
     substance which you desire to make to your testimony shall
 8   be entered upon the deposition with a statement of the
     reasons given for making them.  To assist you in making any
 9   such corrections, please use the form below.  If additional
     pages are necessary, please furnish same and attach.
10
11   Page _____ Line _____ Change _____
12   _____
13   Reason for change _____
14   Page _____ Line _____ Change _____
15   _____
16   Reason for change _____
17   Page _____ Line _____ Change _____
18   _____
19   Reason for change _____
20   Page _____ Line _____ Change _____
21   _____
22   Reason for change _____
23   Page _____ Line _____ Change _____
```

Page 201

```
 1   Page _____ Line _____ Change _____
 2   _____
 3   Reason for change _____
 4   Page _____ Line _____ Change _____
 5   _____
 6   Reason for change _____
 7   Page _____ Line _____ Change _____
 8   _____
 9   Reason for change _____
10   Page _____ Line _____ Change _____
11   _____
12   Reason for change _____
13   Page _____ Line _____ Change _____
14   _____
15   Reason for change _____
16
17
18   _____
            DEPONENT'S SIGNATURE
19
     Sworn to and subscribed before me this ___ day of
20
     _____, _____.
21
22   _____
23   NOTARY PUBLIC / My Commission Expires:_____
```

51 (Pages 198 - 201)

```
 1    To: Jonathan A. McNamara, Esq.
 2    Re: Signature of Deponent Misael Torres Mantilla
 3    Date Errata due back at our offices: 3/27/2022
 4
 5    Greetings:
 6    This deposition has been requested for read and sign by
      the deponent.  It is the deponent's responsibility to
 7    review the transcript, noting any changes or corrections
      on the attached PDF Errata.  The deponent may fill
 8    out the Errata electronically or print and fill out
      manually.
 9
10    Once the Errata is signed by the deponent and notarized,
      please mail it to the offices of Veritext (below).
11
12    When the signed Errata is returned to us, we will seal
      and forward to the taking attorney to file with the
13    original transcript.  We will also send copies of the
      Errata to all ordering parties.
14
15    If the signed Errata is not returned within the time
      above, the original transcript may be filed with the
16    court without the signature of the deponent.
17
18    Please Email the completed errata/witness cert page
      to readandsign@veritext.com
19    or mail to
20    Veritext Production Facility
21    2031 Shady Crest Drive
22    Hoover, AL 35216
23    205-397-2397
```

1    ERRATA for ASSIGNMENT #5074399

2    I, the undersigned, do hereby certify that I have read the

     transcript of my testimony, and that

3

4    ✓   There are no changes noted.

5    ___   The following changes are noted:

6

     Pursuant to Civil Procedure, Rule 30. ALA. CODE § 5-30(e)

7    (2017). Rule 30(e) states any changes in form or

     substance which you desire to make to your testimony shall

8    be entered upon the deposition with a statement of the

     reasons given for making them.  To assist you in making any

9    such corrections, please use the form below.  If additional

     pages are necessary, please furnish same and attach.

10

11    Page _____ Line _____ Change _____

12    _____

13    Reason for change _____

14    Page _____ Line _____ Change _____

15    _____

16    Reason for change _____

17    Page _____ Line _____ Change _____

18    _____

19    Reason for change _____

20    Page _____ Line _____ Change _____

21    _____

22    Reason for change _____

23    Page _____ Line _____ Change _____

Page 201

```
 1     Page _____ Line _____ Change _____

 2     _____

 3     Reason for change _____

 4     Page _____ Line _____ Change _____

 5     _____

 6     Reason for change _____

 7     Page _____ Line _____ Change _____

 8     _____

 9     Reason for change _____

10     Page _____ Line _____ Change _____

11     _____

12     Reason for change _____

13     Page _____ Line _____ Change _____

14     _____

15     Reason for change _____

16

17

18     _____
                            DEPONENT'S SIGNATURE

19     State of Texas              County of Coryell
       Sworn to and subscribed before me this 14th day of

20

       March              , 2022.          ANNETTE L. DONKER
                                            Notary Public
21                                          STATE OF TEXAS
                                            Notary I.D. #1003191-2
22     Annette L Donker                     My Comm. Exp. Jan. 6, 2023

23     NOTARY PUBLIC / My Commission Expires: 1-6-2023
```

Veritext Legal Solutions

877-373-3660                                          800.808.4958