# EXHIBIT A

Dustin A. Alcorn

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF FLORIDA

 3                   PENSACOLA DIVISION

 4                        - - -

 5   IN RE: 3M COMBAT ARMS  : Case No.

     EARPLUG PRODUCTS       : 3:19-md-2885-MCR-GRJ

 6   LIABILITY LITIGATION   : Judge M. Casey Rodgers

                            : Mag. Judge Gary R. Jones

 7   This Document Relates  :

     to:                    :

 8                          :

       Dustin A. Alcorn     :

 9                          :

     Case No.               :

10   7:20cv57916-MCR-GRJ    :

11                        - - -

12           Wednesday, February 2, 2022

13                        - - -

14      Videotaped Deposition via Zoom of DUSTIN

15   A. ALCORN held at the location of the witness,

16   on the above date, beginning at approximately

17   9:00 a.m., before Jane E. Kountroubis, a

18   Registered Professional Reporter and Notary

19   Public for the Commonwealth of Pennsylvania.

20                        - - -

21

22

23

24
```

```
 1   APPEARANCES:

 2

 3           KELLER LENKNER, LLC
             BY:  AMANDA HUNT, ESQ.
 4               NICOLE BERG, ESQ.
             111 Congress Avenue, Suite 500
 5           Austin, TX  78701
             (512-690-0990
 6           amanda.hunt@kellerlenkner.com
             ncb@kellerlenkner.com
 7           Counsel for Plaintiff

 8

 9
             GORDON REES SCULLY MANSUKHANI LLP
10           BY:  ANN THORNTON FIELD, ESQ.
             Three Logan Square, Suite 610
11           1717 Arch Street
             Philadelphia, PA  19103
12           (215) 717-4002
             afield@grsm.com
13           Counsel for Defendants

14

15

16   ALSO PRESENT:

17           NICOLE PANICHELLI, Paralegal
             Gordon & Rees
18
             JACQUETTA JONES,
19           Video Technician

20

21

22

23

24
```

```
 1                    (It is hereby stipulated and

 2              agreed by and between counsel that

 3              signing, sealing, filing and

 4              certification are waived; and that all

 5              objections, except as to the form of

 6              questions, be reserved until the time

 7              of trial.)

 8                         -  -  -

 9                    THE VIDEOTAPE SPECIALIST:  We

10              are now on the record.  My name is

11              Jacquetta Jones.  I'm a videographer

12              for Golkow Litigation Services.

13              Today's date is February 2, 2022, and

14              the time is 9 a.m.  This remote video

15              deposition is being held in the matter

16              of 3M Combat Arms earplug products

17              liability litigation.  This document

18              relates to Dustin A. Alcorn for the

19              United States District Court, Northern

20              District of Florida, Pensacola

21              Division.

22                    The deponent is Dustin A.

23              Alcorn.  All parties to this

24              deposition are appearing remotely and
```

Dustin A. Alcorn

```
 1              have agreed to the witness being sworn

 2              in remotely.  Due to the nature of

 3              remote reporting, please pause briefly

 4              before speaking to ensure all parties

 5              are heard completely.

 6                   Will counsel please identify

 7              themselves.

 8                   MS. HUNT:  Amanda Hunt here on

 9              behalf of plaintiff, Dustin Alcorn.

10                   MS. FIELD:  Ann Thornton Field

11              representing the defendants, and with

12              me is Nicole Panichelli, who is going

13              to help me.

14                   THE VIDEOTAPE SPECIALIST:  The

15              court reporter is Jane Kountroubis and

16              will now swear in the witness.

17                   ...DUSTIN A. ALCORN, after

18              having been duly sworn, was examined

19              and testified as follows:

20                        EXAMINATION

21     BY MS. FIELD:

22          Q      Okay.  Good morning,

23     Mr. Alcorn.  How are you doing today?

24          A      Good.  How are you?
```

Dustin A. Alcorn

1    were deployed the first time.  Do you recall

2    what type of hearing protection, if any, you

3    were wearing at that time?

4        A      Well, like I said, that would

5    have been the 3M basically, because whenever I

6    got those, whenever I first checked in on Camp

7    Lejeune, and then basically everything after

8    that.

9        Q      Okay.  So let's talk about when

10   you first received the 3M earplugs, and we're

11   talking about the Version 2 Combat Arms

12   earplugs.  Do you recall when you first

13   actually received them?

14       A      Well, I received them with the

15   rest of my CIF issue whenever I first got to

16   Camp Lejeune.

17       Q      Okay.  And do you recall when

18   you first got to Camp Lejeune?

19       A      I do remember going there, but

20   I don't remember exactly what day it was.

21       Q      Okay.  Do you remember the

22   month?

23       A      Well, that would have been

24   directly after the end of the School of

Dustin A. Alcorn

```
1    Infantry, so probably late May, if I had to

2    guess.

3          Q      Of 2014; correct?

4          A      Yes.

5          Q      Okay.  And do you recall who

6    provided you with the Combat Arms earplugs,

7    Version 2?

8          A      I don't know the names of the

9    people who worked at CIF at that time, but it

10   just would have been whoever was working at

11   CIF that day.

12         Q      Okay.  And were you given any

13   instructions along with the earplugs?

14         A      I don't remember receiving any

15   instructions the day of.  I certainly did

16   receive instructions on how to insert

17   earplugs, you know, after that or maybe even

18   before that.  I know that I got some whenever

19   I was in the military, but the day of I don't

20   really remember.

21         Q      Okay.  Can you describe the

22   earplugs that you received when you arrived at

23   Camp Lejeune?

24         A      Well, the ones that I was
```

Dustin A. Alcorn

1                   CERTIFICATE

2          I HEREBY CERTIFY that the

3   proceedings, evidence, and objections are

4   contained fully and accurately in the

5   stenographic notes taken by me upon

6   the videotaped deposition of DUSTIN A. ALCORN,

7   taken remotely on February 2, 2022, and that

8   this is a true and correct transcript of same.

9

10                 _____

                   JANE E. KOUNTROUBIS

11                 Registered Professional Reporter

                   Notary Public

12

13

14

15          (The foregoing certification of this

16   transcript does not apply to any reproduction

17   of the same by any means unless under the

18   direct control and/or supervision of the

19   certifying reporter.)

20

21

22

23

24