# EXHIBIT B

Page 1

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF FLORIDA

3               PENSACOLA DIVISION

4

5   IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS

6   LIABILITY LITIGATION,

7

8   This Document Relates To:

9       John Aparicio

10       Case No: 7:20-cv-19528-MCR-GRJ

11                  CASE NO. 3:19-md-2885-MCR-GRJ

12                  Judge M. Casey Rodgers

13                  Magistrate Judge Gary R. Jones

14

15            * * * * * * * *

16         DEPOSITION OF JOHN APARICIO

17            * * * * * * * * *

18

19       Was taken before Shawn M. Graham, Certified

20   Court Reporter for the State of Alabama, on

21   January 28, 2022, at 9:07 A.M., by Remote

22   Deposition through Veritext Legal Solutions-

23   Alabama.

1              S T I P U L A T I O N

2

3        IT IS STIPULATED and agreed by and between

4    the parties through their respective counsel

5    that said deposition may be taken by me on this

6    date.

7        IT IS FURTHER STIPULATED and agreed that

8    the signature to and the reading of the

9    deposition by the witness is NOT waived.  The

10   deposition to have the same force and effect as

11   if full compliance had been had with all laws

12   and rules of Court relating to the taking of

13   depositions.

14       IT IS FURTHER STIPULATED and agreed that it

15   shall not be necessary for any objections to be

16   made by counsel to any questions, and that

17   counsel for the parties may make objections and

18   assign grounds at the time of the trial, or at

19   the time said deposition is offered in evidence,

20   or prior thereto.

21       IT IS FURTHER STIPULATED that notice of

22   filing of deposition is waived.

23

1           A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4          MR. CHRISTOPHER MOORE

5          CLARK, LOVE & HUTSON

6          440 LOUISIANA STREET, SUITE 1700

7          HOUSTON, TEXAS   77002

8

9    FOR THE DEFENDANTS:

10         MR. DANIEL L. O'NEIL

11         THOMPSON-COE

12         ONE RIVERWAY, SUITE 1400

13         HOUSTON, TEXAS 77056

14

15

16

17

18

19

20

21

22

23

1          I, Shawn M. Graham, a Certified Court

2     Reporter of the State Of Alabama, acting as

3     Commissioner, certify that on this date there

4     came before me this witness in the above cause,

5     for oral examination, whereupon the following

6     proceedings were had:

7               VIDEOGRAPHER:   We are now going on

8     the record at approximately 9:07 a.m. Central

9     Time.   Today's date is January 28th, 2022.   This

10     is Media Unit Number 1 of the video recorded

11     deposition of John Aparicio, taken by the

12     Defendant, in the matter of, In Re: 3M Combat

13     Arms Earplug Products Liability Litigation and

14     the MBL case, John Aparicio versus 3M company.

15     There are two case numbers; 3:19-md-2885-MCR-GRJ

16     and 7:20-cv-19528-MCR-GRJ.   The deposition is

17     being held via Zoom Virtual Conferencing.   I am

18     the court -- I am definitely not the court

19     reporter.   I am the videographer, Kevin

20     Gallagher, and the court reporter is Shawn

21     Graham.   We're both from Veritext, Birmingham,

22     Alabama office.

23               At this time the attorneys present on

1    the Zoom conference call will identify

2    themselves for the record.

3              MR. MOORE:  Christopher Moore for the

4    Plaintiff, with Clark, Love & Hutson.

5              MR. O'NEIL:  Daniel O'Neil for the

6    Defendants, with Thompson-Coe.

7              VIDEOGRAPHER:  Now our court reporter

8    will swear the witness and we can proceed.

9                   JOHN APARICIO,

10   having been first duly sworn, was examined and

11   testified as follows:

12                 DIRECT EXAMINATION

13   BY MR. O'NEIL:

14        Q.   Good morning, sir.  Will you please

15   state your name for the jury?

16        A.   John Christopher Lee Aparicio.

17              COURT REPORTER:  What's your middle

18   name?

19              THE WITNESS:  Christopher.

20        Q.   Have you always used consistent

21   spelling for your name?

22        A.   Yes.

23        Q.   Have you ever gone by any other legal

1      A.   When I was in basic.  That's when I

2   got them.

3      Q.   And what was your understanding of

4   the Combat Arms earplugs at the time?

5      A.   Rephrase the question.

6      Q.   The first time you came across the

7   Combat Arms earplugs at basic, what was your

8   understanding of them?

9      A.   They're earplugs.

10     Q.   In your answers to the

11  interrogatories, you state you were first issued

12  the Combat Arms earplugs at Fort Benning,

13  Georgia in October 2011; is that correct?

14     A.   Yes.

15     Q.   Can you please describe the setting

16  where you received the earplugs?

17     A.   The setting.  Wow.  So I'm pretty

18  sure it was me and a bunch of dudes and we were

19  all in the room -- honestly, I don't recall.  I

20  don't -- I don't remember.  I don't remember the

21  day like -- I just know I got them.  Like I -- I

22  recall getting ready to -- I don't -- I don't

23  know.

Page 171

1                    C E R T I F I C A T E

2

3    STATE OF ALABAMA    )

4    AT LARGE            )

5

6         I hereby certify that the above and

7    foregoing deposition was taken down by me in

8    stenotype and the questions and answers thereto

9    were transcribed by means of computer-aided

10   transcription and that the foregoing represents

11   a true and correct transcript of the testimony

12   given by said witness upon said deposition.

13        I further certify that I am neither of

14   counsel nor of kin to the parties to the action,

15   nor am I in anywise interested in the result of

16   said cause.

17

18

19        SHAWN M. GRAHAM, CSR

20        Commissioner at Large

21        ACRA CERTIFICATION NO:

22        ABCR LICENSE NUMBER-212

23