# EXHIBIT C

```
                                                        Page 1

 1          UNITED STATES DISTRICT COURT OF

 2             NORTHERN DISTRICT OF FLORIDA

 3                 PENSACOLA DIVISION

 4

 5    IN RE:   3M COMBAT       CASE NUMBER:

 6    ARMS EARPLUG PRODUCTS    3:19-md-2885-MCR-GRJ

 7    LIABILITY LITIGATION,

 8

 9    This Document Relates

10    To:  Michael Cline

11    Case Number: 7:20cv48703-MCR-GRJ

12

13    Judge M. Casey Rodgers

14    Magistrate Judge Gary R. Jones

15

16              ****************

17              * DEPOSITION OF:*

18              * MICHAEL CLINE *

19              ****************

20

21    BEFORE:    PATRICIA TAYLOR, CCR

22               COURT REPORTER and

23               NOTARY PUBLIC
```

```
 1          UNITED STATES DISTRICT COURT OF
 2            NORTHERN DISTRICT OF FLORIDA
 3                 PENSACOLA DIVISION
 4
 5    IN RE:   3M COMBAT       CASE NUMBER:
 6    ARMS EARPLUG PRODUCTS    3:19-md-2885-MCR-GRJ
 7    LIABILITY LITIGATION,
 8
 9    This Document Relates
10    To:   Michael Cline
11    Case Number:  7:20cv48703-MCR-GRJ
12
13    Judge M. Casey Rodgers
14    Magistrate Judge Gary R. Jones
15    _____/
16    Zoom Deposition of
17             MICHAEL CLINE,
18    was taken on the 23rd day of February,
19    2022, from 2:06 p.m. to 5:24 p.m. before
20    Patricia Taylor, CCR, in and for the State
21    of Alabama, via Zoom.
22
23
```

```
 1              A P P E A R A N C E S
 2    FOR THE PLAINTIFF:
 3    LAW OFFICES OF PETER ANGELOS
 4    BY:  DEMETRIOS A. KARAS, ESQ. (VIA ZOOM)
 5    BY:  GARY IGNATOWSKI (VIA ZOOM)
 6    BY:  THOMAS KELLY (VIA ZOOM)
 7    BY:  ANDREW CANTOR (VIA ZOOM)
 8    200 West Pennsylvania Avenue
 9    Towson, Maryland 21204
10    410.426.3200
11
12    FOR THE DEFENDANTS:   3M
13    FOR THE DEFENDANT:
14    SEGAL, McCAMBRIDGE, SINGER & MAHONEY
15    BY:  CAMERON TURNER, ESQ. (VIA ZOOM)
16    200 East Las Olas, Suite 1820
17    Ft. Lauderdale, Florida 33301
18    954.765.1001
19
20
21    ALSO PRESENT
22         AKIL WADE, VIDEOGRAPHER (VIA ZOOM)
23         PATRICIA TAYLOR, CCR, COURT REPORTER
```

1          S T I P U L A T I O N
2          It is stipulated by and among the
3    parties hereto and their respective
4    attorneys at law that the deposition of
5    MICHAEL CLINE, shall be taken remotely
6    before Patricia Taylor, Certified Court
7    Reporter, Notary Public for the State at
8    Large, and that the said deposition shall
9    be taken in accordance with the provisions
10   of the applicable sections of the Federal
11   Rules of Civil Procedure.
12          It is further stipulated that all
13   notices provided for by said applicable
14   sections of the Federal Rules of Civil
15   Procedure are waived, as is the signing
16   and certification of said Patricia Taylor
17   and all other requirements and
18   technicalities of every sort regarding the
19   taking and filing of the deposition,
20   except as hereinafter set out:
21          All objections save as to the form
22   of questions asked are reserved until the
23   time of trial in accordance with the

