# EXHIBIT I

```
                                                          Page 1

 1           UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF FLORIDA

 3                PENSACOLA DIVISION

 4   IN RE: 3M COMBAT ARMS)Case No.:

 5   EARPLUG PRODUCT       )3:19-md-2885-MCR-GRJ

 6   LIABILITY LITIGATION )

 7                         )

 8   This Document Relates)Judge M. Casey Rodgers

 9   to:                   )Magistrate Judge

10   Justin Northern       )Gary R. Jones

11   Case No.:             )

12   7:20cv64557-MCR-GRJ   )

13

14               DEPOSITION OF

15              JUSTIN NORTHERN

16

17       Taken via Zoom on the 22nd day of

18   February, 2022, at 10:16 a.m.

19

20

21

22

23   Court Reporter: Karen Smith
```

```
 1            A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF, JUSTIN NORTHERN:
 4      Kathryn Couey, Esq.
 5      Keller Lenkner
 6      150 North Riverside Plaza, Suite 4100
 7      Chicago, IL 60606
 8
 9   ON BEHALF OF THE DEFENDANT, 3M:
10      Paul Motz, Esq.
11      Segal McCambridge Singer & Mahoney
12      233 South Wacker Drive, Suite 5500
13      Chicago, IL 60606
14
15   ALSO PRESENT:
16      Ben Jones, Videographer
17
18
19
20
21
22
23
```

1          VIDEOGRAPHER:  Today's date is
2    February 22nd, 2022, and the time is
3    10:16 a.m. Eastern.  This will be the remote
4    video deposition of Justin Northern.
5          Will counsel please identify
6    themselves for the record and state any
7    objection to the witness being sworn
8    remotely.
9          MS. COUEY:  Kathryn Couey from
10   Keller Lenkner on behalf of plaintiff Justin
11   Northern.
12         MR. MOTZ:  Paul Motz on behalf of
13   the defendants.
14         VIDEOGRAPHER:  Would the court
15   reporter please swear in the witness?
16              JUSTIN NORTHERN,
17   being first duly sworn, was examined and
18   testified as follows:
19              EXAMINATION
20   BY MR. MOTZ:
21   Q       Good morning, Mr. Northern, my
22   name is Paul Motz.  I represent the
23   defendants in this matter, as I introduced

Page 143

1  we addressed pretty much all -- if not --
2  strike that.
3          Have we addressed all of the
4  various noise exposures that you've had
5  during your time as a Marine?
6  A       Yeah.
7          MS. COUEY:  Objection to form.
8  A       Yeah.  I think so, yeah.
9  Vehicles, yeah, airplanes, helicopters,
10 guns.  Yeah.
11 Q       (By Mr. Motz) And is it your
12 testimony you were wearing hearing
13 protection each time you were exposed to
14 these loud noises?
15 A       Yes.
16 Q       Did you ever purchase the Combat
17 Arms Earplugs?
18 A       No.
19 Q       Do you remember the date that you
20 first received the Combat Arms Earplugs?
21 A       I don't.
22 Q       Is it fair to say sometime either
23 late 2011 or early 2012 after you got out of

Page 144

1  basic?
2  A        Basic was done in October.  I
3  didn't start training SOI until like late
4  December.  So, yeah.  Yeah.  Late '11, early
5  '12.
6  Q        Okay.  And when was the last time
7  you used the Combat Arms Earplugs?
8  A        2000 -- yeah, '15 after -- in
9  Japan was the last place I would have used
10 them.
11 Q        So from 2011 to 2015, did you see
12 any statements or advertisements that
13 related to the Combat Arms Earplugs?
14 A        No.
15 Q        And fair to say you can't -- if
16 you didn't see anything, you can't say
17 something was true or not true, right?
18          MS. COUEY:  Objection to form.
19 A        If I didn't see it I couldn't
20 say -- ask it again.  I didn't --
21 Q        (By Mr. Motz) Sure.  If you
22 haven't seen something, you can't -- you
23 can't form an opinion about whether or not

Page 147

1          C E R T I F I C A T E

2

3           I hereby certify that the above

4   and foregoing deposition was taken down

5   by me in stenotype, and the questions and

6   answers thereto were reduced to computer

7   print under my supervision, and that the

8   foregoing represents a true and correct

9   transcript of the deposition given by

10  said witness upon said hearing.

11

12          I further certify that I am

13  neither of counsel nor of kin to the

14  parties to the action, nor am I in

15  anywise interested in the result of said

16  cause.

17        *Karen Smith* (signature)

18

            Karen Smith, Commissioner

19

20

21

22

23