# EXHIBIT J

```
 1           UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF FLORIDA
 3                 PENSACOLA DIVISION
 4    IN RE: 3M COMBAT ARMS)Case No.:
 5    EARPLUG PRODUCT       )3:19-md-2885-MCR-GRJ
 6    LIABILITY LITIGATION  )
 7                          )
 8    This Document Relates)Judge M. Casey Rodgers
 9    to:                   )Magistrate Judge
10    Gloria E. Panaitov    )Gary R. Jones
11    Case No.:             )
12    7:20cv12722-MCR-GRJ   )
13
14                   DEPOSITION OF
15               GLORIA E. PANIATOV
16
17         Taken via Zoom on the 11th day of
18    February, 2022, at 9:05 a.m.
19
20
21
22
23
24
25    Court Reporter: Karen Smith
```

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF, GLORIA E.
 4   PANAITOV:
 5       Douglass A. Kreiss, Esq.
 6       Aylstock Witkin Kreis Overholtz PLLC
 7       17 East Main Street, Suite 200
 8       Pensacola, FL 32502
 9       dkreis@awkolaw.com
10
11   ON BEHALF OF THE DEFENDANT, 3M:
12       Sherrie Armstrong Davis, Esq.
13       Thomas Combs & Spann PLLC
14       P.O. Box 3824
15       Charleston, WV 25338
16       sarmstrongdavis@tcspllc.com
17
18   ALSO PRESENT:
19       Josh Coleman, Videographer
20
21
22
23
24
25
```

1                VIDEOGRAPHER:  We are now on the
2    record.  My name is Josh Coleman.  I am the
3    videographer for Golkow Litigation Services.
4    Today's date is February 11th, 2022, and the
5    time is approximately 9:05 a.m.
6                This remote video deposition is
7    being held in the matter of In Re: 3M Combat
8    Arms Earplug Products Liability Litigation
9    in relation to Gloria Panaitov for the
10   United States District Court, Northern
11   District of Florida, Pensacola Division.
12   The deponent is Gloria Panaitov.
13               All parties to this deposition
14   are appearing remotely and have agreed to
15   the witness being sworn in remotely.  Due to
16   the nature of remote reporting, please pause
17   briefly before speaking to ensure that all
18   parties are heard completely.
19               Will counsel now please identify
20   themselves for the record?
21               MS. DAVIS:  Sherrie Armstrong
22   Davis with Thomas Combs & Spann for the
23   defendants.
24               MR. KREIS:  Doug Kreis with
25   Aylstock, Witkin, Kreis & Overholtz for

```
 1   plaintiff, Ms. Panaitov.
 2              VIDEOGRAPHER:  And the court
 3   reporter is Karen Smith, who will now swear
 4   in the witness.
 5              GLORIA E. PANAITOV,
 6   being first duly sworn, was examined and
 7   testified as follows:
 8                  EXAMINATION
 9   BY MS. DAVIS:
10   Q         Good morning, Ms. Panaitov.
11   A         Good morning.
12   Q         Can you please give me your full
13   name?
14   A         Gloria Elizabeth Panaitov.
15   Q         And what is your date of birth?
16   A         ███████████   1987.
17   Q         Have you ever had your deposition
18   taken before?
19   A         No.
20   Q         Do you understand that your
21   answers today are given as if you were in a
22   court of law under oath?
23   A         Yes, ma'am.
24   Q         Do you understand that you must
25   therefore answer my questions as truthfully
```

1  your attention to interrogatory number 3
2  on -- it starts on page 6 and goes to page
3  7.  If you'd take a second to read that, and
4  then I have some questions for you.
5  A          Okay.
6  Q          You were first issued Combat Arms
7  earplugs at Fort Carson; is that right?
8  A          Yes, ma'am.
9  Q          And the Combat Arms earplugs were
10 issued at Fort Carson in the fall of 2009?
11 A          Yes, ma'am.
12 Q          And you used Combat Arms earplugs
13 from the fall of 2009 until the summer
14 of 2010?
15 A          Yes, ma'am.
16 Q          If you would take look at
17 Exhibit 3.  These are your responses to 3M's
18 second set of interrogatories.  And they are
19 dated, based on the first page, February 7
20 of 2021?
21              (Exhibit Number
22                3 was marked
23            for identification.)
24 A          Okay.
25 Q          That may have been a typo.  It

```
 1              C E R T I F I C A T E
 2
 3              I hereby certify that the above
 4   and foregoing deposition was taken down
 5   by me in stenotype, and the questions and
 6   answers thereto were reduced to computer
 7   print under my supervision, and that the
 8   foregoing represents a true and correct
 9   transcript of the deposition given by
10   said witness upon said hearing.
11
12              I further certify that I am
13   neither of counsel nor of kin to the
14   parties to the action, nor am I in
15   anywise interested in the result of said
16   cause.
17
18         _____
                Karen Smith, Commissioner
19
20
21
22
23
24
25
```