# EXHIBIT L

Page 1

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                   PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS           ) Case No.
EARPLUG PRODUCTS LIABILITY      ) 3:19-md-2885-MCR-GRJ
LITIGATION                      )
                                ) Judge M. Casey Rodgers
This Document Relates to:       ) Magistrate Judge
AHMED TAMAM                     ) Gary R. Jones
Case No.7:20-cv-41833-MCR-GRJ   )


***************************************************

         REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
                      AHMED TAMAM
                   FEBRUARY 2, 2022

***************************************************
```

DEPOSITION of AHMED TAMAM, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 2nd day of February, 2022, from 1:54 p.m. to 5:04 p.m., before Christy R. Sievert, CSR, RPR, in and for the State of Texas, reported remotely by machine shorthand, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

```
 1            APPEARANCES
 2         (Appearing remotely)
 3
 4   FOR THE PLAINTIFF:
 5     MS. CRYSTAL COOK LEFTRIDGE
       Stueve Siegel Hanson, LLP
 6     460 Nichols Road, Suite 200
       Kansas City, Missouri  64112
 7     Phone:   816-714-7107
       E-mail:  cook@stuevesiegel.com
 8
 9   FOR THE DEFENDANTS:
10     MR. KEITH S. ANDERSON
       Bradley Arant Boult Cummings, LLP
11     One Federal Place
       1819 5th Avenue N.
12     Birmingham, Alabama  35203
       Phone:   205-521-8000
13     E-mail:  kanderson@bradley.com
14
     ALSO PRESENT:
15
       BRIAN BOBBITT, Videographer
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              EXHIBITS
 2   NUMBER      DESCRIPTION              PAGE
 3   Exhibit 1   Notice of Deposition      12
 4   Exhibit 2   Unfiled Case Census Form  24
                 with verification
 5
     Exhibit 3   Plaintiff's Objections and  31
 6               Response to Amended First
                 Interrogatories
 7
     Exhibit 4   Enlisted Record Brief     35
 8
     Exhibit 5   Medical Record 8-13-10    41
 9
     Exhibit 6   Progress Notes 9-17-14    78
10
     Exhibit 7   Health Summaries          84
11
     Exhibit 8   Medical Record 8-27-14    96
12
     Exhibit 9   Order Releasing from     104
13               Assignment of Duty
14   Exhibit 10  Messaging with Linda Rivera  114
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
                                   PAGE
 2
     Appearances................................  2
 3
     Exhibits...................................  4
 4
     Proceedings................................  5
 5
     AHMED TAMAM:
 6
       Examination by Mr. Anderson..............  6
 7
     Reporter's Certification............... 128-129
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1             PROCEEDINGS
 2           THE VIDEOGRAPHER:  We are now on the
 3   record.  My name is Brian Bobbitt.  I'm a
 4   videographer for Golkow Litigation Services.
 5           Today's date is February 2, 2022, and the
 6   time is 1:54 p m., Central Time.
 7           This remote video deposition is being held
 8   in the matter of 3M Combat Arms Earplug, Wave 1,
 9   Ahmed Tamam vs. 3M, before the United States
10   District Court, Northern District of Florida,
11   Pensacola Division.
12           The deponent is Ahmed Tamam.
13           All parties to this deposition are
14   appearing remotely and have agreed to the witness
15   being sworn in remotely.
16           Would counsel like to introduce themselves
17   for the record.
18           MR. ANDERSON:  Keith Anderson on
19   behalf of the defendants.
20           MS. LEFTRIDGE:  And Crystal Cook
21   Leftridge on behalf of plaintiff.
22           THE VIDEOGRAPHER:  Our court reporter
23   is Christy Sievert, and will now swear in the
24   witness.
25               AHMED TAMAM,
```

Page 6

1  having been first duly sworn,
2      testified as follows:
3           EXAMINATION
4  BY MR. ANDERSON:
5      Q. Good afternoon, Mr. Tamam. My name is
6  Keith Anderson. I represent the defendants in this
7  action.
8          Have you ever given a deposition before,
9  sir?
10     A. No, sir.
11     Q. Okay. Just a few ground rules. I'm going
12 to be asking you a series of questions. If you
13 don't understand any question that I ask you, which
14 is possible, let me know that and I will rephrase it
15 for you. And it's important for the court reporter
16 that when I ask a question, you give an actual
17 audio -- or audible and verbal response. We have a
18 tendency to do head nods and whatnot, but for the
19 benefit of the court reporter, you have to actually
20 answer out loud. Okay?
21     A. Yes, sir.
22     Q. Okay. It's important we don't talk over
23 each other. So I will do my very best to let you
24 get your full answer out, and if you can just try
25 and let me get my question out before you start to

Page 7

1  answer. Sound fair?
2      A. Yes, sir.
3      Q. Okay. And if you answer the question,
4  we'll assume that you understood the question and
5  answered to the best of your ability. Fair enough?
6      A. Fair.
7      Q. Okay. And there may be times where I
8  follow up with you and say, "Was that a yes," "Was
9  that a no?" I'm really not trying to be rude. I'm
10 just trying to clarify for the benefit of the court
11 reporter. Okay?
12     A. Yes, sir.
13     Q. All right. And I will do my very best to
14 pronounce your last name properly and accurately
15 throughout this, but if I don't, I ask your
16 forgiveness at the -- at the front end.
17     A. Yeah, no worries at all.
18     Q. Okay. Very good.
19         Where are you at right now, sir? Are you
20 in Texas?
21     A. Austin, Texas.
22     Q. Austin. Okay.
23         What is your address right now?
24     A. 8701 West Parmer Lane, Apartment 2215,
25 Austin, Texas 78729.

Page 8

1      Q. And can you give us your full name and just
2  spell your last for us?
3      A. First name is Ahmed, A-h-m-e-d. Last name
4  is Tamam, Tano, Alpha, Mike, Alpha, Mike.
5      Q. Mr. Tamam, are there any circumstances that
6  would affect your ability to give truthful testimony
7  today?
8      A. No, sir.
9      Q. Are you on any medications that would
10 affect your ability to give truthful testimony
11 today?
12     A. No, sir.
13     Q. And you're able to hear my questions right
14 now, sir?
15     A. Yes. I may need to you -- ask you to
16 repeat yourself at some point because it's hard for
17 me to communicate. Otherwise, I can hear you.
18     Q. Okay. Very good.
19         Are you wearing any hearing aids today,
20 sir?
21     A. No, sir.
22     Q. Mr. Tamam, what did you do to prepare for
23 your deposition today?
24     A. I met with my lawyer -- my lawyer for
25 counselling. We spoke on the phone a few times.

Page 9

