**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PLAINTIFFS' MOTION FOR CLARIFICATION OF THE**
**COURT'S OCTOBER 2, 2022 ORDER**

Plaintiffs seek an order clarifying the limitations on access to records produced by the Department of Defense and housed in MDL Centrality ("DOEHRS Data"), as described in the Court's October 2, 2022 Order (the "DOEHRS Order"). *See* Dkt. 3501.

The DOEHRS Order reads in relevant part:

> "At this time, BrownGreer is directed to limit access to MDL Centrality for the 3M MDL to plaintiffs firms who have signed an MDL participation agreement and defense firms currently representing Defendant 3M Company. An authorized representative of a law firm with persons currently having access credentials to MDL Centrality but not permitted access under this Order must so notify BrownGreer within five days of the date of this Order."

Plaintiffs' Leadership had understood this language as intended to limit access to the DOEHRS Data to counsel for active parties in the MDL. Plaintiffs were therefore surprised to learn this week that Aearo Debtors' estimation expert, Charles Mullin of Bates White, had received and has been using the DOEHRS Data as

1

produced in the MDL.  See Ex. A, Charles Mullin Dep. Tr., 50:21-51:6 (11/21/22).

Because Plaintiffs' Leadership had read the order as restricting access, Plaintiffs'

Leadership has not shared the DOEHRS Data with claimants' counsel or other

professionals in the bankruptcy. To keep the Parties on equal footing in the event

that Debtors move for estimation, Plaintiffs' Leadership requests that the October 2,

2022 Order be clarified to explicitly allow MDL Leadership to share the DOEHRS

information with any MDL Party's bankruptcy professionals including the Tort

Claimants bankruptcy professionals.

DATED: November 25, 2022                    Respectfully submitted,

                                            **AYLSTOCK, WITKIN, KREIS &**
                                            **OVERHOLTZ, PLLC**

                                            */s/ Bryan F. Aylstock*
                                            Bryan F. Aylstock
                                            Jennifer Hoekstra
                                            baylstock@awkolaw.com
                                            jhoekstra@awkolaw.com
                                            17 East Main Street, Suite 200
                                            Pensacola, FL 32502
                                            Phone: (850) 202-1010
                                            Facsimile: (850) 916-7449

                                            **SEEGER WEISS LLP**
                                            Christopher A. Seeger
                                            Maxwell H. Kelly
                                            cseeger@seegerweiss.com
                                            mkelly@seegerweiss.com
                                            55 Challenger Road, Sixth Floor
                                            Ridgefield Park, NJ 07660
                                            Phone: 973-693-9100
                                            *Counsel for Plaintiffs*

2

## CERTIFICATE OF CONFERENCE

The undersigned attorney hereby certifies that on November 25, 2022, Plaintiffs' Leadership conferred with counsel for 3M on the issue raised in this motion. Following receipt of Mr. Mullin's deposition from November 21, Plaintiffs' Leadership reached out to Counsel for 3M on November 23, indicating their intention to immediately file a motion for clarification of the October 2 Order. Following email communications about the scope of the issue, in the morning of November 25, Plaintiffs' Leadership conferred via telephone with counsel for 3M on the issue raised in this motion and intention to file today. At the time of filing, Counsel for 3M has not indicated whether they oppose the instant motion.

By: */s/ Bryan F. Aylstock*

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 25, 2022, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

By: */s/ Bryan F. Aylstock*