## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), moves the Court for leave to file under seal Exhibit A to Plaintiffs' Motion for Clarification of the Court's October 2, 2022 Order.

Dated: November 25, 2022

Respectfully submitted,

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
Jennifer Hoekstra
baylstock@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

**SEEGER WEISS LLP**

Christopher A. Seeger
Maxwell H. Kelly
cseeger@seegerweiss.com
mkelly@seegerweiss.com
55 Challenger Road, Sixth Floor
Ridgefield Park, NJ 07660
Phone: 973-693-9100
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 25, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Bryan F. Aylstock
Bryan F. Aylstock