UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the 13 Wave 1 Cases Identified in Plaintiffs' Motion, ECF No. 3595 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

Plaintiffs have filed a Motion to Lift Stay as to Certain Wave 1 Plaintiffs. *See* ECF No. 3595. Defendant 3M Company is directed to file its response, if any, by December 5, 2022 at noon Central.

**SO ORDERED**, on this 28th day of November, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**