## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, November 29, 2022 7:28 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, November 29, 2022 1:26:29 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/29/2022 at 8:26 AM EST and filed on 11/29/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1842](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ([1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**

| | |
|---|---|
| **Case Name:** | Aldana v. 3M Company |

| | |
|---|---|
| Case Number: | MN/0:22-cv-02906 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**

| | |
|---|---|
| Case Name: | Henry v. 3M Company |
| Case Number: | MN/0:22-cv-02902 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**

| | |
|---|---|
| Case Name: | Kelley v. 3M Company |
| Case Number: | MN/0:22-cv-02802 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)

| | |
|---|---|
| **Case Name:** | Rowland v. 3M Company |
| **Case Number:** | MN/0:22-cv-02908 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)

| | |
|---|---|
| **Case Name:** | Coleman v. 3M Company |
| **Case Number:** | MN/0:22-cv-02810 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases:** MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)

| | |
|---|---|
| **Case Name:** | Valentine v. 3M Company |
| **Case Number:** | MN/0:22-cv-02891 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-*

*cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**

| | |
|---|---|
| **Case Name:** | Ousta v. 3M Company |
| **Case Number:** | MN/0:22-cv-02898 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**

| | |
|---|---|
| **Case Name:** | Watson v. 3M Company |
| **Case Number:** | MN/0:22-cv-02808 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**

| | |
|---|---|
| **Case Name:** | Curry v. 3M Company |
| **Case Number:** | MN/0:22-cv-02806 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-181) - 9 action(s)** *re: pldg. ( [1840] in MDL No. 2885, 1 in MN/0:22-cv-02802, 1 in MN/0:22-cv-02806, 1 in MN/0:22-cv-02808, 1 in MN/0:22-cv-02810, 1 in MN/0:22-cv-02891, 1 in MN/0:22-cv-02898, 1 in MN/0:22-cv-02902, 1 in MN/0:22-cv-02906, 1 in MN/0:22-cv-02908)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/29/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02802, MN/0:22-cv-02806, MN/0:22-cv-02808, MN/0:22-cv-02810, MN/0:22-cv-02891, MN/0:22-cv-02898, MN/0:22-cv-02902, MN/0:22-cv-02906, MN/0:22-cv-02908 (JC)**


**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-02906 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02906 Notice will not be electronically mailed to:**

**MN/0:22-cv-02902 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02902 Notice will not be electronically mailed to:**

**MN/0:22-cv-02802 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02802 Notice will not be electronically mailed to:**

**MN/0:22-cv-02908 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02908 Notice will not be electronically mailed to:**

**MN/0:22-cv-02810 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02810 Notice will not be electronically mailed to:**

**MN/0:22-cv-02891 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02891 Notice will not be electronically mailed to:**

**MN/0:22-cv-02898 Notice has been electronically mailed to:**

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:22-cv-02898 Notice will not be electronically mailed to:**

**MN/0:22-cv-02808 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02808 Notice will not be electronically mailed to:**

**MN/0:22-cv-02806 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-02806 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/29/2022] [FileNumber=1146088-0
] [a04fb544e22dbf74479a95249f208d4ad998a54bdf703ce104d1cad5d83c5c132e8
1d3242f9ccc1b88f8e63fbd817b2d032b6f876dc67d3e87793207602c9a30]]