# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Hope T. Cannon |

## DEFENDANT 3M COMPANY'S RESPONSE TO PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S OCTOBER 2, 2022 ORDER (DKT. 3596)

As 3M represented to Plaintiffs' Leadership before they filed their motion for clarification of the Court's October 2, 2022 Order, 3M does not object to the relief requested. 3M agrees that all MDL parties—including plaintiffs, 3M and the Aearo Debtors[1]—who received the DOEHRS records directly from the Department of Defense on September 11, 2022 and their advisors should continue to have access to the DOEHRS records stored in MDL Centrality. The DOEHRS records are assisting the parties' efforts to reach a mediated settlement.

*[Remainder of Page Intentionally Left Blank]*

---

[1] Although the automatic stay applies to Combat Arms actions against the Aearo Debtors, the Aearo Debtors remain defendants in the MDL.

Dated: November 29, 2022				Respectfully submitted,

*/s/ Jessica C. Lauria*
Jessica C. Lauria (admitted *pro hac vice*)
Gregory Starner (admitted *pro hac vice*)
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email:  jessica.lauria@whitecase.com
            gstarner@whitecase.com

- and -

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Tel: (312) 881-5400
Email:  mandolina@whitecase.com
            mlinder@whitecase.com

*Counsel for Defendant 3M Company*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of November 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

*/s/ Jessica C. Lauria*
Jessica C. Lauria