# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 <br><br> **SEALED** |
| This Document Relates to All Cases | Judge M. Casey Rodgers <br> Magistrate Judge Hope T. Cannon |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    November 28, 2022

Motion/Pleadings: PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Filed by  Plaintiff     on  November 25, 2022    Doc. #'s 3597

_____ Stipulated         _____ Joint Pleading
_____ Unopposed          _____ Consented

                                JESSICA J. LYUBLANOVITS
                                CLERK OF COURT

                                */s/ Patricia G. Romero*
                                Deputy Clerk:    Patricia G. Romero

On consideration, Plaintiff's motion is **GRANTED**. The Clerk is directed to update the docket accordingly.

**DONE** and **ORDERED** this 30th day of November, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**