# EXHIBIT 2

**From:** Brian Myers <BrianMyers@compuserve.com>
**Subject:** FW: Letter for Combat Arms earplug
**Attachments:** ohlinnonl.doc

Forwarded Message

From:    Ohlin Douglas W, INTERNET:Douglas.Ohlin@APG.AMEDD.ARMY.MIL
To:    "'belva_hoffman@ftdetrckccmail.army.mil'", INTERNET:belva_hoffman@ft detrckccmail.army.mil

CC:   "'brianmyers@compuserve.com'", brianmyers

Date:   4/12/99 10:00 AM

RE:   FW: Letter for Combat Arms earplug

Belva:  There are at least three reasons why they are going to have to shorted the production samples I sent you.
1. So they fit in the standard case.
2. To minimize wind noise.
3. To be compatible with the kevlar helmet when the chinstrap is fasten.

  That last one is a show stopper if we can't get the modification.
                    Doug

Original Message
From: Ohlin Douglas W
Sent: Friday, April 09, 1999 12:51 PM
To: Ohlin Douglas W
Subject: FW: Letter for Combat Arms earplug


Original Message
From: Brian Myers [mailto:BrianMyers@compuserve.com]
Sent: Thursday, April 08, 1999 11:41 AM
To: Doug Ohlin
Subject: Letter for Combat Arms earplug


Doug,

I reviewed the letter it looks great. I took the liberty of making a few corrections regarding our company. The changes are indicated in red with verbiage to be deleted in parenthesis. I thought it might also be helpful to mention the "EAR brand" since most people would associate with that name as opposed to Aearo.

Confidential - Subject to Protective Order                                                                    3M_MDL000569956

I spoke with Dick Knauer who believes that we can probably shorten the plug by the 1/4" required to fit your current container. The designer will look at this when he gets back from vacation on the 19th. It may help to expedite the redesign if we could get a storage container from you. Since I will be out for most of the next two weeks, if possible send one to:

Dick Knauer
Aearo Company
7911 Zionsville Road
Indianapolis, IN 46268

Dick's number is 3176923033 in case you need to contact him.
Thanks.


Internet Header  Sender: Douglas.Ohlin@APG.AMEDD.ARMY.MIL
Received: from dasmtaamp030.amedd.army.mil (dasmtaamp030.amedd.army.mil [131.92. 168.42])
   by hpamgaaa.compuserve.com (8.8.8/8.8.8/HP1.1) with ESMTP id LAA22017 for
<brianmyers@compuserve.com>; Mon, 12 Apr 1999 11:00:51 0400 (EDT) Received: by dasmtaamp030.amedd.army.mil with Internet Mail Service (5.5.2232.9) id <2SCGY2K0>; Mon, 12 Apr 1999 11:00:27 0400

MessageID: <6D662AECE787D211971B0060088FF66BB7DAC0@dasmtaamp030.amedd.army.mil> From: Ohlin Douglas W <Douglas.Ohlin@APG.AMEDD.ARMY.MIL>

To: "'belva_hoffman@ftdetrckccmail.army.mil'"
   <belva_hoffman@ftdetrckccmail.army.mil>
Cc: "'brianmyers@compuserve.com'" <brianmyers@compuserve.com> Subject: FW: Letter for Combat Arms earplug
Date: Mon, 12 Apr 1999 11:00:18 0400
MIMEVersion: 1.0
XMailer: Internet Mail Service (5.5.2232.9)
ContentType: multipart/mixed;
   boundary="_=_NextPart_000_01BE84F5.330392DE"

Confidential - Subject to Protective Order

3M_MDL000569957

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order

3M_MDL000569958

MCHB-TS-CHC   (40)

MEMORANDUM FOR Staff Director, Joint Readiness Clinical Advisory Board, 1423 Sultan Drive, Fort Detrick, MD 21702-5013

SUBJECT: Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug

1. Reference. Memorandum, this Center, 27 April 1997, After Action Report of the 14th Meeting of Department of Defense (DoD) Hearing Conservation Working Group.

2. The Department of Defense (DoD) Hearing Conservation Working Group (HCWG) has recommended that a non-linear earplug configured to the specifications of the enclosed production samples be adopted for military use. Request that an NSN be assigned to facilitate ordering procedures. If feasible, a bulk purchase through the Defense Logistics Agency (DLA) could minimize costs. Initial demand is estimated between 200,000 to 250,000 pairs with an annual demand thereafter of approximately 75,000 to 100,000 pairs. The final negotiated price per pair is obviously going to affect demand.

3. See enclosed justification for those details.

4. (Aero corporation) Aearo Company (EAR brand) of Indianapolis, IN has secured the leasing agreements for production from the French-German Research Institute of Saint Louis. Their POC is Mr. Brian (Meyers)Myers, (317) 692-6593 or at brian_myers@aearo.com.

