EXHIBIT 3

| From: | Ohlin, Douglas W Dr USACHPPM <doug.ohlin@us.army.mil> |
|---|---|
| To: | Elliott Berger <eberger@compuserve.com> |
| CC: | Gates, Kathy E LTC OTSG <kathy.gates@us.army.mil> |
| Sent: | 3/23/2005 4:28:04 PM |
| Subject: | FW: Information on Combat Arms earplugs |
| Attachments: | DOCUMENT.PDF |

Just sent this to your boss.

**From:** Ohlin, Douglas W Dr USACHPPM
**Sent:** Wednesday, March 23, 2005 9:41 AM
**To:** BRIAN MYERS
**Subject:** RE: Information on Combat Arms earplugs

Brian:

      The combat arms earplug has been evaluated during blast overpressure studies at White Sands Missile Range and at the Army Research Lab at the Aberdeen Proving Ground. It is used extensively by the US Army and the Marines. It has been approved by the DoD Hearing Conservation Working Group. It appears in our Defense Occupational and Environmental Health Readiness System - Hearing Conservation application's lookup table of approved hearing protectors and in Department of the Army Pamphlet 40-501, Hearing Conservation, 10 December 1998. Yes, I think you can say the combat arms earplug has be "evaluated and specified by the U.S. Armed Forces."

      That chart, which you are free to use, was based on a detection model in the attached article. Although unprotected detection distances for "normal hearing" are included in this article for the truck and the rifle bolt closing, our colleagues at ARL ran the attenuation data of the earplugs through the model at our request for that graph. Those data are not in the article.

                                          Doug

**From:** BRIAN MYERS [mailto:brian_myers@aearo.com]
**Sent:** Tuesday, March 22, 2005 5:39 PM
**To:** Ohlin, Douglas W Dr USACHPPM
**Subject:** Information on Combat Arms earplugs

Doug,
I am trying to put together an information sheet on the Combat Arms earplug to allow this product to be better presented. I have two questions regarding the content which I would like to get answered by you.

1. Is it okay to say that the combat arms earplug is "evaluated and specified by the U.S. Armed Forces?"

2. Long ago, you created a powerpoint spreadsheet on the ability of the open ear, "combat arms" protected ear and foam earplug protected ear to hear a truck and a rifle bolt closing. You indicated that the truck could be heard by both the open ear and the "CAE-protected" ear at 800 meters but only at 400 meters for a "foam plug-protected" ear. May I use this data in an illustration on the sell sheet and if so, who or what study would I credit or note for the data?

I'll send you a JPEG of the sheet when I get it completed. Thanks for your help.

3M Confidential

Confidential - Subject To Protective Order

This material may be protected by copyright law (TITLE 17, U.S. CODE)

3M00018895

3M_MDL000016914

DOCLINE ®                                                    Page 3 of 7

# *16320315*

**Request # 16320315**                              **FEB 14, 2005**

**Ariel To: 160.141.50.45**

Moncrief US Army Community Hospital
Medical Library ILL
4500 Stuart Street
Fort Jackson, SC 29207-5720

## DOCLINE:    Journal    Copy

| | |
|---|---|
| Title: | The Annals of otology, rhinology & laryngology. Supplement. |
| Title Abbrev: | Ann Otol Rhinol Laryngol Suppl |
| Citation: | 1989 May;140():42-52 |
| Article: | Toward a measure of auditory handicap in the Army. |
| Author: | Price GR; Kalb JT; Garinther GR |
| NLM Unique ID: | 1256156    Verify: PubMed |
| PubMed UI: | 2497698 |
| ISSN: | 0096-8056 (Print) |
| Publisher: | Annals Publishing Co, St. Louis Mo |
| Copyright: | Copyright Compliance Guidelines |
| Authorization: | STL |
| Need By: | N/A |
| Maximum Cost: | **Free** |
| Patron Name: | Stevens, M LTC |
| Referral Reason: | Not owned (title) |
| Library Groups: | AMEDD,DOD,ESEA,SEND |
| Phone: | 1.803.751-2149 |
| Fax: | 1.803.751-2012 |
| Email: | steven.leap@se.amedd.army.mil |
| Comments: | **Thanks** |
| Routing Reason: | Routed to HIUTHH in Serial Routing - cell 8 |
| Received: | Feb 14, 2005 ( 12:28 PM EST ) |
| Lender: | Tripler Army Medical Center/ Tripler AMC/ HI  USA (HIUTHH) |

This material may be protected by copyright law (TITLE 17,U.S. CODE)

**Bill to:   SCUMRF**

Moncrief US Army Community Hospital
Medical Library ILL
4500 Stuart Street
Fort Jackson, SC 29207-5720

