EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

_____ )
IN RE:  3M COMBAT ARMS           )  Case No.:  3:19-MD-02885
EARPLUG LIABILITY LITIGATION     )
                                 )
This Document Relates To:        )
Denise Kelley                    )
Civil Case No. 7:20-CV-153       )
_____ )

**VOLUME IX (pp. 2698-2941)**

**JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE THOMAS P. BARBER**

**April 7, 2022**
**8:33 a.m. to 5:23 p.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**          DANIEL P. BLOUIN, ESQUIRE
                                Simmons Hanly Conroy
                                112 Madison Avenue
                                7th Floor
                                New York, New York 10016

                                TRENT B. MIRACLE, ESQUIRE
                                GEORGE M. STEWART, ESQUIRE
                                Simmons Hanly Conroy
                                One Court Street
                                Alton, Illinois 62002

                                JENNIFER M. HOEKSTRA, ESQUIRE
                                DANIEL J. THORNBURGH, ESQUIRE
                                Aylstock Witkin Kreis & Overholtz
                                17 East Main Street
                                Suite 200
                                Pensacola, Florida 32502

(Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.)

**REPORTED BY:**
Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813) 301-5380 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

```
APPEARANCES (CONTINUED):
FOR THE PLAINTIFF:          CALEB SEELEY, ESQUIRE
                            Seeger Weiss
                            55 Challenger Road
                            Ridgefield Park
                            New Jersey 07660

                            ROBERT W. COWAN, ESQUIRE
                            Bailey Cowan Heckaman, PLLC
                            1360 Post Oak Boulevard
                            Suite 2300
                            Houston, Texas 77056

FOR THE DEFENDANTS:         CHRISTA C. COTTRELL, ESQUIRE
                            KATIE R. LENCIONI, ESQUIRE
                            Kirkland & Ellis
                            300 North Lasalle
                            Chicago, Illinois 60654

                            ROBERT C. BROCK, ESQUIRE
                            ERIN C. JOHNSTON, ESQUIRE
                            Kirkland & Ellis
                            1301 Pennsylvania Avenue NW
                            Washington, DC 20004

                            DAVID I. HOROWITZ, ESQUIRE
                            Kirkland & Ellis
                            333 South Hope Street
                            Los Angeles, California 94104

                            CHARLES BEALL, ESQUIRE
                            Moore Hill & Westmoreland, PA
                            350 West Cedar Street
                            Suite 100
                            Pensacola, Florida 32502

                            SAGHAR ESFANDIARIFARD, ESQUIRE
                            WILLIAM L. SMITH, ESQUIRE
                            Kirkland & Ellis
                            555 South Flower Street
                            Suite 3700
                            Los Angeles, California 90071

                            PAUL SAMPSON, ESQUIRE
                            Kirkland & Ellis
                            60 East South Temple
                            Salt Lake City, Utah 84111

ALSO PRESENT:               DENISE KELLEY
                            ERIC RUCKER
```

Closing Argument - Mr. Blouin

01:22:08  1   enough.  We're not protecting people's ears.  It is

01:22:12  2   imperceptibly loosening.  This product doesn't work.  It just

01:22:19  3   doesn't work."

01:22:21  4        So let's do a new test.  Let's stop the test.  We

01:22:24  5   already know that, you know, even Dr. Casali, we already know

01:22:30  6   that stopping tests is phony baloney.  It is not good.  It's

01:22:35  7   bad science.  It's dangerous, because it can skew the results.

01:22:40  8   But they stopped the test and they hide the results for

01:22:44  9   15 years until Brian Hamer finds out -- or Jeffrey Hamer finds

01:22:50 10   out about it.  And he is stunned.

01:22:54 11        So he has 3M stop, but he doesn't tell the Army.  He

01:22:58 12   doesn't tell the Air Force.  They go ahead, years later, and do

01:23:04 13   their own study and stop the product.

01:23:09 14        So they have the Flange Report versus all these other

01:23:12 15   studies, don't believe it.  The goose was cooked.  The results

01:23:17 16   were in and they've hidden it forever.  When they realize --

01:23:21 17   when Jeff Hamer realized in 2015, "Oh, my God, we've been

01:23:29 18   hiding the truth," he gets partial credit, we said, he told 3M

01:23:34 19   inside.  But he only gets partial credit, because they could

01:23:36 20   have been, like, "Hey, Army.  Hey, Air Force.  We hid the

01:23:41 21   results, but look at the WHISPr study, we're good."  They

01:23:46 22   didn't do that.  They kept quiet still.

01:23:53 23        They could have been like, "Hey, Army.  Hey, Air

01:23:57 24   Force.  It's fine.  Our product is awesome.  Keep buying it.

01:24:02 25   Just start folding the flanges back to get better NRRs.  No

1                          **CERTIFICATE OF REPORTER**

2       STATE OF FLORIDA

3       COUNTY OF ESCAMBIA

4              I, Rebekah M. Lockwood, RDR, CRR, do hereby certify

5       that I was authorized to and did stenographically report the

6       foregoing proceedings; and that the foregoing pages constitute

7       a true and complete computer-aided transcription of my original

8       stenographic notes to the best of my knowledge, skill, and

9       ability.

10          I further certify that I am not a relative, employee,

11      attorney, or counsel of any of the parties, nor am I a relative

12      or employee of any of the parties' attorneys or counsel

13      connected with the action, nor am I financially interested in

14      the action.

15          IN WITNESS WHEREOF, I have hereunto set my hand at

16      Pensacola, Escambia County, Florida, this 7th day of April

17      2022.

18

19

20

21

22      REBEKAH M. LOCKWOOD, RDR, CRR
        Official Court Reporter

23      United States District Court
        Middle District of Florida

24

25