UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates o All Cases | Case No. 3:19-md-02885<br><br>Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11/1, I, Donald . Norris ("Movant"), respectfully move for admission to practice *pro hac vice* for the purposes of appearance in the above-styled case only, and in support thereof state as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing dated within 30 days of this motion, is attached hereto as Exhibit A.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney

Admission Tutorial, confirmation number FLND16691650067032 and completed the CM/ECF Online Tutorials.

WHEREFORE, Movant Donald G> Norris respectfully requests that this Court enter an Order granting her appearance *pro hac vice* in this case.

Movant represents the Plaintiff in the following action that was directly filed into the MDL:

SCHROEDER v. COMPANY. CASE No. 3:22-cv-23915

Respectfully submitted this December 8, 2022.

/s/ Donald G. Norris

Donald G. Norris (CA Bar No. 90000)
Law Offices of Donald G. Norris
A Law Corporation
3055 Wilshire Blvd  Suite 980
Los Angeles CA 90010
Phone:  213-487-8880
Fax: 213-487-8884
dnorrislaw@gmail.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically via the CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

December 8, 2022

                                                */s/ Donald G. Norris*
                                                OF COUNSEL