# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, December 13, 2022 7:28 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, December 13, 2022 1:27:15 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/13/2022 at 8:27 AM EST and filed on 12/13/2022

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1846 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-182) - 2 action(s)** *re: pldg. ([1844] in MDL No. 2885, 1 in MN/0:22-cv-02513, 1 in MN/0:22-cv-02558)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02513, MN/0:22-cv-02558 (JC)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company |
| **Case Number:** | MN/0:22-cv-02513 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-182) - 2 action(s)** *re: pldg. ( [1844] in MDL No. 2885, 1 in MN/0:22-cv-02513, 1 in MN/0:22-cv-02558)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02513, MN/0:22-cv-02558 (JC)**

| | |
|---|---|
| **Case Name:** | Hayes v. 3M Company |
| **Case Number:** | MN/0:22-cv-02558 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-182) - 2 action(s)** *re: pldg. ( [1844] in MDL No. 2885, 1 in MN/0:22-cv-02513, 1 in MN/0:22-cv-02558)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2022.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-02513, MN/0:22-cv-02558 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-02513 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

Kimberly Branscome     kimberly.branscome@dechert.com

**MN/0:22-cv-02513 Notice will not be electronically mailed to:**

Dustin Johnson

**MN/0:22-cv-02558 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

Kimberly Branscome     kimberly.branscome@dechert.com

**MN/0:22-cv-02558 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/13/2022] [FileNumber=1148177-0
] [139f381b1c76a1fbb9602ebf58fe8a50f3690547f5d07410ec3810e65929a84dc91
b609018ec1bbf67fb957ab1fe5f1cd153353337fe609f6dc13d883a90650e]]