UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

This Document Relates to All Cases
Case No. 3:19-md-02885

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, the undersigned, Travis A. Prince, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Morgantown, West Virginia, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of West Virginia. A copy of a Certificate of Good Standing from the State of West Virginia dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND16704311747066, and completed

1

the CM/ECF Online Tutorials.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs Jesse Bernard Turman (Docket No. 7:20-cv-42511-MCR-GRJ), James Austin Twitty (Docket No. 7:20-cv-42494-MCR-GRJ), Harry William Smith (Docket No. 7:20-cv-42492), and Byron Ford (Docket No. 7:20-cv-88464) in this action.

WHEREFORE, Travis A. Prince respectfully request that this Court enter an Order granting Travis A. Prince of Bailey & Glasser, LLP, *pro hac vice* admission in this case.

Respectfully submitted on this 15th day of December, 2022.

By: *s/ Travis A Prince*

Travis A. Prince (WVSB #11704)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, WV 25301
T: 304-345-6555
F: 304-342-1110
tprince@baileyglasser.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th Day of December, 2022.

*s/ Travis A. Prince*
Travis A. Prince, West Virginia Bar No. 11704
