STATE OF WEST VIRGINIA

I, Edythe Nash Gaiser, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Travis Austin Prince, of Morgantown, West Virginia an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 19th day of October, 2011; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 12th day of December 2022, and in the 160th year of the State.

*[signature]*
Clerk, Supreme Court of Appeals of West Virginia

