UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the 13 Wave 1 Cases Identified in Plaintiffs' Motion | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: December 5, 2022
Motion/Pleading: Motion to Lift Stay as to Certain Wave 1 Plaintiffs
Filed by: Plaintiffs   on 11/23/2022   Doc. # 3595
RESPONSES:
Defendant 3M Company   on 12/05/2022   Doc. # 3604

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

On consideration, the motion is **DENIED**. The Court recently entered an Order sanctioning Defendant 3M Company's bad faith litigation conduct by precluding it from attempting to avoid liability for CAEv2 claims in this MDL by shifting blame to the Aearo defendants. *See* ECF No. 3610. That Order has been certified for interlocutory appeal. The Court's Order and the Eleventh Circuit's decision on appeal (to the extent there is a timely appeal and it is accepted) will significantly impact all cases in the MDL, including the Wave 1 plaintiffs identified in Plaintiffs' motion. Accordingly, the Court finds it prudent to continue the stay until the Eleventh Circuit either declines to hear any interlocutory appeal or permits an appeal and renders a decision.

**DONE AND ORDERED**, this 26th of December, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**