UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

On June 2, 2022, the Court entered an Order Regarding Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters Relating to Testimony of Pascal Hamery and Armand Dancer.  *See* ECF No. 3166.  Hamery and Dancer's depositions subsequently went forward, and the Court recently received the deposition transcripts from the French authorities.  The parties have not yet formally requested the transcripts.  If the parties wish to obtain these materials from the Court, they must file a joint motion requesting release of the materials.  The motion must outline the proposed process for releasing the materials, as well as any rules or guidelines governing the parties' use of them (*i.e.*, protective order), if required by the Hague Convention or international law.

**SO ORDERED**, on this 28th day of December, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**