**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

## <u>ORDER</u>

The Court previously stayed certain proceedings in this MDL pending resolution of any interlocutory appeal of its Order dated December 22, 2022. *See* ECF Nos. 3568 & 3610. This Order clarifies the parameters of the stay, which is intended to suspend activity only with respect to matters potentially impacted by the outcome of the appeal, as follows:

1.     The Wave process remains stayed consistent with the Court's Order dated October 27, 2022, ECF No. 3568, with the following exceptions. First, Wave discovery is reopened for the sole purpose of allowing Plaintiffs to continue pursuing the *Touhy* requests related to Dr. William Murphy's REAT testing of the CAEv2. *See* ECF No. 3558 at 37-39. Plaintiffs must provide biweekly updates on the status of the *Touhy* requests to the Court beginning on **January 12, 2023**. Second, the parties must comply with existing or subsequent orders entered in individual Wave cases and continue to resolve outstanding administrative issues. Third, the Court

will rule on the *Daubert* and summary judgment motions currently pending in Wave 1 cases.

2.      The transition process remains stayed.  *See* ECF No. 3568 at 4.

3.      Individual cases, whether or not currently included in a Wave, are stayed for administrative reporting purposes.  However, the *Touhy* process for these cases is *not* stayed; therefore, *Touhy* requests for individual plaintiffs' records must continue.  Additionally, the parties must continue to comply with orders entered in individual cases.

4.      The DD214 and census form requirements are not subject to the stay. Plaintiffs must fulfill their DD214 and census form obligations in accordance with the previously established deadlines.  *See, e.g.*, ECF Nos. 3479, 2911, 1848.

5.      The parties must continue to comply with orders entered on the MDL docket, including the Order regarding the deposition transcripts for Hamery and Dancer dated December 28, 2022.  *See* ECF No. 3612.

**SO ORDERED**, on this 30th day of December, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**