**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

Judge M. Casey Rogers
Magistrate Judge Hope T. Cannon

This Document Relates to All Cases
Case No. 3:19-md-02885

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Shundra Crumpton Manning has changed firms and has withdrawn as counsel for Defendant 3M COMPANY ("3M"). Ms. Manning requests the Clerk of Court remove her from any and all notices regarding this case. 3M will continue to be represented by the registered attorneys of record.

Respectfully submitted,

POLSINELLI PC

By:  */s/ Shundra Crumpton Manning*
Shundra Crumpton Manning (TN BAR 036776)
401 Commerce Street
Suite 900
Nashville, TN 37219
(615) 259-1510
scmanning@polsinelli.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Counsel was served electronically via CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

This the 30th day of December, 2022.

*/s/ Shundra Crumpton Manning*