**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:  3M COMBAT ARMS          **CASE NO. 3:19-md-2885**
EARPLUG PRODUCTS          **Judge M. Casey Rodgers**
LIABILITY LITIGATION          **Magistrate Judge Gary Jones**

*This document relates to*

*ALL CASES*
_____/

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

PLEASE TAKE NOTICE that Andrew J. Geiger, of the law firm of Allan Berger and Associate, hereby enters his appearance in the Master Docket.  Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Dated:  January 3, 2023

Respectfully submitted,

/s/Andrew J. Geiger_____
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
**ALLAN BERGER & ASSOCIATES PLC**
4173 Canal Street  New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Fax:  (504) 483-8130
aberger@bergerlawnola.com
*Counsel for Plaintiff(s)*