# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, January 5, 2023 6:59 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, January 5, 2023 12:57:27 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/5/2023 at 7:57 AM EST and filed on 1/5/2023

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1857 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-184) - 5 action(s)** *re: pldg. ([1852] in MDL No. 2885, 1 in MN/0:22-cv-03122, 1 in MN/0:22-cv-03124, 1 in MN/0:22-cv-03126, 1 in MN/0:22-cv-03128, 1 in MN/0:22-cv-03129)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03122, MN/0:22-cv-03124, MN/0:22-cv-03126, MN/0:22-cv-03128, MN/0:22-cv-03129 (JC)**

| | |
|---|---|
| **Case Name:** | Toro v. 3M Company |
| **Case Number:** | MN/0:22-cv-03122 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-184) - 5 action(s)** *re: pldg. ( [1852] in MDL No. 2885, 1 in MN/0:22-cv-03122, 1 in MN/0:22-cv-03124, 1 in MN/0:22-cv-03126, 1 in MN/0:22-cv-03128, 1 in MN/0:22-cv-03129)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03122, MN/0:22-cv-03124, MN/0:22-cv-03126, MN/0:22-cv-03128, MN/0:22-cv-03129 (JC)**

| | |
|---|---|
| **Case Name:** | Jhatu v. 3M Company |
| **Case Number:** | MN/0:22-cv-03128 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-184) - 5 action(s)** *re: pldg. ( [1852] in MDL No. 2885, 1 in MN/0:22-cv-03122, 1 in MN/0:22-cv-03124, 1 in MN/0:22-cv-03126, 1 in MN/0:22-cv-03128, 1 in MN/0:22-cv-03129)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03122, MN/0:22-cv-03124, MN/0:22-cv-03126, MN/0:22-cv-03128, MN/0:22-cv-03129 (JC)**

| | |
|---|---|
| **Case Name:** | Snow v. 3M Company |
| **Case Number:** | MN/0:22-cv-03126 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-184) - 5 action(s)** *re: pldg. ( [1852] in MDL No. 2885, 1 in MN/0:22-cv-03122, 1 in MN/0:22-cv-03124, 1 in MN/0:22-cv-03126, 1 in MN/0:22-cv-03128, 1 in MN/0:22-cv-03129)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03122, MN/0:22-cv-03124, MN/0:22-cv-03126, MN/0:22-cv-03128, MN/0:22-cv-03129 (JC)**

| | |
|---|---|
| **Case Name:** | Vargas v. 3M Company |
| **Case Number:** | MN/0:22-cv-03124 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-184) - 5 action(s)** *re: pldg. ( [1852] in MDL No. 2885, 1 in MN/0:22-cv-03122, 1 in MN/0:22-cv-03124, 1 in MN/0:22-cv-03126, 1 in MN/0:22-cv-03128, 1 in MN/0:22-cv-03129)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03122, MN/0:22-cv-03124, MN/0:22-cv-03126, MN/0:22-cv-03128, MN/0:22-cv-03129 (JC)**

| | |
|---|---|
| Case Name: | Frazier v. 3M Company |
| Case Number: | MN/0:22-cv-03129 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-184) - 5 action(s)** *re: pldg. ( [1852] in MDL No. 2885, 1 in MN/0:22-cv-03122, 1 in MN/0:22-cv-03124, 1 in MN/0:22-cv-03126, 1 in MN/0:22-cv-03128, 1 in MN/0:22-cv-03129)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03122, MN/0:22-cv-03124, MN/0:22-cv-03126, MN/0:22-cv-03128, MN/0:22-cv-03129 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-03122 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     Jason@gorilaw.com

**MN/0:22-cv-03122 Notice will not be electronically mailed to:**

**MN/0:22-cv-03128 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03128 Notice will not be electronically mailed to:**

**MN/0:22-cv-03126 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03126 Notice will not be electronically mailed to:**

**MN/0:22-cv-03124 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03124 Notice will not be electronically mailed to:**

**MN/0:22-cv-03129 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03129 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/5/2023] [FileNumber=1151366-0]
[c6d6a29e646c3ffcd9cd6c801ad2e6dd8d401928d9d29acb8c5ea1861ca34521d188a
5554462ee3bb0226dbd873bc7104b926c91b60fee0fbd8af4e0065eb676]]