## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 6, 2023 6:51 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, January 6, 2023 12:50:00 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/6/2023 at 7:49 AM EST and filed on 1/6/2023
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1858

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s) *re: pldg. ([1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**</span>

<span style="color:blue">**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**</span>

**Case Name:**     Moses v. 3M Company
**Case Number:**   MN/0:22-cv-03148

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**Case Name:**          Cotton v. 3M Company

**Case Number:**          MN/0:22-cv-03151

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**Case Name:**          Newell v. 3M Company

**Case Number:**          MN/0:22-cv-03145

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**Case Name:**          Howards v. 3M Company

**Case Number:**          MN/0:22-cv-03154

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**Case Name:**       Corey v. 3M Company
**Case Number:**    MN/0:22-cv-03149
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**Case Name:**       Isom v. 3M Company
**Case Number:**    MN/0:22-cv-03158
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**Case Name:**       Perez v. 3M Company
**Case Number:**    MN/0:22-cv-03125
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 7 action(s)** *re: pldg. ( [1855] in MDL No. 2885, 1 in MN/0:22-cv-03125, 1 in MN/0:22-cv-03145, 1 in MN/0:22-cv-03148, 1 in MN/0:22-cv-03149, 1 in MN/0:22-cv-03151, 1 in MN/0:22-cv-03154, 1 in MN/0:22-cv-03158)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/6/2023.**

**Associated Cases: MDL No. 2885, MN/0:22-cv-03125, MN/0:22-cv-03145, MN/0:22-cv-03148, MN/0:22-cv-03149, MN/0:22-cv-03151, MN/0:22-cv-03154, MN/0:22-cv-03158 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:22-cv-03148 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-03148 Notice will not be electronically mailed to:**

**MN/0:22-cv-03151 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-03151 Notice will not be electronically mailed to:**

**MN/0:22-cv-03145 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:22-cv-03145 Notice will not be electronically mailed to:**

**MN/0:22-cv-03154 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03154 Notice will not be electronically mailed to:**

**MN/0:22-cv-03149 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03149 Notice will not be electronically mailed to:**

**MN/0:22-cv-03158 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03158 Notice will not be electronically mailed to:**

**MN/0:22-cv-03125 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:22-cv-03125 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/6/2023] [FileNumber=1151522-0]

[9bfbf21138ee3a05bf4a997a766d2c08e0140bef4e0eb1f3c3ebf3bc44891246b1346
5f768f38dc751986bc32c2dbcfe915bfba3399f0b745bdca41818914f21]]