# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases Listed on Exhibit A | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF CHANGE OF ADDRESS FOR DAVID W. HODGES

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Hodges & Foty, LLP, counsel of record for the Plaintiffs identified in Exhibit A, has relocated its office. The new address is as follows:

> David W. Hodges (Pro Hac Vice)
> **Hodges & Foty, LLP**
> 2 Greenway Plaza, Suite 250
> Houston, TX 77046
> T: (713) 523-0001
> F: (713) 523-1116
> dhodges@hftrialfirm.com

1

Counsel has updated his address in CM/ECF to reflect the same. Counsel requests that the Court and all counsel update their records to reflect this change.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: January 10, 2023 | */s/ David W. Hodges* |
| | David W. Hodges (Pro Hac Vice) |
| | **Hodges & Foty, LLP** |
| | 2 Greenway Plaza, Suite 250 |
| | Houston, TX 77046 |
| | T: (713) 523-0001 |
| | F: (713) 523-1116 |
| | dhodges@hftrialfirm.com |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served via the Court's electronic CM/ECF System, this 10th day of January 2023, which will automatically serve all counsel of record.

*/s/ David W. Hodges*
David W. Hodges