# EXHIBIT A

| Last Name | First Name | Case Number |
|-----------|-----------|-------------|
| Alvarez | Jesse | 7:20-cv-45243-MCR-HTC |
| Benefield | Cody | 7:20-cv-45244-MCR-HTC |
| Brachetti | Felipe | 7:20-cv-45245-MCR-HTC |
| Childress | John Barry | 7:20-cv-45246-MCR-HTC |
| Corley | Shannon | 7:20-cv-45247-MCR-HTC |
| Daly | Richard | 7:20-cv-42844-MCR-HTC |
| Ferris | Justin | 7:20-cv-45249-MCR-HTC |
| Guy | David | 7:20-cv-45250-MCR-HTC |
| Hill | Henry | 7:20-cv-45253-MCR-HTC |
| Melo | Marcel | 7:20-cv-45254-MCR-HTC |
| Million | Nashoba | 7:20-cv-45255-MCR-HTC |
| Roberts | Ritchie Dean | 7:20-cv-45256-MCR-HTC |
| Sanchez | Pete | 7:20-cv-45257-MCR-HTC |
| Wilson | Jeannie | 7:20-cv-45260-MCR-HTC |
| Wilson | Orion | 7:20-cv-45261-MCR-HTC |
| Wilson | Patrick | 7:20-cv-45262-MCR-HTC |
| Diaz | George | 3:21-cv-01152-MCR-HTC |
| Wright | Matthew | 9:20-cv-07063-MCR-HTC |