# **EXHIBIT B**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 1. | 186037 | Armstrong, Dralyn | Tracey & Fox Law Firm | 8:20-cv-10174-MCR-HTC | |
| 2. | 20082 | Byard, Buck D. | Tracey & Fox Law Firm | | 7:20-cv-87304-MCR-HTC |
| 3. | 359893 | Cavenar, Timothy | Tracey & Fox Law Firm | | 3:22-cv-03739-MCR-HTC |
| 4. | 359853 | Gibbs, Richard M. | Tracey & Fox Law Firm | | 3:22-cv-04112-MCR-HTC |
| 5. | 21629 | Gregovich, Richard | Tracey & Fox Law Firm | 7:20-cv-93642-MCR-HTC | |
| 6. | 359911 | Hovde, Matthew | Tracey & Fox Law Firm | | 3:22-cv-03508-MCR-HTC |
| 7. | 263737 | Pyramides, Hellen | Tracey & Fox Law Firm | | 9:20-cv-03855-MCR-HTC |
| 8. | 171390 | Smith, Austin | Tracey & Fox Law Firm | 8:20-cv-01769-MCR-HTC | |
| 9. | 25198 | Solomon, Albert E. | Tracey & Fox Law Firm | | 7:20-cv-91310-MCR-HTC |
| 10. | 359778 | Sydnor, Franco | Tracey & Fox Law Firm | | 3:22-cv-03838-MCR-HTC |