**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-02885-MCR-GRJ |
| | ) ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) | Magistrate Judge Gary R. Jones |
| | ) ) ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL
PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR
REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Simon Gottlieb from the law firm Kirkland & Ellis LLP, hereby withdraws as attorney of record for Defendant 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: January 13, 2023                    Respectfully submitted,


By: */s/ Simon Gottlieb*
Simon Gottlieb
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-3986
Facsimile: (312) 862-2200
Email: simon.gottlieb@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ Simon Gottlieb
Simon Gottlieb