## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, January 19, 2023 6:12 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, January 19, 2023 12:10:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/19/2023 at 7:10 AM EST and filed on 1/19/2023
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1867

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ([1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**

**Case Name:**   Sawyer v. 3M Company

| | |
|---|---|
| Case Number: | MN/0:23-cv-00029 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**

| | |
|---|---|
| Case Name: | Rudis v. 3M Company |
| Case Number: | MN/0:23-cv-00030 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**

| | |
|---|---|
| Case Name: | Blevins v. 3M Company |
| Case Number: | MN/0:23-cv-00042 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases:** MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)

| | |
|---|---|
| **Case Name:** | Benavides v. 3M Company |
| **Case Number:** | MN/0:23-cv-00043 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases:** MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)

| | |
|---|---|
| **Case Name:** | Easter v. 3M Company |
| **Case Number:** | MN/0:23-cv-00046 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases:** MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)

| | |
|---|---|
| **Case Name:** | Box v. 3M Company |
| **Case Number:** | MN/0:23-cv-00047 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-*

*cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**

| | |
|---|---|
| **Case Name:** | Schmiedefkamp v. 3M Company |
| **Case Number:** | MN/0:23-cv-00035 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**

| | |
|---|---|
| **Case Name:** | Robinson v. 3M Company |
| **Case Number:** | MN/0:23-cv-00038 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**

| | |
|---|---|
| **Case Name:** | Hall v. 3M Company |
| **Case Number:** | MN/0:23-cv-00036 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-186) - 9 action(s)** *re: pldg. ( [1862] in MDL No. 2885, 1 in MN/0:23-cv-00029, 1 in MN/0:23-cv-00030, 1 in MN/0:23-cv-00035, 1 in MN/0:23-cv-00036, 1 in MN/0:23-cv-00038, 1 in MN/0:23-cv-00042, 1 in MN/0:23-cv-00043, 1 in MN/0:23-cv-00046, 1 in MN/0:23-cv-00047)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/19/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00029, MN/0:23-cv-00030, MN/0:23-cv-00035, MN/0:23-cv-00036, MN/0:23-cv-00038, MN/0:23-cv-00042, MN/0:23-cv-00043, MN/0:23-cv-00046, MN/0:23-cv-00047 (JC)**


**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr      bbarr@levinlaw.com

MICHAEL ANDREW BURNS      epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:23-cv-00029 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:23-cv-00029 Notice will not be electronically mailed to:**

**MN/0:23-cv-00030 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:23-cv-00030 Notice will not be electronically mailed to:**

**MN/0:23-cv-00042 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:23-cv-00042 Notice will not be electronically mailed to:**

**MN/0:23-cv-00043 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00043 Notice will not be electronically mailed to:**

**MN/0:23-cv-00046 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00046 Notice will not be electronically mailed to:**

Jerome Easter

**MN/0:23-cv-00047 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00047 Notice will not be electronically mailed to:**

Christopher Box

**MN/0:23-cv-00035 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00035 Notice will not be electronically mailed to:**

**MN/0:23-cv-00038 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:23-cv-00038 Notice will not be electronically mailed to:**

**MN/0:23-cv-00036 Notice has been electronically mailed to:**

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel    gene.hummel@nortonrosefulbright.com

Jason B. Epps    jason@gorilaw.com

**MN/0:23-cv-00036 Notice will not be electronically mailed to:**

Timothy Dale Hall

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/19/2023] [FileNumber=1153415-0]
[92077da135507d132b29bc1ddcc2a78a87f2dc62504628362be0ed01b91ab750d6d3
c032d60b208f2eb05d5c42ef6c72b2751c5896c108d403eefe81e03ae526]]