UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 )  )  ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Chad M. Mooney of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant is admitted to practice and is a member in good standing of the bar of Illinois where Movant resides and/or regularly practices. A copy of the certificate of good standing from Illinois dated within 30 days of this motion is attached hereto as Exhibit "A."

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial, tutorial confirmation number FLND167303965265 and the online CM/ECF Attorney User's Guide.

3. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

4. Movant has upgraded his PACER account to "NextGen."

   Movant is an attorney of record in the following active docket cases: *Neil Moran v. 3M Company, et al., 3:22-cv-685* and *Douglas Tise v. 3M Company, et al. 3:22-cv-688*

WHEREFORE, Chad M. Mooney respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 19th day of January 2023.

                                  THE GORI LAW FIRM

                                  */s/ Chad M. Mooney*
                                  Chad M. Mooney
                                  Illinois Bar No. 6311237
                                  156 N. Main Street
                                  Edwardsville, IL 62025
                                  (618) 659-9833 - Telephone
                                  (618) 659-9834 – Facsimile
                                  cmooney@gorilaw.com

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 19th day of January 2023.

                                                   */s/ Chad M. Mooney*
                                                 Chad M. Mooney
                                                 Illinois Bar No. 6311237
                                                 156 N. Main Street
                                                 Edwardsville, IL 62025
                                                 (618) 659-9833 - Telephone
                                                 (618) 659-9834 – Facsimile
                                                 cmooney@gorilaw.com