

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

| One Prudential Plaza | 3161 West White Oaks Drive, Suite 301 |
| --- | --- |
| 130 East Randolph Drive, Suite 1500 | Springfield, IL 62704 |
| Chicago, Illinois 60601-6219 | (217) 546-3523  (800) 252-8048 |
| (312) 565-2600  (800) 826-8625 | Fax (217) 546-3785 |
| Fax (312) 565-2320 | |

Chad Michael Mooney
The Gori Law Firm
156 North Main Street
Suite A
Edwardsville, IL 62025

Chicago
Wednesday, January 18, 2023

In re:   Chad Michael Mooney
Admitted: 05/09/2013
Attorney No. 6311237

To Whom It May Concern:

　　The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By: *Tangelia Butler*

TB