# EXHIBIT A



A Professional Limited Liability Company

August 8, 2019

**Via Email**
Major Collin Evans
Collin.p.evans2.mil@mail.mil
703-693-0352

                Re: In Re: 3M Combat Arms Earplug Products Liability Litigation

Dear Major Evans:

      On June 28, 2019, our office sent initial *Touhy* requests on behalf of Plaintiffs in the above-captioned litigation. Following meetings and correspondence between leadership for both parties and the Federal Government, our office is narrowing our previous June 28, 2019 *Touhy* requests in accordance with guidance from the Federal Government. Accordingly, this letter constitutes Plaintiffs' revised request to the United States Department of Defense ("DOD"), Defense Logistics Agency ("DLA"), Army, Navy, Marine Corps, Air Force, and Coast Guard for certain documents relevant to this litigation.

      As previously described in our June 28, 2019 *Touhy* request, Plaintiffs in this litigation include servicemen and women who were issued Combat Arms Earplugs Version 2 ("CAEv2") in connection with their military service. The CAEv2 was initially designed and distributed by Aearo Technologies ("Aearo"). In 2008, Defendant, 3M Company ("3M"), purchased Aearo and continued to market and sell the CAEv2. Plaintiffs in this litigation allege that the CAEv2 was defective and caused them to sustain serious injuries during their military service, including hearing damage. In connection with this litigation, Plaintiffs seek the information described below to investigate the process by which the CAEv2 was designed, sold, and, distributed to the United State government, and in turn distributed to individual servicemembers. This information will assist Plaintiffs in establishing 3M's liability for the CAEv2's defective design and the resulting injuries sustained by the servicemembers in this matter. Plaintiffs further seek information specific to their individual claims including medical and service records that will help establish their individual use of the CAEv2 and the nature and extent of their resulting injuries.

440 LOUISIANA STREET, SUITE 1600 HOUSTON, TEXAS 77002
LOCAL: 713.757.1400 TOLL FREE: 888.529.5222 FACSIMILE: 713.759.1217
www.TrialLawFirm.com

**Plaintiffs' *Touhy* Request In Connection With *In re: 3M Combat Arms Earplug Products Liability Litigation***

I. **Documents Referenced in Previous Responses to Plaintiff FOIA Requests**

Prior to the inception of this litigation, the United States Army Criminal Command investigated the design, distribution, and sale of the CAEv2. The findings of this criminal investigation, some of which have been provided to Plaintiffs through a previous FOIA request as detailed below, is relevant in this matter to establish 3M's liability in this litigation. Accordingly, pursuant to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), as well as 32 C.F.R. § 516.40-57, 32 C.F.R. § 97. 33 C.F.R. § 1.20-1, 6 C.F.R. § 5.45, DOD Directive 5405.2 § 6.2, Navy Instruction 5820.8A, and Air Force Instruction 51-301, Plaintiffs amend their initial *Touhy* requests as follows:

Plaintiffs reiterate their request for the below specific documents referenced in the attached Exhibit A, which is a response to certain plaintiffs' FOIA request produced by the U.S. Army Criminal Investigation Command in reference to Law Enforcement Report 00019-2016-CID133-14635-8C (the "FOIA Response").

- An unredacted copy of all documents produced in the FOIA Response.

- An unredacted copy of the August 4, 2016 Agent's Investigation Report ("AIR") produced in redacted form on Bates-stamped page 14 of the FOIA Response.

- Unredacted copies of the documents referenced and reviewed in connection with the August 4, 2016 AIR on Bates-stamped page 14 of the FOIA Response, including written and recorded statements referenced in paragraph 3.

- An unredacted copy of the June 20, 2016 AIR produced in redacted form on Bates-stamped p. 15-17 of the FOIA Response.

- An unredacted copy of the documents referenced and reviewed in connection with the June 20, 2016 AIR produced on Bates-stamped p. 15-17 of the FOIA Response, including:

    - The July 6, 2006 Memorandum for Record referenced at Bates-stamped p. 17 of the FOIA Response;
    - The email referenced at Bates-stamped p. 17 of the FOIA response; and
    - The 11 contracts listed in the AIR on Bates-stamped p. 15-17 of the FOIA Response

- The Defense Logistics Agency contract documents referenced on Bates-

stamped page 9 of the FOIA Response.

- Medical Procurement Item Description (MPID) 2 referenced on Bates-stamped page 8 of the FOIA Response at (7).

- Recorded interviews or statements described in the FOIA response at Bates-stamped page 9, paragraph 1.

- All documents that were generated pursuant to Defense Criminal Investigative Service, case control number 2016001951, referenced at Bates-stamped page 11 of the FOIA Response at, in the paragraph marked "Status."

- Raw Data File 0017-16-CID133 referenced in the FOIA Response at Bates-stamped page 14, at paragraph 1.

