# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

Consistent with the Court's Order dated January 18, 2023, ECF No. 3624, Data Day, at which BrownGreer PLC will present its analyses of the DOEHRS data on the record, is scheduled for **February 23, 2023 at 9:00 a.m. (CST)** at the United States District Court, One North Palafox Street, Pensacola, Florida. Parties who wish to listen to and/or observe the proceedings but not actively participate may do so by phone (see ECF No. 5) or via Zoom; however, all should be aware that the Zoom license permits a maximum number of 350 participants and plan accordingly.

https://www.zoomgov.com/j/1610352703?pwd=S2dhdVZKMEEvOXRQODBSTHFPNXZmZz09

Meeting ID: 161 035 2703
Passcode: 848605.

**SO ORDERED**, on this 20th day of January, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**