UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | **SEALED** |
| This Document Relates to the Cases Identified on Exhibit A1 through A4 of Plaintiffs' Motion, ECF No. 3629 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

Referred to Judge M. Casey Rodgers on January 19, 2023

Motion/Pleadings: <u>PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO AUTHORIZE DISCLOSURE OF MILITARY RECORDS</u>

Filed by Plaintiff on January 19, 2023 Doc. #'s <u>3630</u>

|   | Stipulated |     | Joint Pleading |
|---|---|---|---|
|   | Unopposed | X | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Donna Bajzik*
Deputy Clerk:    Donna Bajzik

On consideration, Plaintiff's motion is **GRANTED**. The Clerk is directed to update the docket accordingly.

**DONE** and **ORDERED** this 20th day of January, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**