## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 20, 2023 6:22 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, January 20, 2023 12:21:10 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/20/2023 at 7:21 AM EST and filed on 1/20/2023

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1868 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ([1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Konkler v. 3M Company |

| | |
|---|---|
| **Case Number:** | MN/0:23-cv-00053 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Busbee v. 3M Company |
| **Case Number:** | MN/0:23-cv-00054 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Grimes v. 3M Company |
| **Case Number:** | MN/0:23-cv-00052 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases:** MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)

| | |
|---|---|
| **Case Name:** | Ladu v. 3M Company |
| **Case Number:** | MN/0:23-cv-00077 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases:** MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)

| | |
|---|---|
| **Case Name:** | Gonzalez v. 3M Company |
| **Case Number:** | MN/0:23-cv-00064 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases:** MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)

| | |
|---|---|
| **Case Name:** | Chaney v. 3M Company |
| **Case Number:** | MN/0:23-cv-00062 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in*

MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Carter v. 3M Company |
| **Case Number:** | MN/0:23-cv-00060 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Williams v. 3M Company |
| **Case Number:** | MN/0:23-cv-00069 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Bell v. 3M Company |
| **Case Number:** | MN/0:23-cv-00057 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Whitmer v. 3M Company |
| **Case Number:** | MN/0:23-cv-00061 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Brinkman v. 3M Company |
| **Case Number:** | MN/0:23-cv-00067 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

| | |
|---|---|
| **Case Name:** | Adkins v. 3M Company |

Case Number:      MN/0:23-cv-00044
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 12 action(s)** *re: pldg. ( [1865] in MDL No. 2885, 1 in MN/0:23-cv-00044, 1 in MN/0:23-cv-00052, 1 in MN/0:23-cv-00053, 1 in MN/0:23-cv-00054, 1 in MN/0:23-cv-00057, 1 in MN/0:23-cv-00060, 1 in MN/0:23-cv-00061, 1 in MN/0:23-cv-00062, 1 in MN/0:23-cv-00064, 1 in MN/0:23-cv-00067, 1 in MN/0:23-cv-00069, 1 in MN/0:23-cv-00077)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/20/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00044, MN/0:23-cv-00052, MN/0:23-cv-00053, MN/0:23-cv-00054, MN/0:23-cv-00057, MN/0:23-cv-00060, MN/0:23-cv-00061, MN/0:23-cv-00062, MN/0:23-cv-00064, MN/0:23-cv-00067, MN/0:23-cv-00069, MN/0:23-cv-00077 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr      bbarr@levinlaw.com

MICHAEL ANDREW BURNS      epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:23-cv-00053 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:23-cv-00053 Notice will not be electronically mailed to:**

**MN/0:23-cv-00054 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

Jason B. Epps      jason@gorilaw.com

**MN/0:23-cv-00054 Notice will not be electronically mailed to:**

**MN/0:23-cv-00052 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00052 Notice will not be electronically mailed to:**

**MN/0:23-cv-00077 Notice has been electronically mailed to:**

Amanda M Williams     awilliams@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber     mbarber@schwebel.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00077 Notice will not be electronically mailed to:**

**MN/0:23-cv-00064 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00064 Notice will not be electronically mailed to:**

**MN/0:23-cv-00062 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00062 Notice will not be electronically mailed to:**

**MN/0:23-cv-00060 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com,

gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00060 Notice will not be electronically mailed to:**

**MN/0:23-cv-00069 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00069 Notice will not be electronically mailed to:**

**MN/0:23-cv-00057 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00057 Notice will not be electronically mailed to:**

**MN/0:23-cv-00061 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00061 Notice will not be electronically mailed to:**

**MN/0:23-cv-00067 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00067 Notice will not be electronically mailed to:**

**MN/0:23-cv-00044 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

Jason B. Epps     jason@gorilaw.com

**MN/0:23-cv-00044 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/20/2023] [FileNumber=1153721-0]
[47ee47fc4cf3402e178064fa8481284c562f523f35113b42cf6b5c46996733aa335c
431065ab61951ea8a17be5f3f91dba05a0377ea268b37fba7f756a19442d]]