UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | Case No. 3:19-md-2885 |
| This document relates to: | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| Aaron A. Neglia Case No. 8:20-cv-09830 | |

**NOTICE OF APPEARANCE**

Comes now STEVE N. SNYDER, with the law firm of WILLIAMS MCDANIEL, PLLC, and gives notice that he will appear as counsel of record for Aaron A. Neglia in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Snyder has completed the administrative requirements outlined in Pretrial Order No. 3, and has been granted admission pro hac vice pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

This the 23rd day of January, 2023.

        Respectfully submitted,

        WILLIAMS McDANIEL, PLLC

        By:   /s/ Steve N. Snyder
                  Steve N. Snyder (#025703)
                  717 S. White Station Road, Suite 1
                  Memphis, Tennessee 38117
                  (901) 766-0887 (Phone)
                  (901) 766-0915 (Facsimile)
                  ssnyder@williamsmcdaniel.com
                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of January, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Steve N. Snyder
Steve N. Snyder
