**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

---

**IN RE: 3M COMBAT ARMS**                    Case No. 3:19-md-2885
**EARPLUG PRODUCTS**
**LIABILITY LITIGATION**

This document relates to:                    Judge M. Casey Rodgers
                                             Magistrate Judge Gary R. Jones

Aaron A. Neglia
Case No. 8:20-cv-09830

---

## NOTICE OF APPEARANCE

---

Comes now R. SCOTT VINCENT, with the law firm of WILLIAMS MCDANIEL, PLLC, and gives notice that he will appear as counsel of record for Aaron A. Neglia in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Vincent has completed the administrative requirements outlined in Pretrial Order No. 3, and has been granted admission pro hac vice pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

This the 23rd day of January, 2023.

                        Respectfully submitted,

                        WILLIAMS McDANIEL, PLLC

                        By:    /s/ R. Scott Vincent
                               R. Scott Vincent (#021055)
                               717 S. White Station Road, Suite 1
                               Memphis, Tennessee 38117
                               (901) 766-0887 (Phone)
                               (901) 766-0915 (Facsimile)
                               svincent@williamsmcdaniel.com
                               *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ R. Scott Vincent
R. Scott Vincent