**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | Case No. 3:19-md-2885 |
| This document relates to: | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| Ferman C. Barnes Case No. 8:20-cv-05382 | |

**NOTICE OF APPEARANCE**

Comes now EDWARD T. AUTRY, with the law firm of WILLIAMS MCDANIEL, PLLC, and gives notice that he will appear as counsel of record for Ferman C. Barnes in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Autry has completed the administrative requirements outlined in Pretrial Order No. 3, and has been granted admission pro hac vice pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

This the 23rd day of January, 2023.

        Respectfully submitted,

        WILLIAMS McDANIEL, PLLC

        By:   /s/ Edward T. Autry
               Edward T. Autry (#017865)
               717 S. White Station Road, Suite 1
               Memphis, Tennessee 38117
               (901) 766-0887 (Phone)
               (901) 766-0915 (Facsimile)
               eautry@williamsmcdaniel.com
               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Edward T. Autry
Edward T. Autry