UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL NO. 2885 |
| | Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| THIS DOCUMENT RELATES TO:<br>CISEK et al v. 3M COMPANY et al<br>Case No.: 3:22-cv-21686-MCR-HTC; | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS**

Plaintiffs Christopher Cisek and Sarah Cisek, through their undersigned counsel respectfully bring this Motion pursuant to Local Rule 15.1(B). Plaintiffs hereby move for leave to file the Amended Short Form Complaints, as attached hereto. In support of their motion, Plaintiffs state as follows:

Plaintiffs bring this motion to amend their Short Form Complaints to conform to the Order issued on October 27, 2022 [Dckt no, 3568], removing Defendant 3M Occupational Safety LLC as a Defendant in these cases.

January 24, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 */s/ Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700

1

San Diego, California 92101  
Telephone: (619) 237-3490  
Facsimile: (619) 237-3496  
*john@thegomezfirm.com*  
*lstevens@thegomezfirm.com*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), counsel for Plaintiffs certify that December 22, 2022, counsel for Plaintiffs contacted Defendants' counsel and obtained consent to the relief requested in Plaintiffs' Motion for Leave to File Amended Short Form Complaints referred to herein. See, Ex. A, email exchange between Kimberly Branscome and Mike Brock.

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*  
Lindsay R. Stevens (CA Bar # 256811)  
GOMEZ TRIAL ATTORNEYS  
655 West Broadway, Suite 1700  
San Diego, California 92101  
Telephone: (619) 237-3490  
Facsimile: (619) 237-3496  
lstevens@thegomezfirm.com