| | |
|---|---|
| **From:** | Burrichter, Christopher |
| **To:** | Lindsay Stevens; Michelle Barnett; Anna Meeks |
| **Cc:** | Branscome, Kimberly; Bhimani, Jay; Cusker Gonzalez, Mara; Susanna Moldoveanu |
| **Subject:** | RE: Request for Consent to Amend SFC: Christopher Cisek, Julia Collins |
| **Date:** | Thursday, December 22, 2022 3:06:12 PM |

Counsel,

We do not oppose this amendment.

Thank you,

**Chris Burrichter**

**Dechert LLP**
+1 (312) 646-5823  Direct
+1 (630) 631-9847  Mobile
christopher.burrichter@dechert.com
dechert.com

Connect with me on LinkedIn

---

**From:** Lindsay Stevens <lstevens@thegomezfirm.com>
**Sent:** Friday, December 9, 2022 10:05 AM
**To:** mike.brock@kirkland.com; Branscome, Kimberly <Kimberly.Branscome@dechert.com>
**Cc:** Michelle Barnett <Michelle@thegomezfirm.com>; Anna Meeks <ameeks@thegomezfirm.com>
**Subject:** Request for Consent to Amend SFC: Christopher Cisek, Julia Collins
**Importance:** High

[EXTERNAL EMAIL]

Counsel,

This is a meet and confer regarding our clients, Christopher Cisek – MDL Case No. 3:22-cv-21686 and Julia Collins – MDL Case No. 3:22-cv-21567.  Our office filed these cases listing 3M Occupational in error.  We seek to amend the applicable Short Form Complaints to remove 3M Occupational as a defendant in accordance with the Court's order.  Please advise if you agree to the filing of the attached (with dates updated for the date of filing) as soon as possible.

Thank you,

**Lindsay R. Stevens, Esq.**
OF COUNSEL

P **619 237 3490**  F 619 237 3496

655 W Broadway, Ste 1700, San Diego, CA 92101
**www.thegomezfirm.com**



---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.