UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CHRISTOPHER CISEK, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: 3:22-cv-21686 |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 17 , this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

   - __X__    3M Company
   - ____    3M Occupational Safety LLC
   - ____    Aearo Holding LLC
   - ____    Aearo Intermediate LLC
   - ____    Aearo LLC
   - ____    Aearo Technologies LLC

## II. PLAINTIFF(S)

2. Name of Plaintiff:

   Christopher Cisek

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

   Sarah Cisek

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

   N/A

5. State(s) of residence of Plaintiff(s):

> California

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

> Diversity of citizenship

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> Southern District of California

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

   __X__   Yes

   _____   No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

   __X__   Hearing loss

   __X__   Sequelae to hearing loss

   __X__   Other [specify below]

> Tinnitus Right Ear, Tinnitus Left Ear, Tinnitus Extent Unknown, Sleep Disturbances, Headaches.

3

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    __x___   Count I – Design Defect – Negligence

    __x___   Count II – Design Defect – Strict Liability

    __x___   Count III – Failure to Warn – Negligence

    __x___   Count IV – Failure to Warn – Strict Liability

    __x___   Count V – Breach of Express Warranty

    __x___   Count VI – Breach of Implied Warranty

    __x___   Count VII – Negligent Misrepresentation

    __x___   Count VIII – Fraudulent Misrepresentation

    __x___   Count IX – Fraudulent Concealment

    __x___   Count X – Fraud and Deceit

    __x___   Count XI – Gross Negligence

    __x___   Count XII – Negligence Per Se

    __x___   Count XIII – Consumer Fraud and/or Unfair Trade Practices

    __x___   Count XIV – Loss of Consortium

    __x___   Count XV – Unjust Enrichment

    __x___   Count XVI – Punitive Damages

4

_____   Count XVII – Other [specify below]

|  |
|--|
|  |

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

|  |
|--|
|  |

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

|  |
|--|
|  |

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: January 24, 2023

Lindsay Stevens, Esq.
Gomez Trial Attorneys
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496
lstevens@thegomezfirm.com