**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL NO. 2885 |
| | Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| THIS DOCUMENT RELATES TO:<br>CISEK et al v. 3M COMPANY et al<br>Case No.: 3:22-cv-21686-MCR-HTC | |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINTS**

Upon Plaintiffs' Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby ordered that Plaintiffs may file Amended Complaints as attached to their Motion.

DONE AND ORDERED in Chambers at Pensacola, Escambia County, Florida, this _____ day of January 2023.

_____
CHIEF JUDGE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE