UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### 3M COMBAT ARMS EARPLUG MDL JOINT MOTION AND STIPULATION REGARDING RELEASE OF MATERIALS RELATING TO HAMERY AND DANCER'S DEPOSITIONS

WHEREAS, on July 29, 2020, the Court granted Plaintiffs' and Defendants' separate motions to issue letters of request for international judicial assistance (the "Letters") pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"), *see* MDL Dkt. 1288;

WHEREAS, the depositions of Pascal Hamery and Armand Dancer were conducted pursuant to the Letters approved by the Court, *see id.*;

WHEREAS, "the Court recently received the deposition transcripts from the French authorities," *see* MDL Dkt. 3612;

WHEREAS, the Court has required "a joint motion requesting release of the materials" prior to releasing "these materials," *see id.*;

WHEREAS, to the Parties' knowledge, the French authorities have not placed any restrictions on the use of the deposition transcripts following the satisfaction of

the Hague Convention, and the Hague Convention itself does not impose any such restrictions;

WHEREAS, the Parties agree that these materials are subject to the Protective Order in the MDL, Dkt. 442, and acknowledge that the deponents' counsel has designated as "confidential" any information about the home addresses, phone numbers, and emails for Hamery and Dancer;

THE PARTIES ACCORDINGLY MOVE FOR AND STIPULATE TO THE FOLLOWING:

1. The Parties request that the Court order production (the "Order") of "the materials" it received from the French authorities relating to Hamery and Dancer's depositions—including all correspondence, the deposition transcripts, exhibits thereto, and any instructions relating to the same—to the Parties and all counsel of record to the 3M Combat Arms Earplug MDL.

2. The Court shall email the undersigned counsel copies of "the materials" it received from the French authorities relating to Hamery and Dancer's depositions.

3. The undersigned counsel may provide the materials received from the Court to counsel of record and the Parties to the 3M Combat Arms Earplug MDL, including by uploading the same to MDL Centrality.

DATED: January 26, 2023

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
maburns@mostynlaw.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 S Baylen St. Ste 600
Pensacola, FL 32502

Respectfully submitted,

s/ Kimberly Branscome
Kimberly Branscome
Jay Bhimani
Dechert LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
Dechert LLP
One Bush Street
San Francisco, CA 94104
Telephone: (415) 262-4518
jonathan.tam@dechert.com

Counsel for Defendant 3M Company

Tel.: (850) 435-7045
bbarr@levinlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2023, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will serve all counsel of record.

Dated: January 26, 2023

Respectfully submitted,

*/s/ Kimberly Branscome*

Kimberly Branscome

*Counsel for Defendant 3M Company*