UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

This matter is before the Court on the parties' Joint Motion and Stipulation Regarding Release of Materials Relating to Hamery and Dancer's Depositions. *See* ECF No. 3649. Based on the stipulation, the Court finds there are no impediments to or limitations on the release of these materials to the parties, beyond application of the Protective Order in this MDL, *see* ECF No. 442. Accordingly:

1. The Joint Motion and Stipulation Regarding Release of Materials Relating to Hamery and Dancer's Depositions, ECF No. 3649, is **GRANTED**.

2. As requested, the Court will transmit electronic copies of the materials it received from the French authorities relating to Hamery and Dancer's depositions to the attorneys identified in the joint motion. Those attorneys may provide the materials to counsel of record and the parties to the MDL, including by uploading them to MDL Centrality.

**SO ORDERED**, on this 27th day of January, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**