# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-HTC |
| | Judge M. Casey Rodgers |
| This Document Relates to: All Cases | Magistrate Judge Hope T. Cannon |

## STATUS REPORT REGARDING DEBTORS' CHAPTER 11 RESTRUCTURING PROCEEDING

Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and 3M Occupational Safety LLC (the "Debtors"), by and through their undersigned counsel, hereby submit this Status Report Regarding Debtors' Chapter 11 Restructuring Proceeding pursuant to the order entered on August 2, 2022 [Docket No. 3356] by the Court, requesting that Debtors provide a status report to the Court every 180 days regarding the progress of the Debtors' bankruptcy proceeding:

### General Case Status

1. On July 26, 2022, the Debtors and certain of their subsidiaries and affiliates,[1] filed voluntary petitions for relief under chapter 11 of title 11 of the

---

[1] The last four digits of the Debtors' federal tax identification numbers are set forth in the Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief, entered by the Bankruptcy Court for each consolidated Debtor. *In re Aearo Techs. LLC*, No. 22-02890-JJG-11 (Bankr. S.D. Ind. July 26, 2022) [Bankr.

United States Code in the United States Bankruptcy Court for the Southern District of Indiana (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Chief Judge Jeffrey J. Graham, United States Bankruptcy Judge, and are being jointly administered under the lead case, *In re Aearo Technologies LLC*, Case No. 22-02890-JJG-11.[2]

2. On August 30, 2022, the United States Trustee for Region 10 filed certain notices appointing the Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Combat Arms Version 2 Earplugs (the "CAE Committee") [Bankr. Docket No. 393] and the Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Respirators (the "Respirator Committee") [Bankr. Docket No. 395].[3]

3. On November 13, 2022, the Bankruptcy Court entered an order extending the Debtors' exclusive period to file a plan through and including February 21, 2023, and the Debtors' exclusive period to solicit acceptances of such plan through and including April 22, 2023 [Bankr. Docket No. 793]. At a hearing

---

Docket Nos. 37–42]. The location of the Debtors' service address is 7911 Zionsville Road, Indianapolis, Indiana 46268.

[2] *See* Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief, *In re Aearo Techs. LLC*, No. 22-02890-JJG-11 (Bankr. S.D. Ind. July 26, 2022) [Bankr. Docket Nos. 37–42] (orders entered by the Bankruptcy Court for each consolidated Debtor). Additional information may be obtained by reviewing the docket of Debtors' chapter 11 cases at http://www.insb.uscourts.gov/ (PACER login and password required) or at the website of Debtors' claims and noticing agent at https://restructuring.ra kroll.com/aearotechnologies/.

[3] *See* Notice of Appointment of Committee – Tort Claimants Related to Combat Arms Earplugs, *In re Aearo Techs. LLC*, No. 22-02890-JJG-11 (Bankr. S.D. Ind. Aug. 30, 2022) [Docket No. 393]; Notice of Appointment of Committee – Tort Claimants Related to Respirators, *In re Aearo Techs. LLC*, No. 22-02890-JJG-11 (Bankr. S.D. Ind. Aug. 30, 2022) [Docket No. 395].

held on January 25, 2023, the Bankruptcy Court granted the Debtors' motion, which the CAE Committee and Respirator Committee consented to, extending the Debtors' exclusive period to file a chapter 11 plan through and including March 31, 2023, and to solicit acceptances of such plan through and including May 30, 2023.

4.  On December 6, 2022, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, (II) Approving (A) Claims Forms and Procedures for Filing Proofs of Claim, (B) Form and Manner of Notice of Bar Dates, and (C) Confidentiality Procedures; and (III) Granting Related Relief* [Bankr. Docket. No. 887], which is set to be heard by the Bankruptcy Court on February 27, 2023.

### Automatic Stay Relief Related to Certain Eleventh Circuit Appeals

5.  On August 31, 2022, the Debtors filed the *Motion to Lift the Automatic Stay to Permit Certain Appeals to Proceed* [Bankr. Docket No. 408] (the "Lift Stay Motion"), requesting authorization from the Bankruptcy Court to lift the automatic stay with respect to the seven appeals pending before the United States Court of Appeals for the Eleventh Circuit arising from bellwether trials in the litigation related to the Combat Arms Version 2 Earplugs (the "CAE"),[4] as well as

---

[4] *Luke Estes v. 3M Co., et al.*, No. 21-13135-GG (11th Cir.); *Stephen Hacker v. 3M Co., et al.*, No. 21-13133-GG (11th Cir.); *Lewis Keefer v. 3M Co., et al.*, No. 21-13131-GG (11th Cir.); *Lloyd Baker v. 3M Co., et al.*, No. 21-12517-GG (11th Cir.); *Brandon Adkins v. 3M Co., et al.*, No. 22-12812 (11th Cir.); *Steven Wilkerson v. 3M Co., et al.*, No. 21-12719 (11th Cir.); *Denise Kelley v. 3M Co., et al.*, No. 22-11607 (11th Cir.).

