UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, effective immediately, Mildred S. Conroy of the Lanier Law Firm, PLLC, withdraws as attorney of record for Plaintiffs and as attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "A". Ms. Conroy is no longer with the firm. W. Mark Lanier, Dara Hegar, Kathryn Rachel Lanier, Richard Meadow, and Michael A. Akselrud, from The Lanier Law Firm, P.C. will remain as counsel for Plaintiffs.

DATED: January 31, 2023

*/s/ Michael A. Akselrud*
Michael A. Akselrud
THE LANIER LAW FIRM, P.C.
2829 Townsgate Rd., Suite 100
Westlake Village, CA
310.277.5100 (Telephone)
310.277.5103 (Fax)
Email: Michael.Akselrud@LanierLawFirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED:    January 31, 2023

*/s/ Michael A. Akselrud*
Michael A. Akselrud