# EXHIBIT B

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1 | 359073 | Fields, Jamie | Heninger Garrison Davis, LLC | 3:22-cv-03677-MCR-HTC |
| 1 | 115945 | Fields, Jamie | Joel Bieber Firm | 7:20-cv-46193-MCR-HTC |
| 1 | 366747 | Fields, Jamie | Shunnarah Vail Trial Attorneys, P.C. | 3:22-cv-10172-MCR-HTC |
| 2 | 319517 | KETCHUM, CASEY | Eckland & Blando LLP | 3:20-cv-01081-MCR-HTC |
| 2 | 216119 | KETCHUM, CASEY | Laminack Pirtle & Martines | 8:20-cv-71559-MCR-HTC |
| 2 | 173762 | KETCHUM, CASEY | Watts Guerra, LLP | 3:19-cv-04687-MCR-HTC |
| 3 | 359167 | Ordonez, Justo | Heninger Garrison Davis, LLC | 3:22-cv-04408-MCR-HTC |
| 3 | 323346 | Ordonez, Justo Jay | Laminack Pirtle & Martines | 7:21-cv-46657-MCR-HTC |
| 3 | 369324 | Ordonez, Justo Jay | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13065-MCR-HTC |
| 4 | 133932 | Phillips, Darrell Andre | Junell & Associates, PLLC | 7:20-cv-59842-MCR-HTC |
| 4 | 369504 | Phillips, Darrell Andre | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13171-MCR-HTC |
| 4 | 6034 | Phillips, Darrell Andre | Reich and Binstock, LLP | 7:20-cv-02761-MCR-HTC |