## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |

### NOTICE OF WITHDRAWAL
### OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B)
### AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorney Sharon Turret, of the law firm Dechert LLP, is withdrawing as counsel for Defendant 3M Company in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendant consents to this withdrawal, and the withdrawal will leave Defendant with counsel of record who will continue in the case.

DATED: February 2, 2023      By: */s/ Kimberly Branscome*
                                                           Kimberly Branscome
                                                           DECHERT LLP

633 West 5th Street
Los Angeles, California 90071
Telephone: (213) 808-5762
Email: kimberly.branscome@dechert.com

*Attorney for Defendant 3M Company*

## CERTIFICATE OF SERVICE

    I, hereby certify that on February 2, 2023, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: February 2, 2023          */s/ Kimberly Branscome*
                                                      Kimberly Branscome