**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 3:19-MD-2885 |
| This Document Relates To: | ) ) ) | |
| *Dylan Rogers v. 3M Company et al.* Case No. 3:22-cv-07204-MCR-GRJ | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the claims of Plaintiff Dylan Rogers in the above captioned case be dismissed without prejudice against all Defendants based on Plaintiff's dual-representation by multiple Plaintiff firms. Each party to bear its own costs.

Respectfully submitted,

Dated: February 7, 2023       By:   */s/ Michele M. Vercoski*

Michele M. Vercoski, Esq.
Tuan Q. Nguyen, Esq.
**MCCUNE LAW GROUP, APC**
18565 Jamboree Road, Suite 550
Irvine, California 92612
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
*mmv@mccunewright.com*
*tqn@mccunewright.com*

*Attorneys for Plaintiff Dylan Rogers*

1

|  |  |
|---|---|
| Dated: February 7, 2023 | */s/     Larry Hill*  |
|  | Larry Hill |
|  | Florida Bar No. 173908 |
|  | *lhill@mhw-law.com* |
|  | *ljohnson@mhw-law.com* |
|  | Charles F. Beall, Jr. |
|  | Florida Bar No. 66494 |
|  | *cbeall@mhw-law.com* |
|  | Haley J. VanFleteren |
|  | Florida Bar No. 1003674 |
|  | *hvanfleteren@mhw-law.com* |
|  | MOORE, HILL & WESTMORELAND, P.A. |
|  | 350 West Cedar Street |
|  | Maritime Place, Suite 100 |
|  | Pensacola FL 32502 |
|  | Telephone: (850) 434-3541 |
|  | *Attorneys for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC* |

## **CERTIFICATE OF SERVICE**

I, Michele M. Vercoski, hereby certify that on February 7, 2023 the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 7, 2023

                                         */s/ Michele M. Vercoski*
                                         Michele M. Vercoski