UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| ZACHARY WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>Defendants. | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>CIVIL ACTION – No. 8:20-cv-16270-MCR-HTC |

## STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff, Zachary Williams, and Defendants 3M Company, 3M Occupational Safety, Aearo Holding LLC, Aearo LLC, and Aearo Technologies LLC, hereby stipulate pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

ATTORNEY FOR ZACHARY WILLIAMS

/s/ Ashley G. Beener
Ashley G. Beener, Esq. PA Bar No. 329794
Handler, Henning & Rosenberg, LLC
4400 Deer Path Rd.
Suite 205
Harrisburg, PA 17110
717-222-2222
Fax: 717-233-3029
Beener@hhrlaw.com

Dated:____February 13___, 2023


LEAD ATTORNEY FOR DEFENDANTS 3M COMPANY, 3M

OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO LLC, and

AEARO TECHNOLOGIES, LLC.

/s/ Kimberly O. Branscome
Kimberly O. Branscome
Dechert LLP – Los Angeles, CA
633 W 5th Street
Suite 4900
Los Angeles, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kimberly.branscome@dechert.com

Dated:____February 13___, 2023

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated:

_____
**UNITED STATES DISTRICT COURT JUDGE**

| | |
|---|---|
| From: | Caroline D. Walker |
| To: | Allison L. Brinck; Ashley G. Beener; Kari Sutherland |
| Cc: | K Littrell; 3MLitigation |
| Subject: | RE: [EXTERNAL SENDER] Re: Stipulation of Dismissal |
| Date: | Monday, February 13, 2023 9:22:16 AM |
| Attachments: | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image001.png |

Hi Allison,

Thanks for re-sending. One thing I didn't catch before in a prior draft: in the body of the stip, it should be Defendants 3M Company, 3M Occupational Safety, etc. Just make that "Defendant" plural please. No need to re-send the draft, you have our consent to file with that change.

Thanks!

**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Allison L. Brinck <abrinck@hhrlaw.com>
**Sent:** Monday, February 13, 2023 7:58 AM
**To:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Ashley G. Beener <beener@hhrlaw.com>; Kari Sutherland <Kari.Sutherland@butlersnow.com>
**Cc:** K Littrell <KLittrell@tcspllc.com>; 3MLitigation <3MLitigation@butlersnow.com>
**Subject:** RE: [EXTERNAL SENDER] Re: Stipulation of Dismissal

Caroline,

Please see the attached with corrections. If agreed, please sign and return.

**THANK YOU,**



**Allison L. Brinck**
Case Manager
Handler Henning & Rosenberg LLC
P: 717.222.2222
F: 717.914.6529

Ashley G. Beener
Attorney ID# 329794
HANDLER HENNING & ROSENBERG LLC
4400 Deer Path Road, Suite 205
Harrisburg, PA 17110
Telephone:   717.222.2222             Attorney for Plaintiff
Fax :         717.233.3029
E-mail:       beener@hhrlaw.com

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| ZACHARY WILLIAMS,<br><br>                                   Plaintiff<br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>Defendants. | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones<br><br>CIVIL ACTION – No. 8:20-cv-16270-MCR-GRJ |

## CERTIFICATE OF SERVICE

On, February 13, 2023, I hereby certify that a true and correct copy of a Stipulation of Dismissal and Order of Dismissal was served upon the following by email:

Caroline D. Walker<br>
Butler Snow LLP<br>
Caroline.Walker@butlersnow.com

\s\ *Ashley G. Beener*
Ashley G. Beener, Esq.