UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION This Document Relates to All Cases | Case No. 3:19-md-02885-MCR-GRJ Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Michael J. Mestitz respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-captioned case only, and in support thereof states as follows:

1. Movant resides in the District of Columbia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the District of Columbia. A copy of a Certificate of Good Standing from the District of Columbia dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number FLND1675030660131 and completed the CM/ECF Online Tutorials.

4. Michael J. Mestitz has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

2

    5.    Michael J. Mestitz has upgraded his PACER account to "NextGen."

    6.    Movant represents third-party Elliot Berger.

WHEREFORE, Michael J. Mestitz respectfully requests this Court enter an Order granting Michael J. Mestitz of Williams & Connolly LLP, *pro hac vice* in this case.

Respectfully submitted on this 14th day of February, 2023.

/s/ *Michael J. Mestitz*
MICHAEL J. MESTITZ
D.C. Bar. No. 1047260
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
mmestitz@wc.com

*Counsel for Elliott Berger*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

<u>/s/ Michael J. Mestitz</u><br>
MICHAEL J. MESTITZ