# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and in accordance with Case Management Order No. 29 (MDL Dkt. 2236), move the Court for leave to file under seal Plaintiffs' Opposition to 3M's Motion for Clarification, Exhibit A (Declaration of Christopher Seeger) and Exhibit B Declaration of Special Master Randi S. Ellis) to Opposition.

Dated: February 16, 2023

                                      Respectfully submitted,

                                      */s/ Bryan F. Aylstock*
                                      Bryan F. Aylstock, Lead Counsel
                                      Florida State Bar No. 078263
                                      Aylstock, Witkin, Kreis & Overholtz, PLLC
                                      17 East Main Street
                                      Suite 200
                                      Pensacola, FL 32502
                                      Tel.: (850) 202-1010
                                      baylstock@awkolaw.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
epefile@mostynlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I caused the foregoing Motion for Leave to File Under Seal to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                                        */s/ Bryan F. Aylstock*