UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

Judge M. Casey Rogers
Magistrate Judge Hope T. Cannon

This Document Relates to All Cases
Case No. 3:19-md-02885

**NOTICE OF WITHDRAWAL OF COUNSEL
PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR
REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that, effective immediately, Hillary A. Anderson is no longer with the firm Vorys, Sater, Seymour, and Pease, LLP, and hereby withdraws as attorney of record for Defendant 3M Company ("Defendant") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1 (H)(1)(b), Defendant consents to this withdrawal, and the withdrawal will leave Defendant with counsel of record who will continue in the case.

Dated: February 16, 2023

Respectfully submitted,

By: */s/ Hillary A. Anderson*
Hillary A. Anderson, D.C. Bar No. 1613040

Vorys, Sater, Seymour and Pease, LLP
200 Public Square, Suite 1400
Cleveland, OH  44114-6314
Telephone:  (216) 479-6100
Email: haanderson@vorys.com

***Counsel for Defendant 3M Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

<i>/s/ Hillary A. Anderson</i><br>
Hillary A. Anderson