# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     February 16, 2023

Motion/Pleadings: PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Filed by  Plaintiff     on  February 16, 2023   Doc. #'s 3669

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Donna Bajzik*
Deputy Clerk:     Donna Bajzik

---

On consideration, Plaintiffs' motion is **GRANTED**. The Clerk is directed to update the docket accordingly.

**DONE** and **ORDERED** this 16th day of February, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**