UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
|---|---|

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, effective immediately, R. Seth Crompton of the Holland Law Firm withdraws as attorney of record for Plaintiffs and as attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "A". Mr. Crompton is no longer with the firm. Eric Holland, Patrick R. Dowd, Erika M. Stassi, Gregory R. Jones and Shamon Moss from Holland Law Firm will remain as counsel for Plaintiffs.

DATED: February 23, 2023

*/s/ Patrick R. Dowd*
Patrick R. Dowd
Holland Law Firm
211 N. Broadway Ste. 2625
St. Louis, MO 63102
314-241-8111
pdowd@hollandtriallawyers.com

*Attorney for Plaintiffs*

| Name | Case Number |
|---|---|
| Abel, Daniel | 7:20-cv-84243-MCR-HTC |
| ADKINS, JADARIUS DEVANTE | 3:22-cv-09847-MCR-HTC |
| Alakpa, George | 7:20-cv-85461-MCR-HTC |
| Allen, Robert | 7:20-cv-84271-MCR-HTC |
| ALLSUP, DANIEL | 3:22-cv-08795-MCR-HTC |
| Alonso, Reynaldo | 7:20-cv-84280-MCR-HTC |
| Altherr, Bradley | 7:20-cv-84284-MCR-HTC |
| Andrews, Richard | 7:20-cv-85066-MCR-HTC |
| Arabian, Michael | 7:20-cv-84291-MCR-HTC |
| Arosemena, Alfonso | 7:20-cv-85200-MCR-HTC |
| Ashby, Peyton | 7:20-cv-84300-MCR-HTC |
| AYENI, OLUWATOSIN | 7:20-cv-85478-MCR-HTC |
| Bacon, Michel | 7:20-cv-84963-MCR-HTC |
| Baker, Michael | 7:20-cv-84324-MCR-HTC |
| Baker, Nicholas | 7:20-cv-84328-MCR-HTC |
| Banks, Dion | 7:20-cv-84337-MCR-HTC |
| BARRETTO, GADIEL | 3:22-cv-07519-MCR-HTC |
| Batchelor, Jason | 7:20-cv-84364-MCR-HTC |
| Baublitz, Jessical | 7:20-cv-84371-MCR-HTC |
| BAUMGARTNER, CHARLES GLEN | 8:20-cv-97550-MCR-HTC |
| Beck, Nicholas | 7:20-cv-84384-MCR-HTC |
| Beckdol, Eric | 7:20-cv-84388-MCR-HTC |
| Beedy, Jason | 7:20-cv-84391-MCR-HTC |
| Behnke, Eric | 7:20-cv-84395-MCR-HTC |
| Beidle, Joe | 7:20-cv-84967-MCR-HTC |
| Beisell, Russell | 7:20-cv-85491-MCR-HTC |
| Bell, Michael | 7:20-cv-84399-MCR-HTC |
| Bellamy, Kenneth | 7:20-cv-84403-MCR-HTC |
| Bender, John | 7:20-cv-84407-MCR-HTC |
| Benninger, Michael | 7:20-cv-84412-MCR-HTC |
| Binkley, Vanessa | 7:20-cv-85499-MCR-HTC |
| Bittenbender, Kevin | 7:20-cv-84433-MCR-HTC |
| Borck, Brent | 7:20-cv-85507-MCR-HTC |
| Boswell, Robert | 7:20-cv-84453-MCR-HTC |
| Bramlett, Patrick Andrew | 3:22-cv-06384-MCR-HTC |
| Brandenborg, James | 7:20-cv-84468-MCR-HTC |
| Brown, Franklin | 7:20-cv-84493-MCR-HTC |

