# United States District Court
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| In Re: **3M Combat Arms Earplug Products Liability Litigation** | Date: **February 23, 2023**<br>Case No.: **3:19md2885** |
| This Document Relates to All Cases | **Judge M. Casey Rodgers**<br>**Magistrate Judge Hope T. Cannon** |

**DOCKET ENTRY:** Data Day

BrownGreer PLC presents its analyses of the DOEHRS data.

**PRESENT:**

| Honorable **M. Casey Rodgers**<br>United States District Judge | Julie Newton<br>MDL Paralegal | Barbara Rogers<br>Deputy Clerk | Donna Boland<br>Court Reporter |
|---|---|---|---|

**APPEARANCES:**

BrownGreer PLC: Orran L. Brown, Sr., and Dennis Carter

**PROCEEDINGS:**

| | |
|---|---|
| 8:02 am | Court in Session |
| | Presentation of DOEHRS data |
| 9:35 am | Court in Recess |