UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to all Cases | ) <br>) Case No. 3:19-md-02885-MCR-HTC <br>) <br>) <br>) Judge M. Casey Rodgers <br>) Magistrate Judge Hope T. Cannon <br>) |

### NOTICE OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3, attorney Patrick Dowd of Holland Law Firm, hereby enters his appearance in the Master Docket. Patrick Dowd represents plaintiffs in individual member cases of MDL No. 2885 and has been admitted to practice *pro hac vice* before this Honorable Court in accordance with the administrative requirements outlined in Pretrial Order No. 3.

Attorney Patrick Dowd, of Holland Law Firm, notifies the Court that R. Seth Crompton is no longer employed with Holland Law Firm.

Attorney Patrick Dowd moves under Local Rule 11.1 (H)(1)(b) for the withdrawal of R. Seth Crompton and substitution of Patrick Dowd of Holland Law Firm in place thereof. Plaintiffs will continue to be represented by the same law firm – Holland Law Firm. Patrick Dowd is pro hac vice in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in these actions and the Master Docket of the MDL 2885 be served upon him.

1

A list of all clients affected by this substitution and withdrawal is attached to this motion (Exhibit A) for the benefit of the Court.

Date: February 27, 2023                                    Respectfully Submitted,

/s/ Patrick R. Dowd
Patrick R. Dowd MO Bar #64820
Holland Law Firm
211 North Broadway
Ste. 2625
St. Louis, MO 63102
Tel: (314) 241-8111
Email: pdowd@hollandtriallawyers.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 27th day of February 2023.

/s/ Patrick R. Dowd
Patrick R. Dowd MO Bar #64820
Holland Law Firm
211 North Broadway
Ste. 2625
St. Louis, MO 63102
Tel: (314) 241-8111
Email: pdowd@hollandtriallawyers.com
*Attorney for Plaintiffs*

EXHIBIT A

| | |
|---|---|
| Abel, Daniel | 7:20-cv-84243-MCR-HTC |
| ADKINS, JADARIUS DEVANTE | 3:22-cv-09847-MCR-HTC |
| Alakpa, George | 7:20-cv-85461-MCR-HTC |
| Allen, Robert | 7:20-cv-84271-MCR-HTC |
| ALLSUP, DANIEL | 3:22-cv-08795-MCR-HTC |
| Alonso, Reynaldo | 7:20-cv-84280-MCR-HTC |
| Altherr, Bradley | 7:20-cv-84284-MCR-HTC |
| Andrews, Richard | 7:20-cv-85066-MCR-HTC |
| Arabian, Michael | 7:20-cv-84291-MCR-HTC |
| Arosemena, Alfonso | 7:20-cv-85200-MCR-HTC |
| Ashby, Peyton | 7:20-cv-84300-MCR-HTC |
| AYENI, OLUWATOSIN | 7:20-cv-85478-MCR-HTC |
| Bacon, Michel | 7:20-cv-84963-MCR-HTC |
| Baker, Michael | 7:20-cv-84324-MCR-HTC |
| Baker, Nicholas | 7:20-cv-84328-MCR-HTC |
| Banks, Dion | 7:20-cv-84337-MCR-HTC |
| BARRETTO, GADIEL | 3:22-cv-07519-MCR-HTC |
| Batchelor, Jason | 7:20-cv-84364-MCR-HTC |
| Baublitz, Jessical | 7:20-cv-84371-MCR-HTC |
| BAUMGARTNER, CHARLES GLEN | 8:20-cv-97550-MCR-HTC |
| Beck, Nicholas | 7:20-cv-84384-MCR-HTC |
| Beckdol, Eric | 7:20-cv-84388-MCR-HTC |
| Beedy, Jason | 7:20-cv-84391-MCR-HTC |
| Behnke, Eric | 7:20-cv-84395-MCR-HTC |
| Beidle, Joe | 7:20-cv-84967-MCR-HTC |
| Beisell, Russell | 7:20-cv-85491-MCR-HTC |
| Bell, Michael | 7:20-cv-84399-MCR-HTC |
| Bellamy, Kenneth | 7:20-cv-84403-MCR-HTC |
| Bender, John | 7:20-cv-84407-MCR-HTC |
| Benninger, Michael | 7:20-cv-84412-MCR-HTC |
| Binkley, Vanessa | 7:20-cv-85499-MCR-HTC |
| Bittenbender, Kevin | 7:20-cv-84433-MCR-HTC |
| Borck, Brent | 7:20-cv-85507-MCR-HTC |
| Boswell, Robert | 7:20-cv-84453-MCR-HTC |
| Bramlett, Patrick Andrew | 3:22-cv-06384-MCR-HTC |
| Brandenborg, James | 7:20-cv-84468-MCR-HTC |
| Brown, Franklin | 7:20-cv-84493-MCR-HTC |

