**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**PLAINTIFFS' MOTION FOR ORDER REGARDING**
**CENSUS FORM DATA USE**

There is a Bankruptcy hearing on Bar Date set for March 22, 2023. During the February 27, 2023, bankruptcy hearing, Counsel for Aearo indicated that they intended to file a motion for extension of exclusivity and intend to file a motion for estimation this week to be heard during that March 22 hearing. Given this representation and to keep the parties on equal footing assuming that Debtors' estimation motion relies on Census Data available to 3M and the Aearo Debtors, Plaintiffs' Leadership seeks an order allowing MDL Leadership to share the following information with any MDL Party's bankruptcy professionals including the Tort Claimants' bankruptcy professionals:

- Data gathered by MDL-Centrality from Plaintiffs' Census Forms;

- Plaintiff ID information for Plaintiffs in Waves 1 thru 4;

- Data gathered in sample of 1% of MDL plaintiffs' audiograms; and

- List of claimants who have submitted *Touhy* requests and any data

  produced by the Government in response to any such requests.

DATED: February 27, 2023          Respectfully submitted,

                                  **AYLSTOCK, WITKIN, KREIS &
                                  OVERHOLTZ, PLLC**

                                  */s/ Bryan F. Aylstock*
                                  Bryan F. Aylstock
                                  Jennifer Hoekstra
                                  baylstock@awkolaw.com
                                  jhoekstra@awkolaw.com
                                  17 East Main Street, Suite 200
                                  Pensacola, FL 32502
                                  Phone: (850) 202-1010
                                  Facsimile: (850) 916-7449

                                  **SEEGER WEISS LLP**
                                  Christopher A. Seeger
                                  Maxwell H. Kelly
                                  cseeger@seegerweiss.com
                                  mkelly@seegerweiss.com
                                  55 Challenger Road
                                  Sixth Floor
                                  Ridgefield Park, NJ 07660
                                  Phone: 973-693-9100

                                  *Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on February 27, 2023, Plaintiffs' Leadership conferred with counsel for 3M on the issue raised in this motion. Counsel for 3M does not oppose the instant motion.

By: */s/ Bryan F. Aylstock*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on February 27, 2023, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

By: */s/ Bryan F. Aylstock*