UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JUAN CATANO v. 3M COMPANY, et al.<br><br>7:20-cv-73072-MCR-HTC | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory D. Brown of Fleming Nolen & Jez, LLP, has been admitted to practice *pro hac vice* in this Court, and hereby enters his appearance as counsel for Plaintiff Juan Catano. Counsel requests all further papers and pleadings in this action be served upon him at the e-mail address listed below.

Dated: 2/27/2023 

Respectfully submitted,

**FLEMING, NOLEN & JEZ, LLP**

*/s/ Gregory D. Brown*
Gregory D. Brown (admitted *pro hac vice*)
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
(713) 621-7944
(713) 621-9638 (Fax)
gregory_brown@fleming-law.com

*Counsel for Plaintiff Juan Catano*

1

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system on February 27, 2023, which will automatically service notice of this filing via e-mail to all registered counsel of record.

*/s/ Gregory D. Brown*
Gregory D. Brown
