**EXHIBIT A**
**Filed Case Census Form**
**Initial Census Questions**

1.      Information

      a.      Claimant Name: Robert Stallcup

      b.      Law Firm: Delluomo & Crow

      c.      Original Case No (if applicable): 21 ☐▾ cv 00207      Not applicable: ☐

      d.      Original Case Filing Date: Nov ☐▾ 17 ☐▾ 2020 ☐▾

      e.      MDL Case No: 3:19-md-2885

      f.      MDL Case Filing Date: Feb ☐▾ 11 ☐▾ ?? ☐▾

      g.      Male ☑ Female ☐

      h.      Date of Birth: Mar ☐▾ 1 ☐▾ 1968 ☐▾

      i.      Current state of residence: OK ☐▾

      j.      Number of years in current state of residence: 21

2.      Did the claimant serve in the military and/or armed forces?

              Yes ☑      No ☐

If yes:

      a.      Identify each branch the claimant served in, and the dates of service in each branch:

| Branch | Start Date | | | End Date | | | |
|---|---|---|---|---|---|---|---|
| Army ▾ | Nov ▾ | 11 ▾ | 1987 ▾ | Apr ▾ | 1 ▾ | 2011 ▾ | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |
| | | | | | | | ☐ Present |

| Branch | Start Date | End Date |
|---|---|---|
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |

b.      Identify each of the claimant's duty stations between 2000 and present:

| Duty Station | Military Occupational Specialty | Used Combat Arms Earplugs? | Start Date | | | End Date | | | |
|---|---|---|---|---|---|---|---|---|---|
| Panama | Military police | Unknown ▼ | Mar ▼ | ?? ▼ | 1988 ▼ | Oct ▼ | ?? ▼ | 1989 ▼ | ☐ Present |
| Fort Sill | Military police | Don't Rememb ▼ | Oct ▼ | ?? ▼ | 1989 ▼ | Sep ▼ | ?? ▼ | 1992 ▼ | ☐ Present |
| Belgium | Military police | Don't Rememb ▼ | Sep ▼ | ?? ▼ | 1992 ▼ | Sep ▼ | ?? ▼ | 1995 ▼ | ☐ Present |
| Fort Sill | Military police | Yes ▼ | Oct ▼ | ?? ▼ | 1995 ▼ | Jul ▼ | ?? ▼ | 2000 ▼ | ☐ Present |
| Fort Lewis | Military police | Yes ▼ | Aug ▼ | ?? ▼ | 2000 ▼ | ?? ▼ | ?? ▼ | 2002 ▼ | ☐ Present |

2

| Duty Station | Military Occupational Specialty | Used Combat Arms Earplugs? | Start Date | End Date |
|---|---|---|---|---|
| Fort Shafter and Phillipines | Military police | Yes ▼ | ?? ▼ ?? ▼ 2002 ▼ | Aug ▼ ?? ▼ 2005 ▼ ☐ Present |
| Iraq | Military police | Yes ▼ | ?? ▼ ?? ▼ 2007 ▼ | Apr ▼ ?? ▼ 2008 ▼ ☐ Present |
| Fort Sill | Military police | Yes ▼ | ?? ▼ ?? ▼ 2008 ▼ | Apr ▼ ?? ▼ 2011 ▼ ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |
| | | | | ☐ Present |

| Duty Station | Military Occupational Specialty | Used Combat Arms Earplugs? | Start Date | End Date |
|---|---|---|---|---|
|  |  |  |  | ☐ Present |
|  |  |  |  | ☐ Present |
|  |  |  |  | ☐ Present |

c.     Identify each of the claimant's military occupational specialties between 2000 and present:

| Military Occupation Specialty | Start Date | End Date |
|---|---|---|
| Military police | Nov ▼ 11 ▼ 1987 ▼ | Apr ▼ 1 ▼ 2011 ▼ ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |

4

| Military Occupation Specialty | Start Date | End Date |
|---|---|---|
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |
| | | ☐ Present |

| Military Occupation Specialty | Start Date | End Date |
|---|---|---|
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |
|  |  | ☐ Present |

3.    Is the claimant currently on active military duty?

Yes ☐      No ☑

4.    Did the claimant use the Combat Arms Earplugs version 2 ("CAEv2") when he or she served in the military and/or armed forces?

