**CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES**  **THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.**  **ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID**

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| STALLCUP, ROBERT HOWARD | ARMY/RA | |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|
| SGM | E09 | 19680301 | |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | 7b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| DALLAS, TEXAS | 14 INDIAN TRAIL<br>LAKE DALLAS TEXAS 75065 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8b. STATION WHERE SEPARATED |
|---|---|
| 0040MP MP DET LAW TC | FORT SILL, OK 73503-5100 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ___ NONE |
|---|---|
| USAR CON GP (RET) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | AMOUNT: $ 400,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 31B4X 2S Z6 MILITARY POLICE - 23 YRS 1 MOS//<br>NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | | | |
| | b. SEPARATION DATE THIS PERIOD | | | |
| | c. NET ACTIVE SERVICE THIS PERIOD | | | |
| | d. TOTAL PRIOR ACTIVE SERVICE | | | |
| | e. TOTAL PRIOR INACTIVE SERVICE | | | |
| | f. FOREIGN SERVICE | | | |
| | g. SEA SERVICE | | | |
| | h. INITIAL ENTRY TRAINING | | | |
| | i. EFFECTIVE DATE OF PAY GRADE | | | |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| DEFENSE MERITORIOUS SERVICE MEDAL//<br>MERITORIOUS SERVICE MEDAL//ARMY COMMENDATION MEDAL (5TH AWARD)//JOINT SERVICE ACHIEVEMENT MEDAL//ARMY ACHIEVEMENT MEDAL (7TH AWARD)//ARMY GOOD CONDUCT MEDAL (7TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//IRAQ CAMPAIGN//CONT IN BLOCK 18 | ADV NCO CRS (ANCOC), 9 WEEKS, 2002//BASIC NCO CRS (BNCOC), 9 WEEKS, 1996//BATTLE STAFF, 1 WEEK, 2007//COMBAT LIFE SAVERS CRS, 1 WEEK, 1999//DRILL SERGEANT SCHOOL, 9 WEEKS, 1998//PATL DOG HNDLR SUPV A/, 6 WEEKS, 1996//PATROL DOG HANDLER, 4 WEEKS, 1989//PR LDRSHP DEV CRS, 4//CONT IN BLOCK 18 |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |

| 16. DAYS ACCRUED LEAVE PAID 7.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

**18. REMARKS** (illegible shaded text)
...IMMEDIATE REENLISTMENTS THIS PERIOD... MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE// FLAG ISSUE//CONT FROM BLOCK 13 MEDAL WING CARRYOVER //GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL//SEE ADD CONTINUATION SHEET...

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | 19b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 1944 SW COFFEE ROAD<br>CHATTANOOGA OKLAHOMA 73528 | ...CHATTANOOGA, OKLAHOMA 73528... |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | | YES | NO |
|---|---|---|---|
| OFFICE OF VETERANS AFFAIRS | | X | |
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | | X |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| SIGNED BY: STALLCUP, ROBERT.HOWARD.1020025634 | 20110112 | SIGNED BY: WINNS, CYNTHIA.EXLEY.1028635311<br>CYNTHIA E WINNS (GS09) SUPERVISOR SAS | 20110112 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200 | | |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| SUFFICIENT SERVICE FOR RETIREMENT |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE.<br>GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* STALLCUP, ROBERT, HOWARD | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

*(Specify the item number of the block continued for each entry.)* ////////////////////////////////////////////////////////////

CONT FROM BLOCK 18: WAR ON TERRORISM SERVICE MEDAL//NON COMMISSIONED OFFICER PROFESSIONAL
DEVELOPMENT RIBBON (3RD AWARD)//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (4TH
AWARD)//USAF SCTY POLICE QUL BDG BSC//MARKSMANSHIP QUAL BADGE-EXPERT WITH PISTOL//
MARKSMANSHIP QUAL BADGE-EXPERT WITH RIFLE//DRIVER AND MECHANIC  BADGE W/DRIVER-WHEELED
VEHICLE(S) CLASP//DRILL SERGEANT IDENTIFICATION BADGE//CONT FROM BLOCK 14: WEEKS, 1990//
NOTHING FOLLOWS

| 21a. MEMBER SIGNATURE SIGNED BY: STALLCUP.ROB ERT.HOWARD.1020025634 | b. DATE *(YYYYMMDD)* 20110112 | 22a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* SIGNED BY: WINNS.CYNTHIA.EXLEY.20589945 CYNTHIA E. WINNS, GS09, SUPERVISOR, SAS | b. DATE *(YYYYMMDD)* 20110112 |
|---|---|---|---|

DD FORM 214C, AUG 2009                    GENERATED BY TRANSPROC                    **MEMBER - 4**