## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, March 1, 2023 6:58 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, March 1, 2023 12:57:00 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/1/2023 at 7:56 AM EST and filed on 3/1/2023
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](#)
**Filer:**
**Document Number:** [1882](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ([1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

| | |
|---|---|
| **Case Name:** | Kono et al v. 3M Company |
| **Case Number:** | [MN/0:23-cv-00378](#) |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ( [1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

| | |
|---|---|
| **Case Name:** | Jefferson et al v. 3M Company |
| **Case Number:** | MN/0:23-cv-00369 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ( [1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

| | |
|---|---|
| **Case Name:** | Sheadrick et al v. 3M Company |
| **Case Number:** | MN/0:23-cv-00374 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ( [1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

| | |
|---|---|
| **Case Name:** | Taylor et al v. 3M Company |
| **Case Number:** | MN/0:23-cv-00391 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ( [1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

| | |
|---|---|
| **Case Name:** | Payton et al v. 3M Company |
| **Case Number:** | MN/0:23-cv-00362 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ( [1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

| | |
|---|---|
| **Case Name:** | Terranova et al v. 3M Company |
| **Case Number:** | MN/0:23-cv-00382 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-189) - 6 action(s)** *re: pldg. ( [1877] in MDL No. 2885, 1 in MN/0:23-cv-00362, 1 in MN/0:23-cv-00369, 1 in MN/0:23-cv-00374, 1 in MN/0:23-cv-00378, 1 in MN/0:23-cv-00382, 1 in MN/0:23-cv-00391)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/1/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-00362, MN/0:23-cv-00369, MN/0:23-cv-00374, MN/0:23-cv-00378, MN/0:23-cv-00382, MN/0:23-cv-00391 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:23-cv-00378 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF     jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00378 Notice will not be electronically mailed to:**

**MN/0:23-cv-00369 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF     jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00369 Notice will not be electronically mailed to:**

**MN/0:23-cv-00374 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF     jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00374 Notice will not be electronically mailed to:**

**MN/0:23-cv-00391 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF     jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00391 Notice will not be electronically mailed to:**

**MN/0:23-cv-00362 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF      jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00362 Notice will not be electronically mailed to:**

**MN/0:23-cv-00382 Notice has been electronically mailed to:**

Benjamin W. Hulse      ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF      jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel      gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-00382 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/1/2023] [FileNumber=1159939-0]
[a8f06cc7e821f79aba09ba9868baa3a0ae541af079deface7c1f1e358c49d6d110cb1
244a0ae36efe6b2c603faaa041464ee2efa8f41a259e0d8c7b2ca237466]]