IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

This Document Relates to All Cases

## NOTICE OF WITHDRAWAL OF COUNSEL AND REMOVAL FROM SERVICE LIST

Please take notice that Derek Rajavuori hereby withdraws as counsel of record for Defendant 3M Company. Butler Snow LLP will remain as attorney for Defendant 3M Company.

Accordingly, the undersigned requests that the clerk remove Derek Rajavuori as counsel of record for Defendant 3M Company.

Respectfully submitted this the 2nd day of March 2023.

/s/Derek S. Rajavuori
Derek S. Rajavuori
Georgia Bar No. 577647
**BUTLER SNOW LLP**
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309
(678) 515-5064 Telephone
(678) 515-5001 Facsimile

68056834.v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of Court using the electronic case filing system of the Court, which will send notification of filing to counsel of record.

*/s/ Derek S. Rajavuori*
Derek S. Rajavuori
Georgia Bar No. 577647

68056834.v1