UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

# **ORDER**

The Court has previously directed BrownGreer to limit access to MDL Centrality to plaintiffs' firms that have signed a participation agreement and clarified the extent of this limitation.[1] *See* ECF Nos. 3501 and 3605.  Pending before the Court is a motion filed by Plaintiffs' Leadership requesting permission to share additional data points, specifically data related to census forms, *Touhy* requests, and DOEHRS data produced by the DoD, with any MDL Party's bankruptcy professionals including the Tort Claimants' bankruptcy professionals. *See* ECF No. 3683.

On consideration, Plaintiff's motion is **GRANTED**. Plaintiffs' Leadership may share the requested information; however, Plaintiffs' Leadership must do so by using an independent secure method of their choosing, not by granting access directly through their MDL Centrality account.

---

[1] In its Order entered December 5, 2023, the Court emphasized the efforts by leadership for both sides, a special master, BrownGreer, the Department of Defense, the Department of Justice, and the Court to obtain DOEHRS data and reiterated that firms may only access DOEHRS data by signing a participation agreement. *See* ECF No. 3605 at 2.

**DONE AND ORDERED** on this 6th day of March, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**