UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION<br><br>This Document Related to All Cases. | Case No. 3:19-md-2885 (MCR/HTC)<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I Walter J. Nalducci, hereby move this Court for an Order for admission to practice pro hac vice in the above-reference matter, and in support thereof state as follows:

1. Movant resides in Pennsylvania and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing in the bar of the Commonwealth of Pennsylvania (Bar No. 69256). A copy of the Certificate of Good Standing from the Commonwealth of Pennsylvania dates within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rile 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND1678127337232, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has a "Next Gen" PACER account.

6. Once this motion is granted, Movant will file a Notice of Appearance in the master docket In re 3M Combat Earplug Products Liability Litigation, No. 3:19 md 2885.

7. Movant will also file a Notice of Appearance as attorney of record for Plaintiff, Leo Short in the related case Short v. 3 M, et al,; Case No. 3:23-cv-04249.

WHEREFORE, Walter J. Nalducci respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATE: March 7, 2023

s/Walter J. Nalducci, Esquire
Attorney for Plaintiff, Leo Short



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Walter James Nalducci III, Esq.

DATE OF ADMISSION

November 30, 1993

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 24, 2023

_Nicole Traini_
Nicole Traini
Chief Clerk