UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION<br><br>This Document Related to:<br><br>Leo Short<br><br>　　　　　Plaintiff,<br>v.<br><br>3M COMPANY, and AEARO TECHNOLOGIES LLC<br><br>　　　　　Defendant | Case No. 3:19-md-2885 (MCR/HTC)<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br><br>Civil Action No. 3:23-cv-04249 |

## NOTICE OF APPEARANCE

Please enter the appearance of Walter J. Nalducci, Esquire as attorney on behalf of Plaintiff, LEO SHORT, in regard to the above-captioned matter.

> Respectfully submitted,
> CUTRUZZULA & NALDUCCI
>
> By　/s/ Walter J. Nalducci
> 　　　Walter J. Nalducci, Esquire
> 　　　PA I.D. #69256
> 　　　3300 Grant Building
> 　　　310 Grant Street
> 　　　Pittsburgh, PA 15219
> 　　　Phone: (412) 391-4040
> 　　　Email: wnalducci@cnlawfirm.net

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 

CUTRUZZULA & NALDUCCI

Date: __3/7/23_____  By: /s/ Walter J. Nalducci_____
Walter J. Nalducci, Esquire
PA I.D. #69256
3300 Grant Building
310 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-4040
Email: wnalducci@cnlawfirm.net

*Attorney for Plaintiff, LEO SHORT*