IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

This Document Relates to All Cases

### NOTICE OF WITHDRAWAL OF COUNSEL AND REMOVAL FROM SERVICE LIST

Please take notice that Sara Anne T. Quinn hereby withdraws as counsel of record for Defendant 3M Company. Butler Snow LLP will remain as attorney for Defendant 3M Company.

Accordingly, the undersigned requests that the clerk remove Sara Anne T. Quinn as counsel of record for Defendant 3M Company.

Respectfully submitted this the 7th day of March 2023.

/s/ Sara Anne T. Quinn
Sara Anne T. Quinn (#29424)
**BUTLER SNOW LLP**
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700 Telephone
(615) 651-6701 Facsimile

68056834.v1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of Court using the electronic case filing system of the Court, which will send notification of filing to counsel of record.

                                                              */s/ Sara Anne T. Quinn*
                                                              Sara Anne T. Quinn (#29424)