## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

This Order addresses duplicate cases filed on the active docket which raised

representation issues previously addressed by the Court.  More specifically, on

February 1, 2023, the Court identified those plaintiffs with more than one case filed

on the active docket and gave them one final opportunity to dismiss the duplicate

case. *See* ECF No. 3655 (warning that plaintiffs failing to resolve their overlapping

representation issues would result in the dismissal of the later-filed cases).  Counsel

representing the plaintiffs listed on Exhibits A and B were required to "confer with

one another and move to dismiss the case that is deemed to be the duplicate case"

by February 22, 2023. *Id* at 2.  Counsel for plaintiffs listed on Exhibit A complied,[1]

---

[1] Defendant 3M Company's Master Answer, filed on October 31, 2019, is deemed adopted in every case pending in the MDL. *See* ECF Nos. 763 & 800.  Plaintiffs McClenon, Taylor, Steele, and Whitiker failed to comply with Rule 41 by submitting notices of voluntary dismissal rather than motions to dismiss or stipulations of dismissal signed by all parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also McClenon v. 3M Co.*, 8:20-cv-91121, ECF No. 6 (N.D. Fla February 21, 2023); *Taylor v. 3M Co.*, 8:20-cv-04866, ECF No. 6 (N.D. Fla February 10, 2023*); Steele v. 3M Co.*, 8:20-cv-31802, ECF No. 12 (N.D. Fla February 22, 2023); *Whitiker v. 3M Co.*, 7:20-cv-

however, the firms representing the plaintiffs listed on Exhibit B failed to heed the Court's warning.

Accordingly:

1. The motions identified on Exhibit A are **GRANTED**.

2. The plaintiffs' cases identified on Exhibit B are hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order, ECF No. 3655.

3. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets and close the cases in their entirety for all purposes.

**DONE AND ORDERED** on this 8th day of March, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

17760, ECF No. 11 (N.D. Fla February 17, 2023). However, the Court will construe the Plaintiffs' notices as motions to dismiss.