## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # | ECF No. |
|---|---|---|---|---|---|
| 1. | 300488 | Cammon, Edward | Bertram & Graf, L.L.C. | 7:21-cv-20629 | 6 |
| 2. | 331874 | Ferrell, Charlie | Bertram & Graf, L.L.C. | 7:21-cv-49643 | 7 |
| 3. | 350911 | Lemons, John | Bertram & Graf, L.L.C. | 3:21-cv-01417 | 8 |
| 4. | 266139 | Weaver, Randy | Bertram & Graf, L.L.C. | 9:20-cv-06690 | 6 |
| 5. | 253960 | Wheeler, Joseph | Bertram & Graf, L.L.C. | 8:20-cv-87784 | 6 |
| 6. | 377939 | Brown, Matthew Angel | Brent Coon & Associates | 3:22-cv-22451 | 3 |
| 7. | 286666 | Gallant, Jason | Brent Coon & Associates | 7:21-cv-08589 | 7 |
| 8. | 349725 | Spratt, Christopher | Brent Coon & Associates | 3:22-cv-06291 | 5 |
| 9. | 194815 | Banks, Isaiah | Carey Danis & Lowe | 8:20-cv-32169 | 6 |
| 10. | 325397 | Myrick, Robert | Carey Danis & Lowe | 3:22-cv-05292 | 4 |
| 11. | 3944 | Taylor, Quincy L. | Goldenberg Heller & Antognoli, P.C. | 8:20-cv-04866 | 6 |
| 12. | 364292 | Abrego, Julian | Heninger Garrison Davis, LLC | 3:22-cv-16980 | 5 |
| 13. | 356689 | Batista, Jose | Heninger Garrison Davis, LLC | 3:22-cv-01571 | 5 |
| 14. | 310671 | Chhav, Lon | Heninger Garrison Davis, LLC | 7:21-cv-41996 | 6 |
| 15. | 353919 | Cuevas, Jose | Heninger Garrison Davis, LLC | 3:21-cv-03395 | 5 |
| 16. | 359073 | Fields, Jamie | Heninger Garrison Davis, LLC | 3:22-cv-03677 | 4 |
| 17. | 79436 | Fitzsimmons, Warren | Heninger Garrison Davis, LLC | 7:20-cv-53047 | 7 |
| 18. | 356617 | Gardner, Rodney | Heninger Garrison Davis, LLC | 3:22-cv-01496 | 6 |
| 19. | 353666 | Jester, Joe | Heninger Garrison Davis, LLC | 3:21-cv-03278 | 5 |
| 20. | 356748 | Johnson-Watson, Reva | Heninger Garrison Davis, LLC | 3:22-cv-01821 | 6 |
| 21. | 354987 | Martin, Ulysses | Heninger Garrison Davis, LLC | 3:21-cv-04757 | 5 |
| 22. | 310477 | Morgan, Gerald | Heninger Garrison Davis, LLC | 7:21-cv-41435 | 6 |
| 23. | 299452 | Ranson, William | Heninger Garrison Davis, LLC | 7:21-cv-40403 | 6 |
| 24. | 371530 | Steffen, Devella | Heninger Garrison Davis, LLC | 3:22-cv-22919 | 5 |
| 25. | 360567 | Womack, Jeremy | Heninger Garrison Davis, LLC | 3:22-cv-05372 | 5 |
| 26. | 356701 | Wooley, Kenneth | Heninger Garrison Davis, LLC | 3:22-cv-01630 | 5 |
| 27. | 241867 | Mcclenon, Travis | Messa & Associates | 8:20-cv-91121 | 6 |
| 28. | 176469 | Lyles, Sevie M | Nabors Law Firm | 7:20-cv-42102 | 6 |
| 29. | 319791 | Aleman, Miguel | Peterson & Associates, P.C. | 7:21-cv-35469 | 8 |
| 30. | 53263 | Tavares, Victor | Peterson & Associates, P.C. | 7:20-cv-69638 | 8 |
| 31. | 5895 | Langston, Michael | Reich and Binstock, LLP | 7:20-cv-02031 | 6 |
| 32. | 194374 | Steele, Curtis | Slocumb Law | 8:20-cv-31802 | 12 |
| 33. | 83832 | Whitiker, Leander | Slocumb Law | 7:20-cv-17760 | 11 |
| 34. | 381767 | Benavides, Michael V | The Gori Law Firm, P.C. | 3:23-cv-01008 | 16 |
| 35. | 381764 | Hall, Timothy Dale | The Gori Law Firm, P.C. | 3:23-cv-01005 | 16 |
| 36. | 381751 | Isom, Troy Lee | The Gori Law Firm, P.C. | 3:23-cv-00489 | 16 |
| 37. | 354367 | Jose, Gerald | The Gori Law Firm, P.C. | 3:21-cv-03122 | 4 |
| 38. | 379839 | Konkler, Anthony Kenneth | The Gori Law Firm, P.C. | 3:23-cv-01144 | 17 |
| 39. | 381739 | Moses, Marcelous E | The Gori Law Firm, P.C. | 3:23-cv-00485 | 16 |
| 40. | 381757 | Newell, Lewis | The Gori Law Firm, P.C. | 3:23-cv-00484 | 16 |
| 41. | 54430 | Nix, William | The Gori Law Firm, P.C. | 7:20-cv-06542 | 6 |
| 42. | 59389 | Nunez, Michael | The Gori Law Firm, P.C. | 7:20-cv-08821 | 6 |
| 43. | 378535 | O'Farrell, Matthew | The Gori Law Firm, P.C. | 3:22-cv-23168 | 16 |
| 44. | 378042 | Pantzke, Christopher J | The Gori Law Firm, P.C. | 3:22-cv-21730 | 16 |
| 45. | 381744 | Perez, Charles Benjamin | The Gori Law Firm, P.C. | 3:23-cv-00483 | 16 |
| 46. | 378808 | Resto Ferrer, Yamar | The Gori Law Firm, P.C. | 3:22-cv-22636 | 16 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # | ECF No. |
|-----|--------------|----------------|---------------|--------|---------|
| 47. | 378197 | Shenault, Edward | The Gori Law Firm, P.C. | 3:22-cv-22621 | 16 |
| 48. | 381747 | Williams, Ronnie Lynn | The Gori Law Firm, P.C. | 3:23-cv-01152 | 17 |