**Exhibit B**

|    | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|----|--------------|----------------|---------------|---------------------------|
| 1  | 382741 | Anderson, Robert Bernard | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 3:23-cv-00556 |
| 2  | 364267 | Atkinson, Eric | Heninger Garrison Davis, LLC | 3:22-cv-16898 |
| 3  | 364614 | Broadnax, David | Heninger Garrison Davis, LLC | 3:22-cv-17127 |
| 4  | 364759 | Gray, Treston | Heninger Garrison Davis, LLC | 3:22-cv-17509 |
| 5  | 364643 | Harrison, Elra | Heninger Garrison Davis, LLC | 3:22-cv-17252 |
| 6  | 371950 | Holmes, Kenneth R | Heninger Garrison Davis, LLC | 3:22-cv-21227 |
| 7  | 364419 | Horvath, David | Heninger Garrison Davis, LLC | 3:22-cv-16873 |
| 8  | 364735 | Muhammad, Zavious | Heninger Garrison Davis, LLC | 3:22-cv-17344 |
| 9  | 364715 | Sherman, Geoffrey | Heninger Garrison Davis, LLC | 3:22-cv-17244 |
| 10 | 364744 | Tedford, Kenneth | Heninger Garrison Davis, LLC | 3:22-cv-17405 |
| 11 | 381773 | Eaton, Christopher Michael | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-00039 |
| 12 | 279911 | Jackson, Alisa T | Milberg Coleman Bryson Phillips Grossman, Pllc | 7:21-cv-18452 |
| 13 | 243667 | Basham, Jason | Nabers Law Firm, PLLC | 8:20-cv-90770 |
| 14 | 369155 | Currington, Andrew James | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13850 |
| 15 | 369324 | Ordonez, Justo Jay | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13065 |
| 16 | 361404 | Garner, Cedric Lamont | Rappaport, Glass, Levine & Zullo LLP | 3:22-cv-06382 |
| 17 | 365115 | Cameron, Ryan | Slater Slater Schulman LLP | 3:22-cv-17954 |
| 18 | 379735 | Gethers, Sam | Slocumb Law | 3:23-cv-00296 |
| 19 | 366623 | Harrell, Jonathan David | The Webster Law Firm | 3:22-cv-10087 |
| 20 | 359747 | Wooten, Stephen | Tracey & Fox Law Firm | 3:22-cv-03858 |