# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, March 17, 2023 6:30 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, March 17, 2023 11:29:25 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/17/2023 at 7:29 AM EDT and filed on 3/17/2023
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](#)
**Filer:**
**Document Number:** [1895](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-192) - 2 action(s)** *re: pldg. (1 in ILS/3:23-cv-00787, 1 in ILS/3:23-cv-00788, [1889] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2023.**

**Associated Cases: MDL No. 2885, ILS/3:23-cv-00787, ILS/3:23-cv-00788 (JC)**

**Case Name:** Bray v. 3M Company et al
**Case Number:** [ILS/3:23-cv-00788](#)
**Filer:**
**Document Number:** [3](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-192) - 2 action(s)** *re: pldg. (1 in ILS/3:23-cv-00787, 1 in ILS/3:23-cv-00788, [1889] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2023.**

**Associated Cases: MDL No. 2885, ILS/3:23-cv-00787, ILS/3:23-cv-00788 (JC)**

| | |
|---|---|
| **Case Name:** | Bray v. 3M Company et al |
| **Case Number:** | ILS/3:23-cv-00787 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-192) - 2 action(s)** *re: pldg. (1 in ILS/3:23-cv-00787, 1 in ILS/3:23-cv-00788, [1889] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2023.**

**Associated Cases: MDL No. 2885, ILS/3:23-cv-00787, ILS/3:23-cv-00788 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**ILS/3:23-cv-00788 Notice has been electronically mailed to:**

Brian M. Wendler     wendlerlawpc@gmail.com, wendlerlaw@yahoo.com

Claire Stephens     claire.stephens@kirkland.com

Kimberly Branscome     kimberly.branscome@dechert.com

Melanie C MacKay     melanie.mackay@dechert.com

Leigh Gillett     lgillett@mmm.com

Sheryl Arneson     lgillett@mmm.com

**ILS/3:23-cv-00788 Notice will not be electronically mailed to:**

**ILS/3:23-cv-00787 Notice has been electronically mailed to:**

Brian M. Wendler     wendlerlawpc@gmail.com, wendlerlaw@yahoo.com

Claire Stephens     claire.stephens@kirkland.com

Kimberly Branscome     kimberly.branscome@dechert.com

Melanie C MacKay     melanie.mackay@dechert.com

Leigh Gillett     lgillett@mmm.com

Sheryl Arneson     lgillett@mmm.com

**ILS/3:23-cv-00787 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/17/2023] [FileNumber=1162771-0]
[9b323d0f0ba78eeb9bb547684ff68e64988f20f33f0d5d485ac420ac758561ad54d9
2c38ae09d855062f703dadcb11cc608faba106d654bc90230818c58527e4]]