UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

**NOTICE OF WITHDRAWAL
OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B)
AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that attorney Charles Luther McCloud, of the law firm Williams & Connolly LLP, is withdrawing as counsel for Elliott Berger in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Mr. Berger consents to this withdrawal, and the withdrawal will leave Mr. Berger with counsel of record who will continue in the case.

DATED: March 19, 2023

By: /s/ Michael J. Mestitz
Michael J. Mestitz
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC  20024
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  mmestitz@wc.com

*Attorney for Elliott Berger*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19-md-02885

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2023, I caused a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: March 19, 2023

*/s/ Michael J. Mestitz*
Michael J. Mestitz