UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
|---|---|
| This Document Relates to:<br><br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this action. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon her at the email address listed below.

Dated: March 20, 2023

                                              Respectfully submitted,
                                              PARAFINCZUK WOLF, P.A.

                                              /s/ *Rachel Lucuara*
                                              Rachel Lucuara
                                              Florida Bar: 1010540
                                              5550 Glades Rd., Ste 500
                                              Boca Raton, FL 33431
                                              Tel:(954)678-0263
                                              rlucuara@parawolf.com
                                              *Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Rachel Lucuara*
Rachel Lucuara