UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MD-2885-MCR-HTC |
| This Document Relates to *Scott Lynn Smith v. 3M Company, et al* Case No. 3:22-cv-07561-MCR-HTC | Judge:  M. Casey Rodgers Magistrate Judge:  Hope T. Cannon |

## NOTICE OF APPEARANCE OF KATHARINE KROTTINGER

TO THE CLERK OF THE ABOVE-NAMED COURT:

Katharine Krottinger hereby enters her appearance as counsel for Plaintiff in the individual action in this MDL styled *Scott Lynn Smith v. 3M Company, et al,* Case No. 3:22-cv-07561-MCR-HTC.  Please direct all future correspondence and pleadings in the Master Docket of MDL 2885 and the above-named individual action to the undersigned at the address shown below.  My Motion for Pro Hac Vice was allowed in the main case, *In Re:  3M Combat Arms Earplug Products Liability Litigation;* Case No. 3:19-md-2885 on March 5, 2020.

Respectfully Submitted,

Dated March 20, 2023

/s/ Katharine Krottinger
Katharine Krottinger
Texas Bar Number 24077257
THE MONSOUR LAW FIRM
404 N. Green Street
Longview, Texas 75601
Phone: (903) 758-5757
Fax: (9093) 230-5010
Email: katy@monsourlawfirm.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on March 20, 2023, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

<i><u>/s/Katharine Krottinger</u></i><br>Katharine Krottinger