Tanis M. Holm
EDMISTON & COLTON LAW FIRM
310 Grand Avenue
Billings, MT  59101
Telephone: (406) 259-9986
Facsimile: (406) 259-1094
E-Mail: tholm@yellowstonelaw.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| **In re: 3M Combat Arms Earplug Products Liability Litigation** | ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| | ) ) ) | **MOTION TO APPEAR *PRO HAC VICE*** |
| This Document Relates to: *West, 3:20-cv-05182* | ) ) ) ) | |

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Tanis M. Holm hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1.    Movant resides in Montana and is not a resident of the State of Florida.

2.    Movant is admitted to practice and is a member in good standing of the State Bar of Montana. A copy of the Certificate of Good Standing from the State Bar of Montana (the jurisdiction where I reside and regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND1679089983270, and the CM/ECF online tutorial.

4.      Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5.      Movant has upgraded her PACER account to "NextGen" and verified it is not a firm account but an individual account.

6.      Upon approval of Movant's Motion to Appear *Pro Hac Vice,* Movant will be filing a Notice of Appearance to become attorney of record in the related case *West v. 3M, et al.*, Civil Action No. 3:20-cv-05182.

WHEREFORE, Tanis M. Holm respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 20th day of March, 2023.

By:   /s/  Tanis M. Holm
Tanis M. Holm
EDMISTON & COLTON LAW FIRM
310 Grand Avenue
Billings, MT  59101
Telephone: (406) 259-9986
Facsimile: (406) 259-1094
E-Mail: tholm@yellowstonelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system on March 20, 2023, and served electronically on all counsel of record.

Dated this 20th day of March, 2023.

By:    /s/  Tanis M. Holm
          Tanis M. Holm
          EDMISTON & COLTON LAW FIRM
          310 Grand Avenue
          Billings, MT  59101
          Telephone: (406) 259-9986
          Facsimile: (406) 259-1094
          E-Mail: tholm@yellowstonelaw.com