# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Tanis M. Holm

was admitted to the State Bar of Montana on October 04, 2007 and that their name currently appears on the Roll of Attorneys in this office as a/an Active Attorney member in good standing*.

Dated this day of March 17, 2023

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.