# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, March 23, 2023 6:35 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, March 23, 2023 11:34:16 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/23/2023 at 7:34 AM EDT and filed on 3/23/2023
**Case Name:**  IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**  MDL No. 2885
**Filer:**
**Document Number:** 1897

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-193) - 1 action(s)** *re: pldg. (1 in CAC/8:22-cv-02326, [1893] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/23/2023.**

**Associated Cases: MDL No. 2885, CAC/8:22-cv-02326 (JC)**

**Case Name:**  Christian Baker v. 3M Company et al
**Case Number:**  CAC/8:22-cv-02326
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-193) - 1 action(s)** *re: pldg. (1 in CAC/8:22-cv-02326, [1893] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/23/2023.**

**Associated Cases: MDL No. 2885, CAC/8:22-cv-02326 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**CAC/8:22-cv-02326 Notice has been electronically mailed to:**

Kimberly Branscome     kimberly.branscome@dechert.com

Joseph Bakhos     jbakhoslaw@yahoo.com

**CAC/8:22-cv-02326 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/23/2023] [FileNumber=1163621-0]
[76cf6d74c2214f6deae74b909ec558e6b534c46705cc9c9324ce4ee0c15874382003
3acd489a410be518eadef24ea9d0af7dd33a7948b62bb4fc454b5a61e320]]