**Exhibit A**

| | PID | Plaintiff Name | Active Docket Case Number | Motion ECF No. | Order ECF No. |
|---|---|---|---|---|---|
| 1. | 293044 | Atkinson, John | 7:21-cv-13866-MCR-HTC | 5 | 6 |
| 2. | 220942 | Blurton, Anthony | 8:20-cv-64588-MCR-HTC | 5 | 6 |
| 3. | 305569 | Cledoe, Kwami | 7:21-cv-24638-MCR-HTC | 8 | 9 |
| 4. | 260683 | Criss, Robert | 9:20-cv-06610-MCR-HTC | 5 | 6 |
| 5. | 174226 | Holder, Robert | 7:20-cv-39541-MCR-HTC | 5 | 6 |
| 6. | 227116 | Lemarr, David | 8:20-cv-77754-MCR-HTC | 5 | 6 |
| 7. | 271100 | Wojtowich, Josh | 9:20-cv-14123-MCR-HTC | 6 | 7 |