**Exhibit C**

|  | PID | Plaintiff Name | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 262547 | Alpert, Jack | 9:20-cv-07415-MCR-HTC | |
| 2. | 60349 | Bailly, Erik | 7:20-cv-09642-MCR-HTC | |
| 3. | 228770 | Baucom, Robert | 8:20-cv-78822-MCR-HTC | |
| 4. | 296059 | Blaluk, Mohammed Ali | 7:21-cv-18737-MCR-HTC | |
| 5. | 223289 | Brown, Ronald | | 8:20-cv-73516-MCR-HTC |
| 6. | 246297 | Collins, Demetria | | 8:20-cv-98600-MCR-HTC |
| 7. | 339995 | Festa, Andrew | 7:21-cv-59328-MCR-HTC | |
| 8. | 99565 | Forslund, Canaan | 7:20-cv-24067-MCR-HTC | |
| 9. | 259287 | Foster, Andrew | | 9:20-cv-04992-MCR-HTC |
| 10. | 254150 | Garcia, Augusto | 8:20-cv-98175-MCR-HTC | |
| 11. | 232659 | Giaccarini, Kyle | 8:20-cv-81797-MCR-HTC | |
| 12. | 227375 | Glover, Marcus | 8:20-cv-78196-MCR-HTC | |
| 13. | 99734 | Hales, Joshua | | 7:20-cv-24872-MCR-HTC |
| 14. | 305644 | Hannah, Anthony | 7:21-cv-24713-MCR-HTC | |
| 15. | 195975 | Janezich, Paul | 8:20-cv-41319-MCR-HTC | |
| 16. | 294434 | Keeton, Kristopher | 7:21-cv-18081-MCR-HTC | |
| 17. | 281268 | Lalap, Vicente | 7:21-cv-04614-MCR-HTC | |
| 18. | 99551 | Lane, Andrew | 7:20-cv-24045-MCR-HTC | |
| 19. | 226173 | Mcdowell, Rashaun | 8:20-cv-76279-MCR-HTC | |
| 20. | 166642 | Mcnulty, Matthew | | 7:20-cv-43744-MCR-HTC |
| 21. | 253696 | Nguyen, Hoa | | 8:20-cv-95992-MCR-HTC |
| 22. | 278968 | Ramos, Justine | 7:21-cv-00632-MCR-HTC | |
| 23. | 341245 | Rhodes, Ronald | 7:21-cv-61578-MCR-HTC | |
| 24. | 319250 | Roberts, Rashad | 7:21-cv-36441-MCR-HTC | |
| 25. | 97595 | Sloan, Travis | 7:20-cv-22880-MCR-HTC | |
| 26. | 285772 | Snyder, Jon | 7:21-cv-08253-MCR-HTC | |
| 27. | 281623 | Soyke, Thomas | | 7:21-cv-03321-MCR-HTC |
| 28. | 259707 | Williams, Quinton | 9:20-cv-05616-MCR-HTC | |
| 29. | 65824 | Wise, Antonio | 7:20-cv-15937-MCR-HTC | |
| 30. | 93557 | Woody, Chris | | 8:20-cv-35655-MCR-HTC |
| 31. | 257009 | Yarrito, Esequiel | 9:20-cv-00663-MCR-HTC | |