UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to All Cases.   ) | Case No.: 3:19-md-2885 (MCR/HTC)<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Nicholas Brown, hereby move this Court for an Order for admission to practice pro hac vice in the above reference matter, and in support thereof stat as follows:

1. Movant resides in Massachusetts and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing in the bar of the Commonwealth of Massachusetts (Bar No.710417). A copy of the Certificate of Good Standing from the Commonwealth of Massachusetts dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules Tutorial exam, confirmation number FLND1679691119296 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has a "Next Gen" PACER account.

6. Once this Motion is granted, Movant will file a notice of Appearance in the Master Docket In re 3M Combat Earplug Products Liability Litigation, No. 3:19-md-2885.

7. Movant will also file a Notice of Appearance as attorney of Record for the following Plaintiffs:

   a. John Campanale in related case Campanale v. 3M, et al,; Case No. 3:21-CV-00811-MCR-EMT;

   b. Vebi Kadriji in related case Kadriji v. 3M, et al,; Case No. 3:20-CV-05947-MCR-GRJ;

   c. Joshua Molina in related case Molina v. 3M, et al,; Case No. 3:21-cv-00813-MCR-GRJ;

   d. Risan Ramadani in related case Ramadani v. 3M, et al,; Case No. 3:21-cv-00817-RV-HTC;

   e. Rijiad Ramadani in related case Ramadani v. 3M, et al,; Case No. 3:21-cv-00817-RV-HTC;

   f. Tyler Cook in related case Cook v. 3M, et al,; 3:23-cv-06506-TKW-HTC;

   g. Steve Conroy in related case Conroy v. 3M, et al,; 3:21-cv-00804-MCR-GRJ.

WHEREFORE, Nicholas Brown, respectfully requests that this Court enter an Order granting this Motion to *Appear Pro Hac Vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

DATE: March 29, 2023                     /s/ Nicholas Brown, Esquire
                                         Attorney for Plaintiffs:
                                            John Campanale, Jr.
                                            Vebi Kadriji
                                            Joshua Molina
                                            Risan Ramadani
                                            Rijiad Ramadani
                                            Tyler Cook
                                            Steve Conroy