## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## <u>ORDER</u>

This order addresses motions to amend complaints removing 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and/or Aearo Technologies LLC ("Aearo Defendants") as defendants.

On July 26, 2022, the Aearo Defendants filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, resulting in an automatic stay of litigation against them. *See* ECF No. 3328 (Aearo Defendants suggestion of bankruptcy); *see also* 11 U.S.C. § 362(c). On August 2, 2022, the Court entered an Order acknowledging that the automatic stay applies to the Aearo Defendants in this litigation, and the Court made clear that the stay would remain in effect as to the Aearo Defendants "until the bankruptcy case is disposed of by the bankruptcy court." ECF No. 3356. As such, further litigation against the Aearo Defendants has ceased. However, because the bankruptcy court did not extend the stay beyond the Aearo Defendants, litigation has proceeded against Defendant 3M Company. *See In*

*re Aearo Techns., LLC,* 642 B.R. 891 (Bankr. S.D. Ind. 2022).  On December 22, 2022, the Court granted the Wave 1 Plaintiffs' Motion for Summary Judgment, ruling that 3M Company has full and independent liability for claims related to the CAEv2 and certifying this issue for interlocutory appeal. *See* ECF No. 3610. The Court also suspended activity in matters that could be impacted by the outcome of this appeal. *See* ECF Nos. 3610 & 3615.

Subsequently, Plaintiff Michael Cline, who filed his case prior to the Aearo Defendants' bankruptcy, sought to amend his complaint to remove the Aearo Defendants "without prejudice" on the basis that 3M has "the sole and independent liability" for his CAEv2-related injuries. *See Cline v. 3M Co.*, 7:20-cv-48703, ECF No. 29 at 1. Because his motion directly implicated the Court's ruling subject to interlocutory appeal, the Court denied Cline's motion without prejudice with leave to refile following the Eleventh Circuit's disposition of the appeal. *See Cline*, ECF No. 32.  Thereafter, more than four-hundred plaintiffs filed similar motions seeking to remove the Aearo Defendants based on 3M's sole and independent liability for their CAEv2-related injuries. As in *Cline*, the Court denied these motions without prejudice based on the assumption that these motions too would be implicated by the interlocutory appeal. *See, e.g., Wold v. 3M Co.*, Case No. 3:23-cv-680, ECF No. 12 (N.D. Fla. Mar. 15, 2023).

More recently, forty-five plaintiffs, who filed their cases after the Aearo Defendants' bankruptcy petition, sought leave to remove the Aearo Defendants from

their complaint in respect of the automatic bankruptcy stay. The Court granted these plaintiffs leave on finding that removal of the Aearo Defendants was appropriate due to the stay. *See, e.g., Hicks v. 3M Co.*, 3:22-cv-16680, ECF No. 5 (N.D. Fla. March, 31, 2023). To the extent that the Court previously denied leave to other plaintiffs who similarly filed suit against the Aearo Defendants after the bankruptcy petition, those cases will remain stayed against the Aearo Defendants until the bankruptcy court disposes of the bankruptcy case. *See* ECF No. 3356.

Going forward, plaintiffs who make clear that their case was filed after the bankruptcy petition will be granted leave to amend their complaint to remove the Aearo Defendants in respect of the automatic stay. As in *Cline*, plaintiffs with cases filed before the bankruptcy will not be granted leave to remove the Aearo Defendants when the basis to do so implicates matters that are subject to the interlocutory appeal pending before the Eleventh Circuit, and, in any event, the automatic stay applies to the Aearo Defendants in those cases.

**DONE AND ORDERED** this 31st day of March, 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**