**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WTHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that, effective immediately, Zoey M. Surdis is no longer with Gibbs Law Group LLP and is withdrawing as attorney of record for Plaintiffs and as attorney of record in the related cases of:

- Clair Prosser (formerly Clair Caringer), Case No. 7:20-cv-44032;

- Joshua Jackson, Case No. 7:20-cv-46364; and

- Christopher Hume, Case No. 7:20-cv-46251.

Ms. Surdis has not appeared on behalf of any other individual plaintiffs in this multi-district litigation. Plaintiffs Prosser (formerly Caringer), Jackson, and Hume consent to Ms. Surdis's withdrawal, and they will continue to be represented by attorneys of record Amy M. Zeman and Andre M. Mura of Gibbs Law Group LLP and Abby E. McClellan, George A. Hanson, and Crystal Cook Leftridge of Stueve Siegel Hanson

1

LLP. Ms. Surdis should be removed from the docket and electronic service list accordingly.

Dated:  March 31, 2023            Respectfully submitted:

*/s/ Amy M. Zeman*

Amy M. Zeman
Andre M. Mura
GIBBS LAW GROUP LLP
amz@classlawgroup.com
amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9721
Facsimile: (510) 350-9701


Abby E. McClellan
George A. Hanson
Crystal Cook Leftridge
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
mcclellan@stuevesiegel.com
hanson@stuevesiegel.com
cook@stuevesiegel.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Amy M. Zeman*
Amy M. Zeman