**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Hope T. Cannon |
| This Document Relates to All Cases | |

**PLAINTIFFS' MOTION TO REINSTITUTE FORMAL MDL MEDIATION**

On January 18, 2023, the Court declared an impasse of the MDL mediation and terminated that formal proceeding, but remained available "if at any point the MDL Court can be of assistance to the resolution of the MDL cases." Dkt. 3624 at 3. MDL Plaintiffs Leadership in conjunction with Lead Counsel in the Minnesota coordinated state court action recently made a demand of 3M for global resolution in the MDL of the combat arms litigation against Defendant 3M in its entirety. Plaintiffs submit that formal MDL mediation efforts would therefore be of great assistance in achieving a mutually acceptable resolution of these matters. Accordingly, MDL Plaintiffs Leadership respectfully requests that the Court reinstitute formal MDL mediation.

DATED: April 27, 2023

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz,
PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com


Christopher A. Seeger, Co-Lead
Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com


Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com


**Counsel for Plaintiffs**

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B), (C)</u>

The undersigned hereby certifies that on April 27, 2023, Plaintiffs'
leadership conferred with counsel for 3M on the issue raised in this motion. As of
the time of this filing, counsel for 3M has not responded.

*/s/ Bryan F. Aylstock*

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)</u>

I hereby certify that the foregoing contains 374 words and complies with the
Court's local rule.

*/s/ Bryan F. Aylstock*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2023, I caused a copy of the foregoing to
be filed through the Court's CM/ECF system, which will serve all counsel of
record.

*/s/ Bryan F. Aylstock*