# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## REFERRAL AND ORDER

Referred to Judge Rodgers on: April 27, 2023
Motion/Pleading: Motion to Reinstitute Formal MDL Mediation
Filed by: Plaintiffs   on   April 27, 2023   Doc. #   3715
RESPONSES:
_____ on _____ Doc. # _____

___ Stipulated     ___ Joint Pldg.
___ Unopposed    ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

Plaintiffs have moved to reinstitute formal MDL mediation proceedings. Their submission indicates that they have conferred with Defendant 3M's counsel on this request but have not yet received 3M's position. 3M is directed to file its response to Plaintiffs' motion, if any, by April 28, 2023 at 5 p.m. CDT.

**DONE AND ORDERED**, this 27th of April, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**