UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### CASE MANAGEMENT ORDER NO. 55
### Plaintiff Leadership Reappointments

On May 22, 2019, the plaintiff leadership team for this litigation was appointed to a one-year term, expiring on May 22, 2020, with the option to apply for reappointment annually. *See* PTO 7, ECF No. 376.[1] This Order establishes the reappointment application process for the term beginning in May 2023.

All plaintiffs' counsel who wish to apply for reappointment to their leadership positions must submit a request for reappointment to chambers at flnd_rodgers@flnd.uscourts.gov, by close of business on **May 12, 2023**. A submission should only include a request to be reappointed and identify the respective position(s). The submission need not detail the nature and scope of the

---

[1] On May 17, 2020, the plaintiff leadership team was reappointed to another one-year term, expiring on May 21, 2021. *See* PTO 38, ECF No. 1131. On May 26, 2021, the team was reappointed to a one-year term expiring on May 31, 2022. *See* PTO 77, ECF No. 1795. On May 6, 2022, the team was reappointed to a one-year term expiring on May 31, 2023. *See* CMO 46, ECF No. 3080.

attorney's work over the past year, or the time and resources expended. The Court will review the submissions and, as necessary, consult with Lead and Co-Lead Counsel, as well as committee/subcommittee chairs, about the productivity and effectiveness of the leadership structure and team. Thereafter, the Court will make further inquiry if necessary and/or enter a reappointment order.

**SO ORDERED**, on this 27th day of April, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**