UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  April 28, 2023
Motion/Pleading:  Motion for Leave to File a Reply in Support of Motion to Reinstitute Formal MDL Mediation
Filed by:  Plaintiffs                               on  4/28/2023      Doc. #  3719
RESPONSES:
                                                              on                         Doc. #

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

**ORDER**

On consideration, the motion is **DENIED**.  A reply is not necessary at this time.

**SO ORDERED**, this 28th of April, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**