UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| **This Document Relates to All Cases** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1., I Manuel Acuna-Neely, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND1682547708454**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account.

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

7. CAMERON COLEMAND AND CAUSE NO. 8:20-CV-53491.

WHEREFORE, MANUEL ACUNA-NEELY specifically requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF THOMAS J. HENRY
5711 UNIVERSITY HEIGHTS BLVD, STE. 101
SAN ANTONIO, TEXAS 78249
PHONE: 210/656-1000
FAX:     361/ 985-0601

BY: _____
MANUEL ACUNA-NEELY
STATE BAR NO. 24091489
*email: macunaneely-svc@tjhlaw.com
*service by email to this address only
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 1, 2023 served electronically on all counsel of record.

_____
Manuel Acuna-Neely

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 26, 2023

Re: Manuel Arturo Acuna-Neely, State Bar Number 24091489

To Whom It May Concern:

This is to certify that Manuel Arturo Acuna-Neely was licensed to practice law in Texas on September 04, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

