# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | **Case No. 3:19-md-2885** |
| This Document Relates to: | **Judge M. Casey Rodgers** |
| | **Magistrate Judge Gary R. Jones** |

*Saucier v. 3M Company*
*Case No. 7:21-cv-12526*
*Garris v. 3M Company*
*Case No. 8:20-cv-30147*
*Richards v. 3M Company*
*Case No. 8:20-cv-70864*
*Richards v. 3M Company*
*Case No. 8:20-cv-70864*
*Smith v. 3M Company*
*Case No. 8:20-cv-70858*
*Sofia v. 3M Company*
*Case No. 8:20-cv-30180*
*Degroff v. 3M Company*
*Case No. 8:20-cv-30140*
*Templeton v. 3M Company*
*Case No. 8:20-cv-30194*
*Johnson v. 3M Company*
*Case No. 8:20-cv-30156*
*Mosley v. 3M Company*
*Case No. 8:20-cv-30171*
*Robinson v. 3M Company*
*Case No. 7:21-cv-13127*
*Deboer v. 3M Company*
*Case No. 8:20-cv-30137*
*Addy v. 3M Company*
*Case No. 8:20-cv-30097*
*King v. 3M Company*
*Case No. 8:20-cv-30187*
*Heath v. 3M Company*
*Case No. 8:20-cv-30200*
*Hafele v. 3M Company*
*Case No. 8:20-cv-30149*
*Jackson v. 3M Company*
*Case No. 8:20-cv-30196*
*Lindsay v. 3M Company*
*Case No. 8:20-cv-30166*
*Lumpkin v. 3M Company*

*Case No. 7:20-cv-85255*
*Catron v. 3M Company*
*Case No. 8:20-cv-30123*
*Anderson v. 3M Company*
*Case No. 8:20-cv-30102*
*Eberg v. 3M Company*
*Case No. 8:20-cv-30143*
*Kevin Knapp v. 3M Company*
*Case No. 8:20-cv-30163*
*Trussell v. 3M Company*
*Case No. 8:20-cv-30182*
*Breland v. 3M Company*
*Case No. 8:20-cv-30189*
*Palmer v. 3M Company*
*Case No. 8:20-cv-30198*
*Matthew Knapp v. 3M Company*
*Case No. 7:20-cv-85249*
*Pugh v. 3M Company*
*Case No. 8:20-cv-54342*
*Pennington v. 3M Company*
*Case No. 8:20-cv-30176*
*Kennedy v. 3M Company*
*Case No. 8:20-cv-30159*
*Hales v. 3M Company*
*Case No. 8:20-cv-30150*
*Roy v. 3M Company*
*Case No. 8:20-cv-30191*
*Underwood v. 3M Company*
*Case No. 8:20-cv-30183*
*Alexander v. 3M Company*
*Case No. 8:20-cv-30185*
*Housh v. 3M Company*
*Case No. 8:20-cv-30153*
*Ingram v. 3M Company*
*Case No. 7:21-cv-48365*
*Couch v. 3M Company*
*Case No. 9:20-cv-04398*
*Gladney v. 3M Company*
*Case No. 8:20-cv-70860*
*Capello v. 3M Company*
*Case No. 8:20-cv-30120*
*Beaulieu v. 3M Company*
*Case No. 8:20-cv-30110*
*Williams v. 3M Company*
*Case No. 7:21-cv-13128*
*Anthony v. 3M Company*

*Case No. 8:20-cv-30106*
*Garza v. 3M Company*
*Case No. 7:21-cv-43533*
*Vieria v. 3M Company*
*Case No. 9:20-cv-20041*
*Billings v. 3M Company*
*Case No. 8:20-cv-30112*
*Perry v. 3M Company*
*Case No. 8:20-cv-43202*
*Wood v. 3M Company*
*Case No. 7:20-cv-85084*
*Miracle v. 3M Company*
*Case No. 8:20-cv-30169*
*Vaccaro v. 3M Company*
*Case No. 8:20-cv-70865*
*Furr v. 3M Company*
*Case No. 8:20-cv-40932*
*Nesbitt v. 3M Company*
*Case No. 8:20-cv-30174*
*Dailey v. 3M Company*
*Case No. 8:20-cv-30134*
*Crisp v. 3M Company*
*Case No. 8:20-cv-30132*
*Cook v. 3M Company*
*Case No. 8:20-cv-30127*
*Wikle v. 3M Company*
*Case No. 8:20-cv-30192*
*Sydnor v. 3M Company*
*Case No. 7:20-cv-85077*
*Richards v. 3M Company*
*Case No. 8:20-cv-70862*
*Bonagofsky v. 3M Company*
*Case No. 3:22-cv-04759*
*Torres v. 3M Company*
*Case No. 3:22-cv-09650*

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The above Plaintiffs hereby respectfully move this honorable Court to permit Tricia R. Herzfeld formerly of the law firm of Branstetter, Stranch & Jennings, PLLC, to withdraw her appearance in the above-captioned actions and request that no further action be required of her and no documents or other pleadings in the case be served upon her. As set forth below, there is good

cause for this Motion:

1. Ms. Herzfeld is no longer employed with the law firm of Branstetter, Stranch & Jennings, PLLC.

2. Plaintiffs have agreed to continue in the case with J. Gerard Stranch, IV of Stranch, Jennings & Garvey, as counsel of record in this case.

3. Despite the Plaintiffs' election of new counsel nearly 60 days ago, new counsel has not appeared in this case to represent Plaintiffs.

4. Given that Ms. Herzfeld has been discharged as counsel and Mr. Stranch has agreed to accept representation, Ms. Herzfeld requests to be withdrawn as counsel for Plaintiffs.

5. Withdrawing Ms. Herzfeld as counsel of record will not delay any trial or upcoming deadlines.

Dated: May 5, 2023                              Respectfully submitted,


                                                /s/*Tricia R. Herzfeld*
                                                Tricia R. Herzfeld
                                                HERZFELD SUETHOLZ GASTEL
                                                LENISKI AND WALL, PLLC
                                                223 Rosa L. Parks Avenue, Suite 300
                                                Nashville, TN, 37203
                                                tricia@hsglawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5th, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to those attorneys of record registered on the CM/ECF system and was also electronically served via email to below counsel. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

J. Gerard Stranch, IV
Stranch, Jennings & Garvey
223 Rosa Parks Ave., Ste. 200
Nashville, TN 37203
gstranch@stranchlaw.com

/s/ *Tricia R. Herzfeld*
Tricia R. Herzfeld