## Exhibit B

| Row | Plaintiff ID | Plaintiff Name | Firm | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 349788 | Nathaniel Balough | Brent Coon & Associates | 3:22-cv-05703 |
| 2. | 349791 | Timothy Lorenz | Brent Coon & Associates | 3:22-cv-06101 |
| 3. | 382508 | Benjamin Dunn | Douglas & London | 3:23-cv-01768 |
| 4. | 365003 | Ryan Wilt | Douglas & London | 3:22-cv-09812 |
| 5. | 371461 | David Clemenko | Heninger Garrison Davis, LLC | 3:22-cv-22388 |
| 6. | 371963 | Dwayne Edwards | Heninger Garrison Davis, LLC | 3:22-cv-24809 |
| 7. | 359163 | Junior Colin | Heninger Garrison Davis, LLC | 3:22-cv-04412 |
| 8. | 371982 | Paul Tackeberry | Heninger Garrison Davis, LLC | 3:22-cv-22510 |
| 9. | 384643 | Rodney Bly | Heninger Garrison Davis, LLC | 3:23-cv-06041 |
| 10. | 387409 | Harley Luttrell | Junell & Associates, PLLC | 3:23-cv-07834 |
| 11. | 261836 | Raymond Ibay | Keller Postman | 3:23-cv-01258 |
| 12. | 326296 | Ryan Morgan | Keller Postman | 3:23-cv-07783 |
| 13. | 381733 | Francisco Diaz | Law Office of Paul Mankin, APC | 3:23-cv-01229 |
| 14. | 362550 | Kevin Jones | Law Office of Paul Mankin, APC | 3:22-cv-08043 |
| 15. | 362926 | Mark Russell | Law Office of Paul Mankin, APC | 3:22-cv-09367 |
| 16. | 381726 | Scott Beach | Law Office of Paul Mankin, APC | 3:23-cv-01228 |
| 17. | 171592 | Jb Russell | McCormick Law Firm | 3:22-cv-06516 |
| 18. | 386252 | Brandon Turner | Parafinczuk Wolf, P.A. | 3:23-cv-05646 |
| 19. | 52458 | Chris Graham | Parafinczuk Wolf, P.A. | 3:23-cv-06534 |
| 20. | 387084 | David Clark | Parafinczuk Wolf, P.A. | 3:23-cv-07281 |
| 21. | 160859 | Eric Sapp | Parafinczuk Wolf, P.A. | 3:23-cv-06760 |
| 22. | 191358 | James Foley | Parafinczuk Wolf, P.A. | 3:23-cv-07309 |
| 23. | 386385 | Samantha Plymale | Parafinczuk Wolf, P.A. | 3:23-cv-06124 |
| 24. | 381704 | Christopher Johnson | Peterson & Associates, P.C. | 3:23-cv-01021 |
| 25. | 372669 | Aaron Lováto | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-16368 |
| 26. | 367927 | Abel Miranda | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12479 |
| 27. | 368386 | Aimee Bravo | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12290 |
| 28. | 368152 | Alxavier Clark | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12128 |
| 29. | 370806 | Andres Rivera | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14975 |
| 30. | 370596 | Anthony Whigham | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14841 |
| 31. | 369909 | Antonio Alvarado Cuevas | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13282 |
| 32. | 371214 | Ashley Clark | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14584 |
| 33. | 371324 | Austin Strecker | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14496 |

**Exhibit B**

| Row | Plaintiff ID | Plaintiff Name | Firm | Active Docket Case Number |
|---|---|---|---|---|
| 34. | 367859 | Benjamin Swanson | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11853 |
| 35. | 371223 | Brady Lamas | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14338 |
| 36. | 368162 | Brian Rodriguez | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11657 |
| 37. | 369438 | Caprice Hall | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12704 |
| 38. | 368518 | Cheoka Barnes | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13356 |
| 39. | 368123 | Christopher Elstad | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11965 |
| 40. | 371018 | Devon Debany | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15667 |
| 41. | 368873 | Eric Alford | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13618 |
| 42. | 369750 | Eric Williams | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12945 |
| 43. | 370775 | Eulices Rojas | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14834 |
| 44. | 370451 | George Brooks | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14901 |
| 45. | 368087 | Hussam Mubarak | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11846 |
| 46. | 367230 | Jaison Alvarado | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11382 |
| 47. | 372792 | James Johnson | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-16061 |
| 48. | 372084 | James Lowe | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11329 |
| 49. | 370514 | Jamil Thomas | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-16049 |
| 50. | 372890 | Jonathan Bandy | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-16179 |
| 51. | 371161 | Jonathan Carr | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14420 |
| 52. | 370837 | Jonathan Cruz-Torres | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14679 |
| 53. | 371086 | Jonathon Collazo | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14357 |
| 54. | 369665 | Jose Argotti | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13105 |
| 55. | 366861 | Joseph Dykeman | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-10998 |
| 56. | 371225 | Joshua Damera | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14310 |
| 57. | 371206 | Kevin Page | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14702 |
| 58. | 370996 | Kevin Willis | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14832 |
| 59. | 368957 | Lamar Brown | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13812 |
| 60. | 367235 | Logan Bixler | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11396 |
| 61. | 367556 | Luis Garcia | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12113 |
| 62. | 370561 | Marc Wilson | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15198 |
| 63. | 368550 | Marilin Sarmiento Alvarez | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13477 |
| 64. | 367469 | Mark Hopkins | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11994 |
| 65. | 370704 | Mark Torrance | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14879 |
| 66. | 372818 | Michael Gonzales | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15999 |

**Exhibit B**

| Row | Plaintiff ID | Plaintiff Name | Firm | Active Docket Case Number |
|---|---|---|---|---|
| 67. | 367541 | Michael Martinez | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11788 |
| 68. | 367127 | Orry Pirl | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11171 |
| 69. | 372400 | Peter Michelson | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15234 |
| 70. | 372131 | Robert Carey | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14662 |
| 71. | 369207 | Samantha Blaine | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13311 |
| 72. | 368070 | Sheldon Smith | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12682 |
| 73. | 369702 | Stephen Schmitz | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13253 |
| 74. | 367000 | Travis Ellsworth | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11086 |
| 75. | 368140 | Yilmaz Nichols | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11998 |
| 76. | 374896 | Joshua Williams | The Kuykendall Group LLc | 3:23-cv-07952 |
| 77. | 359750 | Gary Goodgame | Tracey & Fox Law Firm | 3:22-cv-04184 |