UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS LITIGATION EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.:  3:19-md-2885 |
| This document relates to: *Sable Davis, et al. v. 3M Company, et al.* Case No. 3:20-cv-05979-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Attorney Paul Dagostino of BISNAR CHASE LLP, notifies the Court that Tom Antunovich of BISNAR CHASE LLP will no longer be working on this matter.

Attorney Paul Dagostino moves under Local Rule 11.1 (H)(1)(b) for the withdrawal of Tom Antunovich of Bisnar Chase LLP and substitution of Paul Dagostino of Bisnar Chase LLP in place thereof. Plaintiffs Sable Davis and Armen Setaghian will continue to be represented by the same law firm – Bisnar Chase LLP - and consent to this substitution. Mr. Dagostino is admitted *pro hac vice* in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Mr. Dagostino has fulfilled the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4]. Mr. Dagostino requests all further papers and pleadings in the Master Docket of MDL 2885 and the above captioned case be served upon him as listed in the signature block below.

Dated:  May 5, 2023                        Respectfully Submitted,

By: */s/ Paul Dagostino*
Brian D. Chase (CA SBN 164109)
*bchase@bisnarchase.com*
Paul A. Dagostino (CA SBN 301498)
*pdagostino@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiffs*

1

NOTICE OF APPEARANCE AND SUSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 5th day of May 2023.

**BISNAR | CHASE LLP**

<u>/s/ Paul Dagostino</u>
Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Paul A. Dagostino (SBN 301498)
pdagostino@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiffs*