UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

Early in the litigation, the Court appointed BrownGreer PLC to serve as the centralized litigation support apparatus for the gathering, organizing, accessing, and analysis of the voluminous data connected with this unprecedented litigation, including analysis of records produced by produced Defense Occupational and Environmental Health Readiness System ("DOEHRS").[1] *See* ECF Nos. 508 and 3468.  During the litigation, the Court has requested extensive analyses and reports from BrownGreer PLC regarding the massive inventory of cases on its docket.  In order to continue assisting the Court in this regard, the fees associated with accessing the cases through the Public Access to Court Electronic Records ("PACER") will be waived for the individuals listed in Exhibit A for a period of one calendar year from

---

[1] The number of cases involved in this litigation is truly staggering.  At its highest point, there were a remarkable 282,902 cases awaiting resolution.  There are now 232,233 cases pending in the MDL as of May 4, 2023.

today's date.

    **DONE AND ORDERED** this 10th day of May, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

**Orran Brown, Sr.**
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7201
obrown@browngreer.com

**Roma Petkauskas**
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7218
rpetkauskas@browngreer.com

**Jake Woody**
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7234
jswoody@browngreer.com

**Dustin Davis**
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
804-421-9276
ddavis@browngreer.com

**Ryan Kirton-Davis**
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
804-554-3790
dkirtondavis@browngreer.com