UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 56**
**Plaintiff Leadership Reappointments**

In accordance with Case Management Order No. 55, ECF No. 3717, and having carefully considered the submissions of plaintiffs' counsel, the Court hereby reappoints the following leadership team to continue fairly, effectively, and efficiently representing the interests of all plaintiffs in this litigation.[1]

**A.      Plaintiff Leadership Team**

    **1.      Lead**

Bryan Aylstock, Lead
Shelley Hutson, Co-Lead
Chris Seeger, Co-Lead

    **2.      Co-Liaison Counsel**

Brian Barr
Mike Burns

---

[1] All attorneys who reapplied were reappointed; only one attorney did not reapply. Several modifications to the team were made based on the current demands of the litigation.

3.   **Executive Committee**[2]

| | |
|---|---|
| Evan Buxner | Paul Pennock |
| Thomas Cartmell | Tom Pirtle |
| Roberto Martinez | Sean Tracey |
| Doug Monsour | Adam Wolfson |

4.   **Steering Committee**

| | |
|---|---|
| Dave Buchanan, Co-Chair | Rachel Lanier |
| Elizabeth Burke, Co-Chair | Ruth Rizkalla |
| Karen Beyea-Schroeder | Michael Sacchet |
| Katherine Cornell | Mikal Watts |
| Sindhu Daniel | Kenny Byrd |
| W. Lewis Garrison, Jr. | Renee Finch |
| Justin Parafinczuk | Robert Cowan |
| Mark Robinson | David Bryant |
| Michael Moreland | Virginia Anello |
| Bradley Honnold | |

5.   **Common Benefit Fund Committee**

| | |
|---|---|
| Shelley Hutson, Chair | Chris Hellums |
| Riley Burnett | Roberto Martinez |

6.   **Discovery & ESI Subcommittee**

| | |
|---|---|
| Dave Buchanan, Chair | Nix Daniel |
| Taylor Bartlett | Jennifer Hoekstra |
| Katherine Charonko | |

---

[2] As set forth in Pretrial Order No. 7, Lead Counsel chairs the Executive Committee, and Co-Lead and Co-Liaison Counsels serve as members of the Executive Committee.  *See* ECF No. 376 at 2.

Case No. 3:19md2885/MCR/HTC

### 7. Early Vetting Subcommittee

| | |
|---|---|
| Rachel Lanier, Chair | Abby McClellan |
| Elizabeth Burke | Erin Rogiers |
| Kenny Byrd | Sara Schram |

### 8. Law & Briefing Subcommittee

| | |
|---|---|
| Michael Sacchet, Chair | Andre Mura |
| Nicole Berg | |
| Caleb Seeley | |

### 9. Science & Experts Subcommittee

| | |
|---|---|
| Doug Monsour, Chair | Tom Pirtle |
| Doug Kreis | Kimberly White |

### 10. Joint Armed Services Committee

| | |
|---|---|
| Karen Beyea-Schroeder | Kristian Rasmussen |

### 11. Joint Statute of Limitations Committee

Palmer Lambert
Troy Bouk

### 12. Joint Settlement Committee

| | |
|---|---|
| Chris Seeger, Chair | Ernie Cory |
| Bryan Aylstock | Mikal Watts |
| Clayton Clark | Justin Witkin |

### B. Leadership Structure and Responsibilities

Plaintiffs' leadership will continue to have the responsibilities assigned to their respective positions in Pretrial Order No. 4, ECF No. 76, as well as the general obligations set forth in Pretrial Order No. 7, ECF No. 376.

### C. Term of Appointments

All appointments are made for an approximate one-year period and will expire on May 31, 2024. A schedule for applying for reappointment at the end of this term will be established at an appropriate time in advance of the expiration date.

**SO ORDERED**, on this 15th day of May, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**