UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

On January 27, 2023, the Court granted the parties' Joint Motion and Stipulation Regarding Release of Materials Relating to Hamery and Dancer's Depositions. *See* ECF No. 3650. Thereafter, the Court transmitted electronic copies of all materials it had received from the French authorities relating to Hamery and Dancer's depositions to the parties. The Court has now received a new, additional set of materials from the French authorities in connection with the Hamery and Dancer depositions. Unless the parties advise otherwise, the Court intends to transmit electronic copies of the new materials to the parties in the same manner as before. To that end, the parties are directed to file a joint statement regarding their agreement to receiving the materials in that manner by **May 24, 2023**.

**SO ORDERED**, on this 17th day of May, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**