# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## JOINT STATEMENT REGARDING THE RELEASE OF ADDITIONAL MATERIALS RELATING TO HAMERY AND DANCER'S DEPOSITIONS

On January 27, 2023, the Court granted the undersigned parties' Joint Motion and Stipulation Regarding Release of Materials Relating to Hamery and Dancer's Depositions. *See* ECF No. 3650. Thereafter, the Court transmitted electronic copies of the materials it had received from the French authorities (relating to Hamery and Dancer's depositions) to the parties. *See* ECF No. 3737. The Court has now received a new, additional set of related materials from the French authorities, and the undersigned parties agree that the materials can be transmitted to them in the same manner as before.

DATED: May 18, 2023

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
maburns@mostynlaw.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 S Baylen St. Ste 600
Pensacola, FL 32502

Respectfully submitted,

s/ Kimberly Branscome
Kimberly Branscome
Jay Bhimani
Dechert LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
jay.bhimani@dechert.com

Jonathan Tam
Dechert LLP
One Bush Street
San Francisco, CA 94104
Telephone: (415) 262-4518
jonathan.tam@dechert.com

*Counsel for Defendant 3M Company*

Tel.: (850) 435-7045
bbarr@levinlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 18, 2023, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will serve all counsel of record.

Dated: May 18, 2023                               Respectfully submitted,

*/s/ Kimberly Branscome*

Kimberly Branscome

*Counsel for Defendant 3M Company*