# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISON

In re:  3M COMBAT ARMS          MDL Case No.  3:19-MD-2885
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document relates to All Cases          Judge M. Casey Rodgers
                                            Magistrate Judge Hope T. Cannon

### NOTICE OF WITHDRAWAL OF COUNSEL
### PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND
### REQUEST FOR REMOVAL FROM SERVICE LIST

    PLEASE TAKE NOTICE that Paula S. Bliss, formerly of the law firm of
Bernheim Kelley Battista & Bliss, hereby withdraws as attorney of record for Plaintiffs,
John Campanale, Jr., Steven Conroy, Tyler, Cook, Vebi Kadriji, Valdete Kadriji, Joshua
Molina, Sabrina Molina, Risan Ramadani, Liridona Ramadani, Rijad Ramadani and
Semra Ajoini Ramadani, in the above-referenced multi-district litigation, and should be
removed from the docket and electronic service list accordingly.  As required by Local
Rule 11.1(H)(1)(b), Plaintiffs consent to this withdrawal, and the withdrawal will leave
Plaintiff with Nicholas A. Brown as counsel of record, who will continue in the cases.

Dated: May 19, 2023                    /s/ Paula S. Bliss_____
                                       Paula S. Bliss, Bar #652361
                                       Justice Law Collaborative, LLC
                                       19 Belmont Street
                                       South Easton, MA  02375
                                       (508) 230-2700
                                       Paula@justicelc.com

## **CERTIFICATE OF SERVICE**

I certify that on May 19, 2023, I filed and served through the ECF system; the Notice of Withdrawal of Appearance form.  The Notice will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ Paula S. Bliss_____