UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

Leadership, at its most effective, requires adaptability—a recognition that as the nature and demands of a situation develop and change so too must a leader's stewardship approach and actions, in order to accomplish organizational goals. Many situations do not require the leader's presence or input; indeed, there are times when his presence may impede progress. Other times, successful leadership occurs through delegation of responsibility to achieve certain goals to others. Sometimes, however, neither one's absence nor a proxy will do. Sometimes, the nature and demands of a situation are far-reaching and consequential enough that the leader *must* be in the room. This is one of those times.

Formal mediation was reinstituted for the MDL and Minnesota CAEv2 cases against 3M Company on May 2, 2023, and negotiations toward a global resolution are ongoing. Although these are encouraging developments, the mediation discussions have progressed to a critical juncture where the most senior party

representative leaders must be present. Accordingly, every member of Plaintiffs' Settlement Committee must personally attend the next mediation. For 3M, Chief Executive Officer and Chairman of the Board Michael F. Roman must personally attend, and listen and engage directly with the mediators, so that his reports to the Board of Directors regarding the potential for global resolution of these cases are properly informed by firsthand knowledge of the current state of the negotiations. The next mediation session is scheduled for **May 25-26, 2023** at the United States District Court, One North Palafox Street, Pensacola, Florida. All participants must meet and confer with each other and the mediators to discuss settlement, and negotiate in good faith.

**SO ORDERED**, on this 19th day of May, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**