UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE

Remands are anticipated to begin soon in the MDL. Towards that end, the parties are advised that the 31 cases identified on Exhibit A will comprise the first pool of Wave 1 cases to be remanded to transferor courts. Rulings on *Daubert* and dispositive motions in those cases have been prioritized and are ongoing. The Middle District of Florida cases will be remanded together immediately after the current stay is lifted. The remaining cases will be remanded thereafter, although not necessarily in the chronological order listed on Exhibit A.

**SO ORDERED**, on this 30th day of May, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

| | Exhibit A<br>Wave 1 Priority Cases | | | |
|---|---|---|---|---|
| | Plaintiff | Case/ ECF | Counsel | Venue |
| 1. | James, Joseph | 7:20-cv-12243 | Aylstock, Witkin, Kreis & Overholtz, PLLC | M.D. Fla. |
| 2. | Simonelli, Brett | 7:20-cv-66393 | Kirkendall Dwyer LLP | M.D. Fla. |
| 3. | Walker, Jarvis | 7:20-cv-81490 | Douglas & London - Anne Accettella | M.D. Fla. |
| 4. | Wood, George | 8:20-cv-33407 | Justinian & Associates PLLC | M.D. Fla. |
| 5. | Woodard, Rodrick | 7:20-cv-82803 | Douglas & London - Anne Accettella | M.D. Fla. |
| 6. | Wilcox, John | 7:20-cv-04677 | The Lanier Law Firm | D. Md. |
| 7. | Hernandez, Leonel | 7:20-cv-04391 | The Lanier Law Firm | W.D. Tex. |
| 8. | Sevilla, Ryan | 7:20-cv-04513 | The Lanier Law Firm | Plaintiff: C.D. Cal.<br>Defendant: W.D. Wash. |
| 9. | Irizarry, Alvin | 8:20-cv-22444 | Danziger & De Llano; Watts Guerra | N.D. Ala. |
| 10. | Freeland, Tim | 7:20-cv-05657 | Pulaski Law Firm, PLLC | M.D. Ala. |
| 11. | Schofield, Christopher | 7:20-cv-68034 | Taylor Martino, P.C. | S.D. Ala. |
| 12. | Casiano, Jonathan | 7:20-cv-54227 | Burnett Law Firm; Junell & Associates, PLLC | M.D. Ga. |
| 13. | Dawkins, Thomas | 7:20-cv-52704 | Heninger Garrison Davis, LLC | M.D. Ga. |

| | | | | |
|---|---|---|---|---|
| 14. | Hallisey, Robert | 7:20-cv-56711 | Burnett Law Firm; Junell & Associates, PLLC | M.D. Ga. |
| 15. | Barringer, Charles | 7:20-cv-25462 | Aylstock, Witkin, Kreis & Overholtz, PLLC | S.D. Ga. |
| 16. | Roper, Shanika | 7:20-cv-02945 | Reich and Binstock, LLP | N.D. Ga. |
| 17. | Lachappelle, Ronnie | 7:20-cv-06901 | The Gori Law Firm, P.C. | S.D. Miss. |
| 18. | Bagwell, Dustin | 8:20-cv-34036 | Aylstock, Witkin, Kreis & Overholtz, PLLC; Shlosman Law Firm | E.D. La. |
| 19. | King, Jeremy | 7:20-cv-46701 | Stueve Siegel Hanson | S.D. Cal. |
| 20. | Gibbs, Christopher | 8:20-cv-25425 | Danziger & De Llano; Watts Guerra | S.D. Cal. |
| 21. | Chee, Marvin | 7:20-cv-72717 | Rogers, Patrick, Westbrook & Brickman, LLC | S.D. Cal. |
| 22. | Valle, Richard | 7:20-cv-75821 | Keller Lenkner | C.D. Cal. |
| 23. | Coons, Sherri | 7:20-cv-88665 | Tracey & Fox Law Firm; Johnson Law Group | C.D. Cal. |
| 24. | Vejarano, David | 7:20-cv-15495 | Aylstock, Witkin, Kreis & Overholtz, PLLC | E.D. Cal. |
| 25. | Castillo, Daniel | 7:20-cv-69394 | Parker Waichman LLP | D. Md. |
| 26. | Belfi, Matthew | 7:20-cv-00112 | Messa & Associates | D.N.J. |
| 27. | Warner, Steven | 7:20-cv-46676 | Bertram & Graf, L.L.C. | S.D.N.Y. |
| 28. | Ross, Mark | 7:20-cv-71323 | Parker Waichman LLP | N.D. Ill. |

| | | | | |
|---|---|---|---|---|
| 29. | Skillings, Jaason | 7:20-cv-79088 | Douglas & London - Alicia Ellsayed | W.D. Mo. |
| 30. | Stanfield, Raymond | 7:20-cv-00668 | Levin Papantonio | W.D. Ky. |
| 31. | Hazen, Adam | 7:20-cv-11879 | Aylstock, Witkin, Kreis & Overholtz, PLLC | D.S.C. |