UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| BRANDON ADKINS<br>Civil Action No.: 7:20cv00012-MCR-GRJ | |
| CHARLES JOHNSON<br>Civil Action No.: 7:20cv54706-MCR-GRJ | |
| JACOB SAYRE<br>Civil Action No.: 7:20cv48946-MCR-GRJ | |
| RYNE THOMAS<br>Civil Action No.: 7:20cv49130-MCR-GRJ | |
| DAX WALLACE<br>Civil Action No.: 7:20cv49224-MCR-GRJ | |
| WILLIAM KAISER<br>Civil Action No.: 7:20cv49295-MCR-GRJ | |
| DANIEL ABENS<br>Civil Action No.: 7:20cv52017-MCR-GRJ | |
| CHRISTOPHER ALBERTSON<br>Civil Action No.: 7:20cv52063-MCR-GRJ | |
| JEFFERY BOGGS<br>Civil Action No.: 7:20cv52293-MCR-GRJ | |
| DAVID COMBS<br>Civil Action No.: 7:20cv53187-MCR-GRJ | |
| DEXTER MCDUFFIE<br>Civil Action No.: 7:20cv55789-MCR-GRJ | |

| |
|---|
| BRIAN WHITAKER <br> Civil Action No.: 7:20cv49276-MCR-GRJ <br><br> COREAN PEARSON-MURRAY <br> Civil Action No.: 7:20cv56069-MCR-GRJ <br><br> DWAYNE KIMMEL <br> Civil Action No.: 7:20cv55559-MCR-GRJ <br><br> JONATHAN FILOMENO <br> Civil Action No.: 7:21cv29530-MCR-GRJ <br><br> JEREMIAH JONES <br> Civil Action No.: 7:21cv32385-MCR-GRJ <br><br> CANDICE LIMA <br> Civil Action No.: 7:20cv75664-MCR-GRJ <br><br> THOMAS MILLER <br> Civil Action No.: 7:20cv00440-MCR-GRJ <br><br> KYLE STOLZ <br> Civil Action No.: 7:21cv33871-MCR-GRJ <br><br> ADAM STRADER <br> Civil Action No.: 7:20cv49076-MCR-GRJ |

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(b) AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Katie Caminati from the law firm Bailey Cowan Heckaman PLLC hereby withdraws as attorney of record for Plaintiffs in the above referenced multi-district litigation and individual cases, and should be removed from the docket and electronic service list accordingly. As required by

2

Local Rule 11.1(H)(1)(b), Plaintiffs consent to this withdrawal, and the withdrawal will leave Plaintiffs with counsel of record who will continue in the case.

Dated: May 30, 2023              Respectfully submitted,

                                          **BAILEY COWAN HECKAMAN PLLC**

                                          */s/ Katie Caminati*
                                          Katie Caminati
                                          Texas Bar No. 24098079
                                          Four Oaks Place
                                          1360 Post Oak Blvd., Suite 2300
                                          Houston, TX  77056
                                          713-425-7100 Telephone
                                          713-425-7101 Facsimile
                                          kcaminati@bchlaw.com

                                          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the court's CM/ECF system.

                                          */s/ Katie Caminati*
                                          *Katie Caminati*