# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **May 25-26, 2023**
Case No.: **3:19md2885**

**This Document Relates to All Cases**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

---

**DOCKET ENTRY: Mediation -** Attendance of parties and counsel in person. Mediation did not result in a settlement, but progress was made, and negotiations continue.

---

**PRESENT:**

| Honorable **M. Casey Rodgers** | Jake Barnes | Barbara Rogers | |
|---|---|---|---|
| **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |

---

**APPEARANCES:**

Court-Appointed Mediators: Special Master Judge David Herndon (ret.), Judge Hope T. Cannon, Judge Jeffrey Keyes, Randi Ellis

Plaintiffs: Bryan Aylstock, Justin Witkin, Aylstock, Witkin, Kreis & Overholtz
Thomas "Tom" Pirtle, Laminack, Pirtle & Martines
Christopher "Chris" Seeger, Seeger Weiss
Clayton Clark, Michael "Mike" Moreland, Clark, Love & Hutson
Ernest "Ernie" Cory, Cory Watson
Mikel Watts, Watts Guerra
Eric Winston, Quinn Emanuel Urquhart & Sullivan
Rick Paul, Paul LLP
Daniel "Dan" Gustafson, Gustafson Gluek

Defendant: Michael F. Roman, Chairman & CEO, Kevin Rhodes, EVP & General Counsel, Courtney Enloe, SVP & Chief Litigation Counsel, 3M Company
Thomas "Tom" J. Perrelli, Jenner & Block
Michael C. Andolina, White & Case

**PROCEEDINGS:**

| | |
|---|---|
| 9:01 am | Court in Session |
| | Court's opening remarks |
| 9:10 | Mediation begins |
| 6:30 pm | Parties released, mediation to continue Friday, 5/26/23 |

**Friday, 5/26/23     Mediation Continues (Day 2)**

| | |
|---|---|
| 8:30 am | Mediation resumes |
| 5:30 pm | Mediation did not result in a settlement, but progress was made, and negotiations continue. |