Eric E. Holm
HOLM LAW FIRM, PLLC
115 N. Broadway, Ste. 304
P.O. Box 3094
Billings, MT 59103
Phone: (406) 252-2900
Fax: (406) 794-0802
Email: eric@holm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **In re: 3M Combat Arms Earplug Products Liability Litigation** ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| ) ) ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |
| This Document Relates to:<br>*West, 3:20-cv-05182-MCR-GRJ* ) ) ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT**
**TO LOCAL RULE 11.1(H)(1)(b) AND REQUEST FOR**
**REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Eric E. Holm of Holm Law Firm, PLLC, hereby withdraws as attorney of record for Plaintiff Mitchell West in the above-referenced multi-district litigation and individual cases, and should be removed from the docket and electronic service list accordingly.  As required by Local Rule 11.1(H)(1)(b), Plaintiff consents to this withdrawal, and the withdrawal will leave Plaintiff with counsel of record who will continue in the case.

Dated this 31st day of May, 2023.

1

By: /s/ Eric E. Holm
Eric E. Holm
HOLM LAW FIRM, PLLC
115 N. Broadway, Ste. 304
P.O. Box 3094
Billings, MT 59101
Phone: (406) 252-2900
Fax: (406) 794-0802
Email: eric@holm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on May 31, 2023, and served electronically on all counsel of record.

Dated this 31st day of May, 2023.

By: /s/ Eric E. Holm
Eric E. Holm
HOLM LAW FIRM, PLLC
115 N. Broadway, Ste. 304
P.O. Box 3094
Billings, MT 59103
Phone: (406) 252-2900
Fax: (406) 794-0802
Email: eric@holm-law.com
