UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § | Case No. 3:19-md-2885 |
| This Document Relates to: | § § | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| JOHN THOMAS HAYS,<br>    *Plaintiff*, | § § § | MASTER SHORT FORM |
| V. | § § § | COMPLAINT AND<br>JURY TRIAL DEMAND |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br>    *Defendants.* | § § § § § § | Civil Action No. _____ |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, **JOHN THOMAS HAYS**, incorporates by reference the Master Long Form Complaint and Jury trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 3, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 9 and 10 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 11 and 12 or an additional sheet attached hereto.

Plaintiff further alleges as follows:

**I.    DEFENDANTS**

1. Plaintiff names the following Defendants in this action:

        __X__          3M Company

|      X       | 3M Occupational Safety LLC |
|      X       | Aearo Holding LLC |
|      X       | Aearo Intermediate LLC |
|      X       | Aearo LLC |
|      X       | Aearo Technologies LLC |

## II. PLAINTIFF

2. Name of Plaintiff:

   JOHN THOMAS HAYS

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

   MARY HAYS

4. State of residence of Plaintiff:

   VIRGINIA

## III. JURISDICTION

5. Basis for jurisdiction (diversity of citizenship or other):

   DIVERSITY; EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

6. Plaintiff used the Dual-Ended Combat Arms Earplug:

   |   X   | Yes |
   |       | No  |

## V. INJURIES

7. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

   |   X   | Hearing Loss |
   |   X   | Sequelae to hearing loss |

    _____    Other  _____

**VI.**    **<u>CAUSES OF ACTION</u>**

8. Plaintiff adopts in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    __X__    Count I – Design Defect - Negligence

    __X__    Count II – Design Defect – Strict Liability

    __X__    Count III – Failure to Warn - Negligence

    __X__    Count IV – Failure to Warn – Strict Liability

    __X__    Count V – Breach of Express Warranty

    __X__    Count VI – Breach of Implied Warranty

    __X__    Count VII – Negligent Misrepresentation

    __X__    Count VIII – Fraudulent Misrepresentation

    __X__    Count IX – Fraudulent Concealment

    __X__    Count X – Fraud and Deceit

    __X__    Count XI – Gross Negligence

    __X__    Count XII – Negligence Per Se

    __X__    Count XIII – Consumer Fraud and/or Unfair Trade Practices

    __X__    Count XIV – Loss of Consortium

    __X__    Count XV – Unjust Enrichment

    __X__    Count XVI – Punitive Damages

    _____    Count XVII – Other  _____

9. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 9, the facts supporting these allegations must be pleaded.  Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

    NONE.

10. Plaintiff contends that additional parties may be liable or responsible for Plaintiff's damages alleged herein.  Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

    N/A.

11. Plaintiff asserts the following additional claims and factual allegations against other Defendants named in Paragraph 11:

    NONE.

WHEREFORE, Plaintiff, **JOHN THOMAS HAYS**, prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff may be entitled.

Dated:  May 31, 2023                     Respectfully submitted,

                                         **THE SHELTON LAW FIRM**

                                         By:  */s/ Michael E. Shelton*
                                              Michael E. Shelton
                                              State Bar No. 18208500
                                              mshelton@shelton.law.pro
                                              10000 Memorial Drive, Suite 100-L
                                              Houston, Texas 77024
                                              (713) 807-0700
                                              (713) 400-4086 (Fax)

                                         ***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel via CM/ECF electronic service on this **31st** day of **May, 2023**.

              */s/ Michael E. Shelton*
              MICHAEL E. SHELTON