**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 385702 | Watkins, Joseph | Babin Law, LLC | 3:23-cv-03568 |
| 2. | 385709 | White, Fred | Babin Law, LLC | 3:23-cv-03558 |
| 3. | 381432 | Abrojena, Kimo Kahele | Cory Watson | 3:23-cv-02767 |
| 4. | 381288 | Adams, Charles Raymone | Cory Watson | 3:23-cv-02617 |
| 5. | 380974 | Adams, Lance Joseph | Cory Watson | 3:23-cv-02770 |
| 6. | 380760 | Adams, Tyree Joshua | Cory Watson | 3:23-cv-03259 |
| 7. | 381015 | Adcock, Aaron Wayne | Cory Watson | 3:23-cv-02774 |
| 8. | 380740 | Ahn, John Jeonghoon | Cory Watson | 3:23-cv-02708 |
| 9. | 381239 | Alban, Freddy Alexander | Cory Watson | 3:23-cv-02720 |
| 10. | 380543 | Alfredsen, Eric Michael | Cory Watson | 3:23-cv-02777 |
| 11. | 381303 | Allan, Mark Justin | Cory Watson | 3:23-cv-02780 |
| 12. | 381138 | Alvidrez, Wenona | Cory Watson | 3:23-cv-02782 |
| 13. | 380750 | Ambielli, Shawn Thomas | Cory Watson | 3:23-cv-02929 |
| 14. | 381375 | Anderson, Jameson Edward | Cory Watson | 3:23-cv-02786 |
| 15. | 380970 | Anderson, John Robert | Cory Watson | 3:23-cv-02788 |
| 16. | 381395 | Armstrong, Ryan Carl | Cory Watson | 3:23-cv-02791 |
| 17. | 381374 | Armstrong, Timeka Juanita | Cory Watson | 3:23-cv-02804 |
| 18. | 381438 | Asberry, Ebony Dawn | Cory Watson | 3:23-cv-02814 |
| 19. | 381087 | Ashing, James Charles | Cory Watson | 3:23-cv-02816 |
| 20. | 381531 | Atkins, Darrell Desharod | Cory Watson | 3:23-cv-02821 |
| 21. | 381376 | Atkinson, Ryan Thomas | Cory Watson | 3:23-cv-02824 |
| 22. | 381089 | Avalos, Robert Valentino | Cory Watson | 3:23-cv-02827 |
| 23. | 381478 | Bailey, Lloyd | Cory Watson | 3:23-cv-02830 |
| 24. | 381510 | Baker, Allen Marshall | Cory Watson | 3:23-cv-02801 |
| 25. | 381083 | Balashov, Jan | Cory Watson | 3:23-cv-02937 |
| 26. | 380772 | Bamburg, Sara Renee | Cory Watson | 3:23-cv-03537 |
| 27. | 380971 | Banks, Shane Brandon | Cory Watson | 3:23-cv-02940 |
| 28. | 381084 | Barrington, Kyle Edward | Cory Watson | 3:23-cv-02941 |
| 29. | 381119 | Battle, Jeremy | Cory Watson | 3:23-cv-02944 |
| 30. | 381656 | Baucom, Matthew R | Cory Watson | 3:23-cv-03911 |
| 31. | 381149 | Bautista, Matthew | Cory Watson | 3:23-cv-02947 |
| 32. | 381679 | Bayer, Ernesto Joseph | Cory Watson | 3:23-cv-02932 |

## **Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 33. | 380534 | Bennett, Stephen James | Cory Watson | 3:23-cv-02948 |
| 34. | 381120 | Bennett, Travis | Cory Watson | 3:23-cv-02950 |
| 35. | 380586 | Bertrand, Boucheau | Cory Watson | 3:23-cv-03208 |
| 36. | 381063 | Besner, Brenden | Cory Watson | 3:23-cv-02954 |
| 37. | 380987 | Betts, Dylan Maxwell | Cory Watson | 3:23-cv-02957 |
| 38. | 381386 | Binder, Justin Lee | Cory Watson | 3:23-cv-02963 |
| 39. | 381142 | Bing, Rannell | Cory Watson | 3:23-cv-02964 |
| 40. | 381378 | Black, Christopher David | Cory Watson | 3:23-cv-02967 |
| 41. | 381003 | Blanton, Nathaniel Stephen | Cory Watson | 3:23-cv-03527 |
| 42. | 380729 | Bleidorn Piper, Benjamin | Cory Watson | 3:23-cv-02577 |
| 43. | 381114 | Blue, Justin | Cory Watson | 3:23-cv-02969 |
| 44. | 381424 | Blunt, Mark Allen | Cory Watson | 3:23-cv-02972 |
| 45. | 380881 | Boeckman, Jessica | Cory Watson | 3:23-cv-02973 |
| 46. | 381397 | Bond, Michael Nelson | Cory Watson | 3:23-cv-02986 |
| 47. | 380948 | Bonner, Matthew Austin | Cory Watson | 3:23-cv-02988 |
| 48. | 380785 | Bordnet, Tyler | Cory Watson | 3:23-cv-03930 |
| 49. | 381066 | Boren, Oakley | Cory Watson | 3:23-cv-02990 |
| 50. | 381088 | Boucher, David Francis | Cory Watson | 3:23-cv-02994 |
| 51. | 381146 | Bourdeau, Brian | Cory Watson | 3:23-cv-02995 |
| 52. | 381568 | Boutwell, Larry | Cory Watson | 3:23-cv-03111 |
| 53. | 380592 | Bowling, Mark Everett | Cory Watson | 3:23-cv-03570 |
| 54. | 381678 | Boyd, Marcus Earl | Cory Watson | 3:23-cv-04090 |
| 55. | 380590 | Bradley, Ethan James | Cory Watson | 3:23-cv-03397 |
| 56. | 381312 | Brammer, Matthew David | Cory Watson | 3:23-cv-03116 |
| 57. | 380997 | Branch, Audrey Jean | Cory Watson | 3:23-cv-02650 |
| 58. | 381443 | Bravo-Lopez, Glomani | Cory Watson | 3:23-cv-03118 |
| 59. | 380960 | Brien, David Charles | Cory Watson | 3:23-cv-03119 |
| 60. | 381110 | Bright, Scott | Cory Watson | 3:23-cv-03122 |
