UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# **ORDER**

This Order addresses duplicate cases filed on the active docket raising representation issues. In Case Management Order No. 25, the Court instructed that for duplicate plaintiffs, the law firm that will continue representing the plaintiff must transition the case from the administrative docket to the active docket as required by any Transition Order identifying the case for transition, and the firm(s) no longer representing the plaintiff are responsible for dismissing the duplicate case. *See* ECF No. 1916. The Court emphasized it would not provide firms with additional time to resolve representation issues and cautioned that duplicate cases would be subject to dismissal. *See id.* Further, the Court instructed firms to resolve any representation issues prior to filing a case on the active docket. *See* ECF No. 2755.

Despite the Court's warnings, the 126 plaintiffs identified on Exhibit A have more than one case filed on the active docket. The law firms representing these plaintiffs are directed to confer with one another and move to dismiss the case that

is deemed to be the duplicate case within **21 days** of the date of this Order. To the extent the law firms fail to dismiss the duplicate case by the deadline, the Court will dismiss the later filed case.[1]

**SO ORDERED**, on this 12th day of June, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court will not assume that the duplicate case is the later filed case unless the overlapping representation issue persists.