# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 94377 | Abernathy, Joshua | Paul LLP | 3:19-cv-03188 |
| 1. | 387174 | Abernathy, Joshua Blake | Weitz & Luxenberg | 3:23-cv-07449 |
| 2. | 129591 | Acevedo, Ariel | Junell & Associates, PLLC | 7:20-cv-52208 |
| 2. | 389000 | Acevedo, Ariel | Tracey & Fox Law Firm | 3:23-cv-09996 |
| 3. | 362907 | Adamson, Ryan | Bryant Law Center | 3:22-cv-08791 |
| 3. | 384976 | Adamson, Ryan | Junell & Associates, PLLC | 3:23-cv-04222 |
| 4. | 129670 | Allwood, Joseph | Junell & Associates, PLLC | 7:20-cv-52615 |
| 4. | 243632 | Allwood, Joseph | Nabers Law Firm, PLLC | 3:23-cv-07915 |
| 5. | 129800 | Ayres, Harold | Junell & Associates, PLLC | 3:23-cv-04845 |
| 5. | 332078 | Ayres, Harold | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-52723 |
| 6. | 376788 | Barr, Dwayne Clinton | Law Office Of Paul Mankin, APC | 3:22-cv-20301 |
| 6. | 386976 | Barr, Dwayne | Parafinczuk Wolf, P.A. | 3:23-cv-07302 |
| 7. | 380630 | Bateman, Christopher Scott | Cory Watson | 3:23-cv-05287 |
| 7. | 168859 | Bateman, Christopher | The Simon Law Firm, P.C. | 8:20-cv-19348 |
| 8. | 250770 | Beckrich, Charles | Bailey Cowan Heckaman PLLC | 8:20-cv-94822 |
| 8. | 142686 | Beckrich, Charles | Watts Guerra, LLP | 3:20-cv-02769 |
| 9. | 325103 | Black, Douglas James | Keller Postman | 3:23-cv-05797 |
| 9. | 387094 | Black, Douglas | Parafinczuk Wolf, P.A. | 3:23-cv-07035 |
| 10. | 195910 | Bodie, Eli R | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-10372 |
| 10. | 387742 | Bodie, Eli | Junell & Associates, PLLC | 3:23-cv-08178 |
| 11. | 364440 | Bonner, Tracy | Heninger Garrison Davis, LLC | 3:22-cv-17033 |
| 11. | 138668 | Bonner, Tracy | Keller Postman | 3:23-cv-10914 |
| 12. | 107848 | Booker, Matthew | Douglas & London | 7:20-cv-72074 |
| 12. | 381836 | Booker, Matthew | Simmons Hanly Conroy | 3:23-cv-02653 |
| 13. | 384650 | Brannon, Dennis | Heninger Garrison Davis, LLC | 3:23-cv-06086 |
| 13. | 208347 | Brannon, Dennis J. | Thomas J Henry | 8:20-cv-53255 |
| 14. | 386144 | Breneman, Christopher Joe | Law Office Of Paul Mankin, APC | 3:23-cv-06393 |
| 14. | 386816 | Breneman, Christopher Joe | Mcsweeney/Langevin LLC | 3:23-cv-06166 |
| 15. | 234712 | Brock, Christopher Michael | Keller Postman | 3:23-cv-03004 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 15. | 368462 | Brock, Christopher Michael | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13265 |
| 16. | 390013 | Brooks, Evan | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11177 |
| 16. | 47660 | Brooks, Evan J. | The Gori Law Firm, P.C. | 8:20-cv-58340 |
| 17. | 379682 | Burke, David | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04410 |
| 17. | 181941 | Burke, David | The Kuykendall Group LLC | 7:20-cv-44739 |
| 18. | 376687 | Burke, Ricky Dean | Cory Watson | 3:22-cv-20023 |
| 18. | 236279 | Burke, Ricky D | Keller Postman | 3:23-cv-06427 |
