## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Firm | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 349765 | Santana, Brieyana Gingras | Brent Coon & Associates | 3:22-cv-06197 |
| 2. | 190937 | Soto, Jose | Brent Coon & Associates | 3:23-cv-07239 |
| 3. | 385285 | Basabe, Edith | Heninger Garrison Davis, LLC | 3:23-cv-09862 |
| 4. | 385180 | Coleman, Patrick | Heninger Garrison Davis, LLC | 3:23-cv-08544 |
| 5. | 384779 | Squier, Thomas | Heninger Garrison Davis, LLC | 3:23-cv-05481 |
| 6. | 384792 | Whitehead, William | Heninger Garrison Davis, LLC | 3:23-cv-06173 |
| 7. | 387748 | Dodd, Wesley | Junell & Associates, PLLC | 3:23-cv-08214 |
| 8. | 387707 | Frink, Alan | Junell & Associates, PLLC | 3:23-cv-08221 |
| 9. | 388756 | Mallett, Andreane | Junell & Associates, PLLC | 3:23-cv-09691 |
| 10. | 388823 | Mcclain, Jesse | Junell & Associates, PLLC | 3:23-cv-09647 |
| 11. | 387779 | Williams, Teresa | Junell & Associates, PLLC | 3:23-cv-08400 |
| 12. | 242408 | Baker, Christopher | Keller Postman | 3:22-cv-25253 |
| 13. | 345905 | Cunningham, Carlton | Keller Postman | 3:23-cv-00425 |
| 14. | 138231 | Fowler, Nicolas | Keller Postman | 3:23-cv-05437 |
| 15. | 342297 | Hicks, Brandon | Keller Postman | 3:23-cv-01467 |
| 16. | 199045 | Hobson, Daniel | Keller Postman | 3:23-cv-04925 |
| 17. | 323543 | James, Gary | Keller Postman | 3:23-cv-03497 |
| 18. | 342529 | Lopez, Kimberly | Keller Postman | 3:23-cv-00785 |
| 19. | 235223 | Ojeda, Jennie | Keller Postman | 3:23-cv-04726 |
| 20. | 248568 | Porter, Justin | Keller Postman | 3:23-cv-06736 |
| 21. | 136970 | Shinault, Cameron | Keller Postman | 3:22-cv-18986 |
| 22. | 309959 | Sund, Chad | Keller Postman | 3:23-cv-05211 |
| 23. | 234718 | Wetzel, William | Keller Postman | 3:23-cv-09796 |
| 24. | 343342 | Wunderlich, Christopher | Keller Postman | 3:23-cv-01830 |
| 25. | 388251 | Burgess, Norman | Kirkendall Dwyer LLP | 3:23-cv-09297 |
| 26. | 77474 | Flatgard, Heather | Lieff Cabraser Heimann & Bernstein, LLP | 3:22-cv-05539 |
| 27. | 77476 | Wiest, Grant | Lieff Cabraser Heimann & Bernstein, LLP | 3:22-cv-05550 |
| 28. | 171608 | Fanning, Shaniece | McCormick Law Firm | 3:22-cv-06043 |
| 29. | 171583 | Wright, Decova | McCormick Law Firm | 3:22-cv-06020 |
| 30. | 388099 | Wassink, Mitchell | Oliver Law Group P.C. | 3:23-cv-09930 |
| 31. | 388110 | Bivins, Terrence | Parafinczuk Wolf, P.A. | 3:23-cv-08906 |
| 32. | 388112 | Burke, William | Parafinczuk Wolf, P.A. | 3:23-cv-08801 |

## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Firm | Active Docket Case Number |
|---|---|---|---|---|
| 33. | 389430 | Coley, Jasmine | Parafinczuk Wolf, P.A. | 3:23-cv-09335 |
| 34. | 329284 | Cortes, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-08568 |
| 35. | 387040 | Crittenden, Calvin | Parafinczuk Wolf, P.A. | 3:23-cv-07158 |
| 36. | 388522 | Dalton, Macy | Parafinczuk Wolf, P.A. | 3:23-cv-09271 |
| 37. | 388137 | Gutierrez, John | Parafinczuk Wolf, P.A. | 3:23-cv-08728 |
| 38. | 388140 | Harper, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-08870 |
| 39. | 388153 | Larson, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-08730 |
| 40. | 388592 | Loughnane, Dennis | Parafinczuk Wolf, P.A. | 3:23-cv-08915 |
| 41. | 388533 | Lowe, Priscilla | Parafinczuk Wolf, P.A. | 3:23-cv-09190 |
| 42. | 388503 | Odero, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-09032 |
| 43. | 388178 | Sharp, Rex | Parafinczuk Wolf, P.A. | 3:23-cv-08486 |
| 44. | 388520 | Tinsley, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-09281 |
| 45. | 389501 | Valenzuela, Ismael | Parafinczuk Wolf, P.A. | 3:23-cv-09844 |
| 46. | 216590 | Weedon, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-09171 |
| 47. | 304743 | Farrant, James | Pogust Millrood, LLC | 3:22-cv-22291 |
| 48. | 370307 | Bramlett, Justin | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-16410 |
| 49. | 372550 | Candella, Devin | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15464 |
| 50. | 372697 | Cooper, Ezekiel | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15707 |
| 51. | 371032 | Cuello, Vincent | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14724 |
| 52. | 362976 | Miller, Justin | The Ferraro Law Firm | 3:22-cv-09060 |
| 53. | 356178 | Joseph, Kerby | The Kuykendall Group LLc | 3:23-cv-07532 |
| 54. | 374368 | Loy, Brian | The Kuykendall Group LLc | 3:23-cv-07558 |
| 55. | 188588 | Boyd, Jarrod | The Murray Law Firm | 3:22-cv-18463 |
| 56. | 378123 | Mitchell, Michael | Thomas J Henry | 3:22-cv-22905 |