**Exhibit B**

| Row | Plaintiff ID | Plaintiff Name | Firm | Active Docket Case Number |
|-----|-----|-----|-----|-----|
| 1. | 384750 | Pastor, Nelson | Heninger Garrison Davis, LLC | 3:23-cv-06159 |
| 2. | 388537 | Hummer, Mathew | Parafinczuk Wolf, P.A. | 3:23-cv-09179 |