UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

On June 9, 2023, the Chapter 11 bankruptcy petitions of Defendants Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Mexico Holding Corp., Cabot Safety Intermediate LLC, and 3M Occupational Safety LLC (collectively, "Aearo Defendants") were dismissed by the United States Bankruptcy Court for the Southern District of Indiana. *See In re Aearo Tech. LLC*, No. 22-02890-JJG-11, ECF No. 1749. Consequently, the automatic stay has terminated and litigation may resume against the Aearo Defendants in the MDL. *See* 11 U.S.C. § 362(c)(2)(B). Discovery and trials/remands in the MDL remain stayed pending the Eleventh Circuit's ruling on Defendant 3M Company's petition for interlocutory review of this Court's successor liability sanctions order. In the meantime, the Court will promptly rule on the pending motions to lift the MDL stay in 13 cases, and also will continue

ruling on *Daubert* and dispositive motions in the 31 prioritized Wave 1 cases in preparation for remand to their respective transferor courts.

**SO ORDERED**, on this 14th day of June, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**