# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, June 23, 2023 8:04 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Friday, June 23, 2023 1:02:51 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/23/2023 at 9:02 AM EDT and filed on 6/23/2023
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](#)
**Filer:**
**Document Number:** [1925](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-200) - 1 action(s)** *re: pldg. ([1923] in MDL No. 2885, 1 in MN/0:23-cv-01739)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 6/23/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-01739 (dld)**

**Case Name:** Beck et al v. 3M Company
**Case Number:** [MN/0:23-cv-01739](#)
**Filer:**
**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-200) - 1 action(s)** *re: pldg. ( [1923] in MDL No. 2885, 1 in MN/0:23-cv-01739)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 6/23/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-01739 (dld)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:23-cv-01739 Notice has been electronically mailed to:**

Benjamin W. Hulse     ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

JASON B. WOLF     jwolf@parawolf.com, wolf@kpwlaw.com

Eugene Hummel     gene.hummel@nortonrosefulbright.com

**MN/0:23-cv-01739 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/23/2023] [FileNumber=1175316-0]
[85786100e0d11b5eadfbf318cfd87a68e2289a5720ea9a9531304401f9eacb417df1
b7d1212a5a59567106753e32edc24f22583df5e8a6927f8feb7a88d98314]]