UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>HERNANDEZ v. 3M COMPANY<br>Case No.: 3:22-cv-23409-MCR-HTC | MDL NO. 2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS**

Plaintiff Omar Hernandez through his undersigned counsel respectfully bring this Motion pursuant to Local Rule 15.1(B). Plaintiff hereby moves for leave to file the Amended Short Form Complaints, as attached hereto. In support of their motion, Plaintiffs state as follows: Plaintiffs bring this motion to amend their Short Form Complaints to reflect tinnitus diagnosis in both ears.

DATED: June 25, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 */s/ Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), counsel for Plaintiffs certify that June 8, 2023, counsel for Plaintiffs contacted Defendants' counsel and obtained consent to the relief requested in Plaintiffs' Motion for Leave to File Amended Short Form Complaints referred to herein. See, Ex. A, email exchange between Plainittf's Counsel Lindsay R. Stevens and Defense Counsel Chris Burrichter.

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com