UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>HERNANDEZ v. 3M COMPANY<br>Case No.: 3:22-cv-23409-MCR-HTC | MDL NO. 2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS**

Upon Plaintiffs' Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby ordered that Plaintiffs may file Amended Complaints as attached to their Motion.

DONE AND ORDERED in Chambers at Pensacola, Escambia County, Florida, this _____ day of June 2023.

_____
CHIEF JUDGE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE