**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 385702 | Watkins, Joseph | Babin Law, LLC | 3:23-cv-03568 |
| 2. | 385709 | White, Fred | Babin Law, LLC | 3:23-cv-03558 |
| 3. | 381154 | Davis, Colton | Cory Watson | 3:23-cv-04381 |
| 4. | 381156 | Eckmeyer, Steven | Cory Watson | 3:23-cv-04386 |
| 5. | 381463 | Espinal, Joaquin | Cory Watson | 3:23-cv-04395 |
| 6. | 381141 | Martinez, Elijah | Cory Watson | 3:23-cv-04505 |
| 7. | 381444 | Muldoon, Richard | Cory Watson | 3:23-cv-04394 |
| 8. | 380556 | Negron Vazquez, Carlomar Antonio | Cory Watson | 3:23-cv-04510 |
| 9. | 381582 | Paternostro, Robert | Cory Watson | 3:23-cv-04519 |
| 10. | 381416 | Reeves, Shaun Michael | Cory Watson | 3:23-cv-04530 |
| 11. | 380921 | Snyder, Matthew James | Cory Watson | 3:23-cv-04515 |
| 12. | 381009 | Wilburn, Kanita M | Cory Watson | 3:23-cv-04377 |
| 13. | 386282 | Jefferson, Troy | Parafinczuk Wolf, P.A. | 3:23-cv-04681 |
| 14. | 386258 | Payton, Alana | Parafinczuk Wolf, P.A. | 3:23-cv-04680 |
| 15. | 386392 | Sheadrick, Deangelo | Parafinczuk Wolf, P.A. | 3:23-cv-04682 |
| 16. | 386562 | Taylor, William | Parafinczuk Wolf, P.A. | 3:23-cv-04686 |
| 17. | 386391 | Terranova, Raymond | Parafinczuk Wolf, P.A. | 3:23-cv-04685 |
| 18. | 381851 | Grimmett, Nicholas S. | Simmons Hanly Conroy | 3:23-cv-02768 |
| 19. | 382678 | Buford, Leslie Maurice | The Gallagher Law Firm PLLC | 3:23-cv-02896 |
| 20. | 379884 | Heaton, Christopher Alan | The Gallagher Law Firm PLLC | 3:23-cv-03068 |
| 21. | 382743 | Prichard, Leslie Steven | The Gallagher Law Firm PLLC | 3:23-cv-03033 |
| 22. | 383325 | Balzarini, Jason | The Kuykendall Group LLC | 3:23-cv-03011 |
| 23. | 383570 | Flores, Pedro | The Kuykendall Group LLC | 3:23-cv-02924 |
| 24. | 383374 | Kessler, Daniela | The Kuykendall Group LLC | 3:23-cv-03362 |
| 25. | 383716 | Lampkin, Daniel | The Kuykendall Group LLC | 3:23-cv-03775 |
| 26. | 383398 | Mcmonigle, Shannon | The Kuykendall Group LLC | 3:23-cv-03449 |
| 27. | 383478 | Mitchell, Christopher | The Kuykendall Group LLC | 3:23-cv-03621 |
| 28. | 383414 | Mitchell, Ian | The Kuykendall Group LLC | 3:23-cv-03565 |
| 29. | 383653 | Murillo-Ramos, Ignacio | The Kuykendall Group LLC | 3:23-cv-03411 |
| 30. | 383722 | Suarez, Hector | The Kuykendall Group LLC | 3:23-cv-03787 |
| 31. | 383547 | White, Frederick | The Kuykendall Group LLC | 3:23-cv-02522 |
| 32. | 383330 | Zirin, Max | The Kuykendall Group LLC | 3:23-cv-03169 |