**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG | § | Case No. 3:19-md-2885 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | Judge M. Casey Rodgers |
| This Document Relates to: | § | Magistrate Judge Hope T. Cannon |
| JOHN THOMAS HAYS, | § | |
| *Plaintiff*. | § | Civil Action No. 3:23-cv-12587 |

## MICHAEL E. SHELTON'S MOTION TO APPEAR *PRO HAC VICE*

I, Michael E. Shelton, under the authority of this Court's Pre-Trial Order Number Three (3) and the Attorney Admission Memo, file this Motion to Appear *pro hac vice* before the Court on behalf of JOHN THOMAS HAYS ("Plaintiff").  In support of this Motion, I respectfully show unto the Court as follows:

Pursuant to the Attorney Admission Memo for Non-Florida Bar Members, I have completed the following steps:

a.  I am a member of the State Bar of Texas and have attached a Certificate in Good Standing as "Exhibit A";

b.   I have Completed the online Attorney Admission Tutorial;

c.  I have reviewed the online CM/ECF Attorney User's Guide;

d.  I have maintained an upgraded PACER account; and

e.  I am submitting the required *pro hac vice* fee simultaneously with this filing.

For these reasons, I ask this Court to grant my Motion to Appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

Dated:  June 29, 2023                    Respectfully submitted,

                                        **THE SHELTON LAW FIRM**

                                        By:   */s/ Michael E. Shelton*
                                              Michael E. Shelton
                                              Texas Bar No. 18208500
                                              mshelton@shelton.law.pro
                                              10000 Memorial Drive, Suite 100-L
                                              Houston, Texas 77024
                                              (713) 807-0700
                                              (713) 400-4086 (Fax)

                                        *ATTORNEYS FOR PLAINTIFF*


                              **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing instrument was delivered to
all counsel via CM/ECF electronic service on this **29th** day of **June, 2023**.



                                               */s/ Michael E. Shelton*
                                               MICHAEL E. SHELTON