# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § | Case No. 3:19-md-2885 |
| This Document Relates to: JOHN THOMAS HAYS, *Plaintiff*. | § § § § | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon  Civil Action No. 3:23-cv-12587 |

## ORDER GRANTING MOTION OF NON-RESIDENT ATTORNEY MICHAEL E. SHELTON TO APPEAR *PRO HAC VICE*

After consideration of the Motion of Non-Resident Michael E. Shelton to Appear *pro hac vice* in this Action (the "Motion"), filed pursuant to this Court's Pre-Trial Order Number Three (3), the Court finds the Motion to be well taken.  It is therefore, hereby

**ORDERED** that Michael E. Shelton from the Shelton Law Firm shall be admitted *pro hac vice* in this matter as counsel for Plaintiff, John Thomas Hays.

IT IS SO ORDERED.


Dated: _____



_____
JUDGE PRESIDING