**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| | ) | |
| IN RE: 3M COMBAT ARMS EARPLUG | ) | Judge M. Casey Rodgers |
| PRODUCTS LIABILITY LITIGATION | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| | ) | |
| This Document Relates to All Cases | ) | Case No: 3:19-md-02885 |
| | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR
COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Law Office of Ryan A. Nelson, PLLC, has
relocated its office. The new address is as follows:.

Law Office of Ryan A. Nelson, PLLC
6200 Rolling Road #2121
Springfield, VA 22152
Telephone: 703-463-1741
Email: adroitegroup@gmail.com

The firm name, telephone number, and email address will remain the same.

Dated: July 2, 2023                          **LAW OFFICE OF RYAN A. NELSON, PLLC**

By: */s/ Ryan A. Nelson*
Ryan A. Nelson
6200 Rolling Road #2121
Springfield, VA 22152
Telephone: 703-463-1741
Email: adroitegroup@gmail.com

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 2nd day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


*/s/ Ryan A. Nelson*
Ryan A. Nelson