# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## PLAINTIFFS' NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiffs, by and through the undersigned, hereby respectfully submit to the Court the Stipulated Tolling Agreement attached as Exhibit A.

DATED: July 5, 2023

Respectfully submitted,

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
Jennifer Hoekstra
baylstock@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660 Tel.:
(212) 584-0700
cseeger@seegerweiss.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878 Clark, Love
& Hutson, GP 440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 5, 2023, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

By: */s/ Bryan F. Aylstock*