EXHIBIT A

## STIPULATED TOLLING AGREEMENT

THIS AGREEMENT is by and between Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC ("Aearo Debtors") and 3M Company (collectively the "Defendants"); Bryan Aylstock, Shelley Hutson and Chris Seeger ("MDL Plaintiffs' Leadership Counsel"); Daniel E. Gustafson, William R. Sieben, Alicia N. Sieben, Richard M. Paul III, and Ashlea G. Schwarz ("Minnesota Leadership Counsel"); and Mikal Watts (each a "Party" to this agreement and collectively the "Parties").

WHEREAS Claimant(s) asserted claims against 3M Company between July 25, 2023 and Effective Date alleging personal injury(ies) caused by using the dual-ended Combat Arms Earplugs Version 2 ("Combat Arms Earplugs");

WHEREAS numerous cases involving Combat Arms Earplugs have been consolidated in: (i) MDL 2885, *In re: 3M Combat Arms Earplug Products Liability Litigation*, currently pending in the Northern District of Florida (the "MDL Court"); and (ii) *In re: 3M Combat Arms Earplug Litigation*, currently pending in Hennepin County District Court (the "Minnesota Court");

WHEREAS a number of complaints have also been pocket-served in the Minnesota Court but not yet filed;

WHEREAS MDL Plaintiffs' Leadership Counsel, Minnesota Leadership Counsel, and/or Mr. Watts represent Claimant(s);

WHEREAS the Parties agree that it would be appropriate at this time to defer amendment of complaints and litigation of certain Claims (defined below), subject to the conditions contained in this Tolling Agreement;

THEREFORE, the Parties have agreed as follows:

### Definitions

1. The term "Claimants" shall cover any individual litigants who: (i) filed or pocket-

served CAEv2-related lawsuits against 3M Company during the bankruptcy stay for the Aearo Debtors (i.e., between July 25, 2022 and June 9, 2023) that do not name the Aearo Debtors as Defendants; and (ii) entered into this Tolling Agreement on or before June 29, 2023.

2. The term "Effective Date" shall mean June 29, 2023.

3. The term "Tolling Period" shall mean the time period beginning on the Effective Date and ending on December 31, 2023. The Tolling Period can be extended upon written agreement by all Parties.

4. The term "Claim" shall refer to any claim(s) or cause(s) of action alleging personal injury and associated harms caused by using Combat Arms Earplugs. The term "Claim" as defined herein specifically includes any loss of consortium claims and punitive damages claims that may exist, if any.

5. The term "Limitations" shall mean any and all time limitations for filing or pursuing Claims, including statutes of limitation, statues of repose, prescription, laches, and any other time bars, including, but not limited to, those based in equity.

**Participation In Tolling Agreement**

6. Plaintiffs' Leadership Counsel, Minnesota Leadership Counsel, and Mr. Watts all warrant and represent that this tolling agreement covers all Claimants who filed or pocket-served lawsuits against 3M Company during the bankruptcy stay for the Aearo Debtors (i.e., substantially all of the cases filed post-petition of the Aearo Technologies, LLC Chapter 11 filings on July 25, 2022 to the date of execution of this agreement) that do not name the Aearo Debtors as Defendants.

7. For the pendency of the Tolling Period, Claimants will not file a motion to amend— or otherwise seek to amend—any complaints to name the Aearo Debtors as Defendants.

**Tolling**

8. This Tolling Agreement shall not revive existing Claims, if any, that have expired

under the applicable Limitations prior to the commencement of the Tolling Period. This Tolling Agreement does not amend or supersede the terms of any other tolling agreements in effect between Defendants and Plaintiffs' Counsel, except to the extent they conflict with the express provisions of this Tolling Agreement.

9.  In determining the effect of any tolling under this Tolling Agreement, only any applicable Tolling Period will be excluded when calculating Limitations; otherwise, Limitations will be treated as running continuously before and after any applicable Tolling Period, unless tolled by operation of law for reasons other than those set forth in this Tolling Agreement.

