# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | CASE NO. 3:19-MD-2885 (mcr) Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |
| This document relates to: Laurence E. Stewart Civil Case No.: 3:23-cv-17338 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ginger A. Gibbs of the Thornton Law Firm, LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Plaintiff Laurence E. Stewart.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Dated:  07/07/2023                    Respectfully Submitted:

/s/ Ginger A. Gibbs
Ginger A. Gibbs
MA BBO No.:  697325
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
Boston, Massachusetts 02111
T:  617. 720.1333 x3924
ggibbs@tenlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 7th day of July 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Ginger A. Gibbs*
Ginger A. Gibbs