UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases Identified on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

This Order addresses duplicate cases filed on the active docket. On June 12, 2023, the Court identified those plaintiffs with more than one case filed on the active docket and gave them another opportunity to dismiss the duplicate case. *See* ECF No. 3755 (warning that plaintiffs failing to resolve their overlapping representation issues would result in the dismissal of the later-filed cases). Counsel representing the plaintiffs listed on Exhibits A and B were required to "confer with one another and move to dismiss the case that is deemed to be the duplicate case" by July 3, 2023. *Id* at 2. Counsel for plaintiffs listed on Exhibit A complied;[1] however, the firms representing the plaintiffs listed on Exhibit B failed to heed the Court's

---

[1] Defendant 3M Company's Master Answer, filed on October 31, 2019, is deemed adopted in every case pending in the MDL. *See* ECF Nos. 763 & 800. Plaintiffs Evans, Jennings, and Wright failed to comply with Rule 41 by submitting notices of voluntary dismissal rather than motions to dismiss or stipulations of dismissal signed by all parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Evans v. 3M Co.*, 3:23-cv-04237, ECF No. 3 (N.D. Fla July 4, 2023); *Jennings v. 3M Co.*, 3:23-cv-09226, ECF No. 4 (N.D. Fla July 4, 2023); *Wright v. 3M Co.*, 3:22-cv-20390, ECF No. 5 (N.D. Fla June 14, 2023). However, the Court will construe the Plaintiffs' notices as motions to dismiss.

warning. Although counsel representing these plaintiffs has had sufficient time to resolve these representation issues, the Court will grant them one final opportunity to comply.

Accordingly:

1. The motions identified on Exhibit A are **GRANTED**.

2. Counsel representing the cases listed on Exhibit B must identify and move to dismiss the case that is deemed to be the duplicate case **by July 17, 2023**. Failure to comply by this deadline will result in **dismissal with prejudice** as it will be considered a willful and repeated violation of the Court's orders.

3. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets.

**SO ORDERED** on this 10th day of July, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**