## **Exhibit A**

|   | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # | ECF No. |
|---|---|---|---|---|---|
| 1. | 385785 | Evans, Kyle | Law Offices Of Donald G. Norris, A Law Corporation | 3:23-cv-04237 | 3 |
| 2. | 379692 | Jennings, Jamoni | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-09226 | 4 |
| 3. | 365810 | Wright, Charles R | The Kuykendall Group LLC | 3:22-cv-20390 | 5 |