**Exhibit B**

|    | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number | Filing Date |
|----|---|---|---|---|---|
| 1. | 208347 | Brannon, Dennis J. | Thomas J Henry | 8:20-cv-53255 | 7/8/20 |
| 1. | 384650 | Brannon, Dennis | Heninger Garrison Davis, LLC | 3:23-cv-06086 | 3/16/23 |
| 2. | 181941 | Burke, David | The Kuykendall Group LLC | 7:20-cv-44739 | 4/2/20 |
| 2. | 379682 | Burke, David | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-04410 | 2/23/23 |
| 3. | 217243 | Castro, Robert Babauta | Rosen Injury Lawyers | 8:20-cv-75449 | 7/29/20 |
| 3. | 384670 | Castro, Robert | Heninger Garrison Davis, LLC | 3:23-cv-10233 | 5/15/23 |
| 4. | 386279 | Cook, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-05743 | 3/14/23 |
| 4. | 384675 | Cook, Andrew | Heninger Garrison Davis, LLC | 3:23-cv-06391 | 3/21/23 |
| 5. | 376961 | Haley, Tim | Monsour Law Firm | 3:22-cv-20668 | 10/14/22 |
| 5. | 385707 | Haley, Timothy | Wagstaff & Cartmell, LLP | 3:23-cv-04619 | 2/28/23 |
| 6. | 291922 | Howard, Marvin L. | Rogers, Patrick, Westbrook & Brickman, LLC | 7:21-cv-11010 | 3/16/21 |
| 6. | 386315 | Howard, Marvin | Parafinczuk Wolf, P.A. | 3:23-cv-05944 | 3/15/23 |
| 7. | 218951 | Lewis, Robert | Bertram & Graf, L.L.C. | 8:20-cv-72302 | 7/27/20 |
| 7. | 388158 | Lewis, Robert A | Parafinczuk Wolf, P.A. | 3:23-cv-08834 | 4/26/23 |
| 8. | 376978 | Moreno, Gabriel Jay | Law Office of Paul Mankin, APC | 3:22-cv-20690 | 10/14/22 |
| 8. | 384742 | Moreno, Gabriel | Heninger Garrison Davis, LLC | 3:23-cv-05261 | 3/9/23 |
| 9. | 325402 | Rollins, Jeffrey | Carey Danis & Lowe | 3:22-cv-05336 | 4/18/22 |
| 9. | 384761 | Rollins, Jeffrey | Heninger Garrison Davis, LLC | 3:23-cv-05318 | 3/9/23 |

**Exhibit B**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number | Filing Date |
|-----|--------------|----------------|---------------|---------------------------|-------------|
| 10. | 210137 | Todd, Veronica | Monsour Law Firm | 8:20-cv-59370 | 7/13/20 |
| 10. | 384086 | Todd, Veronica A | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-04564 | 2/27/23 |
| 11. | 267376 | Wilt, Thomas | The Carlson Law Firm | 9:20-cv-16670 | 12/21/20 |
| 11. | 379547 | Wilt, Thomas Richard | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-02858 | 2/2/23 |
| 12. | 219167 | Wright, Tyler | Bossier & Associates, PLLC | 8:20-cv-69978 | 7/22/20 |
| 12. | 371439 | Wright, Tyler | Heninger Garrison Davis, LLC | 3:23-cv-09011 | 4/28/23 |