## **Exhibit A**

|    | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # | ECF No. |
|----|--------------|----------------|---------------|--------|---------|
| 1. | 384650 | Brannon, Dennis | Heninger Garrison Davis, LLC | 3:23-cv-06086 | 6 |
| 2. | 384670 | Castro, Robert | Heninger Garrison Davis, LLC | 3:23-cv-10233 | 6 |
| 3. | 384675 | Cook, Andrew | Heninger Garrison Davis, LLC | 3:23-cv-06391 | 6 |
| 4. | 384742 | Moreno, Gabriel | Heninger Garrison Davis, LLC | 3:23-cv-05261 | 6 |
| 5. | 384761 | Rollins, Jeffrey | Heninger Garrison Davis, LLC | 3:23-cv-05318 | 6 |