**Exhibit B**

|    | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number | Filing Date |
|----|--------------|----------------|---------------|---------------------------|-------------|
| 1. | 388158 | Lewis, Robert A | Parafinczuk Wolf, P.A. | 3:23-cv-08834 | 4/26/23 |
| 2. | 379547 | Wilt, Thomas Richard | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-02858 | 2/2/23 |
| 3. | 371439 | Wright, Tyler | Heninger Garrison Davis, LLC | 3:23-cv-09011 | 4/28/23 |