**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|-----|---|---|---|---|
| 1.  | 242408 | Baker, Christopher | Keller Postman | 3:22-cv-25253 |
| 2.  | 138231 | Fowler, Nicolas | Keller Postman | 3:23-cv-05437 |
| 3.  | 136970 | Shinault, Cameron | Keller Postman | 3:22-cv-18986 |
| 4.  | 77476  | Wiest, Grant | Lieff Cabraser Heimann & Bernstein, LLP | 3:22-cv-05550 |
| 5.  | 171608 | Fanning, Shaniece | McCormick Law Firm | 3:22-cv-06043 |
| 6.  | 388110 | Bivins, Terrence | Parafinczuk Wolf, P.A. | 3:23-cv-08906 |
| 7.  | 329284 | Cortes, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-08568 |
| 8.  | 388137 | Gutierrez, John | Parafinczuk Wolf, P.A. | 3:23-cv-08728 |
| 9.  | 388140 | Harper, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-08870 |
| 10. | 388537 | Hummer, Mathew | Parafinczuk Wolf, P.A. | 3:23-cv-09179 |
| 11. | 388153 | Larson, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-08730 |
| 12. | 388503 | Odero, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-09032 |
| 13. | 389501 | Valenzuela, Ismael | Parafinczuk Wolf, P.A. | 3:23-cv-09844 |
| 14. | 216590 | Weedon, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-09171 |
| 15. | 304743 | Farrant, James | Pogust Millrood, LLC | 3:22-cv-22291 |
| 16. | 370307 | Bramlett, Justin | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-16410 |
| 17. | 372550 | Candella, Devin | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15464 |
| 18. | 371032 | Cuello, Vincent | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14724 |