UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases on Exhibits A and B | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**ORDER**

On March 23, 2022, the Court directed all MDL plaintiffs who are veterans to submit a Form DD214 or DoD Military Service Information Report by certain deadlines.[1] *See* Case Management Order No. 40, ECF No. 2911. The Order warned that a plaintiff's failure to timely submit the requisite form or report would result in the dismissal of the plaintiff's case without prejudice. *See id.* at 3. This Order addresses the plaintiffs identified on Exhibits A and B who failed to submit the requisite military service documentation by the court-imposed deadlines.[2]

The plaintiffs on Exhibit A have submitted census materials indicating they are veterans. The plaintiffs on Exhibit B have submitted census materials that

---

[1] The Court previously stayed certain proceedings in the MDL pending resolution of any interlocutory appeal of its Order dated December 22, 2022. *See* ECF Nos. 3568 & 3610. On December 30, 2022, the Court further clarified that the DD214 and census form requirements are not subject to the stay and that plaintiffs must fulfill their DD214 and census form obligations in accordance with the previously established deadlines. *See* ECF No. 3615 at 2.

[2] For any case that is newly filed or transferred into this MDL after March 23, 2022, a DD214 form or DoD Military Service Information Report must be submitted through MDL Centrality within 14 days of the date the case was filed in or transferred into the MDL. *See* CMO 40, ECF No. 2911 at 3.

contain conflicting answers about their veteran status and none have advised the Court or BrownGreer that they are not veterans, such that the document requirements in CMO 40 would not apply.

The DD214 provides essential information regarding a veteran's military service and so it is a crucial document for veterans alleging injury as a result of using the CAEv2 during their military service. At this point in the litigation, these plaintiffs have had sufficient time to submit these forms, however, the Court will grant them one final opportunity to submit their DD214 forms **by August 3, 2023**. Failure to comply by this deadline will result in **dismissal with prejudice** as it will be considered a willful and repeated violation of the Court's orders.

**SO ORDERED**, on this 19th day of July, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**