**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|-----|--------------|----------------|---------------|---------------------------|
| 1.  | 392549 | Clements, Barry | Baron & Budd | 3:23-cv-11711 |
| 2.  | 381700 | Crimmins, James | Cory Watson | 3:23-cv-04150 |
| 3.  | 380555 | Perez, Barbara | Cory Watson | 3:23-cv-05408 |
| 4.  | 380550 | Roundtree, Michael | Cory Watson | 3:23-cv-04352 |
| 5.  | 107329 | Arblaster, Andrew | Douglas & London | 3:23-cv-11838 |
| 6.  | 386673 | Bray, Andrew | Heninger Garrison Davis, LLC | 3:23-cv-06197 |
| 7.  | 364621 | Null, Boyce | Heninger Garrison Davis, LLC | 3:22-cv-17165 |
| 8.  | 136755 | Johnson, Alexander | Keller Postman | 3:23-cv-12258 |
| 9.  | 378803 | Edwards, James | Law Office of Paul Mankin, APC | 3:22-cv-25180 |
| 10. | 386263 | Farah, Charles | Lockridge Grindal Nauen | 3:23-cv-06079 |
| 11. | 345928 | Batzinger, Glen | Mostyn Law | 3:23-cv-14284 |
| 12. | 302131 | Rios, Villedo | Nabers Law Firm, PLLC | 3:23-cv-12222 |
| 13. | 389078 | Clark, Delvon | Oliver Law Group P.C. | 3:23-cv-12165 |
| 14. | 389526 | Allen, Donray | Parafinczuk Wolf, P.A. | 3:23-cv-09904 |
| 15. | 389417 | Barton, Zachary | Parafinczuk Wolf, P.A. | 3:23-cv-09325 |
| 16. | 393623 | Berkins, Brock | Parafinczuk Wolf, P.A. | 3:23-cv-10907 |
| 17. | 394417 | Bowers, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12368 |
| 18. | 394446 | Brothers, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-12802 |

# Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 19. | 389498 | Christenson, Paul | Parafinczuk Wolf, P.A. | 3:23-cv-09821 |
| 20. | 389490 | Cleveland, Feliciano | Parafinczuk Wolf, P.A. | 3:23-cv-09921 |
| 21. | 396098 | Cotta, Gilfred | Parafinczuk Wolf, P.A. | 3:23-cv-12867 |
| 22. | 393025 | Crowley, James | Parafinczuk Wolf, P.A. | 3:23-cv-12329 |
| 23. | 394451 | Drake, Dustin | Parafinczuk Wolf, P.A. | 3:23-cv-12803 |
| 24. | 394452 | Henline, Samuel | Parafinczuk Wolf, P.A. | 3:23-cv-12804 |
| 25. | 387125 | Hernandez, Hector | Parafinczuk Wolf, P.A. | 3:23-cv-07027 |
| 26. | 393045 | Hickman, Lindsey | Parafinczuk Wolf, P.A. | 3:23-cv-11742 |
| 27. | 389025 | Lee, David | Parafinczuk Wolf, P.A. | 3:23-cv-08786 |
| 28. | 393018 | Martin, Jerry | Parafinczuk Wolf, P.A. | 3:23-cv-12343 |
| 29. | 394455 | Miles, Tyrone | Parafinczuk Wolf, P.A. | 3:23-cv-12811 |
| 30. | 396160 | Nelson, Ethan | Parafinczuk Wolf, P.A. | 3:23-cv-14006 |
| 31. | 389464 | Patterson, Roy | Parafinczuk Wolf, P.A. | 3:23-cv-09889 |
| 32. | 392923 | Preffer, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-12440 |
| 33. | 394424 | Richardson, Jesse | Parafinczuk Wolf, P.A. | 3:23-cv-12523 |
| 34. | 394441 | Saffioti, Chris | Parafinczuk Wolf, P.A. | 3:23-cv-12566 |
| 35. | 394472 | Senechal, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12923 |
| 36. | 393072 | Thompson, James | Parafinczuk Wolf, P.A. | 3:23-cv-11448 |

## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 37. | 27257 | Bossi, James | Pulaski Law Firm, PLLC | 3:23-cv-13367 |
| 38. | 27693 | Burke, Tyler | Pulaski Law Firm, PLLC | 3:23-cv-13356 |
| 39. | 177693 | Cranfield, Joe | Pulaski Law Firm, PLLC | 3:23-cv-13382 |
| 40. | 266783 | Noble, Jermaine | Pulaski Law Firm, PLLC | 3:23-cv-13349 |
| 41. | 28460 | Phelps, Natasha | Pulaski Law Firm, PLLC | 3:23-cv-13402 |
| 42. | 177748 | Satrom, Kirk | Pulaski Law Firm, PLLC | 3:23-cv-13376 |
| 43. | 301576 | Smith, Deshawn | Pulaski Law Firm, PLLC | 3:23-cv-13387 |
| 44. | 367885 | Bassett, Nicholas | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14454 |
| 45. | 392966 | Bevier, Steven | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12962 |
| 46. | 392979 | Blitch, Ryan | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13109 |
| 47. | 392984 | Brubaker, Levi | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13188 |
| 48. | 392953 | Butts, Marquis | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12901 |
| 49. | 392950 | Cole, Justin | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12889 |
| 50. | 392992 | Crawford, Bradley | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13257 |
| 51. | 392982 | Deering, Jerry | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13118 |
| 52. | 387996 | Diaz, Raymond | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-08806 |
| 53. | 368218 | Dodson, Michael | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14382 |
| 54. | 392959 | Filius, Allen | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12945 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 55. | 392993 | Goershel, Peter | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13266 |
| 56. | 370833 | Gonzalez, James | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14482 |
| 57. | 392967 | Haley, Cory | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12688 |
| 58. | 392980 | Hancock, Joseph | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13112 |
| 59. | 369946 | Hardcastle, James | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14710 |
| 60. | 367660 | Harris, Matt | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14376 |
| 61. | 392955 | Henseler, Isaiah | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12930 |
| 62. | 392970 | Hernandez, Emmanuel | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13061 |
| 63. | 392986 | High, Jonathan | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13202 |
| 64. | 392981 | Jensen, Joshua | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13114 |
| 65. | 392987 | Johnson, Devante | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13232 |
| 66. | 368808 | Justice, Jeffery | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14275 |
| 67. | 372240 | Kealty, Jerome | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14471 |
| 68. | 392963 | Landen, Thomas | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12692 |
| 69. | 372620 | Mcclain, Kristin | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14661 |
| 70. | 392971 | Miller, Megann | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13067 |
| 71. | 392989 | Moran, Luis | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12607 |
| 72. | 369822 | Morris, Jason | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14720 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 73. | 392983 | Paulin, Nicholas | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13125 |
| 74. | 370115 | Paye, Christopher | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14747 |
| 75. | 392985 | Reid, Eric | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13195 |
| 76. | 392964 | Reyna, George | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12683 |
| 77. | 369319 | Richards, Portia | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14491 |
| 78. | 372879 | Russo, Gregg | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14668 |
| 79. | 392954 | Smith, Kirk | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12911 |
| 80. | 392952 | Spillman, Stephen | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12893 |
| 81. | 392969 | Stearns, Daniel | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13053 |
| 82. | 392974 | Stirewalt, Joshua | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13086 |
| 83. | 370992 | Vanderpool, James | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14461 |
| 84. | 370146 | Vaughan, Tracy | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14670 |
| 85. | 392968 | Velazquez, Lawrence | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12681 |
| 86. | 372814 | Walsh, Timothy | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14762 |
| 87. | 392962 | Waytus, David | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12954 |
| 88. | 392976 | Whipple, Wayne | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12685 |
| 89. | 392951 | Yates, Seth | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12690 |
| 90. | 392975 | Zbaracki, Tim | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13094 |

**Exhibit A**

|  | **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Active Docket Case Number** |
|---|---|---|---|---|
| 91. | 396566 | Hays, John | The Shelton Law Firm | 3:23-cv-12587 |