## Exhibit B

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
| --- | --- | --- | --- | --- |
| 1. | 392956 | Dwyer, Kehmar | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12934 |
| 2. | 392965 | Gerhardt, Russell | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12958 |
| 3. | 392994 | Rodriguez, Henry | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13274 |
| 4. | 392972 | Torres, Carlos | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13079 |