UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# **ORDER**

This Order addresses plaintiffs who failed to submit census forms by the court-imposed deadlines in Pretrial Order No. 18 and Pretrial Order No. 81.[1] *See* ECF Nos. 775 & 1848. The plaintiffs identified on Exhibit A failed to submit their census forms by these deadlines.[2]

At this point in the litigation, plaintiffs have had ample time to complete the Initial Census Questions, which require basic case information certified by counsel in order to facilitate discovery. These plaintiffs will be given one final opportunity to submit their census forms, or their cases will be dismissed. For any plaintiff

---

[1] The Court previously stayed certain proceedings in the MDL pending resolution of any interlocutory appeal of its Order dated December 22, 2022. *See* ECF Nos. 3568 & 3610. On December 30, 2022, the Court further clarified that the DD214 and census form requirements are not subject to the stay and that plaintiffs must fulfill their DD214 and census form obligations in accordance with the previously established deadlines. *See* ECF No. 3615 at 2.

[2] Under Pretrial Order No. 81, depending on the number of cases per plaintiffs' law firm missing census forms, plaintiffs' counsel had between 60 and 270 days to submit the census forms. Under Pretrial Order No. 18, any newly filed or transferred case had 90 days from the date the case was filed in or transferred into the MDL to submit a census form.

failing to submit a census form by **August 3, 2023**, his/her case will be **dismissed with prejudice**, in light of repeated failures to comply. (Pretrial Order No. 18/Pretrial Order No. 81 and this Order).

**SO ORDERED**, on this 19th day of July, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**