**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
| --- | --- | --- | --- | --- |
| 1.  | 387681 | Triggs, Anderson Lohr | Cheyenne N Riker PLLC | 3:23-cv-07090 |
| 2.  | 384258 | Abernethy, Rebecca Dianne | Cory Watson | 3:23-cv-05407 |
| 3.  | 381321 | Alford, Raymond Chase | Cory Watson | 3:23-cv-05258 |
| 4.  | 381352 | Beck, Daniel Joseph | Cory Watson | 3:23-cv-05059 |
| 5.  | 381276 | Clay, Douglas Michael | Cory Watson | 3:23-cv-04980 |
| 6.  | 381613 | Coffman, Billy Nathanial | Cory Watson | 3:23-cv-05275 |
| 7.  | 381472 | Davis, Montel | Cory Watson | 3:23-cv-04155 |
| 8.  | 381394 | Demery, Savannah Noelle | Cory Watson | 3:23-cv-04159 |
| 9.  | 381440 | Deravines, Kettyde Dameus | Cory Watson | 3:23-cv-04160 |
| 10. | 381495 | Dillard, George | Cory Watson | 3:23-cv-04161 |
| 11. | 381406 | Dunlap, John Randall | Cory Watson | 3:23-cv-04162 |
| 12. | 381475 | Ellis, Jamie | Cory Watson | 3:23-cv-04165 |
| 13. | 381403 | Escalante, Javier | Cory Watson | 3:23-cv-04357 |
| 14. | 381657 | Ethridge, Jerald Scott | Cory Watson | 3:23-cv-05081 |
| 15. | 381488 | Faulkenberry, Shane Michael | Cory Watson | 3:23-cv-04359 |
| 16. | 384208 | Fulgencio, Marc Edward | Cory Watson | 3:23-cv-06659 |
| 17. | 381452 | Harris, Charles | Cory Watson | 3:23-cv-05198 |
| 18. | 381658 | Hartman, Jeremy William | Cory Watson | 3:23-cv-05607 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 19. | 381487 | Hill, Anneka | Cory Watson | 3:23-cv-04132 |
| 20. | 381147 | Jackson, Jonathan | Cory Watson | 3:23-cv-04136 |
| 21. | 383030 | Johnson, Andrew Philip | Cory Watson | 3:23-cv-05412 |
| 22. | 381461 | Joubert, Scott | Cory Watson | 3:23-cv-05093 |
| 23. | 381109 | Matos, Eduardo | Cory Watson | 3:23-cv-04201 |
| 24. | 381013 | May, Ryan Anthony | Cory Watson | 3:23-cv-04199 |
| 25. | 381106 | Mccoy, Derrick Dewayne | Cory Watson | 3:23-cv-04194 |
| 26. | 381399 | Mennig, Brian Thomas Christopher | Cory Watson | 3:23-cv-04193 |
| 27. | 381363 | Miller, Robert William | Cory Watson | 3:23-cv-04191 |
| 28. | 381466 | Miller, Sean | Cory Watson | 3:23-cv-04188 |
| 29. | 381571 | Moralesrubio, Jose | Cory Watson | 3:23-cv-05622 |
| 30. | 381574 | Morris, Shiloh | Cory Watson | 3:23-cv-05413 |
| 31. | 381157 | Oyler, Sheri | Cory Watson | 3:23-cv-05414 |
| 32. | 381330 | Padilla, Ralph | Cory Watson | 3:23-cv-04186 |
| 33. | 381423 | Perez, Nicholas | Cory Watson | 3:23-cv-04969 |
| 34. | 381302 | Phillips, Jeremy Scott | Cory Watson | 3:23-cv-04183 |
| 35. | 381663 | Plavin, Scott Warren | Cory Watson | 3:23-cv-04178 |
| 36. | 381367 | Plumer, Steven Anthony | Cory Watson | 3:23-cv-04177 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
| --- | --- | --- | --- | --- |
| 37. | 381328 | Pokorney, Metodej Cyrila | Cory Watson | 3:23-cv-04176 |
| 38. | 381339 | Pressley, Michael Alan | Cory Watson | 3:23-cv-04173 |
| 39. | 381300 | Prikhodko, Aleksandr Yakovle | Cory Watson | 3:23-cv-04372 |
| 40. | 381331 | Purser, Scot Melton | Cory Watson | 3:23-cv-04370 |
| 41. | 384246 | Redmond, Walter Gordon | Cory Watson | 3:23-cv-06672 |
| 42. | 384227 | Rios, Benigno Ayala | Cory Watson | 3:23-cv-05584 |
| 43. | 381342 | Rodriguez, Hector Hugo | Cory Watson | 3:23-cv-04356 |
