UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 |
| **This Document Relates to:** | Case No. 3:19-md-2885-MCR |
| *Albert Bloom v. 3M Company et al.* | Hon. M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| Case No. 7:21-cv-48068 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jaime M. Farrell, Esq. of Slater Slater Schulman, LLP, is admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff, Albert Bloom.

Dated: July 20, 2023

Respectfully submitted,

*/s/ Jaime M. Farrell*
Jaime M. Farrell (FL No. 1035925)
            (NY No. 5786660)
**SLATER SLATER SCHULMAN LLP**
445 Broad Hollow Road, Suite No. 419
Melville, New York 11747
Tel: (631) 944-8308
Email: jfarrell@sssfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                              */s/ Jaime M. Farrell*
                                              Jaime M. Farrell