# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2885<br><br>Case No. 3:19-md-2885-MCR<br><br>Hon. M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1., I, Mark K. Graddy, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in the State of Oklahoma and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Oklahoma Bar Association, and a Certificate of Good Standing from the Oklahoma Bar Association, dated within 30 days of this Motion, is attached hereto as Exhibit "A" and incorporated herein by this reference.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND1689794753782**, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account.

6. Movant represents the Plaintiff in an action that was directly filed into the MDL: BRANDON P. ECKHART, Document 3774.

WHEREFORE, Mark K. Graddy specifically requests that this Court enter an order granting this *Motion to Appear Pro Hac Vice,* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 21, 2023                         Respectfully submitted,

*/s/ Mark K. Graddy*
Mark K. Graddy, OBA #20219
JOYCE & GRADDY, PLLC
515 S. Main St. Ste. 300
Tulsa, Oklahoma 74103
(918) 585-2751 [voice]
(918) 582-9308 [fax]
mark.graddy@joycegraddy.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically filed the foregoing Notice of Designated Forum with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Mark K. Graddy*
Mark K. Graddy

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

EXHIBIT "A"

## CERTIFICATE

STATE OF OKLAHOMA   )
                     )
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That MARK K. GRADDY, OBA #20219, was admitted to the practice of law by the Supreme Court of Oklahoma on September 28, 2004 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against this Oklahoma licensed attorney nor has this attorney ever been subjected to disciplinary action.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 20th day of July, 2023 by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
10/21/23

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org