UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 (MCR/HTC) |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Wendy C. Elsey, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-referenced matter, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas (Bar No. 24053186). A copy of the Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND1689128679757**, and the CM/ECF online tutorial.

4. Movant is familiar with the CM/ECF e-filing system.

5. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

6. Movant has a "Next Gen" PACER account.

7. Once this motion is granted, Movant will file a Notice of Appearance in the master docket, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-2885.

8. Movant will also file a Notice of Appearance as attorney of record for the following Plaintiffs:

a. Misty Lee Baker v. 3M Company, et al.; Cause No. 8:20-cv-14961;

b. Steve Paul Cottrill v. 3M Company, et al.; Cause No. 8:20-cv-16163;

c. Francisco J. De La Maza v. 3M Company, et al.; Cause No. 8:20-cv-16224;

d. Daryll Roy Emerson v. 3M Company, et al.; Cause No. 8:20-cv-14643;

e. Jason James Fleming v. 3M Company, et al.; Cause No. 8:20-cv-15020;

f. Rayburn James Garlow v. 3M Company, et al.; Cause No. 3:22-cv-06667;

g. Stanley Joseph Hammond v. 3M Company, et al.; Cause No. 8:20-cv-63603;

h. Anthony Dwain Hatcher v. 3M Company, et al.; Cause No. 8:20-cv-15285;

i. Andrew Scott Macgregor v. 3M Company, et al.; Cause No. 8:20-cv-14407;

j. Christopher Weland v. 3M Company, et al.; Cause No. 8:20-cv-14867;

k. Terry Lee Zillmer, Jr. v. 3M Company, et al.; Cause No. 8:20-cv-61337;

l. Paul Morris Celli v. 3M Company, et al.; Cause No. 8:20-cv-14383.

WHEREFORE, Wendy C. Elsey respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  July 21, 2023                                  Respectfully submitted,


                                                       /s/ Wendy C. Elsey
                                                       Wendy C. Elsey
                                                       Texas State Bar No. 24053186
                                                       MATTHEWS & ASSOCIATES
                                                       2905 Sackett Street
                                                       Houston, TX 77098
                                                       Phone: (713) 522-5250
                                                       welsey@thematthewslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, a copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record.

*/s/ Wendy C. Elsey*_____
Wendy C. Elsey

# Exhibit A

# (Certificate of Good Standing)

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 12, 2023

Re: Ms. Wendy Chantel Elsey, State Bar Number 24053186

To Whom It May Concern:

This is to certify that Ms. Wendy Chantel Elsey was licensed to practice law in Texas on May 04, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web