UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Brandon P. Eckhart v. 3M Company*<br><br>Case No. 3:23-cv-20168-MCR-HTC | MDL No. 2885<br><br>Case No. 3:19-md-2885-MCR<br><br>Hon. M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Mark K. Graddy of Joyce & Graddy, PLLC, is admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff, Brandon P. Eckhart.

Dated: July 21, 2023                    Respectfully submitted,


                            */s/ Mark K. Graddy*
                            JOYCE & GRADDY, PLLC
                            515 S. Main St. Ste. 300
                            Tulsa, Oklahoma 74103
                            (918) 585-2751 [voice]
                            (918) 582-9308 [fax]
                            mark.graddy@joycegraddy.com
                            *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 21, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

             */s/ Mark K. Graddy*
             Mark K. Graddy