## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, July 24, 2023 7:26 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, July 24, 2023 12:24:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 7/24/2023 at 8:24 AM EDT and filed on 7/24/2023

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1942 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-202) - 1 action(s) *re: pldg. ([1932] in MDL No. 2885, 1 in MN/0:23-cv-02094)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 7/24/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-02094 (dld)**

| | |
|---|---|
| **Case Name:** | Sizemore v. 3M Company et al |
| **Case Number:** | MN/0:23-cv-02094 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-202) - 1 action(s)** *re: pldg. ( [1932] in MDL No. 2885, 1 in MN/0:23-cv-02094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 7/24/2023.**

**Associated Cases: MDL No. 2885, MN/0:23-cv-02094 (dld)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:23-cv-02094 Notice has been electronically mailed to:**

Daniel E Gustafson    dgustafson@gustafsongluek.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W. Hulse    ben.hulse@nortonrosefulbright.com, cyndee.krenos@nortonrosefulbright.com, gene.hummel@nortonrosefulbright.com, kristie.haralson@nortonrosefulbright.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:23-cv-02094 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/24/2023] [FileNumber=1178645-0]
[8df80953a6b9aa61398d7c078cd7a64e81fb268a0074878b88388d8b5ae60f89983e
ff995d32136b92c298bf3f5d7f3413c3cb41749af14810e67b6af123e5fe]]