UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE AND
## NOTICE OF SUBSTITUION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, attorney John Raggio of Nachawati Law Group, hereby enters his appearance in the Master Docket. Counsel represents plaintiffs in individual member cases of MDL No. 2885 and is a member of the Northern District of Florida Bar.

Attorney John Raggio, of Nachawati Law Group, notifies the Court that Danae N. Benton is no longer employed with Nachawati Law Group.

Attorney John Raggio moves under Local Rule 11.1 (H)(1)(b) for the withdrawal of Danae N. Benton and substitution of John Raggio of Nachawati Law Group in place thereof. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

1

A list of all clients affected by this substitution and withdrawal is attached to this motion (Exhibit A) for the benefit of the Court.

DATED: July 26, 2023

Respectfully,

**NACHAWATI LAW GROUP**

*/s/ John Raggio*
John Raggio
Florida Bar No. 1024092
Missouri Bar No. 63388
Texas Bar No. 24041739
jraggio@fnlawfirm.com
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing document has been served by means of electronic filing to counsel of record this 26th day of July, 2023.

    */s/ John Raggio*