**Exhibit A**

| | |
|---|---|
| Aguam, Robert | 3:22-cv-10622 |
| Alvarez, Joshua | 7:20-cv-49750 |
| Alvarez, Juan | 7:20-cv-49718 |
| Angulo, Carlos | 3:19-cv-01815 |
| Arriaga, Salvador | 7:20-cv-62846 |
| Baird, Taylor | 7:20-cv-62854 |
| Banos, Luis Francisco | 7:20-cv-49429 |
| Basaldua, Ramon | 7:20-cv-62857 |
| Bennett, Samuel | 7:20-cv-66525 |
| Blalack, James | 7:20-cv-62860 |
| Bustamante, Jesse | 7:20-cv-62866 |
| Caldwell, John | 3:19-cv-01817 |
| Camacho, Abram | 7:20-cv-49570 |
| Canton, Timothy | 3:19-cv-01855 |
| Castillo, Gerardo | 9:20-cv-17195 |
| Castillo, Miguel Angel | 3:22-cv-10613 |
| Cavazos, Marco Antonio | 9:20-cv-04762 |
| Collier, Timothy | 7:20-cv-49793 |
| Cranley, Jason | 7:20-cv-62883 |
| Cunningham, Ashley | 7:20-cv-49378 |
| Duncan, Wayne | 3:19-cv-01809 |
| Escalderon, Jeffrey | 8:20-cv-72224 |
| Fink, Franklin | 7:20-cv-49466 |
| Flores, Jesse | 7:20-cv-49667 |
| Fulton, Kyle | 7:20-cv-49836 |
| Garcia, Eliodoro | 7:20-cv-65567 |
| Giglione, Michael | 9:20-cv-04764 |
| Hamilton, Kurt | 7:20-cv-49439 |
| Jackson, David W | 7:20-cv-49418 |
| Johnson, Kevin | 7:20-cv-49606 |
| Leos, Jose | 7:20-cv-65565 |
| Lunsford, Andrew | 8:20-cv-72213 |
| Mancias III, Eduardo | 7:20-cv-49421 |
| Marasco, Daniel | 8:20-cv-34650 |
| March, Jesse | 7:20-cv-49499 |
| Murga, Richard | 7:20-cv-62992 |
| Noble, Justin | 3:22-cv-10628 |

| | |
|---|---|
| Obrien, Shane | 7:21-cv-12524 |
| Ortiz, Rodolfo | 9:20-cv-18281 |
| Pitts, Terry | 7:20-cv-63011 |
| Ramirez, Raymundo | 7:20-cv-49556 |
| Reyes, Christopher | 7:20-cv-49559 |
| Rhinehart, Jaret | 3:22-cv-10616 |
| Riera, Johnny | 3:19-cv-01859 |
| Salazar, George | 7:20-cv-49562 |
| Salinas, Vicente | 7:20-cv-66485 |
| Saucedo, Raul | 7:20-cv-63035 |
| Sieskiewicz, Wojciech | 7:20-cv-49906 |
| Silguero, Edgar | 7:20-cv-63041 |
| Thayer, Peter | 7:20-cv-49829 |
| Venson, Anthony | 3:19-cv-01814 |
| Zuniga, Juan Robert | 8:20-cv-72218 |