# Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 1. | 394001 | Alliano, Chris | Pulaski Law Firm, PLLC | 3:23-cv-16459 |
| 1. | 383658 | Alliano, Christopher | The Kuykendall Group LLC | 3:23-cv-03458 |
| 2. | 266509 | Applewhite, Darrell | Pulaski Law Firm, PLLC | 3:23-cv-13350 |
| 2. | 384202 | Applewhite, Darrell | The Kuykendall Group LLC | 3:23-cv-03810 |
| 3. | 66121 | Arsalon, Isidro | Bailey Cowan Heckaman PLLC | 7:20-cv-52148 |
| 3. | 393920 | Arsalon, Isidro | Pulaski Law Firm, PLLC | 3:23-cv-16017 |
| 4. | 392577 | Ateo, Dio | Junell & Associates, PLLC | 3:23-cv-13559 |
| 4. | 236931 | Ateo, Dio | Keller Postman | 3:22-cv-16539 |
| 5. | 107595 | Bayer, Christopher | Douglas & London | 7:20-cv-76253 |
| 5. | 169747 | Bayer, Christopher | Pulaski Law Firm, PLLC | 8:20-cv-52865 |
| 6. | 393781 | Bellamy, Kenneth | Pulaski Law Firm, PLLC | 3:23-cv-17398 |
| 6. | 383379 | Bellamy, Kenneth | The Kuykendall Group LLC | 3:23-cv-03373 |
| 7. | 287645 | Blaikie-Roche, Jamie | Abraham, Watkins, Nichols, Agosto & Aziz | 7:21-cv-09892 |
| 7. | 67542 | Blaikie-Roche, Jamie | Bernstein Liebhard LLP | 8:20-cv-13881 |
| 8. | 164628 | Blankenship, Aaron | Kirtland & Packard LLP | 7:20-cv-88557 |
| 8. | 393866 | Blankenship, Aaron | Pulaski Law Firm, PLLC | 3:23-cv-15944 |
| 9. | 299631 | Boatwright, Travis | Heninger Garrison Davis, LLC | 7:21-cv-40790 |
| 9. | 394431 | Boatwright, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-12538 |
| 10. | 322427 | Booher, Jason | Nabers Law Firm, PLLC | 7:21-cv-42662 |

# Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 10. | 396151 | Booher, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-13256 |
| 11. | 243697 | Bowen, Cynthia | Nabers Law Firm, PLLC | 8:20-cv-90800 |
| 11. | 394460 | Bowen, Cynthia | Parafinczuk Wolf, P.A. | 3:23-cv-12827 |
| 12. | 393772 | Brooks, John | Pulaski Law Firm, PLLC | 3:23-cv-17363 |
| 12. | 378517 | Brooks, John | The Gori Law Firm, P.C. | 3:22-cv-23152 |
| 13. | 357566 | Brown, Michael | Hair Shunnarah Trial Attorneys | 3:22-cv-02013 |
| 13. | 396094 | Brown, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12856 |
| 14. | 393909 | Bunn, Thomas | Pulaski Law Firm, PLLC | 3:23-cv-15748 |
| 14. | 383440 | Bunn, Thomas | The Kuykendall Group LLC | 3:23-cv-03641 |
| 15. | 296579 | Burton, Herman | Nabers Law Firm, PLLC | 7:21-cv-14576 |
| 15. | 397925 | Burton, Herman | Parafinczuk Wolf, P.A. | 3:23-cv-15801 |
| 16. | 391614 | Byrd, Robert | Junell & Associates, PLLC | 3:23-cv-14632 |
| 16. | 393816 | Byrd, Robert | Pulaski Law Firm, PLLC | 3:23-cv-16618 |
| 17. | 393871 | Calton, Dallas | Pulaski Law Firm, PLLC | 3:23-cv-16069 |
| 17. | 383292 | Calton, Dallas | The Kuykendall Group LLC | 3:23-cv-02825 |
| 18. | 318050 | Carpenter, Rachael | Nabers Law Firm, PLLC | 3:23-cv-14705 |
| 18. | 92273 | Carpenter, Rachael | Robinson Calcagnie, Inc. | 7:20-cv-56213 |
