UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# **ORDER**

This Order addresses duplicate cases filed on the active and/or administrative dockets raising representation issues. The Court has identified 793 duplicate cases filed by the plaintiffs listed on Exhibits A, B, and C. Plaintiffs listed on Exhibit A filed multiple cases on the administrative docket, plaintiffs listed on Exhibit B filed duplicate cases on the active docket, and plaintiffs listed on Exhibit C have duplicate cases pending on both the active and administrative dockets.

At this point in the litigation, these plaintiffs have had sufficient time to resolve these representation issues; most have had more than two years to do so. The law firms representing these plaintiffs are directed to confer with one another and move to dismiss the case that is deemed to be the duplicate case within **7 days** of the date of this Order. To the extent the law firms fail to dismiss the duplicate case by the deadline, the Court will dismiss the duplicate case.[1]

---

[1] The Court will assume that the duplicate case is the later filed case only in instances where plaintiffs have filed all cases exclusively on the active docket or the administrative docket. For

**SO ORDERED**, on this 4th day of August, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

plaintiffs who have filed at least one case on the active docket and the administrative docket, the Court will assume the duplicate case is the administrative case.