**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 1. | 298781 | Acosta, Imelda | Clark, Love & Hutson PLLC | 7:21-cv-19887 |
| 1. | 214321 | Acosta, Imelda | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-68880 |
| 2. | 228581 | Adams, John | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78488 |
| 2. | 336609 | Adams, John | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-62472 |
| 3. | 242946 | Aderhold, Bernard | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-97894 |
| 3. | 107189 | Aderhold, Bernard | Douglas & London | 7:20-cv-74255 |
| 4. | 346464 | Allen, Tracy | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-64984 |
| 4. | 201193 | Allen, Tracy | Pulaski Law Firm, PLLC | 8:20-cv-47284 |
| 5. | 227946 | Altman, Jake | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-80708 |
| 5. | 107280 | Altman, Jake | Douglas & London | 7:20-cv-74471 |
| 6. | 190019 | Aragon, Steven | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-29708 |
| 6. | 103611 | Aragon, Steven | Parker Waichman LLP | 7:20-cv-68435 |
| 7. | 293185 | Ashworth, John | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-13998 |
| 7. | 129769 | Ashworth, John | Junell & Associates, PLLC | 7:20-cv-53003 |
| 8. | 336734 | Barkdoll, Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-55500 |
| 8. | 103671 | Barkdoll, Joseph | Parker Waichman LLP | 7:20-cv-45090 |
| 9. | 67126 | Bartel, David | Bernstein Liebhard LLP | 8:20-cv-13120 |
| 9. | 107553 | Bartel, David | Douglas & London | 7:20-cv-75924 |
| 10. | 97988 | Bavolar, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-23316 |
| 10. | 81266 | Bavolar, Jason | Shunnarah Vail Trial Attorneys, P.C. | 7:20-cv-16158 |
| 11. | 107621 | Beck, Matthew | Douglas & London | 7:20-cv-76294 |
| 11. | 123485 | Beck, Matthew | Weitz & Luxenberg | 7:20-cv-29847 |
| 12. | 226162 | Boe, Cody | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-76258 |
| 12. | 159427 | Boe, Cody | Pulaski Law Firm, PLLC | 7:20-cv-67090 |
| 13. | 107850 | Boone, Jason | Douglas & London | 7:20-cv-72081 |
| 13. | 277568 | Boone, Jason | Pulaski Law Firm, PLLC | 9:20-cv-18297 |
| 14. | 92174 | Bounds, Guy | Robinson Calcagnie, Inc. | 7:20-cv-55875 |
| 14. | 306967 | Bounds, Guy | Thomas J Henry | 7:21-cv-24046 |
| 15. | 286118 | Bramlitt, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-05659 |
| 15. | 103834 | Bramlitt, Robert | Parker Waichman LLP | 7:20-cv-68951 |
| 16. | 227489 | Breckenridge, Richard | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78648 |
| 16. | 107967 | Breckenridge, Richard | Douglas & London | 7:20-cv-72529 |
| 17. | 262219 | Brinson, Ian | Morgan & Morgan | 9:20-cv-05455 |
| 17. | 296524 | Brinson, Ian | Nabers Law Firm, PLLC | 7:21-cv-14519 |
| 18. | 97505 | Briones, Rogelio | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-22695 |
| 18. | 107989 | Briones, Rogelio | Douglas & London | 7:20-cv-72590 |
| 19. | 91020 | Brooks, Richard | Clark, Love & Hutson PLLC | 7:20-cv-21308 |
| 19. | 108012 | Brooks, Richard | Douglas & London | 7:20-cv-72662 |
| 20. | 337197 | Buentello, Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-56529 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 20. | 192212 | Buentello, Daniel | Thomas J Henry | 8:20-cv-27273 |
| 21. | 285876 | Burt, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-08360 |
| 21. | 344032 | Burt, Eric | Clark, Love & Hutson PLLC | 7:21-cv-68716 |
| 22. | 264238 | Calhoun, Christopher | Clark, Love & Hutson PLLC | 9:20-cv-08177 |
| 22. | 345006 | Calhoun, Christopher | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-63694 |
| 23. | 281317 | Campbell, Kenneth | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-04663 |
| 23. | 289463 | Campbell, Kenneth | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-11496 |
| 24. | 292904 | Carter, Randal | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-13744 |
| 24. | 28195 | Carter, Randal | Pulaski Law Firm, PLLC | 7:20-cv-03794 |
| 25. | 103998 | Chamberlain, William | Parker Waichman LLP | 7:20-cv-69420 |
| 25. | 27529 | Chamberlain, William | Pulaski Law Firm, PLLC | 7:20-cv-03158 |
| 26. | 270527 | Chamorro, Guillermo | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-13199 |
