**Exhibit B**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 382612 | Chaney, James | Law Office of Paul Mankin, APC | 3:23-cv-02237 |
| 1. | 15699 | Chaney, James | Pulaski Law Firm, PLLC | 3:23-cv-20515 |
| 2. | 388457 | Eldridge, Bill | Cory Watson | 3:23-cv-09355 |
| 2. | 56844 | Eldridge, William | The Gori Law Firm, P.C. | 7:20-cv-07967 |
| 3. | 132302 | Infante, Mona | Junell & Associates, PLLC | 3:23-cv-21174 |
| 3. | 140033 | Infante, Mona | Watts Guerra, LLP | 3:19-cv-03132 |
| 4. | 172575 | Jones, Justin | Junell & Associates, PLLC | 3:23-cv-04875 |
| 4. | 132471 | Jones, Justin | Junell & Associates, PLLC | 3:23-cv-21177 |
| 5. | 404220 | Singleton, Antonio | Parafinczuk Wolf, P.A. | 3:23-cv-19965 |
| 5. | 397521 | Singleton, Antonio | Pulaski Law Firm, PLLC | 3:23-cv-20610 |
| 6. | 252749 | Smith, Tony | Clark, Love & Hutson PLLC | 9:20-cv-10207 |
| 6. | 404651 | Smith, Tony | Seeger Weiss LLP | 3:23-cv-19893 |
| 7. | 404120 | Zachery, Jeremy | Seeger Weiss LLP | 3:23-cv-19524 |
| 7. | 383462 | Zachery, Jeremy | The Kuykendall Group LLc | 3:23-cv-03154 |