# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Paul Celli, 8:20-cv-14383-MCR-HTC | MDL No. 2885<br><br>Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wendy C. Elsey of Matthews & Associates, is admitted to practice Pro Hac Vice in this Court and hereby enters her appearance as counsel for Plaintiff, Paul Celli.

Dated: August 7, 2023                                  Respectfully submitted,

/s/ Wendy C. Elsey
Wendy C. Elsey
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Phone: (713) 522-5250
welsey@thematthewslawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system on 8/7/2023, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

/s/ Wendy C. Elsey
Wendy C. Elsey