**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 1. | 386687 | Ashline, Ricky | Parafinczuk Wolf, P.A. | 3:23-cv-06726 |
| 2. | 387114 | Ayala, Noel | Parafinczuk Wolf, P.A. | 3:23-cv-07034 |
| 3. | 387071 | Bernard, Kenneth | Parafinczuk Wolf, P.A. | 3:23-cv-07216 |
| 4. | 386991 | Billings, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-07154 |
| 5. | 386998 | Binns, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-06917 |
| 6. | 387019 | Bishop, Dustin | Parafinczuk Wolf, P.A. | 3:23-cv-07218 |
| 7. | 387283 | Boddie, Damon | Parafinczuk Wolf, P.A. | 3:23-cv-07303 |
| 8. | 386985 | Bolyard, Bruce | Parafinczuk Wolf, P.A. | 3:23-cv-06770 |
| 9. | 387091 | Bond, Dennis | Parafinczuk Wolf, P.A. | 3:23-cv-06922 |
| 10. | 387269 | Brass, Jordan | Parafinczuk Wolf, P.A. | 3:23-cv-07044 |
| 11. | 387271 | Burriss, Jonathan | Parafinczuk Wolf, P.A. | 3:23-cv-07045 |
| 12. | 387058 | Cardenas, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-06778 |
| 13. | 387012 | Caudill, Clinton | Parafinczuk Wolf, P.A. | 3:23-cv-06780 |
| 14. | 387096 | Cave, Debra | Parafinczuk Wolf, P.A. | 3:23-cv-07318 |
| 15. | 387286 | Cini, Frank | Parafinczuk Wolf, P.A. | 3:23-cv-07268 |
| 16. | 387014 | Clarkson, Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-07091 |
| 17. | 387285 | Coatney, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-07265 |
| 18. | 387122 | Cockrill, Reginald | Parafinczuk Wolf, P.A. | 3:23-cv-06925 |

## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 19. | 388207 | Cooper, Dwayne | Parafinczuk Wolf, P.A. | 3:23-cv-07304 |
| 20. | 387642 | Cox, Aaron | Parafinczuk Wolf, P.A. | 3:23-cv-06807 |
| 21. | 387043 | Cox, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-07282 |
| 22. | 387056 | Cummings, Eugene | Parafinczuk Wolf, P.A. | 3:23-cv-07050 |
| 23. | 387029 | Davidson, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-07221 |
| 24. | 387116 | Davis, Frank | Parafinczuk Wolf, P.A. | 3:23-cv-07052 |
| 25. | 387302 | Davis, Thomas | Parafinczuk Wolf, P.A. | 3:23-cv-06962 |
| 26. | 387005 | Dema, Met | Parafinczuk Wolf, P.A. | 3:23-cv-06782 |
| 27. | 387057 | Domangue, Louis | Parafinczuk Wolf, P.A. | 3:23-cv-07058 |
| 28. | 386980 | Elder, Dominique | Parafinczuk Wolf, P.A. | 3:23-cv-07061 |
| 29. | 386974 | Eldrige, James | Parafinczuk Wolf, P.A. | 3:23-cv-07200 |
| 30. | 387098 | Elevado, Honesto | Parafinczuk Wolf, P.A. | 3:23-cv-07202 |
| 31. | 386992 | Evans, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-07172 |
| 32. | 387097 | Ewen, Angela | Parafinczuk Wolf, P.A. | 3:23-cv-06794 |
| 33. | 386960 | Fay Thomas, Kim Lee | Parafinczuk Wolf, P.A. | 3:23-cv-07130 |
| 34. | 386963 | Ferebee, Barry | Parafinczuk Wolf, P.A. | 3:23-cv-07137 |
| 35. | 387001 | Fisher, Joseph M | Parafinczuk Wolf, P.A. | 3:23-cv-06872 |
| 36. | 387049 | Fought, Wesley | Parafinczuk Wolf, P.A. | 3:23-cv-07066 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 37. | 387004 | Franklin, Lydia | Parafinczuk Wolf, P.A. | 3:23-cv-07068 |
| 38. | 387127 | Gache, Darsso | Parafinczuk Wolf, P.A. | 3:23-cv-07287 |
| 39. | 387059 | Gant, Whitney | Parafinczuk Wolf, P.A. | 3:23-cv-07226 |
| 40. | 387089 | Garcia, Jorge | Parafinczuk Wolf, P.A. | 3:23-cv-06969 |
| 41. | 387024 | Grandberry, Mario | Parafinczuk Wolf, P.A. | 3:23-cv-07227 |
