## Exhibit A

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|-----|--------------|----------------|---------------|---------------------------|
| 1.  | 381700 | Crimmins, James H | Cory Watson | 3:23-cv-04150 |
| 2.  | 136755 | Johnson, Alexander | Keller Postman | 3:23-cv-12258 |
| 3.  | 389078 | Clark, Delvon | Oliver Law Group P.C. | 3:23-cv-12165 |
| 4.  | 389526 | Allen, Donray | Parafinczuk Wolf, P.A. | 3:23-cv-09904 |
| 5.  | 394446 | Brothers, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-12802 |
| 6.  | 389498 | Christenson, Paul | Parafinczuk Wolf, P.A. | 3:23-cv-09821 |
| 7.  | 389490 | Cleveland, Feliciano | Parafinczuk Wolf, P.A. | 3:23-cv-09921 |
| 8.  | 393025 | Crowley, James | Parafinczuk Wolf, P.A. | 3:23-cv-12329 |
| 9.  | 394451 | Drake, Dustin | Parafinczuk Wolf, P.A. | 3:23-cv-12803 |
| 10. | 394452 | Henline, Samuel | Parafinczuk Wolf, P.A. | 3:23-cv-12804 |
| 11. | 393045 | Hickman, Lindsey | Parafinczuk Wolf, P.A. | 3:23-cv-11742 |
| 12. | 393018 | Martin, Jerry | Parafinczuk Wolf, P.A. | 3:23-cv-12343 |
| 13. | 394455 | Miles, Tyrone | Parafinczuk Wolf, P.A. | 3:23-cv-12811 |
| 14. | 389464 | Patterson, Roy | Parafinczuk Wolf, P.A. | 3:23-cv-09889 |
| 15. | 392923 | Preffer, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-12440 |
| 16. | 394441 | Saffioti, Chris | Parafinczuk Wolf, P.A. | 3:23-cv-12566 |
| 17. | 393072 | Thompson, James | Parafinczuk Wolf, P.A. | 3:23-cv-11448 |
| 18. | 392979 | Blitch, Ryan Michael | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13109 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 19. | 392953 | Butts, Marquis Bernard | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12901 |
| 20. | 392982 | Deering, Jerry Dale | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13118 |
| 21. | 392986 | High, Jonathan Dale | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13202 |
| 22. | 392971 | Miller, Megann Opal | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13067 |
| 23. | 392983 | Paulin, Nicholas John | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13125 |
| 24. | 392964 | Reyna, George Anthony | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12683 |
| 25. | 372814 | Walsh, Timothy | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14762 |
| 26. | 392962 | Waytus, David Thomas | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12954 |
| 27. | 392976 | Whipple, Wayne Anthony | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12685 |
| 28. | 392951 | Yates, Seth Nathanael | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-12690 |
| 29. | 392975 | Zbaracki, Tim Allan | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-13094 |