**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MD-2885 |
| This Document Relates To: | Judge M. Casey Rodgers |
| | Magistrate Judge Hope T. Cannon |
| *JUAN THOMISON v. 3M COMPANY*. Case No. 3:22-cv-14448-MCR-HTC | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the duplicative claim of this case be dismissed without prejudice against all Defendants with each party to bear its own costs. Plaintiff's other pending case—Case No. 7:21-cv-38914-MCR-HTC—will not be affected by this dismissal.

Dated: August 8, 2023

Respectfully Submitted,

*/s/ Adam B. Wolfson*

Adam Bryan Wolfson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street
Suite 10th Floor
Los Angeles, CA 90017
(213) 443-3211
(213) 443-3100 (Facsimile)
Email: adamwolfson@quinnemanuel.com
***Counsel For Plaintiff***

Dated: August 8, 2023

/s/ Kimberly Branscome
Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
***Counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC***

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on August 8, 2023 true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Adam B. Wolfson*
Adam Wolfson
