**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 1. | 387482 | Gladney, George | Davis & Crump, P. C. | 3:23-cv-08022 |
| 2. | 387421 | Parker, Peter | Junell & Associates, PLLC | 3:23-cv-07860 |
| 3. | 379513 | Burrows, Bryan Lee | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-09205 |
| 4. | 379718 | Edmond, James | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-09210 |
| 5. | 379647 | Lueth, Jeremy | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-09212 |
| 6. | 379620 | Small, Timothy | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-09217 |
| 7. | 379626 | Trader, Justin | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-09213 |
| 8. | 387468 | Davenport, William | Milberg Coleman Bryson Phillips Grossman, PLLC | 3:23-cv-08009 |
| 9. | 388540 | Alston, Adreinne | Parafinczuk Wolf, P.A. | 3:23-cv-09157 |
| 10. | 388498 | Anthony, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-09021 |
| 11. | 388109 | Bailey, Mark | Parafinczuk Wolf, P.A. | 3:23-cv-08475 |
| 12. | 387226 | Bickford, John | Parafinczuk Wolf, P.A. | 3:23-cv-07587 |
| 13. | 387257 | Blackwell, Priscilla Perez | Parafinczuk Wolf, P.A. | 3:23-cv-07610 |
| 14. | 388551 | Boyd, Wesley | Parafinczuk Wolf, P.A. | 3:23-cv-09106 |
| 15. | 388505 | Burgos, Edwin | Parafinczuk Wolf, P.A. | 3:23-cv-09142 |
| 16. | 387196 | Butel, Mario | Parafinczuk Wolf, P.A. | 3:23-cv-07496 |
| 17. | 388114 | Calamia, Tony | Parafinczuk Wolf, P.A. | 3:23-cv-08785 |
| 18. | 388471 | Carter, Chad | Parafinczuk Wolf, P.A. | 3:23-cv-08529 |

## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 19. | 387237 | Cato, Willie | Parafinczuk Wolf, P.A. | 3:23-cv-07932 |
| 20. | 388117 | Clement, Radlee | Parafinczuk Wolf, P.A. | 3:23-cv-08881 |
| 21. | 388552 | Clinansmith, Alan | Parafinczuk Wolf, P.A. | 3:23-cv-09102 |
| 22. | 388118 | Clingan, Brett | Parafinczuk Wolf, P.A. | 3:23-cv-08490 |
| 23. | 388472 | Colonna, Stephen | Parafinczuk Wolf, P.A. | 3:23-cv-08531 |
| 24. | 388546 | Conorino, Daniel | Parafinczuk Wolf, P.A. | 3:23-cv-09124 |
| 25. | 387250 | Cortez, Joe | Parafinczuk Wolf, P.A. | 3:23-cv-07613 |
| 26. | 388499 | Cratin, Matthew | Parafinczuk Wolf, P.A. | 3:23-cv-09023 |
| 27. | 388516 | David, Amador D | Parafinczuk Wolf, P.A. | 3:23-cv-09145 |
| 28. | 388478 | Deslatte, Dorian | Parafinczuk Wolf, P.A. | 3:23-cv-08534 |
| 29. | 388129 | Dolan, William | Parafinczuk Wolf, P.A. | 3:23-cv-08792 |
| 30. | 388529 | Estep, Ronald | Parafinczuk Wolf, P.A. | 3:23-cv-09198 |
| 31. | 388480 | Flores, Rogelio | Parafinczuk Wolf, P.A. | 3:23-cv-08766 |
| 32. | 388131 | Ford, Blake | Parafinczuk Wolf, P.A. | 3:23-cv-08886 |
| 33. | 388534 | Foskey, Shaun | Parafinczuk Wolf, P.A. | 3:23-cv-09188 |
| 34. | 388548 | Foster, James | Parafinczuk Wolf, P.A. | 3:23-cv-09115 |
| 35. | 387202 | Fourman-Smith, Misty | Parafinczuk Wolf, P.A. | 3:23-cv-07514 |
| 36. | 388541 | Fullen, Jeffrey | Parafinczuk Wolf, P.A. | 3:23-cv-09154 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 37. | 388132 | Garrett, Frederick | Parafinczuk Wolf, P.A. | 3:23-cv-08889 |
| 38. | 388133 | Garza, Jose | Parafinczuk Wolf, P.A. | 3:23-cv-08833 |
| 39. | 388134 | Gideon, Ronnie | Parafinczuk Wolf, P.A. | 3:23-cv-08727 |
| 40. | 387252 | Gilbert, Taylor | Parafinczuk Wolf, P.A. | 3:23-cv-07615 |
| 41. | 388135 | Gonzalez, Edwin | Parafinczuk Wolf, P.A. | 3:23-cv-08769 |
| 42. | 387190 | Griffin, Latasha | Parafinczuk Wolf, P.A. | 3:23-cv-07411 |
| 43. | 388500 | Grooms, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-09024 |
| 44. | 387242 | Hall, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-07616 |
| 45. | 388139 | Harger, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-08890 |
| 46. | 388532 | Hatfield, Ronald | Parafinczuk Wolf, P.A. | 3:23-cv-09191 |
| 47. | 388493 | Heatherman, Brian | Parafinczuk Wolf, P.A. | 3:23-cv-08877 |
| 48. | 387191 | Hipp, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-07479 |
| 49. | 388482 | Hood, Tony | Parafinczuk Wolf, P.A. | 3:23-cv-08772 |
