**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 387681 | Triggs, Anderson Lohr | Cheyenne N Riker PLLC | 3:23-cv-07090 |
| 2. | 381423 | Perez, Nicholas | Cory Watson | 3:23-cv-04969 |
| 3. | 386674 | Bray, Stephen | Heninger Garrison Davis, LLC | 3:23-cv-06721 |
| 4. | 303787 | Campbell, Keith | Keller Postman | 3:22-cv-19535 |
| 5. | 387566 | Granado, Eduardo | Laminack Pirtle & Martines | 3:23-cv-11860 |
| 6. | 397996 | Becker, Matthew Aaron | Motley Rice, LLC | 3:23-cv-17563 |
| 7. | 396191 | Bell, Mitchell | Parafinczuk Wolf, P.A. | 3:23-cv-14089 |
| 8. | 397890 | Camp, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-16636 |
| 9. | 397853 | Carter, David | Parafinczuk Wolf, P.A. | 3:23-cv-16506 |
| 10. | 397915 | Forbes, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-15851 |
| 11. | 388536 | Horn, Shannon | Parafinczuk Wolf, P.A. | 3:23-cv-09181 |
| 12. | 397939 | Kiyohara, Nicolas | Parafinczuk Wolf, P.A. | 3:23-cv-15505 |
| 13. | 388162 | Miller, Theresa | Parafinczuk Wolf, P.A. | 3:23-cv-08778 |
| 14. | 397884 | Russell, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-16659 |
| 15. | 397871 | Wolters, Richard Carl | Parafinczuk Wolf, P.A. | 3:23-cv-16666 |
| 16. | 397889 | Zielinski, Jacob | Parafinczuk Wolf, P.A. | 3:23-cv-16667 |
| 17. | 390609 | Anderson, George | Pulaski Law Firm, PLLC | 3:23-cv-13020 |
| 18. | 390513 | Johnson, David | Pulaski Law Firm, PLLC | 3:23-cv-12728 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 19. | 391159 | Jones, Ryan | Pulaski Law Firm, PLLC | 3:23-cv-15312 |
| 20. | 266562 | Martinez, Desiree | Pulaski Law Firm, PLLC | 3:23-cv-18062 |
| 21. | 372082 | Kovacs, Kevin James | Quinn Emanuel Urquhart & Sullivan LLP | 3:23-cv-14997 |
| 22. | 329362 | Bohlin, Shea | Seeger Weiss LLP | 3:23-cv-18355 |
| 23. | 397827 | Ford, Gary W | The Spencer Law Firm | 3:23-cv-16638 |
| 24. | 397995 | Herrera, Jose | Thomas J Henry | 3:23-cv-16924 |
| 25. | 389716 | Lenfesty, Robert | Tracey & Fox Law Firm | 3:23-cv-12296 |
| 26. | 382119 | Schrock, Christopher P | Tracey & Fox Law Firm | 3:23-cv-01176 |
| 27. | 389715 | Soule, Kenneth John | Tracey & Fox Law Firm | 3:23-cv-12177 |