**Exhibit B**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 393729 | Gonzales, Mario | Parafinczuk Wolf, P.A. | 3:23-cv-12254 |