UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 |
| This Document Relates to All Cases | Case No. 3:19-md-2885-MCR |
| | Hon. M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1., I, Elizabeth Blair Schilling, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in the State of Louisiana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Louisiana Supreme Court, and a Certificate of Good Standing from same, dated within 30 days of this Motion, is attached hereto as Exhibit "A" and incorporated herein by this reference.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND1691618782841**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account.

6. Movant represents the Plaintiff(s) in an action that was directly filed into the MDL: Benjamin Armstrong (3:23-cv-21754-MCR-HTC), Chad Brooks (3:23-cv-21756-MCR-HTC), Jason Hernan (3:23-cv-21757-MCR-HTC), Nathan Foster (3:23-cv-21759-MCR-HTC), Nicholas Videtich (3:23-cv-21760-MCR-HTC), Randall Mobbs (3:23-cv-21761-MCR-HTC), Richard Van Vleck (3:23-cv-21763-MCR-HTC) and Timothy Kelly (3:23-cv-21764-MCR-HTC)

WHEREFORE, Elizabeth Blair Schilling specifically requests that this Court enter an order granting this *Motion to Appear Pro Hac Vice,* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: August 14, 2023                                    Respectfully submitted,

*/s/E. Blair Schilling*
E. Blair Schilling, 35308
Fishman Haygood, LLP
201 St. Charles Ave., Ste. 4600
New Orleans, LA 70170
(T)  504-586-5252
(F)   504-586-5250
bschilling@fishmanhaygood.com
*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing Motion to Appear Pro Hac Vice with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/E. Blair Schilling