UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

This Order addresses duplicate cases filed on the active docket which raised representation issues previously addressed by the Court. More specifically, on July 27, 2023, the Court identified those plaintiffs with more than one case filed on the active docket and gave them one final opportunity to dismiss the duplicate case. *See* ECF No. 3783 (warning that plaintiffs failing to resolve their overlapping representation issues would result in the dismissal of the later-filed cases). Counsel representing the plaintiffs listed on Exhibits A and B were required to "confer with one another and move to dismiss the case that is deemed to be the duplicate case" by October 10, 2023. *Id* at 2. Counsel for plaintiffs listed on Exhibit A complied, however, the firms representing the plaintiffs listed on Exhibit B failed to heed the Court's warning.

Accordingly:

1. The motions identified on Exhibit A are **GRANTED**.

2. The plaintiffs' cases identified on Exhibit B are hereby **DISMISSED WITH PREJUDICE** for failure to comply with the Court's Order, ECF No. 3783.

3. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets and close the cases in their entirety for all purposes.

**DONE AND ORDERED** on this 15th day of August, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**