## **Exhibit A**

|    | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # | ECF No. |
|----|--------------|----------------|---------------|--------|---------|
| 1. | 299991 | Franco, John P. | Heninger Garrison Davis, LLC | 7:21-cv-41321 | 6 |