# Exhibit B

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Case # | Case Filed Date |
|-----|--------------|----------------|---------------|--------|-----------------|
| 1.  | 219195 | Okeefe, Jason | Bossier & Associates, PLLC | 8:20-cv-70056 | 7/22/20 |
| 2.  | 392577 | Ateo, Dio | Junell & Associates, PLLC | 3:23-cv-13559 | 6/10/23 |
| 3.  | 164643 | File, Renaldo | Kirtland & Packard LLP | 7:20-cv-88584 | 5/9/20 |
| 4.  | 393866 | Blankenship, Aaron | Pulaski Law Firm, PLLC | 3:23-cv-15944 | 6/22/23 |
| 5.  | 393610 | Cunnegan, Kelvon | Pulaski Law Firm, PLLC | 3:23-cv-16988 | 6/30/23 |
| 6.  | 393351 | Deliz Swoboda, Joseph | Pulaski Law Firm, PLLC | 3:23-cv-14375 | 6/15/23 |
| 7.  | 393823 | Harris, Kathleen | Pulaski Law Firm, PLLC | 3:23-cv-16604 | 6/27/23 |
| 8.  | 393905 | Hayes, Justin | Pulaski Law Firm, PLLC | 3:23-cv-15689 | 6/22/23 |
| 9.  | 393587 | Kropik, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-16278 | 6/23/23 |
| 10. | 393830 | Paul, Nancy | Pulaski Law Firm, PLLC | 3:23-cv-16589 | 6/27/23 |
| 11. | 393840 | Revill, David | Pulaski Law Firm, PLLC | 3:23-cv-15440 | 6/21/23 |
| 12. | 393448 | Toland, Demarkus | Pulaski Law Firm, PLLC | 3:23-cv-15731 | 7/27/23 |
| 13. | 28535  | Turner, Johnny | Pulaski Law Firm, PLLC | 3:23-cv-17678 | 7/9/23 |
| 14. | 393992 | Ward, Lamont | Pulaski Law Firm, PLLC | 3:23-cv-16392 | 6/26/23 |
| 15. | 393882 | West, Jacob | Pulaski Law Firm, PLLC | 3:23-cv-16137 | 6/23/23 |