UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 |
| This Document Relates to All Cases | Case No. 3:19-md-2885-MCR |
| | Hon. M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that E. Blair Schilling of the law firm of Fishman Haygood, LLP appearing herein as counsel for Plaintiffs, Benjamin Armstrong (3:23-cv-21754-MCR-HTC), Chad Brooks (3:23-cv-21756-MCR-HTC), Jason Hernan (3:23-cv-21757-MCR-HTC), Nathan Foster (3:23-cv-21759-MCR-HTC), Nicholas Videtich (3:23-cv-21760-MCR-HTC), Randall Mobbs (3:23-cv-21761-MCR-HTC), Richard Van Vleck (3:23-cv-21763-MCR-HTC) and Timothy Kelly (3:23-cv-21764-MCR-HTC), requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in connection therewith, be given to and served at the following office address, telephone number and email address:

E. Blair Schilling
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170
Telephone: (504) 586-5252
Email: bschilling@fishmanhaygood.com

Dated: August 21, 2023                                          Respectfully submitted,

                                                                */s/E. Blair Schilling*

E. Blair Schilling, 35308
Fishman Haygood, LLP
201 St. Charles Ave., Ste. 4600
New Orleans, LA 70170
(T)   504-586-5252
(F)   504-586-5250
bschilling@fishmanhaygood.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/E. Blair Schilling