# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA - PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Earl Collins<br>7:20-cv-43176-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PLAINTIFF'S MOTION TO AMEND SHORT FORM COMPLAINT OF PLAINTIFF EARL COLLINS

COMES NOW, Plaintiff, Earl Collins, by and through counsel of record, and files this his Motion to Amend Short Form Complaint, and in support thereof, would show that Earl Collins has legally changed his name to JaiTen J. Veritas (See Exhibit "A"). This Motion to Amend the Short Form Complaint is only to reflect Plaintiff Earl Collins' proper legal name, and no other changes to the Short Form Complaint (See Exhibit "B" – Proposed Amended Short Form Complaint).

Plaintiff also requests that the style of this cause be updated to show JaiTen J. Veritas as the Plaintiff on the docket and as the Plaintiff in MDL Centrality.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that he be allowed to amend his Short Form Complaint to reflect his proper legal name of JaiTen Veritas, and any and all further relief to which he may be justly entitled.

Dated:  August 22, 2023		Respectfully submitted,

>	*/s/ Mitchell A. Toups*
>	Mitchell A. Toups
>	Texas Bar No. 20151600
>	Mitchell A. Toups, Ltd. of
>	Weller, Green, Toups & Terrell, L.L.P.
>	P.O. Box 350
>	Beaumont, TX 77704
>	(409) 832-1800
>	Fax: (409) 832-8577
>	Email:  matoups@wgttlaw.com
>	***Attorneys for Plaintiff***

## CERTIFICATE OF CONFERENCE

I have conferred with Counsel for 3M, Kari Sutherland and Caroline Walker, and they are unopposed to this Motion.

>	*/s/ Mitchell A. Toups*
>	Mitchell A. Toups

## CERTIFICATE OF SERVICE

I do hereby certify that on August 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>	*/s/ Mitchell A. Toups*
>	Mitchell A. Toups