## EXHIBIT "A"

IN THE SUPERIOR COURT OF MCDUFFIE COUNTY
STATE OF GEORGIA

FILED IN OFFICE
2023 Jan 27 01:39 PM
CONNIE H. CHEATHAM
CLERK OF SUPERIOR COURT
MCDUFFIE COUNTY, GA

| | |
|---|---|
| IN RE: NAME CHANGE OF: ) | |
| ) | |
| EARL COLLINS, JR. ) | Civil Action No: 22CV0551 |
| ) | |
| Petitioner. ) | |
| ) | |

### FINAL ORDER OF NAME CHANGE

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appearing that notice has been published pursuant to law and that no objections have been timely filed, and it further appearing that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted, IT IS HEREBY ORDERED,

(a) That the name of Earl Collins, Jr., Petitioner, be changed to JaiTen J. Veritas.

(b) That such name shall not operate to authorize Petitioner to fraudulently deprive others of any legal rights under the law.

SO ORDERED, this 27th day of January, 2023.

*Harold A. Hinesley*
HAROLD A. HINESLEY
Chief Judge, Superior Court
Toombs Judicial Circuit

3