**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA - PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: Earl Collins 7:20-cv-43099-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER ON PLAINTIFF'S MOTION TO AMEND SHORT FORM**
**COMPLAINT OF EARL COLLINS**

ON THIS DAY, came on to be heard, the Motion to Amend Short Form Complaint of Plaintiff, Earl Collins, and finding that Defense Counsel is unopposed, the Court, is of the opinion that same should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff Earl Collins may file the Amended Short Form Complaint attached as Exhibit "B" to his Motion, that the Clerk of the Court is hereby Ordered to update the style of this case to reflect Plaintiff's legal name of JaiTen J. Veritas, and that MDL Centrality change all records to reflect Plaintiff's legal name of JaiTen J. Veritas.

Dated:  August 22, 2023

_____
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE