# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibits A and B | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **ORDER**

On August 4, 2023, the Court entered an order setting a deadline for counsel representing the plaintiffs listed on Exhibits A and B to confer with one another and move to dismiss the case that is deemed to be the duplicate case. *See* ECF No. 3786 (warning that plaintiffs failing to resolve their overlapping representation issues would result in the dismissal of the duplicate cases). Counsel representing the plaintiffs listed on Exhibits A and B were required to "confer with one another and move to dismiss the case that is deemed to be the duplicate case" by August 11, 2023. *Id* at 2. To date, Counsel for plaintiffs listed on Exhibit A complied,[1] however, the firms representing the plaintiffs listed on Exhibit B failed to heed the Court's warning.

---

[1] Defendant 3M Company's Master Answer, filed on October 31, 2019, is deemed adopted in every case pending in the MDL. *See* ECF Nos. 763 & 800. Plaintiff Wilcox failed to comply with Rule 41 by submitting a notice of voluntary dismissal rather than a motion to dismiss or stipulation of dismissal signed by all parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Wilcox v. 3M Co.*, 8:20-cv-04102, ECF No. 5 (N.D. Fla Aug. 7, 2023). However, the Court will construe the Plaintiff's notice as a motion to dismiss.

Accordingly, it is **ORDERED** that:

1. The motions identified on Exhibit A are **GRANTED**.

2. The plaintiffs' cases identified on Exhibit B are hereby **DISMISSED WITH PREJUDICE** for failure to comply with the Court's Order, ECF No. 3786.[2]

3. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets and close the cases in their entirety for all purposes.

**SO ORDERED**, on this 22nd day of August, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] The Court has dismissed the later filed case in an attempt to preserve the earliest filing date to eliminate potential Statute of Limitations issues.