**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number | ECF No. |
|---|---|---|---|---|---|
| 1. | 287016 | Buck, Joel | Carey Danis & Lowe | 7:21-cv-08664 | 8 |
| 2. | 387261 | Cooper, Lottie | Parafinczuk Wolf, P.A. | 3:23-cv-07682 | 5 |
| 3. | 359433 | Satcher, Fernandez | Heninger Garrison Davis, LLC | 3:22-cv-04596 | 5 |
| 4. | 5410 | Wilcox, Christopher | Lear Werts LLP | 8:20-cv-04102 | 5 |