**Exhibit B**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number | Active Docket Case Number | Case Filed Date |
|---|---|---|---|---|---|---|
| 1. | 223472 | Slater, Mark | Aylstock, Witkin, Kreis & Overholtz, | 8:20-cv-74117 | | 7/28/2020 |
| 2. | 311194 | Torres, Jorge | Bertram & Graf, L.L.C. | 7:21-cv-29058 | | 7/2/2021 |
| 3. | 253933 | White, Kimberly | Bertram & Graf, L.L.C. | 8:20-cv-87701 | | 8/27/2020 |
| 4. | 307166 | Jones, Daniel | Carey Danis & Lowe | 7:21-cv-26326 | | 6/16/2021 |
| 5. | 358601 | Clark, James | Clark, Love & Hutson PLLC | | 3:22-cv-03550 | 3/11/2022 |
| 6. | 352243 | Mitchell, Johnny | Environmental Litigation Group PC | | 3:21-cv-02440 | 11/15/2021 |
| 7. | 351643 | Stellmach, Benjamin | Environmental Litigation Group PC | | 3:21-cv-02823 | 11/19/2021 |
| 8. | 299784 | Cook, Nathaniel | Heninger Garrison Davis, LLC | 7:21-cv-40942 | | 8/18/2021 |
| 9. | 334158 | Hudson, Lucas | Keller Postman | 7:21-cv-53141 | | 9/19/2021 |
| 10. | 325502 | Jessee, Mark | Keller Postman | 7:21-cv-40450 | | 8/17/2021 |
| 11. | 310091 | Juarez, Daniel | Keller Postman | 7:21-cv-28464 | | 6/30/2021 |
| 12. | 309914 | Ziemba, Paul | Keller Postman | 7:21-cv-28287 | | 6/30/2021 |
| 13. | 365409 | Walker, Joshua | Monsour Law Firm | | 3:22-cv-09972 | 7/20/2022 |
| 14. | 243725 | Burrell, Tammy | Nabers Law Firm, PLLC | | 3:23-cv-14704 | 6/16/2023 |
| 15. | 243850 | Edwards, Paul | Nabers Law Firm, PLLC | | 8:20-cv-90953 | 9/10/2020 |
| 16. | 244131 | Livasy, Nicholas | Nabers Law Firm, PLLC | | 8:20-cv-89863 | 9/3/2020 |
| 17. | 318392 | Ravenell, Ronald | Nabers Law Firm, PLLC | | 3:23-cv-15084 | 6/19/2023 |
| 18. | 15699 | Chaney, James | Pulaski Law Firm, PLLC | | 3:23-cv-20515 | 7/24/2023 |
| 19. | 393417 | Villanueva, Antonio | Pulaski Law Firm, PLLC | | 3:23-cv-15621 | 6/21/2023 |
| 20. | 367751 | Fuller, Jason | Quinn Emanuel Urquhart & Sullivan | | 3:22-cv-11804 | 8/12/2022 |
| 21. | 367221 | Shearer, Robert | Quinn Emanuel Urquhart & Sullivan | | 3:22-cv-11371 | 8/11/2022 |
| 22. | 370988 | Wares, Scott | Quinn Emanuel Urquhart & Sullivan | | 3:22-cv-14665 | 8/14/2022 |

**Exhibit B**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number | Active Docket Case Number | Case Filed Date |
|---|---|---|---|---|---|---|
| 23. | 190607 | Kemner, Christopher | Schneider Hammers LLC | | 8:20-cv-28430 | 6/17/2020 |
| 24. | 404598 | Morris, Paul | Seeger Weiss LLP | | 3:23-cv-20402 | 7/24/2023 |
| 25. | 378794 | Mitchell, Mark | Shunnarah Injury Lawyers, PC | | 3:22-cv-24430 | 12/10/2022 |
| 26. | 307081 | Brown, Zachary | Smith, Gildea & Schmidt, LLC | | 3:22-cv-03712 | 3/14/2022 |
| 27. | 383390 | Miller, Kevin | The Kuykendall Group LLc | | 3:23-cv-13110 | 6/7/2023 |