## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 303787 | Campbell, Keith | Keller Postman | 3:22-cv-19535 |
| 2. | 396191 | Bell, Mitchell | Parafinczuk Wolf, P.A. | 3:23-cv-14089 |
| 3. | 397890 | Camp, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-16636 |
| 4. | 397939 | Kiyohara, Nicolas | Parafinczuk Wolf, P.A. | 3:23-cv-15505 |
| 5. | 388162 | Miller, Theresa | Parafinczuk Wolf, P.A. | 3:23-cv-08778 |
| 6. | 397884 | Russell, Travis | Parafinczuk Wolf, P.A. | 3:23-cv-16659 |
| 7. | 397871 | Wolters, Richard Carl | Parafinczuk Wolf, P.A. | 3:23-cv-16666 |
| 8. | 397889 | Zielinski, Jacob | Parafinczuk Wolf, P.A. | 3:23-cv-16667 |
| 9. | 266562 | Martinez, Desiree | Pulaski Law Firm, PLLC | 3:23-cv-18062 |
| 10. | 389716 | Lenfesty, Robert | Tracey & Fox Law Firm | 3:23-cv-12296 |
| 11. | 389715 | Soule, Kenneth John | Tracey & Fox Law Firm | 3:23-cv-12177 |