UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br>All Cases | Case No. 3:19-md-2885-MCR-GRC<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Molly C. Long of the law firm of Schneider Hammers LLC hereby enters her appearance as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4). Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon her at the address listed below. Counsel represents she is attorney of record in several actions pending in this litigation, including 3:23-cv-22504-MCR-HTC POOLE v. 3M COMPANY et al.

Dated: August 24, 2023

Respectfully submitted,

*/s/ Molly C. Long*
Molly C. Long
SCHNEIDER HAMMERS LLC
5555 Glenridge Connector, Suite 975
Atlanta, GA 30342
Telephone: (770) 900-9000
Facsimile: (404) 600-2626
molly@schneiderhammers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                        */s/ Molly C. Long*
                                        Molly C. Long