## Exhibit A

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|-----|--------------|----------------|---------------|---------------------------|
| 1.  | 396193 | Edwards, Andrew | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-14104 |
| 2.  | 394437 | Newton, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-12555 |
| 3.  | 388168 | Pertuit, Byron | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-08519 |
| 4.  | 388176 | Sanchez, Michael | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-08779 |
| 5.  | 390187 | Santos, Celso | Aylstock, Witkin, Kreis & Overholtz, PLLC | 3:23-cv-11561 |
| 6.  | 403252 | Atwell, Shakir Lee | Ben Martin Law Group | 3:23-cv-21432 |
| 7.  | 396395 | Bean, Justin Roy | Ben Martin Law Group | 3:23-cv-18939 |
| 8.  | 384294 | Black, Aaron Edward | Ben Martin Law Group | 3:23-cv-18942 |
| 9.  | 403255 | Christiansen, Jeremy Llyod | Ben Martin Law Group | 3:23-cv-21501 |
| 10. | 403334 | Fickeni, Mcteer Thomas | Ben Martin Law Group | 3:23-cv-21417 |
| 11. | 403259 | Gieraltowski, Michael John | Ben Martin Law Group | 3:23-cv-21591 |
| 12. | 403265 | Harley, Anthony Terrell | Ben Martin Law Group | 3:23-cv-20884 |
| 13. | 403268 | Heaton, Christopher Richard | Ben Martin Law Group | 3:23-cv-21588 |
| 14. | 403273 | Hogsed, Michael Evan | Ben Martin Law Group | 3:23-cv-20890 |
| 15. | 403275 | Hoover, David Weston | Ben Martin Law Group | 3:23-cv-20894 |
| 16. | 403294 | Joyner, Bradley Wayne | Ben Martin Law Group | 3:23-cv-20904 |
| 17. | 403299 | Kiefer, Christopher Jason | Ben Martin Law Group | 3:23-cv-20908 |
| 18. | 403301 | King, Kelvin Lee | Ben Martin Law Group | 3:23-cv-21586 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 19. | 403302 | King, Seville Randolph | Ben Martin Law Group | 3:23-cv-20910 |
| 20. | 403303 | Kinley, Kasey Max | Ben Martin Law Group | 3:23-cv-21584 |
| 21. | 403306 | Kopp, Caleb Stephen | Ben Martin Law Group | 3:23-cv-21562 |
| 22. | 403316 | Luke, Donald Lee | Ben Martin Law Group | 3:23-cv-20917 |
| 23. | 403326 | May, Caleb Lee | Ben Martin Law Group | 3:23-cv-21582 |
| 24. | 403327 | May, Sarah Jean | Ben Martin Law Group | 3:23-cv-21575 |
| 25. | 388330 | Newton, Dustin Wayne | Ben Martin Law Group | 3:23-cv-10847 |
| 26. | 403366 | Ortuno, Isaac | Ben Martin Law Group | 3:23-cv-21009 |
| 27. | 403368 | Padilla, Gabriel | Ben Martin Law Group | 3:23-cv-21519 |
| 28. | 403376 | Pugel, Timothy Richard | Ben Martin Law Group | 3:23-cv-21013 |
| 29. | 403382 | Ralston, Ashley Marie | Ben Martin Law Group | 3:23-cv-21025 |
| 30. | 403396 | Rolland, Rees Alan | Ben Martin Law Group | 3:23-cv-21047 |
| 31. | 403404 | Schimmel, Matthew David | Ben Martin Law Group | 3:23-cv-21570 |
| 32. | 403421 | Smith, Terrance Timothy | Ben Martin Law Group | 3:23-cv-21058 |
| 33. | 403433 | Taylor, Channing V | Ben Martin Law Group | 3:23-cv-21060 |
| 34. | 403438 | Tillman, Melissa Latoya | Ben Martin Law Group | 3:23-cv-21066 |
| 35. | 403447 | Wanket, Davis Andrew | Ben Martin Law Group | 3:23-cv-21075 |
| 36. | 403452 | White, Samuel Raymond | Ben Martin Law Group | 3:23-cv-21076 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 37. | 392927 | Cannell, Evan J | Charles E. Boyk Law Offices, LLC | 3:23-cv-21429 |
| 38. | 396582 | Andrew, Tarik Novak Omar | Cory Watson | 3:23-cv-16246 |
| 39. | 404930 | Basaldua, Nicholas Marguerit | Cory Watson | 3:23-cv-21476 |
| 40. | 404884 | Bonilla, Luis Dejesus | Cory Watson | 3:23-cv-21467 |
| 41. | 393040 | Gay, Ronald Barrymore | Cory Watson | 3:23-cv-12849 |
| 42. | 381477 | Goodman, Benjamin M | Cory Watson | 3:23-cv-12239 |
| 43. | 396532 | Haas, William Michael | Cory Watson | 3:23-cv-15933 |
| 44. | 389018 | Kirsch, Henry | Cory Watson | 3:23-cv-09978 |
| 45. | 404866 | Leatham, Kervin | Cory Watson | 3:23-cv-21458 |
| 46. | 404054 | Leffingwell, Kevin Michael | Cory Watson | 3:23-cv-19748 |
| 47. | 381029 | Leggans, Donald Andrew | Cory Watson | 3:23-cv-14667 |
| 48. | 404876 | Lucas, Matthew Gregory | Cory Watson | 3:23-cv-21466 |
| 49. | 388613 | Marchand, Brett William | Cory Watson | 3:23-cv-09432 |
| 50. | 381353 | Mathers, Justin Douglas | Cory Watson | 3:23-cv-14743 |
| 51. | 396516 | Music, Anthony Eugene | Cory Watson | 3:23-cv-15655 |
| 52. | 404882 | Nunn, Adonis Tyrees | Cory Watson | 3:23-cv-21464 |
| 53. | 404893 | Reynolds, Brian Hendrix | Cory Watson | 3:23-cv-21460 |
| 54. | 381499 | Robinson, John Christopher | Cory Watson | 3:23-cv-16434 |

## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 55. | 381564 | Rodriguez, Jonathan | Cory Watson | 3:23-cv-15278 |
| 56. | 398004 | Sanderlin, Sean Michael | Cory Watson | 3:23-cv-18262 |
| 57. | 380557 | Simmons, Gaspar | Cory Watson | 3:23-cv-15297 |
| 58. | 389019 | Swan, Nicholas | Cory Watson | 3:23-cv-09977 |
| 59. | 384219 | Wasson, Brian Keith | Cory Watson | 3:23-cv-12928 |
| 60. | 381098 | Zeigler, Barbara Lilibeth | Cory Watson | 3:23-cv-10892 |
| 61. | 404899 | Zeller, Constance Rene | Cory Watson | 3:23-cv-21462 |
| 62. | 392845 | Harris, Michael | Heninger Garrison Davis, LLC | 3:23-cv-19378 |
| 63. | 392846 | Hayden, Jamohn | Heninger Garrison Davis, LLC | 3:23-cv-19391 |
| 64. | 392879 | Ruesch, Christopher J | Heninger Garrison Davis, LLC | 3:23-cv-19383 |
| 65. | 392884 | Stillman, Wendy Mariko | Heninger Garrison Davis, LLC | 3:23-cv-19351 |
| 66. | 392886 | Winkle, Michael Roger | Heninger Garrison Davis, LLC | 3:23-cv-19340 |
| 67. | 261899 | Olimpo, Alexander Homeres | Keller Postman | 3:23-cv-21447 |
| 68. | 403769 | Kozlowski, Joel | Kirkendall Dwyer LLP | 3:23-cv-19318 |
| 69. | 403847 | Aleshire, Brian | Laminack Pirtle & Martines | 3:23-cv-20742 |
| 70. | 379569 | Brewster, James Lee | Law Offices of Donald G. Norris, A Law | 3:23-cv-21112 |
| 71. | 404698 | Rohm, Kevin | Lockridge Grindal Nauen | 3:23-cv-21129 |
| 72. | 404699 | Saulsbury, Ricardo | Lockridge Grindal Nauen | 3:23-cv-21132 |

## Exhibit A

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 73. | 404810 | Bonner, Johnny | MILBERG COLEMAN BRYSON PHILLIPS | 3:23-cv-21292 |
| 74. | 398031 | Mack, Ronald | MILBERG COLEMAN BRYSON PHILLIPS | 3:23-cv-17126 |
| 75. | 387555 | Augustus, Aaron | Morris Bart, LLC | 3:23-cv-15992 |
| 76. | 387488 | Causey, Jason | Morris Bart, LLC | 3:23-cv-15988 |
| 77. | 387631 | Humphrey, Sylvester | Morris Bart, LLC | 3:23-cv-15997 |
| 78. | 51337 | Lee, Terrell Elliott | Mostyn Law | 3:23-cv-20733 |
| 79. | 404206 | Ditmore, Tinothy | Napoli Shkolnik PLLC | 3:23-cv-20467 |
| 80. | 404213 | Sauceman, Columbus | Napoli Shkolnik PLLC | 3:23-cv-20485 |
| 81. | 404491 | Abbey, Cecilia | Parafinczuk Wolf, P.A. | 3:23-cv-20005 |
| 82. | 404510 | Acosta Gonzales, David | Parafinczuk Wolf, P.A. | 3:23-cv-19470 |
| 83. | 216530 | Aleman, Daniel | Parafinczuk Wolf, P.A. | 3:23-cv-19826 |
| 84. | 394475 | Armer, Jim | Parafinczuk Wolf, P.A. | 3:23-cv-13025 |
| 85. | 389428 | Bailey, Mardi L | Parafinczuk Wolf, P.A. | 3:23-cv-09804 |
| 86. | 396138 | Bernard, Kim | Parafinczuk Wolf, P.A. | 3:23-cv-13044 |
| 87. | 393630 | Black, William | Parafinczuk Wolf, P.A. | 3:23-cv-12425 |
| 88. | 388521 | Blackburn, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-09270 |
| 89. | 397954 | Blackmon, Marcus | Parafinczuk Wolf, P.A. | 3:23-cv-16635 |
| 90. | 393716 | Bogan, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-12246 |

## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 91. | 397948 | Bouie, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-15454 |
| 92. | 396093 | Bravo, Miguel | Parafinczuk Wolf, P.A. | 3:23-cv-12844 |
| 93. | 389076 | Bray, Gregory | Parafinczuk Wolf, P.A. | 3:23-cv-08807 |
| 94. | 404493 | Brent, Lindemann | Parafinczuk Wolf, P.A. | 3:23-cv-19564 |
| 95. | 389460 | Breuer, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-09883 |
| 96. | 393061 | Brown, Brian | Parafinczuk Wolf, P.A. | 3:23-cv-11706 |
| 97. | 404221 | Brown, Jimmy | Parafinczuk Wolf, P.A. | 3:23-cv-19832 |
| 98. | 396152 | Brown, Kevin | Parafinczuk Wolf, P.A. | 3:23-cv-13263 |
| 99. | 397845 | Brown, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-13454 |
| 100. | 404508 | Cain, John | Parafinczuk Wolf, P.A. | 3:23-cv-19476 |
| 101. | 397911 | Cairnes, Thomas | Parafinczuk Wolf, P.A. | 3:23-cv-16154 |
| 102. | 393033 | Calhoun, Cedric | Parafinczuk Wolf, P.A. | 3:23-cv-12324 |
| 103. | 393051 | Callison, Tonya | Parafinczuk Wolf, P.A. | 3:23-cv-11719 |
| 104. | 393636 | Campos, Carlos | Parafinczuk Wolf, P.A. | 3:23-cv-12326 |
| 105. | 394462 | Carter, Raymond | Parafinczuk Wolf, P.A. | 3:23-cv-12832 |
| 106. | 393723 | Casteel, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-12250 |
| 107. | 389529 | Castillo, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-09805 |
| 108. | 397855 | Cave, Ellery | Parafinczuk Wolf, P.A. | 3:23-cv-16510 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 109. | 396095 | Cerda, Nicolas | Parafinczuk Wolf, P.A. | 3:23-cv-12859 |
| 110. | 404483 | Chain, Joseph A | Parafinczuk Wolf, P.A. | 3:23-cv-20076 |
| 111. | 404231 | Cisneros, Jorge | Parafinczuk Wolf, P.A. | 3:23-cv-19844 |
| 112. | 393639 | Cissell, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-11141 |
| 113. | 389427 | Colby, William | Parafinczuk Wolf, P.A. | 3:23-cv-09825 |
| 114. | 388119 | Cookson, Jacob | Parafinczuk Wolf, P.A. | 3:23-cv-08745 |
| 115. | 397899 | Correa, Manuel | Parafinczuk Wolf, P.A. | 3:23-cv-16639 |
| 116. | 389483 | Couch, Shawn | Parafinczuk Wolf, P.A. | 3:23-cv-09922 |
| 117. | 404487 | Cowart, James | Parafinczuk Wolf, P.A. | 3:23-cv-20035 |
| 118. | 396141 | Crawford, Hope | Parafinczuk Wolf, P.A. | 3:23-cv-13054 |
| 119. | 397928 | Crayton, Aaron | Parafinczuk Wolf, P.A. | 3:23-cv-15808 |
| 120. | 397912 | Crespo, John | Parafinczuk Wolf, P.A. | 3:23-cv-15817 |
| 121. | 396081 | Cruz, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12565 |
| 122. | 393034 | Dahl, Benjamin | Parafinczuk Wolf, P.A. | 3:23-cv-12333 |
| 123. | 394514 | Daugherty, Blake | Parafinczuk Wolf, P.A. | 3:23-cv-13072 |
| 124. | 404197 | De La O, James | Parafinczuk Wolf, P.A. | 3:23-cv-19565 |
| 125. | 389473 | Deal, Robert E | Parafinczuk Wolf, P.A. | 3:23-cv-09914 |
| 126. | 394515 | Delifus, David | Parafinczuk Wolf, P.A. | 3:23-cv-13073 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 127. | 397874 | Dipko, Jacqulyn | Parafinczuk Wolf, P.A. | 3:23-cv-16641 |
| 128. | 394469 | Dorris, Carl | Parafinczuk Wolf, P.A. | 3:23-cv-12914 |
| 129. | 394527 | Douthit, Eliot | Parafinczuk Wolf, P.A. | 3:23-cv-12833 |
| 130. | 393726 | Drevecky, Chris | Parafinczuk Wolf, P.A. | 3:23-cv-12251 |
| 131. | 389423 | Driver, Daniel | Parafinczuk Wolf, P.A. | 3:23-cv-09827 |
| 132. | 404257 | Duggan, David | Parafinczuk Wolf, P.A. | 3:23-cv-20111 |
| 133. | 404488 | Dunn, Wynton | Parafinczuk Wolf, P.A. | 3:23-cv-20027 |
| 134. | 397957 | Dyer, Ashley | Parafinczuk Wolf, P.A. | 3:23-cv-15827 |
| 135. | 389484 | Easley, Gary | Parafinczuk Wolf, P.A. | 3:23-cv-09923 |
| 136. | 404205 | Eastwood, Clinton | Parafinczuk Wolf, P.A. | 3:23-cv-19570 |
| 137. | 393035 | Eberle, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-12334 |
| 138. | 389410 | Echevarria, Manuel | Parafinczuk Wolf, P.A. | 3:23-cv-09324 |
| 139. | 396099 | Eissler, Larry | Parafinczuk Wolf, P.A. | 3:23-cv-12870 |
| 140. | 389491 | Evans, Fredrick | Parafinczuk Wolf, P.A. | 3:23-cv-09924 |
| 141. | 404489 | Eveland, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-20014 |
| 142. | 394480 | Fireshaker, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-13030 |
| 143. | 394419 | Flores, Armando | Parafinczuk Wolf, P.A. | 3:23-cv-12381 |
