**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS          )   Case No. 3:19-md-02885
EARPLUG PRODUCTS LIABILITY     )
LITIGATION                     )   Judge M. Casey Rodgers
                               )
                               )   Magistrate Judge Hope T. Cannon
This Document Relates to:      )
All Cases                      )
                               )

_____  )

## <u>ORDER TO SEAL</u>

Before the Court is the parties' Motion to Seal Exhibit 6 to the Master

Settlement Agreement III, Dkt. No. 3809-8, and Exhibit 10 to the Master Settlement

Agreement I, Dkt. No. 3809-3.

The documents at issue have been designated by the parties as "Confidential,"

and the parties argue that disclosure of the terms would "seriously undermine the

integrity of the Master Settlement Agreement," which itself is publicly filed. (Dkt.

No. 3809-1). The Court has reviewed *in camara* the information sought to be sealed.

Having weighed the public right of access against competing interests, the Court

finds good cause for sealing or redaction here. *See Chicago Trib. Co. v.*

*Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1313 (11th Cir. 2001); *see, e.g.*, *In re*

*Lyft Secs. Litig.*, 2023 U.S. Dist. LEXIS 44585, *5-6, 2023 WL 2960006, at *2 (N.D.

Cal. March 16, 2023); *Thomas v. MagnaChip Semiconductor Corp.*, No. 14-CV-

01160-JST, 2016 U.S. Dist. LEXIS 93342, 2016 WL 3879193, at *7 (N.D. Cal. July

18, 2016); *Friedman v. Guthy-Renker, LLC*, No. 214CV06009ODWAGRX, 2016

U.S. Dist. LEXIS 131629, 2016 WL 5402170, at *2 (C.D. Cal. Sept. 26, 2016).

The parties' Motion to Seal (Dkt No. 3809) is **GRANTED**. The parties shall

file on the docket, under seal, an unredacted version of the sealed documents.