# EXHIBIT "B"

# DECLARATION OF *PRO SE* ELIGIBLE CLAIMANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |
| This Document Relates to: All Cases | | |

**DECLARATION OF *PRO SE* ELIGIBLE CLAIMANT PURSUANT TO IDENTIFICATION ORDER**

1. My name is [INSERT NAME OF *PRO SE* ELIGIBLE CLAIMANT], and I am an Eligible Claimant but not represented by counsel.

2. I submit this Declaration in accordance with the Combat Arms Settlement Agreement and the Court's Identification Order on behalf of myself.

3. Attached hereto is the chart that identifies my personal information and information about my case. The attached chart will be timely served in both hard copy and in EXCEL format to MDL-Centrality in conformance with the Identification Order, and contains the required demographic and contact information so that I may be contacted by the Settlement Administrator.

4. I understand that to comply with the MSA and the Court's Identification Order, this Declaration must be submitted to the Court via MDL Centrality by the Reference Date, which deadline is fourteen (14) days after the

       Identification Order was issued.

5.     I understand and agree that my failure to provide the information required will result in: (a) dismissal with prejudice of my CAE claims; and (b) potential sanctions and other penalties as may be determined by the Court, either pursuant to a motion of a Party or *sua sponte*.

6.     I swear under penalty of perjury that the foregoing is true and correct.

DATE: [MONTH] [DAY], [YEAR]         */s/* _____
                                                  [NAME OF CAE CLAIMANT]
                                                  [ADDRESS]
                                                  [ADDRESS]
                                                  [ADDRESS]
                                                  [TELEPHONE NUMBER]
                                                  [EMAIL ADDRESS]

- 4 -

## IDENTIFICATION OF *PRO SE* ELIGIBLE CLAIMANT

| CLAIMANT NAME (FIRST) | CLAIMANT NAME (LAST) | FULL SSN | CLAIMANT EMAIL ADDRESS | CLAIMANT CELL # (including area code) | CLAIMANT ADDRESS | DOB (00/00/0000) mm/dd/year | Court Of Filing | Docket Number | MDL-C Plaintiff ID |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |