# EXHIBIT "A"

**VA** | **U.S. Department of Veterans Affairs**
**Revenue Law Group**

August 22, 2023

ARCHER Systems, LLC
3300 Duval Rd., Ste 250
Austin, TX 78759

RE: 3M Combat Arms Earplug (CAE) Products Liability Litigation

It is our understanding that on April 3, 2019, the Judicial Panel on Multidistrict Litigation centralized and transferred the 3M Combat Arms Earplug (CAE) Products Liability Litigation, MDL No. 2885, to the United States District Court for the Northern District of Florida, assigned to Judge M. Casey Rodgers.

On May 22, 2019, the Court ordered Plaintiffs' Leadership Appointments to assist the Court in administering its docket and manage the affairs of all plaintiffs.

On February 25, 2020, the Court appointed ARCHER as the Lien Resolution Administrator (LRA) in the 3M Products Liability Litigation, MDL No. 2885.

The following agreements by the U.S. Department of Veterans Affairs (VA) have been communicated to ARCHER:

• In its March 25, 2021, waiver letter to ARCHER, the VA confirmed that no VA facility will pursue a recovery or have a subrogation interest against a veteran covered by the waiver. ARCHER will not be required to submit medical bill requests to the VA for veterans participating in any settlement.

• The VA confirms that its waiver letter dated March 25, 2021, does not apply to recovery claims or subrogation interests of beneficiaries of CHAMPVA plans, nor does the waiver apply to veteran or non-veteran civilians who may have used 3M CAE products in a private capacity.

• No enrolled member of the Department of Veterans Affairs will lose health or disability benefits, or have their disability rating adversely adjusted, directly as a result of registering and participating in any 3M Combat Arms Earplug (CAE) settlement.

Sincerely,

**NEIL STALLINGS**   Digitally signed by NEIL STALLINGS
Date: 2023.08.24 06:51:36 -04'00'

Neil Stallings, Esq.
Revenue Law Group