UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |

# ORDER

Defendants, Plaintiffs' Leadership in this MDL, and Plaintiffs' Leadership in the Minnesota coordinated state court action have entered into a Combat Arms Master Settlement Agreement to resolve all claims against Defendants related to the use of Combat Arms Earplugs (CAE). The Court has entered the following five Case Management Orders, which clarify the settlement requirements and highlight important dates and deadlines.

1. Case Management Order No. 57 (Case Management Order For Any Ongoing Litigation Against Defendants), ECF No. 3811

2. Case Management Order No. 58 (Settlement Implementation Order – Applies to All Eligible Claimants), ECF No. 3812

3. Case Management Order No. 59 (Docketing Procedures for MSA Eligible Claimants and Administrative Docket Tolling Clarification), ECF No. 3813

4. Case Management Order No. 60 (Identification Order & Declarations), ECF No. 3814

    5.    Case Management Order No. 61 (Third-Party Litigation Funding), ECF No. 3815

Additionally, the Court will conduct a Case Management Conference on **Friday, September 8, 2023 at 9:00 a.m. (CDT)** to discuss the Settlement Program.

**SO ORDERED**, on this 29th day of August, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**