UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Erik Moore<br>Civil Case No. 8:20-CV-17708 | Case No. 3:19md2885<br>MDL No. 2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Gregory B. Lawrence, hereby withdraws his appearance as counsel of record for Plaintiff Erik Moore in the above-referenced matter.  Mr. Lawrence has left the firm of Lockridge Grindal Nauen P.L.L.P. and will have no further involvement in these matters.  Plaintiff will continue to be represented by Lockridge Grindal Nauen P.L.L.P. and the other counsel of record in this matter.

Dated:  August 30, 2023           LOCKRIDGE GRINDAL NAUEN P.L.L.P.

              BY:   s/ Gregory B. Lawrence
              Yvonne M. Flaherty, MN #267600
              Gregory B. Lawrence, MN #0394967
              100 Washington Avenue South, Suite 2200
              Minneapolis, MN  55401
              Telephone:  612-339-6900
              Email: ymflaherty@locklaw.com
              Email: gblawrence@locklaw.com

              *Attorney for Plaintiff*