# EXHIBIT A

# MOLLY C. LONG - HAMMERS LAW FIRM

| Case Caption | Case Number |
|---|---|
| ACEITUNO v. 3M COMPANY et al | 7:2021cv08705 |
| ARNOLD v. 3M COMPANY et al | 3:2023cv03589 |
| BALLINGER v. 3M COMPANY et al | 8:2020cv28382 |
| BENSALEM v. 3M COMPANY et al | 8:2020cv28388 |
| BLANKENSHIP v. 3M COMPANY et al | 8:2020cv28393 |
| CHRISANT v. 3M COMPANY et al | 8:2020cv28398 |
| FERGUSON v. 3M COMPANY et al | 8:2020cv31514 |
| FOLEY v. 3M COMPANY et al | 9:2020cv03965 |
| GARCIA v. 3M COMPANY et al | 8:2020cv28401 |
| GENGLER v. 3M COMPANY et al | 3:2023cv03620 |
| HAMMERBACHER v. 3M COMPANY et al | 8:2020cv28410 |
| HARRELL v. 3M COMPANY et al | 8:2020cv66126 |
| HILL v. 3M COMPANY et al | 8:2020cv28415 |
| HO v. 3M COMPANY et al | 3:2023cv03581 |
| HOUSTON v. 3M COMPANY et al | 3:2023cv03623 |
| JAMES v. 3M COMPANY et al | 7:2021cv08706 |
| LE v. 3M COMPANY et al | 8:2020cv28435 |
| MALONE v. 3M COMPANY et al | 8:2020cv28440 |
| MARTINEZ v. 3M COMPANY et al | 3:2023cv03595 |
| PITCOCK v. 3M COMPANY et al | 8:2020cv28453 |
| POOLE v. 3M COMPANY et al | 3:2023cv22504 |
| PRATZ v. 3M COMPANY et al | 8:2020cv28459 |
| REISINGER v. 3M COMPANY et al | 3:2023cv03598 |
| RICHARDSON v. 3M COMPANY et al | 8:2020cv28462 |
| RISER v. 3M COMPANY et al | 8:2020cv28420 |
| RODRIGUEZ v. 3M COMPANY et al | 8:2020cv31521 |
| SAMUELS v. 3M COMPANY et al | 3:2023cv03603 |
| SARTIN v. 3M COMPANY et al | 8:2020cv28472 |
| SHAVERS v. 3M COMPANY et al | 8:2020cv28476 |
| SMITH v. 3M COMPANY et al | 8:2020cv28485 |
| SMITH v. 3M COMPANY et al | 9:2020cv03964 |
| TEICHERT v. 3M COMPANY et al | 3:2022cv09983 |