UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  *This Document Relates to*: All Cases | Case No. 3:19-md-2885-MCR-GRC  Hon. Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Robert M. Hammers, Jr. of the law firm of Schneider Hammers LLC hereby enters his appearance as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4). Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below. Counsel represents he is attorney of record in several actions pending in this litigation, including 8:20-cv-28495-MCR-GRJ TACKETT v. 3M COMPANY et al.

Dated: August 31, 2023

                                                Respectfully submitted,

                                                */s/ Robert M. Hammers, Jr.*
                                                Robert M. Hammers, Jr.
                                                SCHNEIDER HAMMERS LLC
                                                5555 Glenridge Connector, Suite 975
                                                Atlanta, GA 30342
                                                Telephone: (770) 900-9000
                                                Facsimile: (404) 600-2626
                                                rob@schneiderhammers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                       */s/ Robert M. Hammers, Jr.*
                                       Robert M. Hammers, Jr.