**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS          )   Case No. 3:19-md-2885
EARPLUG PRODUCTS LIABILITY     )
LITIGATION                     )
                               )   Judge M. Casey Rodgers
This Document Relates to All Cases:  )   Magistrate Judge Gary Jones

### NOTICE OF FIRM NAME CHANGE

To the Clerk of the Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE that Schneider Hammers, LLC, counsel for multiple Plaintiffs in this matter, has changed its name to Hammers Law Firm. The firm's street address, phone number, and fax number have not been affected by this change. The firm's email addresses have changed from @schneiderhammers.com to @hammerslawfirm.com. The firm name change applies to the following cases listed on Exhibit A where counsel is listed as attorney of record.

We would appreciate it if you would update your records accordingly.

Dated: August 31, 2023          Respectfully submitted,

                                **HAMMERS LAW FIRM**

                                */s/ Robert M. Hammers, Jr.*
                                Robert M. Hammers, Jr.
                                5555 Glenridge Connector
                                Suite 975
                                Atlanta, GA 30342
                                Telephone: (770) 900-9000
                                Facsimile: (404) 600-2626
                                rob@hammerslawfirm.com
                                ***Attorney for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on August 31, 2023, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Robert M. Hammers, Jr.*
Robert M. Hammers, Jr.