# EXHIBIT A

## ROBERT M. HAMMERS, JR - HAMMERS LAW FIRM

| Case Caption | Case Number |
| --- | --- |
| GENDRON v. 3M COMPANY et al | 8:2020cv28405 |
| GHASEMLOUZADEH v. 3M COMPANY et al | 9:2020cv03963 |
| LAWRENCE v. 3M COMPANY et al | 8:2020cv66314 |
| LOEFFLER v. 3M COMPANY et al | 8:2020cv66121 |
| MARINEAU v. 3M COMPANY et al | 8:2020cv31517 |
| ROGERS v. 3M COMPANY et al | 8:2020cv28467 |
| SMITH v. 3M COMPANY et al | 8:2020cv28480 |
| TACKETT v. 3M COMPANY et al | 8:2020cv28495 |
| WILLIAMS-KENNEDY v. 3M COMPANY et al | 8:2020cv28503 |
| WINN v. 3M COMPANY et al | 8:2020cv28506 |
| WRIGHT v. 3M COMPANY et al | 8:2020cv28510 |
| YOUNGER v. 3M COMPANY et al | 8:2020cv66318 |