UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>All Cases )<br>)<br>) | |

**AFFIDAVIT OF JOHN W. PERRY, JR.**
(Settlement Special Master)

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

JOHN W. PERRY, JR., being duly sworn, deposes and says:

1. I am an attorney at law licensed in the State of Louisiana (in good standing).

2. I am a founding member and partner in the law firm of Perry, Balhoff, Mengis & Burns, LLC and the Alternative Dispute Resolution firm Perry Dampf Dispute Solutions.

3. I received my law degree from Louisiana State University. A copy of my curriculum vitae is attached hereto as Exhibit 1.

4. I have been appointed Special Master and Mediator in state and federal cases over the past 20 years, including Multidistrict Litigation.

5. I am a member of the American College of Trial Lawyers as well as the American College of Civil Trial Mediators, as well as multiple other professional organizations.

6. I have familiarized myself with the issues involved in the Multidistrict Litigation captioned above.

7. I attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as Special Master in the above captioned matter.

*[signature]*
JOHN W. PERRY, JR.

Sworn to before me this 31st day of August, 2023.

*[signature]*
NOTARY PUBLIC
Daniel J. Balhoff



## Mediator

Although John Perry continues to try select cases, his principal focus today is as a mediator. He is recognized as one of the leading and most sought-after mediators in the region, and in fact he has mediated numerous cases throughout the country. His mediation practice has spanned thousands of successfully completed mediations for legal and commercial clients.

# John Perry Jr



 225-448-5955

 vonda@perrydampf.com

 https://www.perrydampf.com/neutrals/john-perry-jr

## Concentrations

Insurance

Products Liability

Professional Liability

Environmental Law

Discrimination

Medical Malpractice & Health Care

Employment & Labor Law

Ethics & Professional Responsibility

Maritime/Admiralty

Partnership Dissolutions

Special Master Services

## Education

BA, Nicholls State University (1976)

JD, Louisiana State University (1978)

## Recognitions

American College of Civil Trial Mediators®, Distinguished Fellow since 2007

Academy of Court Appointed Masters, Member

American College of Trial Lawyers, Fellow

Selected to Super Lawyers: 2007 - 2023

Secretary/Treasurer of Louisiana State Bar Association Section on Alternative Dispute Resolution, 2012

## Biography

Mr. Perry attended Nicholls State University, where he was the starting point guard and captain of the basketball team. Balancing athletics with academics, he graduated magna cum laude from the College of Business Administration in 1976. He then attended LSU Law School, where he was elected to the Moot Court Board. He graduated in 1978 and was later inducted into the Hall of Fame.

Mr. Perry has served in almost every capacity possible in the field of civil practice. He has practiced both as a civil defense attorney and as a plaintiff's attorney, earning the unusual distinction of serving on both the Louisiana Association of Defense Counsel Board of Directors and the Louisiana Trial Lawyers Association Board of Governors. He is a member of many professional organizations, including the prestigious American College of Trial Lawyers. John previously taught as an Adjunct Professor of Law at LSU. He has served as a Special Master and Court-Appointed Mediator in federal and in state court. For instance, the federal court (The Honorable Carl J. Barbier) in the Deepwater Horizon case chose him to recommend a plan to allocate a settlement totaling $2.3 billion, and then appointed him as Special Master to allocate the common benefit fee; the federal court (The Honorable Eldon E. Fallon) in the Chinese Drywall litigation appointed him as Special Master to implement the class settlement; and the federal court (The Honorable Jesse M. Furman) appointed him as Special Master to implement the settlement in the General Motors LLC Ignition Switch litigation, a case which Mr. Perry had previously mediated. Finally, the Louisiana Supreme Court appointed him to serve as a Judge Pro Tempore.

Although Mr. Perry continues to try select cases, his principal focus today is as a mediator, arbitrator, and special master having served in over 4,500 cases since 1995. He is recognized as one of the leading and most sought-after mediators in the region, and in fact he has mediated numerous cases throughout the country. In addition to being a partner in Perry, Balhoff, Mengis & Burns, Mr. Perry is a founding member of and partner in Perry Dampf Dispute Solutions, one of the leading alternative dispute resolution firms in the area.