UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>All Cases | | |

## AFFIDAVIT OF MATTHEW L. GARRETSON

Matthew L. Garretson, having been duly cautioned and sworn states as follows:

1. I am an attorney duly licensed in the State of Ohio.

2. I am familiar with the allegations and claims asserted in the above-captioned case (the "Proceedings") and understand what the scope of my engagement will be as Settlement Allocation Master in these Proceedings.

3. I confirm that I have no personal bias or prejudice concerning any party to these Proceedings, nor do I have any personal knowledge of disputed evidentiary facts concerning these Proceedings.

4. I confirm that I have not served as a lawyer in these or related Proceedings, nor have I practiced law with any lawyer who served in such capacity, or as a material witness concerning the claims or defenses of those claims in these or related Proceedings.

5. I confirm that I have not served in any governmental capacity related to these Proceedings.

6. I confirm that I have no financial interest in the subject matter in controversy in these Proceedings or in any party to these Proceedings, nor do I have any other interest that could

be substantially affected by the outcome of these Proceedings. I also confirm that neither my spouse nor my minor child have any such interests in the outcome of these Proceedings, or in a party to these Proceedings.

7. Neither I, my spouse, nor any family member within the third degree of relationship to either of us:

    a.    Is a party to these Proceedings;

    b.    Is acting as a lawyer in these Proceedings;

    c.    Is known to have an interest that could be substantially affected by the outcome of these Proceedings; or

    d.    Is likely to become a material witness concerning the claims or defenses of those claims in these proceedings.

8. I understand and accept my duties and obligations as Settlement Allocation Master in these Proceedings, and I know of no ground for disqualification under 28 U.S.C. Sec. 455.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Matthew L. Garretson

STATE OF Ohio    )
                          )
COUNTY OF Hamilton )

BEFORE ME, the Subscriber, a Notary Public in and for said County and State, personally appeared Matthew L. Garretson, and acknowledged the signing of the foregoing instrument to be his free act and deed for the uses and purposes therein mentioned.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed by Notarial Seal this ___ day of September, 2023.

RACHAEL A. ROWE
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.

_____
Notary Public

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day of September, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
