UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

NOTICE OF FILING

Comes now, the parties to the CAEv2 Global Settlement and hereby file the attached agreement (Ex. A).

DATED: September 1, 2023           Respectfully submitted,

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
Jennifer Hoekstra
baylstock@awkolaw.com
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449


*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 1, 2023, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

By: */s/ Bryan F. Aylstock*