EXHIBIT A

## COMBAT ARMS SETTLEMENT AGREEMENT WAIVER OF RIGHTS

Whereas the Parties entered into the Combat Arms Master Settlement Agreement dated August 29, 2023 between: (1) 3M Company ("3M") and Aearo Technologies LLC, an acquired subsidiary of 3M ("Aearo") (collectively, along with 3M Occupational Safety, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Technologies LLC "Defendants"); and (2) the undersigned Plaintiffs' Leadership in *In re Combat Arms Earplug Products Liability Litigation*, MDL No. 2885, U.S.D.C. for the Northern District of Florida ("MDL Court"); and (3) the undersigned Plaintiffs' Leadership in the Minnesota coordinated state court action pending in the 4th Judicial District, County of Hennepin, Minnesota, File No. 27-CV-19916 ("MN Court"), collectively the "Negotiating Plaintiffs' Counsel" ("NPC").  Defendants and the NPC are each a "Party," and, together with the NPC, are the "Parties."

Whereas Defendants now wish to waive certain rights set forth under that MSA pursuant to Section 17.9 of the MSA.

Defendants thus irrevocably waive the specific right as set forth below only:

Defendants agree to notify the NPC of any cases served or filed in the MN Court within three days of such cases being served or filed.  To the greatest extent of the applicable law, for any case filed or served after the date of this MSA, Defendants shall promptly remove the case to the applicable United States District Court and tag such case for transfer to the MDL Court.

The above does not modify the Settlement in any way, but to the extent that the Settlement provided Defendants with a right to not remove cases that, under controlling law, can be removed to federal court in Minnesota, Defendants waive that right provided the parties operate consistent with the process set forth above.

IN WITNESS WHEREOF, the Parties have executed this Waiver of Right as of September __, 2023.

By: _____

Thomas J. Perrelli
Counsel for Defendants

Negotiating Plaintiffs' Counsel

By: _____

Bryan F. Aylstock
Counsel for Plaintiffs


By: _____

Chris Seeger
Counsel for Plaintiffs

By: _____

Clayton A. Clark
Counsel for Plaintiffs

By: _____

Daniel Gustafson
Counsel for Plaintiffs

IN WITNESS WHEREOF, the Parties have executed this Waiver of Right as of September 1, 2023.

By: _____

Thomas J. Perrelli
Counsel for Defendants

Negotiating Plaintiffs' Counsel

By: _____

Bryan F. Aylstock
Counsel for Plaintiffs

By: *[signature]*

Chris Seeger
Counsel for Plaintiffs

By: _____

Clayton A. Clark
Counsel for Plaintiffs

By: _____

Daniel Gustafson
Counsel for Plaintiffs

IN WITNESS WHEREOF, the Parties have executed this Waiver of Right as of September 1, 2023.

By: _____

Thomas J. Perrelli
Counsel for Defendants

Negotiating Plaintiffs' Counsel

By: _____

Bryan F. Aylstock
Counsel for Plaintiffs

By: _____

Chris Seeger
Counsel for Plaintiffs

By: _____

Clayton A. Clark
Counsel for Plaintiffs

By: _____*signature*_____

Daniel Gustafson
Counsel for Plaintiffs