UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **ORDER**

On September 8, 2023 at 9:00 a.m. (CDT), the Court will conduct a Case Management Conference to discuss the 3M Settlement Program. Participants may attend in person, by Zoom, or by telephone using the Court's AT&T Reservationless Conferencing System. Due to the limited number of attendees Zoom can accommodate, only one attorney per plaintiff law firm may sign onto the Zoom link. Once Zoom is at capacity, any additional person(s) wishing to attend must do so by phone. **All Zoom attendees must disable their outgoing video and microphone immediately on joining the Conference**.

The conference call instructions for attending via the AT&T Conferencing System are available on the Court's public website for the 3M MDL[1] and on the 3M Active Docket at ECF No. 5.

---

[1] *See* https://www.flnd.uscourts.gov/sites/flnd/files/Conference%20Call%20Instructions.pdf.

To attend the Conference via Zoom, use the following link:

https://www.zoomgov.com/j/1614938779?pwd=VWpad1hsa1NWaWQ5dGp3UWg3RFJxdz09

*Meeting ID*: 161 493 8779
*Passcode*: 813944

Whether attending by Zoom or telephone, participants are asked to join by 8:45 a.m. (CDT).

**SO ORDERED**, on this 5th day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**