## Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Case Number |
|---|---|---|---|---|
| 1. | 389428 | Bailey, Mardi L | Parafinczuk Wolf, P.A. | 3:23-cv-09804 |
| 2. | 388521 | Blackburn, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-09270 |
| 3. | 389076 | Bray, Gregory | Parafinczuk Wolf, P.A. | 3:23-cv-08807 |
| 4. | 389460 | Breuer, Greg | Parafinczuk Wolf, P.A. | 3:23-cv-09883 |
| 5. | 393061 | Brown, Brian | Parafinczuk Wolf, P.A. | 3:23-cv-11706 |
| 6. | 389529 | Castillo, Michael | Parafinczuk Wolf, P.A. | 3:23-cv-09805 |
| 7. | 393639 | Cissell, Charles | Parafinczuk Wolf, P.A. | 3:23-cv-11141 |
| 8. | 389427 | Colby, William | Parafinczuk Wolf, P.A. | 3:23-cv-09825 |
| 9. | 389483 | Couch, Shawn | Parafinczuk Wolf, P.A. | 3:23-cv-09922 |
| 10. | 389473 | Deal, Robert E | Parafinczuk Wolf, P.A. | 3:23-cv-09914 |
| 11. | 389423 | Driver, Daniel | Parafinczuk Wolf, P.A. | 3:23-cv-09827 |
| 12. | 389484 | Easley, Gary | Parafinczuk Wolf, P.A. | 3:23-cv-09923 |
| 13. | 389410 | Echevarria, Manuel | Parafinczuk Wolf, P.A. | 3:23-cv-09324 |
| 14. | 389491 | Evans, Fredrick | Parafinczuk Wolf, P.A. | 3:23-cv-09924 |
| 15. | 393082 | Flowers, Rontenez | Parafinczuk Wolf, P.A. | 3:23-cv-11247 |
| 16. | 393640 | France, Lorenzo | Parafinczuk Wolf, P.A. | 3:23-cv-11254 |
| 17. | 389485 | Gaither, Aubrey | Parafinczuk Wolf, P.A. | 3:23-cv-09931 |
| 18. | 389438 | Garcia, Albert | Parafinczuk Wolf, P.A. | 3:23-cv-09407 |

# Exhibit A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Case Number |
|---|---|---|---|---|
| 19. | 389422 | Godinez, Juan | Parafinczuk Wolf, P.A. | 3:23-cv-09329 |
| 20. | 389439 | Hammer, Adam | Parafinczuk Wolf, P.A. | 3:23-cv-09517 |
| 21. | 389499 | Harkcom, Steven J | Parafinczuk Wolf, P.A. | 3:23-cv-09830 |
| 22. | 389521 | Hassan, Jackson | Parafinczuk Wolf, P.A. | 3:23-cv-09391 |
| 23. | 393052 | Holweger, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-11745 |
| 24. | 393077 | Horton, Brentley | Parafinczuk Wolf, P.A. | 3:23-cv-11261 |
| 25. | 389440 | Howard, Richard | Parafinczuk Wolf, P.A. | 3:23-cv-09518 |
| 26. | 389522 | Lewis, Cody | Parafinczuk Wolf, P.A. | 3:23-cv-09410 |
| 27. | 393046 | Lloyd, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-11747 |
| 28. | 393036 | Mas, Cesar | Parafinczuk Wolf, P.A. | 3:23-cv-11755 |
| 29. | 389500 | Mcclease, Macon | Parafinczuk Wolf, P.A. | 3:23-cv-09833 |
| 30. | 389479 | Murphy, Robert James | Parafinczuk Wolf, P.A. | 3:23-cv-10054 |
| 31. | 389495 | Ogletree, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-09839 |
| 32. | 389496 | Olden, Leonard | Parafinczuk Wolf, P.A. | 3:23-cv-09840 |
| 33. | 388523 | Ott, Mark | Parafinczuk Wolf, P.A. | 3:23-cv-09275 |
| 34. | 389435 | Patterson, Justin | Parafinczuk Wolf, P.A. | 3:23-cv-09398 |
| 35. | 393042 | Plaugher, Christopher | Parafinczuk Wolf, P.A. | 3:23-cv-11764 |
| 36. | 393638 | Reid, Ricky | Parafinczuk Wolf, P.A. | 3:23-cv-11765 |

**Exhibit A**

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Case Number |
|---|---|---|---|---|
| 37. | 388524 | Reyes, James | Parafinczuk Wolf, P.A. | 3:23-cv-09277 |
| 38. | 393071 | Rizer, Robert | Parafinczuk Wolf, P.A. | 3:23-cv-11475 |
| 39. | 393641 | Robinson, Ryan | Parafinczuk Wolf, P.A. | 3:23-cv-11427 |
| 40. | 389524 | Rodriguez, Marcel | Parafinczuk Wolf, P.A. | 3:23-cv-09868 |
| 41. | 393050 | Smock, Vanessa | Parafinczuk Wolf, P.A. | 3:23-cv-11766 |
| 42. | 388526 | Starling, Billy | Parafinczuk Wolf, P.A. | 3:23-cv-09280 |
| 43. | 389469 | Taylor, Tashon | Parafinczuk Wolf, P.A. | 3:23-cv-09900 |
| 44. | 393621 | Thomas, Eric | Parafinczuk Wolf, P.A. | 3:23-cv-10918 |
| 45. | 393622 | Wilkinson, James | Parafinczuk Wolf, P.A. | 3:23-cv-10922 |
| 46. | 393084 | Willard, Mark Anthony | Parafinczuk Wolf, P.A. | 3:23-cv-11470 |
| 47. | 389402 | Williams, Rockford | Parafinczuk Wolf, P.A. | 3:23-cv-09323 |
| 48. | 393058 | Zepp, Andrew | Parafinczuk Wolf, P.A. | 3:23-cv-11769 |