**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>) |
| | ) |
| This Document Relates to:<br>All Cases | )<br>)<br>)<br>) |

Case No. 3:19-md-02885

Judge M. Casey Rodgers

Magistrate Judge Hope T. Cannon

**ORDER APPROVING THE ESTABLISHMENT OF THE COMBAT ARMS
EARPLUGS QUALIFIED SETTLEMENT FUND**

Upon the Motion of the QSF Administrator, and for good cause shown, the

Court **HEREBY ORDERS AS FOLLOWS**:

1.      Establishment of the Combat Arms Earplugs Qualified Settlement Fund

(the "Fund") is approved, and the Court retains jurisdiction thereof. The Fund is a

"qualified settlement fund" within the meaning of section 468B of the Internal Revenue

Code and the Treasury Regulations thereunder and shall be operated in a manner

consistent with the rules and regulations of 26 C.F.R. §§ 1.468B-1, *et seq*.  The Fund

shall remain open to receive payment(s) from the Defendants in resolution and full and

final satisfaction of one or more contested claims of alleged tort or violation of law that

have resulted or may result from injuries or damages allegedly sustained by Claimants.

2.      The Settlement proceeds shall be deposited at Huntington National

Bank (the "Custodial Bank").

1

3.      Archer Systems, LLC and Court-Appointed Certified Public Accountant Randall L. Sansom, C.P.A., P.A. are hereby appointed as QSF Co-Administrators.

4.      The Investment Manager (who shall be appointed by the QSF Administrator and CPA jointly), in consultation with Lead Counsel and CPA, shall be responsible for any and all investment-related decisions, pursuant to the terms and conditions described in the Motion filed with this Court.

5.      The QSF Co-Administrators are authorized to effect qualified assignments of any resulting structured settlement liability or similar vehicle within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee and to distribute all settlement sums pursuant to the Motion filed with this Court.

6.      The QSF Co-Administrators are authorized to conduct any and all activities necessary to administer this Fund as described in the Motion and the QSF Agreement filed with this Court.

7.      The QSF Co-Administrator are authorized upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down the Fund and thereafter discharging the QSF Administrator and CPA from any further responsibility with respect to the Fund.

**SO ORDERED**, on this _____ day of _____, 2023.


_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**