UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 64**
**(Amendment to CMO 63)**

At the parties' request, the Court expanded the category of Minnesota cases that may be added to the Administrative Docket between now and October 2, 2023 to include "[a]ll cases that were filed and/or served in accordance with Minnesota law on or before August 29, 2023…, even if [the cases were] not removed and transferred to the MDL by the" Judicial Panel on Multidistrict Litigation. *See* CMO 63, ECF No. 3830 at 1.  However, the Court has since discovered that the October 2, 2023 deadline for this category of cases conflicts with the Combat Arms Master Settlement Agreement ("MSA"), ECF No. 3809-1 at §§ 4.1.4 & 4.1.5, and Case Management Order No. 58 (Settlement Implementation), ECF No. 3812 at ¶ 5, which require that Eligible Claimants file Short Form Complaints within ten (10) days after being identified on an Identification Order Declaration.  Accordingly, CMO 63 is hereby **AMENDED** to reconcile the Short Form Complaint submission deadline for this category of cases with the requirements of the MSA and CMO 58.

All cases filed and/or served in accordance with Minnesota law on or before August 29, 2023 may be added to the Administrative Docket in the MDL, **so long as their Short Form Complaints are submitted via MDL Centrality within ten (10) days after being identified on an Identification Order Declaration and in no event later than September 22, 2023, which is ten (10) days after the Reference Date of September 12, 2023, the last date on which a Declaration may be submitted.** *See* CMO 60 (Identification Order), ECF No. 3815 at 1.  In all other respects, CMO 63 remains the same.

**SO ORDERED**, on this 7th day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**