UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 65**
**(Amendments to CMOs 62-64)**

To further effectuate the parties' intent with respect to the Settlement, this Order amends Case Management Order Nos. 62-64, ECF Nos. 3827, 3830 & 3843, in terms of the filing requirements for CAE Claims that were previously dismissed without prejudice in the 3M MDL but are subject to an active tolling agreement with 3M as of the date of this Order and/or were served but not filed in accordance with Minnesota law on or before August 29, 2023.

1. CAE Claims that meet the above criteria may be added to the 3M Administrative Docket pursuant to CMOs 62 and 63, so long as all requirements in CMOs 62 and 63 are met, and the Short Forms Complaints are submitted for filing via MDL Centrality within ten (10) days after the Claim is identified on an Identification Order Declaration and in no event later than September 22, 2023, which is ten (10) days after the Reference Date of September 12, 2023, the last date

on which a Declaration may be submitted. *See* CMO 60 (Identification Order), ECF No. 3815 at 1.[1]

2. Every Short Form Complaint submitted by an Eligible Claimant in accordance with this Order must be accompanied by census and DD214 forms; however, no Plaintiff Fact Sheet is required at this time. The Eligible Claimant also must fully comply with the requirements of the MSA and related orders of this Court, including fulfilling the obligations set forth in the Identification Order and Settlement Implementation Order. Any such Eligible Claimant who elects not to settle his/her claims must transition from the Administrative Docket to the Active Docket according to the deadlines and procedures set forth in Case Management Order No. 57. The cases of Eligible Claimants who elect not to settle but fail to timely transition to the Active Docket and/or fail to fully and timely comply with CMO 57 will be dismissed with prejudice.

3. For Short Form Complaints timely submitted pursuant to this Order, the filing date for the complaint will relate back to the filing or service date of the original Minnesota case in which the individual plaintiff was originally named.

**SO ORDERED**, on this 7th day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] All terms used in this Order that are defined in the MSA are used as defined in the MSA.