UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |

**ORDER ESTABLISHING THE COMBAT ARMS EARPLUGS COMMON BENEFIT QUALIFIED SETTLEMENT FUND**

Upon the Motion of the QSF Administrator, and for good cause shown, the MDL Court **HEREBY ORDERS AS FOLLOWS**:

1. Establishment of the Combat Arms Earplugs Common Benefit Qualified Settlement Fund (the "Fund") is approved, as set forth in the attached QSF Agreement ("Agreement") dated September 10, 2023, and the MDL Court retains jurisdiction thereof. The Fund is a "qualified settlement fund" within the meaning of section 468B of the Internal Revenue Code and the Treasury Regulations thereunder and shall be operated in a manner consistent with the rules and regulations of 26 C.F.R. §§ 1.468B-1, *et seq*. The Fund shall remain open to receive common benefit assessment or holdback payment(s), pursuant to the Common Benefit Order No. 3 (ECF No. 1659) and the Master Settlement Agreement dated August 29, 2023 from payments made by Defendants in resolution and full and final satisfaction of one or more contested claims

1

of alleged tort or violation of law, including attorneys' fees and litigation expenses and costs, which arise or may arise from injuries or damages allegedly sustained by Claimants.

2. The Fund proceeds shall be deposited at Huntington National Bank (the "Custodial Bank").

3. Archer Systems, LLC ("QSF Administrator") and Certified Public Accountant Randall L. Sansom, C.P.A., P.A. ("CPA") are hereby appointed as QSF Co-Administrators.

4. Orion Settlement Solutions, LLC will be appointed as the Investment Manager of the Fund and shall be responsible for any and all investment-related decisions of the Fund, in consultation with and approval from the QSF Co-Administrators, as set forth in the Appointment Order.

5. The QSF Co-Administrators are authorized to effect qualified assignments of any resulting structured settlement liability or similar vehicle within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee and to distribute all settlement sums.

6. The QSF Co-Administrators are authorized to conduct any and all activities necessary to administer this Fund. Any outside activities are prohibited as unauthorized.

7. Upon final distribution of all monies paid into the Fund and once the MDL Court has terminated the Fund, the QSF Administrator and CPA are discharged from any further responsibility with respect to the Fund.

8. The QSF Co-Administrators and Investment Manager must report monthly to the MDL Court.

**SO ORDERED**, on this 10th day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**