**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 66**
**(Termination of Plaintiff Leadership Structure)**

As a result of the recent Combat Arms Master Settlement Agreement, the litigation has entered a new and different phase. The focus has largely shifted from omnibus advocacy for the common benefit of all MDL plaintiffs to the work of implementing and administering the Settlement Program, much of which is highly individualized, and of course work on behalf of any who elect not to participate in the Settlement Program will be exclusively individualized. It is precisely because of the exemplary contributions of the entire leadership team that the litigation achieved a global resolution; however, given the nature of this new phase, the existing leadership structure is no longer necessary or appropriate going forward, and is therefore terminated. As of the date of this Order, no further work performed or expenses incurred in connection with a leadership role will be considered for

common benefit compensation, except to the extent expressly authorized by the Court.[1]

A separate order will be entered identifying the limited number of firms authorized to continue performing common benefit work in connection with settlement administration, including work required for the stock transfer and the anticipated fairness hearing.

**SO ORDERED**, on this 11th day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] With that said, Bryan Aylstock will continue in his lead counsel role for purposes of discussing all aspects of the settlement with 3M, the Court, and any special master.