UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**COMMON BENEFIT ORDER NO. 4**
**(Amendment to Common Benefit Order No. 3)**

On February 17, 2021, the Court entered Common Benefit Order No. 3, ECF No. 1659, which, among other things, established common benefit fund holdback assessments from claimants' recoveries in the amounts of nine (9) percent and fifteen (15) percent, respectively, depending on whether and when counsel executed a Participation Agreement. This Order amends CBO 3 to provide that *all* claimants' gross recoveries will be subject to the nine (9) percent holdback assessment irrespective of whether counsel executed a Participation Agreement. The successful global resolution of this litigation has inured to the benefit of all claimants in the litigation. The plaintiff leadership team committed substantial time and resources to mount, sustain, and bring to a conclusion this complex MDL, for the common benefit of all CAE claimants, with no assurance of success or a return on their investments. The holdback ensures those attorneys are reasonably compensated for their common benefit work. The Settlement Administrator is directed to hold back the required

assessment amount from each claimants' gross recovery prior to distribution. In all other respects, CBO 3 remains the same.

    **SO ORDERED**, on this 19th day of September, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**