**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 68**
**(Incomplete SSNs and/or DOBs on Identification Order Declarations)**

A number of the Identification Order Declarations submitted pursuant to Case Management Order No. 60 are incomplete in that either no Social Security Number ("SSN") and/or Date of Birth ("DOB") was provided, or the SSN and/or DOB provided are facially deficient in some respect. This is unacceptable. Accurate SSN and DOB information for every Eligible Claimant is critical to both the elimination of duplicate claims on the Identification Order Report by the Settlement Data Administrator and the successful administration of the Settlement Program. Moreover, failure to provide an accurate SSN and/or DOB is a violation of CMO 60.

The Settlement Data Administrator has issued a notice to all Eligible Claimants and/or their Primary Counsel whose Identification Order Declaration contains an incomplete SSN and/or DOB. Those Eligible Claimants and/or their Primary Counsel must provide an accurate SSN and DOB through MDL Centrality

by **Monday, September 25, 2023**.  Failure to timely do so will result in dismissal with prejudice **WITHOUT FURTHER NOTICE**.

**SO ORDERED**, on this 21st day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**