## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## CASE MANAGEMENT ORDER NO. 69
### (Post-Settlement Census, DD214, and Plaintiff Fact Sheet Submissions)

Pretrial Order Nos. 18 and 81, and Case Management Order No. 40, set forth initial census and/or DD214 submission requirements and deadlines for all filed cases in this MDL. *See* ECF Nos. 775 & 1848. The deadlines were suspended and reinstated at various stages but the procedural requirements for census and DD214 submissions remained governed by PTOs 18 and 81, and CMO 40. That now changes, given the immediate needs of the litigation following execution of the Combat Arms Master Settlement Agreement. Accurate and complete census and DD214 information for all plaintiffs is necessary without delay for the elimination of duplicate claims, the successful administration of the Settlement Program, and the Court's ability to manage the entire inventory going forward. For these reasons, this Order replaces and supersedes PTOs 18 and 81, and CMO 40, in all respects, and it amends certain census and DD214 submission deadlines in CMO 58 (Settlement

Implementation). The Order also establishes a deficiency process for Plaintiff Fact Sheets submitted pursuant to CMO 58.

1. **<u>Submission Deadlines for Census and DD214 Forms</u>**. All Eligible Claimants who have not already completed and submitted census and DD214 forms through MDL Centrality must do so in accordance with the following deadlines.

a. Eligible Claimants with CAE Claims filed on the MDL Active Docket or Administrative Docket as of August 29, 2023, and who were subject to a census form deadline at that time must serve an accurate and complete census form through MDL Centrality by **Thursday, October 5, 2023**.[1] The original deadline imposed prior to the global resolution no longer applies. A list of the Eligible Claimants to which this paragraph applies is attached as Exhibit A.

b. All other Eligible Claimants must serve accurate and complete census and DD214 forms through MDL Centrality within **fourteen (14) days** after their claim was identified on an Identification Order Declaration, and in no event later than September 26, 2023, which is fourteen (14) days after the Reference Date of September 12, 2023, the last date on which a Declaration could be submitted. *See* CMO 60 (Identification Order), ECF No. 3814.

---

[1] There are no outstanding DD214 deadlines for cases filed as of August 29, 2023.

2. **<u>Deficiency Process for Census Forms and Plaintiff Fact Sheets</u>**.

    a.    This paragraph applies to all census form submissions, as well as Plaintiff Fact Sheets submitted pursuant to CMO 58.  BrownGreer PLC, the Settlement Data Administrator, will issue notice to all Eligible Claimants and/or their Primary Counsel whose census forms and/or Plaintiff Fact Sheets contain deficient responses.[2]  Within **fourteen (14) days** of their deficiency notice date, Eligible Claimants and/or their Primary Counsel must cure the deficiency through MDL Centrality.

    b.    The Settlement Data Administrator has been delegated authority to process census forms, DD214s, and Plaintiff Fact Sheets, including any applicable deficiency process.  See Order of Appointment, ECF No. 3818 at 3-4.  There will be no show cause orders issued in connection with any deficiencies.  Failure to timely and strictly comply with the applicable requirements, deadlines, and/or deficiency notices will result in dismissal with prejudice **WITHOUT FURTHER NOTICE**.

**SO ORDERED**, on this 21st day of September, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] For example, deficient responses regarding dates of military service and/or CAE use include unknown or blank fields for years of service, start or end dates of service, years of CAEv2 use, duration of use, and/or when used.