UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 70**
**(Temporary Prohibition on Submitting Documents**
**to BrownGreer & Archer)**

The Identification phase of the Settlement Program is now complete, and the process for Eligible Claimants to submit Registration Forms, including required signatures and attachments, will soon begin. In the meantime, the Settlement Data Administrator, BrownGreer PLC, and the Settlement Administrator, ARCHER Systems, LLC, are fulfilling their obligations under the Combat Arms Earplugs Master Settlement Agreement and this Court's orders by processing the voluminous data submitted to date and finalizing the tools necessary to the success of the Registration phase. To prevent disruptions to this important and time-sensitive work, Eligible Claimants and/or their counsel are prohibited from submitting documents to BrownGreer and/or Archer until further order. The sole exceptions to this prohibition are for census forms, DD214s, Plaintiff Fact Sheets, and materials responsive to a BrownGreer deficiency notice,

all of which must be timely submitted through MDL Centrality in accordance with prior orders.

**SO ORDERED**, on this 23rd day of September, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**