# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA

# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to: ) | |
| Kennedy Scott ) | |
| Docket No. 8:20-cv-05045 ) | |

Stephen Barnes
Docket No. 7:20-cv-84303

Bobbi Braden
Docket No. 7:20-cv-85660

Benjamin R. Burns
Docket No. 7:20-cv-86068

Charles D. Chafin
Docket No. 7:20-cv-88003

Rick Chavez
Docket No. 7:20-cv-88312

Michael Cline
Docket No. 7:20-cv-48703

Randal Forrester
Docket No. 7:20-cv-93326

Carlos X. Garcia-Martinez

1

Docket No. 7:20-cv-93848

Jobe Hannan

Docket No. 7:20-cv-47804

David Ortiz

Docket No. 7:20-cv-47809

Lovie Robinson

Docket No. 7:20-cv-48014

Gregory Gardner

Docket No. 7:20-cv-56672

Cedric Cook

Docket No. 7:20-cv-56324

Alex Neidlinger

Docket No. 7:20-cv-50812

Jessie Pinedo

Docket No. 7:20-cv-50131

Jeremy Lyon

Docket No. 7:20-cv-94408

Jonathan M. Harrison

Docket No. 7:20-cv-93924

Steven T. Shackelford

Docket No. 7:20-cv-93751

Jose Rocha

Docket No. 7:20-cv-92118

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Kerry Lynn Rhoads of the law firm Segal McCambridge Singer & Mahoney, LTD. withdraws as counsel of record for Defendant, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC, in the above referenced multi-district litigation and individual cases, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(B), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record.

DATED: October 3, 2023

Respectfully submitted,

*/s/ Kerry Lynn Rhoads*
Kerry Lynn Rhoads, MI Bar No. 55679

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
Telephone: (248) 994-0060
Email: krhoads@smsm.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of October, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>*/s/ Kerry Lynn Rhoads*
>Kerry Lynn Rhoads