UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**ORDER**

A number of cases will be dismissed with prejudice by counsel from the Administrative Docket in the near future in connection with the settlement administration process. *See, e.g.*, Order, ECF No. 3900 (requiring dismissal of duplicate cases); Order, ECF No. 3898 (same regarding cases involving overlapping representation). To effectuate those dismissals, counsel must submit a Request for Dismissal with Prejudice from the Administrative Docket through MDL Centrality. A copy of that form is attached as Exhibit A. The Settlement Data Administrator will send the pending dismissal requests to the Court. Submission of a dismissal request will be construed as a stipulation of voluntary dismissal with prejudice and the plaintiff's administrative case will be automatically dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1) without a court order. Consistent with the applicable Orders requiring dismissal of certain categories of cases, any plaintiff who is required to submit a dismissal request but fails to timely do so, will

be dismissed with prejudice by Court Order.  *See, e.g.*, Order, ECF No. 3900; Order, ECF No. 3898.

**SO ORDERED**, on this 6th day of October, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**