# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## CASE MANAGEMENT ORDER NO. 71
### (Post-Identification Order Activities)

On September 27, 2023, the Settlement Data Administrator (BrownGreer PLC) issued to the Court, the MN Court, Negotiating Plaintiffs' Counsel, and Defendants the Identification Order Report required by Section 4.3 of the Combat Arms Master Settlement Agreement ("MSA") compiled from Declarations submitted under CMO No. 60 (Document 3814 entered August 29, 2023) by the September 12, 2023 Reference Date, and the Settlement Administrator (ARCHER Systems, LLC) has initiated the Registration phase under Article 5 of the MSA, Article 6 of MSA III, and Paragraph 2 of CMO No. 58 (Document 3182 entered August 29, 2023). This Order confirms and updates certain requirements of previous Orders implementing the MSA regarding the submission of information and materials by Eligible Claimants and their counsel as the Settlement Program progresses through these stages.

1. **Census Forms and DD214 Forms:** CMO No. 69 (Document 3878 entered September 21, 2023), required (a) Eligible Claimants with CAE Claims on the MDL Active Docket or Administrative Docket as of August 29, 2023, and who were subject to a Census Form deadline at that time to serve an accurate and complete Census Form through MDL Centrality by October 5, 2023; and (b) all other Eligible Claimants to serve an accurate and complete Census Form and DD214 Form through MDL Centrality within 14 days after their claim was identified on an Identification Order Declaration and in no event later than September 26, 2023. Pursuant to Paragraph 2 of CMO No. 69, BrownGreer will issue notice to all Eligible Claimants or their CAE Counsel whose Census Forms contain deficient responses. Within 14 days after the date of such notice, Eligible Claimants or their CAE Counsel must cure the deficiency through MDL Centrality.[1] The Settlement Data Administrator will report to the Court any deficiencies remaining after the deadline to cure. Failure to timely and strictly comply with this requirement will result in dismissal with prejudice **WITHOUT FURTHER NOTICE.** BrownGreer

---

[1] The Settlement Data Administrator has been delegated authority to process census forms, DD214s, and Plaintiff Fact Sheets, including any applicable deficiency process. *See* Order of Appointment, ECF No. 3818 at 3-4. There will be no show cause orders issued in connection with any deficiencies.

promptly will provide to ARCHER all updated Census Form information it receives on MDL Centrality.

2.     **Litigating Plaintiffs Under CMO No. 57:**  All individuals with CAE Claims not participating in the Settlement Program and having not withdrawn and dismissed their claims with prejudice thereby are Litigating Plaintiffs under CMO No. 57, must submit to BrownGreer using MDL Centrality all the information and materials required by CMO No. 57. ARCHER will report to BrownGreer and the Court information on the Eligible Claimants on the Identification Order Report who through Registration elect to forgo participating in the Settlement and become Litigating Plaintiffs.

3.     **Submission of Information and Materials After the Registration Phase Begins:**  The temporary prohibition on submitting documents to BrownGreer and ARCHER in CMO No. 70 (Document 3884 entered September 23, 2023) is superseded by this Order. On CAE Counsel's or an Eligible Claimant's receipt of the Registration Form from ARCHER, submissions of injury record information and materials pertaining to such Eligible Claimant are to be made to ARCHER using the following instructions as provided by ARCHER:

1. Consistent with the Registration Form instructions in the ARCHER Registration Portal, identify the date of the DOEHRS records containing Eligible Claimant's reference and injury audiograms and/or record of tinnitus.

2. If the reference and/or injury audiograms or tinnitus records are not in DOEHRS, upload the Eligible Claimant's injury record set with injury information bookmarked and highlighted which includes:

    (a) A reference audiogram;
    (b) An injury audiogram; and
    (c) Records showing references to tinnitus.

Claimants who fail to follow these instructions when submitting their records to Archer are subject to dismissal with prejudice.

**SO ORDERED**, on this 6th day of October, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**