## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

### <u>ORDER</u>

It has been reported to the Court  that claimants in this litigation have received phone calls from bad actors posing as the Settlement Administrator, ARCHER Systems, LLC, and requesting that the claimants verify sensitive personal information, such as Social Security Numbers and Dates of Birth in order to confirm participation in the settlement.   Apparently, ARCHER's dedicated 3M CAE Claimant contact number has been posted online (*e.g*., Reddit) and the bad actors are using that number to disguise their caller ID information to make it appear that their calls to claimants are coming from ARCHER's dedicated 3M CAE Claimant number.  Claimants are hereby notified that **THIS IS A SCAM**, and the Federal Bureau of Investigation has been notified of the attempted fraud/identity theft.  In the meantime, all claimants need to be aware that this is happening and be vigilant about protecting their sensitive personal information from potential scammers.

To be clear, ARCHER is not directly contacting claimants unsolicited; rather ARCHER is only contacting claimants who have submitted an inquiry to ARCHER.

Additionally, ARCHER does not employ or utilize an auto dialer or auto caller bots through its call center(s) or to communicate with claimants. ARCHER will never request a claimant's full SSN by telephone. When communicating with a claimant, ARCHER verifies the claimant's identity by requesting the claimant's name, date of birth, and representing CAE law firm. If multiple claimants with the same name and date of birth are represented by the same law firm, then ARCHER will verify a claimant's identity by requesting the **last four digits** of the claimant's SSN only. **CLAIMANTS SHOULD NEVER SHARE THEIR FULL SSN BY TELEPHONE, ESPECIALLY IN RESPONSE TO AN UNSOLICITED CALL**.

Should a claimant receive an unsolicited communication from a person or entity representing themselves as ARCHER—or representing themselves as any other person or entity associated with this litigation and/or the settlement program— the claimant should end the call (or not return the call, in the case of a voicemail) and immediately advise their counsel of the communication. If the unsolicited communication is an email, the claimant should not respond to the email and, instead, should forward it to his/her counsel. Last, claimants should be extremely cautious about the information they post online regarding the settlement program, their individual claims, and their own identities. The genesis of the current attempted fraud appears to be settlement program information posted on Reddit that was

captured and manipulated by bad actors. Posting such information on social media or elsewhere increases the risk that claimants will be targeted by fraudulent schemes, which ultimately can impact the entire settlement program.

Because it is imperative that all claimants be made aware of the attempted fraud and how to handle unsolicited communications regarding their CAE Claims, Primary Counsel are directed to send a copy of this Order to all of their clients with instructions on how claimants should advise the firm of these unsolicited communications in the future (*e.g.*, email address or phone number). The Clerk is directed to send a copy of this Order to the address of record for all *pro se* claimants. A copy will also be posted on the Court's public website for the 3M MDL. Should Primary Counsel be advised of any such unsolicited communications, they must immediately contact Archer or lead plaintiff's counsel Bryan Aylstock.

**SO ORDERED**, on this 14th day of October, 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**