UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Claimants Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 74**
**(Notice and Order to MSA I Eligible Claimants and Primary Counsel)**

The Initial Registration Date for MSA I Eligible Claimants is January 25, 2023. *See* CMO 72 (Registration Deadlines), ECF No. 3933. Registration Forms were sent to the claimants identified on Exhibit A between October 25, 2023 and today, and before that, to their Primary Counsel. Surprisingly, as of now, a staggering 30,101 claimants have not so much as logged in to Archer's settlement portal to review their Registration Forms, much less made an election regarding participation in the settlement program. Archer has repeatedly attempted to contact these claimants to encourage them to log in and review their Registration Form, albeit to no avail. This development is concerning given the impending initial registration deadline and the consequences for failing to timely register. Pursuant to MSA I, ECF No. 3809-1 at 16, and Case Management Order No. 58 (Settlement Implementation), ECF No. 3812 at 2, Eligible Claimants who fail to timely submit a Registration Form reflecting their election are ineligible to

participate in the settlement program, and their filed cases will be dismissed with prejudice.[1]

At this time, Primary Counsel for the claimants identified on Exhibit A are directed to contact their clients about their Registration Forms, advise and assist them in navigating the registration process, and explain the consequences for failing to timely register their election. Maintaining communication with a client concerning his or her case and any potential settlement is a fundamental professional obligation of all attorneys. In this context, particularly given the reported instances of attempted scammer activity, an attorney's obligation to communicate with his or her clients regarding the requirements of the settlement program is paramount. Failure to do so may result in sanctions against counsel.

**SO ORDERED**, on this 17th day of November, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] No claimant is required to participate in the settlement program but every eligible claimant is required to make an election as to whether or not to participate and so notify the Settlement Administrator and thus the Court. A claimant's failure to do so will deprive the claimant of the opportunity to participate in the settlement as well as the opportunity to continue as a Litigating Plaintiff in the MDL.