**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Claimants Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 75**
**(Post-Settlement Census Form Deficiencies)**

The claimants identified on Exhibit A submitted census forms with deficient responses and remained non-compliant after the deficiency process outlined in Case Management Order No. 69 (Post-Settlement Census, DD214, and Plaintiff Fact Sheet Submissions), ECF No. 3878.  Plaintiffs' leadership and 3M have reviewed the claimant list and agreed that the respective deficiencies are not a barrier to settlement participation because there is sufficient information in each claimant's DD214 and DOEHRS data to provide a Registration Form, and the identified inconsistencies and/or missing information will be addressed through the registration process.  The Court hereby adopts the parties' agreement to allow these claimants to participate in the settlement program.  However, the claimants are advised that the identified census form deficiencies *will* be an impediment to any continued pursuit of their claims against 3M as a Litigating Plaintiff.  To the extent a claimant identified on Exhibit A elects not to participate in the settlement, he or she must cure

the outstanding census form deficiency within seven (7) days of making the election. Failure to timely correct the census form deficiency will result in dismissal with prejudice.

**SO ORDERED**, on this 20th day of November, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**