| | | Census Form Deficiencies (As of 11/20/2023) | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** | **Active Docket Case Number** |
| 1 | 390381 | Blackston, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 3:23-cv-11884-MCR-HTC |
| 2 | 390409 | Johnson, Toy | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 3:23-cv-11912-MCR-HTC |
| 3 | 98626 | Medeiros, James Sylvester | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-01057-MCR-HTC | |
| 4 | 411467 | Miller, Daniel Eugene | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-04942-MCR-HTC | |
| 5 | 415345 | Mitchell, William | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-02654-MCR-HTC | |
| 6 | 411138 | Rine, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-05293-MCR-HTC | |
| 7 | 411288 | Roberts, Geraldo Ray | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-04583-MCR-HTC | |
| 8 | 410541 | Sherwood, James E. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-01041-MCR-HTC | |
| 9 | 390445 | Smith, Sean | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 3:23-cv-11924-MCR-HTC |
| 10 | 411263 | Vazquez, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-04514-MCR-HTC | |
| 11 | 221134 | Weers, Kyle | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 8:20-cv-65066-MCR-HTC |
| 12 | 390468 | Williams, Doyle | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 3:23-cv-11851-MCR-HTC |
| 13 | 413015 | Wiseman, Jeffrey Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-06789-MCR-HTC | |
| 14 | 427576 | Barnes, Sandra | Brent Coon & Associates | | 8:23-cv-00710-MCR-HTC |
| 15 | 427587 | Brown, Dana | Brent Coon & Associates | | 8:23-cv-00578-MCR-HTC |
| 16 | 427252 | Ohm, Jason | Brent Coon & Associates | | 8:23-cv-00657-MCR-HTC |
| 17 | 427347 | Ward, Joann | Brent Coon & Associates | | 8:23-cv-00750-MCR-HTC |
| 18 | 427350 | Watts, William | Brent Coon & Associates | | 8:23-cv-00793-MCR-HTC |
| 19 | 448185 | Abraham, Timothy | Watts Guerra, LLP | 9:23-cv-23775-MCR-HTC | |
| 20 | 448717 | Azocar, Rene | Watts Guerra, LLP | 9:23-cv-34597-MCR-HTC | |
| 21 | 446693 | Ball, Bryson | Watts Guerra, LLP | 9:23-cv-31043-MCR-HTC | |
| 22 | 435717 | Baskas, Daniel | Watts Guerra, LLP | 9:23-cv-19360-MCR-HTC | |
| 23 | 446558 | Bates, Jimmy | Watts Guerra, LLP | 9:23-cv-22513-MCR-HTC | |
| 24 | 448425 | Baughman, James | Watts Guerra, LLP | 9:23-cv-34194-MCR-HTC | |
| 25 | 448692 | Bigham, Scott | Watts Guerra, LLP | 9:23-cv-24268-MCR-HTC | |
| 26 | 447128 | Bodtke, Benjamin | Watts Guerra, LLP | 9:23-cv-31338-MCR-HTC | |
| 27 | 447569 | Boyer, Benjamin | Watts Guerra, LLP | 9:23-cv-23427-MCR-HTC | |
| 28 | 446577 | Brooks, Chad | Watts Guerra, LLP | 9:23-cv-30825-MCR-HTC | |
| 29 | 446590 | Broome, Jason | Watts Guerra, LLP | 9:23-cv-30855-MCR-HTC | |
| 30 | 448731 | Buchwald, Carey | Watts Guerra, LLP | 9:23-cv-34620-MCR-HTC | |
| 31 | 448314 | Campbell, Zachary | Watts Guerra, LLP | 9:23-cv-23898-MCR-HTC | |
