**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 76**
**(Loss of Consortium Claims)**

This Order addresses the procedures for resolving loss of consortium claims ("LOC") in connection with the settlement program. While LOC is a derivative claim, it nonetheless is distinct from the injury claim of the Eligible Claimant. Consequently, an Eligible Claimant may *not* execute a Registration Form/Release releasing his or her spouse's LOC claim. The following procedures govern the resolution of spousal LOC claims.

**A.     Living Spouse.** LOC claims involving a living spouse (including estranged spouses or divorces), must be resolved by either: (1) the filing of a voluntary dismissal with prejudice of the LOC claim by counsel; or (2) the Eligible Claimant's living spouse personally executing the Release. ARCHER's Spouse Signature Guide, which is attached as Exhibit A, details the steps for providing the spouse's signature.

B. **Deceased Spouse**.  LOC claims involving a now-deceased spouse must be resolved either by: (1) counsel filing a voluntary dismissal with prejudice of the LOC claim; or (2) counsel filing a motion to substitute a duly appointed personal representative of the deceased spouse as the proper party under Federal Rule of Civil Procedure 25, the Court ordering substitution of that party, and that party thereafter executing a Release.

**SO ORDERED**, on this 20th day of November, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**