# EXHIBIT A



# 3M Registration Form – Spouse Signature Guide

As part of the 3M Earplugs Settlement, claimants are required to complete and submit a Registration Form.

While completing the Registration Form, a claimant is asked to respond to questions regarding the Eligible Claimant's Spouse.

The purpose of this guide is to help explain these questions and assist with common mistakes associated with them.

### Section 1.A - Question 8

**Question:**  Was there a lawsuit filed on behalf of the claimant's spouse?

**Explanation:**  If the spouse was included in the Complaint or if a Loss of Consortium claim was considered, this field should be marked as "Yes."



### Section 1.A - Question 8.a.

**Question:**  Spouse Name

**Explanation:**  This is the space provided for the name of the Spouse of the Eligible Claimant and should be prepopulated.



## Section 7 – Certification and Signature

**Explanation**   If "Yes" is selected for question 8 in Section 1.A (referenced above), an additional signature from the spouse of the Eligible Claimant will be required. For the purposes of this section, and in the interest of clarity, this is the signature of the same spouse referenced in response to Section 1.A - Question 8.a..

The Eligible Claimant should **NOT** sign a second time.

**ONLY THE SPOUSE SHOULD SIGN**.



3300 Duval Road, Suite 250,  Austin, TX 78759   •   info@archersystems.com   •   512.382.5100