UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

The Court previously entered Orders establishing a Combat Arms Earplugs Qualified Settlement Fund ("QSF") and Combat Arms Earplugs Common Benefit Qualified Settlement Fund ("CB QSF"), and appointing ARCHER Systems, LLC ("ARCHER") and Certified Public Accountant Randall L. Sansom as QSF Co-Administrators. *See* ECF Nos. 3816, 3856, 3859.[1] This Order amends those Orders by removing ARCHER as a QSF Co-Administrator and substituting BrownGreer PLC in its place; CPA Randall L. Sansom will continue in his role as QSF Co-Administrator.[2] BrownGreer is authorized to perform all activities necessary to administer the QSF and CB QSF, as provided for in the applicable orders, and must

---

[1] *See* Order of Appointment (Settlement Administrator; Settlement Allocation Master, and EIF Special Master), ECF No. 3816; Order Establishing the Combat Arms Earplugs Qualified Settlement Fund, ECF No. 3856; Order Establishing the Combat Arms Earplugs Common Benefit Qualified Settlement Fund, ECF No. 3859.

[2] The Court anticipates that the Order of Appointment, ECF No. 3816, will be amended in other respects in the future.

fulfill all responsibilities required of the QSF Co-Administrators pursuant to those orders. ARCHER is hereby relieved of any future obligations or responsibilities with respect to the QSF and CB QSF.

**SO ORDERED**, on this 22nd day of November, 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**