UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibits A & B | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

This Order addresses overlapping representation issues which the Court ordered the respective Primary Counsel firms to resolve by November 21, 2023. *See* ECF No. 3927. Exhibit A identifies overlapping resolution issues that were not resolved by the deadline and which are thus subject to the earliest-filed rule that has been adopted in this context. *See id*. Exhibit B identifies overlapping resolution issues that were resolved by agreement, and those duplicate cases will be dismissed consistent with those agreements. *See* ECF No. 3916. Accordingly:

1. The claimants identified on Exhibit A are deemed represented by the Primary Counsel firm who filed the earliest respective case, the MDL-Centrality PID created by that Primary Counsel firm is deemed the claimant's operative PID, and the earliest-filed case for each claimant is deemed the claimant's operative case. All cases associated with each claimant on Exhibit A, except for the earliest-filed case, are hereby **DISMISSED WITH PREJUDICE**.

2. The claimants identified on Exhibit B are deemed represented by the "Continuing" Primary Counsel firm indicated on the exhibit, the MDL-Centrality PID created by that Primary Counsel firm is deemed the claimant's operative PID, and the case filed by that Primary Counsel

firm is deemed the operative case. All cases associated with each claimant on Exhibit B, except for the operative case filed by the Continuing Primary Counsel, are hereby **DISMISSED WITH PREJUDICE**.

3. The Settlement Data Administrator is directed to close all but the operative MDL-Centrality PID for each of the claimants, merge all documents associated with each claimant's duplicate PID(s) into the operative PID, and issue notice to Primary Counsel when the process is complete.

4. The Clerk is directed to enter this Order on the MDL docket and on the individual dockets, and close the dismissed cases in their entirety for all purposes.

**SO ORDERED**, on this 22nd day of November, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**