EXHIBIT A

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
|  | Unresolved Overlaps from 11/14/2023 Order |||||||||
| 1 | 129782 | Austin, Bridget | Junell & Associates, PLLC | | 7:20-cv-51235-MCR-HTC | 2/10/2020 | 129782; 146733 | Continues |
| 2 | 146733 | Austin, Bridget | The Murray Law Firm | 8:20-cv-40078-MCR-HTC | | 3/13/2020 | 129782; 146733 | To Be Closed/Dismissed |
| 3 | 131175 | Edwards, Wade | Junell & Associates, PLLC | | 7:20-cv-55221-MCR-HTC | 2/10/2020 | 131175; 435035 | Continues |
| 4 | 435035 | Kenneth, Edwards | Watts Guerra, LLP | 9:23-cv-15095-MCR-HTC | | 9/21/2023 | 131175; 435035 | To Be Closed/Dismissed |
| 5 | 134042 | Pretz, John | Junell & Associates, PLLC | | 7:20-cv-61277-MCR-HTC | 2/10/2020 | 134042; 342846 | Continues |
| 6 | 342846 | Pretz, John | Keller Postman | | 7:21-cv-61921-MCR-HTC | 9/2/2021 | 134042; 342846 | To Be Closed/Dismissed |
| 7 | 15271 | Gurtner, Benjamin | Pulaski Law Firm, PLLC | 7:20-cv-02378-MCR-HTC | | 1/10/2020 | 15271; 96684 | Continues |
| 8 | 96684 | Gurtner, Benjamin | The Murray Law Firm | | 8:20-cv-36027-MCR-HTC | 3/13/2020 | 15271; 96684 | To Be Closed/Dismissed |
| 9 | 173839 | Evans, Robert | Heninger Garrison Davis, LLC | | 7:20-cv-64858-MCR-HTC | 2/7/2020 | 173839; 415874 | Continues |
| 10 | 415874 | Israel, Asriel | The Russo Firm | 9:23-cv-02794-MCR-HTC | | 9/12/2023 | 173839; 415874 | To Be Closed/Dismissed |
| 11 | 174539 | Rutter, Jeffrey | Charles E. Boyk Law Offices, LLC | | 7:20-cv-79994-MCR-HTC | 2/10/2020 | 174539; 443645 | Continues |
| 12 | 443645 | Rutter, Jeff | Watts Guerra, LLP | 9:23-cv-29807-MCR-HTC | | 9/22/2023 | 174539; 443645 | To Be Closed/Dismissed |
| 13 | 180798 | Stodgel, Peter | Heninger Garrison Davis, LLC | | 8:20-cv-21369-MCR-HTC | 3/13/2020 | 180798; 287006 | Continues |
| 14 | 287006 | Stodgel, Peter | Simmons Hanly Conroy | | 7:21-cv-05130-MCR-HTC | 1/27/2021 | 180798; 287006 | To Be Closed/Dismissed |
| 15 | 19566 | Bauman, Chris W. | Johnson Law Group | 7:20-cv-84434-MCR-HTC | | 2/10/2020 | 19566; 137024 | Continues |
| 16 | 137024 | Bauman, Chris | Keller Postman | | | | 19566; 137024 | To Be Closed/Dismissed |
| 17 | 197543 | Alvarez, Julian Enriquez | Law Office of Paul Mankin, APC | | 8:20-cv-40849-MCR-HTC | 4/10/2020 | 197543; 216647 | Continues |
| 18 | 216647 | Enriquez, Julian | Pulaski Law Firm, PLLC | 8:20-cv-64707-MCR-HTC | | 6/16/2020 | 197543; 216647 | To Be Closed/Dismissed |
| 19 | 233590 | Miller, Christopher | Cory Watson | | 8:20-cv-80879-MCR-HTC | 6/25/2020 | 233590; 383259 | Continues |
| 20 | 383259 | Miller, Christopher | The Kuykendall Group LLc | | 3:23-cv-02762-MCR-HTC | 2/2/2023 | 233590; 383259 | To Be Closed/Dismissed |
| 21 | 270055 | Coleman, Philip | Laminack Pirtle & Martines | | 9:20-cv-17792-MCR-HTC | 12/8/2020 | 270055; 299718 | Continues |
| 22 | 299718 | Coleman, Philip | Heninger Garrison Davis, LLC | | 7:21-cv-40877-MCR-HTC | 7/13/2021 | 270055; 299718 | To Be Closed/Dismissed |
| 23 | 287371 | Fry, Kellyn | Heninger Garrison Davis, LLC | 7:21-cv-40133-MCR-HTC | | 7/13/2021 | 287371; 365573 | Continues |
| 24 | 365573 | Fry, Kellyn | Kirkendall Dwyer LLP | | 3:22-cv-10597-MCR-HTC | 7/26/2022 | 287371; 365573 | To Be Closed/Dismissed |
| 25 | 321940 | Laton, Christopher Ray | The Kuykendall Group LLc | | 7:21-cv-42186-MCR-HTC | 7/7/2021 | 299391; 321940 | Continues |
| 26 | 299391 | Laton, Christopher | Heninger Garrison Davis, LLC | 7:21-cv-40290-MCR-HTC | | 7/13/2021 | 299391; 321940 | To Be Closed/Dismissed |
| 27 | 322078 | Chandler, Drexel Leon | The Kuykendall Group LLc | | 7:21-cv-42324-MCR-HTC | 7/7/2021 | 322078; 424198 | Continues |
| 28 | 424198 | Chandler, Drexel | Thomas J Henry | | 7:23-cv-02948-MCR-HTC | 9/19/2023 | 322078; 424198 | To Be Closed/Dismissed |
| 29 | 346274 | Armstrong, Teresa | Shunnarah Vail Trial Attorneys, P.C. | | 7:21-cv-63410-MCR-HTC | 9/10/2021 | 346274; 357720 | Continues |
| 30 | 357720 | Armstrong, Teresa | Heninger Garrison Davis, LLC | | 3:22-cv-02797-MCR-HTC | 3/4/2022 | 346274; 357720 | To Be Closed/Dismissed |
| 31 | 355175 | Stewart, Murray | The Kuykendall Group LLc | | 3:21-cv-04538-MCR-HTC | 12/20/2021 | 355175; 408445 | Continues |
| 32 | 408445 | Stewart, Murray Eugene | Parafinczuk Wolf, P.A. | 9:23-cv-03652-MCR-HTC | | 9/12/2023 | 355175; 408445 | To Be Closed/Dismissed |
| 33 | 356853 | Brown, Brady Daniel | Environmental Litigation Group PC | | 3:22-cv-04687-MCR-HTC | 3/28/2022 | 356853; 424108 | Continues |
| 34 | 424108 | Brown, Brady | Thomas J Henry | | 7:23-cv-02642-MCR-HTC | 9/18/2023 | 356853; 424108 | To Be Closed/Dismissed |
| 35 | 358049 | Hankerson, Brian | Heninger Garrison Davis, LLC | | 3:22-cv-04169-MCR-HTC | 3/18/2022 | 358049; 360909 | Continues |
| 36 | 360909 | Hankerson, Brian | The Kuykendall Group LLc | | 3:22-cv-05437-MCR-HTC | 4/20/2022 | 358049; 360909 | To Be Closed/Dismissed |
| 37 | 360823 | Woods, Patrick | Heninger Garrison Davis, LLC | | 3:22-cv-05966-MCR-HTC | 5/5/2022 | 360823; 361374 | Continues |

