**EXHIBIT B**

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
| 1 | 108647 | Cook, Jacob Mayo | Douglas & London | 7:20-cv-73128-MCR-HTC | | 2/10/2020 | 108647; 371436 | Continues |
| 2 | 371436 | Cook, Jacob Mayo | Heninger Garrison Davis, LLC | | 3:22-cv-22219-MCR-HTC | 11/3/2022 | 108647; 371436 | To Be Closed/Dismissed |
| 3 | 109938 | Goldschmidt, Robert | Douglas & London | 7:20-cv-79961-MCR-HTC | | 2/10/2020 | 109938; 356630 | Continues |
| 4 | 356630 | Goldschmidt, Robert | Heninger Garrison Davis, LLC | | 3:22-cv-01561-MCR-HTC | 2/9/2022 | 109938; 356630 | To Be Closed/Dismissed |
| 5 | 141627 | Hranek, Charles | Watts Guerra, LLP | 9:23-cv-21501-MCR-HTC | | 9/22/2023 | 110735; 141627 | Continues |
| 6 | 110735 | Hranek, Charles | Douglas & London | | | | 110735; 141627 | To Be Closed/Dismissed |
| 7 | 111235 | Kirby, Jason | Douglas & London | 7:20-cv-76810-MCR-HTC | | 2/10/2020 | 111235; 439928 | Continues |
| 8 | 439928 | Kirby, Jason | Watts Guerra, LLP | 9:23-cv-23665-MCR-HTC | | 9/21/2023 | 111235; 439928 | To Be Closed/Dismissed |
| 9 | 117489 | Hamm, Dennis Constantine | Baron & Budd | 7:20-cv-97011-MCR-HTC | | 2/10/2020 | 117489; 374536 | Continues |
| 10 | 374536 | Hamm, Dennis C | The Kuykendall Group Llc | | 3:22-cv-22596-MCR-HTC | 11/8/2022 | 117489; 374536 | To Be Closed/Dismissed |
| 11 | 79661 | Ison, Frederick | Heninger Garrison Davis, LLC | 7:20-cv-53436-MCR-HTC | | 2/7/2020 | 11757; 79661 | Continues |
| 12 | 11757 | Ison, Frederick | Levin Papantonio Rafferty | | 7:20-cv-01234-MCR-HTC | 2/10/2020 | 11757; 79661 | To Be Closed/Dismissed |
| 13 | 118089 | Saipale, Tomamalo | Baron & Budd | | 8:20-cv-00735-MCR-HTC | 2/10/2020 | 118089; 408391 | Continues |
| 14 | 408391 | Saipale, Tomamalo Andrew | Parafinczuk Wolf, P.A. | 9:23-cv-03561-MCR-HTC | | 9/12/2023 | 118089; 408391 | To Be Closed/Dismissed |
| 15 | 423428 | Wallitsch, Christopher | Parafinczuk Wolf, P.A. | | 7:23-cv-02335-MCR-HTC | 9/17/2023 | 118627; 423428 | Continues |
| 16 | 118627 | Wallitsch, Christopher | Keller Postman | 7:20-cv-88286-MCR-HTC | | 2/10/2020 | 118627; 423428 | To Be Closed/Dismissed |
| 17 | 119884 | Diaz, Orlando L | Weitz & Luxenberg | 7:20-cv-24286-MCR-HTC | | 1/10/2020 | 119884; 304979 | Continues |
| 18 | 304979 | Diaz, Orlando L | Eckland & Blando LLP | | 3:21-cv-00220-MCR-HTC | 2/10/2021 | 119884; 304979 | To Be Closed/Dismissed |
| 19 | 47856 | Gonzalez, Luis Alberto | The Gori Law Firm, P.C. | | 7:20-cv-08278-MCR-HTC | 1/10/2020 | 12148; 47856 | Continues |
| 20 | 12148 | Gonzalez, Luis | McDonald Worley | | 7:20-cv-01624-MCR-HTC | 4/2/2020 | 12148; 47856 | To Be Closed/Dismissed |
| 21 | 122768 | Slivers, Opie C | Weitz & Luxenberg | 7:20-cv-34534-MCR-HTC | | 1/10/2020 | 122768; 138241 | Continues |
| 22 | 138241 | Slivers, Opie | Keller Postman | | | | 122768; 138241 | To Be Closed/Dismissed |
