# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No. 3:19-md-02885 <br> 7:20 cv 23649-MCR-HTC |
| This Document Relates to: ) <br> All Cases ) ) | Judge M. Casey Rodgers <br> Magistrate Judge Hope T. Cannon |

### NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING REGARDING PROPOSED STOCK ISSUANCES (PRO SE)

Pursuant to the MDL Court's Order setting the Fairness Hearing Regarding Proposed Stock Issuances, ECF No. 3911, **David E Webster** intends to attend the hearing on December 11, 2023 at 9:00 a.m. (CST) in person and ask the MDL Court to be heard on this matter.

DATED: 11/20, 2023

Respectfully submitted,

By: David E Webster
Printed Name: David E Webster
Email: davidewebster2001@yahoo.com
Phone: 315 415 3081
*Pro Se*

Filed
RCVD USDC FLND PN
NOV 27 '23 AM 11:50



David E. Webster
6733 W Point Dr
Hixson, TN 37343

CHATTANOOGA TN 373

20 NOV 2023 PM 1 L



One North Palafox Street
Fifth Floor Courtroom
Pensacola, Fl 32502-5665

NOV 27 2023

32502-566599