UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

This Order addresses procedural issues for claimants who elect not to participate in the settlement and agree to dismiss their cases. Registration Forms were initially sent to Primary Counsel and then to claimants. *See* CMO 74, ECF No. 3936. After receiving their Registration Forms, the claimants identified on Exhibit A elected not to participate in the settlement and agreed to dismiss their respective cases. Plaintiffs' leadership and the Settlement Administrator have learned that some claimants select this option in error and so they developed an informal "reflection window" of fourteen days during which Primary Counsel may discuss the election with their clients and correct any potential mistakes. Plaintiffs' leadership has previously notified Primary Counsel law firms of this procedure. In the interests of efficient case management, the Court hereby formally adopts the "reflection window" procedure for *all claimants* who elect not to participate in the

settlement program and agree to dismiss their cases. After the "reflection window" has expired, these cases will be dismissed with prejudice. Accordingly:

1. The claimants identified on Exhibit A whose status is designated "complete" are claimants who are deemed outside of the "reflection window" period. All cases associated with these claimants are hereby **DISMISSED WITH PREJUDICE**.

2. The claimants identified on Exhibit A whose status is designated "signed & returned" have fourteen days from the date they signed their Registration Forms to discuss with Primary Counsel and amend their decision, if necessary. After the "reflection window" has expired, these cases will be dismissed with prejudice.

3. Claimants going forward who elect not to participate in the settlement and agree to dismiss their respective cases will also have a period of fourteen days from the date they signed their Registration Forms to discuss their election with Primary Counsel and amend their decision, if necessary. If the election is not changed by the end of the fourteen day period, these cases will also be dismissed with prejudice.

4. The Clerk is directed to enter this Order on the MDL docket and on the individual dockets, and close the dismissed cases in their entirety for all purposes.

**SO ORDERED**, on this 28th day of November, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**