**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>All Cases | |

**MOTION TO WITHDRAW NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING REGARDING PROPOSED STOCK ISSUANCES (D.E. 3952)**

On December 4, 2023, Plaintiff Erasmo Valoy filed a Notice of Intent to Appear at Fairness Hearing Regarding Proposed Stock Issuance (Pro Se), Dkt. No.3952. Plaintiff received Notice about the Fairness Hearing scheduled for December 11, 2023, and mistakenly believed that he needed to complete the attached Exhibit C to that Notice.

After speaking with counsel, Mr. Valoy understands that his attendance is not required at the Fairness Hearing and has expressed that he does not intend to attend the hearing or be heard on this matter. As such, Plaintiff files this Motion to Withdraw his notice.

Accordingly, Plaintiff requests that Notice of Intent to Appear at Fairness Hearing Regarding Proposed Stock Issuance (Pro Se), Dkt. No.3952, be withdrawn.

DATED: December 5, 2023

                                                         /s/ Nicole Berg
                                           Nicole Berg (IL Bar #6305464) *
                                           ncb@kellerpostman.com
                                           KELLER POSTMAN LLC
                                           150 N. Riverside Plaza, Suite 4100
                                           Chicago, IL 60606
                                           * Admitted Pro Hac Vice

                                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on December 5, 2023.

/s/ Nicole Berg