UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

The Court entered an Order on February 25, 2020 appointing ARCHER Systems, LLC ("ARCHER") as Lien Resolution Administrator for this MDL, *see* ECF No. 1007, and the Combat Arms Settlement Agreement ("MSA") designates ARCHER as Healthcare Lien Resolution Administrator, *see* ECF No. 3809-1 at § 9.3. This Order amends that prior Order by removing ARCHER as Lien Resolution Administrator and substituting BrownGreer PLC in its place. BrownGreer is delegated all authority and responsibilities described in the prior Order, as well as the Healthcare Lien Resolution duties set forth in MSA §§ 9.3 and 9.4. ARCHER is hereby relieved of any future obligations or responsibilities with respect to lien resolution.

**SO ORDERED**, on this 5th day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**