UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 78**
**(MSA III Initial Registration Deadline Warning)**

The Initial Registration Date for MSA III Eligible Claimants is **December 20, 2023**. A number of MSA III Eligible Claimants still have not completed Registration Forms despite the Court's previous admonitions regarding the consequences for failing to timely register. *See* CMO 73 (Notice and Order to MSA III Eligible Claimants and Primary Counsel), CMO 58 (Settlement Implementation), ECF No. 3812. Again, Eligible Claimants who fail to timely submit a Registration Form reflecting their election are ineligible to participate in the settlement program, and their filed cases will be dismissed with prejudice.[1] *See id.* There will be no further warnings.

**SO ORDERED**, on this 7th day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] No claimant is required to participate in the settlement program but every eligible claimant is required to make an election as to whether or not to participate and so notify the Settlement Administrator and thus the Court. A claimant's failure to do so will deprive the claimant of the opportunity to participate in the settlement, as well as the opportunity to continue as a Litigating Plaintiff in the MDL.