UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:<br>3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION, | Case No. 3:19-MD-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>All Cases | |

## DECLARATION OF RICHARD SANDULLI

I, Richard Sandulli, declare and state as follows:

1. The following statements are based on my personal knowledge and information, and if called to do so, I could and would testify competently thereto.

2. I am the Co-Chief Executive Officer and a partner of Metaurus Advisors LLC ("Metaurus").

3. I have 36 years of experience as an investment banker, specializing in derivative and complex financial securities including in Managing Director roles and head of Structured Derivative Products and Derivative Product Development at Morgan Stanley and Wachovia/Wells Fargo, Director of Equity Derivatives at Merrill Lynch and as President and Partner of a multi-strategy hedge fund that managed up to $3 billion in assets.

4. The Court-appointed Investment Manager of the Qualified Settlement Fund ("QSF"), Orion Settlement Solutions, LLC, has retained Metaurus to advise

Orion on the hedging and timely liquidation of any 3M common stock issued to the QSF. In so advising, Metaurus will seek to assist Orion to achieving liquidation of the shares with the aim of preserving maximum value to the QSF.

5. I understand that pursuant to the MSA, the shares of 3M common stock may be issued to the QSF in four tranches. Each tranche calculates the number of shares to be issued by using a set dollar amount as the numerator and denominator will be the average of the daily volume-weighted average prices (each day a "VWAP Price") of 3M common stock on its primary exchange for the ten (10) scheduled trading days immediately prior to, but not including, the date of issuance (the "Denominator Set Period").

6. Furthermore, I understand that the greatest dollar amount used to calculate the amount of 3M common stock contemplated by the Settlement Agreement to be issued at any one time is $350 million. For illustrative purposes, if the average volume-weighted average price used to calculate the number of shares of 3M common stock to be issued were $97.07—the closing price of 3M common stock on November 27, 2023—this issuance would consist of approximately 3.6 million shares of 3M common stock.

7. The average daily trading volume of 3M common stock over the three-month period ending on November 30, 2023 was approximately 3.6 million shares, and that three-month average has remained fairly constant between that

date and for each prior three-month period starting with the period that ended on March 31, 2023. Thus, for example, if the QSF were to limit itself on a given trading day to the sale of no more than 10% of the average trading volume, the largest tranche should be able to be liquidated in a timely fashion.

8. Based on the current liquidity of 3M common stock, it would be my expectation that during normal market conditions Orion should be able to hedge, and then liquidate any freely transferable shares of 3M common stock that the QSF may receive based on the 3M price set determined during the Denominator Set Period. It is my expectation that, under normal market conditions, Orion should be able to hedge most market price risk of any shares to be delivered to the QSF in order to try to minimize market risk and to effectuate cash payments in a timely fashion to the QSF's beneficiaries, including Registered Claimants.

*[remainder of page intentionally left blank – signature page follows]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

EXECUTED ON 12-7-2023

Richard Sandulli