# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ATTORNEY CERTIFICATION

I, ____[*Insert Attorney and Law Firm Name*]____ do hereby certify, as an officer of the court and subject to penalty of perjury, that the attached held costs reports attributable to the undersigned and/or my law firm, are legitimate, true and accurate costs incurred by me and/or my law firm in connection with authorized common benefit work performed in the 3M Combat Arms Earplug MDL and request that same be placed in line for payment in due course.

**Printed Name**: _____

**Signature**: _____

**Firm**: _____

**Date**: _____