UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on Exhibits A, B, and C | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

On November 30, 2023, the Court entered an Order directing Primary Counsel to provide the Settlement Data Administrator with specified information for all Eligible Claimants with derivative loss of consortium ("LOC") claims pending on that date. *See* CMO 77 (LOC Claim Identification), ECF No. 3951. Primary Counsel were advised that derivative LOC claims not timely identified pursuant to CMO 77 would be dismissed with prejudice.

The LOC claim identification process has now concluded. Exhibit A identifies Eligible Claimants with LOC claims that will continue alongside the Claimants' injury claims. Exhibit B identifies Eligible Claimants with LOC claims that will not be further pursued and have already been dismissed. Exhibit C identifies Eligible Claimants with LOC claims whose Primary Counsel either did not respond to CMO 77 or advised the Settlement Data Administrator that the LOC claims would not be further pursued but did not provide confirmation that the LOC

claims had been dismissed with prejudice in accordance with CMO 77. Consistent with CMO 77, it is **ORDERED** that:

1. The loss of consortium claims for the Eligible Claimants identified on Exhibit C are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to update the dockets for those Eligible Claimants accordingly.

2. Given the impending registration deadlines, the Settlement Administrator is directed to immediately update the Registration Forms for the Eligible Claimants on Exhibits A, B, and C to reflect the current status of their loss of consortium claims, and then release the Registration Forms to the respective Primary Counsel for the law firm review process.[1]

3. The Clerk is directed to enter this Order on the MDL docket and on the individual dockets for the Eligible Claimants identified on Exhibits A, B, and C.

**SO ORDERED**, on this 14th day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] As emphasized in Case Management Order No. 79, the MSA I Primary Counsel Review Deadline is December 20, 2023. *See* ECF No. 3967. This deadline will not be extended, given that Primary Counsel should be aware of their own clients' claims.