UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

This Order addresses procedural issues for Claimants who reopen their Registration Forms to change their settlement payment election from the Expedited Pay Program (EPP) to the Deferred Payment Program (DPP) or vice versa.

Whatever settlement payment program a Claimant elects to participate in; i.e. the EPP or DPP, the Claimant must execute a Release of claim(s) against 3M. In the past when a Claimant changed their settlement election in this fashion by reopening their Registration Form, the Settlement Administrator automatically generated a new Release for the Claimant to sign. This process delays the overall Settlement Program because it requires additional unnecessary steps for the Settlement Administrator, Claimants, and 3M.

The parties' Master Settlement Agreement provides that the, "(s)ubmission of a Registration Form electing to participate in the Settlement is irrevocable." *See* MSA I, ECF No. 3809-1 at § 5.5. The Registration Form includes the Release. As

a result, a Claimant's decision to reopen his/her Registration Form to change his/her election as to the payment program does not impact the status of the initial Registration Form and Release as irrevocable.[1] In other words, in terms of a Claimant's decision to participate in the Settlement Program and forgo further litigation, the first executed Registration Form and Release controls and there is no need for a second Release because the executed Release operates as a full and final legal release of any and all claim(s) against 3M in connection with the Combat Arms Earplug version 2. Period.

Accordingly, the Settlement Administrator should discontinue the practice of having Claimants execute a second Release if they change their payment program election.

**SO ORDERED**, on this 21st day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Changing a Registration Form in this fashion is not synonymous with revoking the Registration Form. With that said, Registration Forms should not be reopened other than to change a Claimant's payment program election or for certain Claimants, during their respective "reflection windows", to opt back into the Settlement. *See* ECF No. 3950.