UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 81**
**(Fees, Costs, and Non-Medical Liens Disclosures to BrownGreer)**

The Court has directed BrownGreer as Co-QSF Administrator to distribute payments as soon as possible to MSA I Eligible Claimants who elected the Expedited Payment Program and accepted the EPP Level stated in their Registration Form. On December 22, 2023, BrownGreer emailed all Primary Counsel firms to explain that a prerequisite to issuing Notices to EPP claimants and paying them is the collection of the following information from Primary Counsel:

1.  Total agreed attorney's fee percentage applicable to each client of the Primary Counsel firm;

2.  Whether the applicable retainer agreement(s) designate costs to be deducted before or after fees (to permit calculating fees due from the claimant's Settlement Award after deducting the 9% Common Benefit Fee);

3. The total amount of expenses the Claimant owes to Primary Counsel (and all other counsel with an interest in that Claimant's recovery); and

4. Whether the Claimant's award is subject to any non-medical lien on which counsel have been placed on notice, such as a judgment creditor, tax, or child support lien.

Primary Counsel are responsible for securing the above fee and costs information for their own firm and from any other firms who share an interest in each claimant's recovery.[1]

All Primary Counsel firms representing claimants in the Settlement Program are directed to respond promptly to BrownGreer's requests for this information and to follow the instructions from BrownGreer on all steps in the payment process by **January 8, 2024**. The Notices issued to claimants will inform them of the total amount of attorney's fees and costs deducted from their Settlement Award. Any further information required by applicable state law or ethical rules on the detail of the fee amounts to be paid to each law firm with an interest or of the items comprising the deducted costs will be the sole responsibility of Primary Counsel or the individual law firm. Because the time needed to gather and provide the information to BrownGreer will delay their

---

[1] It is the sole obligation of Primary Counsel firms—not the Settlement Administrator, Settlement Data Administrator, or the Court—to address any issues arising from or related to fee-sharing arrangements with other firms.

ability to issue payments, Primary Counsels' failure to provide the information by the deadline will result in a show cause order, which ultimately may impact their fee awards.

**SO ORDERED**, on this 28th day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**