**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 82**
**(Unopened Registration Forms for MSA I Eligible Claimants)**

The Initial Registration Date for MSA I Eligible Claimants is January 25, 2023. *See* CMO 72 (Registration Deadlines), ECF No. 3933. As of today, less than one month from the deadline, nearly 90,000 Eligible Claimants have never even logged on to Archer's settlement portal to review their Registration Forms, much less made an election regarding participation in the settlement program. This extraordinarily high number of unopened Registration Forms is concerning because of the consequences for failure to timely register. As the Court has emphasized many times before, Eligible Claimants who fail to timely submit a Registration Form reflecting their election are ineligible to participate in the settlement program and their filed cases will be dismissed with prejudice.[1] *See* CMO 74 (Notice and Order

---

[1] And again, while no Claimant is required to participate in the settlement program, *every* Eligible Claimant is required to make an election as to whether or not to participate and so notify the Settlement Administrator and thus the Court. *See* CMO 78, CF No. 3957 n.1. A Claimant's

to MSA I Eligible Claimants and Primary Counsel), ECF No. 3936; CMO 58 (Settlement Implementation), ECF No. 3812 at 2; MSA I, ECF No. 3809-1 at 16.

At this time, Primary Counsel firms are directed to access Archer's Firm Portal, determine which of their clients have not yet logged in and started completing their Registration Forms, and then contact those clients to advise and assist them in navigating the registration process, and explain the consequences for failing to timely register. Maintaining communication with clients concerning their cases and any potential settlement is a fundamental professional obligation of all attorneys that is not obviated by the fact that Registration Forms were sent directly to clients. Failure to do so may result in sanctions against counsel.

**SO ORDERED**, on this 28th day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

failure to do so will deprive the Claimant of the opportunity to participate in the settlement, as well as the opportunity to continue as a Litigating Plaintiff in the MDL.