UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 83**
**(Amendment to CMO 81 for Ledgering Disclosures to BrownGreer)**

On December 28, 2023, the Court entered Case Management Order No. 81, ECF No. 3975, requiring Primary Counsel firms to disclose fees, costs, and non-medical lien information for all of their Eligible Claimant clients to BrownGreer for ledgering purposes by January 8, 2024. This Order amends CMO 81 to clarify the genesis of the ledgering process and modify the disclosure deadline for certain Eligible Claimants to lessen the burden on Primary Counsel firms, particularly those with larger inventories. In all other respects, CMO 81 remains the same.

1. **Ledgering Process**. The ledgering process is a necessary component of the settlement allocation and payment methodology devised by Plaintiff Leadership, which provides that the QSF will disburse net Settlement Awards directly to Claimants after deducting applicable fees, costs, and liens. Neither the Court nor the Settlement Administrator/BrownGreer designed this aspect of the methodology, and, as discussed below, Primary Counsel firms may opt out of it and assume responsibility for paying

their clients, with certain caveats.[1]  Firms that opt out, however, will be monitored by QSF Co-Administrator Randy Sansom to ensure timely payments are made to Claimants, and the failure to timely pay clients may result in sanctions.

   2.   **Ledgering Disclosure Deadlines**.  The ledgering disclosure deadlines for Primary Counsel firms that do not opt of payments directly to Claimants by the QSF are as follows:

   a.   **EPP Fast Track Claimants**.  Primary Counsel firms have been provided a list identifying which of their Eligible Claimants registered for the Expedited Pay Program and are eligible for fast-track payment under the first-in first-out terms of the Master Settlement Agreement.  Law firm ledgering disclosures for EPP Fast Track Claimants only must be submitted to BrownGreer by **January 8, 2024**.

   b.   **All Other Eligible Claimants**.  Law firm ledgering disclosures for all other Eligible Claimants (*i.e.*, those not identified as EPP Fast Track Claimants) must be submitted to BrownGreer by **January 31, 2024**.

   3.   **Ledgering Assistance**.  Any Primary Counsel needing assistance in the use or submission of the Ledgering Excel spreadsheet should contact BrownGreer by email to  3Mearplugs@browngreer.com or by calling (888)-361-0741.

   4.   **Opt Out Firms**.  Any Primary Counsel that does not submit the data required by the ledgering Excel spreadsheet to BrownGreer by the deadlines in this

---

[1] With that said, the Court agreed that direct payments to Claimants by the Settlement Administrator would allow for faster and more efficient payments.

Order will be deemed to have opted out of having the Settlement Administrator provide each Claimant with information about the attorney's fees and costs applicable to the Claimant's Settlement Award and of having the net Award paid by the QSF directly to the Claimant.  Instead, such Primary Counsel will receive the QSF payment of the Claimant's Final Settlement Award (after deductions by the Settlement Administrator for the Common Benefit Fund and applicable liens) and then will be responsible for providing each Claimant a closing statement on attorney's fees and costs taken from the Award and for prompt payment of the net Award to each client.  Each Primary Counsel will also be required to file a statement with the Court for each Claimant client certifying that the Claimant's net award satisfies the 50% Rule applicable to all Settlement Awards, consistent with the notice provided to Primary Counsel firms by Common Benefit Special Master Randall Sansom, at the Court's direction.

    **SO ORDERED**, on this 31st day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**