**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 84**
**(MSA I Initial Registration Deadline Warning)**

The Initial Registration Date for MSA I Eligible Claimants is **January 25, 2024, only fourteen (14) days away.** As of today, 58,089 Eligible Claimants in the MDL have not registered and an astonishing 52,052 have never even logged onto Archer's settlement portal to review their Registration Forms, despite the Court's previous admonitions regarding the consequences for failing to timely register. *See* CMO 82 (Unopened Registration Forms for MSA I Eligible Claimants), ECF No. 3976; CMO 79 (MSA I Primary Counsel Review Deadline), ECF No. 3967; CMO 74 (Notice and Order to MSA I Eligible Claimants and Primary Counsel), ECF No. 3936; CMO 58 (Settlement Implementation), ECF No. 3812. Again, Eligible Claimants in the MDL who fail to timely submit a Registration Form reflecting their election are ineligible to participate in the settlement program, and their filed cases

will be dismissed with prejudice.[1] *See id.* There will be no further warnings from the Court.[2]

**SO ORDERED**, on this 11th day of January, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] No claimant is required to participate in the settlement program but every Eligible Claimant in the MDL is required to make an election as to whether or not to participate and so notify the Settlement Administrator and thus the Court. A claimant's failure to do so will deprive the claimant of the opportunity to participate in the settlement, as well as the opportunity to continue as a Litigating Plaintiff in the MDL.

[2] The Court intends to enter a similar notice and caution on the dockets of all unregistered Eligible Claimants in the MDL.