# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to:
All Cases

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

## CASE MANAGEMENT ORDER NO. 85
### (Opt-Out Litigating Plaintiffs Notice)

As previously ordered, Eligible Claimants in the MDL who initially submitted a Registration Form electing not to participate in the settlement program and continue litigating against 3M but who wish to change that election and instead participate in the settlement must notify the Settlement Administrator and make the change to their Registration Form by **January 15, 2024, only four (4) days away**. *See* CMO 80 (Amendment to CMO 57 for Opt-Out Litigating Plaintiffs), ECF No. 3974. As of today, approximately 350 Eligible Claimants in the MDL have elected not to participate in the settlement and continue litigating. Again, Eligible Claimants in the MDL who elect not to participate in the settlement and who do not change that election by the deadline will become subject to the requirements of Case Management Order No. 57 (Ongoing Litigation Against Defendants), ECF No. 3811. *See id.* This means that, for these claimants, cases originally filed on the administrative docket must be transitioned to the active docket pursuant to the

procedures set forth in CMO 57, ECF No. 3811 at 11-13, **by January 22, 2024**. *Id.*
All other deadlines in CMO 57 (e.g., production, preservation, status conference,
mediation) are amended to run from **January 22, 2024**. *Id.* In all other respects,
CMO 57 remains the same. The cases of Eligible Claimants in the MDL who fail to
comply with the amended deadlines set forth in CMO 80 and/or with the
requirements of CMO 57 will be dismissed with prejudice. There will be no further
warnings from the Court.[1]

  **SO ORDERED**, on this 11th day of January, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court intends to enter a similar notice and caution on the dockets of all Eligible Claimants
in the MDL who elected not to participate in the settlement and continue litigating.