# EXHIBIT A

| | Plaintiff ID | Plaintiff Name | Law Firm Name | Admin Docket Case Number | Active Docket Case Number | Added to ID Order Report | ID Order Status | Action |
|---|---|---|---|---|---|---|---|---|
| | | | **No Response from Firms** <br> **(As of 1/9/2024)** | | | | | |
| 1 | 292154 | Briscoe, Robert L. | Laminack Pirtle & Martines | | 7:21-cv-13379-MCR-HTC | No | | Dismiss |
| | 367058 | Briscoe, Robert Lee | Quinn Emanuel Urquhart & Sullivan LLP | | | Yes | Dismissed With Prejudice for Non-Compliance | Continue |
| 2 | 323385 | Shoemaker, Patrick | Laminack Pirtle & Martines | 7:21-cv-46734-MCR-HTC | | No | | Dismiss |
| | 426896 | Shoemaker, Patrick | Kirkendall Dwyer LLP | | | Yes | Dismissed With Prejudice for Non-Compliance | Continue |
| 3 | 139959 | Sprouse, Cody A. | Cody Sprouse - Pro Se | 7:20-cv-30420-MCR-HTC | | No | | Dismiss |
| | 412151 | Sprouse, Cody A | Aylstock, Witkin, Kreis & Overholtz, PLLC | 9:23-cv-05585-MCR-HTC | | Yes | Unique Eligible Claimant | Continue |