**EXHIBIT A**

| Firm | Uncertified Amount | Certified Amount |
|---|---:|---:|
| Abraham, Watkins, Nichols, Sorrels, Agosto, Aziz & Stogner | $ - | $ 483,088.74 |
| AWKO | $ - | $ 1,740,828.41 |
| Bailey Cowan Heckman PLLC | $ - | $ 136,463.10 |
| Bailey Glasser LLP | $ - | $ 11,119.23 |
| Baron & Budd, P.C. | $ - | $ 8,058.63 |
| Beggs & Lane, RLLP | $ - | $ 2,761.42 |
| Burnett Law | $ - | $ 27,149.66 |
| Carlson Law Firm | $ - | $ 19,731.60 |
| Ciresi Conlin, LLP | $ - | $ 123,459.95 |
| Clark, Love & Hutson, PLLC | $ - | $ 656,880.14 |
| Colson Hicks Edison | $ - | $ 57,359.53 |
| Cornell Law | $ - | $ 1,301.08 |
| Cory Watson, P.C. | $ - | $ 11,672.45 |
| Douglas and London, P.C. | $ - | $ 7,087.93 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | $ - | $ 3,395.53 |
| Gibbs Law Group LLP | $ - | $ 62,650.63 |
| Gori Law | $ - | $ 72,361.34 |
| Goza & Honnold, LLC | $ - | $ 24,830.49 |
| Heninger, Garrison, Davis, LLC | $ - | $ 162,129.99 |
| Hensley Legal Group | $ - | $ 42,651.60 |
| Johnson Johnson Lucas & Middleton | $ - | $ 1,439.09 |
| Johnson Law Group | $ - | $ 7,456.03 |
| Keller Postman | $ - | $ 563,399.20 |
| Kirtland & Packard, LLP | $ - | $ 4,572.19 |
| Laminack, Pirtle & Martines, LLP | $ - | $ 183,381.76 |
| Lanier Law Firm | $ - | $ 40,966.17 |
| Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | $ - | $ 290,216.03 |
| Lieff Cabraser Heimann & Bernstein, LLP | $ - | $ 6,893.64 |
| Meshbesher & Spence | $ (239.03) | $ - |
| Messa & Associates | $ - | $ 377,368.22 |
| Monsour Law Firm | $ - | $ 364,879.82 |
| Morgan & Morgan | $ - | $ 37,383.95 |
| Mostyn Law | $ - | $ 189,484.42 |
| Napoli Shkolnik, PLLC | $ (5,267.54) | $ - |
| Pittman Dutton | $ - | $ 16,142.42 |
| Pulaski Kherkher PLLC | $ - | $ 347,989.38 |
| Quinn Emanuel | $ - | $ 113,578.45 |
| Rasmussen Law | $ (188.00) | $ - |
| Rogers, Patrick, Westbrook & Brickman, LLC | $ - | $ 9,873.35 |
| Sara Schramm LLC | $ - | $ 28,238.59 |
| Seeger Weiss LLP | $ - | $ 1,755,811.11 |
| Simmons Hanly Conroy | $ - | $ 306,124.34 |
| Stueve Siegel Hanson LLP | $ - | $ 5,813.23 |
| Taylor Martino, P.C. | $ - | $ 1,430.19 |
| The Kuykendall Group | $ - | $ 728.40 |
| Tracey & Fox | $ - | $ 450,872.62 |
| Wagstaff & Cartmell, LLP | $ - | $ 306,099.97 |
| Walsh Law | $ - | $ 24,380.22 |
| Watts Guerra LLP | $ - | $ 21,525.67 |
| Weitz & Luxenberg, P.C. | $ - | $ 13,474.87 |
| Wilson Law, P.A. | $ - | $ 1,356.57 |