### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| *This document Relates to All Cases* | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### NOTICE OF WITHDRAWAL OF COUNSEL
### PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR
### <u>REMOVAL FROM SERVICE LIST</u>

PLEASE TAKE NOTICE that Christopher Burrichter, from the law firm Dechert LLP, hereby withdraws as attorney of record for Defendant 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: January 23, 2024

Respectfully submitted,

*/s/ Christopher Burrichter*
Christopher Burrichter, IL Bar No. 6308675
DECHERT LLP
35 West Wacker Drive
Suite 3400
Chicago, IL 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
Email: Christopher.burrichter@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate, LLC and Aearo, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 23, 2024, a true copy of the foregoing was filed on the

CM/ECF system, which will send notification of such filing to all parties and counsel in this case.


*/s/ Christopher Burrichter*
Christopher Burrichter, IL Bar No. 6308675