# EXHIBIT A

| | Unique Claimants without Case Information (As of 1/22/2024) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Plaintiff ID | Name | Firm | Census Submitted | Discharge Docs Submitted | Case Filed | Late Filed Case | Filing Date |
| 1 | 430611 | Ringtho, Everest | Heninger Garrison Davis, LLC | No | No | No | | |
| 2 | 430612 | Robert, Sebulime | Heninger Garrison Davis, LLC | No | No | No | | |
| 3 | 432088 | Rubahita, Sayid | Heninger Garrison Davis, LLC | No | No | No | | |
| 4 | 431162 | Rubanga, Martin | Heninger Garrison Davis, LLC | No | No | No | | |
| 5 | 430888 | Rubara, George | Heninger Garrison Davis, LLC | No | No | No | | |
| 6 | 432744 | Rubibi, Sula | Heninger Garrison Davis, LLC | No | No | No | | |
| 7 | 430889 | Rubombora, Martin | Heninger Garrison Davis, LLC | No | No | No | | |
| 8 | 430890 | Rubudia, Solomon | Heninger Garrison Davis, LLC | No | No | No | | |
| 9 | 431783 | Ruhangarinda, Thomas | Heninger Garrison Davis, LLC | No | No | No | | |
| 10 | 431164 | Ruhinda, Frank | Heninger Garrison Davis, LLC | No | No | No | | |
| 11 | 432433 | Rukomera, Caleb | Heninger Garrison Davis, LLC | No | No | No | | |
| 12 | 432434 | Rukundo, Baruch | Heninger Garrison Davis, LLC | No | No | No | | |
| 13 | 430614 | Rukundo, Colleb | Heninger Garrison Davis, LLC | No | No | No | | |
| 14 | 431467 | Rukyaiekere, Karim | Heninger Garrison Davis, LLC | No | No | No | | |
| 15 | 431468 | Ruremire, Musa | Heninger Garrison Davis, LLC | No | No | No | | |
| 16 | 432090 | Ruriisa, Robert | Heninger Garrison Davis, LLC | No | No | No | | |
| 17 | 430891 | Rusikire, Godfrey | Heninger Garrison Davis, LLC | No | No | No | | |
| 18 | 430892 | Rusoke, Brian | Heninger Garrison Davis, LLC | No | No | No | | |
| 19 | 432745 | Rutaremwa, Berham | Heninger Garrison Davis, LLC | No | No | No | | |
| 20 | 431469 | Rwabasheija, Frank | Heninger Garrison Davis, LLC | No | No | No | | |
| 21 | 432091 | Rwabigongi, Frank | Heninger Garrison Davis, LLC | No | No | No | | |
| 22 | 430615 | Rwakabura, Moses | Heninger Garrison Davis, LLC | No | No | No | | |
| 23 | 432436 | Rwakalemera, Ronald | Heninger Garrison Davis, LLC | No | No | No | | |
| 24 | 430617 | Rwakampangi, Geogrey | Heninger Garrison Davis, LLC | No | No | No | | |
| 25 | 431786 | Rwakiseta, Fred | Heninger Garrison Davis, LLC | No | No | No | | |
| 26 | 430893 | Rwanchwende, Francis | Heninger Garrison Davis, LLC | No | No | No | | |
| 27 | 430894 | Rwankole, Augustus | Heninger Garrison Davis, LLC | No | No | No | | |
| 28 | 432748 | Rwansheija, Geofrey | Heninger Garrison Davis, LLC | No | No | No | | |
| 29 | 432437 | Rwezigye, Edward | Heninger Garrison Davis, LLC | No | No | No | | |
| 30 | 430619 | Rwigyema, Nathan | Heninger Garrison Davis, LLC | No | No | No | | |
| 31 | 432438 | Rwihura, Javan | Heninger Garrison Davis, LLC | No | No | No | | |
| 32 | 431471 | Rwomushana, Justus | Heninger Garrison Davis, LLC | No | No | No | | |
| 33 | 432750 | Sabiti, Wilex | Heninger Garrison Davis, LLC | No | No | No | | |
| 34 | 430896 | Safari, Emmanuel | Heninger Garrison Davis, LLC | No | No | No | | |
| 35 | 431790 | Sakwa, Martin | Heninger Garrison Davis, LLC | No | No | No | | |
| 36 | 430620 | Salongo, Hassan | Heninger Garrison Davis, LLC | No | No | No | | |
| 37 | 430621 | Samadu, Emmanuel | Heninger Garrison Davis, LLC | No | No | No | | |
| 38 | 432440 | Samanya, Gaddy | Heninger Garrison Davis, LLC | No | No | No | | |
