UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-02885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

This Document Relates to:
*Joshua Prokasy,* 8:20-cv-04381-MCR-HTC

## MOTION TO EXTEND 1/25 REGISTRATION DEADLINE

NOW COME Plaintiffs, Oliver Law Group, P.C. as a firm to submit their Motion for Extension of Time pursuant to Local Rule 6.1 and submit the following facts to this Court:

Claimant Joshua Prokasy is currently incarcerated in the Mississippi State Penitentiary (aka Parchman Prison) in Mississippi. Though paper forms were released to Mr. Prokasy it took far longer than expected for the notoriously unreliable facility to process the file. The delays necessitated that Oliver Law send out a separate set of documents via overnight mail. When contacting Parchman regarding these documents the facility confirmed that there was indeed a postage shortage that impacted outgoing mail. See **Exhibit 1 – Affidavit of Almado Doko.**

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court extend the deadline for Oliver Law Group to submit registration forms by 14 days for the following 3M Claimant: Joshua Prokasy, 8:20-cv-04381-MCR-HTC, Plaintiff ID #189323.

1

|  |  |
|---|---|
| | Respectfully Submitted,<br>OLIVER LAW GROUP PC |
| January 25, 2024 | /s/ Alyson Oliver<br>Alyson Oliver (P55020)<br>Oliver Law Group, P.C.<br>Attorneys for Plaintiffs<br>50 W. Big Beaver Rd.<br>Suite 200<br>Troy, MI 48084<br>T: (248) 327-6556<br>E: notifications@oliverlawgroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

OLIVER LAW GROUP, P.C.

By: /s/ Alyson Oliver
Alyson Oliver, MI State Bar # P55020
notifications@oliverlawgroup.com
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556

# Exhibit 1

## AFFIDAVIT OF ALMADO DOKO

NOW COMES Almado Doko, having been duly sworn to make only truthful statements and based on personal knowledge, does hereby state as follows:

1. I spoke with a staff member at Mississippi State Penitentiary's Mailroom on January 24, 2024.

2. I explained that we were expecting legal documents signed by our client, Joshua Prokasy, that needed to be sent back as soon as possible due to an approaching deadline.

3. The mailroom stated that due to a lack of postage at the facility, they did not expect that they would be able to send out the inmates' outgoing mail at this current time.

4. When I clarified our office had provided a prepaid return envelope, the staff member stated that there should be no issue preventing that mail from being sent out.

Further affiant sayeth naught.

January 24, 2024

_____
Almado Doko

Subscribed and sworn to before me
on __January 24__, 2024.

_____
Notary Public
County of Macomb, State of MI
My Commission Expires: 9-8-2025

CAMERON BELL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires September 8, 2025
Acting in the County of Oakland

IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBART ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:
*Joshua Prokasy 8:20-cv-04381-MCR-HTC*
_____/

**PROPOSED ORDER FOR LEAVE TO AMEND COMPLAINT TO ADD PARTIES**

This matter having come before the Court by request of the Plaintiff and the Court being fully advised thereon;

IT IS HEREBY ORDERED that Plaintiff is granted a 14-day extension to submit his registration paperwork, pursuant to Local Rule 6.1 and the Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: January 25, 2023            _____

THE HONORABLE M. CASEY RODGERS
MAGISTRATRE JUDGE HOPE T. CANNON

1