UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>*Joshua Prokasy,* 8:20-cv-04381-MCR-HTC | |

## **AMENDED MOTION TO EXTEND 1/25 REGISTRATION DEADLINE**

NOW COMES Plaintiffs, Oliver Law Group, P.C. as a firm to submit their Amended Motion for Extension of Time pursuant to Local Rule 6.1 and Federal Rule of Civil Procedure 15(a)(1). In support of this Motion, Plaintiffs refer the court to accompanying memorandum.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>OLIVER LAW GROUP PC |
| January 26, 2024 | /s/ Alyson Oliver<br>Alyson Oliver (P)<br>Oliver Law Group, P.C.<br>Attorneys for Plaintiffs<br>50 W. Big Beaver Rd.<br>Suite 200<br>Troy, MI 48084<br>T: (248) 327-6556<br>E: notifications@oliverlawgroup.com |

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| This Document Relates to:<br>*Joshua Prokasy,* 8:20-cv-04381-MCR-HTC | |

NOW COMES Plaintiffs, Oliver Law Group, P.C. as a firm and submit their memorandum on the Amended Motion to Extend the 1/25 Registration Deadline.

### SUPPORTING MEMORANDUM

Claimant Joshua Prokasy is currently incarcerated in the Mississippi State Penitentiary (aka Parchman Prison) in Mississippi. Though paper forms were released to Mr. Prokasy it took far longer than expected for the notoriously unreliable facility to process the file. The delays necessitated that Oliver Law send out a separate set of documents via overnight mail. When contacting Parchman regarding these documents the facility confirmed that there was indeed a postage shortage that impacted outgoing mail. See **Exhibit 1 – Affidavit of Almado Doko.**

The signed documents departed the Parchamn facility at 6:52 P.M on January 25, 2024. Oliver Law received the file the following day on January 26,

2

2024, at 10:05 A.M, EST, and submitted the registration forms to Archer Systems the same hour. See **Exhibit 2 – Proof of Mailing**.

The delayed submission was not due to the idleness or negligence of counsel or claimant. Oliver Law Group made diligent efforts to gather the documents necessary for registration and submit them as soon as possible, ultimately missing the deadline by only 9 hours.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court extend the registration deadline to January 26, 2024, for 3M Claimant: Joshua Prokasy, 8:20-cv-04381-MCR-HTC, Plaintiff ID #189323.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>OLIVER LAW GROUP PC |
| January 26, 2024 | /s/ Alyson Oliver<br>Alyson Oliver (P)<br>Oliver Law Group, P.C.<br>Attorneys for Plaintiffs<br>50 W. Big Beaver Rd.<br>Suite 200<br>Troy, MI 48084<br>T: (248) 327-6556<br>E: notifications@oliverlawgroup.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

                                        OLIVER LAW GROUP, P.C.

                                        By:  /s/ Alyson Oliver
                                        Alyson Oliver, MI State Bar # P55020
                                        notifications@oliverlawgroup.com
                                        50 W. Big Beaver Rd.
                                        Suite 200
                                        Troy, MI 48084
                                        T: (248) 327-6556

# Exhibit 1

## AFFIDAVIT OF ALMADO DOKO

NOW COMES Almado Doko, having been duly sworn to make only truthful statements and based on personal knowledge, does hereby state as follows:

1. I spoke with a staff member at Mississippi State Penitentiary's Mailroom on January 24, 2024.

2. I explained that we were expecting legal documents signed by our client, Joshua Prokasy, that needed to be sent back as soon as possible due to an approaching deadline.

3. The mailroom stated that due to a lack of postage at the facility, they did not expect that they would be able to send out the inmates' outgoing mail at this current time.

4. When I clarified our office had provided a prepaid return envelope, the staff member stated that there should be no issue preventing that mail from being sent out.

Further affiant sayeth naught.

January 24, 2024

_____
Almado Doko

Subscribed and sworn to before me
on _January 24_____, 2024.

_____
Notary Public
County of **Macomb**, State of MI
My Commission Expires: __9-8-2025__

CAMERON BELL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires September 8, 2025
Acting in the County of _Oakland_

Exhibit 2





Times shown are in Local Time  Change

| Date/Time | Status | Location |
|---|---|---|
| 01/26/2024 10:05 A.M. | **Delivered** DELIVERED | TROY, MI, US |
| 01/26/2024 9:40 A.M. | **Out for Delivery** Out For Delivery Today | Madison Heights, MI, United States |
| 01/26/2024 8:28 A.M. | **On the Way** Processing at UPS Facility | Madison Heights, MI, United States |
| 01/26/2024 7:54 A.M. | Arrived at Facility | Madison Heights, MI, United States |
| 01/26/2024 6:54 A.M. | Departed from Facility | Romulus, MI, United States |
| 01/26/2024 5:52 A.M. | Arrived at Facility | Romulus, MI, United States |
| 01/26/2024 1:09 A.M. | Arrived at Facility | Memphis, TN, United States |
| 01/26/2024 1:25 A.M. | Arrived at Facility | Louisville, KY, United States |
| 01/25/2024 11:18 P.M. | Departed from Facility | Memphis, TN, United States |
| 01/25/2024 6:52 P.M. | Departed from Facility | Greenville, MS, United States |
| 01/25/2024 5:57 P.M. | Origin Scan | Greenville, MS, United States |
| 01/22/2024 4:51 P.M. | **Label Created** Shipper created a label, UPS has not received the package yet. | United States |

IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBART ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:
*Joshua Prokasy 8:20-cv-04381-MCR-HTC*
_____/

**PROPOSED ORDER FOR LEAVE TO AMEND COMPLAINT TO ADD PARTIES**

This matter having come before the Court by request of the Plaintiff and the Court being fully advised thereon;

IT IS HEREBY ORDERED that Plaintiff, Joshua Prokasy is granted a deadline extension allowing for submission of documents by January 26, 2023.

**IT IS SO ORDERED.**

Dated: January 26, 2023              _____

THE HONORABLE M. CASEY RODGERS
MAGISTRATRE JUDGE HOPE T. CANNON

1