**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER AND NOTICE

As part of its payment obligations under the Parties' Settlement Agreement, 3M has the option to pay $1 billion of the total $6 billion in 3M stock.  *See* MSA I § 11.4, ECF No. 3809-1.  The Agreement also gives 3M the option of paying cash in lieu of stock. *See id.* § 11.12.  The Court was recently advised that 3M has elected to exercise the cash option and, accordingly, will pay the entire $1 billion in cash, in separate payments, as memorialized in the attached amendment to MSA I.  *See* Exhibit A. Pursuant to the amendment, this decision is irrevocable.  *Id.*

**SO ORDERED**, on this 26th day of January, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**