# EXHIBIT A

|     | Claimant ID | Claimant Name | MDL Docket Number |
| --- | --- | --- | --- |
| 1.  | 16577  | Alonso, Ramiro A         | 7:20-cv-43544-MCR-HTC |
| 2.  | 176866 | Dowdle, Charles          | 8:20-cv-26652-MCR-HTC |
| 3.  | 50217  | Durham, Ian Michael      | 7:20-cv-44589-MCR-HTC |
| 4.  | 16841  | Wallace, John S          | 7:20-cv-43917-MCR-HTC |
| 5.  | 43193  | Autry, Cleo B            | 7:20-cv-58194-MCR-HTC |
| 6.  | 234879 | Baker, William           | 9:23-cv-21197-MCR-HTC |
| 7.  | 43244  | Barber, John D           | 7:20-cv-58430-MCR-HTC |
| 8.  | 237069 | Bavousett, Michael L     | 8:20-cv-83879-MCR-HTC |
| 9.  | 261956 | Binder, Calvin D.        | 9:20-cv-04478-MCR-HTC |
| 10. | 137343 | Blackman, Eugene         | 8:20-cv-36522-MCR-HTC |
| 11. | 326291 | Blevins, Tanya Marie     | 7:21-cv-44381-MCR-HTC |
| 12. | 43407  | Boggan, Jamie A          | 7:20-cv-59284-MCR-HTC |
| 13. | 341784 | Briggs, Caleb Albert     | 7:21-cv-59862-MCR-HTC |
| 14. | 43504  | Brown, James P           | 3:23-cv-07776-MCR-HTC |
| 15. | 325479 | Campbell, Gerald         | 7:21-cv-40404-MCR-HTC |
| 16. | 262156 | Canales, Cameron A.      | 9:20-cv-04678-MCR-HTC |
| 17. | 242504 | Day, James Henry         | 8:20-cv-89347-MCR-HTC |
| 18. | 43968  | Dehnert, Everett         | 7:20-cv-60536-MCR-HTC |
| 19. | 137431 | Dominguez, Horacio       | 8:20-cv-36854-MCR-HTC |
| 20. | 44078  | Dupre, Douglas C         | 7:20-cv-60576-MCR-HTC |
| 21. | 342029 | Dyer, Earl               | 7:21-cv-60401-MCR-HTC |
| 22. | 44304  | Gale, Oscar              | 7:20-cv-61104-MCR-HTC |
| 23. | 44441  | Greaves, James A         | 8:20-cv-20227-MCR-HTC |
| 24. | 138660 | Harris-Burdette, Tommy   | 3:22-cv-18553-MCR-HTC |
| 25. | 94789  | Hernandez, Roberto       | 7:20-cv-67203-MCR-HTC |
| 26. | 44810  | Huseman, George A        | 3:23-cv-13513-MCR-HTC |
| 27. | 45040  | Kinney, Gordon           | 7:20-cv-63503-MCR-HTC |
| 28. | 45211  | Long, Berry L            | 7:20-cv-63749-MCR-HTC |
| 29. | 236790 | Marks, Ernest M.         | 8:20-cv-88873-MCR-HTC |
| 30. | 306894 | Moffitt, Steven Douglas  | 3:23-cv-08581-MCR-HTC |
| 31. | 236663 | O'Connor, Richard Barry  | 8:20-cv-88650-MCR-HTC |
| 32. | 45767  | Pace, John M             | 7:20-cv-64746-MCR-HTC |
| 33. | 45792  | Parmer, Quinten R        | 7:20-cv-64796-MCR-HTC |
| 34. | 45822  | Pearson, Brian S         | 7:20-cv-64832-MCR-HTC |
| 35. | 202012 | Roberts, Chad            | 8:20-cv-43834-MCR-HTC |
| 36. | 46192  | Russell, Marc C          | 7:20-cv-70332-MCR-HTC |

