**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 88**
**(Deadlines and Process for Bulk Submissions of EIF Claims and DPP Supplementations)**

The Settlement Administrator, BrownGreer, has developed a process for Primary Counsel who prefer to submit data and supporting documents for multiple Claimants at once for 1) Extraordinary Injury Fund ("EIF") Award Applications by MSA I and MSA III Participating Claimants and 2) Supplementations by MSA I Participating Claimants who elected the Deferred Payment Program ("DPP"). The Instructions explaining how counsel can use the "Bulk Submission" process were issued by BrownGreer to Primary Counsel on April 15, 2024, and are attached to this Order as Exhibit A. Adherence to those Instructions is essential to the efficient and successful implementation of the Bulk Submission process.

Accordingly, it is **ORDERED** that:

1. Any Primary Counsel using the Bulk Submission process must comply with the Instructions attached as Exhibit A and other directions from BrownGreer

on operation of the process.

2. To avoid logistical challenges with the Bulk Submission process, the Court, in consultation with Negotiating Plaintiffs' Counsel and BrownGreer, is setting deadlines for these kinds of submissions that precede those for individual submissions. The deadlines for the Bulk Submissions of EIF Applications and DPP Supplementations are as follows:

    (a) Bulk EIF Applications and Documents for MSA III Wave Claimants: **April 22, 2024**;

    (b) Bulk EIF Applications and Documents for MSA I Claimants: **July 23, 2024**;

    (c) Bulk Supplementation by MSA I DPP Claimants: **July 23, 2024**.

These deadlines are set forth and explained in Section I.C of the Instructions attached as Exhibit A.

3. The Court calls particular attention to the document naming rules required in Section II.C of the Instructions for EIF supporting documents and in Section III.B of the Instructions for DPP Supplementation documents. These naming conventions are crucial to the timely and accurate alignment of supporting documents with the correct Claimant and the full use of such materials in claim review. Failure to comply with these instructions will be considered a violation of this Order and may subject Primary Counsel utilizing the Bulk Submission process to sanctions.

**SO ORDERED**, on this 17th day of April, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**