UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 89**
**(MSA III Extraordinary Injury Fund Deadline Warning)**

The deadline for submitting an application to the Extraordinary Injury Fund ("EIF") for Master Settlement Agreement ("MSA") III Claimants ("Wave Claimants") is **11:59 p.m. Central Time on Thursday, April 25, 2024**. The Settlement Administrator, BrownGreer, will close the online application function for Wave Claimants as soon as this deadline elapses—i.e., no application can be submitted after the deadline. Wave Claimants and their counsel wishing to submit an EIF Application must do so before the deadline. Waiting until the last minute to submit an application is ill-advised. There will be no further warnings from the Court.

**SO ORDERED**, on this 23rd day of April, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**