**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 91**
**(Requiring Non-Ledgering Firm Ledgering Data)**

The Settlement Program has now paid 45,105 Participating Claimants a total of $701,023,225.35 after setting aside the 9% Common Benefit Fees holdback from their gross awards. While this is monumental in the context of a six-year settlement program, payments remain to be processed for 207,854 Participating Claimants, in both the Expedited and Deferred Payment Programs, not to mention the Extraordinary Injury Fund program.

Some Participating Claimants are represented by Primary Counsel law firms participating in the Settlement Program's "Ledgering Process" (266 law firms), while others are represented by "non-ledgering" law firms (73 firms). For those law firms participating in the Ledgering Process, the undersigned has a visual into all aspects of the Claimant payment process; for the non-ledgering law firms, the undersigned does not.

In order for the undersigned to manage the settlement payment process for *all*

Claimants effectively and efficiently and to ensure compliance with all Court orders, the undersigned must be able to review the entire ledgering information for *every* Claimant participating in the Settlement Program, whether their respective law firm is in the Ledgering Process or non-ledgering.

Accordingly, it is **ORDERED** that:

1. By **May 24, 2024**, the 73 non-ledgering Primary Counsel firms identified in the attached Exhibit A are required to furnish to BrownGreer the information on their attorney's fees and expenses attributable to each Participating Claimant for whom they serve as Primary Counsel in the Settlement Program, using the process provided by BrownGreer and as described in this Order.

2. These Primary Counsel firms are to access their Primary Counsel Portal with BrownGreer, select Bulk Submission from the menu on the left of the Home screen, then Earplugs Claimant Ledger Submission, and then click on the link provided to download a Claimant Ledger Excel spreadsheet BrownGreer has placed there for the firm to use to respond to this Order.

3. Primary Counsel shall enter the information necessary to complete the Claimant Ledger Excel spreadsheet to provide this essential information for each Claimant:

   (a) Retainer Agreement Fee Percentage: Enter the fee percentage from the Primary Counsel retainer agreement (include fees for any other firm that will

share in any part of the fee).

(b) Cost First or Fee First: Enter Cost First to indicate that Total Claimant Owed Expenses are deducted from the Claimant's Settlement award before any attorney's fees are calculated; or enter Fee First to indicate that attorney's fees are calculated on the Claimant's award before Claimant Owed Expenses are deducted.

(c) Attorney's Fees: For Claimants who have been paid Awards, enter the dollar amount charged to them by Primary Counsel as attorney's fees.

(d) Total Claimant Owed Expenses. Enter the total amount of all expenses owed by the Claimant to Primary Counsel and any other CAE Counsel. For those Claimants who have been paid awards, enter the dollar amount charged to them by Primary Counsel from their awards.

4. Primary Counsel must use the Claimant Ledger spreadsheet downloaded from their Portal and are not to copy it to make a different one to fill out or alter its formatting before submitting it. After completing the Claimant Ledger, Primary Counsel shall use the Upload function on their Portal to furnish their Claimant Ledger to BrownGreer. Primary Counsel are required to update their Claimant Ledger as and when any of the previously submitted data changes.

5. The information submitted in Claimant Ledgers shall not be filed of record or otherwise made public and instead shall be kept confidential and used by

the Court and its advisors solely in the management and oversight of the Settlement Program.

**SO ORDERED**, on this 17th day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**