# EXHIBIT A

| | CAE NON-LEDGERING PRIMARY COUNSEL FIRMS |
|---|---|
| 1. | Axley Brynelson, LLP |
| 2. | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 3. | Bernstein Liebhard LLP |
| 4. | Butsch Roberts & Associates LLC |
| 5. | Callahan, Thompson, Sherman & Caudill, LLP |
| 6. | Clark, Love & Hutson PLLC |
| 7. | Cutruzzula and Nalducci |
| 8. | Dennis F. O'Brien PA |
| 9. | Derrick C. Morales, P.A. |
| 10. | Edmiston & Colton Law Firm |
| 11. | Environmental Litigation Group PC |
| 12. | Fishman Haygood LLP |
| 13. | Fitzgerald Law Group |
| 14. | Gallon, Takacs & Boissoneault, CO., LPA |
| 15. | Gattuso & Ciotoli, PLLC |
| 16. | Goza & Honnold, LLC |
| 17. | Guerra LLP |
| 18. | Gustafson Gluek PLLC |
| 19. | Hair Shunnarah Trial Attorneys |
| 20. | Hare Wynn Newell & Newton |
| 21. | Hensley Legal Group, PC |
| 22. | Holland Law Firm |
| 23. | Jason J. Joy & Associates, P.L.L.C. |
| 24. | Jassoy Law Firm |
| 25. | Johnson Becker |
| 26. | Johnson Law Group |
| 27. | Junell & Associates, PLLC |
| 28. | Keller Postman |
| 29. | Kelley Ferraro, LLC |
| 30. | Kevin S. Laine, Law Offices |
| 31. | Koskoff Koskoff & Bieder PC |
| 32. | Krupnick, Campbell, Malone, Buser, Slama, Hancock P.A. |
| 33. | Kwok Daniel |
| 34. | Larry D. Drury, Ltd. |
| 35. | Law Offices of Tim Biasiello |
| 36. | Lockridge Grindal Nauen |
| 37. | Lyons Irby |
| 38. | McCune Law Group, APC |

| CAE NON-LEDGERING PRIMARY COUNSEL FIRMS | |
|---|---|
| 39. | McDonald Worley |
| 40. | Milberg Coleman Bryson Phillips Grossman, PLLC |
| 41. | Moll Law Group |
| 42. | Montiel Hodge LLC |
| 43. | Motley Rice, LLC |
| 44. | Murray, Stone & Wilson, PLLC |
| 45. | Nabers Law Firm, PLLC |
| 46. | Parker Waichman LLP |
| 47. | Pearson, Randall & Schumacher, P.A. |
| 48. | Porter & Malouf, P.A. |
| 49. | Powers Santola LLP |
| 50. | Pulaski Law Firm, PLLC |
| 51. | Ready Law LLC |
| 52. | Salim-Beasley, LLC |
| 53. | Schlesinger Law Offices, P.A. |
| 54. | Shunnarah Vail Trial Attorneys, P.C. |
| 55. | Sommers Schwartz |
| 56. | Swartz & Swartz |
| 57. | The DiLorenzo Law Firm, LLC |
| 58. | The Emanuel Firm, P.A. |
| 59. | The Kuykendall Group LLC |
| 60. | The Lanier Law Firm |
| 61. | Thornton Law Firm |
| 62. | Tim L. Bowden, Attorney at Law |
| 63. | TorHoerman Law LLC |
| 64. | Vecchio & Vecchio |
| 65. | Wagstaff & Cartmell, LLP |
| 66. | Wallace Miller |
| 67. | Weitz & Luxenberg |
| 68. | Wendt Law Firm, PC |
| 69. | Wenholz Dow P.C. |
| 70. | William Petros Law |
| 71. | Wright & Schulte, LLC |
| 72. | Wright McCall |
| 73. | Zoll & Kranz, LLC |