UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Jonathan Swaim*, 8:20-cv-34303<br>*Timothy Bush*, 8:20-cv-34531<br>*Ross Forrest*, 8:20-cv-34768<br>*Ivy Campbell*, 8:20-cv-34949<br>*Michael Hejmanowski*, 8:20-cv-35070<br>*Justin Mcshan*, 7:20-cv-30099<br>*Tyler Frey*, 8:20-cv-35326<br>*Gery Bergeron*, 8:20-cv-35336<br>*Mark Norman*, 8:20-cv-35704<br>*Willie Humes*, 8:20-cv-35794<br>*Terry Armstrong*, 8:20-cv-35815<br>*Dwan Jacobs*, 8:20-cv-35463<br>*Blaine Mott*, 7:21-cv-05210<br>*Steadman Friday*, 7:21-cv-05264<br>*Derrell Derouen*, 7:23-cv-03557 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    May 15, 2024

Motion/Pleadings: <u>Plaintiffs' Motion for Leave to File Under Seal Exhibits in Support of Plaintiffs' Memorandum In Response to Order to Show Cause And Memorandum of Law</u>

Filed by  Plaintiffs     on  May 15, 2024     Doc. # 4047

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Donna Bajzik*
Deputy Clerk:    Donna Bajzik

On consideration, Plaintiffs' Motion to Seal Exhibits 1A-15B in Support of Plaintiffs' Response to the Order to Show Cause, ECF No. 4047, is **GRANTED**.

**DONE** and **ORDERED** on this 17th day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**