UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Jonathan Swaim*, 8:20-cv-34303<br>*Timothy Bush*, 8:20-cv-34531<br>*Ross Forrest*, 8:20-cv-34768<br>*Ivy Campbell*, 8:20-cv-34949<br>*Michael Hejmanowski*, 8:20-cv-35070<br>*Justin Mcshan*, 7:20-cv-30099<br>*Tyler Frey*, 8:20-cv-35326<br>*Gary Bergeron*, 8:20-cv-35336<br>*Mark Norman*, 8:20-cv-35704<br>*Willie Humes*, 8:20-cv-35794<br>*Terry Armstrong*, 8:20-cv-35815<br>*Dwan Jacobs*, 8:20-cv-35463<br>*Blaine Mott*, 7:21-cv-05210<br>*Steadman Friday*, 7:21-cv-05264<br>*Derrell Derouen*, 7:23-cv-03557<br>*Robert Williams*, 3:22-cv-24152 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

Primary Counsel have timely responded to the Court's Order regarding possible fraudulent releases in connection with the Settlement Program. ECF Nos. 4040, 4044 and 4048. The undersigned would like to have 3M's reply before ruling, primarily on the issue of whether 3M considers the subject Releases enforceable and thus acceptable in the context of the Settlement Program. 3M's reply is due within

**seven (7) days** of the date of this Order. The Clerk is directed to enter a copy of this Order on the main docket and on the individual dockets.

**DONE AND ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**