**EXHIBIT B**

| MDL INDIVIDUAL CASE | MDL CASE NUMBER |
|---|---|
| Terry Armstrong  v. 3M Company, et al. | 8:20-cv-35815 |
| Gary Bergeron  v. 3M Company, et al. | 8:20-cv-35336 |
| Timothy Bush  v. 3M Company, et al. | 8:20-cv-34531 |
| Ivy Campbell  v. 3M Company, et al. | 8:20-cv-34949 |
| Derrell Derouen  v. 3M Company, et al. | 7:23-cv-03557 |
| Ross Forrest  v. 3M Company, et al. | 8:20-cv-34768 |
| Tyler Frey  v. 3M Company, et al. | 8:20-cv-35326 |
| Steadman Friday  v. 3M Company, et al. | 7:21-cv-05264 |
| Michael Hejmanowski  v. 3M Company, et al. | 8:20-cv-35070 |
| Willie Humes  v. 3M Company, et al. | 8:20-cv-35794 |
| Dwan Jacobs  v. 3M Company, et al. | 8:20-cv-35463 |
| Justin Mcshan  v. 3M Company, et al. | 7:20-cv-30099 |
| Blaine Mott  v. 3M Company, et al. | 7:21-cv-05210 |
| Mark Norman  v. 3M Company, et al. | 8:20-cv-35704 |
| Jonathan Swaim  v. 3M Company, et al. | 8:20-cv-34303 |