UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**CASE MANAGEMENT ORDER NO. 92**
**(Reconciliation of Court's Docket)**

As of the date of this Order, there are 240,441 cases pending on the Court's docket in this MDL. BrownGreer has examined the status of each case in light of the Master Settlement Agreements' terms and the Court's prior Orders implementing and managing the Settlement Program, and it has issued a comprehensive docket management report. *See* Case Management Order ("CMO") No. 60 (Identification Order), ECF No. 3814; CMO 72 (Registration Deadlines), ECF No. 3933; CMO 58 (Settlement Implementation Order), ECF No. 3812; CMO 84 (MSA I Initial Registration Deadline Warning), ECF No. 3985; CMO 82 (Unopened Registration Forms for MSA I Eligible Claimants), ECF No. 3976; CMO 79 (MSA I Primary Counsel Review Deadline), ECF No. 3967; CMO 74 (Notice and Order to MSA I Eligible Claimants and Primary Counsel), ECF No. 3936; Dec. 21, 2023 Order (dismissals by claimants not on an CMO 60 ID Order Declaration), ECF No. 3971; Feb. 24, 2024 Order (dismissal of cases for failure to Register in the Settlement

Program), ECF No. 4020. The BrownGreer report identifies several categories of cases requiring action to ensure that the Court's docket remains current with the progress of the Settlement Program and all prior Orders.

Accordingly, it is **ORDERED** that:

1. The Clerk is directed to close the 124 cases listed in Exhibit A, which remain open despite a prior Court order dismissing them.

2. The 2,258 cases listed in Exhibit B are hereby **DISMISSED WITH PREJUDICE** as duplicates of another case filed by the same claimant where 1) that other case and all CAE Claims of the claimant have been dismissed, or 2) the other case is by a Participating Claimant in the Settlement Program and properly remains pending until after the claimant is paid in the Settlement Program.

3. The 178 cases listed in Exhibit C are hereby **DISMISSED WITH PREJUDICE**.  The claimants in these cases previously attempted to dismiss their case voluntarily, but a deficiency in their submission or a processing issue prevented dismissal at that time.

4. Regarding the 55 cases listed in Exhibit D, BrownGreer is unable to identify the respective claimants with sufficient certainty using the information currently available.  As a result, counsel for each claimant—or the claimant himself if *pro se*—in Exhibit D must provide BrownGreer with the full name, address, Social Security Number, date of birth, and any other information requested by BrownGreer

as needed to identify the claimant. Within **14 days** of the date of this Order, counsel (or *pro se* claimants) must email BrownGreer at SettlementAdministrator@combatarmssettlement.com to communicate, or arrange for the communication of, this information.[1] BrownGreer will report to the Court on the responses received from counsel so that the Court may properly address disposition of these cases.

5. For the claimants listed in Exhibit B and Exhibit C whose cases are dismissed by this Order, the Settlement Administrator is directed to close all related Plaintiff Identification Numbers in MDL Centrality.

6. The Clerk is further directed to close the cases listed in Exhibit B and Exhibit C in their entirety for all purposes.

7. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the applicable individual dockets for the claimants listed in Exhibits A through D.

**SO ORDERED**, on this 22nd day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Regardless of how the information is communicated to BrownGreer, it must be received by BrownGreer within 14 days of this Order.

Case No. 3:19md2885/MCR/HTC