UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:<br>3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION,<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-MD-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## STIPULATION AND JOINT REQUEST TO VACATE DECEMBER 22, 2022 ORDER

The parties to the above-captioned Litigation (the "Parties") hereby agree and stipulate as follows:

WHEREAS, Plaintiffs asserted claims against Defendants Aearo Technologies LLC, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, and Aearo LLC (collectively, the "Aearo Defendants"), and Defendant 3M Company (collectively, "Defendants") throughout the Litigation;

WHEREAS, on July 26, 2022, the Aearo Defendants and two of their affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Indiana (the "Bankruptcy Court"), thereby commencing the bankruptcy proceedings styled *In re Aearo Techs. LLC*, Case No. 22-02890-JJG-11 (Bankr. S.D. Ind.);

WHEREAS, Plaintiffs' claims against the Aearo Defendants were automatically stayed during the pendency of the Aearo Defendants' bankruptcy proceedings;

WHEREAS, on October 4, 2022, Plaintiffs' Leadership filed an Omnibus Motion for Summary Judgment on 3M Company's Successor Liability for CAEv2 Injuries (the "Successor Liability Motion"), requesting that Defendant 3M Company be prevented "from asserting any variation of a successor liability defense" in the Litigation;

WHEREAS, Defendant 3M Company opposed the Successor Liability Motion;

WHEREAS, on December 22, 2022, the Court issued an Order whereby Defendant 3M Company was "precluded from attempting to avoid any portion of its alleged liability for the CAEv2 claims in this litigation by shifting blame to the Aearo defendants," applicable to cases in the MDL (the "Successor Liability Order");

WHEREAS, on January 3, 2023, Defendant 3M Company filed a Petition for Permission to Appeal in a matter styled *3M Company v. Christopher Aaby, et al.* in the United States Court of Appeals for the Eleventh Circuit, Appeal Number 23-90001-A, seeking reversal of the Successor Liability Order;

WHEREAS, Plaintiffs filed a Response to Defendant 3M Company's Petition requesting the Court of Appeals review and affirm the Successor Liability Order;

WHEREAS, the Successor Liability Order did not address the Aearo Defendants' own potential liability in the Litigation or Plaintiffs' claims against the Aearo Defendants in this Litigation, which were subject to the automatic stay during the pendency of the Aearo Defendants' bankruptcy proceedings;

WHEREAS, on June 9, 2023, the Bankruptcy Court entered an order dismissing the Aearo Defendants' bankruptcy proceedings (the "Dismissal Order"), at which time the automatic stay terminated;

WHEREAS, after the Court issued the Successor Liability Order and after the Bankruptcy Court entered the Dismissal Order, Plaintiffs continued to assert claims against the Aearo Defendants;

WHEREAS, on August 29, 2023, Negotiating Plaintiffs' Counsel and Defendants entered into a Master Settlement Agreement;

WHEREAS, claims against the Aearo Defendants and Defendant 3M Company have been settled pursuant to the Master Settlement Agreement terms and procedures;

WHEREAS, on March 20, 2024, the United States Court of Appeals for the Eleventh Circuit issued an order granting the Parties' joint request to hold in abeyance the Petition for Permission to Appeal in *3M Company v. Christopher Aaby,* Appeal Number 23-90001-A;

WHEREAS, as of May 10, 2024, the Settlement Administrator calculated the Participation Level under the Master Settlement Agreement at 99.68%, and

WHEREAS, pursuant to the Parties' joint request, the United States Court of Appeals for the Eleventh Circuit has dismissed the Petition for Permission to Appeal in *3M Company v. Christopher Aaby, et al.*, Appeal Number 23-90001-A.

NOW, THEREFORE, in light of the foregoing, the Parties, through their undersigned counsel, jointly request that the Court vacate its December 22, 2022 Successor Liability Order.

Dated: May 23, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Bryan F. Aylstock* | /s/ *Charles F. Beall, Jr.* |
| Bryan F. Aylstock | Charles F. Beall, Jr. |
| Florida Bar No. 78263 | Florida Bar No. 66494 |
| *baylstock@awkolaw.com* | *cbeall@mhw-law.com* |
| Aylstock, Witkin, Kreis | Moore, Hill & Westmoreland, P.A. |
| & Overholtz, PLLC | 350 West Cedar Street |
| 17 East Main Street, Suite 200 | Maritime Place, Suite 100 |
| Pensacola FL 32502 | Pensacola FL 32502 |
| Telephone: (850) 202-1010 | Telephone: (850) 434-3541 |
| | |
| *Negotiating Plaintiffs' Counsel* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 23rd day of May, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

<i>/s/ Charles F. Beall, Jr.</i><br>
Charles F. Beall, Jr.<br>
<i>Counsel for Defendant, 3M Company</i>