UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

Pursuant to the Parties' request, the U.S. Court of Appeals for the Eleventh Circuit dismissed the Petition for Permission to Appeal in *3M Company v. Christopher Aaby, et al.*, Appeal Number 23-90001-A, on May 22, 2024.  The Parties now jointly request this Court vacate its December 22, 2022 Order (ECF No. 3610), which was the subject of the appeal.  *See* ECF No. 4058.  Accordingly, the Court's Order dated December 22, 2022 (ECF No. 3610) is **hereby VACATED**.

**SO ORDERED**, on this 23rd day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**