UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:<br>3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION,<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-MD-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# STIPULATION AND JOINT REQUEST TO VACATE
# AUGUST 16, 2022 ORDER

The parties to the above-captioned Litigation (the "Parties") hereby agree and stipulate as follows:

WHEREAS, on April 3, 2019, the Judicial Panel on Multidistrict Litigation centralized in the Northern District of Florida individual claims based on alleged hearing-related injuries caused by use of hearing protection devices known as Combat Arms Earplug version 2, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 19-md-2885 (N.D. Fla.);

WHEREAS, on July 26, 2022, Defendant Aearo Technologies LLC along with certain of its affiliates filed for Chapter 11 protection in the Southern District of Indiana, *In re Aearo Technologies LLC, et al.*, No. 22-02890-JJG-11 (Bankr. S.D. Ind.);

WHEREAS, on August 3, 2022, Plaintiff Richard Valle filed in the MDL court an "Emergency Motion for Preliminary Injunction Against Defendant 3M Company," Dkt. 3358;

WHEREAS, on August 16, 2022, the MDL Court granted in part and denied in part Valle's motion, entering an All Writs Act injunction, Dkt. 3389;

WHEREAS, on August 19, 2022, Defendant 3M Company filed a notice of appeal in a matter styled *Richard Valle v. 3M Company et al.* in the United States Court of Appeals for the Eleventh Circuit, Appeal Number 22-12796, and sought reversal of the MDL Court's order and vacatur of its All Writs Act injunction;

WHEREAS, Plaintiffs and Defendant 3M Company, following briefing, presented oral argument to the United States Court of Appeals for the Eleventh Circuit concerning the MDL Court's order and the All Writs Act injunction on June 27, 2023,

WHEREAS, on August 29, 2023, Negotiating Plaintiffs' Counsel and Defendants entered into a Master Settlement Agreement;

WHEREAS, on September 6, 2023, Defendant 3M Company moved to hold the appeal in abeyance pending settlement talks;

WHEREAS, on September 11, 2023, Plaintiffs filed a statement of non-opposition to Defendant 3M Company's abeyance motion;

WHEREAS, on September 20, 2023, the United States Court of Appeals for the Eleventh Circuit issued an order granting the request to hold in abeyance the appeal in *Richard Valle v. 3M Company et al.*, Appeal Number 22-12796;

WHEREAS, claims against the Aearo Defendants and Defendant 3M Company have been settled pursuant to the Master Settlement Agreement's terms and procedures;

WHEREAS, as of May 10, 2024, the Settlement Administrator calculated the Participation Level under the Master Settlement Agreement at 99.68%; and

WHEREAS, pursuant to the Parties' joint request, the United States Court of Appeals for the Eleventh Circuit has dismissed the appeal in *Richard Valle v. 3M Company et al.*, Appeal Number 22-12796;

NOW, THEREFORE, in light of the foregoing, the Parties, through their undersigned counsel, jointly request that the MDL Court vacate its August 16, 2022 All Writs Act Injunction and Order.

Dated: May 24, 2024

                                      Respectfully submitted,

| | |
|---|---|
| /s/ *Bryan F. Aylstock* | /s/ *Charles F. Beall, Jr.* |
| Bryan F. Aylstock | Charles F. Beall, Jr. |
| Florida Bar No. 78263 | Florida Bar No. 66494 |
| *baylstock@awkolaw.com* | *cbeall@mhw-law.com* |
| Aylstock, Witkin, Kreis | Moore, Hill & Westmoreland, P.A. |
| & Overholtz, PLLC | 350 West Cedar Street |
| 17 East Main Street, Suite 200 | Maritime Place, Suite 100 |
| Pensacola FL 32502 | Pensacola FL 32502 |
| Telephone: (850) 202-1010 | Telephone: (850) 434-3541 |
| | |
| *Negotiating Plaintiffs' Counsel* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 24th day of May, 2024 , a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/ Charles F. Beall, Jr.*
Charles F. Beall , Jr.

*Counsel for Defendant , 3M Company*