## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

Pursuant to the Parties' request, the Eleventh Circuit Court of Appeals dismissed the appeal in *Richard Valle v. 3M Company et al.*, Appeal Number 22-12796, on May 24, 2024. The Parties now jointly request this Court to vacate its August 16, 2022 All Writs Act Injunction and Order (ECF No. 3389). *See* ECF No. 4061. Pursuant to that request, the Court's Injunction Order (ECF No. 3389) is **hereby VACATED**.

**SO ORDERED**, on this 24th day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**