UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

On May 17, 2024, the Court entered Case Management Order ("CMO") No. 91, which required 73 non-ledgering Primary Counsel firms to provide "information on their attorney's fees and expenses attributable to each Participating Claimant for whom they serve as Primary Counsel in the Settlement Program" to the Settlement Administrator, BrownGreer, by May 24, 2024. ECF No. 4051 at 2. As the Order stressed, this information is critical to the Court's visibility into the Claimant payment process within the Settlement Program and, thus, the Court's ability to efficiently and effectively manage the Settlement Program. According to BrownGreer, six of the 73 Primary Counsel firms with obligations under CMO 91, as listed on Exhibit A to this Order, failed to provide the required information by the May 24th deadline.

Accordingly, it is **ORDERED** that:

1. Primary Counsel on Exhibit A must provide the information required

by CMO 91 by **1:00 p.m. Central Time on Wednesday, May 29, 2024**.

2. Primary Counsel on Exhibit A must also show cause for why sanctions should not be imposed for Counsel's failure to submit the information required under CMO 91 by the May 24th deadline. Responses from Primary Counsel are due within **7 days** of the date of this Order.

3. To the extent that Primary Counsel on Exhibit A do not comply with either of the first two paragraphs of this Order, Primary Counsel will be considered in violation of this Order and will be subject to sanctions.

**SO ORDERED**, on this 28th day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**