# EXHIBIT A

| | Primary Counsel |
|---|---|
| **1.** | Koskoff Koskoff & Bieder PC |
| **2.** | Kwok Daniel |
| **3.** | Larry D. Drury, Ltd. |
| **4.** | Law Offices of Tim Biasiello |
| **5.** | Salim-Beasley, LLC |
| **6.** | Zoll & Kranz, LLC |