UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | ) | Case No. 3:19md2885 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to: | ) | |
| | ) | |
| THOMAS MASSE | ) | |
| PLAINTIFF, | ) | |
| _____ | ) | |
| 3M COMPANY, 3M OCCUPATIONAL | ) | |
| SAFETY, LLC, AEARO HOLDING, LLC, | ) | |
| and AEARO TECHNOLOGIES, LLC, | ) | |
| | ) | |
| DEFENDANTS, | ) | . |

RESPONSE TO SHOW CAUSE ORDER
_____

Now comes the Office of Tim Biasiello responding to the Show Cause Order entered on May 28, 2024, and in furtherance thereof, states as follows:

1.     The undersigned is the primary attorney for a singular Claimant in the instant proceedings, Thomas Masse #362151, Docket Number 3:20-cv-05395-MCR-HTC.

2.     The undersigned failed to cause a Claimant Ledger to be uploaded into the BrownGreer Settlement Administrator in compliance with the order of May 24, 2024, ECF No. 4051.

3.     As counsel for a singular claimant, it was difficult for counsel's office to monitor the multiple notices, emails and communications regularly received relative to the overall MDL 3M Combat Arms Earplugs Litigation.

4.     Candidly, counsel simply was not aware that he had been provided with a Copy of the Claimant Ledger, and was unaware of the entry of a deadline for filing same.

5.      Upon received direct notification from the assigned BrownGreer case contact, and advised of the entry of the May 28, 2024 order  on May 29, 2024, and being provided with, what is apparently,  a second copy of same, on May 31, 2024, the undersigned has promptly completed the document and caused it to be uploaded to the Settlement Administrator.

6.      The undersigned respectfully apologizes for the delay, and assures this Court that the failure to comply with the order was not deliberate or contemptuous.

WHEREFORE, the undersigned prays that the Show Cause Order be dismissed.

Respectfully submitted,

/S/ Timothy Biasiello_

LAW OFFICES OF TIM BIASIELLO

LAW OFFICES OF TIM BIASIELLO
617 West Devon Avenue
Park Ridge, IL 60068
847-951-1381
Facsimile: 847-825-7746
Illinois Bar #0204501
timbslo@yahoo.com

CERTIFICATE OF SERVICE

This is to certify that a true and accurate cop of the forgoing Notice of Designation of Forum was  filed electronically with the Clerk of the Court using the CM/EF system on May 31, 2024.

/S/    Timothy Biasiello