UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Kenneth Stephen Willits and Crystal Willits v. 3M Co., et. al.,*<br>Case No. 3:23-cv-06572 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that only the loss of consortium claims of Plaintiff Crystal Willits in the above captioned case be dismissed without prejudice against all Defendants. Each party to bear its own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff, Kenneth Stephen Willits and his claims are NOT dismissed and remain active on the docket.

Dated:  July 24, 2024

Respectfully Submitted,

*/s/ Joshua M. Neuman*
POGUST GOODHEAD, LLC
161 Washington Street
Suite 250
Conshohocken, PA 19428
Telephone: 609-941-6204
Email:
jneuman@pogustgoodhead.com
*Attorney for Plaintiffs*

*/s/ Charles F. Beall, Jr.*
CHARLES F. BEALL, JR.
Florida Bar No. 66494
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street, Suite 100
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone:  (850) 434-3541
Telecopier:  (850) 435-7899
cbeall@mhw-law.com
tstokes@mhw-law.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated:  July 24, 2024                                  Respectfully Submitted,

*/s/ Joshua M. Neuman*
POGUST GOODHEAD, LLC
161 Washington Street
Suite 250
Conshohocken, PA 19428
Telephone: 609-941-6204
Email:
jneuman@pogustgoodhead.com