**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885-MCR-GRJ |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**3M COMBAT ARMS EARPLUG PLAINTIFFS' LEADERSHIP'S
MOTION FOR CONFIRMATION OF THE NINE PERCENT HOLDBACK
ASSESSMENT AND FOR AN ORDER SETTING FORTH THE
PROTOCOLS AND PROCEDURES FOR THE ALLOCATION OF
<u>COMMON BENEFIT ATTORNEYS' FEES</u>**

Pursuant to Common Benefit Order Nos. 1, 3, and 4, Plaintiffs' Leadership submits that the time is now ripe to enter an appropriate order regarding the protocols and procedures to facilitate common benefit fee allocations and eventually distributions. *See* Dkt. 488 at 3; Dkt. 1659 at 11; Dkt. 3875 at 2. The Court previously authorized a 9% holdback assessment on all claimants' gross recoveries for common benefit attorneys' fees and costs. *See* Dkt. 3875 at 1-2; *see also* Dkt. 1659 at 6. Recently, the Court authorized reimbursement of all assessments and held costs. *See* Dkt. 3988; Dkt. 3984. At that time, the Court indicated common benefit attorneys' fees would be distributed at an appropriate time in the future. *See* Dkt. 3984 at 2 n.2. The 3M Combat Arms Earplug Plaintiffs' Leadership respectfully submits that the time is now ripe to begin this process. Accordingly, the 3M Combat Arms Earplug Plaintiffs' Leadership submits this Motion for Confirmation of the Nine Percent

Holdback Assessment and for an Order Setting Forth the Protocols and Procedures for the Allocation of Common Benefit Attorneys' Fees.

On September 19, 2023, this Court issued Common Benefit Order No. 4 after Plaintiffs' Leadership and 3M reached a global settlement of this litigation. The Court extended the 9% holdback assessment to include all claimants' recoveries, irrespective of whether counsel executed a Participation Agreement, finding: "The successful global resolution of this litigation has inured to the benefit of all claimants in the litigation. The plaintiff leadership team committed substantial time and resources to mount, sustain, and bring to a conclusion this complex MDL, for the common benefit of all CAE claimants, with no assurance of success or a return on their investments. The holdback ensures those attorneys are reasonably compensated for their common benefit work." Dkt. 3875.

Plaintiffs' Leadership, on behalf of all Plaintiffs' Counsel performing common benefit work, requests an order confirming the findings from Common Benefit Order No. 4 and (1) confirming the 9% common benefit holdback assessment from the 3M Combat Arms Settlement, to be paid from the Combat Arms Fee Fund created pursuant to Common Benefit Order Numbers 1, 2, 3, and 4, *see* Dkt. 488, Dkt. 900, Dkt. 1659, Dkt. 3875; and (2) establishing a process with Special Master Herndon for the allocation of common benefit attorneys' fees.

For the reasons set forth in the accompanying memorandum and exhibits, Plaintiffs' Leadership's motion should be granted.

Dated: August 28, 2024

Respectfully Submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger,
Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

*s/ Shelley V. Hutson*
Shelley Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Tel.: (713) 757-1400
shutson@triallawfirm.com

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock,
Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

3