UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 (ECF No. 4), and Local Rule 11.1 of the United States District Court for the Northern District of Florida, James Swartz ("Movant") of Swartz & Swartz, P.C., 10 Marshall Street, Boston, MA 02108, respectfully moves for admissions *pro hac vice* to appear as counsel. In support of this motion Movant states:

1. Movant resides in the state of Massachusetts and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the Massachusetts State Bar.

4. A copy of a Certificate of Admission and Good Standing from the Massachusetts Supreme Judicial Court, dated within 30 days of this motion is attached as Exhibit A.

5. Movant certifies that he has successfully completed both the online and Local Rules tutorial exam (confirmation number **FLND17259732122012**) and the CM/ECF Online Tutorials, as require by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $219.00 *pro hac vice* admission fee.

7. Movant has an updated PACER "NextGen" account.

8. Movant will be representing Plaintiff, Ryan Stryker, in Case No. 7:21-cv-47871.

9. Upon admission, James Swartz respectfully requests that he be provided Notice of Electronic Filings to the following emails address: jswartz@swartzlaw.com.

WHEREFORE, James Swartz respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* and directing the clerk to provide Notice of Electronic Filings to the undersigned.

                                        The Plaintiffs,
                                         By Their Attorney,

                                        ____*/s/ James Swartz*_____
                                        James Swartz, Esq.
                                        BBO#: 556920
                                        Swartz & Swartz, P.C.
                                        10 Marshall Street
                                        Boston, MA 02108
                                        (617) 742-1900

Dated: September 12, 2024

# Exhibit A

**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

September 5, 2024

Attorney James A. Swartz
James Swartz
Swartz & Swartz PC 10 Marshall Street
Boston , MA  02108
Jswartz@swartzlaw.com

IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **James A. Swartz .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  09/05/2024 09.04.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 20, 1990**, said Court being the highest Court of Record in said Commonwealth:

## James A. Swartz

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **fifth** day of **September**

in the year of our Lord **two thousand and twenty-four.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.