## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, September 19, 2024 8:32 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Thursday, September 19, 2024 1:30:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/19/2024 at 9:30 AM EDT and filed on 9/19/2024

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 2018 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-217) - 1 action(s)** *re: pldg. (2 in MA/1:24-cv-12219, [2016] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Acting Clerk of the Panel Marcella R. Lockert on 9/19/2024.**

**Associated Cases: MDL No. 2885, MA/1:24-cv-12219 (SM)**

| | |
|---|---|
| **Case Name:** | Erdmann et al v. 3M Company et al |
| **Case Number:** | MA/1:24-cv-12219 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-217) - 1 action(s)** *re: pldg. (2 in MA/1:24-cv-12219, [2016] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Acting Clerk of the Panel Marcella R. Lockert on 9/19/2024.**

**Associated Cases: MDL No. 2885, MA/1:24-cv-12219 (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MA/1:24-cv-12219 Notice has been electronically mailed to:**

Joanna C. Wright     jwright@jenner.com

Kinley Hope Guerino     kguerino@acetolegal.com

Gregory J. Aceto     aceto@acetolegal.com

Matthew E. Price     mprice@jenner.com

**MA/1:24-cv-12219 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/19/2024] [FileNumber=1249547-0]
[a7e49a6078a7cf4bbc9d7a2e94100a8ddd7d47edfb86fb703b60a897ade97287e700
27b50de2407f59005625194f00d98b07c9b37385f3fb47b9306d9a864263]]