UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

NOTICE IS HEREBY GIVEN that CATHERINE DRISLANE formerly of SWARTZ & SWARTZ, PC withdraws as counsel for Plaintiff Ryan Stryker. James Swartz of SWARTZ & SWARTZ, PC is admitted in this action and will continue to serve as counsel for the Plaintiff. Plaintiff will not be prejudiced by this withdrawal, nor will it unduly delay the proceeding.

        Respectfully submitted,

        The Plaintiff,

        By his Attorney,

        */s/ James A. Swartz*

        James Swartz, Esq.

        BBO#: 556920

        Swartz & Swartz, P.C.

        10 Marshall Street

        Boston, MA 02108

        (617) 742-1900

Dated: September 30, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2024, we electronically filed a true and correct copy of the foregoing via the ECF system which sent notice of the same to all counsel of record.

                                                  _/s/James A. Swartz_
                                                  James Swartz, Esq.
                                                  BBO#: 556920
                                                  Swartz & Swartz, P.C.
                                                  10 Marshall Street
                                                  Boston, MA 02108
                                                  (617) 742-1900