UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases Identified in Exhibit "A" Attached | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>**MOTION TO APPEAR *PRO HAC VICE***<br><br>Civil Action No. 7:23-cv-01472-MCR-HTC |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Samantha Mertz of Grant & Eisenhofer, P.A., hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1.  Movant is admitted to practice and is a member in good standing of the bar of Pennsylvania, where Movant resides and/or regularly practices. Movant is also admitted to practice and is a member in good standing of the bar of New Jersey. A copy of the certificates of good standing from The State Bar of Pennsylvania and The State Bar of New Jersey, dated within 30 days of this motion, is attached hereto as Exhibit "B."

2.  Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial, tutorial

**Confirmation Number: FLND17268548052057** and the online CM/ECF Attorney User's Guide.

3. Movant has submitted to the Clerk the required $219.00 *pro hac vice* admission fee.

4. Movant has upgraded her PACER account to "NextGen."

5. Movant is an attorney of record in the active docket cases identified in Exhibit "A" attached.

WHEREFORE, Samantha Mertz respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Date: October 3, 2024				Respectfully submitted,


						*/s/ Samantha Mertz*
						Samantha Mertz
						GRANT & EISENHOFER, P.A.
						123 Justison Street
						Wilmington, DE 19801
						Phone: 302-622-2000
						Fax: 302-622-7100
						egraham@gelaw.com

						*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of October 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Samantha Mertz*

# EXHIBIT A

**EXHIBIT "A"**

| NO. | PLAINTIFF NAME | COURT CASE NO. |
|---|---|---|
| 1 | Acevedo, Steven D. | 3:22-cv-09553-MCR-GRJ |
| 2 | Acosta, Marco | 7:20-cv-40914-MCR-GRJ |
| 3 | Aguilar, King | 7:20-cv-40920-MCR-GRJ |
| 4 | Airgood, Zachary | 7:20-cv-40922-MCR-GRJ |
| 5 | Anderson, Heather R. | 8:20-cv-60306-MCR-GRJ |
| 6 | Antelman, Patrick | 3:22-cv-06950-MCR-GRJ |
| 7 | Apo, Lawrence | 7:20-cv-40932-MCR-GRJ |
| 8 | Armstrong, Jesse | 7:20-cv-40933-MCR-GRJ |
| 9 | Arsenault, Conrad | 8:20-cv-68481-MCR-GRJ |
| 10 | Bae, Bosco | 7:20-cv-40941-MCR-GRJ |
| 11 | Bailey, Beydon | 7:20-cv-40943-MCR-GRJ |
| 12 | Bailey, Cody | 7:20-cv-40944-MCR-GRJ |
| 13 | Baker, Christopher | 7:20-cv-40946-MCR-GRJ |
| 14 | Baker, Mashaun | 7:20-cv-40948-MCR-GRJ |
| 15 | Baldridge, Jeffrey | 7:20-cv-40949-MCR-GRJ |
| 16 | Ballin, Raynaldo | 7:20-cv-40950-MCR-GRJ |
| 17 | Barker, Vicente B. | 7:20-cv-40952-MCR-GRJ |
| 18 | Barnes, Ezekiel | 7:20-cv-40953-MCR-GRJ |
| 19 | Bartley, Jamie | 8:20-cv-75768-MCR-GRJ |
| 20 | Basey, Jerry | 7:20-cv-40956-MCR-GRJ |
| 21 | Bausman, Kirk D. | 7:20-cv-40958-MCR-GRJ |
| 22 | Bedilion, Christina | 7:20-cv-40962-MCR-GRJ |
| 23 | Bellah, Destiny | 8:20-cv-75772-MCR-GRJ |
| 24 | Bennett, Nicholas | 7:20-cv-40966-MCR-GRJ |
| 25 | Benson, Cody | 8:20-cv-68435-MCR-GRJ |
| 26 | Bines, Marquis | 8:20-cv-58536-MCR-GRJ |
| 27 | Bishop, Christopher | 7:20-cv-40972-MCR-GRJ |
| 28 | Blomquist, Christopher J. | 3:21:cv-01807-MCR-GRJ |
| 29 | Boersma, Devin | 8:20-cv-59201-MCR-GRJ |
| 30 | Bolhofner, Derrick V | 7:21:cv-43202-MCR-GRJ |
| 31 | Bray, Robert | 7:20-cv-40983-MCR-GRJ |
| 32 | Breaux, Michael | 7:20-cv-91124-MCR-GRJ |
| 33 | Brewster, Anthony | 7:20-cv-40984-MCR-GRJ |
| 34 | Brown, Nancy | 3:22-cv-07070-MCR-GRJ |
| 35 | Bulliard, Jordan | 7:20-cv-41000-MCR-GRJ |
| 36 | Burchell, Daniel | 7:20-cv-41002-MCR-GRJ |
| 37 | Burke, Aaron | 3:21:cv-01966-MCR-GRJ |
| 38 | Caelwaerts, Jerome | 7:20-cv-41011-MCR-GRJ |
| 39 | Campbell, Steven | 7:20-cv-03617-MCR-GRJ |

