**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:<br>3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION,<br><br>This Document Relates to All Cases | Case No. 3:19-MD-02885<br><br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**NOTICE OF WITHDRAWAL OF COUNSEL**
**PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR**
**REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Kathleen Ingram Carrington of the law firm of Burr & Forman LLP,[1] hereby withdraws as counsel of record for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

---

[1] Ms. Carrington was originally admitted to practice in this MDL *pro hac vice* on January 20, 2022 (ECF No. 2519) when she was with the law firm of Butler Snow LLP. Ms. Carrington has since joined the firm of Burr & Forman LLP.

Dated: October 23, 2024

>Respectfully submitted,
>
>*/s/ Kathleen Ingram Carrington*
>Kathleen Ingram Carrington (TN Bar. 040175)
>**BURR & FORMAN LLP**
>222 Second Avenue South, Suite 2000
>Nashville, TN 37201
>Telephone: (615) 724-3200
>Fax: (615) 724-3290
>kcarrington@burr.com
>
>*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, a true and correct copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

>*/s/ Kathleen Ingram Carrington*
>Kathleen Ingram Carrington