UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

Plaintiffs' Leadership has filed a motion for confirmation of the nine percent holdback assessment and for an order setting forth the protocols and procedures for the allocation of common benefit attorney's fees ("Plaintiffs' Motion"). ECF No. 4091. Special Master David R. Herndon issued a Report and Recommendation on Plaintiffs' Motion on October 9, 2024. *See* ECF No. 4108. The Parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. *See* ECF Nos. 4098 & 4108. No objections have been filed. Having conducted the required *de novo* review of the Special Master's conclusions, the Court finds the proposed findings to be well supported and concludes that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

Special Master Herndon's Report and Recommendation, ECF No. 4108, is **ADOPTED** and incorporated by reference in this Order. For now, the Court will

maintain a common benefit fund holdback of nine percent for present and future settlement distributions, as has been done for all prior distributions.

**SO ORDERED**, on this 13th day of November, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**