## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE 3M COMBAT ARMS ) | |
| EARPLUG PRODUCTS ) | |
| LIABILITY LITIGATION ) | Judge M. Casey Rodgers |
| ) | Magistrate Judge Hope T. Cannon |
| ) | |
| This Document Relates to All Cases ) | |
| Case No. 3:19-md-02885-MCR-HTC ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that, effective immediately, Richard D. Schuster with the firm Vorys, Sater, Seymour and Pease LLP, hereby withdraws as attorney of record for Defendant 3M Company ("Defendant") in the above-referenced multi-district litigation and should be removed from the docket and electronic service list accordingly. Mr. Schuster is retiring from the practice of law effective December 31, 2024. As required by Local Rule 11.1 (H)(1)(b), Defendant consents to this withdrawal, and the withdrawal will leave Defendant with counsel of record who will continue in the case.

Dated: December 9, 2024         Respectfully submitted,

By: */s/ Richard D. Schuster*
Richard D. Schuster, Ohio Bar No. 0022813
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Telephone:  (614) 464-5475
Facsimile:  (614) 464-6350
Email: rdschuster@vorys.com

***Counsel for Defendant 3M Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2024, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Richard D. Schuster*
Richard D. Schuster