# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to All Cases | ) ) ) ) ) | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Brian D.Sieve from the law firm Kirkland & Ellis LLP, hereby withdraws as attorney of record for Defendant 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: January 17, 2025     Respectfully submitted,


     By: */s/ Brian D. Sieve*
     Brian D. Sieve
     **KIRKLAND & ELLIS LLP**
     333 W Wolf Point Plaza,
     Chicago, IL 60654
     Telephone: (312) 862-2197
     Facsimile: (312) 862-2200
     Email: bsieve@kirkland.com

     ***Counsel for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2025, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Brian D. Sieve*
Brian D. Sieve
