# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>) Magistrate Judge Hope T. Cannon<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL
## PURSUANT TO LOCAL RULE 11.1(H)(1)(B) AND REQUEST FOR
## REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Garrett W Messerly from the law firm Kirkland & Ellis LLP, hereby withdraws as attorney of record for Defendant 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC ("Defendants") in the above referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consent to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: January 21, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: *Garrett W. Messerly*
　　　　　　　　　　　　　　　　　　　　Garrett W. Messerly
　　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　　　　　　　　　　　　　　　　95 South State Street,
　　　　　　　　　　　　　　　　　　　　Salt Lake City, UT 84111
　　　　　　　　　　　　　　　　　　　　Telephone: (801) 877-8124
　　　　　　　　　　　　　　　　　　　　Facsimile: (801) 877-8101
　　　　　　　　　　　　　　　　　　　　Email: garrett.messerly@kirkland.com

　　　　　　　　　　　　　　　　　　　　***Counsel for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Garrett W. Messerly*
Garrett W. Messerly
