| Exhibit A - MSA I Claimants With Final Outcomes and Pending MDL Lawsuits (As of 5/16/25) | | |
|---|---|---|
| | **Claimant ID** | **MDL Case Number** |
| **1.** | 360278 | 3:21-cv-00546-MCR-HTC |
| **2.** | 170802 | 7:20-cv-39406-MCR-HTC |
| **3.** | 374637 | 9:23-cv-10044-MCR-HTC |
| **4.** | 117152 | 7:20-cv-87147-MCR-HTC |
| **5.** | 104253 | 7:20-cv-69034-MCR-HTC |
| **6.** | 112878 | 7:20-cv-78760-MCR-HTC |
| **7.** | 190825 | 3:22-cv-06238-MCR-HTC |