# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### AFFIDAVIT OF JUDGE DAVID R. HERNDON
### TENDERED PURSUANT TO FED. R. CIV. P. 53

Comes now United States District Judge David R. Herndon, retired, stating that I am thoroughly familiar with the parties and issues involved in MDL-2885, *In re: 3M Combat Arms Earplug Products Liability Litigation.* As a result of my knowledge of this case, I can attest and affirm that there are no grounds for disqualification under 28 U.S.C. §455 that has or would prevent me from continuing to serve as a Special Master in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

*(signed)*
Signature of Affiant
David R. Herndon (USDJ ret)

*Sworn and subscribed before me this 24th day of June, 2025.*

State of Illinois
County of Madison

OFFICIAL SEAL
JESSICA ENGELMANN
Notary Public, State of Illinois
Commission No. 974561
My Commission Expires July 06, 2027

Commission Expires: 7/6/2027

*(signed)* Jessica Engelmann
Notary Public