| | EXHIBIT A<br>MSA I Claimants With Final Outcomes and Cases Subject to Dismissal | |
|---|---|---|
| | **Claimant ID** | **MDL Case Number** |
| 1. | 165535 | 7:20-cv-69228-MCR-HTC |
| 2. | 371348 | 3:22-cv-19700-MCR-HTC |
| 3. | 76281 | 8:20-cv-34134-MCR-HTC |
| 4. | 118899 | 7:20-cv-25676-MCR-HTC |