| | **EXHIBIT B** <br> **IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE** <br> (As of 9/7/25) | | | | |
|---|---|---|---|---|---|
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 1. | Cupp | David | 148216 | 8:20-cv-42529-MCR-HTC | Abraham, Watkins, Nichols, Agosto, Aziz & Stogner |
| 2. | Babicz | Marc | 49894 | 7:20-cv-04977-MCR-HTC | Allan Berger & Associates |
| 3. | Handy | Cedric | 49885 | 7:20-cv-04967-MCR-HTC | Allan Berger & Associates |
| 4. | Jackson | Rickie | 49892 | 3:22-cv-08849-MCR-HTC | Allan Berger & Associates |
| 5. | Nulph | Ronald | 147905 | 8:20-cv-40688-MCR-HTC | Allen & Nolte, PLLC |
| 6. | File | Renaldo | 164282 | 7:20-cv-88463-MCR-HTC | Bailey & Glasser |
| 7. | Foster | Tyrone | 3755 | 7:20-cv-58115-MCR-HTC | Bailey & Glasser |
| 8. | Page | Joseph | 3602 | 7:20-cv-42525-MCR-HTC | Bailey & Glasser |
| 9. | Tonne | Joshua | 428236 | 7:23-cv-03822-MCR-HTC | Bailey & Glasser |
| 10. | Abrego | Julian | 66099 | 7:20-cv-52023-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 11. | Brantley | Ashley | 250797 | 8:20-cv-94849-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 12. | Burgman | Ernest | 250814 | 8:20-cv-94866-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 13. | Caplinger | Brandon | 213334 | 8:20-cv-72475-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 14. | Cummings | Kenneth | 240262 | 8:20-cv-86873-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 15. | Dancy | Jeffrey | 250898 | 8:20-cv-95711-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 16. | Develle | Henry | 311984 | 7:21-cv-29447-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 17. | Gray | Willie | 66294 | 7:20-cv-54247-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 18. | Gross | Edward | 243269 | 8:20-cv-92343-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 19. | Hall | Aaron | 251037 | 8:20-cv-96180-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 20. | Harris | Marcus | 219722 | 8:20-cv-73534-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 21. | Kastelein | Ciara | 240384 | 8:20-cv-87080-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 22. | Kwolek | Renardo | 66397 | 7:20-cv-55599-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 23. | Lemons | Gregory | 66408 | 7:20-cv-55633-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 24. | Martin | Benny | 229031 | 8:20-cv-75711-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 25. | Mcclaurin | Regina | 312472 | 7:21-cv-30117-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 26. | Moseley | Daniel | 229053 | 8:20-cv-79047-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 27. | Phillip | Leo | 251317 | 8:20-cv-96976-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 28. | Ramos | Yosuelt | 312681 | 7:21-cv-30625-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 29. | Rentas | Eduardo | 240484 | 8:20-cv-87401-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 30. | Schwartz | William | 240517 | 8:20-cv-87512-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 31. | Sims | Terry | 240534 | 8:20-cv-87575-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 32. | Sterner | Justin | 251457 | 8:20-cv-94338-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 33. | Stover | Debra | 240550 | 8:20-cv-87619-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 34. | Uher | Frank | 223013 | 8:20-cv-74854-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 35. | Ulloa-kable | Ana | 219821 | 8:20-cv-74636-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 36. | Wilson | Timothy | 66735 | 7:20-cv-49325-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 37. | Wolfe | Calum | 313023 | 7:21-cv-31482-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 38. | Wyland | Jeremy | 315537 | 7:21-cv-34525-MCR-HTC | Bailey Cowan Heckaman PLLC |
| 39. | Boston | Maleek | 388365 | 3:23-cv-10901-MCR-HTC | Ben Martin Law Group |
| 40. | Elliott | David | 388325 | 3:23-cv-19428-MCR-HTC | Ben Martin Law Group |
| 41. | Hardy | James | 428583 | 7:23-cv-03556-MCR-HTC | Ben Martin Law Group |
| 42. | Kreiss | Catherine | 428276 | 7:23-cv-02783-MCR-HTC | Ben Martin Law Group |
| 43. | Mcdonald | Jacob | 428356 | 8:23-cv-00815-MCR-HTC | Ben Martin Law Group |
| 44. | Plows | Larry | 428551 | 7:23-cv-03655-MCR-HTC | Ben Martin Law Group |
| 45. | Porter | Seth | 428636 | 8:23-cv-00254-MCR-HTC | Ben Martin Law Group |
| 46. | Sherwin | Christopher | 428465 | 8:23-cv-00302-MCR-HTC | Ben Martin Law Group |
| 47. | Taggart | Richard | 428440 | 8:23-cv-00718-MCR-HTC | Ben Martin Law Group |
