## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885-MCR-HTC<br><br>CIVIL ACTION<br><br>**NON-PARTY INSURERS' NOTICE OF MOTION TO INTERVENE AND FOR PRODUCTION OF UPDATED ANONYMIZED SETTLEMENT DATA** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, non-parties National Union Fire Insurance Company of Pittsburgh, Pa., AIG Specialty Insurance Company, Illinois National Insurance Company, ACE American Insurance Company, TIG Insurance Company, American National Fire Insurance Company, Great American Insurance Company, and MS Transverse Specialty Insurance Company, f/k/a Transverse Specialty Insurance Company, f/k/a Royal Surplus Lines Insurance Company (collectively, "Insurers") shall move the United States District Court for the Northern District of Florida for an Order granting their Motion to Intervene and for Production of Updated Anonymized Settlement Data in the above-captioned matter pursuant to Federal Rule of Civil Procedure 24(a).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Insurers submit herewith a (i) Memorandum of Law in Support of Insurers' Motion

to Intervene and for Production of Updated Anonymized Settlement Data, and (ii) a

[Proposed] Order.

Dated: November 18, 2025                Respectfully submitted,

*/s/ Diane G. DeWolf*
Diane G. DeWolf, BCS (59719)
diane.dewolf@akerman.com
Akerman LLP
201 East Park Avenue, Suite 300
Tallahassee, Florida  32301
(850) 224-9634

*/s/ Antonio Morin*
Antonio Morin, BCS (187860)
Akerman LLP
98 S.E. 7th St., Ste. 1100
Miami, FL 33131
(305) 374-5600

*Attorneys for Defendants Illinois National Insurance Company, American International Specialty Lines Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.*

*/s/ Sina Bahadoran*
Sina Bahadoran, BCS (523364)
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
(305) 329-1792

*Attorneys for Defendant ACE American Insurance Company*

/s/ Bryan W. Petrilla
Bryan W. Petrilla (*Pro Hac Vice Pending*)
STEWART | SMITH
300 Four Falls Corporate Center, Suite 670
West Conshohocken, PA 19428
(484) 534-8300

*Attorneys for Defendant TIG Insurance Company*

/s/ Michael E. Hrinewski
Michael E. Hrinewski (*Pro Hac Vice Pending*)
COUGHLIN MIDLIGE & GARLAND LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ 07962
(973) 267-0058

*Attorneys for Defendant MS Transverse Specialty Insurance Company f/k/a Transverse Specialty Insurance Company, f/k/a Royal Surplus Lines Insurance Company*

/s/ Cameron Michelsen
Cameron Michelsen (*Pro Hac Vice Pending*)
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN  55402
(612) 338-0661

*Attorneys for American National Fire Insurance Company, and Great American Insurance Company*

3