UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

Special Master Herndon has filed his Report and Recommendation pursuant to the Court's prior order. ECF No. 4190; ECF No. 4159 at 3–5. Objections to the Report and Recommendation must be filed by December 26, 2025. To the extent objections are filed, the undersigned will afford Taylor Bartlett, William Bross, W. Lewis Garrison, and/or the law firm of Heninger Garrison Davis, LLC ("HGD") the opportunity to appear before the Court to argue their objection(s) in person or to present evidence to challenge the Special Master's findings.[1] Any objection(s) filed must advise the Court how Bartlett, Bross, Garrison, and/or HGD wish to proceed—i.e., argument or evidentiary hearing. Given the Special Master's recommended sanctions, Bartlett, Bross, Garrison, and HGD may (but are not required to) appear with counsel.

---

[1] This includes presenting evidence on behalf of any of the 993 Ugandan claimants to prove that any individual claim(s) is (or are) not fraudulent.

**SO ORDERED**, on this 5th day of December, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**