IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>All Cases ) | CASE NO. 3:19-MD-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## RESPONSE TO REPORT AND RECOMMENDATION

I, Taylor Bartlett, hereby respond to the Report and Recommendation ("R&R") dated December 5, 2025. Dkt. 4190. At the outset, I apologize for my role in failing to sufficiently vet the claims and supporting documentation of the Ugandan claimants represented by Heninger Garrison & Davis ("HGD"). I regret that I played any part, unintentional as it was, in the submission of fraudulent records to the 3M CAE settlement program. If I could go back in time, I would have insisted on a more rigorous evaluation of the Ugandan claims from the outset. I will implement appropriate changes going forward to ensure something like this never happens again.

I was naïve to believe that we should handle the Ugandan claims in the same manner as we did for our other clients.[1] *See* Dkt. 4190 at 9 ("As did the other staff,

---

[1] Unlike U.S. claimants, Ugandan claimants were not accepted as clients by HGD until they provided census forms (or provided information) which were reviewed to ensure they aligned with

Ms. Free confirmed that the Ugandan clients were treated the same as any other client."). Instead of reviewing the medical records, communications, and referral sources related to the Ugandan claims with a critical eye, I accepted them at face value. I know now that I should have approached this set of claims with a greater degree of skepticism.

I, and HGD, should have had more robust processes to closely evaluate Ugandan[2] referral sources and analyze medical records for legitimacy. The deficiencies in our review of supporting claim documentation allowed us to be deceived by a bad actor (or actors) located in Uganda.

Our failure to identify that there were red flags on many Ugandan medical records prior to submission by the HGD 3M team was unintentional. The Special Master's R&R reached the same conclusion. Dkt. 4190 at 2 ("The undersigned does not find that any member of the Heninger Garrison Davis firm intentionally committed fraud on the Court through this settlement program."). Prior to my review of the Audit Report, I did not suspect that any of the Ugandan claimants' medical records were fraudulent.

---

our understanding of how U.S. government contractors worked. Additionally, HGD requested proof of identity and contractor service documents prior to accepting Ugandans as clients.
[2] Since my departure from HGD on September 15, 2025, I do not personally represent any Ugandan 3M claimant and have not had access to any Ugandan claimant's files. Thus, I cannot comment on any individual claimant or their medical records.

I did not knowingly or intentionally engage in any fraudulent conduct with regard to these claimants or otherwise, and the R&R does not find that I engaged in any conscious or calculated breach of any ethical duties to the clients, to the Settlement Administrator, or to the Court. Nonetheless, I acknowledge and respect the Special Master's finding that my role in the training, guiding, vetting, and submission of claims relative to the Ugandan clients was deficient. I take responsibility for my mistakes, and I apologize to the Court that valuable time and resources have been expended to address this situation.

I do not request oral argument or an evidentiary hearing on this matter.

Dated: December 26, 2025

/s *Taylor C. Bartlett*
Taylor C. Bartlett
Bowline Law
217 Country Club Park, Ste 654
Mountain Brook, AL 35213
taylor@bowlinelaw.com
205-409-2439

**Local Rule 7.1(F) Certification**

I hereby certify that this response contains 657 words which complies with Local Rule 7.1(F).

## **CERTIFICATE OF SERVICE**

I hereby certify that the above was filed through the CM/ECF system which will provide electronic notice to all counsel of record.

/s *Taylor C. Bartlett*

Taylor C. Bartlett