UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Berger v. Wilkerson*, 3:22-mc-00008<br>*Beal*, 7:20-cv-00006<br>*Kelley*, 7:20-cv-00153<br>*Vaughn*, 7:20-cv-00134<br>*Vilsmeyer*, 7:20-cv-00113<br>*Wilkerson*, 7:20-cv-00035 | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**[PROPOSED] ORDER**

Upon consideration of the motion to withdraw Michael Mestitz as counsel, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____, 2026

_____
Judge M. Casey Rodgers
U.S. District Judge