UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

Defendants 3M Company, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, and Aearo LLC (collectively "3M/Aearo") and a number of Aearo's insurers (the "Insurers") are engaged in litigation concerning insurance coverage for the Combat Arms Earplug Litigation, pending in the Superior Court for the State of Delaware, *Aearo Technologies LLC, et al. v. ACE American Ins. Co., et al.*, Case No. N23C-06-255 SKR (the "Delaware Coverage Litigation").[1] The Insurers have filed a motion seeking to intervene under Federal Rule of Civil Procedure 24(a) for the limited purpose of requesting that this Court authorize the

---

[1] The "Insurers" refers to non-parties National Union Fire Insurance Company of Pittsburgh, Pa., AIG Specialty Insurance Company, Illinois National Insurance Company, ACE American Insurance Company, TIG Insurance Company, American National Fire Insurance Company, Great American Insurance Company, and MS Transverse Specialty Insurance Company (f/k/a Transverse Specialty Insurance Company, f/k/a Royal Surplus Lines Insurance Company), which are defendants in the Delaware Coverage Litigation.

Settlement Administrator to disclose certain anonymized settlement data for use in the Delaware Coverage Litigation.  ECF No. 4187.

3M/Aearo and Negotiating Plaintiffs' Counsel are hereby **ORDERED** to respond to the Insurers' motion to intervene no later than January 30, 2026.  These responses may be filed jointly or separately.

**SO ORDERED**, on this 14th day of January, 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**