**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**DEFENDANTS' NINTH STATUS REPORT ON
INSURANCE COVERAGE PROCEEDINGS**

Pursuant to the Court's May 8, 2024 Order, Defendants submit this status report summarizing insurance-related developments since Defendants' eighth status report on December 29, 2025.

## I.    Settlement Progress Since Last Report

Since the December 29, 2025 report, 3M and Aearo have continued to engage in settlement efforts and mediation with their insurers regarding coverage for the $6.01 billion global settlement and associated defense costs, in order to determine whether other insurers' contractual obligations to 3M and Aearo can be resolved without further litigation or arbitration.

To date, 3M/Aearo have settled their Combat Arms insurance claims with 14 different insurers.

## II.    AIG Arbitration

On January 14, 2025, the Tribunal issued its Second Partial Final Award in 3M and Aearo's London-based arbitration with AIG Europe Limited. This follows the Tribunal's First Partial Final Award, issued on February 21, 2025. The awards are confidential. The parties expect to resolve the remaining issues by agreement and conclude the arbitration within the next thirty days.

## III.    Other Arbitrations

3M and Aearo commenced London-based arbitration proceedings against two of their insurers on March 3, 2025 and April 18, 2025, respectively. The insurance policies at issue in those arbitrations collectively provide more than $180 million in insurance coverage. The merits hearings in those arbitrations have been scheduled for June 2027 and July 2027.

## IV.    Delaware Coverage Litigation

Litigation with the insurers that have not yet reached settlements with 3M and Aearo is continuing before the Delaware Superior Court. The parties are currently engaging in fact discovery, and trial has been scheduled for February 2027.

As set forth in the December 2025 report, in late December, American International Specialty Lines Insurance Company, Illinois National Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (collectively, "AIG") served on 3M and Aearo notices of deposition subpoenas of two bellwether plaintiffs, Jonathan Vaughn and Luke Vilsmeyer, and an application

to issue a deposition subpoena to a third bellwether plaintiff, James Beal, that AIG had filed in another state without any prior notice to 3M or Aearo. AIG has since withdrawn the deposition subpoenas to these bellwether plaintiffs pursuant to an agreement with Plaintiffs regarding the use of their testimony given in the MDL.

3M and Aearo, as well as Negotiating Plaintiffs' Counsel, have instructed AIG not to communicate directly with any MDL claimants who were or are represented by counsel in the MDL.

Respectfully submitted,

/s/ Charles F. Beall, Jr.
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
Counsel for Defendants

Case No. 3:19md2885/MCR/GRJ

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY this 17th day of February, 2025, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

<u>*/s/ Charles F. Beall, Jr.*</u>
Charles F. Beall, Jr.