**Exhibit**

| Firm | % of Award |
|---|---|
| Aylstock, Witkin, Kreis & Overholtz, PLLC | 21.00% |
| Bailey Cowan Heckman PLLC | 0.01% |
| Bailey Glasser LLP | 0.50% |
| Baron & Budd, P.C. | 0.04% |
| Berniard Law Firm | 0.20% |
| Burnett Law | 0.50% |
| Burns Law | 1.75% |
| Ciresi Conlin, LLP | 10.00% |
| Clark, Love & Hutson, PLLC | 5.00% |
| Colson Hicks Edison | 0.10% |
| Cornell Law | 1.75% |
| Cory Watson, P.C. | 0.15% |
| Douglas and London, P.C. | 0.10% |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | 0.20% |
| Gibbs Law Group LLP | 1.00% |
| Gori Law | 5.50% |
| Goza & Honnold, LLC | 0.80% |
| Heninger, Garrison, Davis, LLC | 0.50% |
| Hensley Legal Group | 0.04% |
| Junell & Associates, PLLC | 0.15% |
| Keller Postman | 2.50% |
| Kirtland & Packard, LLP | 0.10% |
| Laminack, Pirtle & Martines, LLP | 3.50% |
| Lanier Law Firm | 0.40% |
| Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | 1.50% |
| Lieff Cabraser Heimann & Bernstein, LLP | 0.08% |
| Monsour Law Firm | 6.50% |
| Morgan & Morgan | 1.00% |
| Pittman Dutton | 4.20% |
| Quinn Emanuel | 4.50% |
| Rogers, Patrick, Westbrook & Brickman, LLC | 0.30% |
| Sara Schramm | 0.13% |
| Seeger Weiss LLP | 17.00% |
| Simmons Hanly Conroy | 0.08% |
| Stueve Siegel Hanson LLP | 0.10% |
| The Kuykendall Group | 0.02% |
| Tracey & Fox | 2.00% |
| Wagstaff & Cartmell, LLP | 6.50% |
| Watts Guerra LLP | 0.15% |
| Weitz & Luxenberg, P.C. | 0.10% |
| Wilson Law, P.A. | 0.06% |
| **Grand Total** | **100.00%** |