| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**LAMINACK PIRTLE & MARTINES, L.L.P.'S OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON COMMON BENEFIT FEES AND REQUEST FOR *DE NOVO* REVIEW**

Pursuant to the guidelines set forth in Common Benefit Order No. 6 (ECF 4129), Laminack, Pirtle & Martines, L.L.P. ("LPM") files this objection to the Special Master's Report and Recommendation regarding Common Benefit Fees (ECF 4216) and respectfully requests that the Court conduct a *de novo* review of the allocations set forth therein. LPM requests that, at the conclusion of this review, the Court increase the firm's common benefit percentage to a level comparable to other firms who performed similar work.

In January 2025, LPM filed its Common Benefit Fee Application. That application described the substantial amount of work the firm put into this litigation in order to secure a favorable outcome for hundreds of thousands of plaintiffs across the country. LPM's application detailed multiple aspects of the litigation where its

work added significant value to the case, including, but not limited to: a lead role in more than 30 depositions, development of complex general liability case themes, selection of bellwether plaintiff picks, preparation of experts, briefing on state-specific legal issues for bellwether plaintiffs, and participation in numerous trials at a variety of levels.

LPM is grateful to have had the opportunity to be in front of this Court, participate in leadership, and work for these plaintiffs. Recognizing the importance of the litigation, partners Tom Pirtle and Buffy Martines made significant contributions, including committing a significant amount of time and resources to the work up of the general liability case, dedicating a large portion of the firm's staff and attorneys to ensure a successful outcome across three bellwether trials, and making major financial commitments to the litigation. At times, these contributions were to the detriment of the firm's other cases and business ventures.

Partner Tom Pirtle served as a member of the Executive Committee where he successfully tried three bellwether cases to verdict, and at the request of other trial teams, supported them by being present at trials, assisting in their jury selection, expert preparation, and cross-examination. Partner Buffy Martines participated in many aspects of two bellwether trials where she handled pretrial proceedings, briefed case-specific legal issues, and conducted direct and cross-examination of witnesses. In addition to committing two named partners to this MDL, LPM also

assigned numerous associate attorneys and paralegals to work the case. Their work included preparing for depositions, preparing for trial, and participating in trial.

LPM is aware that Special Master Herndon, Mr. Sansom and Ms. Hogan conducted a thorough review of all applications that were submitted and did their best to make fair allocations based on objective criteria. By making this objection, LPM simply wants to point out that, considering its significant contributions and dedication to the litigation and the Court, there appears to be some disparity between its award and the awards of other firms that did comparable work. If the Court determines that the Special Master's proposed award should be modified, LPM requests that its percentage be increased to the same level as other firms who did comparable work.

Dated: June 24, 2026

Respectfully submitted,

/s/ *Thomas W Pirtle*
Thomas W. Pirtle
(admitted *pro hac vice*)
TX State Bar No. 16038610
Buffy K, Martines
(Admitted *pro hac vice*)
Texas State Bar No. 24030311
Laminack, Pirtle & Martines LLP
5020 Montrose Boulevard, 9th Floor
Houston, Texas 77006
tomp@lpm-triallaw.com
buffym@lpm-triallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Thomas W Pirtle*
Thomas W. Pirtle