**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:    3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |

Case No. 3:19-md-2885

Hon. Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

This Document Relates To All Actions

**AWKO'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT TO THEIR RESPONSE TO SPECIAL MASTER REPORT AND RECOMMENDATION REGARDING COMMON BENEFIT FEES**

AWKO, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and Common Benefit Order No. 1 ("CBO 1") entered by this Court on July 12, 2019, Docket No. 488 move the Court for leave to file under seal Exhibits A and B to their Response to Special Master Report and Recommendation Regarding Common Benefit Fees.

The Court directed Special Master Sansom to provide Lead Counsel, Co-Lead Counsel, and the Executive Committee quarterly updates on time submitted for common benefit work and other issues related to common benefit. CBO 1, Dkt. 488 at 14. Special Master Sansom provided said 3M Common Benefit Quarterly Reports pursuant to the Court's order. The 3M Common Benefit Quarterly Reports contained financial and other sensitive and confidential information not known to the public and were designated CONFIDENTIAL by Special Master Sansom.

The 3M Common Benefit Quarterly Reports were created by Special Master

1

Sansom as part of the Court's ongoing administration of the common benefit process. They were distributed only to designated recipients and expressly marked CONFIDENTIAL.  The reports have consistently been maintained as confidential throughout this MDL.  Exhibit A is the last report provided, Q1 2023 3M Common Benefit Quarterly Report.  Exhibit B is a single composite table which reproduces and synthesizes confidential information contained in Exhibit A. Public filing of the composite would effectively disclose the same confidential information even if the underlying reports themselves remained under seal.  AWKO moves to file these Exhibits under seal to preserve the confidentiality status that has governed these materials throughout the MDL.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Q1 2023 3M Common Benefit Quarterly Report |
| B | Common Benefit Summary Table |

The exhibit filed under seal will be sent electronically by email to Judge Rodgers (via email at flnd_rodgers@flnd.uscourts.gov) for her consideration.

A showing of good cause can overcome the public's common law right of access. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Courts balance the asserted right of access against the moving party's interest in

2

keeping information confidential. *Id.* (citing *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001)). A party's privacy or proprietary interest may overcome the interest of the public in accessing the information. *Id.* (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)).

WHEREFORE, AWKO requests that this Court enter an Order granting their leave to file the specified exhibits under seal and directing the Clerk to maintain the documents sealed from public record until further Order of this Court upon the resolution and closing of this matter.

Dated: June 25, 2026                    Respectfully Submitted,


*s/ Bryan F. Aylstock*
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholtz
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 25, 2026, a true and correct copy of the foregoing was filed and served via CM/ECF on all counsel of record.

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholtz
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449