**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION**                    **Case No.: 3:19md2885**


**This Document Relates to:**
*All Cases*

_____/

**ORDER ACCEPTING SPECIAL MASTER'S
REPORT AND RECOMMENDATION IN PART**

This Court has considered, without hearing, the Special Master's Report and Recommendation on leadership law firms' distribution percentages of the common benefit fund, ECF No. 4216, upon referral from United States District Judge M. Casey Rodgers, ECF No. 4231.

This Court recognizes its role here is only to decide the limited issue of leadership law firms' distribution percentages of the common benefit fund as it pertains to two law firm's applications for a common benefit award. ECF No. 4231 at 1. As Judge Rodgers noted, this Court is "thoroughly familiar with the 3M MDL," having reviewed the common record and a Court-prepared white paper to acquaint remand judges with the case history prior to presiding over bellwether trials.[1] *See id.*

As Judge Rodgers said, neither of the two law firms before this Court,

---

[1] I actually presided over three bellwether trials, not two.

Wagstaff & Cartmell and The Lanier Law Firm, filed an objection, and no objecting firm raised any specific concerns with the Special Master's recommended percentages for these two firms. *Id.* at 1–2. Accordingly, upon consideration of the report and recommendation and pertinent portions of the record in this case, and no objections having been filed as to the proposed distribution to the two pertinent law firms,

**IT IS ORDERED:**

The Special Master's report and recommendation, ECF No. 4216, and exhibit thereto, ECF No. 4216-1, is **accepted and adopted** as this Court's opinion as it relates to the distributions to Wagstaff & Cartmell and The Lanier Law Firm.

**SO ORDERED on July 1, 2026.**

**s/Mark E. Walker** \
**United States District Judge**

2