UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *All Cases* | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

The Special Master's Report and Recommendation on leadership law firms' distribution percentages of the Common Benefit Fund was filed on June 11, 2026, ECF No. 4216, and all interested parties have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  The time for objecting has passed.

When reviewing a report and recommendation, the Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*  The district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made." *Id.*

After consulting with the Special Master CPA and Settlement Administrator regarding the funds available for attorney's fees distribution from the Common Benefit Fund, the undersigned has decided to issue an interim distribution payment for those law firms without objection/response to the Report and Recommendation

and for whom the Special Master's Report and Recommendation is adopted by this Order.

The law firms listed on the attached Exhibit have withdrawn their timely filed objections. Accordingly, on de novo review, the undersigned concludes that the Report and Recommendation should be and is adopted as to the recommended percentage fee distribution for the law firms identified on the attached Exhibit and approves the respective interim distribution payments as outlined in the Exhibit. The Special Master CPA is authorized to issue the interim payments and is directed to do so promptly.

**SO ORDERED**, this 3rd day of July 2026.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:19md2885-MCR-HTC