Page 6

1  applicable provisions of the said Federal
2  Rules of Civil Procedure.
3       Further that the original transcript
4  will be delivered to Cameron Turner, Esq.,
5  as custodian, for filing should the Court
6  so direct.
7       It is further stipulated and agreed
8  that the witness hereto does waive his
9  right to read and sign said deposition as
10 provided for by said Federal Rules of
11 Civil Procedure.
12      I, Patricia Taylor, Commissioner and
13 Certified Court Reporter, certify that on
14 this date, as provided by the Federal
15 Rules of Civil Procedure and the foregoing
16 stipulation of counsel, there came
17 remotely before me via Zoom, on February
18 23, 2022, commencing at 2:06 p.m., MICHAEL
19 CLINE, witness in the above cause, for
20 oral examination, whereupon the following
21 proceedings were had:
22
23

1        WEDNESDAY; FEBRUARY 23, 2022; 2:06 P.M.
2                    - - -
3              THE VIDEOGRAPHER (VIA ZOOM):
4           Today's date is February 23rd,
5           2022, and the time is 2:06 p.m..
6              This will be the videotape
7           deposition of Michael Cline.
8              Would the counsels please
9           identify themselves for the
10          record, after which the court
11          reporter will swear in the
12          witness.
13             MR. TURNER (VIA ZOOM):
14          Cameron Turner on behalf of the
15          defendants.
16             MR. KARAS (VIA ZOOM):
17          Demetrios Karas from the Law
18          Offices of Peter Angelos on behalf
19          of the plaintiff, and the
20          surrogacy is Andy Cantor, Thomas
21          Kelly, Gary Ignatowski, Law
22          Offices of Peter Angelos.
23             THE COURT REPORTER (VIA ZOOM):

1           Do all counsel stipulate to the
2           swearing in of the witness
3           remotely?
4               MR. TURNER (VIA ZOOM):  Yes.
5               MR. KARAS (VIA ZOOM):  Yes.
6      (Whereupon,
7               MICHAEL CLINE,
8      having been first duly sworn, was examined
9      and testifies as follows, to-wit:)
10                   EXAMINATION
11     BY MR. TURNER (VIA ZOOM):
12         Q   Good morning, at least morning for
13     you, Mr. Cline.  How are you?
14         A   Good morning.  How are you?
15         Q   Good.  Thank you.  My name is Cameron
16     Turner, as you just heard.  And I will be
17     asking most of the questions today.  I
18     represent the defendants in your lawsuit.
19     Okay?
20         A   Okay.
21         Q   Your name for the record is Michael
22     Cline, C-L-I-N-E; is that right?
23         A   That is right.

Page 104

1    remember when I was sleeping that was loud or
2    anything like that.
3        Q   Okay.  When you were issued the combat
4    arms earplugs at Fort Benning in 2009, was
5    that the first time you had ever become aware
6    of them as a hearing protection device?
7        A   Excuse me.  Can you repeat that?
8        Q   Sure.  When you were issued the Combat
9    Arms Earplugs in 2009 at Fort Benning, was
10   that the first time you had ever become aware
11   of them as a hearing protection device?
12       A   Yes, sir.
13       Q   What was your understanding when they
14   were issued to you as to what their purpose
15   was?
16       A   To protect my hearing.
17       Q   Okay.  Do you recall -- give me one
18   second here?
19       A   Sure.
20       Q   Okay.  When you -- do you recall the
21   person, the name of the person, who first
22   issued the earplugs to you at Fort Benning?
23       A   No, sir.

Page 179

1              C E R T I F I C A T E.

2

3    STATE OF ALABAMA    )

4    COUNTY OF CONECUH   )

5

6         I hereby certify that the above and
7    foregoing transcript of proceedings was
8    taken down by me in machine shorthand, and
9    the questions and answers thereto were
10   transcribed by means of computer-aided
11   transcription, and that the foregoing
12   represents a true and correct transcript
13   of the proceedings given by said witness
14   upon said hearing.
15         I further certify that I am neither
16   of counsel nor of kin to the parties to
17   the action, nor am I in anywise interested
18   in the result of said cause.
19         I further certify that I am duly
20   licensed by the Alabama Board of Court
21   Reporting as a Certified Court Reporter as
22   evidenced by the ACCR number following my
23   name below.

*[Signature: Patricia L. Taylor, CCR]*

PATRICIA L. TAYLOR, CCR

Alabama License:   CCR# 363

Expires 9/30/22

Commissioner for the

State of Alabama at Large

My Commission Expires:   12/31/2024