1      Q. Okay. I don't want to know about any of
2  those conversations.
3      A. Okay.
4      Q. Besides conversations you had with your
5  lawyer, did you do anything else?
6      A. She just told me, in general, what would
7  happen in a deposition.
8      Q. Brakes. I don't need to know what she told
9  you.
10         Did you look at any documents? Let me ask
11 that.
12     A. Yeah, we went through my medical records.
13     Q. Okay. Did you look at -- so you looked at
14 medical records. Did you look at any of your
15 military records?
16     A. Some of it.
17     Q. Okay. Did you discuss your deposition with
18 anyone other than your attorney, or attorneys?
19     A. No, sir.
20     Q. Do you currently live by yourself? Is
21 there anyone that lives with you?
22     A. I live alone.
23     Q. Did you bring anything with you today to
24 your deposition?
25     A. No, sir. A cup of coffee.

Page 22

1   A.  No, sir.
2   Q.  Have you ever filed for bankruptcy?
3   A.  No, sir.
4   Q.  When you were in the Army, did you ever
5   receive an Article 15?
6   A.  No, sir.
7   Q.  Mr. Tamam, do you ever currently go
8   recreational target shooting?
9   A.  No, sir.
10  Q.  Do you currently own a firearm at all?
11  A.  No, sir.
12  Q.  Was the last time you fired a weapon, would
13  that have been when you were in the Army?
14  A.  Correct.  Except for one time I was
15  supposed to go hunting, but we didn't shoot
16  anything.  We didn't hunt anything, so I didn't
17  fire.
18  Q.  That was going to be one of my next
19  questions, is if you ever have gone hunting?
20  A.  I tried one time and no luck.  We didn't
21  get to fire.
22  Q.  So you did not fire your weapon at all
23  during that hunting excursion?
24  A.  No, sir.  It was freezing cold in Missouri.
25  Q.  Now, you previously owned a motorcycle; is

Page 23

1   that correct?
2   A.  Correct.
3   Q.  Do you recall what years you owned the
4   motorcycle?
5   A.  I got it after my deployment.  So I assume
6   I got it in 2012, and around 2016, it was stolen.
7   And at the time, because I didn't use it -- you
8   know, motorcycles, if you don't use it, start
9   breaking down, and that's exactly what happened.
10  And I kept pushing fixing it, and it was parked on
11  the outside and disappeared one day.  And it was
12  fine because it wasn't worth a lot of money anyways.
13  Q.  So from that 2012 to roughly 2016 time
14  frame, was it just one motorcycle that you owned?
15  A.  Correct.  The same --
16  Q.  Would you --
17  A.  -- exact one.
18  Q.  I'm sorry, go ahead.
19  A.  No, it was the same bike.  Same exact one.
20  Q.  Did -- was that the -- your primary means
21  of transportation, to get to and from work?
22  A.  No, sir, it was recreational.  In fact, it
23  was so low mileage, I barely rode it.  It was pretty
24  much my squad leader was a motorcycle mechanic, and
25  it was a gift that would help him build one.  But I

Page 24

1   was not really into riding.  It was more, like, a
2   gift for my squad leader.  So I rode it a few times,
3   and that's it.
4   Q.  How often would you say you rode it?  Once
5   or a week or how frequently?
6   A.  I used to only ride it when we -- okay.
7   Our squad used to ride in groups, and -- like, as a
8   squad.  And that was, like, once a month in, like, a
9   team-building activity or something like that.  So
10  maybe I rode it five, six times a year, or so.  And
11  it was reduced dramatically after one of our members
12  was actually killed in a motorcycle accident.  And
13  after this, it was not a good idea, in general.  It
14  was too dangerous.
15  Q.  All right.  All right.  Mr. Tamam, do you
16  see this document up on your screen here?  It says
17  "Exhibit B" at the top.
18  A.  Yes, sir.
19      MR. ANDERSON:  Christy, I will mark
20  this as Exhibit 2.
21      (Exhibit No. 2 marked.)
22  BY MR. ANDERSON:
23  Q.  Mr. Tamam, this is an "Unfiled Case Census
24  Form."  Do you see that at the top there?  And I am
25  going to scroll through it.  Do you -- and I will

Page 25

1   just go to the bottom first.  So at the bottom
2   there's a declaration, and, obviously, it's an
3   electronic signature.  But do you remember
4   completing this case census form back in November of
5   2019?
6   A.  I probably -- yes, I do.  That was probably
7   one of the first, if not the first piece of
8   paperwork that I filed, I think.  Because it's that
9   early.  After this, we -- we actually filed the
10  proper paperwork later on.
11  Q.  Okay.  This declaration here, you know,
12  sets up that this is under the penalty of perjury
13  and information is true and correct to the best of
14  your knowledge, and it's got your e-signature on
15  there, right?
16  A.  Yeah, that's correct.
17  Q.  All right.  I just want to go over a few
18  items here.  So it's got your name.  You completed
19  this form, so I take it, you know, your name is
20  spelled correctly there in 1(a)?
21  A.  Correct.
22  Q.  Okay.  And then in question 2 it asks for
23  your period of service.  So just so that we're on
24  the same page, you were in the Army from roughly
25  August of 2010 through March of 2015; is that right?

Page 26

1  A. Correct.
2  Q. All right. And then question 2(b) asks for
3  your duty stations. And I want you to take a look
4  at this and see if this is pretty close to accurate.
5  It shows Fort Leonard Wood, August 2010 through
6  December 2010 and then so on and so forth through
7  March of 2015. Does that look about accurate?
8  A. It seems correct.
9  Q. Now, it's got an entry there for Iraq, and
10 that's from June of 2011 through July of 2012, there
11 in that second line.
12 A. Yes. Well, it was two parts of deployment.
13 So it was, yes, the Iraq one, but we also spent time
14 in Kuwait during that. So I wasn't sure to put it
15 different deployments or one because we in the Army
16 don't know how to put it.
17 Q. Yeah, no, I understand. And I think we'll
18 get to that, and some of the other records show
19 that. I just want to get an idea here. So I
20 understand it would really be considered two
21 deployments, but was that stretch of June 2011
22 through July 2012, would that have been when you
23 were either in Iraq or Kuwait and there were no
24 deployments besides that particular one?
25 A. Correct.

Page 27

1  Q. Is that accurate?
2  A. Accurate.
3  Q. Okay. And then it asks for your MOS there
4  in question 2(c), and it has combat engineer for
5  the -- really your whole time in service, from
6  August 2010 through March 2015. Do you see that?
7  A. Yes.
8  Q. Okay. And is that accurate, you were a
9  combat engineer?
10 A. Yes.
11 Q. All right. What does a combat engineer do?
12 Like, what are your -- what -- I know that's over
13 several years, but what were your primary duties?