MCHB-TS-CHC
SUBJECT: Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug

5. The undersigned is available at DSN 584-3797,(410) 436-3797 or douglas.ohlin@apg.amedd.army.mil.

FOR THE COMMANDER:


                              DOUG OHLIN
                              Chair, DoD
                              Hearing Conservation
                                Working Group

CF:
HQDA(SGPS-PSP)
HQDA, OASIL&E
CDR, Defense Supply Center, Philadelphia
CDR, USAMMA, ATTN: MCMR-MMR-SD
OTSG Consultant for Audiology and Hearing Conservation, (w/encl)

2

Justification for a Non-Linear Earplug
(Combat Arms Earplug)

    For the dismounted soldier or marine, conventional hearing protection can interfere with the communication requirements of a mission when hearing protection is needed the most, i.e., firing weapons away from fixed firing points with loudspeaker systems that can overcome the attenuation of the hearing protectors.

    In steady-state noise over 85 dBA in armored vehicles, aircraft or watercraft, conventional hearing protectors can actually improve communication ability. In steady-state noise, they function like sunglasses that cut down glare reducing the noise to a level where the ear is not "overloaded". In relative quiet, however, conventional (linear) hearing protectors interfere with both speech communication and the detection of environmental (combat) sounds.

    The solution for the dismounted soldier or marine would be a non-linear hearing protector that would mitigate the hazard from weapons fire over a desired range, but marginally interfere with required communications and detection of combat sounds such as vehicle noise, steps in leaves, closing of a riflebolt, etc.

    The concept of non-linear earplugs is not new; however, Dr. Armand Dancer and his colleagues at the French-German Institute in Saint Louis have dramatically improved this low tech and inexpensive solution to a long standing problem. A small "filter" is inserted into the center (stem) of an earplug. This filter is a cylindrical device of a specified length with holes in each end of a very precise diameter.

    The American military's contribution in this development effort has been to recommend an American-made earplug, the Ultrafit, to house the French filter, the color scheme and blast overpressure testing. The single-sized Ultrafit should accommodate most of our combat arms users. Moreover, thanks to French ergonomic designers, a solution has been provided on how to eliminate wind noise while adapting the earplug for steady-state noise use.

   One end of the double-tree design includes a solid (linear) earplug that can be used for steady-state noise environments.  This precludes a requirement to carry a second set of conventional earplugs which won't fit into the standard earplug carrying case. The light color of the non-linear earplug assists in the requirement to keep the hole clean and free of cerumen (ear wax).  The solid (linear) end of the earplug is colored olive drab for compatibility with the stealth mode associated with dismounted operations.  The visibility of the light-colored, non-linear end of the earplug is not an issue in steady-state environments.  Moreover, the light color should assist in the enforcement and monitoring of the correct device to be used for that noise environment.

   The calibrated holes in the non-linear earplug significantly dampen the more hazardous high frequency component of the impulse noise signature.  The reader's understanding of the concept could be assisted by the analogy of an acoustic friction being created as the impulse noise (blast overpressure) passes through a narrow orifice.  This noise reduction capability actually increases with the noise level of weapons fire, hence the term, non-linear.  The non-linearity begins at about 110 dBP and increases by 17 dB to 190 dBP.[1]  Testing at a U.S. facility found this non-linear earplug protective up to 190 dBP.[2]

   While high frequency impulse noise is significantly reduced, most speech energy is passed.  In addition, a detection model developed at the Army Research Lab predicts a normal-hearing soldier (H-1 profile) can detect a truck at the same distance (800 meters) with or without the non-linear plug.  That detection capability is cut in half (400 meters) with conventional foam plugs.

   In summary, the Combat Arms Earplug affords a cheap, low tech solution for protecting the hearing of soldiers and marines in dismounted operations from impulse noise weapons fire.  These passive, non-linear devices work without batteries, are easy to maintain and are compatible with most head gear.  They present little insertion loss at low sound levels which allows for speech communication (without shouting) and the detection and localization of acoustic sources at almost the same conditions as without hearing protectors.  In the Combat Arms Earplug, we finally have a hearing protector that protects without impairing military effectiveness.

References

[1] Dancer, A. and Hamery P., "Nonlinear Hearing Protection Devices," Proceedings of 27nd Annual Conference of the National Hearing Conservation Association, Albuquerque, New Mexico, 19-21 Feb 1998.

[2] Johnson, D., Nonlinear Earplug Study, Research Project Conducted by EG&G Management Systems, Inc., under Contract DAMD-17-93-C-3101 to the U.S. Army Medical Research and Material Command, June 1995.