3M00018896

Confidential - Subject To Protective Order
3M_MDL000016915

*Ann Otol Rhinol Laryngol* 98:1989

# TOWARD A MEASURE OF AUDITORY HANDICAP IN THE ARMY

G. Richard Price, PhD

Joel T. Kalb, PhD                          Georges R. Garinther

Aberdeen Proving Ground, Maryland

The effect of a soldier's ability to hear on the capacity to perform a mission was calculated for a variety of militarily relevant tasks through the use of mathematical models. Changes in hearing can result from organic loss, hearing protectors, the masking effect of noises, etc. The effects were calculated for the detection of sounds of enemy personnel (speech, movement noises) or their equipment (rifle bolt, tank, generator). We also calculated the effects on the ability to control/communicate with troops verbally. The normal ear is highly effective in detecting noises of personnel or their equipment or in understanding speech, even in noise. By contrast, even modest hearing losses and/or the wearing of hearing protectors can have profound effects on military performance, for example, reducing the area that can be monitored acoustically by more than 30-fold or cutting warning times for other sounds by a factor of more than 100. Hearing protectors may have the conflicting effects of protecting hearing while producing unacceptable performance because of their attenuation.

KEY WORDS — auditory detection, auditory handicap, auditory performance, hearing loss.

## INTRODUCTION

### PROBLEM OF AUDITORY HANDICAP

It is obvious that a soldier's ability to hear is important; however, it is harder to specify in quantitative terms just how a soldier's ability to hear affects his or her ability to perform a mission. We intend to begin outlining a course of inquiry to provide the answers needed, based on what we already know or can calculate.

In essence, we are concerned with auditory handicap, which is traditionally defined as "the disadvantage imposed by an impairment sufficient to affect the individual's efficiency in the activities of everyday living." In may seem like an obvious problem for which there should be more or less exact answers; yet as Ward[1] recently has commented: "...of all the areas embraced by the field of audiology, quantification of degree of auditory handicap and its relation to measurable auditory characteristics is a topic concerning which probably the least agreement exists at international, national and local levels." In the past, the desire to calculate auditory handicap has been driven largely by an interest in indemnification for impairment. The American Academy of Otolaryngology has promulgated a formula for such calculation that is based on loss in pure tone sensitivity at particular frequencies.[1] Given the formula, we can calculate an exact percentage of auditory handicap; however, the connection between the number calculated and "disadvantage...in the activities of everyday living" is extremely tenuous.

The interest in auditory handicap in both civilian and military settings most often has come at the end of a working career when the individual is facing retirement; however, it is the contention of this paper that it would be a serious mistake for the Army to focus its interest at this level. The inability to hear, for any reason, may well be an operational liability affecting accomplishment of the mission and should be factored into the consideration of operational requirements for all systems in which the human being is an element. The inability of a gunner to hear a fire command correctly, the inability of a listening post to detect the presence of enemy personnel, the inability of a squad leader to communicate with the soldiers, or problems in a host of other auditory tasks may represent consequences for performance of the mission that are at least as great as other operational considerations. Were we able to quantify the effect of auditory impairment, it would be possible to factor the handicap into the decision-making process and allow intelligent decisions to be made regarding the design, procurement, and operational use of Army materiel as well as the requirement for hearing on the part of the soldier.

As serious as hearing impairment can be, we hasten to add that it is also conceivable that for some tasks a given hearing loss may not represent a handicap. What we intend is an accurate assessment of performance based on realistic considerations. If a hearing impairment can cause operational difficulties, we need to know about it. If, on the other hand, it does not, then we need to know that, too.

A reduced capacity to hear can be the result of any one or a combination of independent processes; the obvious case is one in which noise exposure has

From the US Army Human Engineering Laboratory, Aberdeen Proving Ground, Maryland. The views or assertions contained herein are the private views of the authors and are not to be construed as official or as reflecting the views of the Department of the Army or the Department of Defense.
Presented at the Blast Injuries of the Ear Seminar, sponsored by the Department of Respiratory Research, Walter Reed Army Institute of Research, and the Otolaryngology–Head and Neck Surgery Service, Walter Reed Army Medical Center, Washington, DC, Sept 26-27, 1986.
REPRINTS — G. Richard Price, PhD, Human Engineering Laboratory, Aberdeen Proving Ground, MD 21005-5001.

42

Confidential - Subject To Protective Order



*Price et al, Auditory Handicap* 43



Fig 1. Computed band-pressure level at several distances from 30-kW generator based upon propagation model and measurements at 10 m.

resulted in a permanent change in the ear. In a less severe case, noise might produce a transient loss from which the ear will eventually recover but which is nevertheless an impairment for the interim. Other sources of "impairment" are nonorganic. Noises produced by equipment such as generators or armored vehicles may lessen the ability to hear because they mask auditory information. Or alternatively, soldiers may be forced to wear hearing protectors or other headgear made necessary by operational requirements, which in turn produces auditory impairment.