- Criteria for Combat Earplugs: IAW Medical Procurement Item Description 2 (MPID #2), referenced on Bates-stamped page 15 of FOIA Response.

- An unredacted copy of the September 14, 2016 AIR produced in redacted form at Bates-stamped p. 44-15 of the FOIA response.

- The 2006 email from Dr. [Redacted], referenced in the September 14, 2016 AIR at Bates-stamped page 46, paragraph 5 (which reads "At this time, Mr. [Redacted] was shown an email between him and Dr. [Redacted] in 2006.").

- An unredacted copy of Exhibit 2 to the Commander's Report of Disciplinary or Administrative Action included in the FOIA Response ("Commander's Report"), referencing (a) Procurement Contract to New Dynamics, (b) Memorandum for Record dated July 6, 2006, and (c) Email from Dr. [Redacted] advising Dual Ended CAE was evaluated by the Med R&D Command in 1995 and endorsed by the DOD hearing conservation Working Group in 1998.

- An unredacted copy of Exhibit 8 to the Commander's Report, consisting of Bates numbers 51-218 of the FOIA Response.

- An unredacted copy of Exhibits 9-11 to the Commander's Report, consisting of Bates numbers 219-240 of the FOIA Response.

## II.  Medical and Audiological Records

In addition to the plaintiff service members ("Plaintiff SMs") who have already brought suit, more Plaintiff SMs are retaining counsel to pursue claims on a near daily basis, a trend with no apparent end in sight.  All Plaintiff SMs intend to seek their medical records and audiological testing and evaluation records maintained by various government agencies.  Such records are highly relevant to Plaintiff SMs' claims in this action, as they will show changes in Plaintiff SMs' hearing over time, and can be used to support Plaintiffs' position that Defendants 3M Company and Aearo Technologies LLC's ("Defendants") dual-ended Combat Arms Earplug ("CAEv2") caused Plaintiffs' injuries.  These records are also highly probative to damages in this action, as they will go towards showing the extent of Plaintiff SMs' hearing impairment.

Given the SM-specific information needed for such requests, Plaintiffs intend to be as efficient as possible and submit batch requests to the government on a rolling basis.  The first such batch of SM information has been provided to the Federal Government. Based on feedback from Federal Government, Plaintiffs hereby amend the scope of their initial Plaintiff SM-specific requests as follows.

### A.  Health records including audiology specific records, and medical profiles from the military and the VA

Plaintiff SMs request the following:

a. DD 2215s (Reference, or baseline, audiograms which SMs receive upon entering the military before being exposed to noise hazardous areas) (Note: there may be SMs with DD 2215s if such SMs re-entered military active duty)

b. DD 2216s (periodic subsequent audiograms that SMs receive, which are compared to their baseline audiograms)

Plaintiffs request all DD 2215s and DD 2216s for the Plaintiff SMs.

## III.  Individual Service Member (SM) Administrative/Personnel records

Similar to the medical records set forth in Section II above, Plaintiff SMs request their administrative/personnel records, as such records are relevant to showing when and where the Plaintiff SMs used the CAEv2.  These administrative/personnel records may also detail instances in which Plaintiff SMs' hearing was damaged as a result of wearing the CAEv2.  Also similar to the medical records set forth in Section II above, Plaintiffs will provide batch requests with Plaintiff SM-specific information on a rolling basis, the first batch of which will be provided within the next two weeks.  The following categories are provided in the meantime for the government's review and, as warranted, feedback.

Below are the types of records to which Plaintiffs request access:

- OERs – Officer Evaluation Reports
- ORBs – Office Record Brief
- NCOER – Noncommissioned Officer Evaluation Report
- ERBs – Enlisted Record Brief
- DD214 (Upon release from military service, a DD214 is issued by the respective branch of service)

## IV.    Administrative Matters

Plaintiffs will bear the cost of duplicating and producing the documents sought by this *Touhy* request. Costs will be paid by check or money order payable to the Treasury of the United States. Any requests for assistance with any information to be electronically transmitted should be made to Shelley Hutson, co-lead counsel for Plaintiffs, at (713)757-1400 or shutson@triallawfirm.com. Plaintiffs are willing to work with all Federal agencies implicated in this request in order to properly narrow or tailor the scope of this and any future request. In addition, Plaintiffs have narrowly tailored the background section of these requests in an effort to avoid duplication of information contained in 3M's June 21, 2019 *Touhy* request and Plaintiffs initial June 28, 2019 *Touhy* request. However, should you require additional information as to the relevancy of any document listed in this request, we would be happy to provide it at your convenience.

Should you have any questions or require any additional information concerning this request, please do not hesitate to contact me. Thank you for your assistance.

Sincerely,

Shelley Hutson

Co-Lead Counsel for Plaintiffs.

CC:
Michael J. Fucci
Associate General Counsel
Department of Defense
Michael.j.fucci.civ@mail.mil