3

seven bellwether cases in which post-trial motions were still pending before this Court.[5]  No objections were filed to the Lift Stay Motion.

6. On September 14, 2022, the Bankruptcy Court granted the Lift Stay Motion as to the appeals and bellwether cases identified in footnotes 4 and 5 above.  On September 15, 2022, the Bankruptcy Court entered an order to the same effect.  The automatic stay will remain in place as to the appeals not subject to Debtors' motion, which do not arise from bellwether trials.

## Preliminary Injunction and Seventh Circuit Appeal

7. On July 26, 2022, the Debtors filed the *Debtors' Complaint for Declaratory and Injunctive Relief (I) Confirming that the Automatic Stay Applies to Certain Actions Against a Non-Debtor; (II) Preliminarily Enjoining Certain Actions Against a Non-Debtor; and (III) Granting a Temporary Restraining Order Pending an Order on the Preliminary Injunction*, initiating Adversary Proceeding No. 22-50059 before the Bankruptcy Court.

8. Contemporaneously therewith, the Debtors filed the *Debtors' Motion for Declaratory and Injunctive Relief (I) Confirming that the Automatic Stay Applies to Certain Actions Against a Non-Debtor; (II) Preliminarily Enjoining Certain*

---

[5] *Guillermo Camarillo v. 3M Co., et al.*, No. 20-00098 (N.D. Fla.); *Theodore Finley v. 3M Co., et al.*, No. 20-00170 (N.D. Fla.); *Ronald Sloan v. 3M Co., et al.*, No. 20-00001 (N.D. Fla.); *Luke Vilsmeyer v. 3M Co., et al.*, No. 20-00113 (N.D. Fla.); *James Beal v. 3M Co., et al.*, No. 20-00006 (N.D. Fla.); *William Wayman v. 3M Co., et al.*, No. 20-00149 (N.D. Fla.); *Jonathon Vaughn v. 3M Co., et al.*, No. 20-00134 (N.D. Fla.).  On December 29, 2022, this Court decided the post-trial motion in *Camarillo*, and a notice of appeal to the Eleventh Circuit was filed on January 25, 2023.

*Actions Against a Non-Debtor; and (III) Granting a Temporary Restraining Order Pending an Order on the Preliminary Injunction* [Bankr. Adv. Proc. Docket No. 2] (the "Stay/PI Motion"), requesting that the Bankruptcy Court confirm that any continued prosecution of CAE claims against the Debtors' non-Debtor parent, 3M Company ("3M"), would be a violation of the automatic stay and that the Bankruptcy Court enter a temporary restraining order and preliminary injunction prohibiting the continued prosecution of such claims against non-Debtor 3M.

9. On August 16, 2022, the court held a hearing on the Stay/PI Motion, which concluded on August 18, 2022, at which point the Bankruptcy Court took the Stay/PI Motion under advisement. On August 26, 2022, the Bankruptcy Court entered the *Order Denying Plaintiffs' Motion for Preliminary Injunction* [Bankr. Adv. Proc. Docket No. 143] (the "Stay/PI Order").

10. On August 29, 2022, the Debtors filed the *Notice of Appeal* [Bankr. Adv. Proc. Docket No. 145] and the *Debtors' Motion to Certify the Court's August 26 Order for Direct Appeal in the Court of Appeals* [Bankr. Adv. Proc. Docket No. 146] (the "Direct Appeal Motion").

11. On September 13, 2022, the United States Court of Appeals for the Seventh Circuit docketed the Debtors' appeal of the Stay/PI Order under Appeal No. 22-02606.

12. On September 14, 2022, the Bankruptcy Court transmitted an order granting the Direct Appeal Motion and certifying that the Debtors' appeal of the Stay/PI Order met the requirements of 28 U.S.C. § 158 for direct appeal [App. Docket No. 2].