| | |
|---|---|
| BROWN, PACE | 3:22-cv-08287-MCR-HTC |
| Brown, Pamela | 7:20-cv-84504-MCR-HTC |
| Brown, Wesley | 3:22-cv-07244-MCR-HTC |
| Bryce, William | 3:22-cv-07291-MCR-HTC |
| Burgess, Ryan | 7:20-cv-84533-MCR-HTC |
| BUTENAS, THEODORE EUGENE | 8:20-cv-28363-MCR-HTC |
| Byrne, Jerry | 7:20-cv-83954-MCR-HTC |
| Cabrera, Jose | 7:20-cv-83956-MCR-HTC |
| Cabrera-Rosario, Juan | 7:20-cv-85455-MCR-HTC |
| Cairns, Michael | 7:20-cv-83959-MCR-HTC |
| Carlson, Colin | 7:20-cv-83979-MCR-HTC |
| Carpenter, Christopher | 7:20-cv-83982-MCR-HTC |
| CASEY, CODY | 3:22-cv-07550-MCR-HTC |
| Cejatorres, Jose | 7:20-cv-84014-MCR-HTC |
| Chambers, Rusty | 7:20-cv-84017-MCR-HTC |
| CHERRY, ADAM | 3:22-cv-10658-MCR-HTC |
| Chisholm, Jason | 7:20-cv-84029-MCR-HTC |
| Claypool, Todd | 7:20-cv-85040-MCR-HTC |
| CLEMENTE, ROBERTO | 3:22-cv-10695-MCR-HTC |
| CLEVELAND, TIMOTHY LESTER | 3:22-cv-08244-MCR-HTC |
| Cloud, Jacob | 7:20-cv-84039-MCR-HTC |
| COLLINS, DENNIS | 3:22-cv-07467-MCR-HTC |
| COLLINS, KYLE | 7:20-cv-85532-MCR-HTC |
| Collins, William | 7:20-cv-84051-MCR-HTC |
| Core, Ryan | 7:20-cv-84068-MCR-HTC |
| CRAFT, CALEB | 7:20-cv-03176-MCR-HTC |
| Crawford, Joshua | 7:20-cv-84083-MCR-HTC |
| CROSSMAN, JARED | 8:20-cv-28355-MCR-HTC |
| Crusoe, Michael | 7:20-cv-84086-MCR-HTC |
| Cummings, John | 7:20-cv-84089-MCR-HTC |
| Curry, Anthony | 7:20-cv-84091-MCR-HTC |
| DaGama, Joseph | 7:20-cv-84094-MCR-HTC |
| Dalessandro, Matthew | 7:20-cv-84097-MCR-HTC |
| DAVIS, CABRIEN | 7:20-cv-85097-MCR-HTC |
| Davis, Cedric | 7:20-cv-84111-MCR-HTC |
| DAVIS, JOHNATHAN FITZGERALD | 3:22-cv-08051-MCR-HTC |

| | |
|---|---|
| DAVIS, MAKEITHS | 7:20-cv-85092-MCR-HTC |
| Davis, Randall | 3:22-cv-06638-MCR-HTC |
| Deal, Jonathan | 7:20-cv-85543-MCR-HTC |
| Deluna, Marty | 7:20-cv-84839-MCR-HTC |
| DeMatteo, Michael | 7:20-cv-84122-MCR-HTC |
| Desio, Anthony | 7:20-cv-85356-MCR-HTC |
| DeVore, Ryan | 7:20-cv-84136-MCR-HTC |
| DIXON, BRITTANY NICOLE | 3:22-cv-08343-MCR-HTC |
| Dopp, Eugene | 7:20-cv-84159-MCR-HTC |
| Duane, Erik | 7:20-cv-84171-MCR-HTC |
| DUPONT, ARTHUR PHILLIP | 3:22-cv-07451-MCR-HTC |
| Edwards, Chiquita | 3:22-cv-07363-MCR-HTC |
| Eichorn, Carmeleen | 7:20-cv-84188-MCR-HTC |
| Ellis-Burguss, Sonya | 7:20-cv-84204-MCR-HTC |
| Elsenheimer, Ronald | 7:20-cv-84208-MCR-HTC |
| England, Jesse | 7:20-cv-84215-MCR-HTC |
| EPPLER, THOMAS W | 9:20-cv-08718-MCR-HTC |
| ESCOBEDO, DEBORAH | 7:20-cv-85142-MCR-HTC |
| EVANS, BRIAN | 3:22-cv-07471-MCR-HTC |
| Evans, Evan | 7:20-cv-84230-MCR-HTC |
| Evans, Michael | 7:20-cv-84986-MCR-HTC |
| Evans, Patrick | 7:20-cv-84234-MCR-HTC |
| Eze, Obioma | 7:20-cv-84240-MCR-HTC |
| Fargason, Daniel | 7:20-cv-84244-MCR-HTC |
| Fernandez, Gerald | 7:20-cv-84251-MCR-HTC |
| FISHER, APRIL | 3:22-cv-05894-MCR-HTC |
| Fisher, Justin | 7:20-cv-84258-MCR-HTC |
| FLAAT, ERIK | 7:20-cv-84844-MCR-HTC |
| Flanagan, Cassondra | 7:20-cv-84262-MCR-HTC |
| FLETCHER, ERIC | 7:20-cv-85137-MCR-HTC |
| Foltz, Royce | 7:20-cv-84270-MCR-HTC |
| Fonseca Conde, Juan | 7:20-cv-84990-MCR-HTC |
| Fontanez, George | 7:20-cv-84273-MCR-HTC |
| Fontenot, Trea | 7:20-cv-84277-MCR-HTC |
| Foster, Seth | 7:20-cv-84285-MCR-HTC |
| Fraley, James | 7:20-cv-84292-MCR-HTC |
| Francis, Jonathan | 7:20-cv-85575-MCR-HTC |
| Francis, Louis | 7:20-cv-84295-MCR-HTC |