| | |
|---|---|
| BROWN, PACE | 3:22-cv-08287-MCR-HTC |
| Brown, Pamela | 7:20-cv-84504-MCR-HTC |
| Brown, Wesley | 3:22-cv-07244-MCR-HTC |
| Bryce, William | 3:22-cv-07291-MCR-HTC |
| Burgess, Ryan | 7:20-cv-84533-MCR-HTC |
| BUTENAS, THEODORE EUGENE | 8:20-cv-28363-MCR-HTC |
| Byrne, Jerry | 7:20-cv-83954-MCR-HTC |
| Cabrera, Jose | 7:20-cv-83956-MCR-HTC |
| Cabrera-Rosario, Juan | 7:20-cv-85455-MCR-HTC |
| Cairns, Michael | 7:20-cv-83959-MCR-HTC |
| Carlson, Colin | 7:20-cv-83979-MCR-HTC |
| Carpenter, Christopher | 7:20-cv-83982-MCR-HTC |
| CASEY, CODY | 3:22-cv-07550-MCR-HTC |
| Cejatorres, Jose | 7:20-cv-84014-MCR-HTC |
| Chambers, Rusty | 7:20-cv-84017-MCR-HTC |
| CHERRY, ADAM | 3:22-cv-10658-MCR-HTC |
| Chisholm, Jason | 7:20-cv-84029-MCR-HTC |
| Claypool, Todd | 7:20-cv-85040-MCR-HTC |
| CLEMENTE, ROBERTO | 3:22-cv-10695-MCR-HTC |
| CLEVELAND, TIMOTHY LESTER | 3:22-cv-08244-MCR-HTC |
| Cloud, Jacob | 7:20-cv-84039-MCR-HTC |
| COLLINS, DENNIS | 3:22-cv-07467-MCR-HTC |
| COLLINS, KYLE | 7:20-cv-85532-MCR-HTC |
| Collins, William | 7:20-cv-84051-MCR-HTC |
| Core, Ryan | 7:20-cv-84068-MCR-HTC |
| CRAFT, CALEB | 7:20-cv-03176-MCR-HTC |
| Crawford, Joshua | 7:20-cv-84083-MCR-HTC |
| CROSSMAN, JARED | 8:20-cv-28355-MCR-HTC |
| Crusoe, Michael | 7:20-cv-84086-MCR-HTC |
| Cummings, John | 7:20-cv-84089-MCR-HTC |
| Curry, Anthony | 7:20-cv-84091-MCR-HTC |
| DaGama, Joseph | 7:20-cv-84094-MCR-HTC |
| Dalessandro, Matthew | 7:20-cv-84097-MCR-HTC |
| DAVIS, CABRIEN | 7:20-cv-85097-MCR-HTC |
| Davis, Cedric | 7:20-cv-84111-MCR-HTC |
| DAVIS, JOHNATHAN FITZGERALD | 3:22-cv-08051-MCR-HTC |