Yes ☑      No ☐

If yes,

a.    State whether the claimant used CAEv2 in training, combat, or both:

Training ☐    Combat ☐    Both ☐    Don't Remember ☑

5.    Did the claimant use CAEv2 earplugs, the Indoor-Outdoor Range earplugs, or the EAR Arc earplugs as a civilian at any time?

☐ Yes
☑ No

a.    If yes, select all that apply:

☐ CAEv2
☐ Indoor-Outdoor Range earplugs
☐ EAR Arc earplugs

b.    Specify reason for use:

| Reason for Use | Use |
|---|---|
| Military Contractor | ☐ |
| First Responder | ☐ |
| Shooting Range | ☐ |
| Hunting | ☐ |
| Welding | ☐ |
| Construction | ☐ |
| Other: | ☐ |

6.    Identify the physical injuries claimant sustained as a result of using CAEv2 earplugs:

☐ Total Hearing Loss, Left Ear

☐ Total Hearing Loss, Right Ear

☑ Partial Hearing Loss, Left Ear                    Percentage/grade of hearing loss, if known:

                                                         Wears hearing aids

☑ Partial Hearing Loss, Right Ear                   Percentage/grade of hearing loss, if known:

☑ Tinnitus, Left Ear                                _____

☑ Tinnitus, Right Ear

☑ Tinnitus - Extent Unknown

☐ Other—Specify: _____

7

7.  Identify the approximate year on which the claimant first noticed:

   a.  that the CAEv2 was not providing adequate protection from loud noises;

   Year: 2007 [▼] _____

   b.  the injury described in response to Question No. 6 above.

| Injury described in response to Question No. 6 | Approx. year first noticed injury | | | |
|---|---|---|---|---|
| Partial Hearing Loss, Left Ear [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |
| Partial Hearing Loss, Right Ear [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |
| Tinnitus, Left Ear [▼] | ?? [▼] | ?? [▼] | ?? | [▼] |
| Tinnitus, Right Ear [▼] | ?? [▼] | ?? [▼] | ?? | [▼] |
| Tinnitus, Extent Unknown [▼] | ?? [▼] | ?? [▼] | ?? | [▼] |
| | | | | |
| | | | | |
| | | | | |

8.  Has the hearing loss identified in response to Question No. 6 above been identified during an audiogram or other hearing test?

   Yes ☑    No ☐

   If yes, what was the approximate date of the first audiograms or other hearing tests that identified the injuries described in response to Question No. 6 above?

| Injury identified | Approx. Date of the first hearing tests | | | |
|---|---|---|---|---|
| Partial Hearing Loss, Left Ear [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |
| Partial Hearing Loss, Right Ear [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |
| Tinnitus, Left Ear [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |
| Tinnitus, Right Ear [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |
| Tinnitus, Extent Unknown [▼] | ?? [▼] | ?? [▼] | 2008 | [▼] |

| Injury identified | Approx. Date of the first hearing tests |
| --- | --- |
|  |  |
|  |  |
|  |  |

9.     Has the claimant received disability benefits as a result of hearing loss, tinnitus or other hearing injury?

Yes ☑         No ☐

If yes, identify the agency or entity that provided the claimant with disability benefits:

Veterans Administration

## Certification

The undersigned lawyer certifies to the Court that all of the information provided on this form is accurate based on either client input or military records, or both.

Date:          _2/18/22_____

Signature:   _Attorney for Robert Stallcup_____

Name:        _Robert Stallcup by DMBellware, attorney_