| 61. | 380559 | Brown, Christian | Cory Watson | 3:23-cv-03125 |
| 62. | 380963 | Brown, Damarous Lamar | Cory Watson | 3:23-cv-03127 |
| 63. | 381069 | Brown, Darrin | Cory Watson | 3:23-cv-03129 |
| 64. | 380803 | Brown, Ebony Jean | Cory Watson | 3:23-cv-04028 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 65. | 380730 | Brown, Edward Lanis | Cory Watson | 3:23-cv-02581 |
| 66. | 381457 | Brown, Joshua | Cory Watson | 3:23-cv-03131 |
| 67. | 381422 | Brown, Lee | Cory Watson | 3:23-cv-03181 |
| 68. | 380595 | Brown, Michael Allen | Cory Watson | 3:23-cv-03907 |
| 69. | 381170 | Brown, Ykeisha Renee | Cory Watson | 3:23-cv-03950 |
| 70. | 381042 | Bryden, Scott Alan | Cory Watson | 3:23-cv-03155 |
| 71. | 381460 | Buchan, Christopher | Cory Watson | 3:23-cv-03159 |
| 72. | 380792 | Buchmelder, Alexandru | Cory Watson | 3:23-cv-04034 |
| 73. | 380776 | Buell, Eric Norman | Cory Watson | 3:23-cv-03897 |
| 74. | 381573 | Buie, Robert | Cory Watson | 3:23-cv-03170 |
| 75. | 380914 | Bullock, Steven Ryan | Cory Watson | 3:23-cv-03171 |
| 76. | 381604 | Bunker, Tresor | Cory Watson | 3:23-cv-02939 |
| 77. | 380975 | Burns, Brian Scott | Cory Watson | 3:23-cv-03174 |
| 78. | 381137 | Buro, Vincent | Cory Watson | 3:23-cv-03177 |
| 79. | 381392 | Burris, David Ray | Cory Watson | 3:23-cv-03179 |
| 80. | 380596 | Busalacchi, Jennifer Lee | Cory Watson | 3:23-cv-03923 |
| 81. | 381052 | Bush, Elton Edward | Cory Watson | 3:23-cv-03187 |
| 82. | 381481 | Butler, Clint | Cory Watson | 3:23-cv-03312 |
| 83. | 381671 | Caldera, Ricardo Ragsdale | Cory Watson | 3:23-cv-03315 |
| 84. | 381010 | Calhoun, Michael | Cory Watson | 3:23-cv-03318 |
| 85. | 381623 | Calles Gonzales, Hector Francisco | Cory Watson | 3:23-cv-03321 |
| 86. | 381409 | Campa, Esteban | Cory Watson | 3:23-cv-03325 |
| 87. | 381523 | Campbell, Michael Gene | Cory Watson | 3:23-cv-03340 |
| 88. | 381334 | Campbell, Steven Anthony | Cory Watson | 3:23-cv-03341 |
| 89. | 381393 | Canada, William Anthony | Cory Watson | 3:23-cv-03358 |
| 90. | 381291 | Canela, Pedro Luis | Cory Watson | 3:23-cv-02626 |
| 91. | 381310 | Capellan Vargas, Mariano Arna | Cory Watson | 3:23-cv-03360 |
| 92. | 381108 | Carlson, Steven Michael | Cory Watson | 3:23-cv-03363 |
| 93. | 381117 | Carroll, Matthew | Cory Watson | 3:23-cv-03382 |
| 94. | 381549 | Carter, Darontae Jharrelle | Cory Watson | 3:23-cv-03383 |
| 95. | 381651 | Carter, David Alan | Cory Watson | 3:23-cv-03915 |
| 96. | 381049 | Carter, Derrick Alexander | Cory Watson | 3:23-cv-03385 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 97. | 381329 | Cerven, Robert Paul | Cory Watson | 3:23-cv-03388 |
| 98. | 380759 | Chambers, Dagan Michael | Cory Watson | 3:23-cv-03095 |
| 99. | 380535 | Chandler, Christopher Joseph | Cory Watson | 3:23-cv-03390 |
| 100. | 381494 | Chapman, Mark Anthony | Cory Watson | 3:23-cv-03391 |
| 101. | 380981 | Charfauros, Delilah Darlene | Cory Watson | 3:23-cv-03393 |
| 102. | 380773 | Chartrand, Jason Douglas | Cory Watson | 3:23-cv-03899 |
| 103. | 381612 | Chess, Alan Keith | Cory Watson | 3:23-cv-04024 |
| 104. | 381496 | Childs, Darren L | Cory Watson | 3:23-cv-03395 |
| 105. | 381095 | Churchwell-Denman, Cade Bryce | Cory Watson | 3:23-cv-03398 |
| 106. | 380763 | Clark, Andrew Ian | Cory Watson | 3:23-cv-03263 |
| 107. | 381327 | Clark, Hector Ernesto | Cory Watson | 3:23-cv-03455 |
| 108. | 380985 | Clark, Herbert Daniel | Cory Watson | 3:23-cv-03459 |
| 109. | 381437 | Clark, Michael P | Cory Watson | 3:23-cv-03461 |
| 110. | 380967 | Clarke, Christopher Williams | Cory Watson | 3:23-cv-03462 |
| 111. | 381047 | Clifford, Nathan George | Cory Watson | 3:23-cv-03472 |
| 112. | 380962 | Coats, Keita | Cory Watson | 3:23-cv-03476 |
| 113. | 381408 | Cochran, Chad Duane | Cory Watson | 3:23-cv-03478 |
| 114. | 381426 | Cochran, Evan Maxwell | Cory Watson | 3:23-cv-03483 |
| 115. | 380977 | Coleman, Corey Jerome | Cory Watson | 3:23-cv-03488 |
| 116. | 381320 | Collins, Hiram Eugene | Cory Watson | 3:23-cv-03490 |
| 117. | 380944 | Collins-Engle, Colby Dillon | Cory Watson | 3:23-cv-03785 |
| 118. | 380895 | Colton, Matthew Paul | Cory Watson | 3:23-cv-02627 |
| 119. | 380793 | Conklin, Ryan Michael | Cory Watson | 3:23-cv-04042 |