| 19. | 331857 | Carlson, Walter | Bertram & Graf, L.L.C. | 7:21-cv-49626 |
| 19. | 384171 | Carlson, Walter | Eckland & Blando LLP | 3:21-cv-00614 |
| 20. | 384670 | Castro, Robert | Heninger Garrison Davis, LLC | 3:23-cv-10233 |
| 20. | 217243 | Castro, Robert Babauta | Rosen Injury Lawyers | 8:20-cv-75449 |
| 21. | 380646 | Chambers, Michael James | Cory Watson | 3:23-cv-05297 |
| 21. | 377659 | Chambers, Michael | Laminack Pirtle & Martines | 3:22-cv-22523 |
| 22. | 380849 | Chambliss, Eriq | Cory Watson | 3:23-cv-02080 |
| 22. | 43694 | Chambliss, Eriq B | Keller Postman | 3:23-cv-04693 |
| 23. | 164013 | Christensen, Andrew | Keller Postman | 3:23-cv-08254 |
| 23. | 367333 | Christensen, Andrew Michael | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11503 |
| 24. | 381613 | Coffman, Billy Nathanial | Cory Watson | 3:23-cv-05275 |
| 24. | 333767 | Coffman, Billy | Shunnarah Injury Lawyers, PC | 7:21-cv-52912 |
| 25. | 381650 | Collins, Jacob Tyler | Cory Watson | 3:23-cv-05334 |
| 25. | 43781 | Collins, Jacob T | Keller Postman | 7:20-cv-59648 |
| 26. | 381008 | Collins, Jamarcus Keith | Cory Watson | 3:23-cv-05272 |
| 26. | 363551 | Collins, Jamarcus | Shunnarah Injury Lawyers, PC | 3:22-cv-10425 |
| 27. | 326034 | Comery, Carlos | Heninger Garrison Davis, LLC | 7:21-cv-49741 |
| 27. | 387055 | Comery, Carlos | Parafinczuk Wolf, P.A. | 3:23-cv-07049 |
| 28. | 384675 | Cook, Andrew | Heninger Garrison Davis, LLC | 3:23-cv-06391 |
| 28. | 386279 | Cook, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-05743 |
| 29. | 358716 | Cunningham, Michael | Clark, Love & Hutson PLLC | 3:22-cv-03193 |
| 29. | 388122 | Cunningham, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-08907 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 30. | 386663 | Dennis, Sarah Lynn Ruth | Charles E. Boyk Law Offices, LLC | 3:23-cv-06613 |
| 30. | 17114 | Dennis, Sarah Lynn Ruth | Murphy Law Firm | 7:20-cv-82039 |
| 31. | 388128 | Desmond, Arthur Walter | Parafinczuk Wolf, P.A. | 3:23-cv-08884 |
| 31. | 123005 | Desmond, Arthur W | Weitz & Luxenberg | 7:20-cv-29501 |
| 32. | 304978 | Dewart, Chad | Eckland & Blando LLP | 3:21-cv-00219 |
| 32. | 389079 | Dewart, Chad | Seeger Weiss LLP | 3:23-cv-10345 |
| 33. | 12694 | Echols, Kavonte | Mcsweeney/Langevin LLC | 7:20-cv-58852 |
| 33. | 387207 | Echols, Kavonte | Parafinczuk Wolf, P.A. | 3:23-cv-07528 |
| 34. | 386983 | Evans, Chad Monroe | Parafinczuk Wolf, P.A. | 3:23-cv-07219 |
| 34. | 367259 | Evans, Chad Monroe | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-11469 |
| 35. | 385785 | Evans, Kyle | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04237 |
| 35. | 21096 | Evans, Kyle | Tracey & Fox Law Firm | 7:20-cv-92873 |
| 36. | 393044 | Flournoy, Kyle | Parafinczuk Wolf, P.A. | 3:23-cv-11739 |
| 36. | 319796 | Flournoy, Kyle | Peterson & Associates, P.C. | 7:21-cv-35474 |