10. Any dispute between the Parties arising out of, or as to the meaning or effect of, this Tolling Agreement shall be resolved: (i) for claims in federal court, exclusively by the *In re: 3M Combat Arms Earplugs Products Liability Litigation* MDL 2885 Court, which shall have personal jurisdiction over the Claimant; or (ii) for claims filed or pocket-served in Minnesota courts, exclusively by the *In re: 3M Combat Arms Earplug Litigation* Minnesota Court, which shall have personal jurisdiction over the Claimant.

- 4 -

| Plaintiffs' Counsel: | For Defendants: |
|---|---|
| Bryan Aylstock<br>Aylstock, Witkin, Kreis & Overholtz<br>MDL Lead Counsel | Charles F. Beall, Jr.<br>Moore, Hill & Westmoreland, P.A.<br>Counsel for Defendants |
| Dated: _____ | Dated: 6/30/2023 |
| Shelley Huston<br>Clark, Love & Hutson<br>MDL Co-Lead Counsel | Ben Hulse<br>Norton Rose Fulbright<br>Counsel for Defendants |
| Dated: _____ | Dated: 6/30/23 |
| Chris Seeger<br>Seeger Weiss<br>MDL Co-Lead Counsel | |
| Dated: 6/30/23 | |

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
Minnesota Co-Lead Counsel
/s/ Daniel E. Gustafson

Dated: 6/29/2023

William R. Sieben
SCHWEBEL GOETZ & SIEBEN, P.A.
Minnesota Co-Lead Counsel
/s/ William R. Sieben

Dated: 6/29/2023

| Plaintiffs' Counsel: | For Defendants: |
|---|---|
| Bryan Aylstock<br>Aylstock, Witkin, Kreis & Overholtz<br>MDL Lead Counsel<br><br>*[signature]*<br><br>Dated: June 29, 2023 | Charles F. Beall, Jr.<br>Moore, Hill & Westmoreland, P.A.<br>Counsel for Defendants<br><br><br><br>Dated: _____ |
| Shelley Huston<br>Clark, Love & Hutson<br>MDL Co-Lead Counsel<br><br>Dated: _____ | Ben Hulse<br>Norton Rose Fulbright<br>Counsel for Defendants<br><br>Dated: _____ |
| Chris Seeger<br>Seeger Weiss<br>MDL Co-Lead Counsel<br><br>Dated: _____ | |
| Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>Minnesota Co-Lead Counsel<br><br>Dated: _____ | |
| William R. Sieben<br>SCHWEBEL GOETZ & SIEBEN, P.A.<br>Minnesota Co-Lead Counsel<br><br>Dated: _____ | |

| Plaintiffs' Counsel: | For Defendants: |
|---|---|
| Bryan Aylstock<br>Aylstock, Witkin, Kreis & Overholtz<br>MDL Lead Counsel | Charles F. Beall, Jr.<br>Moore, Hill & Westmoreland, P.A.<br>Counsel for Defendants |
| Dated: _____ | Dated: _____ |
| Shelley Huston<br>Clark, Love & Hutson<br>MDL Co-Lead Counsel<br>_/s/ Shelley Huston_<br>Dated: __6/30/2023__ | Ben Hulse<br>Norton Rose Fulbright<br>Counsel for Defendants<br><br>Dated: _____ |
| Chris Seeger<br>Seeger Weiss<br>MDL Co-Lead Counsel<br><br>Dated: _____ | |
| Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>Minnesota Co-Lead Counsel<br>_/s/ Daniel E. Gustafson_<br>Dated: __6/29/2023__ | |
| William R. Sieben<br>SCHWEBEL GOETZ & SIEBEN, P.A.<br>Minnesota Co-Lead Counsel<br>_/s/ William R. Sieben_<br>Dated: __6/29/2023__ | |

Alicia N. Sieben
SCHWEBEL GOETZ & SIEBEN, P.A.
Minnesota Co-Lead Counsel
/s/ *Alicia N. Sieben*

Dated: 6/29/2023


Richard M. Paul III
PAUL LLP
Minnesota Co-Lead Counsel

Dated: 6/29/2023


Ashlea G. Schwarz
PAUL LLP
Minnesota Co-Lead Counsel

Dated: 6/29/2023


Mikal Watts
Watts Guerra LLP

Dated: 6/29/2023

- 5 -