| 44. | 381377 | Rodriquez, Oscar Bobby | Cory Watson | 3:23-cv-05207 |
| 45. | 381389 | Rostan, Randy | Cory Watson | 3:23-cv-04972 |
| 46. | 381279 | Rowley, Jeremiah Scott | Cory Watson | 3:23-cv-04351 |
| 47. | 381569 | Ruiz, Ricci | Cory Watson | 3:23-cv-05621 |
| 48. | 381476 | Seamster, Taborra | Cory Watson | 3:23-cv-05178 |
| 49. | 381447 | Sides, Ryan | Cory Watson | 3:23-cv-05041 |
| 50. | 381550 | Spivey, Alexander | Cory Watson | 3:23-cv-05084 |
| 51. | 384166 | St Martin, Victor | Cory Watson | 3:23-cv-05177 |
| 52. | 381456 | Stephens, Michael | Cory Watson | 3:23-cv-05100 |
| 53. | 381468 | Stevens, Gerald | Cory Watson | 3:23-cv-05180 |
| 54. | 381133 | Sumter, Joshua | Cory Watson | 3:23-cv-04979 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 55. | 386538 | Thurber, Dale Robert | Cory Watson | 3:23-cv-06482 |
| 56. | 381240 | Torres-Suarez, Irma Lee | Cory Watson | 3:23-cv-05339 |
| 57. | 381402 | Tuncap, Patrick James Garcia | Cory Watson | 3:23-cv-05054 |
| 58. | 381668 | Wright, Bryan Gregory | Cory Watson | 3:23-cv-04145 |
| 59. | 381356 | Wright, David Michael | Cory Watson | 3:23-cv-05155 |
| 60. | 381525 | Wymer, Josh | Cory Watson | 3:23-cv-06629 |
| 61. | 381404 | Yan, Juncheng | Cory Watson | 3:23-cv-05033 |
| 62. | 381155 | Young, Ricarlos | Cory Watson | 3:23-cv-04974 |
| 63. | 386674 | Bray, Stephen | Heninger Garrison Davis, LLC | 3:23-cv-06721 |
| 64. | 303787 | Campbell, Keith | Keller Postman | 3:22-cv-19535 |
| 65. | 384472 | Roberts, Curtes | Laminack Pirtle & Martines | 3:23-cv-04290 |
| 66. | 384474 | Roller, David | Laminack Pirtle & Martines | 3:23-cv-04296 |
| 67. | 379498 | Hall, Wayne T | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-03001 |
| 68. | 379546 | Martin, Hearlon James | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-03509 |
| 69. | 386817 | Mclaren, Jason Edward | McSweeney/Langevin LLC | 3:23-cv-06680 |
| 70. | 383103 | Escobar, Victor Manuel | Mostyn Law | 3:23-cv-04355 |
| 71. | 387092 | Ash, Lee | Parafinczuk Wolf, P.A. | 3:23-cv-06940 |
| 72. | 386687 | Ashline, Ricky | Parafinczuk Wolf, P.A. | 3:23-cv-06726 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
| --- | --- | --- | --- | --- |
| 73. | 387114 | Ayala, Noel | Parafinczuk Wolf, P.A. | 3:23-cv-07034 |
| 74. | 387268 | Barletta, Harold | Parafinczuk Wolf, P.A. | 3:23-cv-06870 |
| 75. | 387071 | Bernard, Kenneth | Parafinczuk Wolf, P.A. | 3:23-cv-07216 |
| 76. | 386991 | Billings, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-07154 |
| 77. | 386998 | Binns, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-06917 |
| 78. | 387019 | Bishop, Dustin | Parafinczuk Wolf, P.A. | 3:23-cv-07218 |
| 79. | 387283 | Boddie, Damon | Parafinczuk Wolf, P.A. | 3:23-cv-07303 |
| 80. | 387048 | Bolden, Derrick | Parafinczuk Wolf, P.A. | 3:23-cv-07317 |
| 81. | 386985 | Bolyard, Bruce | Parafinczuk Wolf, P.A. | 3:23-cv-06770 |
| 82. | 387091 | Bond, Dennis | Parafinczuk Wolf, P.A. | 3:23-cv-06922 |
| 83. | 386516 | Boyd, Joseph | Parafinczuk Wolf, P.A. | 3:23-cv-06358 |
| 84. | 387269 | Brass, Jordan | Parafinczuk Wolf, P.A. | 3:23-cv-07044 |
| 85. | 387271 | Burriss, Jonathan | Parafinczuk Wolf, P.A. | 3:23-cv-07045 |