| 19. | 393935 | Carrillomontano, Chelsi | Pulaski Law Firm, PLLC | 3:23-cv-16227 |
| 19. | 383247 | Carrillomontano, Chelsi | The Kuykendall Group LLC | 3:23-cv-02724 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|-----|--------------|----------------|---------------|--------|
| 20. | 393991 | Carter, Darius | Pulaski Law Firm, PLLC | 3:23-cv-16256 |
| 20. | 379843 | Carter, Darius | The Gori Law Firm, P.C. | 3:23-cv-01147 |
| 21. | 387237 | Cato, Willie | Parafinczuk Wolf, P.A. | 3:23-cv-07932 |
| 21. | 393910 | Cato, Willie | Pulaski Law Firm, PLLC | 3:23-cv-15762 |
| 22. | 139495 | Chaney, Valerie | Matthews & Associates | 8:20-cv-16030 |
| 22. | 393895 | Chaney, Valerie | Pulaski Law Firm, PLLC | 3:23-cv-15461 |
| 23. | 130527 | Chapman, Billy | Junell & Associates, PLLC | 7:20-cv-54516 |
| 23. | 393024 | Chapman, Billy | Parafinczuk Wolf, P.A. | 3:23-cv-12327 |
| 24. | 393933 | Childress, Brian | Pulaski Law Firm, PLLC | 3:23-cv-16192 |
| 24. | 383160 | Childress, Brian | The Kuykendall Group LLC | 3:23-cv-01967 |
| 25. | 393777 | Clark, Wesley | Pulaski Law Firm, PLLC | 3:23-cv-17383 |
| 25. | 383690 | Clark, Wesley | The Kuykendall Group LLC | 3:23-cv-03728 |
| 26. | 393788 | Connelly, Shawn | Pulaski Law Firm, PLLC | 3:23-cv-17092 |
| 26. | 247723 | Connolly, Shawn | Seeger Weiss LLP | 8:20-cv-96449 |
| 27. | 117234 | Cotta, Gilfred | Baron & Budd | 7:20-cv-87551 |
| 27. | 396098 | Cotta, Gilfred | Parafinczuk Wolf, P.A. | 3:23-cv-12867 |
| 28. | 293321 | Criswell, Jeffery | Brent Coon & Associates | 7:21-cv-12969 |
| 28. | 393779 | Criswell, Jeffery | Pulaski Law Firm, PLLC | 3:23-cv-17391 |
| 29. | 393944 | Crook, Mitchell | Pulaski Law Firm, PLLC | 3:23-cv-15487 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 29. | 383632 | Crook, Mitchell | The Kuykendall Group LLC | 3:23-cv-03071 |
| 30. | 311951 | Cruz, Victor | Bailey Cowan Heckaman PLLC | 7:21-cv-29414 |
| 30. | 391690 | Macedo, Victor | Junell & Associates, PLLC | 3:23-cv-13644 |
| 31. | 393610 | Cunnegan, Kelvon | Pulaski Law Firm, PLLC | 3:23-cv-16988 |
| 31. | 302659 | Cunnegan, Kelvon | Shunnarah Injury Lawyers, PC | 7:21-cv-21428 |
| 32. | 393852 | Day, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-15627 |
| 32. | 383661 | Day, Christopher | The Kuykendall Group LLC | 3:23-cv-03544 |
| 33. | 393351 | Deliz Swoboda, Joseph | Pulaski Law Firm, PLLC | 3:23-cv-14375 |
| 33. | 355544 | Deliz Swoboda, Joseph | Shunnarah Injury Lawyers, PC | 3:21-cv-04188 |
| 34. | 44050 | Downing, Daniel | Keller Postman | 3:22-cv-07248 |
| 34. | 393936 | Downing, Daniel | Pulaski Law Firm, PLLC | 3:23-cv-16356 |
| 35. | 359349 | Ducey, Henry | Heninger Garrison Davis, LLC | 3:22-cv-04538 |
| 35. | 167908 | Ducey, Henry | Mostyn Law | 8:20-cv-03661 |
| 36. | 393950 | Evans, David | Pulaski Law Firm, PLLC | 3:23-cv-15551 |
| 36. | 383452 | Evans, David | The Kuykendall Group LLC | 3:23-cv-01954 |