| 26. | 108404 | Chamorro, Guillermo | Douglas & London | 7:20-cv-73202 |
| 27. | 253542 | Cheeld, Charles | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-95837 |
| 27. | 239846 | Cheeld, Charles | Kirkendall Dwyer LLP | 8:20-cv-75758 |
| 28. | 223578 | Craig, Mary | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-74421 |
| 28. | 200177 | Craig, Mary | Mostyn Law | 8:20-cv-42971 |
| 29. | 177674 | Cree, Steven | Pulaski Law Firm, PLLC | 8:20-cv-45833 |
| 29. | 81301 | Cree, Steven | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-16485 |
| 30. | 327902 | Cruz-Olivieri, Irvin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45790 |
| 30. | 117250 | Cruz-Olivieri, Irvin | Baron & Budd | 7:20-cv-87579 |
| 31. | 167182 | Cullor, Aaron | Clark, Love & Hutson PLLC | 7:20-cv-37700 |
| 31. | 120779 | Cullor, Aaron | Weitz & Luxenberg | 7:20-cv-27736 |
| 32. | 61281 | Currell, Duane | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14201 |
| 32. | 347828 | Currell, Duane | The Russo Firm | 7:21-cv-67826 |
| 33. | 246316 | Curry, Patrick | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-98753 |
| 33. | 108852 | Curry, Patrick | Douglas & London | 7:20-cv-73665 |
| 34. | 242005 | Daceus, Lovens | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-85163 |
| 34. | 249172 | Daceus, Lovens | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-93250 |
| 35. | 249183 | Dipalma, Matthew | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-93278 |
| 35. | 331997 | Dipalma, Matthew | Thomas J Henry | 7:21-cv-48388 |
| 36. | 272149 | Dixon, Kevin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-15217 |
| 36. | 109139 | Dixon, Kevin | Douglas & London | 7:20-cv-77259 |
| 37. | 232305 | Donato, David | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-81179 |
| 37. | 167901 | Donato, David | Mostyn Law | 7:20-cv-00126 |
| 38. | 97099 | Donnald, Mark | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-38384 |
| 38. | 343704 | Donnald, Mark | Clark, Love & Hutson PLLC | 7:21-cv-68388 |
| 39. | 104276 | Duck, Michael | Parker Waichman LLP | 7:20-cv-69602 |
| 39. | 28900 | Duck, Michael | Pulaski Law Firm, PLLC | 7:20-cv-06049 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 40. | 336971 | Duran, Keith | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-56093 |
| 40. | 264384 | Duran, Keith | Clark, Love & Hutson PLLC | 9:20-cv-08331 |
| 41. | 109303 | Easley, James | Douglas & London | 7:20-cv-77478 |
| 41. | 342033 | Easley, James | Keller Postman | 7:21-cv-60405 |
| 42. | 246359 | Eichenberger, John | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-98838 |
| 42. | 317863 | Eichenberger, John | Pulaski Law Firm, PLLC | 7:21-cv-31366 |
| 43. | 275563 | Elder, Miles | Clark, Love & Hutson PLLC | 9:20-cv-19151 |
| 43. | 192284 | Elder, Miles | Thomas J Henry | 8:20-cv-27540 |
| 44. | 262453 | Ewing, David | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-07197 |
| 44. | 26414 | Ewing, David | Pulaski Law Firm, PLLC | 7:20-cv-15064 |
| 45. | 312057 | Farrington, Marcus | Bailey Cowan Heckaman PLLC | 7:21-cv-29520 |
| 45. | 348029 | Farrington, Marcus | The Russo Firm | 7:21-cv-68027 |
| 46. | 61718 | Faunce, John | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-16433 |
| 46. | 348748 | Faunce, John | The Russo Firm | 7:21-cv-66997 |
| 47. | 305617 | Feliciano, Jose | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-24686 |
| 47. | 256434 | Feliciano, Jose | Pulaski Law Firm, PLLC | 9:20-cv-11699 |
| 48. | 131302 | Fellows, Mathew | Junell & Associates, PLLC | 7:20-cv-51166 |
| 48. | 329760 | Fellows, Mathew | The Gori Law Firm, P.C. | 7:21-cv-50422 |
| 49. | 61737 | Ferguson, Steve | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-16476 |
| 49. | 348356 | Ferguson, Steve | The Russo Firm | 7:21-cv-66420 |
| 50. | 117357 | Fernandez, Jonathan | Baron & Budd | 7:20-cv-87772 |
| 50. | 198686 | Fernandez, Jonathan | Weitz & Luxenberg | 8:20-cv-62672 |
| 51. | 340760 | Finley, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-60343 |
| 51. | 109543 | Finley, Robert | Douglas & London | 7:20-cv-79585 |
| 52. | 61762 | Fisher, Christopher | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11179 |
| 52. | 109555 | Fisher, Christopher | Douglas & London | 7:20-cv-79597 |