| 42. | 387100 | Gustin, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-07037 |
| 43. | 387301 | Hall, David | Parafinczuk Wolf, P.A. | 3:23-cv-06942 |
| 44. | 387090 | Harriman, Jody | Parafinczuk Wolf, P.A. | 3:23-cv-06947 |
| 45. | 386990 | Harris, Johnvon | Parafinczuk Wolf, P.A. | 3:23-cv-07283 |
| 46. | 387044 | Havelin, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-06785 |
| 47. | 386981 | Henry, Coty | Parafinczuk Wolf, P.A. | 3:23-cv-07070 |
| 48. | 387450 | Hicks, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-06816 |
| 49. | 387067 | Holmes, Randy | Parafinczuk Wolf, P.A. | 3:23-cv-06817 |
| 50. | 386969 | Hummer, Jared | Parafinczuk Wolf, P.A. | 3:23-cv-07319 |
| 51. | 387021 | Iiii, Julian | Parafinczuk Wolf, P.A. | 3:23-cv-07074 |
| 52. | 387039 | Jackson, James | Parafinczuk Wolf, P.A. | 3:23-cv-07076 |
| 53. | 387061 | Johnson, Brandon Cody | Parafinczuk Wolf, P.A. | 3:23-cv-07078 |
| 54. | 387000 | Johnson, Jamal | Parafinczuk Wolf, P.A. | 3:23-cv-06998 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
| --- | --- | --- | --- | --- |
| 55. | 386970 | Jones, Diann | Parafinczuk Wolf, P.A. | 3:23-cv-07168 |
| 56. | 387294 | Joseph, Cassidy | Parafinczuk Wolf, P.A. | 3:23-cv-07025 |
| 57. | 386532 | Justice, Jeffrey | Parafinczuk Wolf, P.A. | 3:23-cv-06429 |
| 58. | 387002 | Kelly, Quiana Jenell | Parafinczuk Wolf, P.A. | 3:23-cv-07194 |
| 59. | 387035 | Kennedy, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-07082 |
| 60. | 387107 | Khiev, Ron | Parafinczuk Wolf, P.A. | 3:23-cv-07122 |
| 61. | 386683 | Kirksey, Johnny | Parafinczuk Wolf, P.A. | 3:23-cv-06510 |
| 62. | 386514 | Kuhn, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-06349 |
| 63. | 387007 | Kuschka, Rebecca King | Parafinczuk Wolf, P.A. | 3:23-cv-06832 |
| 64. | 387075 | Lentz, Curtis Lee | Parafinczuk Wolf, P.A. | 3:23-cv-06931 |
| 65. | 387119 | Lessard, Cristefano | Parafinczuk Wolf, P.A. | 3:23-cv-06949 |
| 66. | 387095 | Light, Jennifer | Parafinczuk Wolf, P.A. | 3:23-cv-06952 |
| 67. | 387025 | Littles, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-06846 |
| 68. | 387108 | Lucio, Rosa | Parafinczuk Wolf, P.A. | 3:23-cv-06943 |
| 69. | 387047 | Madkins, Rodney | Parafinczuk Wolf, P.A. | 3:23-cv-06850 |
| 70. | 386996 | Mahon Caruso, Jamie Nicole | Parafinczuk Wolf, P.A. | 3:23-cv-07133 |
| 71. | 387022 | Mancell, Randy | Parafinczuk Wolf, P.A. | 3:23-cv-07086 |
| 72. | 387033 | Mann, Tristan | Parafinczuk Wolf, P.A. | 3:23-cv-07087 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
| --- | --- | --- | --- | --- |
| 73. | 386999 | Martin, Sean | Parafinczuk Wolf, P.A. | 3:23-cv-06973 |
| 74. | 387018 | Mayes, Dusty | Parafinczuk Wolf, P.A. | 3:23-cv-06852 |
| 75. | 386986 | Mccandlish, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-07000 |
| 76. | 387011 | Mccane, Mark | Parafinczuk Wolf, P.A. | 3:23-cv-06774 |
| 77. | 386524 | Mcdowell, Cody | Parafinczuk Wolf, P.A. | 3:23-cv-06390 |
| 78. | 387081 | Mckee, Alphadel | Parafinczuk Wolf, P.A. | 3:23-cv-06951 |
| 79. | 387307 | Mckinnon, Jarmaine | Parafinczuk Wolf, P.A. | 3:23-cv-07151 |
| 80. | 387284 | Mcloughlin, Shawn B | Parafinczuk Wolf, P.A. | 3:23-cv-07312 |
| 81. | 386962 | Medeiros, Steven | Parafinczuk Wolf, P.A. | 3:23-cv-06993 |
| 82. | 387290 | Menyweather, Denisha | Parafinczuk Wolf, P.A. | 3:23-cv-07294 |