| 50. | 388147 | Jenkins, Elvin J | Parafinczuk Wolf, P.A. | 3:23-cv-08748 |
| 51. | 388148 | Jones, Darren | Parafinczuk Wolf, P.A. | 3:23-cv-08481 |
| 52. | 387217 | Kasun, Ethan | Parafinczuk Wolf, P.A. | 3:23-cv-07570 |
| 53. | 388149 | Keith, Garrett | Parafinczuk Wolf, P.A. | 3:23-cv-08729 |
| 54. | 388509 | Kemppainen, Kyle | Parafinczuk Wolf, P.A. | 3:23-cv-09184 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|-----|---|---|---|---|
| 55. | 387204 | King, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-07519 |
| 56. | 388474 | Kirkland, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-08773 |
| 57. | 387234 | Kirkland, Jesse | Parafinczuk Wolf, P.A. | 3:23-cv-07919 |
| 58. | 388150 | Kotara, Darrell | Parafinczuk Wolf, P.A. | 3:23-cv-08483 |
| 59. | 388151 | Lamb, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-08561 |
| 60. | 388152 | Lara, Larry | Parafinczuk Wolf, P.A. | 3:23-cv-08872 |
| 61. | 388154 | Laurente, Jerron | Parafinczuk Wolf, P.A. | 3:23-cv-08892 |
| 62. | 388156 | Layton, Jonathan | Parafinczuk Wolf, P.A. | 3:23-cv-08514 |
| 63. | 388157 | Leggett, Jamell | Parafinczuk Wolf, P.A. | 3:23-cv-08878 |
| 64. | 388159 | Maldonado, Joelia | Parafinczuk Wolf, P.A. | 3:23-cv-08894 |
| 65. | 388161 | Mcbride, Stacy | Parafinczuk Wolf, P.A. | 3:23-cv-08775 |
| 66. | 387187 | Mcneal, Marcus | Parafinczuk Wolf, P.A. | 3:23-cv-07420 |
| 67. | 388549 | Merkerson, Rosalind | Parafinczuk Wolf, P.A. | 3:23-cv-09111 |
| 68. | 387265 | Mizell, Brady | Parafinczuk Wolf, P.A. | 3:23-cv-07694 |
| 69. | 388510 | Montalvo, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-09209 |
| 70. | 388496 | Morris, Michelle E | Parafinczuk Wolf, P.A. | 3:23-cv-09030 |
| 71. | 388164 | Mueller, Drew | Parafinczuk Wolf, P.A. | 3:23-cv-08899 |
| 72. | 388165 | Nunn, James | Parafinczuk Wolf, P.A. | 3:23-cv-08742 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 73. | 388167 | Pellegrin, Casandra | Parafinczuk Wolf, P.A. | 3:23-cv-08733 |
| 74. | 388171 | Ramirez, William | Parafinczuk Wolf, P.A. | 3:23-cv-08564 |
| 75. | 388175 | Robertson, Leslie | Parafinczuk Wolf, P.A. | 3:23-cv-08550 |
| 76. | 387231 | Russell, Dustin | Parafinczuk Wolf, P.A. | 3:23-cv-07913 |
| 77. | 387259 | Ryan, Sean | Parafinczuk Wolf, P.A. | 3:23-cv-07697 |
| 78. | 388590 | Samuels, Scott | Parafinczuk Wolf, P.A. | 3:23-cv-08808 |
| 79. | 388531 | Sanford, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-09194 |
| 80. | 387266 | Sellers, Raponzea | Parafinczuk Wolf, P.A. | 3:23-cv-07699 |
| 81. | 388487 | Shaw, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-08916 |
| 82. | 387223 | Smith, Calvin James | Parafinczuk Wolf, P.A. | 3:23-cv-07578 |
| 83. | 388486 | Smith, Demarcus | Parafinczuk Wolf, P.A. | 3:23-cv-08917 |
| 84. | 388180 | Sparger, Jonathan | Parafinczuk Wolf, P.A. | 3:23-cv-08743 |
| 85. | 388184 | Tanaskovich, Marinko | Parafinczuk Wolf, P.A. | 3:23-cv-08489 |
| 86. | 388187 | Turner, Tyrone | Parafinczuk Wolf, P.A. | 3:23-cv-08735 |
| 87. | 388188 | Varner, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-08556 |
| 88. | 387247 | Vondra, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-07627 |
| 89. | 387224 | Walker, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-07582 |
| 90. | 388190 | Waller, Patrick | Parafinczuk Wolf, P.A. | 3:23-cv-08780 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # |
|---|---|---|---|---|
| 91. | 388191 | Washington, Davviean | Parafinczuk Wolf, P.A. | 3:23-cv-08782 |
| 92. | 388515 | Watkins, Lemarcus | Parafinczuk Wolf, P.A. | 3:23-cv-09223 |
| 93. | 387233 | Williams, Jacory | Parafinczuk Wolf, P.A. | 3:23-cv-07917 |
| 94. | 388196 | Yarber, James | Parafinczuk Wolf, P.A. | 3:23-cv-08783 |
| 95. | 388006 | Denson, Shaldon Demond | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-08809 |
| 96. | 387978 | Thomas, Stephen Paul | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-08798 |
| 97. | 386016 | Swearingen, Mark R | The Ferraro Law Firm | 3:23-cv-08092 |