| 144. | 393082 | Flowers, Rontenez | Parafinczuk Wolf, P.A. | 3:23-cv-11247 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 145. | 404227 | Fogle, Krashawn | Parafinczuk Wolf, P.A. | 3:23-cv-19953 |
| 146. | 394433 | Foreshee, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12541 |
| 147. | 394516 | Fox, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-13074 |
| 148. | 393640 | France, Lorenzo | Parafinczuk Wolf, P.A. | 3:23-cv-11254 |
| 149. | 389485 | Gaither, Aubrey | Parafinczuk Wolf, P.A. | 3:23-cv-09931 |
| 150. | 389438 | Garcia, Albert | Parafinczuk Wolf, P.A. | 3:23-cv-09407 |
| 151. | 397930 | Garcia, Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-15464 |
| 152. | 397938 | Garrick, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-15489 |
| 153. | 396102 | Gates, Deshonna | Parafinczuk Wolf, P.A. | 3:23-cv-12878 |
| 154. | 394442 | Gaudet, Ross | Parafinczuk Wolf, P.A. | 3:23-cv-12572 |
| 155. | 396142 | Gentry, Bobby | Parafinczuk Wolf, P.A. | 3:23-cv-13056 |
| 156. | 396082 | Gidden, Shaun G | Parafinczuk Wolf, P.A. | 3:23-cv-12567 |
| 157. | 396083 | Gilder, Michael G | Parafinczuk Wolf, P.A. | 3:23-cv-12575 |
| 158. | 396143 | Gill, Desirae | Parafinczuk Wolf, P.A. | 3:23-cv-13095 |
| 159. | 404520 | Girley, Ryan | Parafinczuk Wolf, P.A. | 3:23-cv-19656 |
| 160. | 389422 | Godinez, Juan | Parafinczuk Wolf, P.A. | 3:23-cv-09329 |
| 161. | 394421 | Gray, Natasha | Parafinczuk Wolf, P.A. | 3:23-cv-12420 |
| 162. | 397904 | Grifaldo, Margoritto | Parafinczuk Wolf, P.A. | 3:23-cv-16188 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 163. | 393000 | Grissom, Bronnie | Parafinczuk Wolf, P.A. | 3:23-cv-12338 |
| 164. | 396103 | Gurney, Joseph | Parafinczuk Wolf, P.A. | 3:23-cv-12881 |
| 165. | 404222 | Hambly, James | Parafinczuk Wolf, P.A. | 3:23-cv-19955 |
| 166. | 389439 | Hammer, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-09517 |
| 167. | 393006 | Hardy, Vince | Parafinczuk Wolf, P.A. | 3:23-cv-12339 |
| 168. | 389499 | Harkcom, Steven J | Parafinczuk Wolf, P.A. | 3:23-cv-09830 |
| 169. | 389521 | Hassan, Jackson | Parafinczuk Wolf, P.A. | 3:23-cv-09391 |
| 170. | 393052 | Holweger, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-11745 |
| 171. | 396155 | Hood, Joseph | Parafinczuk Wolf, P.A. | 3:23-cv-13418 |
| 172. | 396084 | Horne, Rashard | Parafinczuk Wolf, P.A. | 3:23-cv-12577 |
| 173. | 393077 | Horton, Brentley | Parafinczuk Wolf, P.A. | 3:23-cv-11261 |
| 174. | 389440 | Howard, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-09518 |
| 175. | 393017 | Huff, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12341 |
| 176. | 392920 | Huggins, William | Parafinczuk Wolf, P.A. | 3:23-cv-12432 |
| 177. | 394453 | Iiii, Hurdis | Parafinczuk Wolf, P.A. | 3:23-cv-12806 |
| 178. | 396105 | Jackson, Daron J | Parafinczuk Wolf, P.A. | 3:23-cv-12887 |
| 179. | 397876 | Jaff, Anis Jabar | Parafinczuk Wolf, P.A. | 3:23-cv-16647 |
| 180. | 404243 | James, Jacob | Parafinczuk Wolf, P.A. | 3:23-cv-20387 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 181. | 396156 | Jenkins, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-13421 |
| 182. | 393708 | Johnson, Steven | Parafinczuk Wolf, P.A. | 3:23-cv-10254 |
| 183. | 396218 | Jone, Kelly | Parafinczuk Wolf, P.A. | 3:23-cv-14131 |
| 184. | 404497 | Jones, Barry | Parafinczuk Wolf, P.A. | 3:23-cv-19540 |
| 185. | 394521 | Jones, Pernell | Parafinczuk Wolf, P.A. | 3:23-cv-13081 |
| 186. | 392914 | Jones, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12433 |
| 187. | 397917 | Jones, Ula | Parafinczuk Wolf, P.A. | 3:23-cv-15878 |
| 188. | 394454 | Joseph, Wanisha | Parafinczuk Wolf, P.A. | 3:23-cv-12809 |
| 189. | 392906 | Kaufold, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-12467 |
| 190. | 396186 | Kerr, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-13434 |
| 191. | 396108 | Kingston, John | Parafinczuk Wolf, P.A. | 3:23-cv-12896 |
| 192. | 397837 | Kinnard, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-13378 |
| 193. | 396091 | Kirk, Lloyd | Parafinczuk Wolf, P.A. | 3:23-cv-12580 |
| 194. | 397836 | Klapp, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-13162 |
| 195. | 394443 | Knot, Scott | Parafinczuk Wolf, P.A. | 3:23-cv-12574 |
| 196. | 394422 | Knox, Ronald | Parafinczuk Wolf, P.A. | 3:23-cv-12519 |
| 197. | 396158 | Larson, Gary | Parafinczuk Wolf, P.A. | 3:23-cv-13995 |
| 198. | 396109 | Leslie, Cord | Parafinczuk Wolf, P.A. | 3:23-cv-12898 |