| 32 | 447006 | Card, Eric | Watts Guerra, LLP | 9:23-cv-16343-MCR-HTC | |
| 33 | 447010 | Carey, Thomas | Watts Guerra, LLP | 9:23-cv-16362-MCR-HTC | |
| 34 | 448720 | Cavazospadron, Cesar | Watts Guerra, LLP | 9:23-cv-24351-MCR-HTC | |
| 35 | 447354 | Clements, Errol | Watts Guerra, LLP | 9:23-cv-23315-MCR-HTC | |
| 36 | 447390 | Collins, Allen | Watts Guerra, LLP | 9:23-cv-31959-MCR-HTC | |
| 37 | 448204 | Coons, Matt | Watts Guerra, LLP | 9:23-cv-33674-MCR-HTC | |
| 38 | 448602 | Coppernoll, Cody | Watts Guerra, LLP | 9:23-cv-21786-MCR-HTC | |
| 39 | 447064 | Corbett, Ian | Watts Guerra, LLP | 9:23-cv-23057-MCR-HTC | |
| 40 | 448045 | Cormier, Kevin | Watts Guerra, LLP | 9:23-cv-33380-MCR-HTC | |

| | Census Form Deficiencies (As of 11/20/2023) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** | **Active Docket Case Number** |
| 41 | 447249 | Delcollo, Timothy | Watts Guerra, LLP | 9:23-cv-23235-MCR-HTC | |
| 42 | 448694 | Dreslinski, Dylan | Watts Guerra, LLP | 9:23-cv-24277-MCR-HTC | |
| 43 | 446972 | Dufresne, Joseph | Watts Guerra, LLP | 9:23-cv-22983-MCR-HTC | |
| 44 | 446899 | Durham, Jimmy | Watts Guerra, LLP | 9:23-cv-22818-MCR-HTC | |
| 45 | 447541 | Flores, Jeffery | Watts Guerra, LLP | 9:23-cv-32297-MCR-HTC | |
| 46 | 448152 | Foster, Timothy | Watts Guerra, LLP | 9:23-cv-23760-MCR-HTC | |
| 47 | 446925 | Fowler, Quentin | Watts Guerra, LLP | 9:23-cv-22860-MCR-HTC | |
| 48 | 440180 | Frazier, Sean | Watts Guerra, LLP | 9:23-cv-19860-MCR-HTC | |
| 49 | 447681 | Gaston, Timothy | Watts Guerra, LLP | 9:23-cv-32608-MCR-HTC | |
| 50 | 446686 | Gilmore, Matt | Watts Guerra, LLP | 9:23-cv-15822-MCR-HTC | |
| 51 | 441364 | Gomez, Roland | Watts Guerra, LLP | 9:23-cv-25085-MCR-HTC | |
| 52 | 446731 | Gomez, William | Watts Guerra, LLP | 9:23-cv-22664-MCR-HTC | |
| 53 | 448901 | Green, James | Watts Guerra, LLP | 9:23-cv-31395-MCR-HTC | |
| 54 | 447914 | Gutierrez, Genaro | Watts Guerra, LLP | 9:23-cv-23623-MCR-HTC | |
| 55 | 71718 | Hahn, Michael | Watts Guerra, LLP | 9:23-cv-18032-MCR-HTC | |
| 56 | 448649 | Hall, Keith | Watts Guerra, LLP | 9:23-cv-34525-MCR-HTC | |
| 57 | 437236 | Harris, Joshua | Watts Guerra, LLP | 9:23-cv-19405-MCR-HTC | |
| 58 | 452689 | Harris, Ken | Watts Guerra, LLP | 9:23-cv-19939-MCR-HTC | |
| 59 | 447367 | Hauser, Cory | Watts Guerra, LLP | 9:23-cv-17110-MCR-HTC | |
| 60 | 447691 | Hawks, Bryan | Watts Guerra, LLP | 9:23-cv-32631-MCR-HTC | |
| 61 | 447032 | Hengst, Mervin | Watts Guerra, LLP | 9:23-cv-31129-MCR-HTC | |
| 62 | 446809 | Henry, John | Watts Guerra, LLP | 9:23-cv-16000-MCR-HTC | |
| 63 | 447395 | Hickle, Austin | Watts Guerra, LLP | 9:23-cv-23326-MCR-HTC | |
| 64 | 448834 | Hollingshead, Justin | Watts Guerra, LLP | 9:23-cv-21956-MCR-HTC | |
| 65 | 447374 | Hughes, Juin | Watts Guerra, LLP | 9:23-cv-31918-MCR-HTC | |
| 66 | 438796 | Humpherys, Daniel | Watts Guerra, LLP | 9:23-cv-18715-MCR-HTC | |