**EXHIBIT A**

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
|  | Unresolved Overlaps from 11/14/2023 Order | | | | | | | |
| 38 | 361374 | Woods, Gregory Patrick | Law Office of Paul Mankin, APC | | 3:22-cv-06444-MCR-HTC | 5/17/2022 | 360823; 361374 | To Be Closed/Dismissed |
| 39 | 363486 | Flores, Benjamin | Junell & Associates, PLLC | | 3:22-cv-08789-MCR-HTC | 6/24/2022 | 363486; 443583 | Continues |
| 40 | 443583 | Flores, Benjamin | Watts Guerra, LLP | 9:23-cv-29627-MCR-HTC | | 9/22/2023 | 363486; 443583 | To Be Closed/Dismissed |
| 41 | 364121 | Haas, Wesley | Heninger Garrison Davis, LLC | | 3:22-cv-16710-MCR-HTC | 8/19/2022 | 364121; 374566 | Continues |
| 42 | 374566 | Haas, Wesley W | The Kuykendall Group LLc | | 3:22-cv-22937-MCR-HTC | 11/11/2022 | 364121; 374566 | To Be Closed/Dismissed |
| 43 | 366608 | Rasberry, Terry Lynn | Law Office of Paul Mankin, APC | | 3:22-cv-17119-MCR-HTC | 8/30/2022 | 366608; 371615 | Continues |
| 44 | 371615 | Rasberry, Terry | Heninger Garrison Davis, LLC | | 3:22-cv-20672-MCR-HTC | 10/14/2022 | 366608; 371615 | To Be Closed/Dismissed |
| 45 | 422472 | Cooley, Hale | The Kuykendall Group LLc | 9:23-cv-14580-MCR-HTC | | 9/19/2023 | 371891; 422472 | Continues |
| 46 | 371891 | Cooley, Hale Travis | Heninger Garrison Davis, LLC | | 7:23-cv-03127-MCR-HTC | 9/20/2023 | 371891; 422472 | To Be Closed/Dismissed |
| 47 | 378557 | Cogan, Henry | Slater Slater Schulman LLP | | 3:22-cv-24550-MCR-HTC | 12/12/2022 | 378557; 424227 | Continues |
| 48 | 424227 | Cogan, Henry | Thomas J Henry | | 7:23-cv-02332-MCR-HTC | 9/17/2023 | 378557; 424227 | To Be Closed/Dismissed |
| 49 | 404573 | Souder, Brandon | Seeger Weiss LLP | | 3:23-cv-20394-MCR-HTC | 7/24/2023 | 383494; 404573 | Continues |
| 50 | 383494 | Souder, Brandon | The Kuykendall Group LLc | | 7:23-cv-03369-MCR-HTC | 9/21/2023 | 383494; 404573 | To Be Closed/Dismissed |
| 51 | 394680 | Rhoades-Mcdaniel, Sarah | Pulaski Law Firm, PLLC | | 3:23-cv-17722-MCR-HTC | 7/10/2023 | 394680; 425117 | Continues |
| 52 | 425117 | Rhoades-Mcdaniel, Sarah | Thomas J Henry | | 7:23-cv-02059-MCR-HTC | 9/15/2023 | 394680; 425117 | To Be Closed/Dismissed |
| 53 | 96009 | Kronner, Keith Ivin | Wagstaff & Cartmell, LLP | | 7:20-cv-34309-MCR-HTC | 1/10/2020 | 96009; 378534 | Continues |
| 54 | 378534 | Kronner, Keith | The Gori Law Firm, P.C. | | 3:22-cv-23166-MCR-HTC | 11/16/2022 | 96009; 378534 | To Be Closed/Dismissed |