| 23 | 128235 | Minor, Jocelyn | The DiLorenzo Law Firm, LLC | | 8:20-cv-17312-MCR-HTC | 3/12/2020 | 128235; 433990 | Continues |
| 24 | 433990 | Minor, Jocelyn | Watts Guerra, LLP | 9:23-cv-27554-MCR-HTC | | 9/22/2023 | 128235; 433990 | To Be Closed/Dismissed |
| 25 | 135941 | Simmons, Jerald | Junell & Associates, PLLC | | 7:20-cv-41980-MCR-HTC | 1/31/2020 | 135941; 425262 | Continues |
| 26 | 425262 | Simmons, Jerald | Thomas J Henry | | | | 135941; 425262 | To Be Closed/Dismissed |
| 27 | 241093 | Miller Root, Christopher J | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-85153-MCR-HTC | | 7/20/2020 | 137027; 241093 | Continues |
| 28 | 137027 | Millerroot, Chris | Keller Postman | | 3:22-cv-19899-MCR-HTC | 10/6/2022 | 137027; 241093 | To Be Closed/Dismissed |
| 29 | 137941 | Volp, Krystopher | Keller Postman | | 3:22-cv-19948-MCR-HTC | 10/7/2022 | 137941; 201388 | Continues |
| 30 | 201388 | Volp, Krystopher | Heninger Garrison Davis, LLC | | 8:20-cv-55222-MCR-HTC | 4/30/2020 | 137941; 201388 | To Be Closed/Dismissed |
| 31 | 140985 | Sanders, Douglas W | Watts Guerra, LLP | | 3:20-cv-01473-MCR-HTC | 1/27/2020 | 140985; 332621 | Continues |
| 32 | 332621 | Sanders, Douglas | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-52740-MCR-HTC | | 8/19/2021 | 140985; 332621 | To Be Closed/Dismissed |
| 33 | 141944 | Harrington, Olin J | Watts Guerra, LLP | | 3:20-cv-01717-MCR-HTC | 1/28/2020 | 141944; 423786 | Continues |
| 34 | 423786 | Harrington, Olin | Thomas J Henry | | | | 141944; 423786 | To Be Closed/Dismissed |
| 35 | 142044 | Rinkenberger, Robert | Watts Guerra, LLP | | 3:20-cv-01753-MCR-HTC | 1/29/2020 | 142044; 406979 | Continues |
| 36 | 406979 | Rinkenberger, Robert | Clark, Love & Hutson PLLC | 9:23-cv-00025-MCR-HTC | | 8/30/2023 | 142044; 406979 | To Be Closed/Dismissed |
| 37 | 322395 | Bailey, Jermaine L. | Nabers Law Firm, PLLC | | 7:21-cv-42630-MCR-HTC | 7/19/2021 | 142679; 322395 | Continues |

EXHIBIT B

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
|  | Resolved Overlaps from 11/14/2023 Order |
| 38 | 142679 | Bailey, Jermaine | Watts Guerra, LLP | 9:23-cv-18255-MCR-HTC | | 9/22/2023 | 142679; 322395 | To Be Closed/Dismissed |
| 39 | 51179 | Burbo, Leo | Mostyn Law | | 7:20-cv-93643-MCR-HTC | 2/10/2020 | 15527; 51179 | Continues |
| 40 | 15527 | Burbo, Leo | Pulaski Law Firm, PLLC | 7:20-cv-02429-MCR-HTC | | 1/10/2020 | 15527; 51179 | To Be Closed/Dismissed |
| 41 | 164107 | Taylor, Andrew | Langston & Lott, PLLC | | 8:20-cv-38227-MCR-HTC | 4/7/2020 | 159471; 164107 | Continues |
| 42 | 159471 | Taylor, Andrew M | Heninger Garrison Davis, LLC | 7:20-cv-67110-MCR-HTC | | 2/7/2020 | 159471; 164107 | To Be Closed/Dismissed |
| 43 | 343147 | Thomas, Jaylin | Keller Postman | 7:21-cv-62222-MCR-HTC | | 9/2/2021 | 16470; 343147 | Continues |
| 44 | 16470 | Thomas, Jaylin | Hissey, Mulderig & Friend, PLLC | | 8:20-cv-03922-MCR-HTC | 3/9/2020 | 16470; 343147 | To Be Closed/Dismissed |