| 39 | 431169 | Samuel, Matovu | Heninger Garrison Davis, LLC | No | No | No | | |
| 40 | 430897 | Sanyu, Patrick | Heninger Garrison Davis, LLC | No | No | No | | |
| 41 | 430898 | Sebaggala, Benon | Heninger Garrison Davis, LLC | No | No | No | | |
| 42 | 432752 | Sebale, Robert | Heninger Garrison Davis, LLC | No | No | No | | |
| 43 | 431171 | Sebyala, Emmanuel | Heninger Garrison Davis, LLC | No | No | No | | |
| 44 | 431793 | Segawa, Richard | Heninger Garrison Davis, LLC | No | No | No | | |
| 45 | 432441 | Sekanwagi, Augustine | Heninger Garrison Davis, LLC | No | No | No | | |
| 46 | 432442 | Sekiranda, Christopher | Heninger Garrison Davis, LLC | No | No | No | | |
| 47 | 432098 | Sekiranda, Fred | Heninger Garrison Davis, LLC | No | No | No | | |
| 48 | 431475 | Sekitende, Robert | Heninger Garrison Davis, LLC | No | No | No | | |
| 49 | 431794 | Sekyewa, Rashid | Heninger Garrison Davis, LLC | No | No | No | | |
| 50 | 432099 | Senabulya, Samuel | Heninger Garrison Davis, LLC | No | No | No | | |
| 51 | 430624 | Sendi, Gyavira | Heninger Garrison Davis, LLC | No | No | No | | |
| 52 | 430625 | Sengooba, Michael | Heninger Garrison Davis, LLC | No | No | No | | |
| 53 | 432755 | Senyondo, Polly | Heninger Garrison Davis, LLC | No | No | No | | |
| 54 | 432756 | Senyonga, Isaac | Heninger Garrison Davis, LLC | No | No | No | | |
| 55 | 430902 | Senyonyi, Adulf | Heninger Garrison Davis, LLC | No | No | No | | |
| 56 | 431175 | Serugo, Ernest | Heninger Garrison Davis, LLC | No | No | No | | |
| 57 | 432446 | Seruyange, Moses | Heninger Garrison Davis, LLC | No | No | No | | |
| 58 | 430626 | Serwanje, Michael | Heninger Garrison Davis, LLC | No | No | No | | |
| 59 | 432447 | Sewankambo, Richard | Heninger Garrison Davis, LLC | No | No | No | | |
| 60 | 431479 | Sharaff, Haili | Heninger Garrison Davis, LLC | No | No | No | | |
| 61 | 431798 | Sheka, Abel | Heninger Garrison Davis, LLC | No | No | No | | |
| 62 | 430903 | Siliver, Tumusiime | Heninger Garrison Davis, LLC | No | No | No | | |
| 63 | 430905 | Ssabagayi, Aloysius | Heninger Garrison Davis, LLC | No | No | No | | |
| 64 | 431481 | Ssabagwira, Misarch | Heninger Garrison Davis, LLC | No | No | No | | |
| 65 | 431482 | Ssaka, Mark | Heninger Garrison Davis, LLC | No | No | No | | |
| 66 | 432104 | Ssebabi, John | Heninger Garrison Davis, LLC | No | No | No | | |
| 67 | 431177 | Ssebaggala, Danniel | Heninger Garrison Davis, LLC | No | No | No | | |
| 68 | 431800 | Ssebaggala, Richard | Heninger Garrison Davis, LLC | No | No | No | | |
| 69 | 430906 | Ssebbowa, Micheal | Heninger Garrison Davis, LLC | No | No | No | | |
| 70 | 431180 | Ssebulonde, Geoffrey | Heninger Garrison Davis, LLC | No | No | No | | |
| 71 | 432105 | Ssebunnya, Isaac | Heninger Garrison Davis, LLC | No | No | No | | |
| 72 | 430630 | Ssebunya, Elias | Heninger Garrison Davis, LLC | No | No | No | | |
| 73 | 432450 | Sseguya, Mugagga | Heninger Garrison Davis, LLC | No | No | No | | |
| 74 | 432451 | Ssejajja, Christopher | Heninger Garrison Davis, LLC | No | No | No | | |
| 75 | 430909 | Ssekabira, Francis | Heninger Garrison Davis, LLC | No | No | No | | |
| 76 | 431483 | Ssekamatte, Fred | Heninger Garrison Davis, LLC | No | No | No | | |
| 77 | 432761 | Ssekatawa, Mike | Heninger Garrison Davis, LLC | No | No | No | | |
| 78 | 430908 | Ssekazzi, Godfrey | Heninger Garrison Davis, LLC | No | No | No | | |
| 79 | 431803 | Ssekiwere, Godfrey | Heninger Garrison Davis, LLC | No | No | No | | |