| | | | |
|---|---|---|---|
| 37. | 321024 | Shockley, Kenneth Michael | 7:21-cv-35549-MCR-HTC |
| 38. | 242845 | Smith, Donald | 8:20-cv-85896-MCR-HTC |
| 39. | 46441 | Solomon, Kelvin D | 7:20-cv-70698-MCR-HTC |
| 40. | 81521 | Staron, Casey | 8:20-cv-35287-MCR-HTC |
| 41. | 46696 | Townsend, Parks | 7:20-cv-75580-MCR-HTC |
| 42. | 46853 | Waters, Larry A | 8:20-cv-20317-MCR-HTC |
| 43. | 323484 | Wilkerson, Michael | 7:21-cv-38468-MCR-HTC |
| 44. | 52682 | Harris, Keith | 7:20-cv-67424-MCR-HTC |
| 45. | 55947 | Acton, John | 7:20-cv-06895-MCR-HTC |
| 46. | 58333 | Adams, Eddie | 7:20-cv-10014-MCR-HTC |
| 47. | 355878 | Aguinaga, John | 3:22-cv-00311-MCR-HTC |
| 48. | 329720 | Aho, Clay | 7:21-cv-50343-MCR-HTC |
| 49. | 208095 | Arbiola, Mervin | 8:20-cv-53670-MCR-HTC |
| 50. | 263623 | Baggos, Corey | 9:20-cv-03745-MCR-HTC |
| 51. | 58401 | Bailey, Chase | 7:20-cv-10064-MCR-HTC |
| 52. | 57949 | Benjamin, Ian S. | 7:20-cv-09155-MCR-HTC |
| 53. | 301070 | Bermudez, Manuel | 7:21-cv-20969-MCR-HTC |
| 54. | 57634 | Bogart, Evan | 7:20-cv-10841-MCR-HTC |
| 55. | 352547 | Bonner, Antonio | 3:21-cv-02020-MCR-HTC |
| 56. | 59646 | Brewer, Justin | 7:20-cv-09027-MCR-HTC |
| 57. | 54533 | Buse, Lawrence G. | 7:20-cv-06561-MCR-HTC |
| 58. | 57481 | Cardoso, Craig | 7:20-cv-10809-MCR-HTC |
| 59. | 54015 | Collins, Ryan | 7:20-cv-05609-MCR-HTC |
| 60. | 53788 | Craft, Keith | 7:20-cv-05410-MCR-HTC |
| 61. | 53761 | Culver, Steve | 7:20-cv-05386-MCR-HTC |
| 62. | 169643 | Dearing, Mason | 7:20-cv-39407-MCR-HTC |
| 63. | 354724 | Deville, Todd | 3:21-cv-03707-MCR-HTC |
| 64. | 53885 | Dickerson, Raymond | 7:20-cv-05531-MCR-HTC |
| 65. | 57662 | Dooley, Jason | 7:20-cv-10891-MCR-HTC |
| 66. | 47805 | Fiederer, Anthony John | 7:20-cv-76224-MCR-HTC |
| 67. | 57307 | Givens, Todd | 7:20-cv-10362-MCR-HTC |
| 68. | 208096 | Gunter, Travis C. | 8:20-cv-53673-MCR-HTC |
| 69. | 55292 | Haeske, Oliver | 7:20-cv-06056-MCR-HTC |
| 70. | 57156 | Harris, Reginald | 7:20-cv-10431-MCR-HTC |
| 71. | 55081 | Jefferson, Fabian | 7:20-cv-08993-MCR-HTC |
| 72. | 54343 | Johnson, Zachary | 7:20-cv-06430-MCR-HTC |
| 73. | 289388 | Jones, Catherine | 7:21-cv-10336-MCR-HTC |
| 74. | 55453 | Knapp, Vincent | 7:20-cv-06129-MCR-HTC |

| | | | |
|---|---|---|---|
| 75. | 48011 | Lerch, William | 7:20-cv-08379-MCR-HTC |
| 76. | 58845 | Littleton, Joseph | 7:20-cv-11267-MCR-HTC |
| 77. | 57341 | Long, Elisa M. | 7:20-cv-10423-MCR-HTC |
| 78. | 48040 | Marchek, Jeremy | 7:20-cv-08440-MCR-HTC |
| 79. | 55045 | Miller, Oneata | 7:20-cv-08330-MCR-HTC |
| 80. | 58375 | Newsom, Joseph | 7:20-cv-10049-MCR-HTC |
| 81. | 58193 | Poplin, Wesley | 7:20-cv-09892-MCR-HTC |
| 82. | 58500 | Robinson, Brandon T. | 7:20-cv-12753-MCR-HTC |
| 83. | 57328 | Rodrigues, Frank | 7:20-cv-10404-MCR-HTC |
| 84. | 56929 | Roufa, Lindsay H | 7:20-cv-08710-MCR-HTC |
| 85. | 378719 | Rudis, Erich | 3:23-cv-01003-MCR-HTC |
| 86. | 248996 | Serrano, Candelario | 8:20-cv-92062-MCR-HTC |
| 87. | 55816 | Singer, Joshua L | 7:20-cv-06668-MCR-HTC |
| 88. | 55327 | Umphrey, William | 7:20-cv-06138-MCR-HTC |
| 89. | 56352 | Virtue, Michael | 7:20-cv-07373-MCR-HTC |
| 90. | 58837 | Wackenthaler, Eric | 7:20-cv-11250-MCR-HTC |
| 91. | 58038 | Ward, Brandon K. | 7:20-cv-09835-MCR-HTC |
| 92. | 48415 | Whitehead, Deone L. | 7:20-cv-04411-MCR-HTC |
| 93. | 53741 | Wyant, Theodore | 7:20-cv-05371-MCR-HTC |
| 94. | 55477 | Young, Darbie | 7:20-cv-06185-MCR-HTC |
| 95. | 192137 | Porter, Jeron | 8:20-cv-26981-MCR-HTC |
| 96. | 360300 | Arnold, Justin | 3:22-cv-05204-MCR-HTC |
| 97. | 8425 | Kwong, Nathan W. | 8:20-cv-17072-MCR-HTC |