| 40 | Campbell, Swanson | 3:22-cv-06951-MCR-GRJ |
|---|---|---|
| 41 | Cardenas, Anthony Gilbert | 8:20-cv-60323-MCR-GRJ |
| 42 | Cardenas, Jesus | 7:20-cv-41021-MCR-GRJ |
| 43 | Casias, Joshua | 7:20-cv-41028-MCR-GRJ |
| 44 | Castleman, Caleb D. | 3:21:cv-01967-TKW-EMT |
| 45 | Castrocampos, Carlos A | 7:20-cv-41031-MCR-GRJ |
| 46 | Caswell, Richard | 7:20-cv-41055-MCR-GRJ |
| 47 | Chavez, Daniel | 7:20-cv-41065-MCR-GRJ |
| 48 | Church, Elaina | 3:22-cv-06952-MCR-HTC |
| 49 | Cobb, Douglas | 7:20-cv-41083-MCR-GRJ |
| 50 | Cobbs, Marius, R | 7:20-cv-41087-MCR-GRJ |
| 51 | Coffman, Michael Q. | 7:20-cv-41093-MCR-GRJ |
| 52 | Colley, Kevin | 7:20-cv-41096-MCR-GRJ |
| 53 | Collins, Rachelia | 7:20-cv-41048-MCR-GRJ |
| 54 | Cortes, Osvaldo | 7:20-cv-41072-MCR-GRJ |
| 55 | Comeaux, Zachary | 3:23-cv-17710-MCR-HTC |
| 56 | Cooley, Sabrina | 7:20-cv-41061-MCR-GRJ |
| 57 | Corkern, Bryan | 7:20-cv-41066-MCR-GRJ |
| 58 | Cortes, Faustino Garcia | 3:22-cv-05299-MCR-GRJ |
| 59 | Cote, Shane | 7:20-cv-41075-MCR-GRJ |
| 60 | Cotton, Kevin | 8:20-cv-60481-MCR-GRJ |
| 61 | Cox, Austin | 7:20-cv-41086-MCR-GRJ |
| 62 | Cozart, Karlus | 7:20-cv-41092-MCR-GRJ |
| 63 | Craddock, Rick | 7:20-cv-41095-MCR-GRJ |
| 64 | Crenshaw, Joel | 7:20-cv-41099-MCR-GRJ |
| 65 | Crowder, John | 7:20-cv-41104-MCR-GRJ |
| 66 | Cunningham, Timothy | 7:21:cv-43203-MCR-GRJ |
| 67 | Custred, David | 7:20-cv-41116-MCR-GRJ |
| 68 | Daniels, Keith | 3:21:cv-01184-MCR-GRJ |
| 69 | Davis Dexter | 7:20-cv-41128-MCR-GRJ |
| 70 | Davis, Justin | 7:20-cv-41130-MCR-GRJ |
| 71 | Dean, Dylan | 7:20-cv-41136-MCR-GRJ |
| 72 | Dickey, Bradley | 7:20-cv-41143-MCR-GRJ |
| 73 | Dillon, Brent | 7:20-cv-41144-MCR-GRJ |
| 74 | Donahue, Daniel | 7:20-cv-41147-MCR-GRJ |
| 75 | DuBois, Nathan | 7:20-cv-41160-MCR-GRJ |
| 76 | Easterbrook, Andrew | 7:20-cv-41169-MCR-GRJ |
| 77 | Ebel, Ryan | 7:20-cv-41175-MCR-GRJ |
| 78 | Epps, Katina | 7:20-cv-41184-MCR-GRJ |
| 79 | Ermes, Quinten, J | 3:21:cv-01806-MCR-GRJ |
| 80 | Espinar, Patrick | 7:20-cv-41187-MCR-GRJ |
| 81 | Estores Nikko | 7:20-cv-41172-MCR-GRJ |
| 82 | Fiebing, Blanche | 3:22-cv-17620-MCR-GRJ |
| 83 | Fitchett, Donald | 7:20-cv-41214-MCR-GRJ |
| 84 | Flippin, Michael D. | 7:20-cv-41219-MCR-GRJ |