| 48. | Barnett | Joaquin | 180158 | 7:20-cv-46822-MCR-HTC | Bertram & Graf, L.L.C. |
| 49. | Chislom | Christina | 361281 | 3:22-cv-05918-MCR-HTC | Bertram & Graf, L.L.C. |
| 50. | Cormican | Thomas | 253856 | 8:20-cv-87436-MCR-HTC | Bertram & Graf, L.L.C. |
| 51. | Ferrell | Gary | 196982 | 8:20-cv-32420-MCR-HTC | Bertram & Graf, L.L.C. |
| 52. | Greca | Christopher | 266083 | 9:20-cv-06527-MCR-HTC | Bertram & Graf, L.L.C. |
| 53. | Heaton | Michael | 197018 | 8:20-cv-32589-MCR-HTC | Bertram & Graf, L.L.C. |
| 54. | Schugel | Daniel | 219014 | 8:20-cv-73777-MCR-HTC | Bertram & Graf, L.L.C. |
| 55. | Sines | Terry | 300649 | 7:21-cv-20875-MCR-HTC | Bertram & Graf, L.L.C. |
| 56. | Strong | Stephen | 102210 | 7:20-cv-46616-MCR-HTC | Bertram & Graf, L.L.C. |
| 57. | Adams | Eric | 336132 | 7:21-cv-55678-MCR-HTC | Carey Danis & Lowe |
| 58. | Ansin | Roger | 234106 | 8:20-cv-83170-MCR-HTC | Carey Danis & Lowe |
| 59. | Arriola | Peter | 291826 | 7:21-cv-10923-MCR-HTC | Carey Danis & Lowe |
| 60. | Bagby | Mercedes | 287011 | 7:21-cv-08659-MCR-HTC | Carey Danis & Lowe |

| | EXHIBIT B<br>IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE<br>(As of 9/7/25) | | | | |
|---|---|---|---|---|---|
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 61. | Basanta | Tarita | 222195 | 8:20-cv-71952-MCR-HTC | Carey Danis & Lowe |
| 62. | Bower | John | 315773 | 7:21-cv-29178-MCR-HTC | Carey Danis & Lowe |
| 63. | Bruce | Joshua | 300703 | 7:21-cv-19449-MCR-HTC | Carey Danis & Lowe |
| 64. | Carathers | Vernon | 315779 | 7:21-cv-29191-MCR-HTC | Carey Danis & Lowe |
| 65. | Carter | Jonathan | 271167 | 9:20-cv-12726-MCR-HTC | Carey Danis & Lowe |
| 66. | Clark | Benjamin | 274492 | 9:20-cv-16239-MCR-HTC | Carey Danis & Lowe |
| 67. | Davis | Kenneth | 307147 | 7:21-cv-26307-MCR-HTC | Carey Danis & Lowe |
| 68. | Delatorre | Moises | 180261 | 7:20-cv-85158-MCR-HTC | Carey Danis & Lowe |
| 69. | Deleon | Cesar | 282902 | 7:21-cv-04437-MCR-HTC | Carey Danis & Lowe |
| 70. | Gomez | Christopher | 321697 | 7:21-cv-36839-MCR-HTC | Carey Danis & Lowe |
| 71. | Graf | Deon | 300724 | 7:21-cv-19470-MCR-HTC | Carey Danis & Lowe |
| 72. | Hawthorne | Donald | 287026 | 7:21-cv-08674-MCR-HTC | Carey Danis & Lowe |
| 73. | Hicks | Paul | 261226 | 9:20-cv-03061-MCR-HTC | Carey Danis & Lowe |
| 74. | Hill | Dale | 207621 | 8:20-cv-55411-MCR-HTC | Carey Danis & Lowe |
| 75. | Hobbs | Brad | 267924 | 9:20-cv-08632-MCR-HTC | Carey Danis & Lowe |
| 76. | Johnson | Hollis | 321703 | 7:21-cv-36845-MCR-HTC | Carey Danis & Lowe |
| 77. | Johnson | Frank | 293862 | 7:21-cv-14229-MCR-HTC | Carey Danis & Lowe |
| 78. | Johnson | Leonard | 321702 | 7:21-cv-36844-MCR-HTC | Carey Danis & Lowe |
| 79. | Links | Carroll | 207627 | 8:20-cv-55431-MCR-HTC | Carey Danis & Lowe |
| 80. | Maddox | Daniel | 331773 | 7:21-cv-49581-MCR-HTC | Carey Danis & Lowe |
| 81. | Mateik | Daniel | 344222 | 7:21-cv-63142-MCR-HTC | Carey Danis & Lowe |
| 82. | Mcdaniel | Cindy | 304138 | 7:21-cv-23662-MCR-HTC | Carey Danis & Lowe |
| 83. | Missick | Phillip | 258817 | 9:20-cv-03255-MCR-HTC | Carey Danis & Lowe |
| 84. | Montanez | Jeremy | 315830 | 7:21-cv-29295-MCR-HTC | Carey Danis & Lowe |
| 85. | Nieves | Delia | 234193 | 8:20-cv-83329-MCR-HTC | Carey Danis & Lowe |
| 86. | Onstad | Jeff | 293885 | 7:21-cv-14252-MCR-HTC | Carey Danis & Lowe |
| 87. | Orozco-munoz | Ricardo | 234199 | 8:20-cv-83340-MCR-HTC | Carey Danis & Lowe |
| 88. | Pollard | Tiffiney | 280388 | 7:21-cv-00123-MCR-HTC | Carey Danis & Lowe |
| 89. | Robinson | Mirta | 307194 | 7:21-cv-26354-MCR-HTC | Carey Danis & Lowe |
| 90. | Rochford | Neil | 78904 | 7:20-cv-49962-MCR-HTC | Carey Danis & Lowe |
| 91. | Sanford | Christopher | 78910 | 7:20-cv-49987-MCR-HTC | Carey Danis & Lowe |
| 92. | Saunders | Joshua | 280391 | 7:21-cv-00126-MCR-HTC | Carey Danis & Lowe |
| 93. | Thomas | Marvin | 258838 | 9:20-cv-03276-MCR-HTC | Carey Danis & Lowe |
| 94. | Villamil | Victor | 344277 | 7:21-cv-63240-MCR-HTC | Carey Danis & Lowe |
| 95. | Whitwell | Christopher | 331805 | 7:21-cv-49613-MCR-HTC | Carey Danis & Lowe |
| 96. | Wren | Keane | 271221 | 9:20-cv-12780-MCR-HTC | Carey Danis & Lowe |
| 97. | Ellison | Aaron | 240973 | 8:20-cv-87199-MCR-HTC | Cory Watson |
| 98. | Vasquez | Jessica | 363164 | 3:22-cv-08563-MCR-HTC | Cory Watson |
| 99. | Barris | Roderick | 69048 | 7:20-cv-81138-MCR-HTC | Coxwell & Associates PLLC.; 'Maggio Thompson LLP |
| 100. | Richmond | Larry | 69305 | 7:20-cv-82334-MCR-HTC | Coxwell & Associates PLLC.; 'Maggio Thompson LLP |
| 101. | Alvarado | Jose | 107283 | 7:20-cv-74480-MCR-HTC | Douglas & London |