14 A. Okay. So I was a mechanized combat
15 engineer. So a combat engineer MOS, our job is to
16 work with explosives. And our applications for our
17 job differed depending on the mission. In a -- in a
18 normal traditional world our job would be to bridge
19 enemy defenses and neutralize minefields. And my --
20 but because an untraditional world like Iraq, my job
21 was route clearance, which is for locate and
22 disintegrate and disarm roadside bombs.
23 Q. Okay.
24 A. And besides this, the other duties of
25 infantry. And because I'm mechanized, I had my own

Page 28

1  Bradley tank.
2  Q. You had your own Bradley tank?
3  A. Yeah. You know the Bradley fighting
4  vehicle?
5  Q. I have an idea, yeah.
6  A. Yeah, I spent most of my career working
7  within a Bradley between a driver to a gunner to a
8  TC.
9  Q. All right. And then question four asks,
10 "Did you use the Combat Arms earplugs, Version 2?"
11 It's checked "yes." And then it asks for
12 identifying the years, and then you have the years
13 2010 through 2015 there. Does that look accurate to
14 you?
15 A. Yes.
16 Q. Okay. And then question 5 asks, "Did the
17 claimant use the Combat Arms earplugs as a civilian
18 at any time?" And you marked "no." Is that
19 accurate?
20 A. Accurate.
21 Q. Okay. Since 20- -- since you got out of
22 the Army in 2015, have you ever had the occasion to
23 wear any sort of hearing protection or earplugs?
24 A. I -- I intentionally avoid noisy places;
25 therefore, there is no need for me to -- to use it

Page 29

1  outside. I avoid noise at all costs and crowded
2  places.
3  Q. Okay. So the answer to the question, "Have
4  you ever worn hearing protection since 2015?" I
5  take the answer to be "no"?
6  A. Correct.
7  Q. Question number 6 asks to, "Identify the
8  physical injuries claimant sustained as a result of
9  using Combat Arms earplugs, Version 2." It's got
10 tinnitus in the left ear and right ear. Is that
11 accurate?
12 A. Also there is hearing loss. But when I was
13 filling out this part of the survey -- keep in mind,
14 that was the first, so I filled it out without even
15 looking at my records or medical records or anything
16 like that. And since the VA only acknowledged my
17 tinnitus as a disability and they did not
18 acknowledge hearing loss, I did not pick it. But if
19 it's me, I know I have hearing loss, or at least
20 damage.
21 Q. But when you filled out this form in 2019,
22 hearing loss --
23 A. I.
24 Q. -- in the left --
25 A. Yeah, I misunderstood this part. I thought

Page 46

1  started to answer this. When you were first -- when
2  did you first become aware of the Combat Arms
3  earplugs? Let me ask it this way.
4      A. I'm sorry, I didn't follow exactly.
5      Q. I'm sorry?
6      A. I'm sorry, can you repeat the question?
7      Q. Sure. Sure. Yeah.
8         When did you first become aware or when
9  did you first ever come into contact with the Combat
10 Arms earplugs?
11     A. When I first saw it? It was during --
12 going through CIF, within the first few days of
13 arriving to Fort Leonard Wood for basic training.
14 I'm not surely when, but it was in the beginning.
15 Probably that day right there, August 15. Probably.
16 Based on this document.
17     Q. Do you remember who it was who --
18     A. I only remember -- yeah, all I remember is
19 a civilian.
20     Q. Do you remember his or her position at all?
21     A. No, sir. All I know is they're not from
22 the military.
23     Q. Were you fitted at all with the -- your
24 first part of the Combat Arms earplugs?
25     A. They showed us how to use it. They give it

Page 47

1  to us and told us how to use it verbally. And we
2  put it -- I put it in in front of them.
3      Q. I'm sorry, I jumped in front of you there.
4         Did the Combat Arms earplugs come in any
5  packaging that you remember?
6      A. It came in a green box with a little key
7  chain. I'm not sure what you call it. Like, a
8  chain of some kind.
9      Q. How did you keep them on your person? Did
10 you put them in a pocket? Or what did you do?
11     A. Either in my pocket or I would hang it on
12 my gear, depending on the situation. But usually in
13 my pocket.
14     Q. Did you ever purchase the Combat Arms
15 earplugs at all?
16     A. No, sir. We always get them for free from
17 the supply.
18     Q. Were you able to choose or select what kind
19 of hearing protection devices you used --
20     A. No, sir.
21     Q. -- through your service?
22     A. No, sir. All we do is follow instructions.
23 Use the double-ended one. If you don't have the
24 double-ended one for any reason, use the foam one
25 until we get one. And we -- I was just a soldier.

Page 48

1  I followed instructions. I cannot question them or
2  make choices. This stuff is for civilians.
3      Q. When you were issued the Combat Arms
4  earplugs, did you -- were you instructed on how to
5  use them at all? What do you recall about that?
6      A. Yes. Yes, sir. The civilian personnel
7  told us the following: You pull your earlobe like
8  that and you snake it in. You put it in this way.
9  And that's it. And we did this in front of him. He
10 said you're good. I took it out, put it back in the
11 box, put it in my pocket, and moved on to the next
12 room.
13     Q. Were you given any instructions on, like,
14 the yellow versus the green side? Or do you
15 remember anything about the two sides?
16     A. What I probably remember is that the yellow
17 one is for environmental awareness. Like, it's not
18 as -- as -- as -- it allows us to be able to
19 communicate while providing protection. And the
20 green one is the one that have maximum protection,
21 and that's what I mainly used.
22     Q. And you said "awareness." Would another
23 word for that be "situational awareness"? Would
24 that --
25     A. Correct.

Page 49

1      Q. -- be a fair description?
2      A. Yes. Yes.
3      Q. Do you recall being given any written
4  instructions or any writing related to the Combat
5  Arms earplugs?
6      A. No, sir. We go in groups of five, and
7  everything was verbal.
8      Q. So to the best of your recollection, no
9  written instructions were ever provided?
10     A. No. But an instructor was reading out of
11 something. But I was not given any paperwork of any
12 kind.
13     Q. Do you ever remember getting any
14 instruction as to the flanges or folding back the
15 flanges at all?
16     A. No, sir.
17     Q. Do you ever recall receiving a wallet card?
18     A. No, sir.
19     Q. Did you ever see any other instructions for
20 posters or advertisements related to the Combat Arms
21 earplugs?
22     A. No, sir.
23     Q. All right. And so just we're clear, did
24 you receive any other written or oral instructions
25 about the Combat Arms earplugs that we have not

## Page 126