### HANDICAP IN ARMY CONTEXT

The Army also has some special concerns in the matter of auditory handicap that may not have parallels in the civilian world. In the civilian world, the overwhelming interest has naturally been in the ability to understand speech. However, in a military setting (and even to some degree in a civilian setting), being able to hear nonspeech sounds can be vitally important.[2] Katzell et al,[3] in a survey of combat recognition requirements conducted after World War II and the Korean conflict, showed that enemy personnel were the most important target for all types of military units in the field. Furthermore, they were most often detected by the noise they or their equipment made. Interviews with Vietnam veterans produced a similar finding. For example, the approach of enemy personnel would often be revealed by the noise made in parting dense foliage. There are analogous situations in the civilian world as well, eg, persons with hearing losses may have to give up hunting because they can no longer hear the game.

It is becoming apparent that if we are to understand auditory handicap it will be necessary to expand our focus from the understanding of impairment of speech perception to include a wide range

of auditory issues and their impact on the soldier's efficiency in his or her military activity. Thus our focus must expand to include an analysis of the specific things we do in daily living and an assessment of what role the sense of hearing plays in them. In general, we know much more about the role of hearing in everyday living. We can probably predict the percentage of words a particular subject will hear correctly in some environment, but what impact will that have on task performance? What is the consequence of an incorrect perception? Can the individual with an impairment work effectively with other people? The prospect of this level of analysis for all the activities of daily living in the Army is truly staggering and is probably one of the reasons that consideration of auditory handicap has been confined largely to the impairment of speech perception.

On the other hand, as massive as the problem of establishing auditory handicap is, it should be possible at least to make a beginning. The need for such an effort was recognized in our laboratory some years ago, and a modest beginning was made by examining the problem of detecting the sounds made by personnel, eg, movement through a sapling thicket, footfall in grass, closing a rifle bolt.[2] We are now in the process of expanding our efforts in this area and, with new data on sound propagation and detection, will try in this paper to relate the ability to hear to the performance of everyday living of a member of the infantry.

### PROCEDURES

#### MODELS USED IN CALCULATIONS

In the development that follows, we use mathematical models of both sound propagation and auditory detection that have been developed in our laboratory. The details have been reported else-

Confidential - Subject To Protective Order

3M_MDL000016917



Fig 2. Assumed hearing levels for soldiers with normal hearing, poor hearing, and poor hearing plus temporary threshold shift (TTS).

where.[4] Both the propagation and detectability models will be summarized briefly here, but additional details are included in the Appendix.

As used in this study, the propagation model accounts for three effects: geometric spreading (progressive loss in intensity due to expansion of the wave front), atmospheric absorption, and ground effect with atmospheric turbulence (losses due to interactions with the ground surface). Many other factors affect sound propagation, such as the presence of barriers or foliage, or reflection due to wind or to air temperature. Because these might or might not exist in operational situations, these factors have been excluded from the calculations.

The effect of the propagation model on the spectrum of a sound is complex, in keeping with the nature of real propagation processes. Figure 1 illustrates the spectrum of a generator as it would appear at 100, 200, 400, and 800 m, and 1.6 km. It is apparent that in addition to a change in level, the shape of the spectrum also changes as the sound propagates. The high frequencies tend to be lost through atmospheric absorption, and the low frequencies are altered by ground effect.

The detectability model brings with it another class of considerations, specifically the listener variables. The model naturally includes the listener's threshold for pure tones and corrections for the listener's judgment processes as developed in the Theory of Signal Detectability.[5]

We were interested especially in the differences in performance that are a function of the condition of the ear. We used three levels of hearing acuity in our calculations: normal hearing, poor hearing, and poor hearing complicated by the addition of a temporary threshold shift (TTS) from noise exposure or the wearing of a hearing protector.

The values used for normal hearing in our calculations are those of hearing sensitivity in the free field for young ears.[6] The values used for the ear with poor hearing were taken from a survey of hearing in the combat arms.[7] The values used were those for men who had been in the infantry 17.5 to 22.4 years and are the levels exceeded by 25% of that age group, ie, 25% of that group had hearing that bad or worse. There was essentially no difference in hearing levels between the armor, artillery, and infantry branches surveyed.[7] Figure 2 presents the sensitivities used for both the normal ear and the poor ear. The third curve in this Figure represents the realistic possibility that an ear also might be suffering a temporary hearing loss as the result of noise exposure. Specifically, we calculated the TTS that would result in an unprotected ear riding for 1 hour in an armored personnel carrier (113 dBA sound pressure level) and added it to the threshold of the poorer hearing ear.