13. On September 23, 2022, the Debtors filed the *Petition for Authorization of Direct Appeal Under 28 U.S.C. § 158(d)(2)* [App. Docket No. 5] (the "Direct Appeal Petition") with the Seventh Circuit. The Seventh Circuit entered an order granting the Direct Appeal Petition [App. Docket No. 14] on October 12, 2022.

14. On December 12, 2022, the Debtors filed the *Opening Brief for Debtors-Appellants* [App. Docket No. 31] in the Seventh Circuit appeal of Stay/PI Order.[6] On January 25, 2023, the appellees filed their response briefs [App. Docket Nos. 58, 60]. The Debtors' reply is due on February 15, 2023.

15. No oral argument has been scheduled as of the date hereof.

### MDL and Chapter 11 Mediations

16. On September 9, 2022, the Bankruptcy Court entered the *Order Granting Debtors' Motion for Entry of an Order (I) Appointing the Honorable James M. Carr and Randi S. Ellis as Co-Mediators, (II) Authorizing the Debtors to*

---

[6] On December 19, 2022, certain parties filed *amici curiae* briefs in support of the appellants. *In re Aearo Techs. LLC*, App. No 22-2606 (7th Cir. Dec. 19, 2022) [App. Docket Nos. 45 (*amici curiae* brief filed by the National Association of Manufactures and Product Liability Council, Inc.), 49 (*amici curiae* brief filed by the Chamber of Commerce of the United States of America and American Tort Reform Association)].

*Participate in the Mediation, and (III) Granting Related Relief* [Bankr. Docket No. 477] (the "MDL Mediation Order") authorizing the appointment of the Honorable James M. Carr ("Judge Carr") and Randi S. Ellis ("Ms. Ellis") as co-mediators and permitting the Debtors to participate in the mediation pursuant to the August 30, 2022 order entered by this Court.

17. On December 7, 2022, Judge Carr filed the *Resignation of James M. Carr as Co-Mediator* [Bankr. Docket No. 890], resigning as co-mediator in the mediation ordered by this Court.

18. On December 14, 2022, the Bankruptcy Court entered an order amending the MDL Mediation Order and appointing the Honorable Christopher S. Sontchi (Ret.) ("Judge Sontchi") as a replacement for Judge Carr as co-mediator alongside Ms. Ellis in the mediation occurring in this Court [Bankr. Docket No. 922].

19. On December 14, 2022, the Bankruptcy Court additionally entered the *Order (I) Appointing the Honorable Christopher S. Sontchi (Ret.) and Randi S. Ellis as Co-Mediators to Mediate the Chapter 11 Plan and Confirmation Related Matters, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief* [Bankr. Docket No. 923], appointing Judge Sontchi and Ms. Ellis as co-mediators

with regard to certain chapter 11 plan and confirmation related matters, and referring such matters to mediation in the Bankruptcy Court.

20.  On January 20, 2023, Judge Sontchi and Ms. Ellis filed their first joint statement[7] updating the Bankruptcy Court of the progress of both mediations.

## Conclusion

The Debtors' chapter 11 cases remain pending in the Bankruptcy Court. The Debtors will continue to provide status updates every 180 days as to the status of the chapter 11 cases.

[*Remainder of page intentionally left blank.*]

---

[7] *See* First Joint Statement Of The Co-Mediators, Pursuant To (A) Order (I) Appointing The Honorable Christopher S. Sontchi (Ret.) and Randi S. Ellis as Co-Mediators to Mediate the Chapter 11 Plan and Confirmation Related Matters, (II) Referencing Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief, D.I. 923; and (B) Order Granting Debtors' Motion for Entry of an Order (I) Amending the Order Authorizing Participation in the MDL Mediation, (II) Appointing The Honorable Christopher S. Sontchi, Ret. as Replacement Co-Mediator in the MDL Mediation, (III) Authorizing Payment of Mediation Fees and Costs, and (IV) Granting Related Relief (D.I. 922), *In re Aearo Techs. LLC*, No. 22-02890-JJG-11 (Bankr. S.D. Ind. Jan. 20, 2023) [Bankr. Docket No. 1008].

| | |
|---|---|
| DATED:  January 30, 2023 | By: */s/ Mark J. Nomellini* <br> Mark J. Nomellini <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle Street <br> Chicago, IL  60654 <br> Tel.: (312) 862-2000 <br> Email: mnomellini@kirkland.com <br><br> *Attorney for Defendants* <br> *3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Mark J. Nomellini*
Mark J. Nomellini