| | |
|---|---|
| FRAZIER, BROCKTON | 3:22-cv-07506-MCR-HTC |
| FRIEDENBACH, MARC EDWARD | 3:22-cv-07670-MCR-HTC |
| Frye, Michael | 7:20-cv-84313-MCR-HTC |
| Frye, Richard | 7:20-cv-84309-MCR-HTC |
| Fuqua, Danny | 7:20-cv-84316-MCR-HTC |
| Gallardo, Bobby | 7:20-cv-84323-MCR-HTC |
| Galloway, WIlliam | 7:20-cv-84327-MCR-HTC |
| GARBER, ROBERT EARL | 9:20-cv-01690-MCR-HTC |
| Geiser, Samuel | 7:20-cv-84342-MCR-HTC |
| Gibson, John | 7:20-cv-84346-MCR-HTC |
| Gibson, Timothy | 7:20-cv-84350-MCR-HTC |
| Gillihan, Jacob | 7:20-cv-84365-MCR-HTC |
| Glaze, Samuel | 7:20-cv-85205-MCR-HTC |
| Goddard, Allen Charles | 7:20-cv-84998-MCR-HTC |
| GONZALEZ, CHERYL BELINDA | 3:22-cv-07717-MCR-HTC |
| Gooch, Nicholas | 7:20-cv-84372-MCR-HTC |
| Goodin, Willie | 7:20-cv-85578-MCR-HTC |
| Gore, Jimmy | 7:20-cv-85002-MCR-HTC |
| Graham, Jeffrey | 7:20-cv-00096-MCR-HTC |
| Greenwell, Timothy | 7:20-cv-84394-MCR-HTC |
| Griffith, Marlon | 7:20-cv-84400-MCR-HTC |
| GRIFFITH, MICHAEL DAVID | 3:22-cv-07482-MCR-HTC |
| Groh, Kristina | 7:20-cv-85585-MCR-HTC |
| Gross, Joshua | 7:20-cv-84409-MCR-HTC |
| Guevara, Ramon | 7:20-cv-84422-MCR-HTC |
| HALL, CHRISTIAN B | 7:21-cv-39759-MCR-HTC |
| Hamblen, Oliver | 7:20-cv-84437-MCR-HTC |
| Hampton, John | 7:20-cv-84441-MCR-HTC |
| Hansen, Eric | 7:20-cv-84446-MCR-HTC |
| Harlow, Chance | 7:20-cv-84456-MCR-HTC |
| Harp, Matthew | 7:20-cv-84460-MCR-HTC |
| Harr, Dustin | 7:20-cv-84465-MCR-HTC |
| Hartman, Jonathan | 7:20-cv-84469-MCR-HTC |
| Hascin, Joseph | 7:20-cv-84477-MCR-HTC |
| Hernandez, David | 3:22-cv-07310-MCR-HTC |
| Hewitt, Jason | 7:20-cv-85457-MCR-HTC |
| Highsmith, Trevor | 7:20-cv-85407-MCR-HTC |