| | |
|---|---|
| DAVIS, MAKEITHS | 7:20-cv-85092-MCR-HTC |
| Davis, Randall | 3:22-cv-06638-MCR-HTC |
| Deal, Jonathan | 7:20-cv-85543-MCR-HTC |
| Deluna, Marty | 7:20-cv-84839-MCR-HTC |
| DeMatteo, Michael | 7:20-cv-84122-MCR-HTC |
| Desio, Anthony | 7:20-cv-85356-MCR-HTC |
| DeVore, Ryan | 7:20-cv-84136-MCR-HTC |
| DIXON, BRITTANY NICOLE | 3:22-cv-08343-MCR-HTC |
| Dopp, Eugene | 7:20-cv-84159-MCR-HTC |
| Duane, Erik | 7:20-cv-84171-MCR-HTC |
| DUPONT, ARTHUR PHILLIP | 3:22-cv-07451-MCR-HTC |
| Edwards, Chiquita | 3:22-cv-07363-MCR-HTC |
| Eichorn, Carmeleen | 7:20-cv-84188-MCR-HTC |
| Ellis-Burguss, Sonya | 7:20-cv-84204-MCR-HTC |
| Elsenheimer, Ronald | 7:20-cv-84208-MCR-HTC |
| England, Jesse | 7:20-cv-84215-MCR-HTC |
| EPPLER, THOMAS W | 9:20-cv-08718-MCR-HTC |
| ESCOBEDO, DEBORAH | 7:20-cv-85142-MCR-HTC |
| EVANS, BRIAN | 3:22-cv-07471-MCR-HTC |
| Evans, Evan | 7:20-cv-84230-MCR-HTC |
| Evans, Michael | 7:20-cv-84986-MCR-HTC |
| Evans, Patrick | 7:20-cv-84234-MCR-HTC |
| Eze, Obioma | 7:20-cv-84240-MCR-HTC |
| Fargason, Daniel | 7:20-cv-84244-MCR-HTC |
| Fernandez, Gerald | 7:20-cv-84251-MCR-HTC |
| FISHER, APRIL | 3:22-cv-05894-MCR-HTC |
| Fisher, Justin | 7:20-cv-84258-MCR-HTC |
| FLAAT, ERIK | 7:20-cv-84844-MCR-HTC |
| Flanagan, Cassondra | 7:20-cv-84262-MCR-HTC |
| FLETCHER, ERIC | 7:20-cv-85137-MCR-HTC |
| Foltz, Royce | 7:20-cv-84270-MCR-HTC |
| Fonseca Conde, Juan | 7:20-cv-84990-MCR-HTC |
| Fontanez, George | 7:20-cv-84273-MCR-HTC |
| Fontenot, Trea | 7:20-cv-84277-MCR-HTC |
| Foster, Seth | 7:20-cv-84285-MCR-HTC |
| Fraley, James | 7:20-cv-84292-MCR-HTC |
| Francis, Jonathan | 7:20-cv-85575-MCR-HTC |
| Francis, Louis | 7:20-cv-84295-MCR-HTC |

| | |
|---|---|
| FRAZIER, BROCKTON | 3:22-cv-07506-MCR-HTC |
| FRIEDENBACH, MARC EDWARD | 3:22-cv-07670-MCR-HTC |
| Frye, Michael | 7:20-cv-84313-MCR-HTC |
| Frye, Richard | 7:20-cv-84309-MCR-HTC |
| Fuqua, Danny | 7:20-cv-84316-MCR-HTC |
| Gallardo, Bobby | 7:20-cv-84323-MCR-HTC |
| Galloway, WIlliam | 7:20-cv-84327-MCR-HTC |
| GARBER, ROBERT EARL | 9:20-cv-01690-MCR-HTC |
| Geiser, Samuel | 7:20-cv-84342-MCR-HTC |
| Gibson, John | 7:20-cv-84346-MCR-HTC |
| Gibson, Timothy | 7:20-cv-84350-MCR-HTC |
| Gillihan, Jacob | 7:20-cv-84365-MCR-HTC |
| Glaze, Samuel | 7:20-cv-85205-MCR-HTC |
| Goddard, Allen Charles | 7:20-cv-84998-MCR-HTC |
| GONZALEZ, CHERYL BELINDA | 3:22-cv-07717-MCR-HTC |
| Gooch, Nicholas | 7:20-cv-84372-MCR-HTC |
| Goodin, Willie | 7:20-cv-85578-MCR-HTC |
| Gore, Jimmy | 7:20-cv-85002-MCR-HTC |
| Graham, Jeffrey | 7:20-cv-00096-MCR-HTC |
| Greenwell, Timothy | 7:20-cv-84394-MCR-HTC |
| Griffith, Marlon | 7:20-cv-84400-MCR-HTC |
| GRIFFITH, MICHAEL DAVID | 3:22-cv-07482-MCR-HTC |
| Groh, Kristina | 7:20-cv-85585-MCR-HTC |
| Gross, Joshua | 7:20-cv-84409-MCR-HTC |
| Guevara, Ramon | 7:20-cv-84422-MCR-HTC |
| HALL, CHRISTIAN B | 7:21-cv-39759-MCR-HTC |
| Hamblen, Oliver | 7:20-cv-84437-MCR-HTC |
| Hampton, John | 7:20-cv-84441-MCR-HTC |
| Hansen, Eric | 7:20-cv-84446-MCR-HTC |
| Harlow, Chance | 7:20-cv-84456-MCR-HTC |
| Harp, Matthew | 7:20-cv-84460-MCR-HTC |
| Harr, Dustin | 7:20-cv-84465-MCR-HTC |
| Hartman, Jonathan | 7:20-cv-84469-MCR-HTC |
| Hascin, Joseph | 7:20-cv-84477-MCR-HTC |
| Hernandez, David | 3:22-cv-07310-MCR-HTC |
| Hewitt, Jason | 7:20-cv-85457-MCR-HTC |
| Highsmith, Trevor | 7:20-cv-85407-MCR-HTC |