| 120. | 380899 | Conley, Ryan Patrick | Cory Watson | 3:23-cv-02629 |
| 121. | 381132 | Conner, Brandon | Cory Watson | 3:23-cv-03492 |
| 122. | 380779 | Conyers, Keith | Cory Watson | 3:23-cv-03901 |
| 123. | 381150 | Cordova, Arturo | Cory Watson | 3:23-cv-03493 |
| 124. | 380560 | Corpuz, Macarius | Cory Watson | 3:23-cv-03496 |
| 125. | 381040 | Cortez Contreras, Juan Hernan | Cory Watson | 3:23-cv-03499 |
| 126. | 380744 | Council, Clint Matthew | Cory Watson | 3:23-cv-02719 |
| 127. | 381297 | Cox, Perry Lee | Cory Watson | 3:23-cv-03523 |
| 128. | 381665 | Crawford, Charles | Cory Watson | 3:23-cv-03533 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 129. | 380897 | Crawford, Michael George | Cory Watson | 3:23-cv-02624 |
| 130. | 381700 | Crimmins, James H | Cory Watson | 3:23-cv-04150 |
| 131. | 381309 | Crissie, Nicholas Richard | Cory Watson | 3:23-cv-03600 |
| 132. | 380905 | Crochet, Micheal Scott | Cory Watson | 3:23-cv-03601 |
| 133. | 381244 | Cruz, Michael Allen | Cory Watson | 3:23-cv-02942 |
| 134. | 381607 | Curry, Cosmo Milton | Cory Watson | 3:23-cv-03291 |
| 135. | 381653 | Darden, John Michael | Cory Watson | 3:23-cv-03293 |
| 136. | 381043 | David, Jonathon Ray | Cory Watson | 3:23-cv-04378 |
| 137. | 381154 | Davis, Colton | Cory Watson | 3:23-cv-04381 |
| 138. | 381609 | Davis, Jerome Douglas | Cory Watson | 3:23-cv-03909 |
| 139. | 380789 | Defoor, Robin Douglas | Cory Watson | 3:23-cv-04022 |
| 140. | 380898 | Dehaan, Brandon Philip | Cory Watson | 3:23-cv-02637 |
| 141. | 381384 | Dejohn, Dominic Joseph | Cory Watson | 3:23-cv-04382 |
| 142. | 381655 | Della Cruz, Steven Sean | Cory Watson | 3:23-cv-02641 |
| 143. | 381243 | Demerath, Michael Anthony | Cory Watson | 3:23-cv-02935 |
| 144. | 380885 | Demery, Todd | Cory Watson | 3:23-cv-02610 |
| 145. | 381238 | Dennery, Richard Garby | Cory Watson | 3:23-cv-02715 |
| 146. | 381254 | Deweirdt, Connor Glenn | Cory Watson | 3:23-cv-03265 |
| 147. | 381061 | Diaz, Manuel J | Cory Watson | 3:23-cv-04383 |
| 148. | 380933 | Diaz, Nicolas Jordan | Cory Watson | 3:23-cv-03602 |
| 149. | 380795 | Dickens, Toney Lee | Cory Watson | 3:23-cv-04031 |
| 150. | 381059 | Dillard, Michael Justin | Cory Watson | 3:23-cv-04384 |
| 151. | 380904 | Doom, Ziggy Duan | Cory Watson | 3:23-cv-03606 |
| 152. | 381326 | Downs, Kiersten Heide | Cory Watson | 3:23-cv-03610 |
| 153. | 381611 | Dragocastano, Jhon Alexander | Cory Watson | 3:23-cv-04020 |
| 154. | 380745 | Dunne, Russell Oscar | Cory Watson | 3:23-cv-02723 |
| 155. | 381643 | Echeverry, Hernando | Cory Watson | 3:23-cv-03296 |
| 156. | 381654 | Eckl, Thomas George | Cory Watson | 3:23-cv-02915 |
| 157. | 381156 | Eckmeyer, Steven | Cory Watson | 3:23-cv-04386 |
| 158. | 380942 | Eilets, Daniel Julius | Cory Watson | 3:23-cv-03611 |
| 159. | 381463 | Espinal, Joaquin | Cory Watson | 3:23-cv-04395 |
| 160. | 380541 | Evans, Richard D | Cory Watson | 3:23-cv-04412 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 161. | 380919 | Evans, Robert Carl | Cory Watson | 3:23-cv-03613 |
| 162. | 380756 | Fagbenro, Abey Abayomi | Cory Watson | 3:23-cv-03105 |
| 163. | 380908 | Feigert, William J | Cory Watson | 3:23-cv-03615 |
| 164. | 381298 | Fengler, Ryan Patrick | Cory Watson | 3:23-cv-03617 |
| 165. | 380743 | Figgs, Marco Xavier | Cory Watson | 3:23-cv-02712 |
| 166. | 380978 | Foster, Eliezer | Cory Watson | 3:23-cv-04063 |
| 167. | 380734 | Foster, Ethan Parrish | Cory Watson | 3:23-cv-02611 |
| 168. | 380778 | Fraley, Jennifer Nicole | Cory Watson | 3:23-cv-03900 |
| 169. | 381411 | Francisco, Jason | Cory Watson | 3:23-cv-04091 |
| 170. | 381390 | Froisness, Justin David | Cory Watson | 3:23-cv-04092 |
| 171. | 381544 | Gamblin, Andrew | Cory Watson | 3:23-cv-04093 |
| 172. | 380965 | Garrow, Francis Robert | Cory Watson | 3:23-cv-03789 |
| 173. | 380980 | Gaudet, Ronald Joseph | Cory Watson | 3:23-cv-03799 |
| 174. | 381659 | Generali, William Anthony | Cory Watson | 3:23-cv-02647 |
| 175. | 380992 | Gentry, David Lynn | Cory Watson | 3:23-cv-02644 |
| 176. | 380936 | Ghant-Stone, Deneisha Lashon | Cory Watson | 3:23-cv-03800 |
| 177. | 381037 | Gilberti, Anthony James | Cory Watson | 3:23-cv-04094 |
| 178. | 380561 | Gillis, Joshua | Cory Watson | 3:23-cv-04095 |