| 37. | 361708 | Ford, Reginald Darnell | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:22-cv-06428 |
| 37. | 387251 | Ford, Reginald | Parafinczuk Wolf, P.A. | 3:23-cv-07614 |
| 38. | 390397 | Fraser, Howard E | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11824 |
| 38. | 377680 | Fraser, Howard | Laminack Pirtle & Martines | 3:22-cv-22598 |
| 39. | 173868 | Galvan, Michael | Heninger Garrison Davis, LLC | 7:20-cv-64922 |
| 39. | 392998 | Galvan, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12335 |
| 40. | 307716 | Gamble, Ellar | Baron & Budd | 7:21-cv-26479 |
| 40. | 388535 | Gamble, Ellar | Parafinczuk Wolf, P.A. | 3:23-cv-09186 |
| 41. | 349816 | Gamboa, Beatrice | Brent Coon & Associates | 3:22-cv-06136 |
| 41. | 387120 | Gamboa, Beatrice | Parafinczuk Wolf, P.A. | 3:23-cv-07272 |
| 42. | 300162 | Gaudin, Steeve | Heninger Garrison Davis, LLC | 7:21-cv-41668 |
| 42. | 388512 | Gaudin, Steve | Parafinczuk Wolf, P.A. | 3:23-cv-09149 |
| 43. | 222230 | Gilroy, Tim | Carey Danis & Lowe | 8:20-cv-71987 |
| 43. | 389504 | Gilroy, Timothy Francis | Weitz & Luxenberg | 3:23-cv-10535 |
| 44. | 380688 | Green, Myron Alan | Cory Watson | 3:23-cv-05276 |
| 44. | 333495 | Green, Myron | The Carlson Law Firm | 7:21-cv-53877 |

# **Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 45. | 376961 | Haley, Tim | Monsour Law Firm | 3:22-cv-20668 |
| 45. | 385707 | Haley, Timothy | Wagstaff & Cartmell, LLP | 3:23-cv-04619 |
| 46. | 376910 | Hall, Darrell | Cory Watson | 3:22-cv-20555 |
| 46. | 342225 | Hall, Darrell | Keller Postman | 3:23-cv-05966 |
| 47. | 379498 | Hall, Wayne T | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03001 |
| 47. | 386993 | Hall, Wayne | Parafinczuk Wolf, P.A. | 3:23-cv-07230 |
| 48. | 388473 | Hamaker, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-08767 |
| 48. | 369310 | Hamaker, Justin Aaron | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12622 |
| 49. | 390406 | Hanson, Kevin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11834 |
| 49. | 378931 | Hanson, Kevin Charles | Law Office Of Paul Mankin, APC | 3:23-cv-00660 |
| 50. | 168011 | Harper, Joshua | Mostyn Law | 3:23-cv-06634 |
| 50. | 350563 | Harper, Joshua | Parafinczuk Wolf, P.A. | 3:21-cv-01372 |
| 51. | 377247 | Hayes, Pamela Bridgette | Brent Coon & Associates | 3:22-cv-21205 |
| 51. | 380479 | Hayes, Pamela B | Douglas & London | 3:23-cv-01207 |
| 52. | 388933 | Hedger, Russell | Junell & Associates, PLLC | 3:23-cv-09669 |
| 52. | 297146 | Hedger, Russell C. | Nabers Law Firm, PLLC | 7:21-cv-15423 |
| 53. | 390095 | Hicks, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11346 |
| 53. | 386585 | Hicks, James | Parafinczuk Wolf, P.A. | 3:23-cv-06450 |
| 54. | 264580 | Hicks, Robert | Clark, Love & Hutson PLLC | 9:20-cv-08843 |
| 54. | 387106 | Hicks, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-07121 |