| 86. | 387275 | Campbell, Joshua A | Parafinczuk Wolf, P.A. | 3:23-cv-07220 |
| 87. | 387058 | Cardenas, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-06778 |
| 88. | 387012 | Caudill, Clinton | Parafinczuk Wolf, P.A. | 3:23-cv-06780 |
| 89. | 387096 | Cave, Debra | Parafinczuk Wolf, P.A. | 3:23-cv-07318 |
| 90. | 387015 | Cheek, Gregory | Parafinczuk Wolf, P.A. | 3:23-cv-07046 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 91. | 387286 | Cini, Frank | Parafinczuk Wolf, P.A. | 3:23-cv-07268 |
| 92. | 387014 | Clarkson, Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-07091 |
| 93. | 387285 | Coatney, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-07265 |
| 94. | 387122 | Cockrill, Reginald | Parafinczuk Wolf, P.A. | 3:23-cv-06925 |
| 95. | 388207 | Cooper, Dwayne | Parafinczuk Wolf, P.A. | 3:23-cv-07304 |
| 96. | 386529 | Coulbourn, Marty | Parafinczuk Wolf, P.A. | 3:23-cv-06422 |
| 97. | 387642 | Cox, Aaron | Parafinczuk Wolf, P.A. | 3:23-cv-06807 |
| 98. | 387043 | Cox, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-07282 |
| 99. | 387056 | Cummings, Eugene | Parafinczuk Wolf, P.A. | 3:23-cv-07050 |
| 100. | 387029 | Davidson, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-07221 |
| 101. | 387308 | Davis, Alan Keith | Parafinczuk Wolf, P.A. | 3:23-cv-07177 |
| 102. | 387116 | Davis, Frank | Parafinczuk Wolf, P.A. | 3:23-cv-07052 |
| 103. | 387027 | Davis, James | Parafinczuk Wolf, P.A. | 3:23-cv-06871 |
| 104. | 387302 | Davis, Thomas | Parafinczuk Wolf, P.A. | 3:23-cv-06962 |
| 105. | 386522 | Decosta, Courtney | Parafinczuk Wolf, P.A. | 3:23-cv-06383 |
| 106. | 387005 | Dema, Met | Parafinczuk Wolf, P.A. | 3:23-cv-06782 |
| 107. | 387124 | Demelo, Larry | Parafinczuk Wolf, P.A. | 3:23-cv-07184 |
| 108. | 387464 | Dennis, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-07056 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 109. | 386988 | Dillie, Everett | Parafinczuk Wolf, P.A. | 3:23-cv-06792 |
| 110. | 387057 | Domangue, Louis | Parafinczuk Wolf, P.A. | 3:23-cv-07058 |
| 111. | 386980 | Elder, Dominique | Parafinczuk Wolf, P.A. | 3:23-cv-07061 |
| 112. | 386974 | Eldrige, James | Parafinczuk Wolf, P.A. | 3:23-cv-07200 |
| 113. | 387098 | Elevado, Honesto | Parafinczuk Wolf, P.A. | 3:23-cv-07202 |
| 114. | 386977 | Evans, Brandon Sean | Parafinczuk Wolf, P.A. | 3:23-cv-07008 |
| 115. | 386992 | Evans, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-07172 |
| 116. | 387097 | Ewen, Angela | Parafinczuk Wolf, P.A. | 3:23-cv-06794 |
| 117. | 386960 | Fay Thomas, Kim Lee | Parafinczuk Wolf, P.A. | 3:23-cv-07130 |
| 118. | 386963 | Ferebee, Barry | Parafinczuk Wolf, P.A. | 3:23-cv-07137 |
| 119. | 387001 | Fisher, Joseph M | Parafinczuk Wolf, P.A. | 3:23-cv-06872 |
| 120. | 387049 | Fought, Wesley | Parafinczuk Wolf, P.A. | 3:23-cv-07066 |
| 121. | 387004 | Franklin, Lydia | Parafinczuk Wolf, P.A. | 3:23-cv-07068 |
| 122. | 387127 | Gache, Darsso | Parafinczuk Wolf, P.A. | 3:23-cv-07287 |
| 123. | 387059 | Gant, Whitney | Parafinczuk Wolf, P.A. | 3:23-cv-07226 |
| 124. | 387089 | Garcia, Jorge | Parafinczuk Wolf, P.A. | 3:23-cv-06969 |