| 37. | 391756 | Fajkus, Christopher | Junell & Associates, PLLC | 3:23-cv-14886 |
| 37. | 332615 | Fajkus, Christopher | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-52734 |
| 38. | 393998 | Farias, Lauriano | Pulaski Law Firm, PLLC | 3:23-cv-16420 |
| 38. | 378062 | Farias, Lauriano | The Gori Law Firm, P.C. | 3:22-cv-21988 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|-----|--------------|----------------|---------------|--------|
| 39. | 386851 | Ferrell, Johnny | Junell & Associates, PLLC | 3:23-cv-06909 |
| 39. | 393859 | Ferrell, Johnny | Pulaski Law Firm, PLLC | 3:23-cv-15755 |
| 40. | 164282 | File, Renaldo | Bailey & Glasser | 7:20-cv-88463 |
| 40. | 164643 | File, Renaldo | Kirtland & Packard LLP | 7:20-cv-88584 |
| 41. | 372763 | Flambures, David | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15889 |
| 41. | 331084 | Flambures, David | Slater Slater Schulman LLP | 7:21-cv-48112 |
| 42. | 381068 | Ford, Elyse | Cory Watson | 3:23-cv-14752 |
| 42. | 15098 | Ford, Elyse | Pulaski Law Firm, PLLC | 7:20-cv-02153 |
| 43. | 390282 | Francis, Damian | Parafinczuk Wolf, P.A. | 3:23-cv-07224 |
| 43. | 306147 | Francis, Damion | Nabers Law Firm, PLLC | 7:21-cv-25713 |
| 44. | 388675 | Francis, Laurel | Junell & Associates, PLLC | 3:23-cv-09481 |
| 44. | 393954 | Francis, Laurel | Pulaski Law Firm, PLLC | 3:23-cv-15612 |
| 45. | 299991 | Franco, John | Heninger Garrison Davis, LLC | 7:21-cv-41321 |
| 45. | 266285 | Franco, John | Milberg Coleman Bryson Phillips Grossman, PLLC | 7:21-cv-18373 |
| 46. | 393809 | Frazier, Kirk | Pulaski Law Firm, PLLC | 3:23-cv-16633 |
| 46. | 379834 | Frazier, Kirk | The Gori Law Firm, P.C. | 3:23-cv-00494 |
| 47. | 353741 | Freet, Shane | Heninger Garrison Davis, LLC | 3:21-cv-02781 |
| 47. | 397902 | Freet, Shane | Parafinczuk Wolf, P.A. | 3:23-cv-16643 |
| 48. | 359388 | Froseth, Joshua | Heninger Garrison Davis, LLC | 3:22-cv-04448 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 48. | 396215 | Froseth, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-14106 |
| 49. | 67356 | Garcia, Augusto | Bernstein Liebhard LLP | 8:20-cv-13290 |
| 49. | 305190 | Garcia, Augusto | Eckland & Blando LLP | 3:21-cv-00562 |
| 50. | 358290 | Garcia, Ezequiel | Clark, Love & Hutson PLLC | 3:22-cv-02209 |
| 50. | 397932 | Garcia, Ezequiel | Parafinczuk Wolf, P.A. | 3:23-cv-15467 |
| 51. | 318156 | Garrick, Jason | Nabers Law Firm, PLLC | 7:21-cv-35073 |
| 51. | 397938 | Garrick, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-15489 |
| 52. | 339350 | Gassler, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58683 |
| 52. | 392650 | Gassler, James | Junell & Associates, PLLC | 3:23-cv-13710 |
| 53. | 109973 | Gonzalez, Alejandro | Douglas & London | 7:20-cv-73799 |
| 53. | 397937 | Garcia-Gonzalez, Alejandro | Parafinczuk Wolf, P.A. | 3:23-cv-15481 |