| 53. | 327816 | Fisher, Neal | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45637 |
| 53. | 117365 | Fisher, Neal | Baron & Budd | 7:20-cv-87779 |
| 54. | 327215 | Flake, Chris | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-44853 |
| 54. | 288672 | Flake, Chris | Pulaski Law Firm, PLLC | 7:21-cv-11083 |
| 55. | 257242 | Flores, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-01127 |
| 55. | 336661 | Flores, Jason | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-62535 |
| 56. | 99887 | Foster, Stephen | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-25792 |
| 56. | 247224 | Foster, Stephen | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-93857 |
| 57. | 223528 | Francis, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-74279 |
| 57. | 109646 | Francis, Eric | Douglas & London | 7:20-cv-79685 |
| 58. | 260955 | Fulton, Curtis | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-02435 |
| 58. | 221391 | Fulton, Curtis | Thomas J Henry | 8:20-cv-77080 |
| 59. | 337528 | Gee, Michael | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-56831 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 59. | 194436 | Gee, Michael | Junell & Associates, PLLC | 8:20-cv-40323 |
| 60. | 260676 | Gomez, Mario | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-06587 |
| 60. | 330449 | Gomez, Mario | Clark, Love & Hutson PLLC | 7:21-cv-47368 |
| 61. | 341114 | Goodwin, Tommy | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-61068 |
| 61. | 109994 | Goodwin, Tommy | Douglas & London | 7:20-cv-73856 |
| 62. | 260688 | Gordon, Tenisha | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-06629 |
| 62. | 336192 | Gordon, Tenisha | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-55806 |
| 63. | 227156 | Grannan, Mark | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-77794 |
| 63. | 309071 | Grannan, Mark | Clark, Love & Hutson PLLC | 7:21-cv-27406 |
| 64. | 230781 | Green, Fredrick | Kirkendall Dwyer LLP | 8:20-cv-68429 |
| 64. | 348307 | Green, Fredrick | The Russo Firm | 7:21-cv-66330 |
| 65. | 110066 | Green, Joseph | Douglas & London | 7:20-cv-73985 |
| 65. | 173549 | Green, Joseph | Matthews & Associates | 8:20-cv-15263 |
| 66. | 104613 | Greenwood, Andrew | Parker Waichman LLP | 7:20-cv-72459 |
| 66. | 27582 | Greenwood, Andrew | Pulaski Law Firm, PLLC | 7:20-cv-03246 |
| 67. | 346902 | Gross, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-65422 |
| 67. | 177737 | Gross, James | Pulaski Law Firm, PLLC | 8:20-cv-46160 |
| 68. | 228859 | Hahnebohm, Michael | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78917 |
| 68. | 110196 | Hahnebohm, Michael | Douglas & London | 7:20-cv-74105 |
| 69. | 328136 | Hanlon, John | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-46025 |
| 69. | 168007 | Hanlon, John | Mostyn Law | 8:20-cv-00115 |
| 70. | 327897 | Harris, Tonetta | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45785 |
| 70. | 50504 | Harris, Tonetta | Kirkendall Dwyer LLP | 7:20-cv-65117 |
| 71. | 338009 | Hasan, Hamza | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-57579 |
| 71. | 168016 | Hasan, Hamza | Mostyn Law | 8:20-cv-00136 |
| 72. | 232446 | Hayes, Scott | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-81371 |
| 72. | 217193 | Hayes, Scott | Pulaski Law Firm, PLLC | 8:20-cv-65477 |
| 73. | 345973 | Helton, Ricky | Mostyn Law | 7:21-cv-64732 |
| 73. | 292061 | Helton, Ricky | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-12447 |
| 74. | 259357 | Hennigar, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-05061 |
| 74. | 132041 | Hennigar, Eric | Junell & Associates, PLLC | 7:20-cv-57891 |
| 75. | 327338 | Heriford, Mark | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-44976 |
| 75. | 26873 | Heriford, Mark | Pulaski Law Firm, PLLC | 7:20-cv-29130 |
| 76. | 307520 | Hibler, Corbin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-30556 |
| 76. | 330521 | Hibler, Corbin | Clark, Love & Hutson PLLC | 7:21-cv-47441 |
| 77. | 312229 | Hill, Bryant | Bailey Cowan Heckaman PLLC | 7:21-cv-29691 |
| 77. | 302949 | Hill, Bryant | The Kuykendall Group LLc | 7:21-cv-19659 |
| 78. | 240745 | Holder, Charles | Cory Watson | 8:20-cv-86657 |