| 83. | 386528 | Morton, Shawn | Parafinczuk Wolf, P.A. | 3:23-cv-06415 |
| 84. | 387064 | Moses, Malcom | Parafinczuk Wolf, P.A. | 3:23-cv-06859 |
| 85. | 386989 | Neeley, John | Parafinczuk Wolf, P.A. | 3:23-cv-07007 |
| 86. | 387298 | Ort, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-06793 |
| 87. | 387272 | Osborn, Bryson | Parafinczuk Wolf, P.A. | 3:23-cv-07114 |
| 88. | 387060 | Phillips, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-06874 |
| 89. | 387042 | Phillips, Samuel | Parafinczuk Wolf, P.A. | 3:23-cv-06960 |
| 90. | 387309 | Pires, Marco A | Parafinczuk Wolf, P.A. | 3:23-cv-07189 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 91. | 387118 | Pohlmann, Crystal | Parafinczuk Wolf, P.A. | 3:23-cv-07123 |
| 92. | 387112 | Pope, James | Parafinczuk Wolf, P.A. | 3:23-cv-07288 |
| 93. | 387076 | Poppy, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-06833 |
| 94. | 387306 | Prasad, Ravi Shankar | Parafinczuk Wolf, P.A. | 3:23-cv-07128 |
| 95. | 387280 | Rice, Trustan | Parafinczuk Wolf, P.A. | 3:23-cv-07249 |
| 96. | 386965 | Riddick, Donald | Parafinczuk Wolf, P.A. | 3:23-cv-07132 |
| 97. | 387068 | Roach, Danielle | Parafinczuk Wolf, P.A. | 3:23-cv-06877 |
| 98. | 387276 | Robinson, Irbin | Parafinczuk Wolf, P.A. | 3:23-cv-07253 |
| 99. | 387080 | Rodriguez, David | Parafinczuk Wolf, P.A. | 3:23-cv-06984 |
| 100. | 387287 | Serati, Benjamin | Parafinczuk Wolf, P.A. | 3:23-cv-07285 |
| 101. | 387288 | Shumate, Walter Hollis | Parafinczuk Wolf, P.A. | 3:23-cv-07290 |
| 102. | 386972 | Simpers, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-07030 |
| 103. | 387052 | Smith, James R | Parafinczuk Wolf, P.A. | 3:23-cv-06543 |
| 104. | 386964 | Smith, Rasaun | Parafinczuk Wolf, P.A. | 3:23-cv-07279 |
| 105. | 386971 | Smith, Ryan J | Parafinczuk Wolf, P.A. | 3:23-cv-07298 |
| 106. | 387297 | Stanker, Richard Albert | Parafinczuk Wolf, P.A. | 3:23-cv-06769 |
| 107. | 387017 | Stubbs, John | Parafinczuk Wolf, P.A. | 3:23-cv-07136 |
| 108. | 387273 | Suggs, Brantley | Parafinczuk Wolf, P.A. | 3:23-cv-07145 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 109. | 387110 | Tavares, Hans | Parafinczuk Wolf, P.A. | 3:23-cv-07150 |
| 110. | 387066 | Thomas, Waddell | Parafinczuk Wolf, P.A. | 3:23-cv-07153 |
| 111. | 387082 | Trotter, Washington | Parafinczuk Wolf, P.A. | 3:23-cv-06992 |
| 112. | 386526 | Twyman, Alfred | Parafinczuk Wolf, P.A. | 3:23-cv-06412 |
| 113. | 387277 | Walker, Broderick | Parafinczuk Wolf, P.A. | 3:23-cv-07257 |
| 114. | 387140 | Watson, Alvie | Parafinczuk Wolf, P.A. | 3:23-cv-07267 |
| 115. | 387078 | Weber, Matthew | Parafinczuk Wolf, P.A. | 3:23-cv-07104 |
| 116. | 387006 | White, Lorenzo | Parafinczuk Wolf, P.A. | 3:23-cv-06958 |
| 117. | 387087 | Williams, Marc F | Parafinczuk Wolf, P.A. | 3:23-cv-07261 |
| 118. | 387031 | Williams, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-06865 |
| 119. | 387062 | Wilson, Myron | Parafinczuk Wolf, P.A. | 3:23-cv-07159 |
| 120. | 387013 | Woodfork, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-06867 |
| 121. | 386961 | Wright, Brian | Parafinczuk Wolf, P.A. | 3:23-cv-07349 |
| 122. | 387304 | Zazueta Aceves, Jose Luis | Parafinczuk Wolf, P.A. | 3:23-cv-06978 |
| 123. | 385854 | Densman, Nicholas Brandon | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-04839 |