**Exhibit A**

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|-----|--------------|----------------|---------------|---------------------------|
| 199. | 389522 | Lewis, Cody | Parafinczuk Wolf, P.A. | 3:23-cv-09410 |
| 200. | 393046 | Lloyd, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-11747 |
| 201. | 394471 | Lollar, Cody | Parafinczuk Wolf, P.A. | 3:23-cv-12918 |
| 202. | 397879 | Maddox, Ervin | Parafinczuk Wolf, P.A. | 3:23-cv-16653 |
| 203. | 397953 | Malacara, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-16656 |
| 204. | 393036 | Mas, Cesar | Parafinczuk Wolf, P.A. | 3:23-cv-11755 |
| 205. | 396144 | Mason, Darin | Parafinczuk Wolf, P.A. | 3:23-cv-13099 |
| 206. | 404209 | Mason, Douglas | Parafinczuk Wolf, P.A. | 3:23-cv-19660 |
| 207. | 396225 | Mayengo, Joseph K | Parafinczuk Wolf, P.A. | 3:23-cv-06520 |
| 208. | 389500 | Mcclease, Macon | Parafinczuk Wolf, P.A. | 3:23-cv-09833 |
| 209. | 394510 | Merrifield, Marlando | Parafinczuk Wolf, P.A. | 3:23-cv-13045 |
| 210. | 396045 | Messer, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-12581 |
| 211. | 397940 | Miranda-Rosado, Isreal | Parafinczuk Wolf, P.A. | 3:23-cv-15515 |
| 212. | 396111 | Momoh, Miesha | Parafinczuk Wolf, P.A. | 3:23-cv-12900 |
| 213. | 394539 | Moody, James | Parafinczuk Wolf, P.A. | 3:23-cv-13048 |
| 214. | 404512 | Moore, Cornelius | Parafinczuk Wolf, P.A. | 3:23-cv-19145 |
| 215. | 404513 | Moore, Jesse | Parafinczuk Wolf, P.A. | 3:23-cv-19133 |
| 216. | 397906 | Moore, Linda | Parafinczuk Wolf, P.A. | 3:23-cv-16206 |