| 67 | 448369 | Hymes, Adam | Watts Guerra, LLP | 9:23-cv-34047-MCR-HTC | |
| 68 | 447396 | Ifft, Joseph | Watts Guerra, LLP | 9:23-cv-31974-MCR-HTC | |
| 69 | 448744 | Jackson, James | Watts Guerra, LLP | 9:23-cv-24381-MCR-HTC | |
| 70 | 447911 | Johnson, Curtis | Watts Guerra, LLP | 9:23-cv-33073-MCR-HTC | |
| 71 | 447214 | Jones, Andy | Watts Guerra, LLP | 9:23-cv-31521-MCR-HTC | |
| 72 | 447274 | Jones, Desmond | Watts Guerra, LLP | 9:23-cv-23265-MCR-HTC | |
| 73 | 447802 | Jordan, Earnest | Watts Guerra, LLP | 9:23-cv-32854-MCR-HTC | |
| 74 | 446445 | Khan, Joseph | Watts Guerra, LLP | 9:23-cv-18658-MCR-HTC | |
| 75 | 446867 | Koss, Timothy | Watts Guerra, LLP | 9:23-cv-16089-MCR-HTC | |
| 76 | 448883 | Leal, Hector | Watts Guerra, LLP | 9:23-cv-24469-MCR-HTC | |
| 77 | 447775 | Lindsey, Lance | Watts Guerra, LLP | 9:23-cv-17923-MCR-HTC | |
| 78 | 447891 | Lisbon, Christopher | Watts Guerra, LLP | 9:23-cv-21203-MCR-HTC | |
| 79 | 447959 | Lockard, Brandee | Watts Guerra, LLP | 9:23-cv-33156-MCR-HTC | |
| 80 | 446752 | Madden, David | Watts Guerra, LLP | 9:23-cv-15923-MCR-HTC | |

EXHIBIT A

| | | Census Form Deficiencies<br>(As of 11/20/2023) | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** | **Active Docket Case Number** |
| 81 | 448067 | Marrin, Harry | Watts Guerra, LLP | 9:23-cv-23675-MCR-HTC | |
| 82 | 447915 | Mcgahee, Christopher | Watts Guerra, LLP | 9:23-cv-23625-MCR-HTC | |
| 83 | 446940 | Mcswain, Charles | Watts Guerra, LLP | 9:23-cv-16224-MCR-HTC | |
| 84 | 448808 | Medley, Keith | Watts Guerra, LLP | 9:23-cv-24413-MCR-HTC | |
| 85 | 448084 | Mendoza, Stephen | Watts Guerra, LLP | 9:23-cv-23710-MCR-HTC | |
| 86 | 448099 | Meola, Daniel | Watts Guerra, LLP | 9:23-cv-33467-MCR-HTC | |
| 87 | 448595 | Miller, Lonnie | Watts Guerra, LLP | 9:23-cv-21781-MCR-HTC | |
| 88 | 448415 | Mills, Cory | Watts Guerra, LLP | 9:23-cv-34171-MCR-HTC | |
| 89 | 447494 | Morgan, David | Watts Guerra, LLP | 9:23-cv-17297-MCR-HTC | |
| 90 | 453007 | Morris, Ray | Watts Guerra, LLP | 9:23-cv-19637-MCR-HTC | |
| 91 | 447790 | Moyer, Chad | Watts Guerra, LLP | 9:23-cv-32821-MCR-HTC | |
| 92 | 447835 | Navari, Paul | Watts Guerra, LLP | 9:23-cv-32923-MCR-HTC | |
| 93 | 448015 | Nealon, Matthew | Watts Guerra, LLP | 9:23-cv-33303-MCR-HTC | |
| 94 | 448332 | Nichols, Thomas | Watts Guerra, LLP | 9:23-cv-33957-MCR-HTC | |
| 95 | 443942 | Nickels, Jason | Watts Guerra, LLP | 9:23-cv-18652-MCR-HTC | |
| 96 | 447296 | Nickola, Justin | Watts Guerra, LLP | 9:23-cv-16992-MCR-HTC | |
| 97 | 446884 | Nisbet, Russell | Watts Guerra, LLP | 9:23-cv-31544-MCR-HTC | |
| 98 | 447874 | Odell, Cody | Watts Guerra, LLP | 9:23-cv-21191-MCR-HTC | |
| 99 | 437381 | Olson, David | Watts Guerra, LLP | 9:23-cv-18574-MCR-HTC | |
| 100 | 448238 | Otteni, Kevin | Watts Guerra, LLP | 9:23-cv-21503-MCR-HTC | |
| 101 | 443446 | Owens, Richard | Watts Guerra, LLP | 9:23-cv-18577-MCR-HTC | |
| 102 | 443208 | Parker, Nicholas | Watts Guerra, LLP | 9:23-cv-20061-MCR-HTC | |