| 45 | 355455 | Painter, Kenneth | Johnson Law Group | | 3:21-cv-04345-MCR-HTC | 12/15/2021 | 165820; 355455 | Continues |
| 46 | 165820 | Painter, Kenneth | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 7:20-cv-37227-MCR-HTC | 1/9/2020 | 165820; 355455 | To Be Closed/Dismissed |
| 47 | 343581 | Lopez, Yonder | Keller Postman | 7:21-cv-63008-MCR-HTC | | 9/2/2021 | 170127; 343581 | Continues |
| 48 | 170127 | Lopez, Yonder | Heninger Garrison Davis, LLC | 7:20-cv-64005-MCR-HTC | | 2/7/2020 | 170127; 343581 | To Be Closed/Dismissed |
| 49 | 171312 | Poston, Gordon | Johnson Law Group | 8:20-cv-08448-MCR-HTC | | 2/10/2020 | 171312; 354888 | Continues |
| 50 | 354888 | Poston, Gordon | Heninger Garrison Davis, LLC | | 3:21-cv-04702-MCR-HTC | 12/21/2021 | 171312; 354888 | To Be Closed/Dismissed |
| 51 | 171572 | Hill, Plez | Robinson Calcagnie, Inc. | | 7:20-cv-39482-MCR-HTC | 1/10/2020 | 171572; 364596 | Continues |
| 52 | 364596 | Hill, Plez | Heninger Garrison Davis, LLC | | 3:22-cv-17105-MCR-HTC | 8/30/2022 | 171572; 364596 | To Be Closed/Dismissed |
| 53 | 176207 | Roberts, James | Junell & Associates, PLLC | | 7:20-cv-66234-MCR-HTC | 2/10/2020 | 176207; 230553 | Continues |
| 54 | 230553 | Roberts, James | Johnson Law Group | | 8:20-cv-73605-MCR-HTC | 6/18/2020 | 176207; 230553 | To Be Closed/Dismissed |
| 55 | 180377 | Larson, Keith | Heninger Garrison Davis, LLC | 8:20-cv-18163-MCR-HTC | | 3/13/2020 | 180377; 346086 | Continues |
| 56 | 346086 | Larson, Keith | Johnson Law Group | | 7:21-cv-64538-MCR-HTC | 9/9/2021 | 180377; 346086 | To Be Closed/Dismissed |
| 57 | 306279 | Luke, Matthew Howard | Nabers Law Firm, PLLC | 7:21-cv-25845-MCR-HTC | | 5/12/2021 | 180384; 306279 | Continues |
| 58 | 180384 | Luke, Matthew | Heninger Garrison Davis, LLC | 8:20-cv-18197-MCR-HTC | | 3/13/2020 | 180384; 306279 | To Be Closed/Dismissed |
| 59 | 193831 | Robinson, Johnathan | Johnson Law Group | | 8:20-cv-60651-MCR-HTC | 3/11/2020 | 190360; 193831 | Continues |
| 60 | 190360 | Robinson, Johnathan M | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-32573-MCR-HTC | | 3/13/2020 | 190360; 193831 | To Be Closed/Dismissed |
| 61 | 19553 | Bates, Marc | Johnson Law Group | 7:20-cv-84402-MCR-HTC | | 2/10/2020 | 19553; 304098 | Continues |
| 62 | 304098 | Bates, Marc | Carey Danis & Lowe | 7:21-cv-23620-MCR-HTC | | 4/26/2021 | 19553; 304098 | To Be Closed/Dismissed |
| 63 | 19648 | Bergeron, Michael P | Johnson Law Group | 7:20-cv-84859-MCR-HTC | | 2/10/2020 | 19648; 359198 | Continues |
| 64 | 359198 | Bergeron, Michael | Heninger Garrison Davis, LLC | | 3:22-cv-03990-MCR-HTC | 3/16/2022 | 19648; 359198 | To Be Closed/Dismissed |
| 65 | 201227 | Dunbar, Tavarus James | Pulaski Law Firm, PLLC | 8:20-cv-47345-MCR-HTC | | 4/17/2020 | 201227; 410071 | Continues |
| 66 | 410071 | Dunbar, Tavarus J. | The Gori Law Firm, P.C. | 9:23-cv-03930-MCR-HTC | | 9/5/2023 | 201227; 410071 | To Be Closed/Dismissed |