| 80 | 430633 | Ssekyanzi, Frank | Heninger Garrison Davis, LLC | No | No | No | | |

| # | ID | Name | Firm | Col5 | Col6 | Col7 | Case No. | Date |
|---|---|---|---|---|---|---|---|---|
| 81 | 432452 | Ssekyanzi, Jackson | Heninger Garrison Davis, LLC | No | No | No | | |
| 82 | 431804 | Ssemakula, Sunday | Heninger Garrison Davis, LLC | No | No | No | | |
| 83 | 431182 | Ssemanda, Aloysious | Heninger Garrison Davis, LLC | No | No | No | | |
| 84 | 431183 | Ssemanda, John | Heninger Garrison Davis, LLC | No | No | No | | |
| 85 | 432764 | Ssemigga, George | Heninger Garrison Davis, LLC | No | No | No | | |
| 86 | 432109 | Ssempijja, William | Heninger Garrison Davis, LLC | No | No | No | | |
| 87 | 431805 | Ssemugabo, Paul | Heninger Garrison Davis, LLC | No | No | No | | |
| 88 | 243565 | Aguilar, Martin | Zoll & Kranz, LLC | Yes | Yes | No | | |
| 89 | 403287 | Jensen, Julie Nicole | Ben Martin Law Group | No | No | No | | |
| 90 | 68110 | Brown, Brandon | Brent Coon & Associates | Yes | No | No | | |
| 91 | 68545 | Farley, Joshua | Brent Coon & Associates | Yes | No | No | | |
| 92 | 290528 | Huff, Alexander | Brent Coon & Associates | Yes | No | No | | |
| 93 | 108232 | Camacho Martinez, Angel | Douglas & London | Yes | Yes | No | | |
| 94 | 115520 | Wilno, Ryan | Douglas & London | Yes | Yes | No | | |
| 95 | 426217 | Mays, Gary | Griffin Purnell LLC | No | No | Late | 3:24-cv-00022-MCR-HTC | 1/12/2024 |
| 96 | 426218 | Vega, Josue | Griffin Purnell LLC | No | No | Late | 3:24-cv-00023-MCR-HTC | 1/12/2024 |
| 97 | 425814 | Aguilar, Antonio | Keller Postman | Yes | No | No | | |
| 98 | 138066 | Clarke, Matthew | Keller Postman | Yes | No | No | | |
| 99 | 43792 | Conard, Damien M | Keller Postman | No | No | No | | |
| 100 | 137026 | Fleming, Chris | Keller Postman | Yes | No | No | | |
| 101 | 44475 | Grossett, Paul P | Keller Postman | Yes | No | No | | |
| 102 | 242888 | Jackson, Tylia | Keller Postman | No | No | No | | |
| 103 | 137324 | Miller, Eric | Keller Postman | Yes | No | No | | |
| 104 | 342803 | Perkings, Andre | Keller Postman | No | No | No | | |
| 105 | 136780 | Pollard, Andrea | Keller Postman | Yes | No | No | | |
| 106 | 248571 | Prince, William | Keller Postman | Yes | No | No | | |
| 107 | 235646 | Schaffer, Donald | Keller Postman | Yes | No | No | | |
| 108 | 202905 | Silvia, James Tyler | Keller Postman | Yes | No | No | | |
| 109 | 137326 | Thorsen, Eric | Keller Postman | Yes | No | No | | |
| 110 | 248527 | Whitfield, Jonathan | Keller Postman | No | No | No | | |
| 111 | 423424 | Copeland, Jonathan | Parafinczuk Wolf, P.A. | Yes | Yes | No | | |
| 112 | 410679 | Kepp, Joshua Michael | Pro Se- Joshua Michael Kepp | No | No | No | | |
| 113 | 433146 | Collins, Jonathan | Quinn Emanuel Urquhart & Sullivan LLP | No | No | No | | |
| 114 | 372680 | Kooy, Steven | Quinn Emanuel Urquhart & Sullivan LLP | Yes | Yes | No | | |
| 115 | 433134 | Rylander, Alexis | Quinn Emanuel Urquhart & Sullivan LLP | No | No | No | | |
| 116 | 405571 | Ryan, Marian E | Shunnarah Vail Trial Attorneys, P.C. | Yes | Yes | No | | |
| 117 | 178882 | Law, Robert | Singleton Schreiber, LLP | Yes | No | No | | |
| 118 | 444302 | Smith, Bryan | Watts Guerra LLC | No | No | No | | |
| 119 | 407330 | Mitchell, Matthew | Brent Coon & Associates | Yes | Yes | No | | |
| 120 | 74592 | Rupar, Robert | Watts Guerra LLC | Yes | Yes | No | | |
| 121 | 416556 | Kimbrell, Richard | Kirkendall Dwyer LLP | Yes | Yes | No | | |