| 85 | Flores, Gabriel De Jesus | 7:21-cv-43204-MCR-GRJ |
|----|--------------------------|------------------------|
| 86 | Floyd, Richard Dale | 7:20-cv-41223-MCR-GRJ |
| 87 | Fogg, Ryan T. | 7:21:cv-43205-MCR-GRJ |
| 88 | Folsom, Rynada | 8:20-cv-60000-MCR-GRJ |
| 89 | Fowler, Thomas | 7:20-cv-41231-MCR-GRJ |
| 90 | Franklin, Christopher | 7:20-cv-41233-MCR-GRJ |
| 91 | Fries, Connie | 7:20-cv-41243-MCR-GRJ |
| 92 | Galanek, John | 7:20-cv-41253-MCR-GRJ |
| 93 | Gassaway, Richard | 7:20-cv-41265-MCR-GRJ |
| 94 | Gautier, Aisa | 7:20-cv-41272-MCR-GRJ |
| 95 | Gillis, Edwin | 7:20-cv-41282-MCR-GRJ |
| 96 | Glaze, Jermain, C | 7:20-cv-41286-MCR-GRJ |
| 97 | Glidewell, Michael | 7:20-cv-41287-MCR-GRJ |
| 98 | Goss, Stephanie | 7:20-cv-41161-MCR-GRJ |
| 99 | Groeber, Frank W. | 7:23-cv-01502-MCR-HTC |
| 100 | Hafner, Christopher | 3:22-cv-17614-MCR-GRJ |
| 101 | Hageter, Andrew | 7:20-cv-41192-MCR-GRJ |
| 102 | Haley, Kenneth | 7:20-cv-41200-MCR-GRJ |
| 103 | Hamler, Rodney | 7:20-cv-41208-MCR-GRJ |
| 104 | Hargraves, Jason | 7:20-cv-41224-MCR-GRJ |
| 105 | Harris, Bobby | 7:20-cv-41232-MCR-GRJ |
| 106 | Haynes, Shammah | 7:20-cv-41244-MCR-GRJ |
| 107 | Henriquez, Daniel | 7:20-cv-41249-MCR-GRJ |
| 108 | Henry, Phillip | 7:20-cv-41254-MCR-GRJ |
| 109 | Hernandez, Felix | 7:20-cv-41256-MCR-GRJ |
| 110 | Heyworth, Eric | 8:20-cv-60337-MCR-GRJ |
| 111 | Holcomb Paul | 7:20-cv-41297-MCR-GRJ |
| 112 | Hornbostel, Travis | 7:20-cv-41302-MCR-GRJ |
| 113 | Hubbard Leonard | 7:20-cv-41304-MCR-GRJ |
| 114 | Huskey Samuel | 7:20-cv-41308-MCR-GRJ |
| 115 | Imbimbo Jason | 7:20-cv-41310-MCR-GRJ |
| 116 | Isaacson Ashleigh | 7:20-cv-41312-MCR-GRJ |
| 117 | Izzo Shawn, J | 3:21:cv-01970-MCR-GRJ |
| 118 | Jackson Kenneth | 8:20-cv-60345-MCR-GRJ |
| 119 | Jackson Rodney | 7.20-cv-41316-MCR-GRJ |
| 120 | Jacobs Ranald | 7:20-cv-41317-MCR-GRJ |
| 121 | Jimenez Angelo | 7:20-cv-41321-MCR-GRJ |
| 122 | Johnson Jason | 7:20-cv-41327-MCR-GRJ |
| 123 | Jones, Lawrence | 3:22-cv-10069-MCR-GRJ |
| 124 | Jones Maxwell | 7:20-cv-41330-MCR-GRJ |
| 125 | Jones, Timothy | 8:20-cv-58540-MCR-GRJ |
| 126 | Jordan, Jeffrey, M | 7:20-cv-41333-MCR-GRJ |
| 127 | Kauffman, Eric | 3:22-cv-06955-MCR-GRJ |
| 128 | Keifert, Robert | 8:20-cv-60352-MCR-GRJ |
| 129 | Kent, Jason T. | 8:20-cv-58549-MCR-GRJ |