| 102. | Barton | Bryan | 107559 | 7:20-cv-75936-MCR-HTC | Douglas & London |
| 103. | Birshing | Michael | 158064 | 7:20-cv-88381-MCR-HTC | Douglas & London |
| 104. | Flegel | Rodney | 109570 | 7:20-cv-79611-MCR-HTC | Douglas & London |
| 105. | Flora | Ryan | 109580 | 7:20-cv-79621-MCR-HTC | Douglas & London |
| 106. | Mayfield | Joseph | 112028 | 7:20-cv-84621-MCR-HTC | Douglas & London |
| 107. | Nelson | Zacharie | 112707 | 7:20-cv-78255-MCR-HTC | Douglas & London |
| 108. | Sabino | John | 113912 | 7:20-cv-80611-MCR-HTC | Douglas & London |
| 109. | Shevenock | Michael | 114183 | 7:20-cv-81826-MCR-HTC | Douglas & London |
| 110. | Tettaton | Christopher | 114770 | 7:20-cv-80616-MCR-HTC | Douglas & London |
| 111. | Moritz | Kevin | 305056 | 3:21-cv-00338-MCR-HTC | Eckland & Blando LLP |
| 112. | Gaines | Cameron | 76466 | 8:20-cv-14369-MCR-HTC | Fleming, Nolen & Jez, L.L.P. |
| 113. | Gonzalez | Ismael | 277185 | 7:21-cv-02223-MCR-HTC | Fleming, Nolen & Jez, L.L.P. |
| 114. | Acosta | Marco | 170245 | 7:20-cv-40914-MCR-HTC | Grant & Eisenhofer |
| 115. | Coleman | Michael | 360066 | 3:22-cv-04443-MCR-HTC | Hammers Law Firm |
| 116. | Guab | Jesus | 262575 | 3:20-cv-03089-MCR-HTC | Hammers Law Firm |
| 117. | Rose | Jonathan | 360399 | 3:22-cv-05013-MCR-HTC | Hammers Law Firm |
| 118. | Sawler | Robert | 1024 | 7:20-cv-41539-MCR-HTC | Hammers Law Firm |
| 119. | Sellers | James | 80175 | 7:20-cv-54297-MCR-HTC | Heninger Garrison Davis, LLC |
| 120. | Hill | Henry | 4070 | 7:20-cv-45253-MCR-HTC | Hodges & Foty, LLP |

| | EXHIBIT B<br>IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE<br>(As of 9/7/25) | | | | |
|---|---|---|---|---|---|
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 121. | Cutrer | William | 321826 | 7:21-cv-37207-MCR-HTC | K. E. Bradley & Associates, PLLC |
| 122. | Carollo | Jason | 378269 | 3:22-cv-23688-MCR-HTC | Kirkendall Dwyer LLP |
| 123. | Daignault | Matthew | 309702 | 7:21-cv-26218-MCR-HTC | Kirkendall Dwyer LLP |
| 124. | Menard | David | 321504 | 7:21-cv-38159-MCR-HTC | Kirkendall Dwyer LLP |
| 125. | Pletch | Walter | 231002 | 8:20-cv-68096-MCR-HTC | Kirkendall Dwyer LLP |
| 126. | Sallee | Gregory | 50551 | 7:20-cv-65254-MCR-HTC | Kirkendall Dwyer LLP |
| 127. | Tatch | Donald | 306691 | 7:21-cv-23958-MCR-HTC | Kirkendall Dwyer LLP |
| 128. | Whitmer | Eric | 416343 | 9:23-cv-08181-MCR-HTC | Kirkendall Dwyer LLP |
| 129. | Wooten | Keith | 321667 | 7:21-cv-38448-MCR-HTC | Kirkendall Dwyer LLP |
| 130. | Brooks | Matthew | 292156 | 7:21-cv-13381-MCR-HTC | Laminack Pirtle & Martines |
| 131. | Burcroff | Kevin | 404189 | 3:23-cv-21357-MCR-HTC | Laminack Pirtle & Martines |
| 132. | Fortner | James | 323245 | 7:21-cv-46508-MCR-HTC | Laminack Pirtle & Martines |
| 133. | Ganus | David | 403872 | 9:23-cv-00861-MCR-HTC | Laminack Pirtle & Martines |
| 134. | Garcia | Jorge | 76947 | 7:20-cv-49702-MCR-HTC | Laminack Pirtle & Martines |
| 135. | Gomez valle | Alfredo | 216046 | 8:20-cv-71107-MCR-HTC | Laminack Pirtle & Martines |
| 136. | Green | Darwin | 270083 | 9:20-cv-17820-MCR-HTC | Laminack Pirtle & Martines |
| 137. | Hefner | Kris | 216071 | 8:20-cv-71449-MCR-HTC | Laminack Pirtle & Martines |
| 138. | Johnson | Carl | 292213 | 7:21-cv-13438-MCR-HTC | Laminack Pirtle & Martines |
| 139. | Leblanc | Kenneth | 362457 | 3:22-cv-07868-MCR-HTC | Laminack Pirtle & Martines |
| 140. | Lilagan | Richard | 384587 | 3:23-cv-05037-MCR-HTC | Laminack Pirtle & Martines |
| 141. | Mcafee | Angelica | 216168 | 8:20-cv-72289-MCR-HTC | Laminack Pirtle & Martines |
| 142. | Moore | Donald | 409813 | 9:23-cv-00965-MCR-HTC | Laminack Pirtle & Martines |
| 143. | Noval | John | 364898 | 3:22-cv-18064-MCR-HTC | Laminack Pirtle & Martines |
| 144. | Payton | Kevin | 323354 | 7:21-cv-46672-MCR-HTC | Laminack Pirtle & Martines |
| 145. | Riggs | Kenneth | 377699 | 3:22-cv-23302-MCR-HTC | Laminack Pirtle & Martines |
| 146. | Stallings | Thomas | 403980 | 7:23-cv-01797-MCR-HTC | Laminack Pirtle & Martines |
| 147. | Swanson | Shadeed | 270192 | 9:20-cv-17929-MCR-HTC | Laminack Pirtle & Martines |
| 148. | Trapp | Richard | 396130 | 3:23-cv-14772-MCR-HTC | Laminack Pirtle & Martines |
| 149. | Turner | Darvin | 292278 | 7:21-cv-13503-MCR-HTC | Laminack Pirtle & Martines |
| 150. | Turner | Destiny | 408849 | 9:23-cv-00901-MCR-HTC | Laminack Pirtle & Martines |
| 151. | Williams | Shawndura | 384490 | 3:23-cv-04650-MCR-HTC | Laminack Pirtle & Martines |
| 152. | Young | Jessica | 404016 | 3:23-cv-21362-MCR-HTC | Laminack Pirtle & Martines |