```
 1   about five minutes, then I'll be in a position to
 2   wrap up.  Okay.  Can we go off for five minutes and
 3   come back at the top of the hour?
 4           MS. LEFTRIDGE:  That sounds good.
 5           THE VIDEOGRAPHER:  Off the record at
 6   4:56 p m.
 7           (Break taken, 4:56 p m. to 5:03 p m.)
 8           THE VIDEOGRAPHER:  The time is 5:03.
 9   Back on the record, beginning of File 4.
10   BY MR. ANDERSON:
11       Q.  All right.  Mr. Tamam, you've been able to
12   hear all my questions today, and you've answered
13   them as truthfully as you can, sir?
14       A.  Yes, sir.
15       Q.  Is there anything from your testimony
16   today that you would like to change before we
17   conclude?
18       A.  No, sir.
19       Q.  Is there anything else we have not
20   discussed that you would like to add?
21       A.  No, sir.
22           MR. ANDERSON:  All right.  That's all
23   the questions I have at this time.
24           MS. LEFTRIDGE:  Great.  And I'm going
25   to keep this easy.  We have no questions for
```

## Page 127

```
 1   Plaintiff at this time.
 2           THE VIDEOGRAPHER:  Off the record at
 3   5:04 p m.
 4           (Deposition concluded at 5:04 p m.)
```

## Page 128