In making calculations of auditory performance, we have simplified the situation by treating a noise-induced hearing loss simply as an elevated threshold, ie, as a normal ear receiving a weaker signal. In fact, Plomp[8] has shown that a noise-induced hearing loss consists of two components, an attenuation component and a distortion component. For an impaired ear, for example, a speech signal might well be above threshold, but it might not be "clear." The practical implication of ignoring the distortion component is that the handicapping effect of a particular loss will be underestimated.

There is an additional type of hearing loss that should be considered in the military context, specifically that of a ruptured eardrum resulting from an explosion. We know from working with animal ears that the loss of an eardrum in and of itself produces conductive changes in the middle ear that vary as a function of the size and position of the perforation. The conductive loss can amount to less

Confidential - Subject To Protective Order                    3M_MDL000016918

*Price et al, Auditory Handicap*                                    45



Fig 3. Upper and lower rural background noise levels (shaded zone).

than 20 dB for a 20% loss of area and about 40 dB across all frequencies when the eardrum is 80% to 100% removed.[9] An acoustic impulse capable of rupturing the eardrum is also likely to produce at least some additional TTS as well, which could easily add an additional 40 dB or more of sensorineural loss. Given losses of this size (80 dB or more), the ear is essentially totally deaf. For example, victims of terrorist bombings report that following the explosion (in a room), they could see people's mouths moving but could not hear anything. At least for the short term, such ears are simply not functional. But for smaller losses, the effects of the perforation of an eardrum would be the same as for other sources of impairment.

The auditory world is always present. In making the calculations we presume one of two ambient noise backgrounds typical of those found in rural areas at varying distances from man-made noise sources[10] and assumed to be fairly typical of the quiet periods on a battlefront. These levels are presented as the boundaries of a shaded zone in Fig 3. We have used both the upper and lower limits of this zone individually in our calculations. In the text they are referred to as upper rural (UR) and lower rural (LR) background noise levels.

## RESULTS

### GENERAL COMMENTS

It cannot be overemphasized that the performance data discussed below are calculated almost exclusively from the models and consequently incorporate a very large number of assumptions. They are believable and are in fact the best estimate we have, but they should be verified empirically. A mitigating consideration was that in most cases, our interest was in the change in performance as a function of hearing level. Thus, although the absolute values might not be entirely accurate, the relative values are probably close to the true ones.

In pilot experiments, we have tried to verify the models empirically, and the results have been very encouraging. The largest problem is getting a really quiet (or known) background sound. Ambient sounds in real situations tend to be highly variable; consequently, even though they have been measured carefully at one time, the conditions at the moment of detection may differ from the measured background. In the "best of all possible experiments," the ambient noise and atmospheric conditions should be captured at the moment of detection. In the pilot experiments with normal and protected ears we have tried to detect conversational voice, shouted voice, a rifle magazine being inserted, the rifle bolt closing, and a generator. The calculated detection ranges have agreed reasonably well with the actual detections, usually within 30% to 40%. For detection tasks, errors of this size are relatively small, ie, all parameters must be within 1 or 2 dB for results to come this close.

The data are presented in Figs 4 through 9, with the sensitivity of the ear described as normal, poor, or poor + TTS plotted on the abscissa. This presentation is irregular, in that the abscissa represents only an ordinal scale and not a ratio scale as might be assumed. Likewise, the lines connecting the data points are only indications of which points go with one another. This type of presentation, while somewhat irregular, does make it easy to interpret the data.

### DETECTING ENEMY SOUNDS

Because enemy troops often reveal their location by the noise they or their equipment makes, detection of such sounds is critical.

*Detecting Sounds of Enemy Personnel.* One characteristic of humans is that they do a lot of ver-

Confidential - Subject To Protective Order                        3M_MDL000016919

46          *Price et al, Auditory Handicap*



**A**



Fig 4. A) Idealized speech spectra for shouted, normal, and whispered speech. B) Computed distance for detection of speech sound as sound at three different voice levels. C) Computed distance for perception of speech sound as speech at three voice levels.



**B**



**C**

bal communicating; therefore, human speech is a prime target for detection. Detection distances have been calculated for three levels of vocal effort: a leader might be shouting commands at the soldiers, the soldiers might simply be walking and talking as they go, or when trying to observe noise discipline they might be whispering to one another. Two different listening criteria were used in the calculation: 1) simple detection of the presence of some sound and 2) detection and identification of the sound as speech (not yet intelligible). According to Egan,[11] speech that can just be detected must be 8 dB more intense to reach the level at which it can be identified as speech. The speech spectra used are presented in Fig 4A, and the calculated distances for detection and perception of the sounds as speech are presented in Fig 4B,C. The range over which voices can be detected with a normal ear in an LR background noise is relatively great. Decreases in hearing sensitivity produce corresponding reductions in detection distances. The detection distances for the poor ear are about one half those for the normal ear, and for the poor ear with TTS, only about one sixth those of a normal ear.