| | |
|---|---|
| Hill, Kenny | 7:20-cv-84524-MCR-HTC |
| Hockman, Christopher | 7:20-cv-84529-MCR-HTC |
| Hogan, Thomas | 7:20-cv-84539-MCR-HTC |
| Holcomb, Carl | 7:20-cv-84544-MCR-HTC |
| Holden, Steven | 7:20-cv-84548-MCR-HTC |
| Hrbek, Frederick | 7:20-cv-84571-MCR-HTC |
| HUANG, WILLIAM | 7:20-cv-84575-MCR-HTC |
| Huertas, Ashlery | 7:20-cv-85787-MCR-HTC |
| Hunt, Michael | 7:20-cv-84586-MCR-HTC |
| Hunter, Matthew | 7:20-cv-84594-MCR-HTC |
| Isabella, Robert | 7:20-cv-85229-MCR-HTC |
| Isenhower, Douglas | 7:20-cv-84598-MCR-HTC |
| Jackson, Devon | 7:20-cv-85234-MCR-HTC |
| Jamieson, Nathan | 7:20-cv-84605-MCR-HTC |
| Jenkins, Jeffrey A. | 7:20-cv-84613-MCR-HTC |
| JOHANSMEIER, GLEN | 3:22-cv-07485-MCR-HTC |
| Johnson, Kennith | 7:20-cv-84632-MCR-HTC |
| Johnston, Rusty | 7:20-cv-84635-MCR-HTC |
| Jones, Adam | 7:20-cv-84638-MCR-HTC |
| Jones, Jackie | 7:20-cv-84854-MCR-HTC |
| Jones, James | 7:20-cv-84641-MCR-HTC |
| Jordan, Bobby | 7:20-cv-84650-MCR-HTC |
| JUNIER, THOMAS ARTHUR | 3:22-cv-07590-MCR-HTC |
| Kasselder, Brenton | 7:20-cv-84657-MCR-HTC |
| Kelly, Derrick | 7:20-cv-85416-MCR-HTC |
| Kelly, Kennie | 7:20-cv-85017-MCR-HTC |
| Kemper, Brandon | 7:20-cv-84668-MCR-HTC |
| Kent, Marcus | 7:20-cv-85021-MCR-HTC |
| Killgore, Thomas | 7:20-cv-85305-MCR-HTC |
| KIME, THOMAS | 7:20-cv-84677-MCR-HTC |
| King, Eric | 7:20-cv-84681-MCR-HTC |
| King, Freddie | 7:20-cv-84685-MCR-HTC |
| KINGAN, KRISTOPHER | 3:22-cv-05700-MCR-HTC |
| Kogler, Geoffrey | 7:20-cv-84695-MCR-HTC |
| KRITZ-DUPRE, DEVAN | 7:20-cv-85638-MCR-HTC |
| Kutschman, Richard | 7:20-cv-84706-MCR-HTC |
| Lachut, Scott | 7:20-cv-84711-MCR-HTC |
| LaMothe, Derek | 7:20-cv-84719-MCR-HTC |