| | |
|---|---|
| Hill, Kenny | 7:20-cv-84524-MCR-HTC |
| Hockman, Christopher | 7:20-cv-84529-MCR-HTC |
| Hogan, Thomas | 7:20-cv-84539-MCR-HTC |
| Holcomb, Carl | 7:20-cv-84544-MCR-HTC |
| Holden, Steven | 7:20-cv-84548-MCR-HTC |
| Hrbek, Frederick | 7:20-cv-84571-MCR-HTC |
| HUANG, WILLIAM | 7:20-cv-84575-MCR-HTC |
| Huertas, Ashlery | 7:20-cv-85787-MCR-HTC |
| Hunt, Michael | 7:20-cv-84586-MCR-HTC |
| Hunter, Matthew | 7:20-cv-84594-MCR-HTC |
| Isabella, Robert | 7:20-cv-85229-MCR-HTC |
| Isenhower, Douglas | 7:20-cv-84598-MCR-HTC |
| Jackson, Devon | 7:20-cv-85234-MCR-HTC |
| Jamieson, Nathan | 7:20-cv-84605-MCR-HTC |
| Jenkins, Jeffrey A. | 7:20-cv-84613-MCR-HTC |
| JOHANSMEIER, GLEN | 3:22-cv-07485-MCR-HTC |
| Johnson, Kennith | 7:20-cv-84632-MCR-HTC |
| Johnston, Rusty | 7:20-cv-84635-MCR-HTC |
| Jones, Adam | 7:20-cv-84638-MCR-HTC |
| Jones, Jackie | 7:20-cv-84854-MCR-HTC |
| Jones, James | 7:20-cv-84641-MCR-HTC |
| Jordan, Bobby | 7:20-cv-84650-MCR-HTC |
| JUNIER, THOMAS ARTHUR | 3:22-cv-07590-MCR-HTC |
| Kasselder, Brenton | 7:20-cv-84657-MCR-HTC |
| Kelly, Derrick | 7:20-cv-85416-MCR-HTC |
| Kelly, Kennie | 7:20-cv-85017-MCR-HTC |
| Kemper, Brandon | 7:20-cv-84668-MCR-HTC |
| Kent, Marcus | 7:20-cv-85021-MCR-HTC |
| Killgore, Thomas | 7:20-cv-85305-MCR-HTC |
| KIME, THOMAS | 7:20-cv-84677-MCR-HTC |
| King, Eric | 7:20-cv-84681-MCR-HTC |
| King, Freddie | 7:20-cv-84685-MCR-HTC |
| KINGAN, KRISTOPHER | 3:22-cv-05700-MCR-HTC |
| Kogler, Geoffrey | 7:20-cv-84695-MCR-HTC |
| KRITZ-DUPRE, DEVAN | 7:20-cv-85638-MCR-HTC |
| Kutschman, Richard | 7:20-cv-84706-MCR-HTC |
| Lachut, Scott | 7:20-cv-84711-MCR-HTC |
| LaMothe, Derek | 7:20-cv-84719-MCR-HTC |