| 179. | 381591 | Gilman, Scott Christopher | Cory Watson | 3:23-cv-04018 |
| 180. | 380768 | Glanton, Javarre Ramal | Cory Watson | 3:23-cv-03394 |
| 181. | 380736 | Gomez, Juilo Danny | Cory Watson | 3:23-cv-02628 |
| 182. | 380966 | Gonzales, Carl James | Cory Watson | 3:23-cv-03658 |
| 183. | 380900 | Gonzalez, Jose Francisco | Cory Watson | 3:23-cv-03666 |
| 184. | 381188 | Gonzalez-Bula, Jose Angel | Cory Watson | 3:23-cv-03669 |
| 185. | 380947 | Gooding, Omar Rogelio | Cory Watson | 3:23-cv-03671 |
| 186. | 381255 | Gordillo, Alex Joel | Cory Watson | 3:23-cv-03562 |
| 187. | 381053 | Gouveia, Jesse John | Cory Watson | 3:23-cv-04097 |
| 188. | 380951 | Govro, James Theodore | Cory Watson | 3:23-cv-03673 |
| 189. | 381027 | Graham, Daren Legette | Cory Watson | 3:23-cv-04098 |
| 190. | 380742 | Grant, Andrew Jose | Cory Watson | 3:23-cv-02711 |
| 191. | 381388 | Gray, Joshua James | Cory Watson | 3:23-cv-04100 |
| 192. | 380597 | Green, James Wilhelm | Cory Watson | 3:23-cv-03945 |

## **Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 193. | 380755 | Gronock, Robert James | Cory Watson | 3:23-cv-03097 |
| 194. | 381171 | Grosse, Luis A | Cory Watson | 3:23-cv-04032 |
| 195. | 381527 | Gryniewski, Courtney | Cory Watson | 3:23-cv-04101 |
| 196. | 381559 | Guerrero, Alberto Martin | Cory Watson | 3:23-cv-04103 |
| 197. | 380957 | Gulick, Jose Angel | Cory Watson | 3:23-cv-03674 |
| 198. | 380737 | Guzman, Cindy Cecilia | Cory Watson | 3:23-cv-02706 |
| 199. | 380939 | Hall, Ashley S | Cory Watson | 3:23-cv-03675 |
| 200. | 381521 | Hall, Dustin | Cory Watson | 3:23-cv-04104 |
| 201. | 381464 | Hall, Ronald | Cory Watson | 3:23-cv-04106 |
| 202. | 381041 | Hamm, Troy Michael | Cory Watson | 3:23-cv-04107 |
| 203. | 381669 | Handler, Anthony Jermaine | Cory Watson | 3:23-cv-03677 |
| 204. | 381465 | Harris, Shaquor | Cory Watson | 3:23-cv-04108 |
| 205. | 381436 | Harrison, Kejuan Leonardas | Cory Watson | 3:23-cv-04110 |
| 206. | 380600 | Harrison, Laquanda Fanae | Cory Watson | 3:23-cv-04008 |
| 207. | 381079 | Harvey, Anthony Dewayne | Cory Watson | 3:23-cv-04111 |
| 208. | 381332 | Haskins, Alfonso Ricky | Cory Watson | 3:23-cv-03803 |
| 209. | 381667 | Haupt, Michael Brian | Cory Watson | 3:23-cv-03804 |
| 210. | 381048 | Hayes, Johnathon Stuart | Cory Watson | 3:23-cv-04113 |
| 211. | 380953 | Hayes, Patrick | Cory Watson | 3:23-cv-03806 |
| 212. | 380945 | Hebert, Phillip Andrew | Cory Watson | 3:23-cv-03813 |
| 213. | 380764 | Henderson, Joseph James | Cory Watson | 3:23-cv-03384 |
| 214. | 381158 | Henriquez, Ramon Alexander | Cory Watson | 3:23-cv-03816 |
| 215. | 381445 | Henry, Michael | Cory Watson | 3:23-cv-04114 |
| 216. | 380911 | Hernandez, Daniel Jose | Cory Watson | 3:23-cv-03910 |
| 217. | 380968 | Hernandez, Gonzalez Israel | Cory Watson | 3:23-cv-03913 |
| 218. | 380984 | Herring, Charles Scott | Cory Watson | 3:23-cv-03914 |
| 219. | 381307 | Hicks, Matthew Enoch | Cory Watson | 3:23-cv-03841 |
| 220. | 381347 | Hill, Andrew Christovale | Cory Watson | 3:23-cv-03839 |
| 221. | 381325 | Hill, Jasmin Joan | Cory Watson | 3:23-cv-03916 |
| 222. | 380903 | Hillard, Andre | Cory Watson | 3:23-cv-03918 |
| 223. | 380922 | Hodge, Thomas | Cory Watson | 3:23-cv-03937 |
| 224. | 380797 | Hogan, Robert Patrick | Cory Watson | 3:23-cv-04035 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 225. | 380996 | Holloway, Kenneth Andrew | Cory Watson | 3:23-cv-02649 |
| 226. | 380935 | Hopkins, Allen Break | Cory Watson | 3:23-cv-03938 |
| 227. | 380943 | Hoyos, Chaparro Alvaro | Cory Watson | 3:23-cv-03939 |
| 228. | 380762 | Hudock, Daniel Paulk | Cory Watson | 3:23-cv-03285 |
| 229. | 380783 | Hudson, Joshua Daniel | Cory Watson | 3:23-cv-03922 |
| 230. | 380915 | Huffman, William Kyle | Cory Watson | 3:23-cv-03940 |
| 231. | 381252 | Hullett, Stephen Cooper | Cory Watson | 3:23-cv-03258 |
| 232. | 380927 | Hunter, Michael Stephen | Cory Watson | 3:23-cv-03942 |
| 233. | 380912 | Ivy, Brennen Peter | Cory Watson | 3:23-cv-03959 |
| 234. | 381646 | Jackson, Rodney Orlando | Cory Watson | 3:23-cv-03529 |
| 235. | 381002 | Jacobs-Ponton, Richard Blake | Cory Watson | 3:23-cv-03298 |
| 236. | 380786 | Jessie, Marlyn Conell | Cory Watson | 3:23-cv-03933 |