| 55. | 294669 | Hill, Cedric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-10742 |
| 55. | 389632 | Hill, Cedric | Pulaski Law Firm, PLLC | 3:23-cv-11024 |
| 56. | 353765 | Hoskins, Marcus J | Heninger Garrison Davis, LLC | 3:21-cv-03005 |
| 56. | 44771 | Hoskins, Marcus J | Keller Postman | 3:23-cv-08205 |
| 57. | 386315 | Howard, Marvin | Parafinczuk Wolf, P.A. | 3:23-cv-05944 |
| 57. | 291922 | Howard, Marvin L. | Rogers, Patrick, Westbrook & Brickman, LLC | 7:21-cv-11010 |
| 58. | 339805 | Jackson, Kentavius | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-59138 |
| 58. | 388145 | Jackson, Kentavius | Parafinczuk Wolf, P.A. | 3:23-cv-08770 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 59. | 76989 | Janssen, Jeremy | Laminack Pirtle & Martines | 7:20-cv-49841 |
| 59. | 388146 | Janssen, Jeremy | Parafinczuk Wolf, P.A. | 3:23-cv-08913 |
| 60. | 379692 | Jennings, Jamoni | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-09226 |
| 60. | 141094 | Jennings, Jamoni | Watts Guerra, LLP | 3:20-cv-01536 |
| 61. | 360889 | Johnson, Dean E | The Kuykendall Group LLC | 3:22-cv-05184 |
| 61. | 202538 | Johnson, Dean | Watts Guerra, LLP | 3:20-cv-02720 |
| 62. | 387121 | Kelley, Patrick | Parafinczuk Wolf, P.A. | 3:23-cv-07080 |
| 62. | 360969 | Kelley, Patrick | The Kuykendall Group LLC | 3:22-cv-05606 |
| 63. | 379345 | Kent, Taylor | Law Office Of Steven Gacovino, PLLC | 3:23-cv-00060 |
| 63. | 392907 | Kent, Taylor Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-12469 |
| 64. | 292357 | Kunst, Rington | Nabers Law Firm, PLLC | 7:21-cv-12783 |
| 64. | 388517 | Kunst, Rington | Parafinczuk Wolf, P.A. | 3:23-cv-09185 |
| 65. | 387069 | Lafleur, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-06432 |
| 65. | 354348 | Lafleur, Adam | The Gori Law Firm, P.C. | 3:21-cv-02675 |
| 66. | 384728 | Leclair, Charles | Heninger Garrison Davis, LLC | 3:23-cv-05099 |
| 66. | 379849 | Leclair, Charles | Lieff Cabraser Heimann & Bernstein, LLP | 3:23-cv-03297 |
| 67. | 103039 | Ledet, Cole Anthony | Matthews & Associates | 8:20-cv-14334 |
| 67. | 386319 | Ledet, Cole | Parafinczuk Wolf, P.A. | 3:23-cv-05978 |
| 68. | 270119 | Lewis, Catherine | Laminack Pirtle & Martines | 9:20-cv-17856 |
| 68. | 389475 | Lewis, Catherine | Parafinczuk Wolf, P.A. | 3:23-cv-10048 |
| 69. | 218951 | Lewis, Robert | Bertram & Graf, L.L.C. | 8:20-cv-72302 |
| 69. | 388158 | Lewis, Robert A | Parafinczuk Wolf, P.A. | 3:23-cv-08834 |
| 70. | 264753 | Lisek, William | Clark, Love & Hutson PLLC | 9:20-cv-09016 |
| 70. | 380825 | Lisek, William John | Cory Watson | 3:23-cv-05345 |
| 71. | 387768 | Malinowski, Michael John | Junell & Associates, PLLC | 3:23-cv-08347 |
| 71. | 267080 | Malinowski, Michael | Pulaski Law Firm, PLLC | 9:20-cv-08496 |
| 72. | 379546 | Martin, Hearlon James | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-03509 |
| 72. | 389547 | Martin, Hearlon | Parafinczuk Wolf, P.A. | 3:23-cv-09832 |