| 125. | 387099 | Gardiner, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-07310 |
| 126. | 386995 | Goldsmith, Leonard | Parafinczuk Wolf, P.A. | 3:23-cv-07273 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 127. | 387102 | Graham, Cherie Teberio | Parafinczuk Wolf, P.A. | 3:23-cv-07110 |
| 128. | 387295 | Grahek, James | Parafinczuk Wolf, P.A. | 3:23-cv-06544 |
| 129. | 387024 | Grandberry, Mario | Parafinczuk Wolf, P.A. | 3:23-cv-07227 |
| 130. | 387100 | Gustin, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-07037 |
| 131. | 387301 | Hall, David | Parafinczuk Wolf, P.A. | 3:23-cv-06942 |
| 132. | 387090 | Harriman, Jody | Parafinczuk Wolf, P.A. | 3:23-cv-06947 |
| 133. | 386990 | Harris, Johnvon | Parafinczuk Wolf, P.A. | 3:23-cv-07283 |
| 134. | 387044 | Havelin, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-06785 |
| 135. | 386981 | Henry, Coty | Parafinczuk Wolf, P.A. | 3:23-cv-07070 |
| 136. | 387085 | Hernandez, Vincent | Parafinczuk Wolf, P.A. | 3:23-cv-07147 |
| 137. | 387450 | Hicks, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-06816 |
| 138. | 387067 | Holmes, Randy | Parafinczuk Wolf, P.A. | 3:23-cv-06817 |
| 139. | 386969 | Hummer, Jared | Parafinczuk Wolf, P.A. | 3:23-cv-07319 |
| 140. | 387021 | Iiii, Julian | Parafinczuk Wolf, P.A. | 3:23-cv-07074 |
| 141. | 387039 | Jackson, James | Parafinczuk Wolf, P.A. | 3:23-cv-07076 |
| 142. | 387061 | Johnson, Brandon Cody | Parafinczuk Wolf, P.A. | 3:23-cv-07078 |
| 143. | 387000 | Johnson, Jamal | Parafinczuk Wolf, P.A. | 3:23-cv-06998 |
| 144. | 386970 | Jones, Diann | Parafinczuk Wolf, P.A. | 3:23-cv-07168 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 145. | 387041 | Jones, Douglas | Parafinczuk Wolf, P.A. | 3:23-cv-07320 |
| 146. | 387294 | Joseph, Cassidy | Parafinczuk Wolf, P.A. | 3:23-cv-07025 |
| 147. | 386532 | Justice, Jeffrey | Parafinczuk Wolf, P.A. | 3:23-cv-06429 |
| 148. | 387002 | Kelly, Quiana Jenell | Parafinczuk Wolf, P.A. | 3:23-cv-07194 |
| 149. | 387035 | Kennedy, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-07082 |
| 150. | 387107 | Khiev, Ron | Parafinczuk Wolf, P.A. | 3:23-cv-07122 |
| 151. | 386683 | Kirksey, Johnny | Parafinczuk Wolf, P.A. | 3:23-cv-06510 |
| 152. | 386514 | Kuhn, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-06349 |
| 153. | 387007 | Kuschka, Rebecca King | Parafinczuk Wolf, P.A. | 3:23-cv-06832 |
| 154. | 387075 | Lentz, Curtis Lee | Parafinczuk Wolf, P.A. | 3:23-cv-06931 |
| 155. | 387119 | Lessard, Cristefano | Parafinczuk Wolf, P.A. | 3:23-cv-06949 |
| 156. | 387037 | Lewis, Jandel | Parafinczuk Wolf, P.A. | 3:23-cv-07096 |
| 157. | 387095 | Light, Jennifer | Parafinczuk Wolf, P.A. | 3:23-cv-06952 |
| 158. | 387025 | Littles, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-06846 |
| 159. | 387111 | Looney, John | Parafinczuk Wolf, P.A. | 3:23-cv-07284 |
| 160. | 386686 | Luciano, Jose | Parafinczuk Wolf, P.A. | 3:23-cv-06516 |
| 161. | 387108 | Lucio, Rosa | Parafinczuk Wolf, P.A. | 3:23-cv-06943 |
| 162. | 387047 | Madkins, Rodney | Parafinczuk Wolf, P.A. | 3:23-cv-06850 |

**Exhibit A**

|      | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|------|--------------|----------------|---------------|--------|