| 54. | 364313 | Gonzalez, Steven | Heninger Garrison Davis, LLC | 3:22-cv-11920 |
| 54. | 394517 | Gonzalez, Steven | Parafinczuk Wolf, P.A. | 3:23-cv-13076 |
| 55. | 396043 | Goodman, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-11780 |
| 55. | 83631 | Goodman, Timothy | Seeger Weiss LLP | 7:20-cv-17280 |
| 56. | 332946 | Green, Arthur | Brent Coon & Associates | 7:21-cv-51216 |
| 56. | 397847 | Green, Arthur | Parafinczuk Wolf, P.A. | 3:23-cv-13462 |
| 57. | 320236 | Grimes, Kelvin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-37081 |
| 57. | 394005 | Grimes, Kelvin | Pulaski Law Firm, PLLC | 3:23-cv-16472 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 58. | 391837 | Gutierrez, Christopher | Junell & Associates, PLLC | 3:23-cv-13731 |
| 58. | 390562 | Gutierrez, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-12821 |
| 59. | 392664 | Hamilton, Richard | Junell & Associates, PLLC | 3:23-cv-13732 |
| 59. | 104665 | Hamilton, Richard | Parker Waichman LLP | 7:20-cv-74404 |
| 60. | 393999 | Harmon, Kyle | Pulaski Law Firm, PLLC | 3:23-cv-16426 |
| 60. | 383708 | Harmon, Kyle | The Kuykendall Group LLC | 3:23-cv-03763 |
| 61. | 393823 | Harris, Kathleen | Pulaski Law Firm, PLLC | 3:23-cv-16604 |
| 61. | 262793 | Harris, Michael | Monsour Law Firm | 9:20-cv-07594 |
| 62. | 388726 | Hayes, Justin | Junell & Associates, PLLC | 3:23-cv-09663 |
| 62. | 393905 | Hayes, Justin | Pulaski Law Firm, PLLC | 3:23-cv-15689 |
| 63. | 67926 | Hernandez, Bernardino | Bernstein Liebhard LLP | 8:20-cv-15534 |
| 63. | 372234 | Hernandez, Bernie | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14587 |
| 64. | 391874 | Hernandez, David | Junell & Associates, PLLC | 3:23-cv-15000 |
| 64. | 389771 | Hernandez, David | Pulaski Law Firm, PLLC | 3:23-cv-12297 |
| 65. | 137720 | High, Jonathan | Keller Postman | 3:22-cv-09337 |
| 65. | 392986 | High, Jonathan | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13202 |
| 66. | 332305 | Hogner, Justin | Law Office Of Steven Gacovino, PLLC | 7:21-cv-50954 |
| 66. | 394520 | Hogner, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-13078 |
| 67. | 393867 | Hoke, Brian | Pulaski Law Firm, PLLC | 3:23-cv-15953 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 67. | 383484 | Hoke, Brian | The Kuykendall Group LLC | 3:23-cv-03629 |
| 68. | 393789 | Holdridge, Donald | Pulaski Law Firm, PLLC | 3:23-cv-17094 |
| 68. | 383355 | Holdridge, Donald | The Kuykendall Group LLC | 3:23-cv-03278 |
| 69. | 392677 | Houston, Levi | Junell & Associates, PLLC | 3:23-cv-13753 |
| 69. | 393343 | Houston, Levi | Pulaski Law Firm, PLLC | 3:23-cv-14381 |
| 70. | 393379 | Howards, Seth | Pulaski Law Firm, PLLC | 3:23-cv-14602 |
| 70. | 379821 | Howards, Seth | The Gori Law Firm, P.C. | 3:23-cv-00488 |
| 71. | 393730 | Hutcheson, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12255 |