| 78. | 233996 | Holder, Charles | Thomas J Henry | 8:20-cv-68306 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 79. | 339266 | Huff, Joe | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58599 |
| 79. | 266824 | Huff, Joe | Pulaski Law Firm, PLLC | 9:20-cv-07552 |
| 80. | 340722 | Hummel, Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-60287 |
| 80. | 81362 | Hummel, Daniel | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-16706 |
| 81. | 338386 | Hutt, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58416 |
| 81. | 200745 | Hutt, Jason | Pulaski Law Firm, PLLC | 8:20-cv-46072 |
| 82. | 340457 | Ison, Trinity | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-59790 |
| 82. | 110838 | Ison, Trinity | Douglas & London | 7:20-cv-75096 |
| 83. | 240633 | Jackson, Angela | The Kuykendall Group LLc | 8:20-cv-76561 |
| 83. | 260195 | Jackson, Angela | Tracey & Fox Law Firm | 9:20-cv-01896 |
| 84. | 62685 | James, Jonathan | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12242 |
| 84. | 110879 | James, Jonathan | Douglas & London | 7:20-cv-75306 |
| 85. | 311467 | Jantz, Travis | Abraham, Watkins, Nichols, Agosto & Aziz | 7:21-cv-28707 |
| 85. | 110890 | Jantz, Travis | Douglas & London | 7:20-cv-75354 |
| 86. | 67503 | Jaramillo, Alex | Bernstein Liebhard LLP | 8:20-cv-13796 |
| 86. | 197849 | Jaramillo, Alex | Wagstaff & Cartmell, LLP | 8:20-cv-41099 |
| 87. | 327691 | Jenkins, Courtney | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45330 |
| 87. | 168061 | Jenkins, Courtney | Mostyn Law | 8:20-cv-00269 |
| 88. | 252420 | Jimenez, Francisco | Clark, Love & Hutson PLLC | 9:20-cv-12182 |
| 88. | 18040 | Jimenez, Francisco | Murphy Law Firm | 7:20-cv-95813 |
| 89. | 228431 | Johnson, Edward Lamar | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78272 |
| 89. | 230762 | Johnson, Edward Lamar | Kirkendall Dwyer LLP | 8:20-cv-68363 |
| 90. | 166558 | Johnson, Fredrick | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-40749 |
| 90. | 160901 | Johnson, Fredrick | Thomas J Henry | 7:20-cv-35900 |
| 91. | 310073 | Joiner, Schwanna | Keller Postman | 7:21-cv-28446 |
| 91. | 50456 | Joiner, Schwanna | Kirkendall Dwyer LLP | 7:20-cv-65425 |
| 92. | 66947 | Jolley, Joshua Lloyd | Bernstein Liebhard LLP | 8:20-cv-12660 |
| 92. | 208863 | Jolley, Joshua Lloyd | Thomas J Henry | 8:20-cv-53461 |
| 93. | 307166 | Jones, Daniel | Carey Danis & Lowe | 7:21-cv-26326 |
| 93. | 17087 | Jones, Daniel | Murphy Law Firm | 7:20-cv-94799 |
| 94. | 262099 | Jones, Douglas | Keller Postman | 9:20-cv-04621 |
| 94. | 102979 | Jones, Douglas | Matthews & Associates | 8:20-cv-14238 |
| 95. | 260357 | Jones, Justin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-05725 |
| 95. | 111055 | Jones, Justin | Douglas & London | 7:20-cv-76320 |
| 96. | 347292 | Jones, Orlando | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-67291 |
| 96. | 251125 | Jones, Orlando | Bailey Cowan Heckaman PLLC | 8:20-cv-96268 |
| 97. | 246507 | Jones, Terwayne | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-98979 |
| 97. | 111059 | Jones, Terwayne | Douglas & London | 7:20-cv-76329 |
| 98. | 104968 | Kelly, Marcus | Parker Waichman LLP | 7:20-cv-76973 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 98. | 27877 | Kelly, Marcus | Pulaski Law Firm, PLLC | 7:20-cv-03440 |
| 99. | 132587 | Kennedy, Raymond | Junell & Associates, PLLC | 7:20-cv-56606 |
| 99. | 261874 | Kennedy, Raymond | Keller Postman | 9:20-cv-04244 |
| 100. | 220001 | Kniest, Michael | Heninger Garrison Davis, LLC | 8:20-cv-95515 |
| 100. | 204769 | Kniest, Michael | Thomas J Henry | 8:20-cv-45269 |
| 101. | 288429 | Koch, Blaine | Morgan & Morgan | 7:21-cv-10000 |
| 101. | 191416 | Koch, Blaine | Parafinczuk Wolf, P.A. | 8:20-cv-38224 |
| 102. | 339097 | Koplowitz, Joshua | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58216 |
| 102. | 117657 | Koplowitz, Joshua | Baron & Budd | 7:20-cv-97853 |
| 103. | 339936 | Lackner, Wendell | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-59269 |
| 103. | 132932 | Lackner, Wendell | Junell & Associates, PLLC | 7:20-cv-58353 |
| 104. | 330615 | Lam, Philip | Clark, Love & Hutson PLLC | 7:21-cv-47535 |
| 104. | 94824 | Lam, Philip | Keller Postman | 7:20-cv-66888 |
| 105. | 222256 | Larry, Aaron | Carey Danis & Lowe | 8:20-cv-72013 |