## Exhibit A

|     | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|-----|------|-----------------------------|---------------------|------------------|
| 217. | 404247 | Morel, Michael Gregory | Parafinczuk Wolf, P.A. | 3:23-cv-20202 |
| 218. | 404499 | Morfin, Urban | Parafinczuk Wolf, P.A. | 3:23-cv-19510 |
| 219. | 393735 | Morgan, Terrance | Parafinczuk Wolf, P.A. | 3:23-cv-12268 |
| 220. | 404495 | Moynihan, Sean | Parafinczuk Wolf, P.A. | 3:23-cv-19548 |
| 221. | 404496 | Mumbata, Ngbandu D | Parafinczuk Wolf, P.A. | 3:23-cv-19544 |
| 222. | 389479 | Murphy, Robert James | Parafinczuk Wolf, P.A. | 3:23-cv-10054 |
| 223. | 393631 | Myers, Jonathon | Parafinczuk Wolf, P.A. | 3:23-cv-12438 |
| 224. | 404521 | Nations, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-19713 |
| 225. | 393039 | Nelson, Katherina | Parafinczuk Wolf, P.A. | 3:23-cv-11760 |
| 226. | 396222 | Nnamani, Franklin | Parafinczuk Wolf, P.A. | 3:23-cv-14156 |
| 227. | 389495 | Ogletree, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-09839 |
| 228. | 389496 | Olden, Leonard | Parafinczuk Wolf, P.A. | 3:23-cv-09840 |
| 229. | 396049 | Ollendick, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-12595 |
| 230. | 404492 | Onezine, Quinton | Parafinczuk Wolf, P.A. | 3:23-cv-19576 |
| 231. | 397956 | Ortega, Jorge | Parafinczuk Wolf, P.A. | 3:23-cv-16226 |
| 232. | 394434 | Ortiz, Jose | Parafinczuk Wolf, P.A. | 3:23-cv-12544 |
| 233. | 388523 | Ott, Mark | Parafinczuk Wolf, P.A. | 3:23-cv-09275 |
| 234. | 394511 | Palmisano, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-13052 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 235. | 396145 | Palomino, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-13102 |
| 236. | 393712 | Parker, Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-12241 |
| 237. | 393055 | Parker, James | Parafinczuk Wolf, P.A. | 3:23-cv-11761 |
| 238. | 394464 | Patterson, Chaz | Parafinczuk Wolf, P.A. | 3:23-cv-12839 |
| 239. | 389435 | Patterson, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-09398 |
| 240. | 394435 | Payne, Clifford | Parafinczuk Wolf, P.A. | 3:23-cv-12548 |
| 241. | 397838 | Pearson, Darrius | Parafinczuk Wolf, P.A. | 3:23-cv-13394 |
| 242. | 396113 | Penrod, Kylann | Parafinczuk Wolf, P.A. | 3:23-cv-12903 |
| 243. | 396115 | Perez, Edward | Parafinczuk Wolf, P.A. | 3:23-cv-12908 |
| 244. | 396117 | Perez, Randel | Parafinczuk Wolf, P.A. | 3:23-cv-12913 |
| 245. | 397883 | Peterson, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-16658 |
| 246. | 396194 | Peterson, Ricardo | Parafinczuk Wolf, P.A. | 3:23-cv-14175 |
| 247. | 404251 | Pieters, Laurens Frits | Parafinczuk Wolf, P.A. | 3:23-cv-20164 |
| 248. | 394438 | Pinder, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-12558 |
| 249. | 396187 | Plascjak, William | Parafinczuk Wolf, P.A. | 3:23-cv-14012 |
| 250. | 393042 | Plaugher, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-11764 |
| 251. | 397839 | Policarpio, Lorenz | Parafinczuk Wolf, P.A. | 3:23-cv-13399 |
| 252. | 389447 | Pollard, Marcus | Parafinczuk Wolf, P.A. | 3:23-cv-09524 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 253. | 396188 | Pulver, Edward | Parafinczuk Wolf, P.A. | 3:23-cv-14018 |
| 254. | 394465 | Purdy, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12845 |
| 255. | 394537 | Quiorz, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-12922 |
| 256. | 393026 | Rabara, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-12351 |
| 257. | 397942 | Rafferty, Sage | Parafinczuk Wolf, P.A. | 3:23-cv-15521 |
| 258. | 394524 | Raimer, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12578 |
| 259. | 396146 | Ramos, Gene | Parafinczuk Wolf, P.A. | 3:23-cv-13105 |
| 260. | 393638 | Reid, Ricky | Parafinczuk Wolf, P.A. | 3:23-cv-11765 |
| 261. | 388524 | Reyes, James | Parafinczuk Wolf, P.A. | 3:23-cv-09277 |
| 262. | 396195 | Richardson, Damian | Parafinczuk Wolf, P.A. | 3:23-cv-14176 |
| 263. | 396223 | Riddick, Stephen | Parafinczuk Wolf, P.A. | 3:23-cv-14177 |
| 264. | 397811 | Riggs, Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-12474 |
| 265. | 394425 | Rihel, Cory | Parafinczuk Wolf, P.A. | 3:23-cv-12529 |
| 266. | 404230 | Ritter, Timothy | Parafinczuk Wolf, P.A. | 3:23-cv-19963 |
| 267. | 393071 | Rizer, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-11475 |
| 268. | 404482 | Robb, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-20085 |
| 269. | 394529 | Robinson, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-12861 |
| 270. | 393641 | Robinson, Ryan | Parafinczuk Wolf, P.A. | 3:23-cv-11427 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 271. | 404502 | Rodgers, Jason C | Parafinczuk Wolf, P.A. | 3:23-cv-19499 |
| 272. | 404504 | Rodriguez Bell, Rebecca | Parafinczuk Wolf, P.A. | 3:23-cv-19493 |
| 273. | 389524 | Rodriguez, Marcel | Parafinczuk Wolf, P.A. | 3:23-cv-09868 |
| 274. | 404506 | Ross, Matthew | Parafinczuk Wolf, P.A. | 3:23-cv-19483 |
| 275. | 394426 | Ross, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-12533 |
| 276. | 393634 | Rugley, Jason | Parafinczuk Wolf, P.A. | 3:23-cv-12357 |
| 277. | 397842 | Sanchez, Carlos | Parafinczuk Wolf, P.A. | 3:23-cv-13422 |
| 278. | 396120 | Sanchez, Paul | Parafinczuk Wolf, P.A. | 3:23-cv-13059 |
| 279. | 396087 | Santana, Jose | Parafinczuk Wolf, P.A. | 3:23-cv-12597 |
| 280. | 404486 | Schwartz, Brent | Parafinczuk Wolf, P.A. | 3:23-cv-20040 |
| 281. | 396148 | Secrest, Daniel | Parafinczuk Wolf, P.A. | 3:23-cv-13279 |
| 282. | 404517 | Shafer, Zachary | Parafinczuk Wolf, P.A. | 3:23-cv-19664 |
| 283. | 397886 | Shepard, Brittany | Parafinczuk Wolf, P.A. | 3:23-cv-16660 |
| 284. | 404192 | Shropshire, Darius | Parafinczuk Wolf, P.A. | 3:23-cv-19665 |
| 285. | 394416 | Simmons, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-12361 |
| 286. | 404220 | Singleton, Antonio | Parafinczuk Wolf, P.A. | 3:23-cv-19965 |
| 287. | 394473 | Skaggs, Gary | Parafinczuk Wolf, P.A. | 3:23-cv-12929 |
| 288. | 404248 | Skop, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-20194 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 289. | 393050 | Smock, Vanessa | Parafinczuk Wolf, P.A. | 3:23-cv-11766 |
| 290. | 396088 | Souvanh, Dendy | Parafinczuk Wolf, P.A. | 3:23-cv-12598 |
| 291. | 404225 | Spear, Daniel Scott | Parafinczuk Wolf, P.A. | 3:23-cv-19966 |
| 292. | 404515 | Spurlock, John Michael | Parafinczuk Wolf, P.A. | 3:23-cv-19084 |
| 293. | 388526 | Starling, Billy | Parafinczuk Wolf, P.A. | 3:23-cv-09280 |
| 294. | 404196 | Sterling-Jones, Loniel | Parafinczuk Wolf, P.A. | 3:23-cv-19667 |
| 295. | 394444 | Steward, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-12799 |
| 296. | 397944 | Stinebaugh, Loren | Parafinczuk Wolf, P.A. | 3:23-cv-15530 |
| 297. | 392996 | Street, Edward | Parafinczuk Wolf, P.A. | 3:23-cv-12457 |
| 298. | 397984 | Suazo, Freddy | Parafinczuk Wolf, P.A. | 3:23-cv-13068 |
| 299. | 404507 | Sutton, Danny R | Parafinczuk Wolf, P.A. | 3:23-cv-19479 |
| 300. | 392911 | Syphus, Steven | Parafinczuk Wolf, P.A. | 3:23-cv-12458 |
| 301. | 404490 | Tabares, Brandon | Parafinczuk Wolf, P.A. | 3:23-cv-20008 |
| 302. | 404219 | Tappe, Ian | Parafinczuk Wolf, P.A. | 3:23-cv-19668 |
| 303. | 404240 | Taylor, Donald | Parafinczuk Wolf, P.A. | 3:23-cv-20395 |
| 304. | 396050 | Taylor, Jeremiah | Parafinczuk Wolf, P.A. | 3:23-cv-12599 |
| 305. | 404518 | Taylor, Robert J | Parafinczuk Wolf, P.A. | 3:23-cv-19671 |
| 306. | 389469 | Taylor, Tashon | Parafinczuk Wolf, P.A. | 3:23-cv-09900 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 307. | 404241 | Tewksbury, Kenneth | Parafinczuk Wolf, P.A. | 3:23-cv-20388 |
| 308. | 397945 | Thomas, Clint | Parafinczuk Wolf, P.A. | 3:23-cv-15534 |
| 309. | 394540 | Tigler, Metia | Parafinczuk Wolf, P.A. | 3:23-cv-13060 |
| 310. | 404245 | Trainer, Blake | Parafinczuk Wolf, P.A. | 3:23-cv-20378 |
| 311. | 396089 | Tuifagu, Andy | Parafinczuk Wolf, P.A. | 3:23-cv-12601 |
| 312. | 404255 | Turner, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-20140 |
| 313. | 404256 | Turner, Kisha | Parafinczuk Wolf, P.A. | 3:23-cv-20134 |
| 314. | 396137 | Wadsworth, Thomas | Parafinczuk Wolf, P.A. | 3:23-cv-13071 |
| 315. | 404223 | Ward, Chris | Parafinczuk Wolf, P.A. | 3:23-cv-19971 |
| 316. | 397844 | Waters, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-13446 |
| 317. | 394522 | Westbrook, David | Parafinczuk Wolf, P.A. | 3:23-cv-12551 |
| 318. | 394436 | Westfall, Kyle A | Parafinczuk Wolf, P.A. | 3:23-cv-12553 |
| 319. | 404233 | Westrup, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-19973 |
| 320. | 396149 | White, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-13282 |
| 321. | 393622 | Wilkinson, James | Parafinczuk Wolf, P.A. | 3:23-cv-10922 |
| 322. | 393084 | Willard, Mark Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-11470 |
| 323. | 404200 | William, Granger | Parafinczuk Wolf, P.A. | 3:23-cv-19657 |
| 324. | 404232 | Williams, Joshua | Parafinczuk Wolf, P.A. | 3:23-cv-19974 |