| 103 | 448432 | Perhus, James | Watts Guerra, LLP | 9:23-cv-21643-MCR-HTC | |
| 104 | 448428 | Poff, Brian | Watts Guerra, LLP | 9:23-cv-34202-MCR-HTC | |
| 105 | 448292 | Poole, Corey | Watts Guerra, LLP | 9:23-cv-21525-MCR-HTC | |
| 106 | 446679 | Poore, Gregory | Watts Guerra, LLP | 9:23-cv-31007-MCR-HTC | |
| 107 | 446600 | Powell, Marvin | Watts Guerra, LLP | 9:23-cv-30877-MCR-HTC | |
| 108 | 446950 | Pruitt, John | Watts Guerra, LLP | 9:23-cv-16253-MCR-HTC | |
| 109 | 447597 | Ralston, Bruce | Watts Guerra, LLP | 9:23-cv-17535-MCR-HTC | |
| 110 | 447438 | Rawlings, Gerald | Watts Guerra, LLP | 9:23-cv-32095-MCR-HTC | |
| 111 | 446535 | Ray, Bradley | Watts Guerra, LLP | 9:23-cv-22508-MCR-HTC | |
| 112 | 447369 | Raynor, Adam | Watts Guerra, LLP | 9:23-cv-17118-MCR-HTC | |
| 113 | 447170 | Repka, Joshua | Watts Guerra, LLP | 9:23-cv-16826-MCR-HTC | |
| 114 | 446829 | Rigdon, Thomas | Watts Guerra, LLP | 9:23-cv-16046-MCR-HTC | |
| 115 | 447492 | Robinson, Matthew | Watts Guerra, LLP | 9:23-cv-32187-MCR-HTC | |
| 116 | 447842 | Robison, Matthew | Watts Guerra, LLP | 9:23-cv-32940-MCR-HTC | |
| 117 | 447337 | Sanford, Dana | Watts Guerra, LLP | 9:23-cv-23298-MCR-HTC | |
| 118 | 448656 | Shaffer, Bobby | Watts Guerra, LLP | 9:23-cv-21821-MCR-HTC | |
| 119 | 448909 | Shaw, Jacob | Watts Guerra, LLP | 9:23-cv-22013-MCR-HTC | |
| 120 | 447556 | Slusser, Lee | Watts Guerra, LLP | 9:23-cv-17470-MCR-HTC | |

**EXHIBIT A**

| | Census Form Deficiencies (As of 11/20/2023) | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Plaintiff Name** | **Law Firm Name** | **Admin Docket Case Number** | **Active Docket Case Number** |
| **121** | 448284 | Smith, Everett | Watts Guerra, LLP | 9:23-cv-33835-MCR-HTC | |
| **122** | 447896 | Stadelmaier, Ryan | Watts Guerra, LLP | 9:23-cv-33040-MCR-HTC | |
| **123** | 447425 | Stanley, Jeffry | Watts Guerra, LLP | 9:23-cv-17176-MCR-HTC | |
| **124** | 452544 | Strasser, Donald | Watts Guerra, LLP | 9:23-cv-19926-MCR-HTC | |
| **125** | 447324 | Thompson, Brad | Watts Guerra, LLP | 9:23-cv-31817-MCR-HTC | |
| **126** | 448462 | Thompson, Chris | Watts Guerra, LLP | 9:23-cv-24031-MCR-HTC | |
| **127** | 448542 | Vanorman, Tyler | Watts Guerra, LLP | 9:23-cv-21725-MCR-HTC | |
| **128** | 453908 | Vigil, Joshua | Watts Guerra, LLP | 9:23-cv-19366-MCR-HTC | |
| **129** | 448137 | Wass, Michael | Watts Guerra, LLP | 9:23-cv-33549-MCR-HTC | |
| **130** | 441838 | Watts, David | Watts Guerra, LLP | 9:23-cv-24466-MCR-HTC | |
| **131** | 448285 | Wells, Daniel | Watts Guerra, LLP | 9:23-cv-33839-MCR-HTC | |
| **132** | 447925 | White, Michael | Watts Guerra, LLP | 9:23-cv-21224-MCR-HTC | |
| **133** | 448592 | Whitfield, William | Watts Guerra, LLP | 9:23-cv-34437-MCR-HTC | |
| **134** | 448222 | Yashinski, Joshua | Watts Guerra, LLP | 9:23-cv-33739-MCR-HTC | |
| **135** | 434318 | Zamora, George | Watts Guerra, LLP | 9:23-cv-14223-MCR-HTC | |