| 67 | 390212 | Timms, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 3:23-cv-11589-MCR-HTC | 5/24/2023 | 205812; 390212 | Continues |
| 68 | 205812 | Timms, James | Johnson Law Group | | 8:20-cv-49336-MCR-HTC | 4/10/2020 | 205812; 390212 | To Be Closed/Dismissed |
| 69 | 298116 | Smith, Kevin | Nabers Law Firm, PLLC | 7:21-cv-15951-MCR-HTC | | 3/16/2021 | 206164; 298116 | Continues |
| 70 | 206164 | Smith, Kevin | Johnson Law Group | 8:20-cv-50280-MCR-HTC | | 4/10/2020 | 206164; 298116 | To Be Closed/Dismissed |
| 71 | 206629 | Ivy, Brennen | Johnson Law Group | 8:20-cv-51790-MCR-HTC | | 4/10/2020 | 206629; 380912 | Continues |
| 72 | 380912 | Ivy, Brennen Peter | Cory Watson | | 3:23-cv-03959-MCR-HTC | 2/13/2023 | 206629; 380912 | To Be Closed/Dismissed |
| 73 | 21296 | Franks, Jason H. | Johnson Law Group | 7:20-cv-93459-MCR-HTC | | 2/10/2020 | 21296; 374244 | Continues |

EXHIBIT B

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
| | | | Resolved Overlaps from 11/14/2023 Order | | | | | |
| 74 | 374244 | Franks, Jason | The Kuykendall Group Llc | | 3:23-cv-13950-MCR-HTC | 6/12/2023 | 21296; 374244 | To Be Closed/Dismissed |
| 75 | 214074 | Thompson, Tyler | Clark, Love & Hutson PLLC | 8:20-cv-68720-MCR-HTC | | 6/5/2020 | 214074; 452535 | Continues |
| 76 | 452535 | Thompson, Tyler | Watts Guerra, LLP | 9:23-cv-24503-MCR-HTC | | 9/22/2023 | 214074; 452535 | To Be Dismissed |
| 77 | 220003 | Kurtz, Jeffrey | Heninger Garrison Davis, LLC | 8:20-cv-95517-MCR-HTC | | 8/10/2020 | 220003; 360383 | Continues |
| 78 | 360383 | Kurtz, Jeffrey | Lockridge Grindal Nauen | | 3:21-cv-04845-MCR-HTC | 12/28/2021 | 220003; 360383 | To Be Closed/Dismissed |
| 79 | 223968 | Sanon, Wilbert | Monsour Law Firm | | 8:20-cv-67885-MCR-HTC | 6/23/2020 | 223968; 324704 | Continues |
| 80 | 324704 | Sanon, Wilbert | Brent Coon & Associates | | 8:23-cv-00041-MCR-HTC | 9/10/2023 | 223968; 324704 | To Be Closed/Dismissed |
| 81 | 438631 | Biondini, Leonardo | Watts Guerra, LLP | 9:23-cv-21960-MCR-HTC | | 9/21/2023 | 230607; 438631 | Continues |
| 82 | 230607 | Biondini, Leonardo | Paul LLP | | | | 230607; 438631 | To Be Closed/Dismissed |
| 83 | 231330 | Bonilla, Elmer | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-79451-MCR-HTC | | 7/1/2020 | 231330; 424081 | Continues |
| 84 | 424081 | Bonilla, Elmer | Thomas J Henry | | 7:23-cv-02591-MCR-HTC | 9/18/2023 | 231330; 424081 | To Be Closed/Dismissed |
| 85 | 236027 | Maxwell, Casey | Keller Postman | 8:20-cv-83695-MCR-HTC | | 7/15/2020 | 236027; 424720 | Continues |
| 86 | 424720 | Maxwell, Casey | Thomas J Henry | | | | 236027; 424720 | To Be Closed/Dismissed |
| 87 | 358051 | Kane, Joshua | Heninger Garrison Davis, LLC | | 3:22-cv-04172-MCR-HTC | 3/18/2022 | 236411; 358051 | Continues |
| 88 | 236411 | Kane, Joshua M | Keller Postman | 8:20-cv-85223-MCR-HTC | | 7/15/2020 | 236411; 358051 | To Be Closed/Dismissed |