| 122 | 426287 | Golden, Daviyoun | Kirkendall Dwyer LLP | Yes | No | No | | |
| 123 | 426922 | Smith, Shawn | Kirkendall Dwyer LLP | Yes | No | No | | |
| 124 | 424063 | Blankemeier, Robert | Thomas J Henry | No | No | No | | |
| 125 | 424073 | Bohall, Steven | Thomas J Henry | No | No | No | | |
| 126 | 424099 | Brennes, William | Thomas J Henry | No | No | No | | |
| 127 | 424115 | Brown, Joshua | Thomas J Henry | No | No | No | | |
| 128 | 424124 | Buettner, Thomas | Thomas J Henry | No | No | No | | |
| 129 | 424148 | Cacek, Bryce | Thomas J Henry | No | No | No | | |
| 130 | 424183 | Carter, Jarod | Thomas J Henry | No | No | No | | |
| 131 | 424187 | Casasola, Jose | Thomas J Henry | No | No | No | | |
| 132 | 424202 | Chavez, Richard | Thomas J Henry | No | No | No | | |
| 133 | 424262 | Cowart, Phillip | Thomas J Henry | No | No | No | | |
| 134 | 424267 | Cox, Shalawn | Thomas J Henry | No | No | No | | |
| 135 | 424271 | Craver, Jeff | Thomas J Henry | No | No | No | | |
| 136 | 424291 | Curtis, Joshua | Thomas J Henry | No | No | No | | |
| 137 | 424293 | D'Fiennes, Joseph | Thomas J Henry | No | No | No | | |
| 138 | 424359 | Dorris, Samuel | Thomas J Henry | No | No | No | | |
| 139 | 424380 | Ecke, Michael | Thomas J Henry | No | No | No | | |
| 140 | 424387 | Edwards, Nathaniel | Thomas J Henry | No | No | No | | |
| 141 | 424411 | Fairchild, Lance | Thomas J Henry | No | No | No | | |
| 142 | 424417 | Ferguson, Kevin | Thomas J Henry | No | No | No | | |
| 143 | 424422 | Fisher, John | Thomas J Henry | No | No | No | | |
| 144 | 423663 | Fuss, Ryan | Thomas J Henry | No | No | No | | |
| 145 | 423677 | Gardner, Kelly | Thomas J Henry | No | No | No | | |
| 146 | 423680 | Garner, Perry | Thomas J Henry | No | No | No | | |
| 147 | 423793 | Harrison, Kenneth | Thomas J Henry | No | No | No | | |
| 148 | 423805 | Hayes, James | Thomas J Henry | No | No | No | | |
| 149 | 423810 | Heil, Dennis | Thomas J Henry | No | No | No | | |
| 150 | 423822 | Henderson, Christopher | Thomas J Henry | No | No | No | | |
| 151 | 423825 | Henry, Andrew | Thomas J Henry | No | No | No | | |
| 152 | 423909 | Hutchinson, Thomas | Thomas J Henry | No | No | No | | |
| 153 | 424473 | Johnson, Christopher | Thomas J Henry | No | No | No | | |
| 154 | 424486 | Johnston, Joshua | Thomas J Henry | No | No | No | | |
| 155 | 424675 | Malkiewicz, Alexander | Thomas J Henry | No | No | No | | |
| 156 | 424694 | Marshall, Winda | Thomas J Henry | No | No | No | | |
| 157 | 424735 | Mccloud, Jonathan | Thomas J Henry | No | No | No | | |
| 158 | 424740 | Mccollum, David | Thomas J Henry | No | No | No | | |
| 159 | 424787 | Miller, William | Thomas J Henry | No | No | No | | |
| 160 | 424794 | Mitchell, Charles | Thomas J Henry | No | No | No | | |
| 161 | 424801 | Mohnach, Ryan | Thomas J Henry | No | No | No | | |
| 162 | 424837 | Morrison, Lewis | Thomas J Henry | No | No | No | | |
| 163 | 424889 | Newport, John | Thomas J Henry | No | No | No | | |
| 164 | 425001 | Pitchford, Greg | Thomas J Henry | No | No | No | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 165 | 425056 | Reed, Darnell | Thomas J Henry | No | No | No | | |
| 166 | 425511 | Walter, Alan | Thomas J Henry | No | No | No | | |
| 167 | 425516 | Ward, Joshua | Thomas J Henry | No | No | No | | |
| 168 | 425530 | Webb, James | Thomas J Henry | No | No | No | | |
| 169 | 44420 | Gotschall, Bradford A | Keller Postman | Yes | Yes | No | | |