| 130 | Kessler-Stonecipher, Gregory | 7:20-cv-41338-MCR-GRJ |
|---|---|---|
| 131 | Kidder ,Dustin | 7:20-cv-41341-MCR-GRJ |
| 132 | Kiggins, Russell | 8:20-cv-58534-MCR-GRJ |
| 133 | Kilgore, Brandon | 7:20-cv-41342-MCR-GRJ |
| 134 | Kilpatrick, Phillip | 7:20-cv-41343-MCR-GRJ |
| 135 | King, Jacoby | 7:20-cv-41346-MCR-GRJ |
| 136 | King, Jalcoby | 7:20-cv-41347-MCR-GRJ |
| 137 | Kluna, Shaun | 7:20-cv-41351-MCR-GRJ |
| 138 | Knight, David | 3:22-cv-06957-MCR-GRJ |
| 139 | Korte-Bustamante, Jeanette | 7:20-cv-41356-MCR-GRJ |
| 140 | Lagat, Francis | 7:20-cv-41358-MCR-GRJ |
| 141 | Lambert, Michael, V. | 8:20-cv-59193-MCR-GRJ |
| 142 | Lanter, Stephen D | 7:20-cv-41375-MCR-GRJ |
| 143 | Larson, Brian | 8:20-cv-60504-MCR-GRJ |
| 144 | Liberson, Zachary Michael | 7:20-cv-41374-MCR-GRJ |
| 145 | Long, Kevin P. | 8:20-cv-36863-MCR-GRJ |
| 146 | Longobardo, Nicholas A. | 7:20-cv-41383-MCR-GRJ |
| 147 | Lopez, Reynaldo | 8:20-cv-60360-MCR-GRJ |
| 148 | Lopez-Medina, Jorge, A | 7:20-cv-41386-MCR-GRJ |
| 149 | Loughary, Nathan | 7:20-cv-41387-MCR-GRJ |
| 150 | Lovas, Kyron | 8:20-cv-60364-MCR-GRJ |
| 151 | Lugo Carlos | 7:20-cv-91129-MCR-GRJ |
| 152 | Lusk, Greg | 3:21:cv-01971-MCR-GRJ |
| 153 | Lyles, Sevie M. | 7:20-cv-41392-MCR-GRJ |
| 154 | Malloy, Michael | 8:20-cv-36867-MCR-GRJ |
| 155 | Manhart, Stephanie | 7:20-cv-41399-MCR-GRJ |
| 156 | Marroquin, Hector Hernandez | 7:20-cv-41258-MCR-GRJ |
| 157 | Martin, Donald | 7:20-cv-41403-MCR-GRJ |
| 158 | Martinez, Reynaldo | 7:20-cv-41417-MCR-GRJ |
| 159 | Masga, Andrew | 7:20-cv-41422-MCR-GRJ |
| 160 | Mata, Hervacio H. | 7:20-cv-41426-MCR-GRJ |
| 161 | Mcclendon, Stephanie | 7:20-cv-39397-MCR-GRJ |
| 162 | McCoy, John L. | 7:20-cv-41435-MCR-GRJ |
| 163 | McCurry, Eddie W. | 7:20-cv-41437-MCR-GRJ |
| 164 | McKay Michelle o/b/o Estate of Ronnie McKay | 3:22-cv-09953-MCR-GRJ |
| 165 | McMillan, Terence | 7:20-cv-41447-MCR-GRJ |
| 166 | McNeill, Charles | 8:20-cv-60019-MCR-GRJ |
| 167 | McWilliams, Patrick | 7:20-cv-41449-MCR-GRJ |
| 168 | Melton, Bradlee | 7:20-cv-41455-MCR-GRJ |
| 169 | Mendez Maria o/b/o Estate of Hugo Mendez | 3:22-cv-17612-MCR-GRJ |
| 170 | Menjivar, Joselito | 7:20-cv-41459-MCR-GRJ |
| 171 | Messing, Mark | 7:20-cv-41463-MCR-GRJ |
| 172 | Milam, James | 8:20-cv-60510-MCR-GRJ |
| 173 | Miller, Demetric | 7:20-cv-41469-MCR-GRJ |