| 153. | Zamora | Manuel | 364937 | 3:22-cv-18548-MCR-HTC | Laminack Pirtle & Martines |
| 154. | Allenvinson | Alexander | 220560 | 8:20-cv-69633-MCR-HTC | Law Office of Paul Mankin, APC |
| 155. | Bates | Alanna | 376923 | 3:22-cv-20633-MCR-HTC | Law Office of Paul Mankin, APC |
| 156. | Beasley | Paul | 376587 | 3:22-cv-19816-MCR-HTC | Law Office of Paul Mankin, APC |
| 157. | Boroski | Kylie | 362350 | 3:22-cv-07958-MCR-HTC | Law Office of Paul Mankin, APC |
| 158. | Bowers | Daniel | 377242 | 3:22-cv-21315-MCR-HTC | Law Office of Paul Mankin, APC |
| 159. | Cadigan | Damian | 220591 | 8:20-cv-69692-MCR-HTC | Law Office of Paul Mankin, APC |
| 160. | Carrasco | Jaime | 375385 | 3:22-cv-19275-MCR-HTC | Law Office of Paul Mankin, APC |
| 161. | Chesnut | Kevin | 377097 | 3:22-cv-21322-MCR-HTC | Law Office of Paul Mankin, APC |
| 162. | Darling | Andrew | 376682 | 3:22-cv-20092-MCR-HTC | Law Office of Paul Mankin, APC |
| 163. | Deithloff | Eric | 197585 | 8:20-cv-40891-MCR-HTC | Law Office of Paul Mankin, APC |
| 164. | Dew | Erica | 181863 | 8:20-cv-54161-MCR-HTC | Law Office of Paul Mankin, APC |
| 165. | Galvin | Brandon | 220672 | 8:20-cv-69872-MCR-HTC | Law Office of Paul Mankin, APC |
| 166. | Grigsby | Valerie | 362035 | 3:22-cv-07753-MCR-HTC | Law Office of Paul Mankin, APC |
| 167. | Harrington | Shaun | 59889 | 8:20-cv-33439-MCR-HTC | Law Office of Paul Mankin, APC |
| 168. | Korn | Jerry | 377311 | 3:22-cv-21970-MCR-HTC | Law Office of Paul Mankin, APC |
| 169. | Lara | Juan | 317477 | 7:21-cv-31173-MCR-HTC | Law Office of Paul Mankin, APC |
| 170. | Lincoln | Bobby | 378224 | 3:22-cv-23600-MCR-HTC | Law Office of Paul Mankin, APC |
| 171. | Magat | Bernard | 361670 | 3:22-cv-06970-MCR-HTC | Law Office of Paul Mankin, APC |
| 172. | Nelson | Troy | 267207 | 9:20-cv-08566-MCR-HTC | Law Office of Paul Mankin, APC |
| 173. | Plasterer | Philip | 376208 | 3:22-cv-20847-MCR-HTC | Law Office of Paul Mankin, APC |
| 174. | Rhodes | David | 361895 | 3:22-cv-07498-MCR-HTC | Law Office of Paul Mankin, APC |
| 175. | Rivera | Delis | 382999 | 3:23-cv-02752-MCR-HTC | Law Office of Paul Mankin, APC |
| 176. | Sanchez | Mark | 376271 | 3:22-cv-19418-MCR-HTC | Law Office of Paul Mankin, APC |
| 177. | Sculthorpe | Matthew | 220844 | 8:20-cv-70286-MCR-HTC | Law Office of Paul Mankin, APC |
| 178. | Seal | Alvin | 376995 | 3:22-cv-20830-MCR-HTC | Law Office of Paul Mankin, APC |
| 179. | Sims | Joan | 362960 | 3:22-cv-09319-MCR-HTC | Law Office of Paul Mankin, APC |
| 180. | Skinner | Paul | 376158 | 3:22-cv-19363-MCR-HTC | Law Office of Paul Mankin, APC |

| | **EXHIBIT B** <br> **IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE** <br> (As of 9/7/25) | | | | |
|---|---|---|---|---|---|
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 181. | Smith | Risa | 377427 | 3:22-cv-22109-MCR-HTC | Law Office of Paul Mankin, APC |
| 182. | Staples | Dalton | 375970 | 3:22-cv-19199-MCR-HTC | Law Office of Paul Mankin, APC |
| 183. | Szegda | Roudolphe | 362165 | 3:22-cv-08672-MCR-HTC | Law Office of Paul Mankin, APC |
| 184. | Thompson | Gregory | 376722 | 3:22-cv-20212-MCR-HTC | Law Office of Paul Mankin, APC |
| 185. | Torreblanca | Ivan | 376726 | 3:22-cv-20254-MCR-HTC | Law Office of Paul Mankin, APC |
| 186. | Williams | Donald | 220903 | 8:20-cv-70407-MCR-HTC | Law Office of Paul Mankin, APC |
| 187. | Williamson | Chris | 376500 | 3:22-cv-19761-MCR-HTC | Law Office of Paul Mankin, APC |
| 188. | Bend | Jack | 302263 | 7:21-cv-21058-MCR-HTC | Law Office of Steven Gacovino, PLLC |
| 189. | Parker | Willie | 378193 | 3:22-cv-23136-MCR-HTC | Law Office of Steven Gacovino, PLLC |
| 190. | Saunders | Nicholas | 430366 | 7:23-cv-03738-MCR-HTC | Law Office of Steven Gacovino, PLLC |
| 191. | Wright | George | 302565 | 7:21-cv-21338-MCR-HTC | Law Office of Steven Gacovino, PLLC |
| 192. | Anderson | Jeremy | 379698 | 3:23-cv-02403-MCR-HTC | Law Offices of Donald G. Norris, A Law Corporation |
| 193. | Bedore | Elizabeth | 139406 | 8:20-cv-15762-MCR-HTC | Matthews & Associates |
| 194. | Rushford | Ronald | 85498 | 8:20-cv-19749-MCR-HTC | Matthews & Associates |
| 195. | Adair | Marcus | 403748 | 3:23-cv-19178-MCR-HTC | McSweeney/Langevin LLC |
| 196. | Cato | Joshua | 12626 | 7:20-cv-58639-MCR-HTC | McSweeney/Langevin LLC |
| 197. | Emery | Matthew | 415601 | 7:23-cv-03712-MCR-HTC | McSweeney/Langevin LLC |
| 198. | Hauser | Mark | 12918 | 7:20-cv-61730-MCR-HTC | McSweeney/Langevin LLC |
| 199. | Moore | Joshua | 12500 | 7:20-cv-58039-MCR-HTC | McSweeney/Langevin LLC |
| 200. | Wallace | Frednando | 406394 | 3:23-cv-23654-MCR-HTC | McSweeney/Langevin LLC |