```
 1           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF FLORIDA
 2             PENSACOLA DIVISION
 3   IN RE: 3M COMBAT ARMS       ) Case No
     EARPLUG PRODUCTS LIABILITY  ) 3:19-md-2885-MCR-GRJ
 4   LITIGATION                  )
                                 )
 5   This Document Relates to:   )
     AHMED TAMAM                 )
 6   Case No 7:20-cv-41833-MCR-GRJ )
 7
             REPORTER'S CERTIFICATION
 8          DEPOSITION OF AHMED TAMAM
              FEBRUARY 2, 2022
 9
10       I, CHRISTY R  SIEVERT, CSR, RPR, in
11   and for the State of Texas, hereby certify to the
12   following:
13       That the witness, AHMED TAMAM, was duly
14   sworn by the officer and that the transcript of the
15   oral deposition is a true record of the testimony
16   given by the witness;
17       I further certify that the signature of
18   the deponent was NOT requested by the deponent or a
19   party;
20       I further certify that I am neither
21   counsel for, related to, nor employed by any of the
22   parties or attorneys in the action in which this
23   proceeding was taken, and further that I am not
24   financially or otherwise interested in the outcome
25   of the action
```

## Page 129

```
 1       Subscribed and sworn to on this the 23rd
 2   day of February, 2022.
 3
 4
 5           _____
 6           CHRISTY R. SIEVERT, CSR, RPR
             Texas CSR 8172
 7           Expiration Date:  4-30-2023
```