3M00018901

Confidential - Subject To Protective Order          3M_MDL000016920

*Price et al, Auditory Handicap*                                                                 47



Fig 5. A) Band-pressure level of several sounds made by personnel at 1 m. B) Computed distance for detection of several sounds made by personnel.

The data for identification of the sound as speech are presented in Fig 4C. As expected, the absolute distances are about one half as far as for simple detection. For both normal and poor ears, the detection distances are less in the UR background noise. For a poor ear with TTS, its own threshold is high enough that the background noise makes no difference.

The practical implication of these detection distances is that a normal ear can monitor four to 36 times as much area as the ears with poorer sensitivity, or can provide two to six times as much warning time of the approach of enemy troops.

*Detecting Nonspeech Sounds of Enemy Personnel.* The equipment personnel carry and their movements through various types of terrain also make noises that need to be detected by the sentry or listening post. We calculated detection distances for the noises of a rifle bolt closing, a rifle magazine being inserted, and walking in leaves. The spectra of these noises are presented in Fig 5A, and the detection distances are shown in Fig 5B. These sounds have considerable energy in the high frequency region; consequently, it is not surprising that ears with losses in the high frequency region do especially poorly in detecting these sounds. It is impressive to see that a normal ear is capable of detecting the sound of a rifle bolt closing at almost 1,000 m in an LR background noise (Fig 5B). In contrast, a poor ear with a TTS can manage the same detection at only 46 m, more than a 20-fold decrease. The magazine insertion is quieter, but the result is the same: 433 m versus 33 m for the same ears. Likewise, for the same conditions, the noise of walking in leaves yields detection distances of 100 m versus 0.6 m. In practical terms, the soldier with a normal ear would have almost 2 minutes' warning of the approach, the person with a poor ear would hear the approach when the enemy was five steps away, and the same individual with a TTS would not hear it at all. For such sounds, a normal ear can monitor an area 200 to 400 times as great as an impaired ear, or provide 13 to 20 times as much warning of the enemy's approach. The soldier with a poor ear and a TTS indeed would be a detriment to the unit if it had to rely on him or her to warn of the enemy's approach.

*Detecting Heavy Equipment Sounds.* Tanks and generators are targets of special interest to the military. Tanks are an obvious threat, and generators are important because they reveal high priority sites such as missile locations and headquarters. The spectra for these sounds are presented in Fig 6A, and the detection distances in Fig 6B. The sounds have most of their energy at low frequencies and are fairly intense; therefore, they propagate relatively well and can be detected at relatively long distances. For both normal and poor ears, the background noise limits detection of a moving tank to somewhat more than 6 km. A poor ear with TTS would detect it at about 1.8 km: much less distance, but not as much less as for other sounds not masked by the background noise. Obviously, in a noisy background almost all ears will detect at the same

Confidential - Subject To Protective Order                                          3M_MDL000016921

48 *Price et al, Auditory Handicap*



Fig 6. A) Band-pressure level of several sounds made by heavy equipment at 25 m. B) Computed distance for detection of several sounds made by heavy equipment.

time, because the noises are all masked by the ambient noise. Even so, a normal ear detects at more than 3.5 times the distance of the impaired ear. The same general pattern holds for both the noise of the tank idling and the generator. In all cases, the worst ear is limited by its own high threshold. For such sounds, the normal ear monitors 12 times the area and gives 3.5 times the warning of the worst ear.

SPAN OF CONTROL EXERCISED

It may be true that visual cues such as hand and arm signals or flares can be used to control soldiers in the field; however, in practice they are not really effective (in combat, cover and concealment are sought by all; being seen is a dangerous business). Therefore, for the leader expected to exercise personal control, the problem is largely a function of maintaining auditory contact.

*Distances Over Which Good Control Can Be Exercised.* We calculated the distances over which intelligible communication can take place using different voice levels. The results are presented in Fig 7. As one might expect, better ears can hear further than impaired ears at all voice levels. A shout can communicate about 100 m with a normal ear in the LR background noise, about 40 m with a poor ear, and less than 5 m for that ear with a TTS. A similar change in communication distance takes place for all voice levels.

A practical implication is that maintaining voice contact with a squad after dismounting from a ride

in an armored personnel carrier would be difficult and next to impossible for a platoon-sized unit. It is an interesting sidelight to note that the shouts required to control such a platoon would be detected by a normal ear more than 600 m away. Stealth and poor hearing are inimical to one another.