| Name | Case Number |
| --- | --- |
| Latimore, Mark | 7:20-cv-84741-MCR-HTC |
| Lavarias, Jason | 7:20-cv-84746-MCR-HTC |
| Lee, Michael | 7:20-cv-84754-MCR-HTC |
| LETSIS, TAYLOR SCOTT | 3:23-cv-00298-MCR-HTC |
| Linder, Jared | 7:20-cv-84775-MCR-HTC |
| Little, Joel | 7:20-cv-84780-MCR-HTC |
| LITTLE, THOMAS | 3:22-cv-07798-MCR-HTC |
| London, Rodney | 7:20-cv-84793-MCR-HTC |
| Lorenzi, Craig | 7:20-cv-84801-MCR-HTC |
| LOVE, WILLIE | 7:20-cv-85152-MCR-HTC |
| Mace, Eric | 7:20-cv-84806-MCR-HTC |
| Majors, Andrew R. | 7:20-cv-84823-MCR-HTC |
| Mann, Travis | 7:20-cv-85464-MCR-HTC |
| Marr, Aaron | 7:20-cv-84833-MCR-HTC |
| MARSH, JOE | 3:22-cv-17428-MCR-HTC |
| MARTIN, SCOTTY JAY | 3:22-cv-07628-MCR-HTC |
| MASON, TERRANCE | 3:22-cv-21448-MCR-HTC |
| MASSEY, DENZEL LEE | 3:22-cv-08333-MCR-HTC |
| Mathis, Nathaniel | 3:22-cv-17425-MCR-HTC |
| Mauk, Ethan | 7:20-cv-84857-MCR-HTC |
| MAYHEW, CHARLES KEVIN | 3:22-cv-07697-MCR-HTC |
| McAnulty, Dustin | 7:20-cv-85405-MCR-HTC |
| McClure, Andrew | 7:20-cv-85061-MCR-HTC |
| MCCRACKEN, DANIEL | 7:20-cv-85679-MCR-HTC |
| McGann, Sean T. | 7:20-cv-84435-MCR-HTC |
| McGee, Roderick | 7:20-cv-84440-MCR-HTC |
| McGill, Eric | 7:21-cv-39532-MCR-HTC |
| McInturff, Darrell | 7:20-cv-85411-MCR-HTC |
| MCROBERTS, MICHAEL | 7:20-cv-84454-MCR-HTC |
| MCWILLIAMS, TIMOTHY | 3:22-cv-08869-MCR-HTC |
| Mendoza, Alfonso | 7:20-cv-84475-MCR-HTC |
| Merced, Edward | 7:20-cv-84479-MCR-HTC |
| MIDDLETON, TIMOTHY | 7:20-cv-85687-MCR-HTC |
| Mielke, Ross | 7:20-cv-85690-MCR-HTC |
| MIKEL, TRAVIS | 3:22-cv-07514-MCR-HTC |
| Miller, Fellix | 7:20-cv-85026-MCR-HTC |
| Miske, Jeffrey | 7:20-cv-84517-MCR-HTC |
| Moore, Thomas | 7:20-cv-85476-MCR-HTC |