| | |
|---|---|
| Latimore, Mark | 7:20-cv-84741-MCR-HTC |
| Lavarias, Jason | 7:20-cv-84746-MCR-HTC |
| Lee, Michael | 7:20-cv-84754-MCR-HTC |
| LETSIS, TAYLOR SCOTT | 3:23-cv-00298-MCR-HTC |
| Linder, Jared | 7:20-cv-84775-MCR-HTC |
| Little, Joel | 7:20-cv-84780-MCR-HTC |
| LITTLE, THOMAS | 3:22-cv-07798-MCR-HTC |
| London, Rodney | 7:20-cv-84793-MCR-HTC |
| Lorenzi, Craig | 7:20-cv-84801-MCR-HTC |
| LOVE, WILLIE | 7:20-cv-85152-MCR-HTC |
| Mace, Eric | 7:20-cv-84806-MCR-HTC |
| Majors, Andrew R. | 7:20-cv-84823-MCR-HTC |
| Mann, Travis | 7:20-cv-85464-MCR-HTC |
| Marr, Aaron | 7:20-cv-84833-MCR-HTC |
| MARSH, JOE | 3:22-cv-17428-MCR-HTC |
| MARTIN, SCOTTY JAY | 3:22-cv-07628-MCR-HTC |
| MASON, TERRANCE | 3:22-cv-21448-MCR-HTC |
| MASSEY, DENZEL LEE | 3:22-cv-08333-MCR-HTC |
| Mathis, Nathaniel | 3:22-cv-17425-MCR-HTC |
| Mauk, Ethan | 7:20-cv-84857-MCR-HTC |
| MAYHEW, CHARLES KEVIN | 3:22-cv-07697-MCR-HTC |
| McAnulty, Dustin | 7:20-cv-85405-MCR-HTC |
| McClure, Andrew | 7:20-cv-85061-MCR-HTC |
| MCCRACKEN, DANIEL | 7:20-cv-85679-MCR-HTC |
| McGann, Sean T. | 7:20-cv-84435-MCR-HTC |
| McGee, Roderick | 7:20-cv-84440-MCR-HTC |
| McGill, Eric | 7:21-cv-39532-MCR-HTC |
| McInturff, Darrell | 7:20-cv-85411-MCR-HTC |
| MCROBERTS, MICHAEL | 7:20-cv-84454-MCR-HTC |
| MCWILLIAMS, TIMOTHY | 3:22-cv-08869-MCR-HTC |
| Mendoza, Alfonso | 7:20-cv-84475-MCR-HTC |
| Merced, Edward | 7:20-cv-84479-MCR-HTC |
| MIDDLETON, TIMOTHY | 7:20-cv-85687-MCR-HTC |
| Mielke, Ross | 7:20-cv-85690-MCR-HTC |
| MIKEL, TRAVIS | 3:22-cv-07514-MCR-HTC |
| Miller, Fellix | 7:20-cv-85026-MCR-HTC |
| Miske, Jeffrey | 7:20-cv-84517-MCR-HTC |
| Moore, Thomas | 7:20-cv-85476-MCR-HTC |