| 237. | 380859 | Johnson, Warren Avery | Cory Watson | 3:23-cv-03991 |
| 238. | 380732 | Johnston, Jason Walter | Cory Watson | 3:23-cv-02604 |
| 239. | 380882 | Jones, Derek | Cory Watson | 3:23-cv-03992 |
| 240. | 381626 | Jones, Jamerson Deon | Cory Watson | 3:23-cv-03958 |
| 241. | 381608 | Jones, Kevin Jamon | Cory Watson | 3:23-cv-03365 |
| 242. | 380733 | Jordan, Victoria Lynn | Cory Watson | 3:23-cv-02594 |
| 243. | 380964 | Joseph, Nicodeme | Cory Watson | 3:23-cv-03961 |
| 244. | 381319 | Josey, Marvin Glenn | Cory Watson | 3:23-cv-03957 |
| 245. | 381666 | Kazarian, Nickolas Martin | Cory Watson | 3:23-cv-03962 |
| 246. | 380748 | Keeter, Christopher Lee | Cory Watson | 3:23-cv-02920 |
| 247. | 380787 | Kelley, Aaron Bruce | Cory Watson | 3:23-cv-03934 |
| 248. | 380584 | Kille, James Theodore | Cory Watson | 3:23-cv-02587 |
| 249. | 381590 | Klingman, Hillary Jean | Cory Watson | 3:23-cv-03281 |
| 250. | 380747 | Landon, Austin James | Cory Watson | 3:23-cv-02922 |
| 251. | 380591 | Lane, Jason Donnay | Cory Watson | 3:23-cv-03607 |
| 252. | 381341 | Lane, Rodney Ramond | Cory Watson | 3:23-cv-03994 |
| 253. | 380796 | Lashley, Gary Michael | Cory Watson | 3:23-cv-04036 |
| 254. | 381336 | Lea, Troy Bryant | Cory Watson | 3:23-cv-03995 |
| 255. | 381299 | Lee, Donghak | Cory Watson | 3:23-cv-03997 |
| 256. | 380798 | Lee, Paul Grant | Cory Watson | 3:23-cv-04027 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 257. | 380907 | Leighton, Travis | Cory Watson | 3:23-cv-03998 |
| 258. | 380784 | Leung, Ivan | Cory Watson | 3:23-cv-03941 |
| 259. | 380923 | Lewis, Chyla Nebree | Cory Watson | 3:23-cv-04000 |
| 260. | 381337 | Liddy, Matthew John | Cory Watson | 3:23-cv-04001 |
| 261. | 380896 | Limas, Gregory Andrew | Cory Watson | 3:23-cv-02634 |
| 262. | 380954 | Lister, Mark Anthony | Cory Watson | 3:23-cv-04004 |
| 263. | 380946 | Little, Eric Cornelius | Cory Watson | 3:23-cv-04007 |
| 264. | 381151 | Lopez, Antonio | Cory Watson | 3:23-cv-04500 |
| 265. | 380973 | Lopez, Brian Jack | Cory Watson | 3:23-cv-04012 |
| 266. | 380746 | Lopez, Joey Osvaldo | Cory Watson | 3:23-cv-02721 |
| 267. | 381335 | Love, Horace Lee | Cory Watson | 3:23-cv-04015 |
| 268. | 381295 | Lowe, Jared Reed | Cory Watson | 3:23-cv-04023 |
| 269. | 380916 | Lumpkin, Jason Myers | Cory Watson | 3:23-cv-04026 |
| 270. | 380956 | Malonzo, Mark Leroy | Cory Watson | 3:23-cv-04029 |
| 271. | 380741 | Manibusan, Melvyn Matthew | Cory Watson | 3:23-cv-02705 |
| 272. | 380749 | Mann, James Thomas | Cory Watson | 3:23-cv-02925 |
| 273. | 380928 | Manning, Jason Ray | Cory Watson | 3:23-cv-04065 |
| 274. | 381610 | Marshall, Jared Burton | Cory Watson | 3:23-cv-04011 |
| 275. | 381324 | Martin, Russell | Cory Watson | 3:23-cv-04070 |
| 276. | 381141 | Martinez, Elijah | Cory Watson | 3:23-cv-04505 |
| 277. | 381601 | Mass, Ande Clark | Cory Watson | 3:23-cv-02662 |
| 278. | 380751 | Matias, Juana D | Cory Watson | 3:23-cv-02936 |
| 279. | 381308 | Matthews, Darryl Costello | Cory Watson | 3:23-cv-04071 |
| 280. | 380950 | Mcdougle, Justin Larelle D. | Cory Watson | 3:23-cv-04073 |
| 281. | 380767 | Mclaughlin, Dustin Christopher | Cory Watson | 3:23-cv-03372 |
| 282. | 380794 | Mclendon, Taymiyah Khsama | Cory Watson | 3:23-cv-04043 |
| 283. | 380860 | Mcqueen, Julius Tyshon | Cory Watson | 3:23-cv-04074 |
| 284. | 380986 | Medina Zacarias, Juan Carlos | Cory Watson | 3:23-cv-04076 |
| 285. | 381652 | Mendoza, Jose Antonio | Cory Watson | 3:23-cv-04006 |
| 286. | 380770 | Mentier, David Edward | Cory Watson | 3:23-cv-03555 |
| 287. | 381316 | Mercado-Rios, Edgardo Jose | Cory Watson | 3:23-cv-04077 |
| 288. | 381249 | Metz, Ryan Marcellas | Cory Watson | 3:23-cv-03096 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 289. | 380766 | Monroe, Antoine Marice | Cory Watson | 3:23-cv-03370 |
| 290. | 381174 | Monroe, Nicholas Oren | Cory Watson | 3:23-cv-03920 |
| 291. | 380940 | Monterrosa, Ebony Vanessa | Cory Watson | 3:23-cv-04080 |
| 292. | 380924 | Montgomery, Tim Colin | Cory Watson | 3:23-cv-04081 |
| 293. | 380893 | Morgan, Cord Lee | Cory Watson | 3:23-cv-02620 |
| 294. | 380735 | Morgan, Nolan Shaw | Cory Watson | 3:23-cv-02636 |
| 295. | 380738 | Morgan, Shawn Michael | Cory Watson | 3:23-cv-02702 |