| 73. | 112198 | Mcleod, Jacob | Douglas & London | 3:23-cv-07518 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 73. | 385911 | Mcleod, Jacob | Peterson & Associates, P.C. | 3:23-cv-05188 |
| 74. | 51585 | Mcneal, Jerry | Mostyn Law | 7:20-cv-95581 |
| 74. | 387053 | Mcneal, Jerry | Parafinczuk Wolf, P.A. | 3:23-cv-07089 |
| 75. | 342634 | Mendoza, Alfredo | Keller Postman | 3:23-cv-10852 |
| 75. | 372372 | Mendoza, Alfredo | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15498 |
| 76. | 358599 | Mercado, Calle | Clark, Love & Hutson PLLC | 3:22-cv-03526 |
| 76. | 387281 | Mercado, Calle Elizabeth | Parafinczuk Wolf, P.A. | 3:23-cv-06956 |
| 77. | 303821 | Mitchum, Albert | Keller Postman | 3:23-cv-07504 |
| 77. | 244224 | Mitchum, Albert | Nabers Law Firm, PLLC | 3:22-cv-24606 |
| 78. | 235902 | Mlodinoff, Vincent | Keller Postman | 3:23-cv-09835 |
| 78. | 371228 | Mlodinoff, Vincent Paul | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14678 |
| 79. | 384742 | Moreno, Gabriel | Heninger Garrison Davis, LLC | 3:23-cv-05261 |
| 79. | 376978 | Moreno, Gabriel Jay | Law Office Of Paul Mankin, APC | 3:22-cv-20690 |
| 80. | 251255 | Mosley, Rickie | Bailey Cowan Heckaman PLLC | 8:20-cv-96638 |
| 80. | 388163 | Mosley, Rickie | Parafinczuk Wolf, P.A. | 3:23-cv-08496 |
| 81. | 387785 | Muzquiz, John Manuel | Junell & Associates, PLLC | 3:23-cv-08360 |
| 81. | 269646 | Muzquiz, John M. | Monsour Law Firm | 9:20-cv-12598 |
| 82. | 389494 | Nabors, Jesse | Parafinczuk Wolf, P.A. | 3:23-cv-09838 |
| 82. | 357092 | Nabors, Jesse | Thomas J Henry | 3:22-cv-01028 |
| 83. | 384201 | Norwood, James | Eckland & Blando LLP | 3:21-cv-00648 |
| 83. | 217222 | Norwood, James | Rosen Injury Lawyers | 8:20-cv-66181 |
| 84. | 385100 | Orr, Jasin | Junell & Associates, PLLC | 3:23-cv-04461 |
| 84. | 388166 | Orr, Jasin | Parafinczuk Wolf, P.A. | 3:23-cv-08805 |
| 85. | 353914 | Ortega, Juan A | Heninger Garrison Davis, LLC | 3:21-cv-03366 |
| 85. | 45749 | Ortega, Juan A | Keller Postman | 3:23-cv-05738 |
| 86. | 112960 | Painter, Kyle | Douglas & London | 3:23-cv-09006 |
| 86. | 386309 | Painter, Kyle | Hair Shunnarah Trial Attorneys | 3:23-cv-06145 |
| 87. | 391421 | Pawli, Seth | Junell & Associates, PLLC | 3:23-cv-12063 |
| 87. | 387321 | Pawli, Seth | Pulaski Law Firm, PLLC | 3:23-cv-08065 |
| 88. | 381644 | Perez, Angel Luis | Cory Watson | 3:23-cv-05396 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 88. | 209769 | Perez, Angel | Doyle LLP and The Urquhart Law Firm, PLLC | 8:20-cv-55781 |
| 89. | 235771 | Peterson, Jacob | Keller Postman | 3:23-cv-10931 |
| 89. | 329115 | Peterson, Jacob | Morgan & Morgan | 7:21-cv-46793 |
| 90. | 390165 | Phillips, Andrew Bryan | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11538 |
| 90. | 357398 | Phillips, Andrew | The Ferraro Law Firm | 3:22-cv-01485 |
| 91. | 350979 | Podczarski, Tomasz | Brent Coon & Associates | 3:22-cv-06222 |