| 163. | 386996 | Mahon Caruso, Jamie Nicole | Parafinczuk Wolf, P.A. | 3:23-cv-07133 |
| 164. | 387282 | Maldonado, Servando | Parafinczuk Wolf, P.A. | 3:23-cv-07335 |
| 165. | 387022 | Mancell, Randy | Parafinczuk Wolf, P.A. | 3:23-cv-07086 |
| 166. | 387033 | Mann, Tristan | Parafinczuk Wolf, P.A. | 3:23-cv-07087 |
| 167. | 386999 | Martin, Sean | Parafinczuk Wolf, P.A. | 3:23-cv-06973 |
| 168. | 387018 | Mayes, Dusty | Parafinczuk Wolf, P.A. | 3:23-cv-06852 |
| 169. | 386986 | Mccandlish, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-07000 |
| 170. | 387011 | Mccane, Mark | Parafinczuk Wolf, P.A. | 3:23-cv-06774 |
| 171. | 386524 | Mcdowell, Cody | Parafinczuk Wolf, P.A. | 3:23-cv-06390 |
| 172. | 387086 | Mcfarland, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-07141 |
| 173. | 387081 | Mckee, Alphadel | Parafinczuk Wolf, P.A. | 3:23-cv-06951 |
| 174. | 387299 | Mckenzie, Shawntaura | Parafinczuk Wolf, P.A. | 3:23-cv-06826 |
| 175. | 387307 | Mckinnon, Jarmaine | Parafinczuk Wolf, P.A. | 3:23-cv-07151 |
| 176. | 387284 | Mcloughlin, Shawn B | Parafinczuk Wolf, P.A. | 3:23-cv-07312 |
| 177. | 386962 | Medeiros, Steven | Parafinczuk Wolf, P.A. | 3:23-cv-06993 |
| 178. | 387290 | Menyweather, Denisha | Parafinczuk Wolf, P.A. | 3:23-cv-07294 |
| 179. | 387292 | Merrill, Donald | Parafinczuk Wolf, P.A. | 3:23-cv-06946 |
| 180. | 387063 | Meyers, Ethen | Parafinczuk Wolf, P.A. | 3:23-cv-07106 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 181. | 386528 | Morton, Shawn | Parafinczuk Wolf, P.A. | 3:23-cv-06415 |
| 182. | 387064 | Moses, Malcom | Parafinczuk Wolf, P.A. | 3:23-cv-06859 |
| 183. | 386989 | Neeley, John | Parafinczuk Wolf, P.A. | 3:23-cv-07007 |
| 184. | 387070 | Neyland, Laren | Parafinczuk Wolf, P.A. | 3:23-cv-07112 |
| 185. | 387298 | Ort, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-06793 |
| 186. | 387272 | Osborn, Bryson | Parafinczuk Wolf, P.A. | 3:23-cv-07114 |
| 187. | 387008 | Pennington, Danny | Parafinczuk Wolf, P.A. | 3:23-cv-07243 |
| 188. | 387115 | Perezpino, Omar | Parafinczuk Wolf, P.A. | 3:23-cv-07033 |
| 189. | 387060 | Phillips, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-06874 |
| 190. | 387042 | Phillips, Samuel | Parafinczuk Wolf, P.A. | 3:23-cv-06960 |
| 191. | 387309 | Pires, Marco A | Parafinczuk Wolf, P.A. | 3:23-cv-07189 |
| 192. | 387118 | Pohlmann, Crystal | Parafinczuk Wolf, P.A. | 3:23-cv-07123 |
| 193. | 387293 | Pontiff, John | Parafinczuk Wolf, P.A. | 3:23-cv-07013 |
| 194. | 387112 | Pope, James | Parafinczuk Wolf, P.A. | 3:23-cv-07288 |
| 195. | 387076 | Poppy, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-06833 |
| 196. | 387306 | Prasad, Ravi Shankar | Parafinczuk Wolf, P.A. | 3:23-cv-07128 |
| 197. | 387279 | Puckett, Claude | Parafinczuk Wolf, P.A. | 3:23-cv-07256 |
| 198. | 387303 | Purcell, Jeffery | Parafinczuk Wolf, P.A. | 3:23-cv-06976 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 199. | 387280 | Rice, Trustan | Parafinczuk Wolf, P.A. | 3:23-cv-07249 |
| 200. | 386965 | Riddick, Donald | Parafinczuk Wolf, P.A. | 3:23-cv-07132 |
| 201. | 387068 | Roach, Danielle | Parafinczuk Wolf, P.A. | 3:23-cv-06877 |