| 71. | 379885 | Hutcheson, Michael | The Gallagher Law Firm PLLC | 3:23-cv-02512 |
| 72. | 396217 | Ignacio, Arnel | Parafinczuk Wolf, P.A. | 3:23-cv-14127 |
| 72. | 96124 | Ignacio, Arnel | Wagstaff & Cartmell, LLP | 7:20-cv-35942 |
| 73. | 393821 | Jackson, Renauda | Pulaski Law Firm, PLLC | 3:23-cv-16609 |
| 73. | 383540 | Jackson, Renauda | The Kuykendall Group LLC | 3:23-cv-02212 |
| 74. | 393794 | Jasmin, Alexander | Pulaski Law Firm, PLLC | 3:23-cv-17071 |
| 74. | 383173 | Jasmin, Alexander | The Kuykendall Group LLC | 3:23-cv-02279 |
| 75. | 376085 | Jones, William | Law Office Of Paul Mankin, APC | 3:22-cv-19592 |
| 75. | 393943 | Jones, William | Pulaski Law Firm, PLLC | 3:23-cv-15478 |
| 76. | 389938 | King, Johnathan | Junell & Associates, PLLC | 3:23-cv-11444 |
| 76. | 391163 | King, Johnathan | Pulaski Law Firm, PLLC | 3:23-cv-15234 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 77. | 352447 | Kropik, Christopher | Environmental Litigation Group PC | 3:21-cv-02534 |
| 77. | 393587 | Kropik, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-16278 |
| 78. | 393731 | Lagunas, Miguel | Parafinczuk Wolf, P.A. | 3:23-cv-12256 |
| 78. | 72719 | Lagunas, Miguel | Watts Guerra, LLP | 8:20-cv-24044 |
| 79. | 106538 | Lambert, Nilia | Allen & Nolte, PLLC | 8:20-cv-30037 |
| 79. | 392698 | Lambert, Nilia | Junell & Associates, PLLC | 3:23-cv-15160 |
| 80. | 389025 | Lee, David | Parafinczuk Wolf, P.A. | 3:23-cv-08786 |
| 80. | 160056 | Lee, David | Pulaski Law Firm, PLLC | 8:20-cv-45975 |
| 81. | 219101 | Lee, Ricky | Bossier & Associates, PLLC | 8:20-cv-69354 |
| 81. | 392002 | Lee, Ricky | Junell & Associates, PLLC | 3:23-cv-15237 |
| 82. | 392009 | Leinwar, Milton | Junell & Associates, PLLC | 3:23-cv-15244 |
| 82. | 393906 | Leinwar, Milton | Pulaski Law Firm, PLLC | 3:23-cv-15698 |
| 83. | 392015 | Lewis, Ronald | Junell & Associates, PLLC | 3:23-cv-15247 |
| 83. | 365682 | Lewis, Ronald | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:22-cv-10689 |
| 84. | 392020 | Lint, Richard | Junell & Associates, PLLC | 3:23-cv-13878 |
| 84. | 384142 | Lint, Richard | Mostyn Law | 3:23-cv-03574 |
| 85. | 235867 | Little, Mark | Keller Postman | 8:20-cv-75188 |
| 85. | 201030 | Little, Mark | Pulaski Law Firm, PLLC | 8:20-cv-46957 |
| 86. | 334618 | Lux, Christopher | Keller Postman | 7:21-cv-53347 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 86. | 393930 | Lux, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-16125 |
| 87. | 392048 | Manaea, Toaono | Junell & Associates, PLLC | 3:23-cv-15300 |
| 87. | 389824 | Manaea, Toaono | Pulaski Law Firm, PLLC | 3:23-cv-12514 |
| 88. | 355924 | Mcgee, Jaron | Hair Shunnarah Trial Attorneys | 3:22-cv-00187 |
| 88. | 392082 | Mcgee, Jaron | Junell & Associates, PLLC | 3:23-cv-13929 |
| 89. | 311143 | Mckee, Harry | Bertram & Graf, L.L.C. | 7:21-cv-28946 |
| 89. | 393989 | Mckee, Harry | Pulaski Law Firm, PLLC | 3:23-cv-16214 |