| 105. | 309214 | Larry, Aaron | Clark, Love & Hutson PLLC | 7:21-cv-27698 |
| 106. | 338303 | Lesser, Donald | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58250 |
| 106. | 221527 | Lesser, Donald | Thomas J Henry | 8:20-cv-77681 |
| 107. | 305706 | Linton, Mosey | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-24775 |
| 107. | 26401 | Linton, Mosey | Pulaski Law Firm, PLLC | 7:20-cv-15044 |
| 108. | 26805 | Lookabill, Joshua | Pulaski Law Firm, PLLC | 7:20-cv-19321 |
| 108. | 336240 | Lookabill, Joshua | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-55878 |
| 109. | 294485 | Loth, Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-18215 |
| 109. | 332474 | Loth, Daniel | Pulaski Law Firm, PLLC | 7:21-cv-51069 |
| 110. | 336787 | Lott, Alfred | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-55720 |
| 110. | 264763 | Lott, Alfred | Clark, Love & Hutson PLLC | 9:20-cv-09026 |
| 111. | 111705 | Lotz, Richard | Douglas & London | 7:20-cv-81186 |
| 111. | 286866 | Lotz, Richard | The Carlson Law Firm | 7:21-cv-09727 |
| 112. | 328147 | Macarz, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-46036 |
| 112. | 111779 | Macarz, Robert | Douglas & London | 7:20-cv-81595 |
| 113. | 233647 | Maldonado-Moody, Melissa | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-74471 |
| 113. | 133031 | Maldonado-Moody, Melissa | Junell & Associates, PLLC | 7:20-cv-58666 |
| 114. | 111879 | Marin, Michael | Douglas & London | 7:20-cv-82054 |
| 114. | 276253 | Marin, Michael | McSweeney/Langevin LLC | 7:21-cv-00597 |
| 115. | 256588 | Martin, James | Pulaski Law Firm, PLLC | 9:20-cv-13312 |
| 115. | 92934 | Martin, James | Robinson Calcagnie, Inc. | 7:20-cv-50144 |
| 116. | 270965 | Martin, William | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-13039 |
| 116. | 133080 | Martin, William | Junell & Associates, PLLC | 7:20-cv-58795 |
| 117. | 339121 | Mason, Cory | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58264 |
| 117. | 27876 | Mason, Cory | Pulaski Law Firm, PLLC | 7:20-cv-03439 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 118. | 111983 | Massie, Dustin | Douglas & London | 7:20-cv-84387 |
| 118. | 345033 | Massie, Dustin | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-63740 |
| 119. | 327627 | Mattice, Erich | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45266 |
| 119. | 15509 | Mattice, Erich | Pulaski Law Firm, PLLC | 7:20-cv-02349 |
| 120. | 63494 | Mayfield, Marcus | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18645 |
| 120. | 330677 | Mayfield, Marcus | Clark, Love & Hutson PLLC | 7:21-cv-47596 |
| 121. | 202625 | Mccoy, Michael | The Carlson Law Firm | 8:20-cv-49537 |
| 121. | 209018 | Mccoy, Michael | Thomas J Henry | 8:20-cv-53818 |
| 122. | 112138 | Mcelroy, Dwayne | Douglas & London | 7:20-cv-76968 |
| 122. | 288909 | Mcelroy, Dwayne | Pulaski Law Firm, PLLC | 7:21-cv-11314 |
| 123. | 235716 | Mcknight, Dwayne | Keller Postman | 8:20-cv-75140 |
| 123. | 249356 | Mcknight, Dwayne | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-93746 |
| 124. | 268939 | Mcneil, Julius | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-11935 |
| 124. | 249360 | Mcneil, Julius | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-93750 |
| 125. | 281279 | Medina, Ruben | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-04625 |
| 125. | 301636 | Medina, Ruben | Pulaski Law Firm, PLLC | 7:21-cv-22309 |
| 126. | 112293 | Merritt, William | Douglas & London | 7:20-cv-77275 |
| 126. | 138749 | Merritt, William | Keller Postman | 8:20-cv-37643 |
| 127. | 99792 | Meyer, Sean | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-25276 |
| 127. | 330709 | Meyer, Sean | Clark, Love & Hutson PLLC | 7:21-cv-47628 |
| 128. | 293880 | Mitchell, Travis | Carey Danis & Lowe | 7:21-cv-14247 |
| 128. | 330720 | Mitchell, Travis | Clark, Love & Hutson PLLC | 7:21-cv-47639 |
| 129. | 112432 | Moews, Kevin | Douglas & London | 7:20-cv-77819 |
| 129. | 224316 | Moews, Kevin | Pulaski Law Firm, PLLC | 8:20-cv-75511 |
| 130. | 268245 | Molina, Kelly | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-10478 |
| 130. | 301607 | Molina, Kelly | Pulaski Law Firm, PLLC | 7:21-cv-22280 |
| 131. | 253288 | Mora, Marc | Abraham, Watkins, Nichols, Agosto & Aziz | 8:20-cv-96842 |