**Exhibit A**

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 325. | 389402 | Williams, Rockford | Parafinczuk Wolf, P.A. | 3:23-cv-09323 |
| 326. | 396150 | Wise, Shane | Parafinczuk Wolf, P.A. | 3:23-cv-13283 |
| 327. | 396090 | Wysingle, Patrick | Parafinczuk Wolf, P.A. | 3:23-cv-12603 |
| 328. | 393032 | Yakle, Josh | Parafinczuk Wolf, P.A. | 3:23-cv-12360 |
| 329. | 396053 | Yearing, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-12604 |
| 330. | 404484 | Youdell, Thomas | Parafinczuk Wolf, P.A. | 3:23-cv-20064 |
| 331. | 394474 | Yzaguirre, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-12932 |
| 332. | 393058 | Zepp, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-11769 |
| 333. | 396197 | Zlamal, Daniel | Parafinczuk Wolf, P.A. | 3:23-cv-14180 |
| 334. | 404534 | Collins, Jon | Price Armstrong | 3:23-cv-20998 |
| 335. | 404032 | Woolard, Joshua | Price Armstrong | 3:23-cv-20993 |
| 336. | 396009 | Ball, Travis | Pulaski Law Firm, PLLC | 3:23-cv-18394 |
| 337. | 396006 | Bergman, Justin | Pulaski Law Firm, PLLC | 3:23-cv-18391 |
| 338. | 396005 | Caldwell, Joshua | Pulaski Law Firm, PLLC | 3:23-cv-18388 |
| 339. | 395999 | Camarano, Jesse | Pulaski Law Firm, PLLC | 3:23-cv-18307 |
| 340. | 396644 | Cassetty, Robert | Pulaski Law Firm, PLLC | 3:23-cv-19624 |
| 341. | 395029 | Chitty, Tony | Pulaski Law Firm, PLLC | 3:23-cv-17394 |
| 342. | 391083 | Coke, Don | Pulaski Law Firm, PLLC | 3:23-cv-15152 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 343. | 396015 | Craft, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-18406 |
| 344. | 396011 | Darby, Brittani | Pulaski Law Firm, PLLC | 3:23-cv-18397 |
| 345. | 395975 | Debeer, Cris | Pulaski Law Firm, PLLC | 3:23-cv-17957 |
| 346. | 396002 | Delve, Andino | Pulaski Law Firm, PLLC | 3:23-cv-18368 |
| 347. | 395996 | Denker, Chris | Pulaski Law Firm, PLLC | 3:23-cv-18280 |
| 348. | 397615 | Dennis, Kenneth | Pulaski Law Firm, PLLC | 3:23-cv-20752 |
| 349. | 396013 | Eagen, Meredith | Pulaski Law Firm, PLLC | 3:23-cv-18404 |
| 350. | 395973 | Eddy, Josh | Pulaski Law Firm, PLLC | 3:23-cv-17949 |
| 351. | 397480 | Eldridge, Steven | Pulaski Law Firm, PLLC | 3:23-cv-20337 |
| 352. | 200883 | Eskew, Gary Michael | Pulaski Law Firm, PLLC | 3:23-cv-20636 |
| 353. | 390534 | Fletcher, Michael | Pulaski Law Firm, PLLC | 3:23-cv-12755 |
| 354. | 395983 | Garcia, Benjamin | Pulaski Law Firm, PLLC | 3:23-cv-18063 |
| 355. | 396004 | Guzman, Camilo | Pulaski Law Firm, PLLC | 3:23-cv-18382 |
| 356. | 395998 | Haggard, Jason | Pulaski Law Firm, PLLC | 3:23-cv-18297 |
| 357. | 395736 | Igel, Alex | Pulaski Law Firm, PLLC | 3:23-cv-17808 |
| 358. | 395995 | Jackson, Carlo | Pulaski Law Firm, PLLC | 3:23-cv-18248 |
| 359. | 395986 | Johnston, Jeffrey | Pulaski Law Firm, PLLC | 3:23-cv-18230 |
| 360. | 395994 | Kimble, Ryan | Pulaski Law Firm, PLLC | 3:23-cv-18243 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 361. | 396014 | Lehman, Nickolas | Pulaski Law Firm, PLLC | 3:23-cv-18405 |
| 362. | 396626 | Lilly, Antwan | Pulaski Law Firm, PLLC | 3:23-cv-20025 |
| 363. | 396012 | Lo, Jonathan | Pulaski Law Firm, PLLC | 3:23-cv-18401 |
| 364. | 395993 | Marfongelli, Nick | Pulaski Law Firm, PLLC | 3:23-cv-18235 |
| 365. | 390524 | Mcneill, Michael | Pulaski Law Firm, PLLC | 3:23-cv-12742 |
| 366. | 393748 | Meyers, Robert | Pulaski Law Firm, PLLC | 3:23-cv-17161 |
| 367. | 395979 | Moore, Samuel | Pulaski Law Firm, PLLC | 3:23-cv-18032 |
| 368. | 395974 | Morales, Vincent | Pulaski Law Firm, PLLC | 3:23-cv-17954 |
| 369. | 395992 | Murphy, Mary | Pulaski Law Firm, PLLC | 3:23-cv-18223 |
| 370. | 395931 | Nelson, Lawrence | Pulaski Law Firm, PLLC | 3:23-cv-19064 |
| 371. | 395991 | Odell, Kyle | Pulaski Law Firm, PLLC | 3:23-cv-18431 |
| 372. | 396003 | Oliver, Austin | Pulaski Law Firm, PLLC | 3:23-cv-18370 |
| 373. | 396000 | Olvera, Pablo | Pulaski Law Firm, PLLC | 3:23-cv-18320 |
| 374. | 396663 | Phillips, Timothy | Pulaski Law Firm, PLLC | 3:23-cv-20445 |
| 375. | 396008 | Pritchard, Tolopa | Pulaski Law Firm, PLLC | 3:23-cv-18393 |
| 376. | 396001 | Proud, Terry | Pulaski Law Firm, PLLC | 3:23-cv-18325 |
| 377. | 395997 | Ramirez, Edgar | Pulaski Law Firm, PLLC | 3:23-cv-18287 |
| 378. | 395976 | Simmons, Christopher | Pulaski Law Firm, PLLC | 3:23-cv-17982 |