| 89 | 277430 | Coleman, Troy | Mostyn Law | 9:20-cv-18818-MCR-HTC | | 12/10/2020 | 237957; 277430 | Continues |
| 90 | 237957 | Coleman, Troy | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-84750-MCR-HTC | | 7/16/2020 | 237957; 277430 | To Be Closed/Dismissed |
| 91 | 238117 | Flowers, Johnny | Monsour Law Firm | | 8:20-cv-85111-MCR-HTC | 7/15/2020 | 238117; 441830 | Continues |
| 92 | 441830 | Flowers, Johnny | Watts Guerra, LLP | 9:23-cv-29713-MCR-HTC | | 9/22/2023 | 238117; 441830 | To Be Closed/Dismissed |
| 93 | 238673 | Brown, Gilbert | Johnson Law Group | | 8:20-cv-84453-MCR-HTC | 7/8/2020 | 238673; 407212 | Continues |
| 94 | 407212 | Brown, Gilbert Garnett | Monsour Law Firm | | 7:23-cv-03100-MCR-HTC | 9/20/2023 | 238673; 407212 | To Be Closed/Dismissed |
| 95 | 239573 | Tijerina, Abelardo | Johnson Law Group | | 8:20-cv-93279-MCR-HTC | 7/8/2020 | 239573; 244501 | Continues |
| 96 | 244501 | Tijerina, Abelardo | Nabers Law Firm, PLLC | | 8:20-cv-91985-MCR-HTC | 7/23/2020 | 239573; 244501 | To Be Closed/Dismissed |
| 97 | 340623 | Wallace, Shawn M. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-60098-MCR-HTC | | 9/3/2021 | 239621; 340623 | Continues |
| 98 | 239621 | Wallace, Shawn | Johnson Law Group | | 8:20-cv-94009-MCR-HTC | 7/8/2020 | 239621; 340623 | To Be Closed/Dismissed |
| 99 | 240485 | Reynolds, Robert | Bailey Cowan Heckaman PLLC | 8:20-cv-87404-MCR-HTC | | 7/18/2020 | 240485; 425115 | Continues |
| 100 | 425115 | Reynolds, Robert | Thomas J Henry | | | | 240485; 425115 | To Be Closed/Dismissed |
| 101 | 243999 | Hicks, Darius | Nabers Law Firm, PLLC | 8:20-cv-89481-MCR-HTC | | 7/23/2020 | 243999; 422450 | Continues |
| 102 | 422450 | Hicks, Darius | The Kuykendall Group Llc | 9:23-cv-14452-MCR-HTC | | 9/19/2023 | 243999; 422450 | To Be Closed/Dismissed |
| 103 | 24666 | Romine, Andrew J. | Johnson Law Group | 7:20-cv-92273-MCR-HTC | | 2/10/2020 | 24666; 347214 | Continues |
| 104 | 347214 | Romine, Andrew | Aylstock, Witkin, Kreis & Overholtz, PLLC | | 7:21-cv-67213-MCR-HTC | 9/10/2021 | 24666; 347214 | To Be Closed/Dismissed |
| 105 | 307687 | Rahmaan, Hassan | Baron & Budd | | 7:21-cv-26450-MCR-HTC | 5/26/2021 | 248345; 307687 | Continues |
| 106 | 248345 | Rahmaan, Hassan | Keller Postman | 9:20-cv-02200-MCR-HTC | | 7/24/2020 | 248345; 307687 | To Be Closed/Dismissed |
| 107 | 249639 | Bernal, Pete | Johnson Law Group | | 8:20-cv-92183-MCR-HTC | 7/27/2020 | 249639; 441911 | Continues |
| 108 | 441911 | Bernal, Pete | Watts Guerra, LLP | 9:23-cv-24577-MCR-HTC | | 9/21/2023 | 249639; 441911 | To Be Closed/Dismissed |
| 109 | 57218 | Temple, Geoffery | The Gori Law Firm, P.C. | | 7:20-cv-10272-MCR-HTC | 1/10/2020 | 25473; 57218 | Continues |

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
| | | | | Resolved Overlaps from 11/14/2023 Order | | | | |
| 110 | 25473 | Temple, Geoffery A. | Johnson Law Group | 7:20-cv-92428-MCR-HTC | | 2/10/2020 | 25473; 57218 | To Be Closed/Dismissed |