| | | |
|---|---|---|
| 174 | Mills, Dylan | 7:20-cv-41487-MCR-GRJ |
| 175 | Mitchell, Katie J | 7:20-cv-41489-MCR-GRJ |
| 176 | Monroe, Lisa J. | 7:20-cv-41490-MCR-GRJ |
| 177 | Moreno, John | 8:20-cv-59200-MCR-GRJ |
| 178 | Morris Benjamin Joseph | 7:20-cv-41505-MCR-GRJ |
| 179 | Moss, Devin | 8:20-cv-60403-MCR-GRJ |
| 180 | Munnich, Theodore | 7:20-cv-41512-MCR-GRJ |
| 181 | Murdock, Alphonso | 8:20-cv-58532-MCR-GRJ |
| 182 | Murray, Jonathan | 8:20-cv-3687-MCR-GRJ |
| 183 | Murray, Nicholas | 7:20-cv-41514-MCR-GRJ |
| 184 | Myers, Robert | 7:20-cv-41520-MCR-GRJ |
| 185 | Nash, Joseph | 3:22-cv-08587-MCR-GRJ |
| 186 | Nethery, Colin | 3:22-cv-17617-MCR-GRJ |
| 187 | Nielsen, Baxter | 7:20-cv-41534-MCR-GRJ |
| 188 | Nixson, Ashleye | 7:20-cv-41537-MCR-GRJ |
| 189 | Oden, Philip | 7:20-cv-41545-MCR-GRJ |
| 190 | O'pry, Shawn | 8:20-cv-59192-MCR-GRJ |
| 191 | Ostman, Andrew | 7:20-cv-41552-MCR-GRJ |
| 192 | Page, Caroline | 7:21:cv-43207-MCR-GRJ |
| 193 | Pearson, Jake | 7:20-cv-41563-MCR-GRJ |
| 194 | Penland, Alden | 8:20-cv-60521-MCR-GRJ |
| 195 | Perez, Jacob | 7:20-cv-41574-MCR-GRJ |
| 196 | Plaag, Bill | 8:20-cv-58545-MCR-GRJ |
| 197 | Plank, Kevin | 7:20-cv-41588-MCR-GRJ |
| 198 | Pollar, Shanika | 8:20-cv-60410-MCR-GRJ |
| 199 | Powers, Ronald K. | 3:21:cv-01804-MCR-GRJ |
| 200 | Prescod, Sean | 7:20-cv-41405-MCR-GRJ |
| 201 | Price, Vincent P. | 3:21:cv-01972-MCR-GRJ |
| 202 | Proctor, Aubrey | 7:20-cv-41411-MCR-GRJ |
| 203 | Provencher, Summer | 7:20-cv-41414-MCR-GRJ |
| 204 | Puder Erik | 8:20-cv-60417-MCR-GRJ |
| 205 | Quinn II, Jerry | 7:21:cv-43208-MCR-GRJ |
| 206 | Rabb David | 3:22-cv-06968-MCR-GRJ |
| 207 | Ramirez Noe | 7:20-cv-41418-MCR-GRJ |
| 208 | Raver, Richard | 8:20-cv-51833-MCR-GRJ |
| 209 | Rayburn, Robert | 7:20-cv-41429-MCR-GRJ |
| 210 | Rice, Meshall W. | 7:20-cv-41436-MCR-GRJ |
| 211 | Rivera, Juan Javier | 7:23-cv-01518-MCR-HTC |
| 212 | Rixie, Joshua A. | 3:22-cv-17607-MCR-GRJ |
| 213 | Roberts, Jason, D | 3:22-cv-01303-MCR-GRJ |
| 214 | Robertson, Derick, J | 8:20-cv-60037-MCR-GRJ |
| 215 | Robinson, Gloria | 7:20-cv-41446-MCR-GRJ |
| 216 | Rodriguez, Richard | 7:20-cv-41452-MCR-GRJ |
| 217 | Rodriguez, Xavier | 7:20-cv-41450-MCR-GRJ |
| 218 | Rogers, Emonte | 7:20-cv-41454-MCR-GRJ |