| 201. | Barnhart | Jaysen | 316857 | 7:21-cv-34671-MCR-HTC | Morgan & Morgan |
| 202. | Berry | Spenser | 267621 | 9:20-cv-10854-MCR-HTC | Morgan & Morgan |
| 203. | Burse | Diana | 259824 | 9:20-cv-09109-MCR-HTC | Morgan & Morgan |
| 204. | Coburn | Artist | 165018 | 8:20-cv-29512-MCR-HTC | Morgan & Morgan |
| 205. | Huckleberry | Darryl | 317068 | 7:21-cv-34769-MCR-HTC | Morgan & Morgan |
| 206. | Jackson | Paul | 210395 | 8:20-cv-56978-MCR-HTC | Morgan & Morgan |
| 207. | Lahayne | James | 274703 | 7:21-cv-37698-MCR-HTC | Morgan & Morgan |
| 208. | Lemus | Alissandro | 356945 | 3:22-cv-01996-MCR-HTC | Morgan & Morgan |
| 209. | Martin | Keith | 350171 | 3:21-cv-03511-MCR-HTC | Morgan & Morgan |
| 210. | Ormsby | Daniel | 288467 | 7:21-cv-28180-MCR-HTC | Morgan & Morgan |
| 211. | Parry | Matthew | 165096 | 8:20-cv-29669-MCR-HTC | Morgan & Morgan |
| 212. | Rials | Alester | 126599 | 8:20-cv-28662-MCR-HTC | Morgan & Morgan |
| 213. | Roberts | Andrew | 126220 | 8:20-cv-31437-MCR-HTC | Morgan & Morgan |
| 214. | Sarla | Dennis | 301340 | 7:21-cv-24331-MCR-HTC | Morgan & Morgan |
| 215. | White | Garfield | 126275 | 8:20-cv-31628-MCR-HTC | Morgan & Morgan |
| 216. | Barber | Earl | 51280 | 7:20-cv-94114-MCR-HTC | Mostyn Law |
| 217. | Pitman | Joshua | 168251 | 8:20-cv-01797-MCR-HTC | Mostyn Law |
| 218. | Ramirez | Gabriel | 168266 | 8:20-cv-01831-MCR-HTC | Mostyn Law |
| 219. | Knudson | Daniel | 146653 | 3:19-cv-04796-MCR-HTC | Paul LLP |
| 220. | Peters | Kurtis | 145626 | 3:20-cv-02711-MCR-HTC | Paul LLP |
| 221. | Vaughan | Tony | 145252 | 3:22-cv-01976-MCR-HTC | Paul LLP |
| 222. | Bohs | John | 380431 | 3:23-cv-00858-MCR-HTC | Peterson & Associates, P.C. |
| 223. | Hoskins | Gerry | 305392 | 7:21-cv-24514-MCR-HTC | Peterson & Associates, P.C. |
| 224. | Howell | Jeramy | 53313 | 7:20-cv-69760-MCR-HTC | Peterson & Associates, P.C. |
| 225. | Nomura | Philip | 53174 | 7:20-cv-69511-MCR-HTC | Peterson & Associates, P.C. |
| 226. | Richards | Vivian | 53343 | 7:20-cv-69837-MCR-HTC | Peterson & Associates, P.C. |
| 227. | Vanheuklon | David | 52565 | 7:20-cv-66867-MCR-HTC | Peterson & Associates, P.C. |
| 228. | Allen | Kumasi | 368907 | 3:22-cv-13927-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 229. | Bober | Christopher | 368971 | 3:22-cv-13414-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 230. | Bogardus | Bethany | 276104 | 7:21-cv-00020-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 231. | Brown | Dedrek | 370753 | 3:22-cv-15162-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 232. | Combs | John | 368883 | 3:22-cv-14085-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 233. | Cooke | James | 372348 | 3:22-cv-15361-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 234. | Demoss | Matthew | 366993 | 3:22-cv-11153-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 235. | Dougherty | Shawn | 370737 | 3:22-cv-14850-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 236. | Edwards | Bozzie | 370046 | 3:22-cv-16401-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 237. | Faircloth | Donovan | 371281 | 3:22-cv-14351-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 238. | Francis | Jonathan | 276108 | 7:21-cv-00024-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 239. | Graham | Morris | 369394 | 3:22-cv-12784-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 240. | Hague-renwick | Christine | 361098 | 3:22-cv-05467-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |

| | **EXHIBIT B** | | | | |
|---|---|---|---|---|---|
| | **IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE** | | | | |
| | (As of 9/7/25) | | | | |
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 241. | Hall | Laurin | 369719 | 3:22-cv-13119-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 242. | Hines | James | 370202 | 3:22-cv-15884-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 243. | Jackson | Garnett | 169482 | 8:20-cv-18341-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 244. | Jones | David | 367943 | 3:22-cv-12526-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 245. | Kanczes | Matthew | 371054 | 3:22-cv-14493-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 246. | Kubbins | Lawrence | 368963 | 3:22-cv-13887-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 247. | Lacava | Jeffrey | 367166 | 3:22-cv-11189-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 248. | Lim | Narida | 254007 | 8:20-cv-97267-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 249. | Marr | Douglas | 369564 | 3:22-cv-11977-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 250. | Martin | Josiah | 367038 | 3:22-cv-11250-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 251. | Morris | Christopher | 367836 | 3:22-cv-12106-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 252. | Mosher | Jakeb | 369216 | 3:22-cv-13709-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 253. | Naylor | Christian | 369403 | 3:22-cv-12750-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 254. | Poe | Joseph | 136536 | 8:20-cv-18455-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 255. | Pulgaron | Michael | 219171 | 8:20-cv-69990-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 256. | Ramsey | Lavedris | 367915 | 3:22-cv-12188-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 257. | Rogers | Andrew | 219217 | 8:20-cv-70102-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 258. | Rojas | David | 368421 | 3:22-cv-13466-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 259. | Sanders | Randal | 367172 | 3:22-cv-11327-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 260. | Sheldon | Scott | 219067 | 8:20-cv-69286-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 261. | Smith | Parnell | 367694 | 3:23-cv-24613-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 262. | Storey | Alexander | 369271 | 3:22-cv-13330-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 263. | Stringer | James | 367780 | 3:22-cv-12600-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 264. | Studdie | Bo | 367223 | 3:22-cv-11380-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 265. | Triplett | Derrick | 370556 | 3:22-cv-15062-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 266. | Whetstone | Jamal | 368238 | 3:22-cv-12191-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 267. | Willey | Shawn | 368133 | 3:22-cv-12359-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 268. | Yakop | Gourge | 368086 | 3:22-cv-12421-MCR-HTC | Quinn Emanuel Urquhart & Sullivan LLP |
| 269. | Plazas | Ivan | 6041 | 7:20-cv-02775-MCR-HTC | Reich and Binstock, LLP |
| 270. | Cleavland | Todd | 267107 | 9:20-cv-09947-MCR-HTC | Rosen Injury Lawyers |
| 271. | Franco | Joseph | 299321 | 7:21-cv-20572-MCR-HTC | Rosen Injury Lawyers |
| 272. | Lock | Andrew | 267130 | 9:20-cv-07151-MCR-HTC | Rosen Injury Lawyers |
| 273. | Mitchell | Eliot | 267089 | 9:20-cv-09940-MCR-HTC | Rosen Injury Lawyers |
| 274. | Papp | Andrew | 217251 | 8:20-cv-66257-MCR-HTC | Rosen Injury Lawyers |
| 275. | Rico | Ramon | 267093 | 9:20-cv-07102-MCR-HTC | Rosen Injury Lawyers |
| 276. | Robinson | Jonn | 288967 | 7:21-cv-11371-MCR-HTC | Rosen Injury Lawyers |
| 277. | Triplett | Yvonne | 267094 | 9:20-cv-09943-MCR-HTC | Rosen Injury Lawyers |
| 278. | Duff | Kendal | 18310 | 7:20-cv-43900-MCR-HTC | Saltz, Mongeluzzi & Bendesky, P.C. |
| 279. | Dugan | Pat | 317450 | 7:21-cv-29895-MCR-HTC | Saltz, Mongeluzzi & Bendesky, P.C. |
| 280. | Dunn | Mario | 202732 | 8:20-cv-41262-MCR-HTC | Saltz, Mongeluzzi & Bendesky, P.C. |
| 281. | Serrano | Jose | 18425 | 7:20-cv-44974-MCR-HTC | Saltz, Mongeluzzi & Bendesky, P.C. |
| 282. | Sinclair | James | 176406 | 7:20-cv-40841-MCR-HTC | Saltz, Mongeluzzi & Bendesky, P.C. |
| 283. | Bogle | Rebecca | 163209 | 8:20-cv-05767-MCR-HTC | Searcy Denney Scarola Barnhart and Shipley |
| 284. | Williamson | Christopher | 14104 | 8:20-cv-05411-MCR-HTC | Searcy Denney Scarola Barnhart and Shipley |
| 285. | Alicea | Edgardo | 82297 | 7:20-cv-16588-MCR-HTC | Seeger Weiss LLP |
| 286. | Apo | Richard | 223133 | 8:20-cv-74301-MCR-HTC | Seeger Weiss LLP |
| 287. | Aquino | Adam | 165153 | 7:20-cv-36907-MCR-HTC | Seeger Weiss LLP |
| 288. | Arcelay | James | 220553 | 8:20-cv-69619-MCR-HTC | Seeger Weiss LLP |
| 289. | Banks | Fletcher | 220282 | 8:20-cv-70231-MCR-HTC | Seeger Weiss LLP |
| 290. | Baquero | Jesus | 82657 | 7:20-cv-18310-MCR-HTC | Seeger Weiss LLP |
| 291. | Bauer | Shawn | 83498 | 7:20-cv-16840-MCR-HTC | Seeger Weiss LLP |
| 292. | Bergin | Joseph | 324919 | 7:21-cv-44582-MCR-HTC | Seeger Weiss LLP |
| 293. | Cly | Jerrick | 404731 | 3:23-cv-21136-MCR-HTC | Seeger Weiss LLP |
| 294. | Costello | Cory | 82071 | 7:20-cv-16568-MCR-HTC | Seeger Weiss LLP |
| 295. | Cuff | Robert | 263491 | 9:20-cv-03716-MCR-HTC | Seeger Weiss LLP |
| 296. | Denning | Aaron | 81596 | 7:20-cv-16177-MCR-HTC | Seeger Weiss LLP |
| 297. | Encarnacion | Carlos | 81912 | 7:20-cv-16758-MCR-HTC | Seeger Weiss LLP |
| 298. | Fitzpatrick | Shaun | 83492 | 7:20-cv-19304-MCR-HTC | Seeger Weiss LLP |