*Communicating at Fixed Distance.* Another way of looking at the problem is to consider the case of the individual in the crew-served weapon who needs to hear fire commands, yet also should be wearing hearing protectors because of the impulse noise produced by the weapon. We assumed a 10-m communicating distance and elevated voice levels (raised voice and shouts) as well as highly effective (E-A-R) and standard (V51-R) hearing protectors. Then we calculated the Articulation Index (see Appendix) and interpreted it as a percentage error in different types of communication (standard phrases indicative of fire commands, or first-time sentences typical of normal communication). The results are presented in Fig 8 for the two different background noise levels.

Individuals with normal ears can communicate almost perfectly with and without hearing protectors and in either background noise. Those with poor ears will get better than 90% of the information correct as long as no hearing protector is worn. If a moderately effective protector (V51-R) is worn, the poor ear will get only about 72% of standard phrases correct, and 37% of first-time sentences. The situation is worse if a highly effective protector (E-A-R) is worn, because the poor ear gets nothing

Confidential - Subject To Protective Order



Fig 7. Computed distance for obtaining PB speech intelligibility score of 75% at three different voice levels.

correct. Of course, a poor ear with TTS (not plotted), with either plug, also gets nothing correct.

Given that there are relatively few perfect ears, these calculations suggest that the artillery crew is in a dilemma. If they wear hearing protectors (as regulations require), they will have considerable difficulty hearing fire commands, make more errors, take longer to get rounds off, etc. If they do not wear protectors, then they will suffer hearing losses and ultimately will be unable to hear anything. From their standpoint, an optimum solution

would be to design a less hazardous weapon or provide nonlinear hearing protectors that would exclude only the loud sounds.

*Communication in Noise.* The noise inside combat vehicles not only produces TTS, but also affects communication inside the vehicle. Communication within track-laying armored personnel carriers consists of both electrically aided communication between crew members (the driver and the commander) and person-to-person communication between squad members. The crew members communicate over an intercommunication system wearing a noise-attenuating tanker's helmet, while squad members may or may not wear hearing protectors.

The intelligibility of electrically aided speech was computed for communication between the driver and commander of both a standard M113 armored personnel carrier and a quieter one meeting the Army's suggested noise limits for vehicles of this type (MIL STD-1474B) (100 dBA). At 40 km/h, the standard M113 produces 113 dBA. Intelligibility for both sentences heard for the first time and the standardized phrases is shown in Fig 9A.

For the standard M113 vehicle, crew members with normal hearing can understand sentences 80% of the time, with this score decreasing to 29% for an individual with poor hearing with TTS. Of course, intelligibility is substantially better if communication is accomplished by using standard phrases. However, there are many emergency or unexpected situations in which this is not possible.

An attractive approach to improving intelligibility is to reduce the masking noise of the vehicle. At a level of 100 dBA, we see from Fig 9A that intelligibility for both standard phrases and normal sentences approaches 100% for individuals with normal hearing. Even with poor hearing and TTS, in-

Fig 8. Computed speech intelligibility of standard phrases and first-time sentences at 10 m in two different background noise levels with and without hearing protectors for normal and poor hearing.



3M00018904

Confidential - Subject To Protective Order                                    3M_MDL000016923

50                                  *Price et al, Auditory Handicap*



**A**                                                        **B**

Fig 9. A) Computed speech intelligibility of electrically aided communication for standard phrases and first-time sentences for three different hearing levels in standard and quiet M113 armored personnel carriers. B) Computed distance for obtaining person-to-person PB speech intelligibility score of 75% for three different hearing levels with and without hearing protection in standard and quiet M113 armored personnel carriers.

telligibility is greater than 90%.

For the squad members in the crew compartment, the noise at 40 km/h prevents even intensely shouted communication at more than a few centimeters. Talker-to-listener distances required to produce 75% intelligibility were computed for both a standard and quiet M113. Figure 9B shows that in a standard M113, personnel must be within 10 cm to communicate even with an intensely shouting voice (normal voice level plus 30 dB). This Figure also shows that when no hearing protectors are worn, persons with poor hearing will do as well as those with normal hearing, because speech signal-to-noise ratio is determined by vehicle noise rather than by hearing threshold. In a quiet M113, however, the communicating distance is increased by a factor of 5 to 52 cm for individuals with normal or poor hearing. Those individuals with poor hearing plus a TTS will not do as well, because their perception of speech is limited by their threshold of hearing rather than the vehicle noise. However, when the E-A-R plug is worn, personnel with normal hearing will understand speech as well as those not wearing protectors, whereas those with poor hearing will do significantly worse.

The practical implication of this analysis is that vehicle noise reduction is the single most effective method of improving communications. A by-product of this approach might be that aural detection distance of the vehicle would be reduced concomitantly.