| Name | Case Number |
| --- | --- |
| Morin, Charles | 7:20-cv-84536-MCR-HTC |
| Morris, David | 7:20-cv-84550-MCR-HTC |
| Nadeau, Dustin | 7:20-cv-84566-MCR-HTC |
| NARHWOLD, FREDERICK | 7:20-cv-85123-MCR-HTC |
| Newkirk, Bruce | 7:20-cv-84581-MCR-HTC |
| Nieto, Alejandro | 7:20-cv-84585-MCR-HTC |
| Nixon, Bertzel | 7:20-cv-84591-MCR-HTC |
| Norris, Tyler | 7:20-cv-84603-MCR-HTC |
| Ofarril, Samuel | 7:20-cv-84611-MCR-HTC |
| Orasco, Mike | 7:20-cv-84619-MCR-HTC |
| Orlando, Tony | 7:20-cv-85035-MCR-HTC |
| ORTIZ, VALENTE | 3:22-cv-07476-MCR-HTC |
| Osetek, Nick | 7:21-cv-39533-MCR-HTC |
| Overson, Weston | 7:20-cv-84631-MCR-HTC |
| Owens, Jason M. | 7:20-cv-84634-MCR-HTC |
| Owens, Matthew | 7:20-cv-84636-MCR-HTC |
| Ozaeta, Ubaldo | 7:20-cv-84639-MCR-HTC |
| PALOS, JASON | 7:21-cv-26903-MCR-HTC |
| PALYS, AMBER NICHOEL | 3:22-cv-07598-MCR-HTC |
| PANZERA, MICHAEL J. | 7:20-cv-85714-MCR-HTC |
| Parker, Michael | 7:20-cv-85039-MCR-HTC |
| Parks, Daniel | 7:20-cv-84649-MCR-HTC |
| Patscheck, Randy | 7:20-cv-85724-MCR-HTC |
| Pellerin, Arthur | 7:20-cv-84655-MCR-HTC |
| PETERSON, JIMMY | 7:20-cv-85727-MCR-HTC |
| Phillips, Scott | 7:20-cv-85500-MCR-HTC |
| Phipps, Michael | 7:20-cv-84663-MCR-HTC |
| Pickard, Jeffrey | 7:20-cv-84667-MCR-HTC |
| Pierce, Michael | 7:20-cv-85730-MCR-HTC |
| Polk, Darrell | 7:20-cv-85508-MCR-HTC |
| Poole, Richard | 3:22-cv-06875-MCR-HTC |
| Powell, Gregory | 7:20-cv-84877-MCR-HTC |
| Powell, Joseph | 7:20-cv-84674-MCR-HTC |
| Prentice, Chris | 7:20-cv-84682-MCR-HTC |
| Price, Brandon | 7:20-cv-84686-MCR-HTC |
| Primas, Victor | 7:20-cv-84690-MCR-HTC |
| Purcell, James | 7:20-cv-85064-MCR-HTC |
| RAINWATER, KRIS DANIEL | 3:22-cv-17210-MCR-HTC |

| | |
|---|---|
| Ramirez, David | 7:20-cv-84693-MCR-HTC |
| RANDALL, JAMES W | 3:22-cv-17243-MCR-HTC |
| RANDOLPH, MIKEL | 3:22-cv-17260-MCR-HTC |
| RAY, BRANDEN LYNN | 3:22-cv-07731-MCR-HTC |
| Rector, Kenneth | 7:20-cv-84714-MCR-HTC |
| REDMON, CHARLES | 3:22-cv-07793-MCR-HTC |
| Reed, Benjamin | 3:22-cv-17501-MCR-HTC |
| Reed, Mathew | 7:20-cv-85071-MCR-HTC |
| Reed, William | 7:20-cv-84723-MCR-HTC |
| REEDER, THEODORE A | 3:22-cv-09853-MCR-HTC |
| Reeves, D'Wayne C. | 7:20-cv-85517-MCR-HTC |
| Reeves, Michael | 7:20-cv-84734-MCR-HTC |
| Reinhardt, Keith | 7:20-cv-84742-MCR-HTC |
| RENFROE, DANIEL TROY | 3:22-cv-08642-MCR-HTC |
| Rider, Matthew | 7:20-cv-84776-MCR-HTC |
| Rivard, Brandon | 7:20-cv-84781-MCR-HTC |
| Robbins, Clifford | 7:20-cv-85050-MCR-HTC |
| Robertson, Thomas | 7:20-cv-84799-MCR-HTC |
| Rodriguez, Marco | 7:20-cv-84907-MCR-HTC |
| RODRIGUEZ, NIKO | 3:22-cv-07488-MCR-HTC |
| RODRIGUEZ, YAMIL | 3:22-cv-07530-MCR-HTC |
| ROMAN, PHILLIP MICHAEL | 7:20-cv-85147-MCR-HTC |
| Rose, Cristal | 7:20-cv-85525-MCR-HTC |
| Ross, Raymond | 7:20-cv-85188-MCR-HTC |
| ROUSE, CHARLES CHRISTOPHER | 3:22-cv-07702-MCR-HTC |
| RUCKER, JOHN | 7:20-cv-85112-MCR-HTC |
| Ruda, Joseph | 7:20-cv-84830-MCR-HTC |
| RUDIN, DANIEL | 7:20-cv-84836-MCR-HTC |
| Ruedisueli, Kurt | 7:20-cv-84912-MCR-HTC |
| RUSSELL, ROBERT JOSEPH | 3:22-cv-07605-MCR-HTC |
| SALLIE, JULIUS | 7:20-cv-85757-MCR-HTC |
| Sampson, Claudis | 7:20-cv-84846-MCR-HTC |
| Sanchez, Jose Oliveros | 3:22-cv-21497-MCR-HTC |
| SANDERS, CHARLES | 7:20-cv-84858-MCR-HTC |
| Sands, Joshua | 7:20-cv-84864-MCR-HTC |
| SCHNERR, KEITH | 7:20-cv-85759-MCR-HTC |
| Schoendorf, Robert | 7:20-cv-84875-MCR-HTC |
| Scholl, Charles | 7:20-cv-84880-MCR-HTC |