| | |
|---|---|
| Morin, Charles | 7:20-cv-84536-MCR-HTC |
| Morris, David | 7:20-cv-84550-MCR-HTC |
| Nadeau, Dustin | 7:20-cv-84566-MCR-HTC |
| NARHWOLD, FREDERICK | 7:20-cv-85123-MCR-HTC |
| Newkirk, Bruce | 7:20-cv-84581-MCR-HTC |
| Nieto, Alejandro | 7:20-cv-84585-MCR-HTC |
| Nixon, Bertzel | 7:20-cv-84591-MCR-HTC |
| Norris, Tyler | 7:20-cv-84603-MCR-HTC |
| Ofarril, Samuel | 7:20-cv-84611-MCR-HTC |
| Orasco, Mike | 7:20-cv-84619-MCR-HTC |
| Orlando, Tony | 7:20-cv-85035-MCR-HTC |
| ORTIZ, VALENTE | 3:22-cv-07476-MCR-HTC |
| Osetek, Nick | 7:21-cv-39533-MCR-HTC |
| Overson, Weston | 7:20-cv-84631-MCR-HTC |
| Owens, Jason M. | 7:20-cv-84634-MCR-HTC |
| Owens, Matthew | 7:20-cv-84636-MCR-HTC |
| Ozaeta, Ubaldo | 7:20-cv-84639-MCR-HTC |
| PALOS, JASON | 7:21-cv-26903-MCR-HTC |
| PALYS, AMBER NICHOEL | 3:22-cv-07598-MCR-HTC |
| PANZERA, MICHAEL J. | 7:20-cv-85714-MCR-HTC |
| Parker, Michael | 7:20-cv-85039-MCR-HTC |
| Parks, Daniel | 7:20-cv-84649-MCR-HTC |
| Patscheck, Randy | 7:20-cv-85724-MCR-HTC |
| Pellerin, Arthur | 7:20-cv-84655-MCR-HTC |
| PETERSON, JIMMY | 7:20-cv-85727-MCR-HTC |
| Phillips, Scott | 7:20-cv-85500-MCR-HTC |
| Phipps, Michael | 7:20-cv-84663-MCR-HTC |
| Pickard, Jeffrey | 7:20-cv-84667-MCR-HTC |
| Pierce, Michael | 7:20-cv-85730-MCR-HTC |
| Polk, Darrell | 7:20-cv-85508-MCR-HTC |
| Poole, Richard | 3:22-cv-06875-MCR-HTC |
| Powell, Gregory | 7:20-cv-84877-MCR-HTC |
| Powell, Joseph | 7:20-cv-84674-MCR-HTC |
| Prentice, Chris | 7:20-cv-84682-MCR-HTC |
| Price, Brandon | 7:20-cv-84686-MCR-HTC |
| Primas, Victor | 7:20-cv-84690-MCR-HTC |
| Purcell, James | 7:20-cv-85064-MCR-HTC |
| RAINWATER, KRIS DANIEL | 3:22-cv-17210-MCR-HTC |

| | |
|---|---|
| Ramirez, David | 7:20-cv-84693-MCR-HTC |
| RANDALL, JAMES W | 3:22-cv-17243-MCR-HTC |
| RANDOLPH, MIKEL | 3:22-cv-17260-MCR-HTC |
| RAY, BRANDEN LYNN | 3:22-cv-07731-MCR-HTC |
| Rector, Kenneth | 7:20-cv-84714-MCR-HTC |
| REDMON, CHARLES | 3:22-cv-07793-MCR-HTC |
| Reed, Benjamin | 3:22-cv-17501-MCR-HTC |
| Reed, Mathew | 7:20-cv-85071-MCR-HTC |
| Reed, William | 7:20-cv-84723-MCR-HTC |
| REEDER, THEODORE A | 3:22-cv-09853-MCR-HTC |
| Reeves, D'Wayne C. | 7:20-cv-85517-MCR-HTC |
| Reeves, Michael | 7:20-cv-84734-MCR-HTC |
| Reinhardt, Keith | 7:20-cv-84742-MCR-HTC |
| RENFROE, DANIEL TROY | 3:22-cv-08642-MCR-HTC |
| Rider, Matthew | 7:20-cv-84776-MCR-HTC |
| Rivard, Brandon | 7:20-cv-84781-MCR-HTC |
| Robbins, Clifford | 7:20-cv-85050-MCR-HTC |
| Robertson, Thomas | 7:20-cv-84799-MCR-HTC |
| Rodriguez, Marco | 7:20-cv-84907-MCR-HTC |
| RODRIGUEZ, NIKO | 3:22-cv-07488-MCR-HTC |
| RODRIGUEZ, YAMIL | 3:22-cv-07530-MCR-HTC |
| ROMAN, PHILLIP MICHAEL | 7:20-cv-85147-MCR-HTC |
| Rose, Cristal | 7:20-cv-85525-MCR-HTC |
| Ross, Raymond | 7:20-cv-85188-MCR-HTC |
| ROUSE, CHARLES CHRISTOPHER | 3:22-cv-07702-MCR-HTC |
| RUCKER, JOHN | 7:20-cv-85112-MCR-HTC |
| Ruda, Joseph | 7:20-cv-84830-MCR-HTC |
| RUDIN, DANIEL | 7:20-cv-84836-MCR-HTC |
| Ruedisueli, Kurt | 7:20-cv-84912-MCR-HTC |
| RUSSELL, ROBERT JOSEPH | 3:22-cv-07605-MCR-HTC |
| SALLIE, JULIUS | 7:20-cv-85757-MCR-HTC |
| Sampson, Claudis | 7:20-cv-84846-MCR-HTC |
| Sanchez, Jose Oliveros | 3:22-cv-21497-MCR-HTC |
| SANDERS, CHARLES | 7:20-cv-84858-MCR-HTC |
| Sands, Joshua | 7:20-cv-84864-MCR-HTC |
| SCHNERR, KEITH | 7:20-cv-85759-MCR-HTC |
| Schoendorf, Robert | 7:20-cv-84875-MCR-HTC |
| Scholl, Charles | 7:20-cv-84880-MCR-HTC |