| 296. | 381313 | Morzella, Eric James | Cory Watson | 3:23-cv-04082 |
| 297. | 380753 | Mudge, Michael John | Cory Watson | 3:23-cv-02958 |
| 298. | 381444 | Muldoon, Richard | Cory Watson | 3:23-cv-04394 |
| 299. | 381289 | Mullis, Matthew Edward | Cory Watson | 3:23-cv-02640 |
| 300. | 381681 | Murphy, Cody Allen | Cory Watson | 3:23-cv-02933 |
| 301. | 381533 | Nares, Steven Daniel | Cory Watson | 3:23-cv-04483 |
| 302. | 380556 | Negron Vazquez, Carlomar Antonio | Cory Watson | 3:23-cv-04510 |
| 303. | 380925 | Newman, Wesley Ryan | Cory Watson | 3:23-cv-04084 |
| 304. | 381245 | Nixon, Eric Montae | Cory Watson | 3:23-cv-02953 |
| 305. | 380777 | Noble, Jacob Timothy | Cory Watson | 3:23-cv-03906 |
| 306. | 380901 | Nowak, Lauren Nicole | Cory Watson | 3:23-cv-04085 |
| 307. | 381401 | O'Brien-Wile, Geoffrey Charles | Cory Watson | 3:23-cv-04512 |
| 308. | 381642 | Owens, James Alexander | Cory Watson | 3:23-cv-03106 |
| 309. | 381246 | Ozuna, Christopher Anthony | Cory Watson | 3:23-cv-03093 |
| 310. | 380538 | Parker, Kendrick Dwayne | Cory Watson | 3:23-cv-04517 |
| 311. | 381603 | Parr, Jared Clifford | Cory Watson | 3:23-cv-02911 |
| 312. | 381582 | Paternostro, Robert | Cory Watson | 3:23-cv-04519 |
| 313. | 381004 | Patterson, Ronnie Earl | Cory Watson | 3:23-cv-03522 |
| 314. | 380894 | Paulson, Tyler | Cory Watson | 3:23-cv-02614 |
| 315. | 381680 | Peppers, Keven Wade | Cory Watson | 3:23-cv-02956 |
| 316. | 381143 | Pereira, Weslley | Cory Watson | 3:23-cv-04529 |
| 317. | 381292 | Peterson, Brian Corey | Cory Watson | 3:23-cv-02632 |
| 318. | 381247 | Phan, Andy Quattuan | Cory Watson | 3:23-cv-02946 |
| 319. | 380587 | Pinnock, Nicola Annamarie | Cory Watson | 3:23-cv-03279 |
| 320. | 381645 | Porter, Jeremy David | Cory Watson | 3:23-cv-03616 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 321. | 381235 | Prayon, Michael Edward Sterling | Cory Watson | 3:23-cv-02659 |
| 322. | 381416 | Reeves, Shaun Michael | Cory Watson | 3:23-cv-04530 |
| 323. | 380765 | Reyes, Adam | Cory Watson | 3:23-cv-03377 |
| 324. | 380790 | Rivas, Joshua Edward | Cory Watson | 3:23-cv-04019 |
| 325. | 381446 | Rivera, Alberto | Cory Watson | 3:23-cv-04531 |
| 326. | 380593 | Robertson, David Allen | Cory Watson | 3:23-cv-03564 |
| 327. | 381123 | Robinson, Chance | Cory Watson | 3:23-cv-04532 |
| 328. | 381462 | Robinson, Je'Von | Cory Watson | 3:23-cv-04533 |
| 329. | 381454 | Rogers, Jesse | Cory Watson | 3:23-cv-04534 |
| 330. | 381366 | Romero, Mathew Andrew | Cory Watson | 3:23-cv-04535 |
| 331. | 380550 | Roundtree, Michael Joseph | Cory Watson | 3:23-cv-04352 |
| 332. | 381379 | Rubio, Jose Damaso | Cory Watson | 3:23-cv-04481 |
| 333. | 381242 | Rumph, Kalyne Shaunta | Cory Watson | 3:23-cv-02914 |
| 334. | 381578 | Rush, Jonathan David | Cory Watson | 3:23-cv-04480 |
| 335. | 380913 | Rutiaga, Jose Reynaldo | Cory Watson | 3:23-cv-04479 |
| 336. | 381014 | Salas, Rafael | Cory Watson | 3:23-cv-04477 |
| 337. | 381485 | Salazar, Hector | Cory Watson | 3:23-cv-04475 |
| 338. | 380589 | Salinas, Jorge Alberto | Cory Watson | 3:23-cv-03275 |
| 339. | 381340 | Sampson, Rufus Thomas | Cory Watson | 3:23-cv-04468 |
| 340. | 381323 | Sanchez Rodriguez, Farid Milton | Cory Watson | 3:23-cv-04462 |
| 341. | 380553 | Sanchez, Joel | Cory Watson | 3:23-cv-04456 |
| 342. | 381344 | Sanchez, Luis M | Cory Watson | 3:23-cv-04450 |
| 343. | 381054 | Santamaria, Erick E | Cory Watson | 3:23-cv-04446 |
| 344. | 381144 | Savage, Nathan | Cory Watson | 3:23-cv-04536 |
| 345. | 381534 | Schneider, David Paul | Cory Watson | 3:23-cv-04442 |
| 346. | 380585 | Scott, Deante Lamont | Cory Watson | 3:23-cv-03100 |
| 347. | 380752 | Sharp, Richard Joseph | Cory Watson | 3:23-cv-02961 |
| 348. | 380758 | Shimmin, Jason Lane | Cory Watson | 3:23-cv-03104 |
| 349. | 381343 | Shuman, Justin Todd Tredwell | Cory Watson | 3:23-cv-04439 |
| 350. | 381251 | Sieber, Preston Zane Shannon | Cory Watson | 3:23-cv-03099 |
| 351. | 381169 | Skaggs, Bradly Allen | Cory Watson | 3:23-cv-03378 |
| 352. | 381006 | Slate, Mitchell Steve | Cory Watson | 3:23-cv-02765 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 353. | 380598 | Smith, Charlie Haskel | Cory Watson | 3:23-cv-04013 |