| 91. | 381210 | Podczarski, Tomasz | Cory Watson | 3:23-cv-05901 |
| 92. | 45911 | Porter, Jeffrey | Keller Postman | 3:23-cv-06392 |
| 92. | 244315 | Porter, Jeffrey | Nabers Law Firm, PLLC | 3:23-cv-09822 |
| 93. | 94620 | Quire, Kenneth | Paul LLP | 3:19-cv-04509 |
| 93. | 389548 | Quire, Kenneth | Pulaski Law Firm, PLLC | 3:23-cv-11157 |
| 94. | 161903 | Rainy, David | Onderlaw, LLC | 8:20-cv-54045 |
| 94. | 347510 | Rainy, David | The Russo Firm | 7:21-cv-67509 |
| 95. | 388172 | Reid, Garfield | Parafinczuk Wolf, P.A. | 3:23-cv-08920 |
| 95. | 356417 | Reid, Garfield | Tracey & Fox Law Firm | 3:22-cv-00546 |
| 96. | 390436 | Rich, Darien | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11802 |
| 96. | 329718 | Rich, Darien | Baron & Budd | 7:21-cv-43363 |
| 97. | 189472 | Roberts, Christopher Lee | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-23298 |
| 97. | 137066 | Roberts, Christopher | Keller Postman | 3:23-cv-06449 |
| 98. | 388544 | Robinson, Edward E | Parafinczuk Wolf, P.A. | 3:23-cv-09127 |
| 98. | 363662 | Robinson, Edward | Shunnarah Injury Lawyers, PC | 3:22-cv-24353 |
| 99. | 325402 | Rollins, Jeffrey | Carey Danis & Lowe | 3:22-cv-05336 |
| 99. | 384761 | Rollins, Jeffrey | Heninger Garrison Davis, LLC | 3:23-cv-05318 |
| 100. | 381314 | Rosier, Laquan Chantey | Cory Watson | 3:23-cv-10039 |
| 100. | 389527 | Rosier, Laquan | Parafinczuk Wolf, P.A. | 3:23-cv-10062 |
| 101. | 52505 | Russ, Jasmine | Parafinczuk Wolf, P.A. | 3:22-cv-08222 |
| 101. | 387145 | Russ, Jasmine Olivia | Weitz & Luxenberg | 3:23-cv-07437 |
| 102. | 392915 | Shafer, John | Parafinczuk Wolf, P.A. | 3:23-cv-12456 |
| 102. | 350821 | Shafer, John E. | Tracey & Fox Law Firm | 3:21-cv-01624 |
| 103. | 219019 | Shaver, Lottie | Bertram & Graf, L.L.C. | 8:20-cv-73885 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 103. | 325414 | Shaver, Lottie | Keller Postman | 3:23-cv-03303 |
| 104. | 341311 | Silver, Matthew | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-61644 |
| 104. | 385711 | Silver, Matthew Dean | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-04126 |
| 105. | 167291 | Singleton, Kennedy | Clark, Love & Hutson PLLC | 7:20-cv-37742 |
| 105. | 387267 | Singleton, Kennedy | Parafinczuk Wolf, P.A. | 3:23-cv-07712 |
| 106. | 389967 | Sprague, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-09320 |
| 106. | 206781 | Sprague, Michael | Tracey & Fox Law Firm | 8:20-cv-51154 |
| 107. | 380567 | Standard, Christopher | Cory Watson | 3:23-cv-05193 |
| 107. | 182298 | Standard, Christopher Hillman | Murphy Law Firm | 8:20-cv-36611 |
| 108. | 388181 | Stanford Deheleanu, Manuela Nicole | Parafinczuk Wolf, P.A. | 3:23-cv-08790 |
| 108. | 317652 | Stanford, Manuela | Shunnarah Injury Lawyers, PC | 7:21-cv-35550 |
| 109. | 362353 | Starkey, Daniel | Chaffin Luhana LLP | 3:22-cv-08808 |