| 202. | 387276 | Robinson, Irbin | Parafinczuk Wolf, P.A. | 3:23-cv-07253 |
| 203. | 387080 | Rodriguez, David | Parafinczuk Wolf, P.A. | 3:23-cv-06984 |
| 204. | 387287 | Serati, Benjamin | Parafinczuk Wolf, P.A. | 3:23-cv-07285 |
| 205. | 386994 | Shaw, Nicholas | Parafinczuk Wolf, P.A. | 3:23-cv-07014 |
| 206. | 387288 | Shumate, Walter Hollis | Parafinczuk Wolf, P.A. | 3:23-cv-07290 |
| 207. | 386972 | Simpers, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-07030 |
| 208. | 387052 | Smith, James R | Parafinczuk Wolf, P.A. | 3:23-cv-06543 |
| 209. | 386964 | Smith, Rasaun | Parafinczuk Wolf, P.A. | 3:23-cv-07279 |
| 210. | 386971 | Smith, Ryan J | Parafinczuk Wolf, P.A. | 3:23-cv-07298 |
| 211. | 387297 | Stanker, Richard Albert | Parafinczuk Wolf, P.A. | 3:23-cv-06769 |
| 212. | 387020 | Stephens, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-06878 |
| 213. | 387034 | Stephens, Milton | Parafinczuk Wolf, P.A. | 3:23-cv-07350 |
| 214. | 387017 | Stubbs, John | Parafinczuk Wolf, P.A. | 3:23-cv-07136 |
| 215. | 387273 | Suggs, Brantley | Parafinczuk Wolf, P.A. | 3:23-cv-07145 |
| 216. | 387016 | Summers, Lester | Parafinczuk Wolf, P.A. | 3:23-cv-07148 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 217. | 387110 | Tavares, Hans | Parafinczuk Wolf, P.A. | 3:23-cv-07150 |
| 218. | 387066 | Thomas, Waddell | Parafinczuk Wolf, P.A. | 3:23-cv-07153 |
| 219. | 387082 | Trotter, Washington | Parafinczuk Wolf, P.A. | 3:23-cv-06992 |
| 220. | 386526 | Twyman, Alfred | Parafinczuk Wolf, P.A. | 3:23-cv-06412 |
| 221. | 387291 | Vega, Jonathan | Parafinczuk Wolf, P.A. | 3:23-cv-07299 |
| 222. | 387277 | Walker, Broderick | Parafinczuk Wolf, P.A. | 3:23-cv-07257 |
| 223. | 387140 | Watson, Alvie | Parafinczuk Wolf, P.A. | 3:23-cv-07267 |
| 224. | 387078 | Weber, Matthew | Parafinczuk Wolf, P.A. | 3:23-cv-07104 |
| 225. | 387006 | White, Lorenzo | Parafinczuk Wolf, P.A. | 3:23-cv-06958 |
| 226. | 386246 | Williams, David | Parafinczuk Wolf, P.A. | 3:23-cv-05696 |
| 227. | 387270 | Williams, David | Parafinczuk Wolf, P.A. | 3:23-cv-07155 |
| 228. | 387087 | Williams, Marc | Parafinczuk Wolf, P.A. | 3:23-cv-07261 |
| 229. | 387031 | Williams, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-06865 |
| 230. | 387077 | Wilson, David | Parafinczuk Wolf, P.A. | 3:23-cv-07300 |
| 231. | 387062 | Wilson, Myron | Parafinczuk Wolf, P.A. | 3:23-cv-07159 |
| 232. | 387013 | Woodfork, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-06867 |
| 233. | 386961 | Wright, Brian | Parafinczuk Wolf, P.A. | 3:23-cv-07349 |
| 234. | 387304 | Zazueta Aceves, Jose Luis | Parafinczuk Wolf, P.A. | 3:23-cv-06978 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 235. | 385854 | Densman, Nicholas Brandon | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-04839 |
| 236. | 386781 | Alvarez, Alexie | Schlesinger Law Offices, P.A. | 3:23-cv-06661 |
| 237. | 386783 | Garland, Demetrius | Schlesinger Law Offices, P.A. | 3:23-cv-06684 |
| 238. | 386483 | Freeman, Dennis | Slater Slater Schulman LLP | 3:23-cv-06608 |
| 239. | 384910 | Mitchell, Jeffrey | Slater Slater Schulman LLP | 3:23-cv-04256 |
| 240. | 386681 | Casoni, Scott | The Gori Law Firm, P.C. | 3:23-cv-07332 |