| 90. | 77182 | Michelli, Josh | Kirtland & Packard LLP | 7:20-cv-70007 |
| 90. | 390294 | Michelli, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-07109 |
| 91. | 393894 | Montejo, Oswaldo | Pulaski Law Firm, PLLC | 3:23-cv-15448 |
| 91. | 383427 | Montejo, Oswaldo | The Kuykendall Group LLC | 3:23-cv-03622 |
| 92. | 392138 | Morrill, Kevin | Junell & Associates, PLLC | 3:23-cv-15445 |
| 92. | 96295 | Morrill, Kevin | Wagstaff & Cartmell, LLP | 7:20-cv-36363 |
| 93. | 342700 | Munn, Alvin | Keller Postman | 3:23-cv-05125 |
| 93. | 372540 | Munn, Alvin | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15389 |
| 94. | 393951 | Murphy, David | Pulaski Law Firm, PLLC | 3:23-cv-15598 |
| 94. | 378528 | Murphy, David | The Gori Law Firm, P.C. | 3:22-cv-23146 |
| 95. | 393787 | Myers, Kevin | Pulaski Law Firm, PLLC | 3:23-cv-17090 |
| 95. | 383211 | Myers, Kevin | The Kuykendall Group LLC | 3:23-cv-02357 |

# Exhibit A

|      | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|------|------|------|------|------|
| 96.  | 386665 | Newman, Lisa | Charles E. Boyk Law Offices, LLC | 3:23-cv-06598 |
| 96.  | 392156 | Newman, Lisa | Junell & Associates, PLLC | 3:23-cv-15470 |
| 97.  | 354829 | Ojeda, Cesar | Heninger Garrison Davis, LLC | 3:21-cv-04257 |
| 97.  | 397941 | Ojeda, Cesar | Parafinczuk Wolf, P.A. | 3:23-cv-15520 |
| 98.  | 219195 | Okeefe, Jason | Bossier & Associates, PLLC | 8:20-cv-70056 |
| 98.  | 176274 | O'Keefe, Jason | Rappaport, Glass, Levine & Zullo LLP | 8:20-cv-15756 |
| 99.  | 17003 | Parker, Galen | Mcgowan Hood & Felder | 7:20-cv-57629 |
| 99.  | 327009 | Parker, Galen | Morgan & Morgan | 7:21-cv-52413 |
| 100. | 300618 | Paul, Nancy | Bertram & Graf, L.L.C. | 7:21-cv-20752 |
| 100. | 393830 | Paul, Nancy | Pulaski Law Firm, PLLC | 3:23-cv-16589 |
| 101. | 200783 | Peterson, Antwon | Pulaski Law Firm, PLLC | 8:20-cv-46276 |
| 101. | 182786 | Peterson, Antwon | Seeger Weiss LLP | 8:20-cv-36678 |
| 102. | 81052 | Phillips, Scott | Holland Law Firm | 7:20-cv-85500 |
| 102. | 396086 | Phillips, Scott | Parafinczuk Wolf, P.A. | 3:23-cv-12596 |
| 103. | 303923 | Pisciotta, Anthony | Brent Coon & Associates | 7:21-cv-21549 |
| 103. | 372650 | Pisciotta, Anthony | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-15858 |
| 104. | 393846 | Porter, Darrell | Pulaski Law Firm, PLLC | 3:23-cv-15547 |
| 104. | 383167 | Porter, Darrell | The Kuykendall Group LLC | 3:23-cv-02253 |
| 105. | 242792 | Preston, Pamela | Keller Postman | 8:20-cv-89785 |

# Exhibit A

|      | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|------|--------------|----------------|---------------|--------|
| 105. | 393907 | Preston, Pamela | Pulaski Law Firm, PLLC | 3:23-cv-15710 |
| 106. | 392761 | Price, Rona | Junell & Associates, PLLC | 3:23-cv-14202 |
| 106. | 393592 | Phillips, Rona | Pulaski Law Firm, PLLC | 3:23-cv-16939 |