| 131. | 96765 | Mora, Marc | The Murray Law Firm | 8:20-cv-30366 |
| 132. | 226008 | Moreillon, Kyle | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-75856 |
| 132. | 330727 | Moreillon, Kyle | Clark, Love & Hutson PLLC | 7:21-cv-47646 |
| 133. | 347833 | Mount, Paul | The Russo Firm | 7:21-cv-67831 |
| 133. | 151213 | Mount, Paul | Thomas J Henry | 7:20-cv-33209 |
| 134. | 340307 | Moya, Leonard | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-59640 |
| 134. | 133535 | Moya, Leonard | Junell & Associates, PLLC | 7:20-cv-57393 |
| 135. | 312555 | Muniz, Julian | Bailey Cowan Heckaman PLLC | 7:21-cv-30241 |
| 135. | 81403 | Muniz, Julian | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-16878 |
| 136. | 196852 | Murphy, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-43105 |
| 136. | 112629 | Murphy, Jason | Douglas & London | 7:20-cv-77952 |
| 137. | 342706 | Murphy, Maria | Keller Postman | 7:21-cv-61428 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 137. | 332074 | Murphy, Maria | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-52719 |
| 138. | 228455 | Nelson, Len | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78363 |
| 138. | 159607 | Nelson, Len | Pulaski Law Firm, PLLC | 7:20-cv-67211 |
| 139. | 166665 | Newsome, Cameron | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-43953 |
| 139. | 112740 | Newsome, Cameron | Douglas & London | 7:20-cv-78362 |
| 140. | 254334 | O'Francia, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-98729 |
| 140. | 213917 | O'Francia, Eric | Clark, Love & Hutson PLLC | 8:20-cv-67876 |
| 141. | 339907 | O'Loughlin, Brian | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-59240 |
| 141. | 18914 | O'Loughlin, Brian | Pulaski Law Firm, PLLC | 7:20-cv-04762 |
| 142. | 99644 | Ortiz, Evonne | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-24614 |
| 142. | 168236 | Ortiz, Evonne | Mostyn Law | 8:20-cv-01318 |
| 143. | 327523 | Orton, Russell | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45161 |
| 143. | 222272 | Orton, Russell | Carey Danis & Lowe | 8:20-cv-72029 |
| 144. | 319214 | Paul, Alwin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-36407 |
| 144. | 133823 | Paul, Alwin | Junell & Associates, PLLC | 7:20-cv-59651 |
| 145. | 323608 | Paulino, Richard | Keller Postman | 7:21-cv-38742 |
| 145. | 176668 | Paulino, Richard | Shunnarah Vail Trial Attorneys, P.C. | 7:20-cv-41849 |
| 146. | 327753 | Pennix, Ronald | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45391 |
| 146. | 302695 | Pennix, Ronald | Shunnarah Injury Lawyers, PC | 7:21-cv-21464 |
| 147. | 133922 | Pharris, Anthony | Junell & Associates, PLLC | 7:20-cv-59823 |
| 147. | 105606 | Pharris, Anthony | Parker Waichman LLP | 7:20-cv-71109 |
| 148. | 272094 | Pierce, Bobby | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-15161 |
| 148. | 133942 | Pierce, Bobby | Junell & Associates, PLLC | 7:20-cv-59860 |
| 149. | 133967 | Pippen, Benjamin | Junell & Associates, PLLC | 7:20-cv-60197 |
| 149. | 344348 | Pippen, Benjamin | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-63353 |
| 150. | 278897 | Potter, John | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-00511 |
| 150. | 113270 | Potter, John | Douglas & London | 7:20-cv-77704 |
| 151. | 278441 | Quimby, Jeffrey | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-01542 |
| 151. | 159803 | Quimby, Jeffrey | Pulaski Law Firm, PLLC | 8:20-cv-44190 |
| 152. | 228561 | Rager, Shane | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78468 |
| 152. | 113393 | Rager, Shane | Douglas & London | 7:20-cv-78006 |
| 153. | 321570 | Ravenell, James | Kirkendall Dwyer LLP | 7:21-cv-38349 |
| 153. | 124185 | Ravenell, James | Matthews & Associates | 8:20-cv-14435 |
| 154. | 113478 | Reagin, Joshua | Douglas & London | 7:20-cv-78604 |
| 154. | 289375 | Reagin, Joshua | Thomas J Henry | 7:21-cv-09429 |
| 155. | 116637 | Rector, Anthony | Abraham, Watkins, Nichols, Agosto & Aziz | 8:20-cv-30786 |
| 155. | 113485 | Rector, Anthony | Douglas & London | 7:20-cv-78631 |
| 156. | 337715 | Rex, Keith | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-57048 |
| 156. | 317849 | Rex, Keith | Pulaski Law Firm, PLLC | 7:21-cv-31352 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 157. | 336938 | Richardson, Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-56022 |