**Exhibit A**

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 379. | 397747 | Smith, Timothy | Pulaski Law Firm, PLLC | 3:23-cv-20856 |
| 380. | 396662 | Turner, Timothy | Pulaski Law Firm, PLLC | 3:23-cv-20443 |
| 381. | 396010 | Valentin, Armando | Pulaski Law Firm, PLLC | 3:23-cv-18396 |
| 382. | 395985 | Valentin, Yafael | Pulaski Law Firm, PLLC | 3:23-cv-18221 |
| 383. | 396007 | Vollmar, Thomas | Pulaski Law Firm, PLLC | 3:23-cv-18392 |
| 384. | 394423 | Walton, James | Pulaski Law Firm, PLLC | 3:23-cv-13355 |
| 385. | 395990 | Wilson, Tim | Pulaski Law Firm, PLLC | 3:23-cv-18389 |
| 386. | 403812 | Bryce, James | Seeger Weiss LLP | 3:23-cv-18762 |
| 387. | 404157 | Denny, Robert | Seeger Weiss LLP | 3:23-cv-19454 |
| 388. | 404145 | Edwards, Gary | Seeger Weiss LLP | 3:23-cv-19571 |
| 389. | 404634 | Goldsworthy, Jeremiah | Seeger Weiss LLP | 3:23-cv-19790 |
| 390. | 403696 | Mcclain, Charles | Seeger Weiss LLP | 3:23-cv-17894 |
| 391. | 403708 | Merritt, Marlon | Seeger Weiss LLP | 3:23-cv-18014 |
| 392. | 81979 | Natanson, Christian | Seeger Weiss LLP | 3:23-cv-20532 |
| 393. | 404127 | Puljanowski, John | Seeger Weiss LLP | 3:23-cv-19296 |
| 394. | 404564 | Shanklin, Herschel | Seeger Weiss LLP | 3:23-cv-20357 |
| 395. | 396057 | Baldwin, Dimitria | Simmons Hanly Conroy | 3:23-cv-12492 |
| 396. | 396069 | May, David | Simmons Hanly Conroy | 3:23-cv-13692 |

## Exhibit A

|  | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 397. | 405005 | Cronin, Jessica | The Carlson Law Firm | 3:23-cv-21452 |
| 398. | 405072 | Pilon, Scott | The Carlson Law Firm | 3:23-cv-21576 |
| 399. | 393645 | Caraway, James | The Kuykendall Group LLc | 3:23-cv-14023 |
| 400. | 389978 | Anderson, Ehrin | Tracey & Fox Law Firm | 3:23-cv-12280 |
| 401. | 389722 | Calcutt, Christopher | Tracey & Fox Law Firm | 3:23-cv-12185 |
| 402. | 389725 | Enriquez, Nicholas | Tracey & Fox Law Firm | 3:23-cv-12277 |
| 403. | 389729 | Foo, Joe | Tracey & Fox Law Firm | 3:23-cv-12284 |
| 404. | 389727 | Lacas, John | Tracey & Fox Law Firm | 3:23-cv-12274 |
| 405. | 389718 | Manigault, Dominque Orlando | Tracey & Fox Law Firm | 3:23-cv-12282 |
| 406. | 389714 | Reyes, Edgar | Tracey & Fox Law Firm | 3:23-cv-12184 |
| 407. | 393632 | Searle, Ryan | Tracey & Fox Law Firm | 3:23-cv-13326 |
| 408. | 390247 | Sibley, Daryl | Tracey & Fox Law Firm | 3:23-cv-12144 |
| 409. | 389724 | Williams, Cordell | Tracey & Fox Law Firm | 3:23-cv-12270 |