| 111 | 274336 | Hayes, Derek | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:20-cv-14586-MCR-HTC | | 11/17/2020 | 274336; 360632 | Continues |
| 112 | 360632 | Hayes, Derek | Heninger Garrison Davis, LLC | | 3:22-cv-05191-MCR-HTC | 4/14/2022 | 274336; 360632 | To Be Closed/Dismissed |
| 113 | 276511 | Buchholz, Gabriel | Seeger Weiss LLP | | 7:21-cv-00857-MCR-HTC | 12/14/2020 | 276511; 416815 | Continues |
| 114 | 416815 | Buchholz, Gabriel | Thomas J Henry | | 7:23-cv-03065-MCR-HTC | 9/20/2023 | 276511; 416815 | To Be Closed/Dismissed |
| 115 | 299682 | Hardy, Jay | Heninger Garrison Davis, LLC | 7:21-cv-40841-MCR-HTC | | 7/13/2021 | 299682; 339053 | Continues |
| 116 | 339053 | Hardy, Jay William | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-58124-MCR-HTC | | 9/3/2021 | 299682; 339053 | To Be Closed/Dismissed |
| 117 | 411286 | Mosley, David A | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-04577-MCR-HTC | | 9/10/2023 | 300123; 411286 | Continues |
| 118 | 300123 | Mosley, David | Heninger Garrison Davis, LLC | | 7:21-cv-41611-MCR-HTC | 7/13/2021 | 300123; 411286 | To Be Closed/Dismissed |
| 119 | 301611 | Gibson, Nicholas | Pulaski Law Firm, PLLC | 7:21-cv-22284-MCR-HTC | | 4/19/2021 | 301611; 383680 | Continues |
| 120 | 383680 | Gibson, Nicholas | The Kuykendall Group Llc | | 3:23-cv-03699-MCR-HTC | 2/9/2023 | 301611; 383680 | To Be Closed/Dismissed |
| 121 | 309053 | Gillard, Raymond | Clark, Love & Hutson PLLC | | 7:21-cv-27373-MCR-HTC | 5/28/2021 | 309053; 423698 | Continues |
| 122 | 423698 | Gillard, Raymond | Thomas J Henry | | 7:23-cv-03396-MCR-HTC | 9/21/2023 | 309053; 423698 | To Be Closed/Dismissed |
| 123 | 334411 | Jean, Akeem | Shunnarah Vail Trial Attorneys, P.C. | 7:21-cv-54773-MCR-HTC | | 8/27/2021 | 324901; 334411 | Continues |
| 124 | 324901 | Jean, Akeem | Seeger Weiss LLP | | 7:21-cv-44567-MCR-HTC | 7/22/2021 | 324901; 334411 | To Be Closed/Dismissed |
| 125 | 3406 | Gusumano, Anthony | Aylstock, Witkin, Kreis & Overholtz, PLLC | 8:20-cv-65612-MCR-HTC | | 6/18/2020 | 3406; 21695 | Continues |
| 126 | 21695 | Gusumano, Anthony | Johnson Law Group | 7:20-cv-93921-MCR-HTC | | 2/10/2020 | 3406; 21695 | To Be Closed/Dismissed |
| 127 | 397011 | House, Colin | Pulaski Law Firm, PLLC | | 3:23-cv-19988-MCR-HTC | 7/20/2023 | 342321; 397011 | Continues |
| 128 | 342321 | House, Colin | Keller Postman | 9:23-cv-14244-MCR-HTC | | 9/21/2023 | 342321; 397011 | To Be Closed/Dismissed |
| 129 | 346497 | Ayers, Gregory | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:21-cv-65029-MCR-HTC | | 9/10/2021 | 346497; 365385 | Continues |
| 130 | 365385 | Ayers, Gregory D | The Kuykendall Group Llc | | 3:22-cv-19709-MCR-HTC | 10/5/2022 | 346497; 365385 | To Be Closed/Dismissed |
| 131 | 354246 | Rushing, Robert | Hair Shunnarah Trial Attorneys | | 3:21-cv-03521-MCR-HTC | 12/1/2021 | 354246; 452509 | Continues |