| | | |
|---|---|---|
| 219 | Roman, Mario | 7:20-cv-41458-MCR-GRJ |
| 220 | Rosario, Federico | 7:23-cv-01521-MCR-HTC |
| 221 | Rose, Carter | 7:20-cv-41460-MCR-GRJ |
| 222 | Ross, Timothy | 7:20-cv-41462-MCR-GRJ |
| 223 | Ruiz, Michael | 7:20-cv-41464-MCR-GRJ |
| 224 | Ruminski, Tyler J. | 9:23-cv-00042-MCR-HTC |
| 225 | Ryan, Michael | 7:20-cv-41468-MCR-GRJ |
| 226 | Ryan, Travis | 7:20-cv-41470-MCR-GRJ |
| 227 | Sallis, Ronald | 7:20-cv-41473-MCR-GRJ |
| 228 | Sankey, Daphney | 7:20-cv-41475-MCR-GRJ |
| 229 | Santiago, Henry | 7:20-cv-41476-MCR-GRJ |
| 230 | Schetter, Todd | 7:20-cv-41477-MCR-GRJ |
| 231 | Schott, Seth, G | 3:21:cv-01820-MCR-GRJ |
| 232 | Sederdahl, Raymond | 7:20-cv-41479-MCR-GRJ |
| 233 | Shelton, Dustin | 7:20-cv-41501-MCR-GRJ |
| 234 | Sherman, Stevie | 7:20-cv-41504-MCR-GRJ |
| 235 | Shoup, Gregory J. | 7:21:cv-54349-MCR-GRJ |
| 236 | Sifuentes, Guy | 7:20-cv-41482-MCR-GRJ |
| 237 | Sigel, Zigmund | 7:20-cv-41484-MCR-GRJ |
| 238 | Simeral, Cameron | 7:20-cv-41486-MCR-GRJ |
| 239 | Smith, Andrew, J | 7:20-cv-41491-MCR-GRJ |
| 240 | Smith, Jeremy | 7:20-cv-41503-MCR-GRJ |
| 241 | Smith, Jacob E. | 7:23-cv-01526-MCR-HTC |
| 242 | Smith, Keino | 8:20-cv-59199-MCR-GRJ |
| 243 | Smith, Timothy | 7:20-cv-41511-MCR-GRJ |
| 244 | Smith, Wilbert | 7:20-cv-41513-MCR-GRJ |
| 245 | Sommers, Frank | 7:20-cv-41525-MCR-GRJ |
| 246 | Sonnier, Davis | 3:22-cv-10299-MCR-GRJ |
| 247 | Sowels, Lee | 7:20-cv-41531-MCR-GRJ |
| 248 | Spano, Hunter P. | 7:23-cv-01530-MCR-HTC |
| 249 | Spencer, Lonnie | 3:21:cv-01802-MCR-GRJ |
| 250 | Spencer, Stetson | 3:22-cv-08559-MCR-GRJ |
| 251 | Springer, Clinton | 7:20-cv-41538-MCR-GRJ |
| 252 | Stanberry, Joseph | 8:20-cv-60454-MCR-GRJ |
| 253 | Stanford, James J. | 7:20-cv-41541-MCR-GRJ |
| 254 | Starks, Matthew | 7:20-cv-41544-MCR-GRJ |
| 255 | Stineman, Nicole | 7:20-cv-41551-MCR-GRJ |
| 256 | Stotts, Victoria E. | 3:22-cv-06971-MCR-GRJ |
| 257 | Sullivan, Stephen | 7:20-cv-41568-MCR-GRJ |
| 258 | Sutherland, Jason | 7:20-cv-41576-MCR-GRJ |
| 259 | Sutherland, Joshua | 7:20-cv-41582-MCR-GRJ |
| 260 | Sweezer, Douglas | 7:20-cv-41595-MCR-GRJ |
| 261 | Tapp, Casey | 3:21:cv-01797-MCR-GRJ |
| 262 | Tedford, Kenneth | 7:20-cv-41605-MCR-GRJ |
| 263 | Terry, Omar | 7:20-cv-41608-MCR-GRJ |