| 299. | Glaspie | T-von | 255029 | 9:20-cv-00153-MCR-HTC | Seeger Weiss LLP |
| 300. | Guernon | Gary | 160232 | 7:20-cv-35762-MCR-HTC | Seeger Weiss LLP |

| | **EXHIBIT B** <br> **IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE** <br> (As of 9/7/25) | | | | |
|---|---|---|---|---|---|
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 301. | Jackson | William | 160522 | 7:20-cv-35756-MCR-HTC | Seeger Weiss LLP |
| 302. | Justus | Robert | 301721 | 7:21-cv-22393-MCR-HTC | Seeger Weiss LLP |
| 303. | Lewis | William | 403216 | 3:23-cv-18796-MCR-HTC | Seeger Weiss LLP |
| 304. | Lyons | Alyssa | 81676 | 7:20-cv-16181-MCR-HTC | Seeger Weiss LLP |
| 305. | Melendez | Ronald | 202090 | 8:20-cv-44102-MCR-HTC | Seeger Weiss LLP |
| 306. | Montalvo | Edgardo | 220444 | 8:20-cv-69376-MCR-HTC | Seeger Weiss LLP |
| 307. | Moyer | Darrell | 317929 | 7:21-cv-35712-MCR-HTC | Seeger Weiss LLP |
| 308. | Owen | Victor | 83696 | 7:20-cv-17462-MCR-HTC | Seeger Weiss LLP |
| 309. | Perry | Antwahn | 182714 | 8:20-cv-04900-MCR-HTC | Seeger Weiss LLP |
| 310. | Philio | Shannon | 282682 | 7:21-cv-04399-MCR-HTC | Seeger Weiss LLP |
| 311. | Pullen | Sherwin | 404148 | 3:23-cv-19297-MCR-HTC | Seeger Weiss LLP |
| 312. | Rogers | Eric | 82344 | 7:20-cv-16832-MCR-HTC | Seeger Weiss LLP |
| 313. | Sasaki | Hideshi | 220433 | 8:20-cv-70502-MCR-HTC | Seeger Weiss LLP |
| 314. | Simmons | Aaron | 247820 | 8:20-cv-96617-MCR-HTC | Seeger Weiss LLP |
| 315. | Smith | Davon | 220297 | 8:20-cv-70260-MCR-HTC | Seeger Weiss LLP |
| 316. | Speller | William | 83746 | 7:20-cv-17602-MCR-HTC | Seeger Weiss LLP |
| 317. | Walls | Bryan | 202417 | 8:20-cv-44802-MCR-HTC | Seeger Weiss LLP |
| 318. | Washington | Melvin | 301747 | 7:21-cv-22419-MCR-HTC | Seeger Weiss LLP |
| 319. | White | Paxton | 263357 | 9:20-cv-03356-MCR-HTC | Seeger Weiss LLP |
| 320. | Williams | Shane | 83484 | 7:20-cv-19257-MCR-HTC | Seeger Weiss LLP |
| 321. | Williamson | Billy | 81795 | 7:20-cv-16312-MCR-HTC | Seeger Weiss LLP |
| 322. | Daniels | Jeffrey | 352754 | 3:21-cv-02003-MCR-HTC | Singleton Schreiber, LLP |
| 323. | Jordan | Michael | 352733 | 3:21-cv-01860-MCR-HTC | Singleton Schreiber, LLP |
| 324. | Monge | Grant | 179052 | 3:20-cv-04447-MCR-HTC | Singleton Schreiber, LLP |
| 325. | Ferland | Joseph | 53494 | 7:20-cv-05296-MCR-HTC | Sullivan & Brill, LLP |
| 326. | Israel | Aaron | 188828 | 8:20-cv-04315-MCR-HTC | Sullivan & Brill, LLP |
| 327. | Liang | John | 256831 | 8:20-cv-87895-MCR-HTC | Sullivan & Brill, LLP |
| 328. | Campbell | Levon | 404783 | 3:23-cv-21242-MCR-HTC | The Carlson Law Firm |
| 329. | Farnsworth | Paul | 429588 | 7:23-cv-04397-MCR-HTC | The Carlson Law Firm |
| 330. | Goodman | David | 429657 | 9:23-cv-06879-MCR-HTC | The Carlson Law Firm |
| 331. | Jacobsen | William | 29130 | 7:20-cv-45126-MCR-HTC | The Carlson Law Firm |
| 332. | Jennings | Diana | 429342 | 7:23-cv-04311-MCR-HTC | The Carlson Law Firm |
| 333. | Jones | Dewey | 261456 | 9:20-cv-05406-MCR-HTC | The Carlson Law Firm |
| 334. | Kunkel | Shawn | 413538 | 9:23-cv-01930-MCR-HTC | The Carlson Law Firm |
| 335. | Martin | Jonathan | 333599 | 7:21-cv-54104-MCR-HTC | The Carlson Law Firm |
| 336. | Murray | Kevin | 164684 | 7:20-cv-88657-MCR-HTC | The Carlson Law Firm |
| 337. | Neville | James | 164685 | 7:20-cv-88658-MCR-HTC | The Carlson Law Firm |
| 338. | Norman | Michael | 258588 | 9:20-cv-02899-MCR-HTC | The Carlson Law Firm |
| 339. | Reader | Sydney | 430025 | 9:23-cv-06890-MCR-HTC | The Carlson Law Firm |
| 340. | Shallenberger | Jason | 258599 | 9:20-cv-02910-MCR-HTC | The Carlson Law Firm |
| 341. | Vanpelt | Aaron | 429637 | 9:23-cv-05243-MCR-HTC | The Carlson Law Firm |
| 342. | Zeiler | George | 29230 | 7:20-cv-47532-MCR-HTC | The Carlson Law Firm |
| 343. | Williams | John | 14308 | 8:20-cv-16983-MCR-HTC | The Cochran Firm - Dothan |
| 344. | Ross | Ronald | 53994 | 7:20-cv-05502-MCR-HTC | The Gori Law Firm, P.C. |
| 345. | Mayo | Bret | 48540 | 7:20-cv-44257-MCR-HTC | The Moody Law Firm |
| 346. | Cobb | Sammy | 347513 | 7:21-cv-67512-MCR-HTC | The Russo Firm |
| 347. | Mcfarland | Patty | 348127 | 7:21-cv-68123-MCR-HTC | The Russo Firm |
| 348. | Adkins | Chester | 221242 | 8:20-cv-75038-MCR-HTC | Thomas J Henry |
| 349. | Aldana | David | 208225 | 8:20-cv-53012-MCR-HTC | Thomas J Henry |
| 350. | Amuso | Cameron | 208245 | 8:20-cv-57573-MCR-HTC | Thomas J Henry |
| 351. | Arellano | Robert | 221257 | 8:20-cv-75064-MCR-HTC | Thomas J Henry |
| 352. | Bishop | Timothy | 149356 | 7:20-cv-31183-MCR-HTC | Thomas J Henry |
| 353. | Bonfiglio | James | 211762 | 8:20-cv-58661-MCR-HTC | Thomas J Henry |