## DISCUSSION

For the member of the infantry, we have managed to calculate a few numbers that predict his or her performance in several practical situations. The calculations should be verified empirically, but for the moment let us suppose that they are essentially valid. It is clear that auditory impairment can have serious operational influences and may well affect the accomplishment of the mission. What can we now say about auditory handicap? How much is too much and how much is tolerable?

One observation that is helpful in making a value judgment came in a conversation with an infantry officer. He commented that although one might conduct firing exercises with troops wearing hearing protectors when they fired from fixed positions, "no one in his right mind would consider having troops wear hearing protectors while on a range in which they move and shoot." It could, therefore, be argued that the auditory impairment represented by the attenuation of an earplug is a significant handicap. It happens that the temporary hearing loss from riding in the crew compartment of an armored personnel carrier for an hour at 32 mph is of the same magnitude as the V51-R earplug attenuation. It is also true that permanent hearing loss of the ear of the 25th percentile soldier with 17.5 to 22.5 years of service is of the same magnitude. For infantry personnel, that degree of hearing impairment probably should be considered handicapping.

Confidential - Subject To Protective Order

From the standpoint of the commander in the field, it is reasonable to suppose that any change in his or her personnel's ability that would result in a 50% reduction in intelligence regarding the enemy would be unacceptable, yet we have seen that even modest hearing losses can reduce the information to less than 1% of what it would be for a normal ear, or warning times of crucial minutes or seconds might be reduced by a factor of four to 20. Control problems would keep squads from spreading out, perimeter security would be affected, error rates in communication would rise, and artillery rounds would take longer to be fired and even might be fired at incorrect coordinates.

From the standpoint of the materiel developer, it would appear that current weapons are too noisy. Vehicles such as the armored personnel carrier will produce performance penalties for the units using them. Weapons that require hearing protection are subject to the same criticism. Either the personnel wear the protectors and have problems in detecting and communicating, or they do not wear them and will develop performance problems when the weapons are used.

This paper only begins to try to establish the true effects of auditory handicap and is characterized by many omissions. For example, we have not covered such considerations as the localization of sounds or their identification. Moreover, hearing losses usually are accompanied by feelings of tension, stress, and insecurity,[12] and lead to personality changes that would have a profound effect on group cohesiveness, morale, etc. The common wisdom is that a hearing loss changes a well-adjusted person into an unhappy recluse. Such effects may be extremely important to the functioning of a military unit.

On the other hand, we have shown in a preliminary fashion that auditory impairment translates into a calculable handicap for the performance of military duties. Presumably, there are civilian parallels as well. Given more information of this type, it is conceivable that admission and retention standards for various military occupational specialties could be affected, as well as the standards and policies for the design, production, and use of materiel.

## SUMMARY

Through the use of mathematical models, we have calculated the effect of a soldier's ability to hear on his or her capacity to perform a variety of militarily relevant tasks. Changes in hearing that can result from organic loss, the wearing of hearing protectors, the masking effect of noises, etc, can have a profound effect on performance, producing a militarily significant handicap. The normal ear is highly effective in detecting noises produced by personnel or their equipment or in understanding speech even in noise. By contrast, even modest hearing losses and/or the wearing of hearing protectors can have profound effects on military performance, for example, reducing the area that can be acoustically monitored by more than 30-fold or cutting warning times for other sounds by a factor of more than 100.

This effort at calculating handicap has not been definitive, but it has shown in a preliminary way that it is possible to quantify the effect of a hearing loss and that such information could be used in the establishment of job descriptions, in standards for acceptance and retention of personnel, and in the specification of acceptable noise levels for materiel.

## REFERENCES

1. Ward WD. The American Medical Association/American Academy of Otolaryngology formula for determination of hearing handicap. Audiology 1983;22:313-24.

2. Price GR, Hodge DC. Combat sound detection. I. Monaural listening in quiet. HEL TM 35-76. Aberdeen Proving Ground, Md: US Army Human Engineering Laboratory, 1976.

3. Katzell RA, Thompson KF, Zalkind SS, Lange E. Combat recognition requirements. Report 386-6-1. Port Washington, NY: Naval Special Devices Center, 1952.

4. Garinther GR, Kalb JT, Hodge DC, Price GR. Proposed aural non-detectability limits for Army material. HEL TM 3-85. Aberdeen Proving Ground, Md: US Army Engineering Laboratory, 1985.

5. Fidell S, Bishop DE. Prediction of acoustic detectability. Technical report 11949. Warren, Mich: US Army Tank Automotive Command, 1974.

6. International Standards Organization. Normal equal-loudness contours for pure tones and normal threshold of hearing under free field listening conditions. ISO Recommendation R-226, Switzerland, 1961.