| | |
|---|---|
| SCHWARTZ, STEVEN | 7:20-cv-85762-MCR-HTC |
| SCOHY, RUSSELL BRUCE | 3:22-cv-07494-MCR-HTC |
| Segarra, Francisco | 7:20-cv-85763-MCR-HTC |
| Self, Terry | 7:20-cv-84921-MCR-HTC |
| SERAFINI, CHARLES | 7:20-cv-85768-MCR-HTC |
| Shirah, Anthony | 7:20-cv-84905-MCR-HTC |
| Showalter, Alan | 7:20-cv-84908-MCR-HTC |
| Simmons, Adam | 7:20-cv-85772-MCR-HTC |
| Simmons, Lamonte | 7:20-cv-84919-MCR-HTC |
| Skaggs, Corey | 7:20-cv-84923-MCR-HTC |
| Sledge, Kalicia | 7:20-cv-85788-MCR-HTC |
| Smith, Christopher | 7:20-cv-85488-MCR-HTC |
| SMITH, KAMERON | 7:20-cv-85157-MCR-HTC |
| Smith, Kirk | 7:20-cv-84927-MCR-HTC |
| Smith, Wyatt | 7:20-cv-84930-MCR-HTC |
| Snyder, Jonathan | 7:20-cv-84938-MCR-HTC |
| Somerville, Michael | 7:20-cv-84942-MCR-HTC |
| Souza, Carl | 7:20-cv-84946-MCR-HTC |
| SOUZA, KENDRA | 7:20-cv-85102-MCR-HTC |
| Sparks, Lucas | 7:20-cv-84951-MCR-HTC |
| Spositi, Daniel | 7:20-cv-84958-MCR-HTC |
| SPRATT, PIERRE | 7:20-cv-85778-MCR-HTC |
| ST. ONGE, JAMIE | 7:20-cv-85790-MCR-HTC |
| STALBOERGER, JONATHAN | 7:20-cv-85779-MCR-HTC |
| Stamps, Dairen | 7:20-cv-84962-MCR-HTC |
| STANE, JONATHAN BRADLEY | 3:22-cv-07620-MCR-HTC |
| Stange, Barry K. | 7:20-cv-84969-MCR-HTC |
| STEARNS, ROBERT | 3:22-cv-17365-MCR-HTC |
| Stephens, James | 7:20-cv-84985-MCR-HTC |
| STETZER, GREGORY | 3:22-cv-08731-MCR-HTC |
| Stokes, Shayne | 7:20-cv-85396-MCR-HTC |
| Stowe, William | 7:20-cv-85000-MCR-HTC |
| Tabor, Darren | 7:20-cv-85029-MCR-HTC |
| Tapia, Brandon | 7:20-cv-00097-MCR-HTC |
| Tarr, Ken | 7:20-cv-85038-MCR-HTC |
| Tate, Lucas | 3:22-cv-19024-MCR-HTC |
| Taylor, James | 7:20-cv-85048-MCR-HTC |
| Terrell, Richard Jr. | 7:20-cv-85062-MCR-HTC |