| | |
|---|---|
| SCHWARTZ, STEVEN | 7:20-cv-85762-MCR-HTC |
| SCOHY, RUSSELL BRUCE | 3:22-cv-07494-MCR-HTC |
| Segarra, Francisco | 7:20-cv-85763-MCR-HTC |
| Self, Terry | 7:20-cv-84921-MCR-HTC |
| SERAFINI, CHARLES | 7:20-cv-85768-MCR-HTC |
| Shirah, Anthony | 7:20-cv-84905-MCR-HTC |
| Showalter, Alan | 7:20-cv-84908-MCR-HTC |
| Simmons, Adam | 7:20-cv-85772-MCR-HTC |
| Simmons, Lamonte | 7:20-cv-84919-MCR-HTC |
| Skaggs, Corey | 7:20-cv-84923-MCR-HTC |
| Sledge, Kalicia | 7:20-cv-85788-MCR-HTC |
| Smith, Christopher | 7:20-cv-85488-MCR-HTC |
| SMITH, KAMERON | 7:20-cv-85157-MCR-HTC |
| Smith, Kirk | 7:20-cv-84927-MCR-HTC |
| Smith, Wyatt | 7:20-cv-84930-MCR-HTC |
| Snyder, Jonathan | 7:20-cv-84938-MCR-HTC |
| Somerville, Michael | 7:20-cv-84942-MCR-HTC |
| Souza, Carl | 7:20-cv-84946-MCR-HTC |
| SOUZA, KENDRA | 7:20-cv-85102-MCR-HTC |
| Sparks, Lucas | 7:20-cv-84951-MCR-HTC |
| Spositi, Daniel | 7:20-cv-84958-MCR-HTC |
| SPRATT, PIERRE | 7:20-cv-85778-MCR-HTC |
| ST. ONGE, JAMIE | 7:20-cv-85790-MCR-HTC |
| STALBOERGER, JONATHAN | 7:20-cv-85779-MCR-HTC |
| Stamps, Dairen | 7:20-cv-84962-MCR-HTC |
| STANE, JONATHAN BRADLEY | 3:22-cv-07620-MCR-HTC |
| Stange, Barry K. | 7:20-cv-84969-MCR-HTC |
| STEARNS, ROBERT | 3:22-cv-17365-MCR-HTC |
| Stephens, James | 7:20-cv-84985-MCR-HTC |
| STETZER, GREGORY | 3:22-cv-08731-MCR-HTC |
| Stokes, Shayne | 7:20-cv-85396-MCR-HTC |
| Stowe, William | 7:20-cv-85000-MCR-HTC |
| Tabor, Darren | 7:20-cv-85029-MCR-HTC |
| Tapia, Brandon | 7:20-cv-00097-MCR-HTC |
| Tarr, Ken | 7:20-cv-85038-MCR-HTC |
| Tate, Lucas | 3:22-cv-19024-MCR-HTC |
| Taylor, James | 7:20-cv-85048-MCR-HTC |
| Terrell, Richard Jr. | 7:20-cv-85062-MCR-HTC |