| 354. | 380937 | Smith, Deauntay Earl | Cory Watson | 3:23-cv-04430 |
| 355. | 381250 | Smith, Donatello Terrell | Cory Watson | 3:23-cv-03094 |
| 356. | 380918 | Smith, Sean Patrick | Cory Watson | 3:23-cv-04425 |
| 357. | 380930 | Smith, Troy Allen | Cory Watson | 3:23-cv-04414 |
| 358. | 381001 | Smunt, Charles Zachary | Cory Watson | 3:23-cv-02928 |
| 359. | 380800 | Snell, Wesley | Cory Watson | 3:23-cv-04030 |
| 360. | 380791 | Snyder, Darius Lee | Cory Watson | 3:23-cv-04016 |
| 361. | 380921 | Snyder, Matthew James | Cory Watson | 3:23-cv-04515 |
| 362. | 381290 | Sparks, Benjamin Paul | Cory Watson | 3:23-cv-02631 |
| 363. | 380781 | Sparks, Zachary Tyler | Cory Watson | 3:23-cv-03927 |
| 364. | 380588 | Spencer, Demarrco Malachi | Cory Watson | 3:23-cv-03267 |
| 365. | 381664 | Spicer, Stuart Travis | Cory Watson | 3:23-cv-04513 |
| 366. | 381236 | Stambaugh, James Morgan | Cory Watson | 3:23-cv-02716 |
| 367. | 380993 | Stevens, James Michael | Cory Watson | 3:23-cv-02648 |
| 368. | 381350 | Stickles, Charles Valentine | Cory Watson | 3:23-cv-03302 |
| 369. | 381135 | Stiyer, Jason | Cory Watson | 3:23-cv-04511 |
| 370. | 380959 | Stormer, Mickey Lee | Cory Watson | 3:23-cv-04509 |
| 371. | 381606 | Sundquist, Zane Dylan | Cory Watson | 3:23-cv-03287 |
| 372. | 381605 | Swearengin, Dillon Wade | Cory Watson | 3:23-cv-03262 |
| 373. | 380761 | Taumanupepe, George Angelo | Cory Watson | 3:23-cv-03205 |
| 374. | 380801 | Thomas, Brian Christopher | Cory Watson | 3:23-cv-04040 |
| 375. | 380788 | Thomas, Damion Andre | Cory Watson | 3:23-cv-03944 |
| 376. | 380938 | Thomas, Larry O'Neal | Cory Watson | 3:23-cv-04507 |
| 377. | 381311 | Tipton, Jonathan Brett | Cory Watson | 3:23-cv-04504 |
| 378. | 380976 | Torchia, Luke Anthony | Cory Watson | 3:23-cv-04502 |
| 379. | 381241 | Torres, Michael Anthony | Cory Watson | 3:23-cv-02917 |
| 380. | 381136 | Trower, Geovanny | Cory Watson | 3:23-cv-04499 |
| 381. | 381673 | Trujillo, Carlos Sixto | Cory Watson | 3:23-cv-04498 |
| 382. | 381237 | Umana, Allan Steve | Cory Watson | 3:23-cv-02710 |
| 383. | 381338 | Vandermeulen, Jeromy Allen | Cory Watson | 3:23-cv-04086 |
| 384. | 381647 | Vargas Mata, Roberto | Cory Watson | 3:23-cv-03928 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 385. | 380782 | Veldboom, Joshua Paul | Cory Watson | 3:23-cv-03925 |
| 386. | 380979 | Velez, Eduardo | Cory Watson | 3:23-cv-04087 |
| 387. | 380769 | Verrett, Eddie Eugene | Cory Watson | 3:23-cv-03368 |
| 388. | 380952 | Vesely, Benjamin Tylar | Cory Watson | 3:23-cv-04089 |
| 389. | 380932 | Villagomez, Celso | Cory Watson | 3:23-cv-04096 |
| 390. | 381168 | Wade, Darien Curtis | Cory Watson | 3:23-cv-03375 |
| 391. | 381333 | Wade, Robert Michael | Cory Watson | 3:23-cv-04099 |
| 392. | 381682 | Wallace, Jimmie D. R. | Cory Watson | 3:23-cv-02949 |
| 393. | 380757 | Washington, Brandie Maree | Cory Watson | 3:23-cv-03098 |
| 394. | 380594 | Watkins, Myles Andrew | Cory Watson | 3:23-cv-03905 |
| 395. | 380991 | Watts, Matthew Reid | Cory Watson | 3:23-cv-04010 |
| 396. | 380929 | Welch, Jeremiah Israel | Cory Watson | 3:23-cv-04102 |
| 397. | 381602 | Wendover, Jeffery Howard | Cory Watson | 3:23-cv-02699 |
| 398. | 380780 | Westbrook, Damon Richard | Cory Watson | 3:23-cv-03516 |
| 399. | 381648 | Wheeler, Elishama Massin | Cory Watson | 3:23-cv-04025 |
| 400. | 381005 | White, Darby Lewis | Cory Watson | 3:23-cv-03519 |
| 401. | 381009 | Wilburn, Kanita M | Cory Watson | 3:23-cv-04377 |
| 402. | 380934 | Wilhelm, Aaron Christopher | Cory Watson | 3:23-cv-04105 |
| 403. | 380805 | Williams, Chrystal | Cory Watson | 3:23-cv-04021 |
| 404. | 381661 | Williams, Jerome Tywan | Cory Watson | 3:23-cv-03102 |
| 405. | 381649 | Williams, William Herbert | Cory Watson | 3:23-cv-04088 |
| 406. | 380799 | Woods, Alfred | Cory Watson | 3:23-cv-04037 |
| 407. | 380739 | Workman, Kyle Randall | Cory Watson | 3:23-cv-02701 |
| 408. | 380892 | Worth, Joshua Alexander | Cory Watson | 3:23-cv-02623 |
| 409. | 380802 | Wright, Shaun William | Cory Watson | 3:23-cv-04039 |
| 410. | 384567 | Brown, Joseph | Laminack Pirtle & Martines | 3:23-cv-04718 |
| 411. | 384459 | Hurtado, Johnny | Laminack Pirtle & Martines | 3:23-cv-03943 |