| 109. | 379478 | Starkey, Daniel | Lieff Cabraser Heimann & Bernstein, LLP | 3:23-cv-03201 |
| 110. | 389456 | Stein, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-09874 |
| 110. | 81459 | Stein, Justin Z | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-17816 |
| 111. | 380629 | Stewart, Ira Lee | Cory Watson | 3:23-cv-05282 |
| 111. | 16104 | Stewart, Ira | Simmons Hanly Conroy | 7:20-cv-66630 |
| 112. | 4881 | Sume, Joshua | Motley Rice, LLC | 7:20-cv-43016 |
| 112. | 389489 | Sume, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-10065 |
| 113. | 390207 | Thomas, Alan Michael | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11580 |
| 113. | 317900 | Thomas, Alan | Seeger Weiss LLP | 7:21-cv-35684 |
| 114. | 242873 | Thompson, Hope J | Keller Postman | 3:23-cv-03894 |
| 114. | 367904 | Thompson, Hope Jeanell | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-12596 |
| 115. | 384086 | Todd, Veronica A | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04564 |
| 115. | 210137 | Todd, Veronica | Monsour Law Firm | 8:20-cv-59370 |
| 116. | 273088 | Toguchi, Danny | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-17011 |
| 116. | 387246 | Toguchi, Danny | Parafinczuk Wolf, P.A. | 3:23-cv-07626 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 117. | 381200 | Torres, Bianca Michelle | Cory Watson | 3:23-cv-05303 |
| 117. | 238528 | Torres, Bianca | Shunnarah Injury Lawyers, PC | 8:20-cv-86492 |
| 118. | 393019 | Urbano, George | Parafinczuk Wolf, P.A. | 3:23-cv-12358 |
| 118. | 348535 | Urbano, George | The Russo Firm | 7:21-cv-66324 |
| 119. | 389470 | Varela, Jose | Parafinczuk Wolf, P.A. | 3:23-cv-09902 |
| 119. | 59397 | Varela, Jose J. | The Gori Law Firm, P.C. | 7:20-cv-08827 |
| 120. | 388468 | Wagner, Johnathan | Parafinczuk Wolf, P.A. | 3:23-cv-08793 |
| 120. | 381777 | Wagner, Johnathan C | Saltz, Mongeluzzi, Barrett & Bendesky, P.C. | 3:23-cv-04058 |
| 121. | 385211 | Walton, Christopher | Heninger Garrison Davis, LLC | 3:23-cv-08857 |
| 121. | 280053 | Walton, Christopher | Peterson & Associates, P.C. | 9:20-cv-20170 |
| 122. | 326172 | Williams, Christina | Heninger Garrison Davis, LLC | 7:21-cv-49954 |
| 122. | 387104 | Williams, Christina | Parafinczuk Wolf, P.A. | 3:23-cv-06777 |
| 123. | 306515 | Williams, Marcus Alexander | Nabers Law Firm, PLLC | 7:21-cv-26081 |
| 123. | 388528 | Williams, Marcus | Parafinczuk Wolf, P.A. | 3:23-cv-09199 |
| 124. | 379547 | Wilt, Thomas Richard | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-02858 |
| 124. | 267376 | Wilt, Thomas | The Carlson Law Firm | 9:20-cv-16670 |
| 125. | 365810 | Wright, Charles R | The Kuykendall Group LLC | 3:22-cv-20390 |
| 125. | 389510 | Wright, Charles Richard | Weitz & Luxenberg | 3:23-cv-10550 |
| 126. | 219167 | Wright, Tyler | Bossier & Associates, PLLC | 8:20-cv-69978 |
| 126. | 371439 | Wright, Tyler | Heninger Garrison Davis, LLC | 3:23-cv-09011 |