| 107. | 309873 | Randell, Tad | Keller Postman | 7:21-cv-28246 |
| 107. | 397865 | Randell, Tad | Parafinczuk Wolf, P.A. | 3:23-cv-16693 |
| 108. | 392764 | Raysor, Carlon | Junell & Associates, PLLC | 3:23-cv-14215 |
| 108. | 394080 | Raysor, Carlon | Pulaski Law Firm, PLLC | 3:23-cv-16704 |
| 109. | 393767 | Reick, Jeff | Pulaski Law Firm, PLLC | 3:23-cv-17193 |
| 109. | 383607 | Reick, Jeffrey | The Kuykendall Group LLC | 3:23-cv-02671 |
| 110. | 364024 | Reid, Tyrone | Heninger Garrison Davis, LLC | 3:22-cv-11529 |
| 110. | 397841 | Reid, Tyrone | Parafinczuk Wolf, P.A. | 3:23-cv-13416 |
| 111. | 138629 | Reneau, Thomas | Keller Postman | 3:23-cv-05170 |
| 111. | 393993 | Reneau, Thomas | Pulaski Law Firm, PLLC | 3:23-cv-16396 |
| 112. | 378136 | Revill, David | Napoli Shkolnik PLLC | 3:22-cv-22981 |
| 112. | 393840 | Revill, David | Pulaski Law Firm, PLLC | 3:23-cv-15440 |
| 113. | 393870 | Reynolds, Scott | Pulaski Law Firm, PLLC | 3:23-cv-16064 |
| 113. | 383637 | Reynolds, Scott | The Kuykendall Group LLC | 3:23-cv-03078 |
| 114. | 388106 | Richardson, Marshall | Seeger Weiss LLP | 3:23-cv-09001 |
| 114. | 383376 | Richardson, Marshall | The Kuykendall Group LLC | 3:23-cv-03367 |

**Exhibit A**

|      | Plaintiff ID | Plaintiff Name       | Law Firm Name                | Case #          |
| ---- | ------------ | -------------------- | ---------------------------- | --------------- |
| 115. | 168279       | Rivera, Thomas       | Mostyn Law                   | 8:20-cv-01859   |
| 115. | 357078       | Rivera, Thomas       | Thomas J Henry               | 3:22-cv-01032   |
| 116. | 394439       | Rodriguez, Christian | Parafinczuk Wolf, P.A.       | 3:23-cv-12563   |
| 116. | 388257       | Rodriguez, Christian | Pulaski Law Firm, PLLC       | 3:23-cv-09396   |
| 117. | 322963       | Rodriguez, Oswald    | Nabers Law Firm, PLLC        | 7:21-cv-43632   |
| 117. | 397924       | Rodriguez, Oswald    | Parafinczuk Wolf, P.A.       | 3:23-cv-15922   |
| 118. | 392285       | Rollins, Phillip     | Junell & Associates, PLLC    | 3:23-cv-15807   |
| 118. | 393973       | Rollins, Phillip     | Pulaski Law Firm, PLLC       | 3:23-cv-15935   |
| 119. | 397943       | Sanders, Douglas     | Parafinczuk Wolf, P.A.       | 3:23-cv-15527   |
| 119. | 140985       | Sanders, Douglas     | Watts Guerra, LLP            | 3:20-cv-01473   |
| 120. | 371775       | Schaadt, Charles     | Heninger Garrison Davis, LLC | 3:22-cv-22261   |
| 120. | 396125       | Schaadt, Charles     | Parafinczuk Wolf, P.A.       | 3:23-cv-13063   |
| 121. | 358281       | Schmidt, Stephen     | Clark, Love & Hutson PLLC    | 3:22-cv-02174   |
| 121. | 392320       | Schmidt, Stephen     | Junell & Associates, PLLC    | 3:23-cv-15876   |
| 122. | 168305       | Schrmack, Jameson    | Mostyn Law                   | 8:20-cv-01928   |