| 157. | 176205 | Richardson, Joseph | Junell & Associates, PLLC | 7:20-cv-66225 |
| 158. | 66568 | Rivera Garcia, Jose | Bailey Cowan Heckaman PLLC | 7:20-cv-56277 |
| 158. | 345843 | Rivera Garcia, Jose | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-64416 |
| 159. | 228395 | Robbins, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78207 |
| 159. | 220473 | Robbins, James | Seeger Weiss LLP | 8:20-cv-69426 |
| 160. | 271150 | Roberson-Mccall, Seketha | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-14709 |
| 160. | 159102 | Roberson-Mccall, Seketha | Pulaski Law Firm, PLLC | 7:20-cv-66787 |
| 161. | 285076 | Roberts, Joel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-10480 |
| 161. | 134305 | Roberts, Joel | Junell & Associates, PLLC | 7:20-cv-62354 |
| 162. | 113728 | Rockwell, Joshua | Douglas & London | 7:20-cv-80030 |
| 162. | 263917 | Rockwell, Joshua | Keller Postman | 9:20-cv-06414 |
| 163. | 113742 | Rodriguez, Manuel | Douglas & London | 7:20-cv-80056 |
| 163. | 321584 | Rodriguez, Manuel | Kirkendall Dwyer LLP | 7:21-cv-38365 |
| 164. | 51166 | Rodriguez, Roberto | Mostyn Law | 7:20-cv-93588 |
| 164. | 204970 | Rodriguez, Roberto | Thomas J Henry | 8:20-cv-45867 |
| 165. | 341020 | Rogers, William | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-60886 |
| 165. | 199520 | Rogers, William | Matthews & Associates | 8:20-cv-64351 |
| 166. | 255329 | Rosario, Antonio | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-99738 |
| 166. | 321589 | Rosario, Antonio | Kirkendall Dwyer LLP | 7:21-cv-38370 |
| 167. | 290042 | Rosenbaugh, Tom | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-13302 |
| 167. | 346011 | Rosenbaugh, Tom | Mostyn Law | 7:21-cv-64770 |
| 168. | 27020 | Santana, Savon | Pulaski Law Firm, PLLC | 7:20-cv-48548 |
| 168. | 348736 | Santana, Savon | The Russo Firm | 7:21-cv-66974 |
| 169. | 341330 | Sarno, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-61663 |
| 169. | 113997 | Sarno, Robert | Douglas & London | 7:20-cv-81328 |
| 170. | 320129 | Schoelles, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-36980 |
| 170. | 246122 | Schoelles, Robert | Kirkendall Dwyer LLP | 8:20-cv-93674 |
| 171. | 321603 | Scott, Stephen | Kirkendall Dwyer LLP | 7:21-cv-38384 |
| 171. | 317279 | Scott, Stephen | Morgan & Morgan | 7:21-cv-34386 |
| 172. | 189723 | Shaffer, Jeremy | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-26025 |
| 172. | 276696 | Shaffer, Jeremy | The Kuykendall Group LLc | 9:20-cv-17981 |
| 173. | 340164 | Shahon, Joshua | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-59497 |
| 173. | 174708 | Shahon, Joshua | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-15748 |
| 174. | 343035 | Sifuentes, Victor | Keller Postman | 7:21-cv-62110 |
| 174. | 151861 | Sifuentes, Victor | Thomas J Henry | 7:20-cv-33875 |
| 175. | 64910 | Silversmith, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14187 |
| 175. | 114245 | Silversmith, Jason | Douglas & London | 7:20-cv-78937 |
| 176. | 337308 | Smith, Justin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-56641 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 176. | 252756 | Smith, Justin | Clark, Love & Hutson PLLC | 9:20-cv-10214 |
| 177. | 328574 | Smith, Tinesha | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-46538 |
| 177. | 288722 | Smith, Tinesha | Pulaski Law Firm, PLLC | 7:21-cv-11131 |
| 178. | 46435 | Snodgrass, Justin | Keller Postman | 7:20-cv-70688 |
| 178. | 334768 | Snodgrass, Justin | The Kuykendall Group LLc | 7:21-cv-55219 |
| 179. | 339481 | Solomon, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58814 |
| 179. | 334277 | Solomon, James | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-53215 |
| 180. | 114437 | Sparrow, Andrew | Douglas & London | 7:20-cv-79208 |
| 180. | 59956 | Sparrow, Andrew | Law Office of Paul Mankin, APC | 8:20-cv-33694 |
| 181. | 166245 | Steward, Deneshia | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-37638 |
| 181. | 330898 | Steward, Deneshia | Clark, Love & Hutson PLLC | 7:21-cv-47817 |
| 182. | 114613 | Streeter, Paul | Douglas & London | 7:20-cv-80357 |
| 182. | 169197 | Streeter, Paul | Weitz & Luxenberg | 7:20-cv-38695 |