| 132 | 452509 | Rushing, Robert T | Watts Guerra, LLP | 9:23-cv-24415-MCR-HTC | | 9/21/2023 | 354246; 452509 | To Be Closed/Dismissed |
| 133 | 411427 | Gordon, Aaron | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-04873-MCR-HTC | | 9/10/2023 | 356610; 411427 | Continues |
| 134 | 356610 | Gordon, Aaron | Heninger Garrison Davis, LLC | | 3:22-cv-01445-MCR-HTC | 2/7/2022 | 356610; 411427 | To Be Closed/Dismissed |
| 135 | 364473 | Corbitt, David | Heninger Garrison Davis, LLC | | 3:22-cv-17371-MCR-HTC | 9/6/2022 | 364473; 393768 | Continues |
| 136 | 393768 | Corbitt, David | Pulaski Law Firm, PLLC | | 3:23-cv-17195-MCR-HTC | 7/5/2023 | 364473; 393768 | To Be Closed/Dismissed |
| 137 | 383938 | Zacarias, Gabriel | Milberg Coleman Bryson Phillips Grossman, PLLC | | 3:23-cv-05794-MCR-HTC | 3/14/2023 | 383938; 422917 | Continues |
| 138 | 422917 | Zacarias, Gabriel | Parafinczuk Wolf, P.A. | | 7:23-cv-02372-MCR-HTC | 9/18/2023 | 383938; 422917 | To Be Closed/Dismissed |
| 139 | 384031 | Ramos, Anibal | Milberg Coleman Bryson Phillips Grossman, PLLC | | 3:23-cv-04921-MCR-HTC | 3/6/2023 | 384031; 422827 | Continues |
| 140 | 422827 | Ramos-Miranda, Anibal | Parafinczuk Wolf, P.A. | | 7:23-cv-02361-MCR-HTC | 9/17/2023 | 384031; 422827 | To Be Closed/Dismissed |
| 141 | 388729 | Ward, Damien | Junell & Associates, PLLC | | 3:23-cv-09595-MCR-HTC | 5/6/2023 | 388729; 425514 | Continues |
| 142 | 425514 | Ward, Damien | Thomas J Henry | | | | 388729; 425514 | To Be Closed/Dismissed |
| 143 | 403800 | Bolander, Raymont | Seeger Weiss LLP | | 3:23-cv-18530-MCR-HTC | 7/13/2023 | 403800; 410008 | Continues |
| 144 | 410008 | Bolander, Raymont | The Gori Law Firm, P.C. | 9:23-cv-03859-MCR-HTC | | 9/5/2023 | 403800; 410008 | To Be Closed/Dismissed |
| 145 | 414983 | Mahagnoul, Levi Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-02181-MCR-HTC | | 9/11/2023 | 414983; 424673 | Continues |

EXHIBIT B

| | PID | Plaintiff Name | Law Firm Name | Admin Docket Case No. | Active Docket Case No. | MDL Case Filing Date | Related PIDs | Order |
|---|---|---|---|---|---|---|---|---|
| | | | | **Resolved Overlaps from 11/14/2023 Order** | | | | |
| 146 | 424673 | Mahagnoul, Levi | Thomas J Henry | | | | 414983; 424673 | To Be Closed/Dismissed |
| 147 | 43940 | Davis, Daniel S | Keller Postman | 9:23-cv-22009-MCR-HTC | | 9/21/2023 | 43940; 145328 | Continues |
| 148 | 145328 | Davis, Daniel | Paul LLP | | | | 43940; 145328 | To Be Closed/Dismissed |
| 149 | 53517 | Murdocca, Joseph | Sullivan & Brill, LLP | | 8:20-cv-04426-MCR-HTC | 3/10/2020 | 53517; 451143 | Continues |
| 150 | 451143 | Murdocca, Joseph | Watts Guerra, LLP | 9:23-cv-25561-MCR-HTC | | 9/21/2023 | 53517; 451143 | To Be Closed/Dismissed |
| 151 | 57432 | Porter, Bradley J. | The Gori Law Firm, P.C. | | 7:20-cv-10728-MCR-HTC | 1/10/2020 | 57432; 158801 | Continues |