| 264 | Thompson, Jerame R. | 7:20-cv-41613-MCR-GRJ |
|---|---|---|
| 265 | Thompson, Jonathan | 7:20-cv-41617-MCR-GRJ |
| 266 | Timmons, Michael | 8:20-cv-68439-MCR-GRJ |
| 267 | Trammell, George | 7:20-cv-41648-MCR-GRJ |
| 268 | Troutman, Jeremy | 7:20-cv-41669-MCR-GRJ |
| 269 | Tubbs, Matthew | 7:20-cv-41672-MCR-GRJ |
| 270 | Tullius, Kevin | 7:20-cv-41677-MCR-GRJ |
| 271 | Turner, Joshura | 7:20-cv-41684-MCR-GRJ |
| 272 | Ulmer, Brittany | 7:20-cv-41698-MCR-GRJ |
| 273 | Upshaw, Christopher | 8:20-cv-60025-MCR-GRJ |
| 274 | VanHouten, Nathan | 7:20-cv-41711-MCR-GRJ |
| 275 | Vasquez, Jennifer | 7:20-cv-41716-MCR-GRJ |
| 276 | Venable, Darrell | 7:20-cv-41729-MCR-GRJ |
| 277 | Vernon, John | 7:20-cv-41732-MCR-GRJ |
| 278 | Volkmann, Curtis | 7:20-cv-41571-MCR-GRJ |
| 279 | Wade, Michelle | 7:20-cv-41575-MCR-GRJ |
| 280 | Waites, Clifford | 7:20-cv-41578-MCR-GRJ |
| 281 | Ward, Dacoda | 7:20-cv-41589-MCR-GRJ |
| 282 | Weida, Edward | 8:20-cv-60472-MCR-GRJ |
| 283 | Welles, Nathan, T. | 7:20-cv-41598-MCR-GRJ |
| 284 | West, Jason R. | 7:21:cv-43209-MCR-GRJ |
| 285 | Whalen, Arthur | 3:22-cv-06974-MCR-GRJ |
| 286 | Whatley, Aaron | 7:20-cv-41604-MCR-GRJ |
| 287 | Whitten, Jeffrey A. | 7:23-cv-01537-MCR-HTC |
| 288 | Williams, Christopher O. | 3:22-cv-09904-MCR-GRJ |
| 289 | Williams, Gregory | 7:20-cv-41620-MCR-GRJ |
| 290 | Williams, James | 7:20-cv-41622-MCR-GRJ |
| 291 | Williams, Robert | 7:20-cv-41626-MCR-GRJ |
| 292 | Williams, Terrence | 8:20-cv-60021-MCR-GRJ |
| 293 | Woodberry, Dontay | 7:20-cv-41650-MCR-GRJ |
| 294 | Woodfin, Timothy | 7:20-cv-41652-MCR-GRJ |
| 295 | Woodruff, Gary, E | 7:20-cv-41655-MCR-GRJ |
| 296 | Wright, Matthew | 7:20-cv-41662-MCR-GRJ |
| 297 | Young, Robert | 7:20-cv-41671-MCR-GRJ |
| 298 | Zurisko, Anthony | 7:20-cv-41679-MCR-GRJ |

# EXHIBIT B



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Samantha Rachel Mertz, Esq.

#### DATE OF ADMISSION

#### October 29, 2010

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: September 5, 2024**

_Nicole Traini_
Nicole Traini
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Samantha Rachel Mertz** *(No.* **010402011** *) was constituted and appointed an Attorney at Law of New Jersey on* **July 11, 2011** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* 4th *day of* September *, 20* 24 *.*

*Clerk of the Supreme Court*