| 354. | Branham | Jason | 149425 | 7:20-cv-31519-MCR-HTC | Thomas J Henry |
| 355. | Brooks | Jason | 161905 | 7:20-cv-36114-MCR-HTC | Thomas J Henry |
| 356. | Byrd | Nickolas | 149522 | 7:20-cv-32140-MCR-HTC | Thomas J Henry |
| 357. | Cadet | Angelo | 149528 | 7:20-cv-30834-MCR-HTC | Thomas J Henry |
| 358. | Cathell | James | 192229 | 8:20-cv-27340-MCR-HTC | Thomas J Henry |
| 359. | Cheatham | Louis | 175545 | 7:20-cv-39987-MCR-HTC | Thomas J Henry |
| 360. | Clover | Aaron | 173436 | 7:20-cv-39838-MCR-HTC | Thomas J Henry |

| | EXHIBIT B<br>IN-LEDGERING CLAIMANTS WHO HAVE NOT ACCEPTED THEIR AWARD NOTICE<br>(As of 9/7/25) | | | | |
|---|---|---|---|---|---|
| | **Last Name** | **First Name** | **CID** | **MDL Case Number** | **Primary Counsel** |
| 361. | Cummings | Nathen | 149770 | 7:20-cv-31316-MCR-HTC | Thomas J Henry |
| 362. | Davids | Ryan | 185464 | 8:20-cv-09170-MCR-HTC | Thomas J Henry |
| 363. | Deitch | Lief | 205034 | 8:20-cv-46230-MCR-HTC | Thomas J Henry |
| 364. | Delaney | Samuel | 149820 | 7:20-cv-31732-MCR-HTC | Thomas J Henry |
| 365. | Drones | Lee | 149904 | 7:20-cv-31912-MCR-HTC | Thomas J Henry |
| 366. | Evans | Justin | 204733 | 8:20-cv-46133-MCR-HTC | Thomas J Henry |
| 367. | Fisher | Joshua | 150027 | 7:20-cv-31506-MCR-HTC | Thomas J Henry |
| 368. | Freeman | Brad | 185504 | 8:20-cv-09251-MCR-HTC | Thomas J Henry |
| 369. | Gillon | Sean | 159520 | 7:20-cv-35246-MCR-HTC | Thomas J Henry |
| 370. | Guerrero | Roberto | 208716 | 8:20-cv-53966-MCR-HTC | Thomas J Henry |
| 371. | Guyton | Gredel | 192337 | 8:20-cv-27661-MCR-HTC | Thomas J Henry |
| 372. | Harris | Larry | 150366 | 7:20-cv-32021-MCR-HTC | Thomas J Henry |
| 373. | Hernandez | Alejandra | 161555 | 7:20-cv-35959-MCR-HTC | Thomas J Henry |
| 374. | Hicks | Odis | 157810 | 7:20-cv-35399-MCR-HTC | Thomas J Henry |
| 375. | Irvine | Denny | 208825 | 8:20-cv-58109-MCR-HTC | Thomas J Henry |
| 376. | Isaak | Scott | 208826 | 8:20-cv-53377-MCR-HTC | Thomas J Henry |
| 377. | Jackson | Tyrae | 192388 | 8:20-cv-26857-MCR-HTC | Thomas J Henry |
| 378. | Kersee | Byron | 150731 | 7:20-cv-32175-MCR-HTC | Thomas J Henry |
| 379. | Kyle | Tommy | 208920 | 8:20-cv-58171-MCR-HTC | Thomas J Henry |
| 380. | Laney | Sean | 250682 | 8:20-cv-86800-MCR-HTC | Thomas J Henry |
| 381. | Lavigne | William | 208936 | 8:20-cv-53639-MCR-HTC | Thomas J Henry |
| 382. | Lawrence | Britany | 150822 | 7:20-cv-32520-MCR-HTC | Thomas J Henry |
| 383. | Lopez | Luis | 208965 | 8:20-cv-53700-MCR-HTC | Thomas J Henry |
| 384. | Lopez | Ramon | 150896 | 7:20-cv-32745-MCR-HTC | Thomas J Henry |
| 385. | Lund | Michael | 136332 | 3:19-cv-03202-MCR-HTC | Thomas J Henry |
| 386. | Martin | Cody | 208996 | 8:20-cv-53768-MCR-HTC | Thomas J Henry |
| 387. | Miller | Blake | 192489 | 8:20-cv-27306-MCR-HTC | Thomas J Henry |
| 388. | Modrak | James | 151156 | 7:20-cv-32887-MCR-HTC | Thomas J Henry |
| 389. | Mondragon | Jazmin | 336203 | 7:21-cv-54404-MCR-HTC | Thomas J Henry |
| 390. | Mosley | Shannone | 204349 | 8:20-cv-44939-MCR-HTC | Thomas J Henry |
| 391. | Mummert | Jonathan | 234028 | 8:20-cv-68428-MCR-HTC | Thomas J Henry |
| 392. | Myers | Teman | 221587 | 8:20-cv-77982-MCR-HTC | Thomas J Henry |
| 393. | Norden | Justin | 234033 | 8:20-cv-68446-MCR-HTC | Thomas J Henry |
| 394. | Noteboom | Stephen | 209121 | 8:20-cv-53965-MCR-HTC | Thomas J Henry |
| 395. | Oates | Loretta | 255902 | 8:20-cv-97564-MCR-HTC | Thomas J Henry |
| 396. | Perkins | Charles | 161861 | 7:20-cv-36086-MCR-HTC | Thomas J Henry |
| 397. | Roman | Michael | 221661 | 8:20-cv-78061-MCR-HTC | Thomas J Henry |
| 398. | Schumacher | Bartholomew | 192587 | 8:20-cv-27622-MCR-HTC | Thomas J Henry |
| 399. | Simmons | Dennis | 159132 | 3:19-cv-04891-MCR-HTC | Thomas J Henry |
| 400. | Sizemore | Joshua | 136445 | 3:19-cv-03477-MCR-HTC | Thomas J Henry |
| 401. | Smith | Quentin | 136451 | 3:19-cv-02045-MCR-HTC | Thomas J Henry |
| 402. | Thompson | Deshawn | 212181 | 8:20-cv-58786-MCR-HTC | Thomas J Henry |
| 403. | Toms | David | 221739 | 8:20-cv-78336-MCR-HTC | Thomas J Henry |
| 404. | Trevino | Sergio | 152169 | 7:20-cv-34222-MCR-HTC | Thomas J Henry |
| 405. | Trottier | Brenden | 163919 | 7:20-cv-37219-MCR-HTC | Thomas J Henry |
| 406. | Waterman | Ian | 209572 | 8:20-cv-54702-MCR-HTC | Thomas J Henry |
| 407. | Webb | Vahndre | 161722 | 7:20-cv-36166-MCR-HTC | Thomas J Henry |
| 408. | Lee | Billy | 116355 | 8:20-cv-11318-MCR-HTC | Tomasik Kotin Kasserman, LLC |
| 409. | Rabbett | Richard | 4528 | 7:20-cv-43512-MCR-HTC | Weller, Green, Toups & Terrell, LLP |