7. Walden BE, Prosek RA, Worthington DW. The prevalence of hearing loss within selected US Army branches. Unnum-

bered technical report. Washington, DC: US Army Audiology and Speech Center, Walter Reed Army Medical Center, 1975.

8. Plomp R. Auditory handicap of hearing impairment and the limited benefit of hearing aids. J Acoust Soc Am 1978; 63:533-74.

9. Payne MC, Githler FJ. Effects of perforations of the tympanic membrane on cochlear potentials. Arch Otolaryngol 1951; 54:666-74.

10. Community noise. Environmental Protection Agency, Washington, DC, 1971.

11. Egan JP. Articulation testing methods. Laryngoscope 1948;58:955-91.

12. Eriksson-Mangold MM, Erlandsson SI. The psychological importance of nonverbal sounds. Scand Audiol 1984;13:243-9.

13. American National Standards Institute. Method for the calculation of the absorption of sound by the atmosphere (ANSI S1.26). New York, 1978.

14. Chessel C. Propagation of noise along a finite impedance boundary. J Acoust Soc Am 1977;62:825-34.

15. Daigle GA, Piercy JE, Embleton TF. Propagation of noise over short distances above asphalt. J Acoust Soc Am 1983;

Confidential - Subject To Protective Order    

73(suppl).

16. Delaney M, Bazley E. A note on the effect of ground absorption in the measurement of aircraft noise. J Sound Vib 1971;53:955-91.

17. Parkin P, Scholes W. The horizontal propagation of sound from a jet engine close to the ground at Hatfield. J Sound Vib 1965;2:353-74.

18. Garner WR, Miller GA. The masked threshold of pure tones as a function of duration. J Exp Psychol 1947;37:293-303.

19. American National Standards Institute. Method for the calculation of the Articulation Index (ANSI S3.2). New York, 1960.

## APPENDIX

The propagation model accounts for three effects: geometric spreading, atmospheric absorption, and ground effect with atmospheric turbulence. Geometric spreading refers to the reduction in sound pressure with distance from a source due to the energy's spreading over an increasingly large area. The reduction to be expected for this reason (once beyond the near field) is 6 dB per doubling of distance or 20 dB for a tenfold increase in distance. The second effect, atmospheric absorption, is the result of the interaction of sound with oxygen and nitrogen molecules and water vapor during propagation through the atmosphere. The result is a complex pattern of loss that depends on the frequency of the sound, the temperature, and the relative humidity. The losses can amount to 100 dB or more per kilometer, although typical losses are on the order of 5 or 10 dB/km. These relationships appear in ANSI.[13] Finally, ground effect is the result of the interaction between the sound wave traveling directly from the source to the receiver and the wave that reflects from the ground. When the wave hits the ground, it is changed in complex ways as it is reflected. The interaction of the direct and reflected waves produces both interference (reductions of as much as 20 dB) and reinforcement (increases of as much as 6 dB). This interference is dependent upon the acoustic characteristics of the source, the source-to-listener distance, the acoustic characteristics of the reflecting surface (flow resistivity), and the source and listener heights.[14-16] In addition to these parameters, the computation includes the nonhomogeneity of the atmosphere (turbulence)[17] and is computed by one-third-octave bands.

Many other factors affect sound propagation, such as the presence of barriers or foliage, or refraction due to wind or to air temperature. Because these might or might not exist in operational situations, these factors have been excluded from the calculations.

The detectability model brings with it another class of considerations, specifically the listener variables. The model naturally includes the listener's threshold for pure tones and corrections for the listener's judgment processes as developed in Theory of Signal Detectability (TSD).[8] In TSD terms, we assume a hit probability of 50%, a false alarm rate of 1% (corresponding to a d' of 2.32), and an efficiency of 40%, which is what one might expect from a well-motivated listener.

The detection model was designed for use with continuous sounds; however, for our present purposes we wished to calculate detectability of transient sounds as well. For sounds up to about 250 ms long and for the purpose of detection, the ear acts as an energy integrator.[18] Therefore, for the transient sounds (rifle bolt closing, magazine insertion, and walking in leaves), energy was integrated for 250 ms, and we calculated the level that would have had to be present for the full 250 ms to contain the same energy. This quantity then was used in the detection program.

Where we have computed speech intelligibility, we have calculated the Articulation Index (AI) according to the procedures in ANSI.[19] We assume the acceptable intelligibility is achieved at an AI of 0.5 (equivalent to a PB test score of 75%). Normal speech is assumed to have an overall long-term root-mean-square level of 65 dB. Shouted and whispered speech are assumed to have a level 18 dB more and 18 dB less than normal speech, respectively. An intense shouting voice is assumed to have a level 30 dB greater than normal speech.

3M00018907

Confidential - Subject To Protective Order                    3M_MDL000016926