| | |
|---|---|
| Thigpen, Anthony | 7:20-cv-85492-MCR-HTC |
| Thomas, Barry | 7:20-cv-85402-MCR-HTC |
| Thomas, James | 7:20-cv-85072-MCR-HTC |
| Throgmorton, Joseph | 7:20-cv-85081-MCR-HTC |
| Tillery, Lawrence | 7:20-cv-85090-MCR-HTC |
| Tingle, Robert | 7:20-cv-85095-MCR-HTC |
| Tomecko, Dustin | 7:20-cv-85100-MCR-HTC |
| Tooley, Brian | 7:20-cv-85105-MCR-HTC |
| Truesdale, Caroline | 7:20-cv-85124-MCR-HTC |
| Turmell, Dennis | 7:20-cv-85139-MCR-HTC |
| Turner, Steven | 7:20-cv-85537-MCR-HTC |
| Tyler, Barry | 7:20-cv-85149-MCR-HTC |
| TYLER, JOSHUA | 7:20-cv-85782-MCR-HTC |
| Valentine, Donald | 7:20-cv-85159-MCR-HTC |
| Valentine, William | 7:20-cv-85164-MCR-HTC |
| Valenzuela, Jaime | 7:20-cv-85195-MCR-HTC |
| Vanschoick, Gordon | 7:20-cv-85174-MCR-HTC |
| Vaughn, Jason | 7:20-cv-85496-MCR-HTC |
| Vespe, David | 7:20-cv-85192-MCR-HTC |
| Vonderhorst, Jesse | 7:20-cv-85197-MCR-HTC |
| WALGATE, KEVIN | 3:22-cv-08070-MCR-HTC |
| Walker, Jeremiah | 7:20-cv-85206-MCR-HTC |
| Walker, Johnny C. | 7:20-cv-85211-MCR-HTC |
| Walker, Leon | 7:20-cv-85216-MCR-HTC |
| Walker, Robert | 7:20-cv-85427-MCR-HTC |
| Ward, Bobby | 7:20-cv-85410-MCR-HTC |
| Watson, Shaun | 7:20-cv-85241-MCR-HTC |
| Weakley, Aaron | 7:20-cv-85441-MCR-HTC |
| Webb, Branden | 7:20-cv-85246-MCR-HTC |
| Weberg, Cory | 7:20-cv-16153-MCR-HTC |
| Wellman, Zachary | 7:20-cv-85256-MCR-HTC |
| Wheeler, Robert | 7:20-cv-85073-MCR-HTC |
| Whipkey, Jason | 7:20-cv-85261-MCR-HTC |
| White, James | 7:20-cv-85275-MCR-HTC |
| White, Jonathan | 7:20-cv-85265-MCR-HTC |
| White, Nathaniel | 7:20-cv-85434-MCR-HTC |
| Whittington, Jordan | 7:20-cv-85280-MCR-HTC |
| Wiley, Thomas | 7:20-cv-85284-MCR-HTC |

| | |
|---|---|
| Wilkinson, Kenneth | 7:20-cv-85289-MCR-HTC |
| Williams, Christopher | 7:20-cv-85293-MCR-HTC |
| Williams, Kyle | 7:20-cv-85303-MCR-HTC |
| Williams, Laureen | 7:20-cv-85078-MCR-HTC |
| Williams, Paul | 7:20-cv-85314-MCR-HTC |
| Williams, Ronald | 7:20-cv-85309-MCR-HTC |
| Wilson, Reid | 7:20-cv-85323-MCR-HTC |
| WINEBARGER, CHAD | 8:20-cv-57219-MCR-HTC |
| Wright, Michael | 7:20-cv-84952-MCR-HTC |
| ZEHR, MATTHEW ALLEN | 3:22-cv-05536-MCR-HTC |
| Zicco, Rebecca | 7:20-cv-85449-MCR-HTC |
| Zug, Jamie | 7:20-cv-85391-MCR-HTC |

## **CERTIFICATE OF SERVICE**

      In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED: February 23, 2023           /s/ *Patrick R. Dowd*
                                                 Patrick R. Dowd
                                                 Holland Law Firm
                                                 211 N. Broadway Ste. 2625
                                                 St. Louis, MO 63102
                                                 314-241-8111
                                                 pdowd@hollandtriallawyers.com

                                                 *Attorney for Plaintiffs*