| | |
|---|---|
| Thigpen, Anthony | 7:20-cv-85492-MCR-HTC |
| Thomas, Barry | 7:20-cv-85402-MCR-HTC |
| Thomas, James | 7:20-cv-85072-MCR-HTC |
| Throgmorton, Joseph | 7:20-cv-85081-MCR-HTC |
| Tillery, Lawrence | 7:20-cv-85090-MCR-HTC |
| Tingle, Robert | 7:20-cv-85095-MCR-HTC |
| Tomecko, Dustin | 7:20-cv-85100-MCR-HTC |
| Tooley, Brian | 7:20-cv-85105-MCR-HTC |
| Truesdale, Caroline | 7:20-cv-85124-MCR-HTC |
| Turmell, Dennis | 7:20-cv-85139-MCR-HTC |
| Turner, Steven | 7:20-cv-85537-MCR-HTC |
| Tyler, Barry | 7:20-cv-85149-MCR-HTC |
| TYLER, JOSHUA | 7:20-cv-85782-MCR-HTC |
| Valentine, Donald | 7:20-cv-85159-MCR-HTC |
| Valentine, William | 7:20-cv-85164-MCR-HTC |
| Valenzuela, Jaime | 7:20-cv-85195-MCR-HTC |
| Vanschoick, Gordon | 7:20-cv-85174-MCR-HTC |
| Vaughn, Jason | 7:20-cv-85496-MCR-HTC |
| Vespe, David | 7:20-cv-85192-MCR-HTC |
| Vonderhorst, Jesse | 7:20-cv-85197-MCR-HTC |
| WALGATE, KEVIN | 3:22-cv-08070-MCR-HTC |
| Walker, Jeremiah | 7:20-cv-85206-MCR-HTC |
| Walker, Johnny C. | 7:20-cv-85211-MCR-HTC |
| Walker, Leon | 7:20-cv-85216-MCR-HTC |
| Walker, Robert | 7:20-cv-85427-MCR-HTC |
| Ward, Bobby | 7:20-cv-85410-MCR-HTC |
| Watson, Shaun | 7:20-cv-85241-MCR-HTC |
| Weakley, Aaron | 7:20-cv-85441-MCR-HTC |
| Webb, Branden | 7:20-cv-85246-MCR-HTC |
| Weberg, Cory | 7:20-cv-16153-MCR-HTC |
| Wellman, Zachary | 7:20-cv-85256-MCR-HTC |
| Wheeler, Robert | 7:20-cv-85073-MCR-HTC |
| Whipkey, Jason | 7:20-cv-85261-MCR-HTC |
| White, James | 7:20-cv-85275-MCR-HTC |
| White, Jonathan | 7:20-cv-85265-MCR-HTC |
| White, Nathaniel | 7:20-cv-85434-MCR-HTC |
| Whittington, Jordan | 7:20-cv-85280-MCR-HTC |
| Wiley, Thomas | 7:20-cv-85284-MCR-HTC |

| | |
|---|---|
| Wilkinson, Kenneth | 7:20-cv-85289-MCR-HTC |
| Williams, Christopher | 7:20-cv-85293-MCR-HTC |
| Williams, Kyle | 7:20-cv-85303-MCR-HTC |
| Williams, Laureen | 7:20-cv-85078-MCR-HTC |
| Williams, Paul | 7:20-cv-85314-MCR-HTC |
| Williams, Ronald | 7:20-cv-85309-MCR-HTC |
| Wilson, Reid | 7:20-cv-85323-MCR-HTC |
| WINEBARGER, CHAD | 8:20-cv-57219-MCR-HTC |
| Wright, Michael | 7:20-cv-84952-MCR-HTC |
| ZEHR, MATTHEW ALLEN | 3:22-cv-05536-MCR-HTC |
| Zicco, Rebecca | 7:20-cv-85449-MCR-HTC |
| Zug, Jamie | 7:20-cv-85391-MCR-HTC |