| 412. | 384874 | Levine, Michael | Laminack Pirtle & Martines | 3:23-cv-03495 |
| 413. | 384487 | Vasquez, Felipe | Laminack Pirtle & Martines | 3:23-cv-04525 |
| 414. | 382839 | Artigue, Chrystal Ann | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03419 |
| 415. | 379579 | Coffman, Michael Andrew | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03413 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 416. | 382854 | Ferguson, Aaron | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03417 |
| 417. | 379652 | Kennedy, Sheila | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04250 |
| 418. | 379648 | Lindstedt, David | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04431 |
| 419. | 385788 | Loman, William | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04239 |
| 420. | 379835 | Lymon, Tamika L | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-02404 |
| 421. | 379414 | Parker, Jackson | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03144 |
| 422. | 385789 | Phillip, Linus | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04245 |
| 423. | 384145 | Poore, Michael Allan | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-02787 |
| 424. | 384812 | Samuels, Kenneth | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03421 |
| 425. | 379386 | Serrano, Victor | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-02682 |
| 426. | 379518 | Shealey, Marlene | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-02764 |
| 427. | 385790 | Silva, David | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04423 |
| 428. | 379625 | Tobias, Steven | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04436 |
| 429. | 384853 | Williams, Jimmy | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03536 |
| 430. | 383994 | Balsor, Jared | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04751 |
| 431. | 383988 | Hardesty, Brandon | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04734 |
| 432. | 383992 | Holmes, Willie | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04746 |
| 433. | 383989 | Jack, Travanti | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04735 |
| 434. | 384009 | Lox, Jacob | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04661 |
| 435. | 384010 | Randall, John | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04660 |

# **Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 436. | 383993 | Troutman, Courtney | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04750 |
| 437. | 386282 | Jefferson, Troy | Parafinczuk Wolf, P.A. | 3:23-cv-04681 |
| 438. | 386258 | Payton, Alana | Parafinczuk Wolf, P.A. | 3:23-cv-04680 |
| 439. | 386392 | Sheadrick, Deangelo | Parafinczuk Wolf, P.A. | 3:23-cv-04682 |
| 440. | 386562 | Taylor, William | Parafinczuk Wolf, P.A. | 3:23-cv-04686 |
| 441. | 386391 | Terranova, Raymond | Parafinczuk Wolf, P.A. | 3:23-cv-04685 |
| 442. | 384343 | Ortman, Brian Vernon | Saltz, Mongeluzzi, Barrett & Bendesky, P.C. | 3:23-cv-04061 |
| 443. | 381851 | Grimmett, Nicholas S | Simmons Hanly Conroy | 3:23-cv-02768 |
| 444. | 382678 | Buford, Leslie Maurice | The Gallagher Law Firm PLLC | 3:23-cv-02896 |
| 445. | 379884 | Heaton, Christopher Alan | The Gallagher Law Firm PLLC | 3:23-cv-03068 |
| 446. | 382743 | Prichard, Leslie Steven | The Gallagher Law Firm PLLC | 3:23-cv-03033 |
| 447. | 383325 | Balzarini, Jason | The Kuykendall Group LLC | 3:23-cv-03011 |
| 448. | 383570 | Flores, Pedro | The Kuykendall Group LLC | 3:23-cv-02924 |
| 449. | 383484 | Hoke, Brian | The Kuykendall Group LLC | 3:23-cv-03629 |
| 450. | 383374 | Kessler, Daniela | The Kuykendall Group LLC | 3:23-cv-03362 |
| 451. | 383716 | Lampkin, Daniel | The Kuykendall Group LLC | 3:23-cv-03775 |
| 452. | 383398 | Mcmonigle, Shannon | The Kuykendall Group LLC | 3:23-cv-03449 |
| 453. | 383478 | Mitchell, Christopher | The Kuykendall Group LLC | 3:23-cv-03621 |
| 454. | 383414 | Mitchell, Ian | The Kuykendall Group LLC | 3:23-cv-03565 |
| 455. | 383653 | Murillo-Ramos, Ignacio | The Kuykendall Group LLC | 3:23-cv-03411 |
| 456. | 383722 | Suarez, Hector | The Kuykendall Group LLC | 3:23-cv-03787 |
| 457. | 383547 | White, Frederick | The Kuykendall Group LLC | 3:23-cv-02522 |
| 458. | 383330 | Zirin, Max | The Kuykendall Group LLC | 3:23-cv-03169 |