| 122. | 322988       | Schrmack, Jameson    | Nabers Law Firm, PLLC        | 7:21-cv-43657   |
| 123. | 393968       | Seitzinger, Ashley   | Pulaski Law Firm, PLLC       | 3:23-cv-15783   |
| 123. | 383479       | Seitzinger, Ashley   | The Kuykendall Group LLC     | 3:23-cv-03625   |
| 124. | 323622       | Shopp, Michael       | Douglas & London             | 7:21-cv-37268   |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 124. | 331175 | Shopp, Michael | Slater Slater Schulman LLP | 7:21-cv-48203 |
| 125. | 323008 | Simmons, James | Nabers Law Firm, PLLC | 3:23-cv-18309 |
| 125. | 397106 | Simmons, James | Pulaski Law Firm, PLLC | 3:23-cv-20118 |
| 126. | 301576 | Smith, Deshawn | Pulaski Law Firm, PLLC | 3:23-cv-13387 |
| 126. | 383678 | Smith, Deshawn | The Kuykendall Group LLC | 3:23-cv-04017 |
| 127. | 134969 | Stewart, Joseph | Junell & Associates, PLLC | 7:20-cv-62691 |
| 127. | 396136 | Stewart, Joseph | Parafinczuk Wolf, P.A. | 3:23-cv-13065 |
| 128. | 265589 | Thomison, Juan | Heninger Garrison Davis, LLC | 7:21-cv-38914 |
| 128. | 372450 | Thomison, Juan | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-14448 |
| 129. | 393448 | Toland, Demarkus | Pulaski Law Firm, PLLC | 3:23-cv-15731 |
| 129. | 329477 | Toland, Demarkus | Shunnarah Injury Lawyers, PC | 3:22-cv-06725 |
| 130. | 207415 | Turner, Johnny | Motley Rice, LLC | 8:20-cv-59308 |
| 130. | 28535 | Turner, Johnny | Pulaski Law Firm, PLLC | 3:23-cv-17678 |
| 131. | 397909 | Vallery, Kelly | Parafinczuk Wolf, P.A. | 3:23-cv-16664 |
| 131. | 369771 | Vallery, Kelly | Quinn Emanuel Urquhart & Sullivan LLP | 3:22-cv-13124 |
| 132. | 115063 | Vandurmen, Adam | Douglas & London | 7:20-cv-80999 |
| 132. | 393037 | Vandurmen, Amanda | Environmental Litigation Group PC | 3:23-cv-12819 |
| 133. | 392474 | Wallace, Whitney | Junell & Associates, PLLC | 3:23-cv-16292 |
| 133. | 363698 | Wallace, Whitney | Shunnarah Injury Lawyers, PC | 3:22-cv-24407 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 134. | 393844 | Ward, Joshua | Pulaski Law Firm, PLLC | 3:23-cv-15499 |
| 134. | 383582 | Ward, Joshua | The Kuykendall Group LLC | 3:23-cv-03092 |
| 135. | 269638 | Ward, Lamont | Monsour Law Firm | 9:20-cv-12540 |
| 135. | 393992 | Ward, Lamont | Pulaski Law Firm, PLLC | 3:23-cv-16392 |
| 136. | 355938 | West, Jacob | Hair Shunnarah Trial Attorneys | 3:22-cv-00255 |
| 136. | 393882 | West, Jacob | Pulaski Law Firm, PLLC | 3:23-cv-16137 |
| 137. | 293354 | Williams, Ethan | Brent Coon & Associates | 7:21-cv-13002 |
| 137. | 393901 | Williams, Ethan | Pulaski Law Firm, PLLC | 3:23-cv-15607 |
| 138. | 320989 | Woodfork, Robert | Keller Postman | 7:21-cv-35502 |
| 138. | 396052 | Woodfork, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12602 |
| 139. | 390288 | Wright, Willie | Laminack Pirtle & Martines | 3:23-cv-12785 |
| 139. | 27157 | Wright, Willie | Pulaski Law Firm, PLLC | 7:20-cv-02854 |