| 183. | 293057 | Strickland, Kelly | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-13879 |
| 183. | 159978 | Strickland, Kelly | Pulaski Law Firm, PLLC | 8:20-cv-45881 |
| 184. | 189886 | Swope, Hubert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-26566 |
| 184. | 344011 | Swope, Hubert | Clark, Love & Hutson PLLC | 7:21-cv-68695 |
| 185. | 168359 | Taldon, Jeffery | Mostyn Law | 8:20-cv-02094 |
| 185. | 121181 | Taldon, Jeffery | Weitz & Luxenberg | 7:20-cv-28180 |
| 186. | 341089 | Talford, Omar | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-61020 |
| 186. | 265194 | Talford, Omar | Clark, Love & Hutson PLLC | 9:20-cv-09730 |
| 187. | 346925 | Tergliafera, Kevin | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-65444 |
| 187. | 159848 | Tergliafera, Kevin | Pulaski Law Firm, PLLC | 8:20-cv-45668 |
| 188. | 114769 | Tetrault, Scott | Douglas & London | 7:20-cv-80612 |
| 188. | 121214 | Tetrault, Scott | Weitz & Luxenberg | 7:20-cv-28316 |
| 189. | 327575 | Thompson, Nicholas | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45214 |
| 189. | 158974 | Thompson, Nicholas | Pulaski Law Firm, PLLC | 7:20-cv-66687 |
| 190. | 195095 | Thornton, Diamond | Clark, Love & Hutson PLLC | 8:20-cv-39565 |
| 190. | 346025 | Thornton, Diamond | Mostyn Law | 7:21-cv-64784 |
| 191. | 228538 | Tolon, Frederick | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78445 |
| 191. | 114890 | Tolon, Frederick | Douglas & London | 7:20-cv-81032 |
| 192. | 327928 | Torres, Angel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45816 |
| 192. | 201166 | Torres, Angel | Pulaski Law Firm, PLLC | 8:20-cv-47241 |
| 193. | 228598 | Torres, Jorge | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-78504 |
| 193. | 311194 | Torres, Jorge | Bertram & Graf, L.L.C. | 7:21-cv-29058 |
| 194. | 65403 | Trussell, Kimberly | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15254 |
| 194. | 114967 | Trussell, Kimberly | Douglas & London | 7:20-cv-81346 |
| 195. | 321642 | Tuggle, James | Kirkendall Dwyer LLP | 7:21-cv-38423 |
| 195. | 348038 | Tuggle, James | The Russo Firm | 7:21-cv-68036 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number |
|---|---|---|---|---|
| 196. | 189530 | Turner, Christina | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-24328 |
| 196. | 115006 | Turner, Christina | Douglas & London | 7:20-cv-81517 |
| 197. | 28650 | Vanzego, Jennifer | Pulaski Law Firm, PLLC | 7:20-cv-04722 |
| 197. | 289285 | Vanzego, Jennifer | The Kuykendall Group LLc | 7:21-cv-10257 |
| 198. | 115197 | Wallace, Brian | Douglas & London | 7:20-cv-81542 |
| 198. | 347863 | Wallace, Brian | The Russo Firm | 7:21-cv-67861 |
| 199. | 343262 | Webb, James | Keller Postman | 7:21-cv-62338 |
| 199. | 269814 | Webb, James | Shunnarah Injury Lawyers, PC | 9:20-cv-12671 |
| 200. | 292422 | Welch, Isaac | Nabers Law Firm, PLLC | 7:21-cv-12848 |
| 200. | 298351 | Welch, Isaac | Nabers Law Firm, PLLC | 7:21-cv-16571 |
| 201. | 327432 | Welker, Michael | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-45070 |
| 201. | 185379 | Welker, Michael | The Murray Law Firm | 8:20-cv-47060 |
| 202. | 65698 | White, Kimberly | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15709 |
| 202. | 253933 | White, Kimberly | Bertram & Graf, L.L.C. | 8:20-cv-87701 |
| 203. | 320296 | Wiemer, Matthew | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-37135 |
| 203. | 330983 | Wiemer, Matthew | Clark, Love & Hutson PLLC | 7:21-cv-48012 |
| 204. | 288239 | Williams, Bryant | Clark, Love & Hutson PLLC | 7:21-cv-09398 |
| 204. | 192698 | Williams, Bryant | Thomas J Henry | 8:20-cv-27782 |
| 205. | 345697 | Williams, Michael | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-64275 |
| 205. | 321782 | Williams, Michael | Parafinczuk Wolf, P.A. | 7:21-cv-41979 |
| 206. | 67079 | Wissman, Michael | Bernstein Liebhard LLP | 8:20-cv-12949 |
| 206. | 277725 | Wissman, Michael | Pulaski Law Firm, PLLC | 9:20-cv-18454 |
| 207. | 309665 | Wynn, Gary | Clark, Love & Hutson PLLC | 7:21-cv-28149 |
| 207. | 115665 | Wynn, Gary | Douglas & London | 7:20-cv-82917 |
| 208. | 255779 | Zilch, Richard | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-00309 |
| 208. | 115746 | Zilch, Richard | Douglas & London | 7:20-cv-83105 |