| 152 | 158801 | Porter, Bradley | Pulaski Law Firm, PLLC | | 8:20-cv-44040-MCR-HTC | 3/13/2020 | 57432; 158801 | To Be Closed/Dismissed |
| 153 | 60007 | Marsh, Chris | Keller Postman | | 8:20-cv-21903-MCR-HTC | 3/13/2020 | 60007; 452570 | Continues |
| 154 | 452570 | Marsh, Chris | Watts Guerra, LLP | 9:23-cv-32341-MCR-HTC | | 9/22/2023 | 60007; 452570 | To Be Closed/Dismissed |
| 155 | 60429 | Bateman, David W. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09695-MCR-HTC | | 1/9/2020 | 60429; 365951 | Continues |
| 156 | 365951 | Bateman, David | The Kuykendall Group Llc | | 3:22-cv-20911-MCR-HTC | 10/18/2022 | 60429; 365951 | To Be Closed/Dismissed |
| 157 | 6621 | Cervantes, Raul | Stueve Siegel Hanson | | 7:20-cv-44052-MCR-HTC | 2/10/2020 | 6621; 437000 | Continues |
| 158 | 437000 | Cervantes Jr., Raul | Watts Guerra, LLP | 9:23-cv-22046-MCR-HTC | | 9/21/2023 | 6621; 437000 | To Be Closed/Dismissed |
| 159 | 67981 | Renfro, Rex A | Bernstein Liebhard LLP | | 8:20-cv-15779-MCR-HTC | 3/13/2020 | 67981; 260242 | Continues |
| 160 | 260242 | Renfro, Rex | Johnson Law Group | 9:20-cv-01956-MCR-HTC | | 9/8/2020 | 67981; 260242 | To Be Closed/Dismissed |
| 161 | 74028 | Perez, Fernando | Watts Guerra, LLP | | 8:20-cv-25849-MCR-HTC | 3/13/2020 | 74028; 215486 | Continues |
| 162 | 215486 | Perez, Fernando | Johnson Law Group | | 8:20-cv-62523-MCR-HTC | 5/27/2020 | 74028; 215486 | To Be Closed/Dismissed |
| 163 | 190946 | Cox, Jason | Davis & Crump, P. C. | | 8:20-cv-31522-MCR-HTC | 4/2/2020 | 79307; 190946 | Continues |
| 164 | 79307 | Cox, Jason | Heninger Garrison Davis, LLC | | 7:20-cv-52581-MCR-HTC | 2/7/2020 | 79307; 190946 | To Be Closed/Dismissed |
| 165 | 112330 | Middleton, Christopher | Douglas & London | | 7:20-cv-77341-MCR-HTC | 2/10/2020 | 79888; 112330 | Continues |
| 166 | 79888 | Middleton, Christopher | Heninger Garrison Davis, LLC | | 7:20-cv-53553-MCR-HTC | 2/7/2020 | 79888; 112330 | To Be Closed/Dismissed |
| 167 | 408987 | Nunez, Michael | Davis & Crump, P. C. | | 7:23-cv-00518-MCR-HTC | 9/7/2023 | 79981; 408987 | Continues |
| 168 | 79981 | Nunez, Michael | Heninger Garrison Davis, LLC | | 7:20-cv-54010-MCR-HTC | 2/7/2020 | 79981; 408987 | To Be Closed/Dismissed |
| 169 | 80376 | Wherry, Bruce | Heninger Garrison Davis, LLC | | 7:20-cv-55175-MCR-HTC | 2/7/2020 | 80376; 91534 | Continues |
| 170 | 91534 | Wherry, Bruce | Paul LLP | | 3:19-cv-04630-MCR-HTC | 11/12/2019 | 80376; 91534 | To Be Closed/Dismissed |
| 171 | 81715 | Butler, Anthony | Seeger Weiss LLP | | 7:20-cv-16235-MCR-HTC | 1/10/2020 | 81715; 424140 | Continues |
| 172 | 424140 | Butler, Anthony | Thomas J Henry | | 7:23-cv-02360-MCR-HTC | 9/17/2023 | 81715; 424140 | To Be Closed/Dismissed |
| 173 | 82918 | Jordan, Kori | Seeger Weiss LLP | | 7:20-cv-17491-MCR-HTC | 1/10/2020 | 82918; 407014 | Continues |
| 174 | 407014 | Jordan, Kori | Babin Law, LLC | 9:23-cv-00293-MCR-HTC | | 9/5/2023 | 82918; 407014 | To Be Closed/Dismissed |